UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X
IN RE:                                                 :
                                                       :   25-md-3143 (SHS) (OTW)
                                                       :
OPENAI, INC., COPYRIGHT                                :
INFRINGEMENT LITIGATION                                :   Hon. Sidney H. Stein
                                                       :   Hon. Ona T. Wang
------------------------------------------------------ X
                                                       :
THIS DOCUMENTS RELATES TO:                             :
                                                       :
All Actions.                                           :
                                                       :
------------------------------------------------------ X

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Brian M. Kramer for admission to appear pro hac vice in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California, his contact information is as follows:

>Brian M. Kramer
>Morrison & Foerster LLP
>12531 High Bluff Drive, Suite 100
>San Diego, CA 92130, USA
>P: (858) 314-5415
>F: (858) 720-5125
>Email: BMKramer@mofo.com

Brian M. Kramer, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants OpenAI Inc.; OpenAI LLC; OAI Corporation LLC; OpenAI Global LLC; OpenAI GP LLC; OpenAI Holdings LLC; OpenAI LP; OpenAI OpCo LLC; OpenAI Startup Fund GP I LLC; OpenAI Startup Fund I LP; OpenAI Startup Fund Management LLC, in the above-entitled action:

**IT IS HEREBY ORDERED** that Brian M. Kramer is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated:                                          By: _____
                                                United States District Court Judge

sf-6696826