**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br><br>COPYRIGHT INFRINGEMENT<br>LITIGATION<br><br><br>This Document Relates To:<br><br>No. 1:23-cv-11195 (SHS) (OTW) | 25-md-3143 (SHS) (OTW) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Demetri Brumis Blaisdell, Litigation Counsel at The New York Times Company, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Plaintiff The New York Times Company in the above-captioned case.

Dated: May 19, 2025

/s/ *Demetri Brumis Blaisdell*
Demetri Brumis Blaisdell
Legal Department
The New York Times Company
620 8th Avenue
New York, NY 10018
Telephone: (212) 556-7314
demetri.blaisdell@nytimes.com