IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To<br><br>No. 1:23-cv-11195 (SHS) (OTW) | Civ. Action No. 25-md-3143 (SHS) (OTW) |

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Lacy H. ("Lance") Koonce, III, Partner at Klaris Law PLLC, who is admitted to practice in this Court, respectfully enters his appearance as counsel for Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., and Everyday Health Media, LLC in the above-captioned case.

Dated: May 22, 2025

  /s/ Lacy H. Koonce, III
Klaris Law PLLC
Lacy H. ("Lance") Koonce, III
161 Water Street
New York, NY 10038
(917) 612-5861
lance.koonce@klarislaw.com