UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: OPENAI, INC., <br><br> COPYRIGHT INFRINGEMENT LITIGATION <br><br><br> This Document Relates To: <br><br> All Actions | 25-md-3143 (SHS) (OTW) <br><br> **STATEMENT REGARDING CLASS LEADERSHIP** |

Pursuant to the Court's directions at the case management conference earlier today, the Class Plaintiffs advised the Court that despite collaborative discussions, they have not yet been able to agree on proposed class leadership. The Class Plaintiffs' discussions are continuing, and they believe that reference to the reported transcript of the hearing may be beneficial to those discussions.

To the extent that the Class Plaintiffs are able to reach agreement prior to Wednesday, May 28, 2025, they will so advise the Court. Otherwise, the Class Plaintiffs will submit competing applications.

By: /s/ *Joseph R. Saveri*
      Joseph R. Saveri
JOSEPH SAVERI LAW FIRM
Joseph R. Saveri
jsaveri@saverilawfirm.com
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800

*Attorney for Paul Tremblay, et al*

By: /s/ *Justin Nelson*
      Justin Nelson
SUSMAN GODFREY LLP
Justin Nelson
jnelson@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: 713-651-9366

*Attorney for Authors Guild and Alter Class Plaintiffs*

By: /s/ *Bryan L. Clobes*
      Bryan L. Clobes
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
Bryan L. Clobes
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email: bclobes@caffertyclobes.com

*Attorney for Paul Tremblay, et al*

By: /s/ *David Boies*
      David Boies
BOIES SCHILLER FLEXNER LLP
David Boies
Dboies@bsfllp.com
333 Main Street
Armonk, NY 100504
Telephone: (914) 749-8201

*Attorney for Paul Tremblay, et al*

By: /s/ *Rachel Geman*
      Rachel Geman
LIEFF CABRASER HEIMANN
& BERNSTEINS LLP
Rachel Geman
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355-9500

*Attorney for Authors Guild and Alter Class Plaintiffs*

By: /s/ *Matthew Butterick*
      Matthew Butterick
Matthew Butterick At Law
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone:   (323) 968-2632
Facsimile:    (415) 395-9940
Email:   mb@buttericklaw.com

*Attorney for Paul Tremblay, et al*

By: /s/ *Scott J. Sholder*
      Scott J. Sholder
Scott J. Sholder
COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
60 Broad Street, 30th Floor
New York, New York 10010
Telephone:  212.974.7474
ssholder@cdas.com

*Attorney for Authors Guild and Alter Class Plaintiffs*