UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re OpenAI, Inc. Copyright Infringement Litigation**<br><br>**This Document Relates To:**<br><br>No. 1:25-cv-03297-SHS-OTW | Case No. 1:25-md-3143-SHS-OTW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING PRETRYAZHNA ACTION** |

Plaintiff Ruslana Petryazhna ("Plaintiff") and Defendant OpenAI, Inc. ("Defendant") (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on April 3, 2025, the United States Judicial Panel on Multidistrict Litigation ordered twelve (12) similar actions brought against Defendant OpenAI, Inc. be centralized and transferred to the Southern District of New York, including *Petryazhna v. OpenAI, Inc. et al.*, No. 25-cv-3297 (formerly *Millette*) (the "*Petryazhna* Action), originally filed in the Northern District of California. *In re OpenAI, Inc., Copyright Infringement Litigation*, No. 1:25-md-03143-SHS-OTW, ECF No. 1, at 5, Schedule A (the "MDL Actions");

WHEREAS, because the *Petryazhna* Action involves similar claims to those asserted by the other MDL Actions, to avoid burdening the Parties with duplicative discovery and this Court with potential discovery disputes, the Parties have conferred and agree that the *Petryazhna* Action be stayed pending summary judgment in the other MDL Actions;

WHEREAS, staying the *Petryazhna* Action will conserve judicial and the litigants' resources by avoiding the time and expense incurred by duplicative discovery and potential discovery disputes, and staying the *Petryazhna* Action will also simplify managing discovery

1

among the similar MDL Actions; and

WHEREAS, the Parties agree that the Plaintiff in the *Petryazhna* Action will not have access to discovery provided in the MDL proceedings during the pendency of the stay.

NOW WHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT, subject to the Court's approval, the *Petryazhna* Action is stayed pending summary judgment in the other MDL Actions, and the Plaintiff in the *Petrazhna* Action shall not have access to discovery provided in the MDL proceedings during the pendency of the stay. If necessary, the Parties will attempt to file an agreed upon schedule seven (7) days after a decision on a motion for summary judgment. In such circumstances, if the Parties are unable to agree on a schedule, they will submit competing schedules for the Court's consideration.

Dated: May 23, 2025

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Julian Diamond*\*

Julian Diamond
1330 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Telephone: (646) 837-7410
Facsimile: (212) 989-9163
Email: jdiamond@bursor.com

*Attorney for Plaintiff Ruslana Petryazhna*

Dated: May 23, 2025

**LATHAM & WATKINS LLP**

By:   */s/ Elana Nightingale Dawson*

Elana Nightingale Dawson *(pro hac vice)*
elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

*Attorney for Defendant OpenAI, Inc.*

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST *(pro hac vice)*
633 Battery Street San Francisco, CA 94111-1809
rvannest@keker.com
Telephone: 415 391 5400
Facsimile: 415 397 7188

**MORRISON & FOERSTER LLP**
JOSEPH C. GRATZ *(pro hac vice)*
425 Market Street
San Francisco, CA 94105-2482
JGratz@mofo.com
Telephone: 415 268 7000
Facsimile: 415 268 7522

*Attorney for Defendant OpenAI, Inc.*

**SO ORDERED this ___ day of May, 2025.**

_____
Hon. Sidney H. Stein
United States District Judge

\* All parties whose electronic signatures are included in this filing have provided consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.