UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>AUTHORS GUILD, et al v. OPENAI, INC., et al, Case No. 23-cv-08292<br><br>ALTER, et al. v. OPENAI, INC., et al, Case No. 23-cv-10211 | Case No. 25-md-3143 (SHS) (OTW) |

**NOTICE OF JUSTIN A. NELSON'S MOTION TO APPOINT JUSTIN A. NELSON OF SUSMAN GODFREY L.L.P. AS INTERIM LEAD COUNSEL FOR THE CLASS**

PLEASE TAKE NOTICE that Justin A. Nelson, current Interim Co-Lead Class Counsel, will move this Court before the Honorable Sidney H. Stein, United States District Judge, of the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007, for an order appointing Justin A. Nelson, of Susman Godfrey L.L.P., as Interim Lead Class Counsel pursuant to Fed. R. Civ. P. 23(g). A proposed order is attached to this notice and will be submitted to the Orders Clerk concurrently with this filing.

In support of the motion, Justin A. Nelson will rely upon the accompanying memorandum of law, the Declaration of Justin A. Nelson, and any other written or oral argument as may be requested or permitted by the Court.

Dated: May 28, 2025

/s/ *Justin A. Nelson*
Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
Amber B. Magee (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100

1

Houston, TX 77002
Tel.: 713-651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
amagee@susmangodfrey.com

Rohit D. Nath (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: 310-789-3100
rnath@susmangodfrey.com

Charlotte Lepic
J. Craig Smyser
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, New York 10001
Tel.: 212-336-8330
clepic@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan Connors (*pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel.: 206-516-3880
jconnors@susmangodfrey.com

***Counsel for the Proposed Fiction and Nonfiction Author Classes***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2025, I caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                                *Justin A. Nelson*
                                                (Signature)