UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: OPENAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br><br>This Document Relates To:<br><br>All Actions | Civil Action No. 25-md-3143 (SHS) (OTW)<br><br>**NOTICE OF MOTION TO APPOINT THE JOSEPH SAVERI LAW FIRM, LLP AS INTERIM LEAD COUNSEL FOR THE CONSOLIDATED CLASS CASE UNDER FED. R. CIV. P. 23(G)(3)** |

      PLEASE TAKE NOTICE that Plaintiffs Paul Tremblay, Christopher Golden, Sarah Silverman, Richard Kadrey, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Jacqueline Woodson, Nicholas Basbanes, and Nicholas Gage jointly move this Court before the Honorable Sidney H. Stein, United States District Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007, for an order appointing Joseph R. Saveri and his firm, The Joseph Saveri Law Firm, LLP, as interim lead counsel for the consolidated class pursuant to Fed R. Civ. P. 23(g).

      In support of the motion, the above-referenced plaintiffs will rely on the accompanying memorandum of law, the Declaration of Joseph R. Saveri and accompanying exhibit, and any other written or oral argument as may be requested or permitted by the Court.

Dated: May 28, 2025
                                                         */s/ Joseph R. Saveri*_____
                                                         Joseph R. Saveri
                                                         JOSEPH SAVERI LAW FIRM LLP
                                                         601 California Street, Suite 1505
                                                         San Francisco, CA 94108
                                                         Telephone: (415) 500-6800
                                                         jsaveri@saverilawfirm.com

                                                         *Attorney for Paul Tremblay, et al*

>*/s/ David Boies*___
>David Boies
>BOIES SCHILLER FLEXNER LLP
>333 Main Street
>Armonk, NY 100504
>Telephone: (914) 749-8201
>dboies@bsfllp.com
>
>*Attorney for Paul Tremblay, et al*