```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE:                                          :
                                                :
OPENAI, INC.,                                   :    25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,              :
                                                :
                                                :    ORDER
This Document Relates To:                       :
23-CV-11195                                     :
                                                :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference for Case No. 23-cv-11195 on Tuesday, May 27, 2025, to discuss OpenAI's deletion of ChatGPT output log data (the "Output Log Data Conference"). For the reasons stated on the record:

1) The News Plaintiffs' supplemental motion to compel OpenAI to preserve output log data (ECF Nos. 43, 44) is **GRANTED in part.**

2) The parties are directed to begin engaging in sampling of the 30-day tables of consumer output log data. OpenAI is further directed to submit a proposed order regarding the specific sampling process, consistent with the discussion on the record, by **June 6, 2025.** The proposed order should also set out timelines for completion.

3) The Times's request for additional discovery or an additional 30(b)(6) deposition on the issue of preservation of output log data is **DENIED without prejudice to renewal** until after the parties have completed the sampling process.

4) Defendants' motion for reconsideration of my May 13 Preservation Order is **DENIED.**

The Clerk of Court is respectfully directed to close ECF Nos. 43 and 44 in **Case No. 25-md-3143.**

**SO ORDERED.**

        *s/ Ona T. Wang*

Dated: May 29, 2025        **Ona T. Wang**
New York, New York       United States Magistrate Judge