UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | 25-md-3143 (SHS) (OTW) |
| OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION. | : | ORDER APPOINTING JUSTIN A. NELSON AS INTERIM |
| | : | <u>LEAD CLASS COUNSEL</u> |
| This Document Relates To:  23-cv-8292 23-cv-10211, 25-cv-3482, 25-cv-3483, 25-cv-3291. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that:

      1.      Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court appoints Justin A. Nelson of Susman Godfrey L.L.P., as Interim Lead Class Counsel to act on behalf of the putative class in this MDL;

      2.      Interim Lead Class Counsel shall have the responsibilities and authority of Leadership Counsel as set forth in the Manual for Complex Litigation Fourth, §§ 10.221 and 40.22, and as provided in this Court's May 22, 2025, Case Management Order [ECF Doc. No. 60]; and

      3.      This Order shall apply to each related class action currently pending or subsequently filed in or transferred to the U.S. District Court for the Southern District of New York for inclusion in this MDL.

Dated:  New York, New York
         May 30, 2025

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.