UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>ZIFF DAVIS INC. et. al v. OPENAI, INC. et. al, No. 1:25-cv-04315 | 25-md-3143 (SHS)(OTW)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, and OpenAI Holdings, LLC in the above-captioned action:

      Elana Nightingale Dawson
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: elana.nightingaledawson@lw.com

[*Signature page to follow*]

Dated: June 9, 2025
      Silver Spring, Maryland

Respectfully submitted,

**LATHAM & WATKINS LLP**

<u>/s/ *Elana Nightingale Dawson*</u>
Elana Nightingale Dawson
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: elana.nightingaledawson@lw.com

*Attorneys for Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, and OpenAI Holdings, LLC*