# EXHIBIT G

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE SOUTHERN DISTRICT OF NEW YORK

 3     ----------------------------- x
       THE NEW YORK TIMES COMPANY,    :
 4               Plaintiff            : Case No.
                                      :
 5           vs                       : 1:23-cv-11195
                                      :
 6     MICROSOFT CORPORATION et al.,  :
                 Defendants           :
 7     ----------------------------- x
       DAILY NEWS et al.,             :
 8               Plaintiffs           : Case No.
                                      :
 9           vs                       : 1:24-cv-03285
                                      :
10     MICROSOFT CORPORATION et al.,  :
                 Defendants           :
11     ----------------------------- x
       THE CENTER FOR INVESTIGATIVE   :
12     REPORTING, INC.,               :
                 Plaintiff            : Case No.
13                                    :
             vs                       : 1:24-cv-04872
14                                    :
       OPENAI, INC., et al.,          :
15               Defendants           :
       ----------------------------- x
16

17       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18              Videotaped deposition of

19                    ROBERT KINNEY

20       as Designated 30(b)(6) Representative

21

22

23     Job No.: 568096

24     Pages: 1 - 207

25     Reported by: Lisa V. Feissner, RDR, CRR, CLR
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Robert Kinney, Corporate Designee
Conducted on January 16, 2025

164

| | | | |
|---|---|---|---|
| 1 | Q | Thank you. | 15:55:53 |
| 2 | A | I'm sorry. | 15:55:54 |
| 3 | Q | That's okay.  That's helpful.  Thank | 15:55:54 |
| 4 | you. | | 15:55:56 |
| 5 | A | Yep. | 15:55:57 |
| 6 | Q | Did plaintiffs collect or search for | 15:55:57 |
| 7 | noncustodial documents in places other than Google | | 15:56:07 |
| 8 | Workspace? | | 15:56:19 |
| 9 | A | I believe yes. | 15:56:19 |
| 10 | Q | Where? | 15:56:22 |
| 11 | A | So on -- on custodial laptops and | 15:56:25 |
| 12 | devices.  I'm not sure where else. | | 15:56:34 |
| 13 | Q | Okay.  And when I'm -- what I understood | 15:56:46 |
| 14 | our use of the word "noncustodial" to then refer | | 15:56:51 |
| 15 | to documents that aren't possessed by the | | 15:56:54 |
| 16 | custodians that plaintiffs have identified. | | 15:56:58 |
| 17 | A | Right. | 15:56:59 |
| 18 | Q | Are there any -- you would consider | 15:57:00 |
| 19 | Google Workspace to be a central repository. | | 15:57:06 |
| 20 | | Is that correct? | 15:57:09 |
| 21 | A | Correct. | 15:57:09 |
| 22 | Q | Are there any other central repositories | 15:57:10 |
| 23 | from which plaintiffs searched for or obtained | | 15:57:13 |
| 24 | responsive documents? | | 15:57:16 |
| 25 | A | No central repository.  So nonresponsive | 15:57:16 |

| | | |
|---|---|---|
| 1 | documents, I believe, are -- would be, like, all | 15:57:20 |
| 2 | the PDF page files that we provided as, you know, | 15:57:24 |
| 3 | copies of the pages that we created with the | 15:57:32 |
| 4 | content on it.  Those were not stored in Google | 15:57:35 |
| 5 | Drive in any way. | 15:57:39 |
| 6 |     Q   And I believe you said "nonresponsive." | 15:57:40 |
| 7 | Did you mean "noncustodial"? | 15:57:42 |
| 8 |     A   I'm sorry.  Noncustodial.  I apologize. | 15:57:44 |
| 9 | Wrong word. | 15:57:47 |
| 10 |     Q   That's okay.  It happens. | 15:57:48 |
| 11 |     A   My apologies. | 15:57:49 |
| 12 |     Q   It happens. | 15:57:50 |
| 13 |     And so, for example -- I may ask more | 15:57:53 |
| 14 | about this, but would financial-related data be | 15:57:57 |
| 15 | stored -- strike that. | 15:58:05 |
| 16 |     Is financial-related data stored in | 15:58:07 |
| 17 | Google Workspace? | 15:58:11 |
| 18 |     A   There may be some, yes. | 15:58:12 |
| 19 |     Q   Okay.  Is there a central repository for | 15:58:13 |
| 20 | financial-related data? | 15:58:16 |
| 21 |     A   We use Oracle Financials, OFC, for our | 15:58:18 |
| 22 | financials.  That's where all the financial | 15:58:23 |
| 23 | data -- primary financial data is stored. | 15:58:26 |
| 24 |     Q   Okay.  And did plaintiffs search for | 15:58:30 |
| 25 | and/or collect responsive documents from Oracle | 15:58:36 |

| | | |
|---|---|---|
| 1 | Financial? | 15:58:46 |
| 2 | A   I'm not aware -- okay.  So in responding | 15:58:46 |
| 3 | to any financial requests, that's where the origin | 15:58:53 |
| 4 | would be for the information. | 15:58:57 |
| 5 | Q   And is that for all eight plaintiffs? | 15:58:59 |
| 6 | A   That would be for all eight plaintiffs, | 15:59:01 |
| 7 | yes. | 15:59:04 |
| 8 | Q   Okay.  And do you know what the -- is | 15:59:04 |
| 9 | there a retention policy that applies to financial | 15:59:21 |
| 10 | data stored in Oracle Financial? | 15:59:24 |
| 11 | A   I am not aware of one.  There may be. | 15:59:28 |
| 12 | But that is controlled by our financial technology | 15:59:31 |
| 13 | group. | 15:59:36 |
| 14 | Q   Who within the financial technology | 15:59:38 |
| 15 | group controls that? | 15:59:40 |
| 16 | A   Dawn Hoople. | 15:59:43 |
| 17 | Q   Do you know whether plaintiffs have | 15:59:46 |
| 18 | preserved all financial-related data in Oracle | 15:59:48 |
| 19 | Financial since April 2024? | 15:59:53 |
| 20 | A   I don't have any reason to believe | 15:59:57 |
| 21 | anything's been removed. | 16:00:00 |
| 22 | Q   Do you know whether, in fact, anything | 16:00:02 |
| 23 | has been removed? | 16:00:05 |
| 24 | A   No. | 16:00:06 |
| 25 | Q   Okay.  Do plaintiffs store agreements | 16:00:06 |

| | | |
|---|---|---|
| 1 | strike that. | 16:04:32 |
| 2 | Do you know whether any page view data | 16:04:33 |
| 3 | has been deleted since April 2024? | 16:04:35 |
| 4 | MS. COLGATE: Objection, outside the | 16:04:39 |
| 5 | scope. | 16:04:42 |
| 6 | A   I don't know that. | 16:04:42 |
| 7 | Q   Okay.  Do you know what Mather Economics | 16:04:43 |
| 8 | LLC is? | 16:04:52 |
| 9 | A   I'm familiar with Mather Economics. | 16:04:53 |
| 10 | Q   Do you know where plaintiffs store data | 16:04:54 |
| 11 | and analyses from Mather Economics? | 16:04:59 |
| 12 | A   I do not know where Mather Economics | 16:05:03 |
| 13 | data is stored. | 16:05:06 |
| 14 | Q   Okay.  Do you know whether any | 16:05:07 |
| 15 | plaintiffs other than the Denver Post possess | 16:05:12 |
| 16 | Mather Economics analyses or data? | 16:05:15 |
| 17 | A   Yes.  I believe the other plaintiffs | 16:05:20 |
| 18 | contain -- or have Mather Economics data. | 16:05:26 |
| 19 | Q   Do you know -- | 16:05:29 |
| 20 | A   Let me clarify, if I could, I'm sorry. | 16:05:33 |
| 21 | Q   That's fine. | 16:05:35 |
| 22 | A   We're getting into data and circulation | 16:05:35 |
| 23 | data.  I think operationally, like where thing -- | 16:05:39 |
| 24 | how things go together.  So I apologize. | 16:05:41 |
| 25 | Q   That's okay. | 16:05:43 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Robert Kinney, Corporate Designee
Conducted on January 16, 2025

171

| | | |
|---|---|---|
| 1 | A    In my answers, I'm trying. | 16:05:44 |
| 2 | We do have a central repository for | 16:05:45 |
| 3 | marketing and subscription data.  It is in a cloud | 16:05:48 |
| 4 | provider called Naviga.  It's -- I believe the | 16:05:54 |
| 5 | subsystem is called Marketing G2 Discovery.  And | 16:05:59 |
| 6 | that is where the Mather data would be. | 16:06:03 |
| 7 | So let me clarify and back up.  So yes. | 16:06:05 |
| 8 | Q    And does that central repository also | 16:06:10 |
| 9 | include digital subscription data? | 16:06:15 |
| 10 | A    It does, yes. | 16:06:17 |
| 11 | Q    And does that have data for all | 16:06:18 |
| 12 | plaintiffs going back to January 1, 2018? | 16:06:23 |
| 13 | A    For MediaNews Group, I am certain that | 16:06:30 |
| 14 | it does.  So for the four plaintiffs on the | 16:06:35 |
| 15 | MediaNews Group side, San Jose, St. Paul, Denver, | 16:06:39 |
| 16 | Orange County Register, I believe it does. | 16:06:45 |
| 17 | For Tribune Media plaintiffs, it may, | 16:06:47 |
| 18 | but I'm not sure it has all the way back to 2018. | 16:06:52 |
| 19 | Q    Is there another source that would house | 16:06:57 |
| 20 | subscription and marketing data for the Tribune | 16:07:00 |
| 21 | side entities from prior to May 2021? | 16:07:02 |
| 22 | A    There is. | 16:07:06 |
| 23 | Q    And what is that source? | 16:07:07 |
| 24 | A    That's called CDB, consumer database. | 16:07:08 |
| 25 | Q    And what is -- what data is stored in | 16:07:15 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Robert Kinney, Corporate Designee
Conducted on January 16, 2025

172

| | | | |
|---|---|---|---|
| 1 | | CDB? | 16:07:19 |
| 2 | A | Subscription and digital data. | 16:07:21 |
| 3 | Q | Okay.  Have plaintiffs collected | 16:07:23 |
| 4 | documents, data, or information -- strike that. | | 16:07:34 |
| 5 | | Have plaintiffs searched for or obtained | 16:07:39 |
| 6 | responsive documents, data, or information from | | 16:07:42 |
| 7 | CBD? | | 16:07:46 |
| 8 | A | I believe so, yes. | 16:07:46 |
| 9 | Q | And have plaintiffs searched for | 16:07:47 |
| 10 | responsive documents, data, or information from -- | | 16:07:48 |
| 11 | A | Discovery.  You can call it Discovery. | 16:07:57 |
| 12 | Q | -- Discovery? | 16:07:59 |
| 13 | A | Yes. | 16:08:00 |
| 14 | Q | And do you know whether Discovery is | 16:08:02 |
| 15 | subject to a retention policy? | | 16:08:04 |
| 16 | A | I don't know. | 16:08:09 |
| 17 | Q | Do you know whether CDB is subject to a | 16:08:09 |
| 18 | retention policy? | | 16:08:14 |
| 19 | A | I do not know. | 16:08:15 |
| 20 | Q | Do you know whether any data has been | 16:08:16 |
| 21 | deleted from CDB since April 2024? | | 16:08:18 |
| 22 | A | I do not know. | 16:08:21 |
| 23 | Q | Do you know whether any data has been | 16:08:22 |
| 24 | deleted from Discovery since -- | | 16:08:23 |
| 25 | A | I don't know. | 16:08:25 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Robert Kinney, Corporate Designee
Conducted on January 16, 2025                                   207

```
 1                C E R T I F I C A T E

 2

 3       I, Lisa V. Feissner, RDR, CRR, CLR, do

 4  hereby certify that the witness was first duly

 5  sworn by me and that I was authorized to and did

 6  report said proceedings.

 7       I further certify that the foregoing

 8  transcript is a true and correct record of the

 9  proceedings; that said proceedings were taken by

10  me stenographically and thereafter reduced to

11  typewriting under my supervision; that reading and

12  signing was requested; that I am neither attorney

13  nor counsel for, nor related to or employed by,

14  any of the parties to the action in which this

15  deposition was taken; and that I have no interest,

16  financial or otherwise, in this case.

17

18       IN WITNESS WHEREOF, I have hereunto set my

19  hand this 26th day of JANUARY, 2025.

20

21       _____

22            Lisa V. Feissner, RDR, CRR, CLR

23       (The foregoing certification of this
    transcript does not apply to any reproduction of
24  the same by any means, unless under the direct
    control and/or supervision of the certifying
25  reporter.)
```