**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>ZIFF DAVIS, INC. et al v. OPENAI, INC. et al.,<br>No. 1:25-cv-04315 | 25-md-03143 (SHS) (OTW)<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Andrew M. Gass, dated June 10, 2025, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, and OpenAI Holdings, LLC (collectively, the "OpenAI Defendants"), by and through counsel, before the Honorable Sidney H. Stein, United States District Judge for the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 23A, New York, New York 10007-1312, for an order (1) dismissing Counts VI and VII of Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., and Everyday Health Media, LLC's Complaint (the "Ziff Davis Complaint") pursuant to Fed. R. Civ. P. 12(b)(1) for lack of standing, and (2) dismissing Counts III, IV, V, and VIII of the Ziff Davis Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted.

1

Dated: June 10, 2025

| | |
|---|---|
| /s/ Andrew M. Gass | /s/ Joseph C. Gratz |
| **LATHAM & WATKINS LLP** | **MORRISON & FOERSTER LLP** |
| Andrew M. Gass (*pro hac vice*) | Joseph C. Gratz (*pro hac vice*)* |
|  andrew.gass@lw.com |  jgratz@mofo.com |
| San Francisco, CA 94111 | 425 Market Street |
| Telephone: 415.391.0600 | San Francisco, CA 94105 |
| | Telephone: 415.268.7000 |
| Sarang V. Damle | |
|  sy.damle@lw.com | Rose S. Lee (*pro hac vice*) |
| Elana Nightingale Dawson (*pro hac vice*) |  roselee@mofo.com |
|  elana.nightingaledawson@lw.com | 707 Wilshire Boulevard, Suite 6000 |
| 555 Eleventh Street, NW, Suite 1000 | Los Angeles, CA 90017 |
| Washington, D.C. 20004 | Telephone: 213.892.5200 |
| Telephone: 202.637.2200 | |
| | Carolyn M. Homer (*pro hac vice*) |
| Rachel R. Blitzer |  cmhomer@mofo.com |
|  rachel.blitzer@lw.com | 2100 L Street, NW, Suite 900 |
| Herman H. Yue | Washington, DC 20037 |
|  herman.yue@lw.com | Telephone: 202.650.4597 |
| Luke A. Budiardjo | |
|  luke.budiardjo@lw.com | Jocelyn E. Greer |
| 1271 Avenue of the Americas |  jgreer@mofo.com |
| New York, NY 10020 | Emily C. Wood |
| Telephone: 212.906.1200 |  ewood@mofo.com |
| | Eric K. Nikolaides |
| Allison S. Blanco (*pro hac vice*) |  enikolaides@mofo.com |
|  allison.blanco@lw.com | 250 West 55th Street |
| 650 Town Center Drive 20th Floor | New York, NY 10019 |
| Costa Mesa, CA 92626 | Telephone: 212.468.8000 |
| Telephone: 714.540.1235 | |
| | *Attorneys for OpenAI* |
| *Attorneys for OpenAI* | |

---

[*] All parties whose electronic signatures are included herein have consented to the filing of this document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions.

*/s/ R. James Slaughter*
**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
  *rvannest@keker.com*
Paven Malhotra
  *pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
  *mybarra@keker.com*
Nicholas S. Goldberg (*pro hac vice*)
  *ngoldberg@keker.com*
Thomas E. Gorman (*pro hac vice*)
  *tgorman@keker.com*
Katie Lynn Joyce (*pro hac vice*)
  *kjoyce@keker.com*
Sarah Salomon (*pro hac vice*)
  *ssalomon@keker.com*
R. James Slaughter (*pro hac vice*)*
  *rslaughter@keker.com*
Christopher S. Sun (*pro hac vice*)
  *csun@keker.com*
Andrew F. Dawson (*pro hac vice*)
  *adawson@keker.com*
Andrew S. Bruns (*pro hac vice*)
  *abruns@keker.com*
Edward A. Bayley (*pro hac vice*)
  *ebayley@keker.com*
Ryan K. Wong (*pro hac vice*)
  *rwong@keker.com*
Spencer McManus (*pro hac vice* pending)
  *smcmanus@keker.com*
Olivia C. Malone (*pro hac vice* pending)
  *omalone@keker.com*
Bilal A. Malik (*pro hac vice*)
  *bmalik@keker.com*
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

*Attorneys for OpenAI*

3