UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------- X
RAW STORY MEDIA, INC., ALTERNET          :
MEDIA, INC.,                             :    No. 1:24-cv-01514-SHS
                                         :
                Plaintiffs,              :    No. 1:25-md-03143-SHS
                                         :
            v.                           :
                                         :
OPENAI, INC., OPENAI GP, LLC,            :
OPENAI, LLC, OPENAI OPCO LLC,            :
OPENAI GLOBAL LLC, OAI                   :
CORPORATION, LLC, OPENAI                 :
HOLDINGS, LLC,                           :
                                         :
                Defendants.              :
                                         :
                                         :
-------------------------------------------------- X
```

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION**

Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, and OpenAI Holdings, L.L.C. (collectively, "OpenAI"), by and through counsel, respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent order that further supports OpenAI's Opposition to Plaintiff's Motion for Reconsideration (ECF 139).

On June 5, 2025, the United States Supreme Court decided *BLOM Bank SAL v. Honickman et al.*, No. 23-1259, slip op. (U.S. June 5, 2025), a case involving the standard for relief under Federal Rule of Civil Procedure 60(b)(6) (slip opinion attached hereto as Exhibit A). In particular, the Supreme Court explained that the "text and structure of Rule 60 make clear that relief under Rule 60(b)(6) is available only in narrow circumstances," that it "provides only grounds for relief not already covered by the preceding five paragraphs" of Rule 60, and that, "even then, extraordinary circumstances must justify reopening" a final judgment, order, or proceeding.

*BLOM Bank*, slip op. at 6 (quoting *Kemp v. United States*, 596 U.S. 528, 533 (2022)).  The Court also reviewed binding Supreme Court precedent that "underscored the stringency of the 'extraordinary circumstances test,'" noting that "[t]his very strict interpretation of Rule 60(b) is essential if the finality of judgments is to be preserved."  *Id.* at 7–8 (quoting *Gonzales v. Crosby*, 545 U.S. 524, 535 (2005)).  This decision is relevant to Section III.B.2. of OpenAI's Opposition to Plaintiffs' Motion for Reconsideration, which argues that "Plaintiffs do not meet the Rule 60(b)(6) standard."  ECF 152 at 5–6.

Dated:  June 6, 2025                              MORRISON & FOERSTER LLP

                                                  By:  */s/ Joseph C. Gratz*
                                                       Joseph C. Gratz (*pro hac vice*)
                                                       JGratz@mofo.com
                                                       425 Market Street
                                                       San Francisco, CA  94105-2482
                                                       Telephone:  (415) 268-7000
                                                       Facsimile:  (415) 268-7522

                                                       Rose S. Lee
                                                       RoseLee@mofo.com
                                                       707 Wilshire Boulevard
                                                       Los Angeles, CA 90017
                                                       Telephone:  (213) 892-5200
                                                       Facsimile:  (213) 892-5454

                                                       Carolyn M. Homer
                                                       CMHomer@mofo.com
                                                       2100 L Street, NW
                                                       Suite 900
                                                       Washington, DC 20037
                                                       Telephone:  (202) 650-4597
                                                       Facsimile:  (202) 887-0763

                                                       Jocelyn E. Greer
                                                       JGreer@mofo.com
                                                       Emily C. Wood
                                                       EWood@mofo.com

        Eric K. Nikolaides
        ENikolaides@mofo.com
        250 W. 55th Street
        New York, NY 10019-9601
        Telephone: (212) 468-8000
        Facsimile: (212) 468-7900

        Attorneys for Defendants
        OPENAI, INC., OPENAI LP, OPENAI GP,
        LLC, OPENAI, LLC, OPENAI OPCO LLC,
        OPENAI GLOBAL LLC, OAI CORPORATION,
        LLC, and OPENAI HOLDINGS, LLC


Dated: June 6, 2025      LATHAM & WATKINS LLP


        By: */s/ Herman H. Yue*
        Andrew Gass (*pro hac vice*)
        andrew.gass@lw.com
        Joseph R. Wetzel (*pro hac vice*)
        joe.wetzel@lw.com
        505 Montgomery Street, Suite 2000
        San Francisco, CA 94111
        Telephone: (415) 391-0600

        Sarang Damle
        sy.damle@lw.com
        Elana Nightingale Dawson (*pro hac vice*)
        elana.nightingaledawson@lw.com
        555 Eleventh Street NW, Suite 100
        Washington, DC 20004
        Telephone: (202) 637-2200

        Allison L. Stillman
        alli.stillman@lw.com
        Rachel R. Blitzer
        rachel.blitzer@lw.com
        Herman H. Yue
        herman.yue@lw.com
        Michael A. David
        Michael.david@lw.com
        Luke Budiardjo
        luke.budiardjo@lw.com

Yijun Zhong
elaine.zhong@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

Allison S. Blanco (*pro hac vice*)
allison.blanco@lw.com
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 540-1235

Attorneys for Defendants
OPENAI, INC., OPENAI LP, OPENAI GP,
LLC, OPENAI, LLC, OPENAI OPCO LLC,
OPENAI GLOBAL LLC, OAI CORPORATION,
LLC, and OPENAI HOLDINGS, LLC

Dated: June 6, 2025          KEKER, VAN NEST & PETERS LLP

By: */s/ Paven Malhotra*
Robert A. Van Nest (*pro hac vice*)
RVanNest@keker.com
R. James Slaughter (*pro hac vice*)
RSlaughter@keker.com
Paven Malhotra
PMalhotra@keker.com
Michelle S. Ybarra (*pro hac vice*)
MYbarra@keker.com
Nicholas S. Goldberg (*pro hac vice*)
NGoldberg@keker.com
Thomas E. Gorman (*pro hac vice*)
TGorman@keker.com
Katie Lynn Joyce (*pro hac vice*)
KJoyce@keker.com
Christopher S. Sun (*pro hac vice*)
csun@keker.com
Andrew S. Bruns (*pro hac vice*)
ABruns@keker.com
Andrew Dawson (*pro hac vice*)
ADawson@keker.com
Edward A. Bayley (*pro hac vice*)
EBayley@keker.com
Sarah Salomon
Ssalomon@keker.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, and OPENAI HOLDINGS, LLC