```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE:                                          :
                                                :
OPENAI, INC.,                                   :        25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,              :
                                                :
                                                :        ORDER
                                                :
This Document Relates To:                       :
23-CV-11195                                     :
                                                :
---------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of OpenAI's proposed order regarding the sampling methodology for the output log data marked for deletion, (*see* ECF 104), as well as News Plaintiffs' request for an opportunity to respond to OpenAI's proposal. (ECF 98).

News Plaintiffs' request is **GRANTED.** News Plaintiffs are directed to file a letter response not to exceed three pages by **Friday, June 13, 2025.** News Plaintiffs' letter response should address, but is not limited to, the following:

1) OpenAI's proposed search terms, (*see* ECF 104-1);

2) The distinction, if any, between the proposed "test" and "control" samples; and

3) The relevance of the sampling methodology from the *Anthropic* case proposed by OpenAI to the data sets at issue.

SO ORDERED.

*s/ Ona T. Wang*

Dated: June 11, 2025  
New York, New York

**Ona T. Wang**  
United States Magistrate Judge