# ROTHWELL FIGG

901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001

Telephone (202) 783-6040
Facsimile (202) 783-6031
www.rothwellfigg.com
info@rothwellfigg.com

Offices in Washington, D.C. | New York | Boston

G. Franklin Rothwell
(1928-2011)
Harry F. Manbeck, Jr.
(1926-2025)

E. Anthony Figg
George R. Repper
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Brian S. Rosenbloom
Jennifer P. Nock
Brett A. Postal
Aydin H. Harston, Ph.D.
Richard Wydeven
Sharon L. Davis
Robert P. Parker
Jenny L. Colgate
Leo M. Loughlin
Michael V. Battaglia
Michael H. Jones
Rachel M. Echols
Daniel L. Shores
Jennifer B. Maisel

Jess M. Collen
Jeffrey A. Lindenbaum*
Mark T. Rawls
Nicole M. DeAbrantes
Davide F. Schiavetti
Vivian Y. Tian
Kristen J. Logan
Sheena X. Wang
Gary J. Prato
James T. Pawlowski
Bryan B. Thompson
Melissa C. Santos, Ph.D.
Andrew C. Stewart
Adam M. Nicolais
Gregory S. DeLassus
Michael P. Ellenberger
Mary L. Mullins*
Michael A. Saunders
Stephanie E. Waltersdorff
Rolando F. Rengifo, Ph.D.*

*Not a member of the D.C.
Bar. Practice limited to patent,
trademark and copyright matters
and cases in federal courts.

Of Counsel
Jane F. Collen
James R. Hastings*
Mitchell E. Radin*

June 13, 2025

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York

Re:   In re: OpenAI, Inc., Copyright Infringement Litigation, 1:25-md-03143-SHS-OTW;
      this document relates to Daily News, LP, et al. v. Microsoft Corporation, et al.,
      1:24-cv-3285-SHS-OTW

Dear Magistrate Judge Wang:

    I write on behalf of Plaintiffs Daily News, LP, et al. ("Plaintiffs") in response to OpenAI's request for a pre-motion conference to address OpenAI's Requests for Admission Nos. 11-20. While Plaintiffs stand by their objections, Plaintiffs have agreed to supplement and admit or deny these requests on the merits by no later than June 20.

    The parties conferred by telephone on June 12, and agree that this supplementation will likely resolve this dispute.

June 13, 2025

                                            Respectfully submitted,

                                            */s/ Steven Lieberman*
                                            Steven Lieberman
                                            Rothwell, Figg, Ernst & Manbeck, P.C.

cc:   All Counsel of Record (via ECF)