# Exhibit 1

```
    P5RBOEP1
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------x

 3  IN RE:  ,

 4  OPENAI, INC.,
    COPYRIGHT INFRINGEMENT LITIGATION
 5

 6                                          25 MD 03143 (SHS)(OTW)

 7                                          Conference
    ------------------------------x
 8  Before:

 9                          HON. ONA T. WANG,
                                 Magistrate Judge
10

11                          APPEARANCES

12  SUSMAN GODFREY LLP
         Interim Class Counsel for Authors Guild and Alter Class
13  Actions
    BY:  ROHIT NATH
14

15  SUSMAN GODFREY LLP
         Attorneys for The New York Times
16  BY:  KATHERINE PEASLEE
         ZACH SAVAGE
17       ALEXANDER P. FRAWLEY
         ADNAN MUTTALIB
18       IAN CROSBY
         DEMETRI BLAISDELL
19       ALEJANDRA C. SALINAS
         DAVIDA BROOK
20       ROHIT NATH
         JUSTIN NELSON
21
    ROTHWELL FIGG
22       Attorneys for New York Times and Daily News
    BY:  JENNIFER MAISEL
23       STEVEN LIEBERMAN
         JENNY COLGATE
24

25
```

```
    P5RBOEP1
                     APPEARANCES (Continued)

    LOEVY & LOEVY
         Attorneys for Center for Investigative Reporting
    BY:  MATTHEW TOPIC

    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
         Attorneys for Authors Guild and Alter Class Plaintiffs
    BY:  RACHEL GEMAN
         WESLEY DOZIER

    BOIES, SCHILLER FLEXNER, LLP
          Attorneys for N.D. Cal Plaintiffs
    BY:   JOSHUA M. STEIN
          EVAN EZRAY

    JOSEPH SAVERI LAW FIRM
          Attorneys for Plaintiffs
    BY:  CHRISTOPHER YOUNG

    KEKER VAN NEST & PETERS
         Attorneys for OpenAI
    BY:  JAMES SLAUGHTER
         MICHELLE YBARRA
         ANDREW DAWSON
         CHRISTOPHER SUN
         SARAH SALOMON
         BILAL MALIK
         EDWARD BAYLEY


    MORRISON & FOERSTER LLP
         Attorneys for OpenAI
    BY:  JOSEPH GRATZ
         CAROLYN HOMER
         ROSE LEE
```

```
     P5RBOEP1
 1                    APPEARANCES (Continued)

 2   LATHAM & WATKINS LLP
          Attorneys for Microsoft
 3   BY:  ELANA NIGHTINGALE DAWSON

 4   FAEGRE DRINKER BIDDLE & REATH LLP
          Attorneys for Microsoft
 5   BY:  JARED BRIANT

 6   ORRICK HERRINGTON & SUTCLIFFE LLP
          Attorneys for Microsoft Corporation
 7   BY:  ANNETTE L. HURST
          SHERYL GARKO
 8

 9   ALSO PRESENT:   KAREN CHESLEY, The New York Times

10                   NICK STANDISH, The New York Times

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

P5RDOpe6A

1           THE COURT:  Okay.

2           MS. SALOMON:  Understood, your Honor.

3           THE COURT:  Rubin, are we done with Rubin?

4           MS. SALOMON:  I believe we're done with Rubin.

5           If I may, your Honor, I would request a denial without

6  prejudice, so that we could explore these issues in deposition.

7           THE COURT:  Sure.

8           MS. SALOMON:  Thank you, your Honor.

9           THE COURT:  I will add, however, for all three of

10  these custodians is a denial without prejudice to renewal, but

11  when you renew, if you renew, I need to see specific

12  allegations, specific documents, statements, admissions that

13  indicate that these custodians are non-cumulative,

14  non-duplicative responsive documents, and that it's

15  proportional to the needs of the case.

16           I will consider Rule 37(e)(5) in cost shifting, but it

17  is denied without prejudice.

18           All right.  Showing, again, that I'm a terrible judge

19  of time, let's see, the next issue is, since we're talking

20  about documents, what about document 250, 251?

21           MR. YUE:  Good afternoon, your Honor.  Herman Yue from

22  Latham & Watkins, on behalf of OpenAI.

23           I'll be speaking to the request that CIR add an

24  additional five custodians to its existing list of the

25  custodians.  Just as an overview, these five custodians we've