# EXHIBIT A

| Registration Number | Title of Work | Author of Work | Owner of Copyright |
|---|---|---|---|
| TX0004447888 | Absolute power / David Baldacci. | David Baldacci | Columbus Rose, Ltd |
| TX0008175968 | Bullseye: An Original Will Robie / Camel Club Short Story. | David Baldacci | Columbus Rose, Ltd |
| TX0005659939 | The Christmas train / David Baldacci. | David Baldacci | Columbus Rose, Ltd |
| TX0006451132 | The collectors. | David Baldacci | Columbus Rose, Ltd |
| TX0008977298 | Daylight. | David Baldacci | Columbus Rose, Ltd |
| TX0007223564 | DELIVER US FROM EVIL. | David Baldacci | Columbus Rose, Ltd |
| TX0007131368 | Divine Justice. | David Baldacci | Columbus Rose, Ltd |
| TX0008570267 | End Game. | David Baldacci | Columbus Rose, Ltd |
| TX0008577805 | The Fallen. | David Baldacci | Columbus Rose, Ltd |
| TX0007877719 | The Finisher. | David Baldacci | Columbus Rose, Ltd |
| TX0006936166 | First Family. | David Baldacci | Columbus Rose, Ltd |
| TX0008434084 | The Fix. | David Baldacci | Columbus Rose, Ltd |
| TX0009074729 | A Gambling Man. | David Baldacci | Columbus Rose, Ltd |
| TX0008266478 | THE GUILTY. | David Baldacci | Columbus Rose, Ltd |
| TX0007332625 | Hell's Corner. | David Baldacci | Columbus Rose, Ltd |
| TX0006109071 | Hour game : a novel / David Baldacci | David Baldacci | Columbus Rose, Ltd |
| TX0008151506 | The Keeper. | David Baldacci | Columbus Rose, Ltd |
| TX0008429575 | The Last Mile. | David Baldacci | Columbus Rose, Ltd |
| TX0008680065 | Long Road to Mercy. | David Baldacci | Columbus Rose, Ltd |
| TX0008068212 | MEMORY MAN. | David Baldacci | Columbus Rose, Ltd |
| TX0008850402 | A Minute to Midnight. | David Baldacci | Columbus Rose, |

| | | | Ltd |
|---|---|---|---|
| TX0008388357 | No Man's Land. | David Baldacci | Columbus Rose, Ltd |
| TX0007804343 | No Time Left. | Columbus Rose, Ltd. f/s/o David Baldacci | Columbus Rose, Ltd |
| TX0008786824 | One Good Deed. | David Baldacci | Columbus Rose, Ltd |
| TX0007549427 | One Summer. | David Baldacci | Columbus Rose, Ltd |
| TX0008767597 | Redemption. | David Baldacci | Columbus Rose, Ltd |
| TX0005099811 | Saving faith / David Baldacci. | David Baldacci | Columbus Rose, Ltd |
| TX0006585054 | Simple genius. | David Baldacci | Columbus Rose, Ltd |
| TX0004889418 | The simple truth / David Baldacci. | David Baldacci | Columbus Rose, Ltd |
| TX0007447606 | The Sixth Man. | David Baldacci | Columbus Rose, Ltd |
| TX0005830168 | Split second / David Baldacci. | David Baldacci | Columbus Rose, Ltd |
| TX0006939773 | STONE COLD. | David Baldacci | Columbus Rose, Ltd |
| TX0007952352 | THE TARGET. | David Baldacci | Columbus Rose, Ltd |
| TX0004503942 | Total control / David Baldacci. | David Baldacci | Columbus Rose, Ltd |
| TX0007122068 | TRUE BLUE. | David Baldacci | Columbus Rose, Ltd |
| TX0008884482 | Walk the Wire. | David Baldacci | Columbus Rose, Ltd |
| TX0007106806 | The Whole Truth. | David Baldacci | Columbus Rose, Ltd |
| TX0004716435 | The winner / David Baldacci. | David Baldacci | Columbus Rose, Ltd |
| TX0006828702 | Wish You Well. | David Baldacci | Columbus Rose, Ltd |
| TX0005309086 | Wish you well / David Baldacci. | David Baldacci | Columbus Rose, Ltd |
| TX0007446708 | Zero Day. | David Baldacci | Columbus Rose, Ltd |
| TX0002701239 | Parting the waters: America in the King years, 1954-63 | Taylor Branch | Taylor Branch |
| TX0004759338 | Pillar of fire: America in the King years 1963-65 | Taylor Branch | Taylor Branch |

| TX0005004510 | Angels flight : a novel / Michael Connelly. | Michael Connelly | Hieronymus, Inc. |
|---|---|---|---|
| TX0007697114 | The Black Box. | Michael Connelly | Hieronymus, Inc. |
| TX0003553452 | The black ice / by Michael Connelly. | Michael Connelly | Michael Connelly |
| TX0004777790 | Blood work / Michael Connelly. | Michael Connelly | Michael Connelly |
| TX0007487034 | The Blue Religion: An Introduction. | Michael Connelly | The Mystery Writers of America, Inc. |
| TX0008966169 | The Brass Verdict. | Michael Connelly | Hieronymus, Inc. |
| TX0006893236 | The Brass Verdict. | Michael Connelly | Hieronymus, Inc. |
| TX0008979084 | Chasing the Dime. | Michael Connelly | Hieronymus, Inc. |
| TX0005698578 | Chasing the dime : a novel / by Michael Connelly. | Michael Connelly | Michael Connelly |
| TX0006150165 | Cielo azul. | Michael Connelly | Michael Connelly |
| TX0005511555 | City of bones : a novel / by Michael Connelly | Michael Connelly | Hieronymus, Inc. |
| TX0006218760 | The closers. | Michael Connelly | Hieronymus, Inc. |
| TX0003827545 | The concrete blonde / Michael Connelly. | Michael Connelly | Michael Connelly |
| TX0006525274 | Crime beat : a decade of covering cops and killers. | Michael Connelly | Hieronymus, Inc. |
| TX0008679767 | Dark Sacred Night | Michael Connelly | Hieronymus, Inc. |
| TX0005244877 | A darkness more than night : a novel / by Michael Connelly. | Michael Connelly | Hieronymus, Inc. |
| TX0007903750 | The Drop. | Michael Connelly | Hieronymus, Inc. |
| TX0007551173 | The Drop. | Michael Connelly | Hieronymus, Inc. |
| TX0006456031 | Echo Park. | Michael Connelly | Hieronymus, Inc. |
| TX0008905639 | Fair Warning. | Michael Connelly | Hieronymus, Inc. |
| TX0007486928 | FATHER'S DAY. | Michael Connelly | Michael Connelly |
| TX0007377218 | The Fifth Witness. | Michael Connelly | Hieronymus, Inc. |
| TX0007847608 | The Gods of Guilt. | Michael | Hieronymus, Inc. |

| | | Connelly | |
|---|---|---|---|
| TX0006921470 | In the Shadow of the Master. | Michael Connelly | The Mystery Writers of America, Inc. |
| TX0004064390 | The last coyote / Michael Connelly. | Michael Connelly | Michael Connelly |
| TX0008943137 | The Late Show. | Michael Connelly | Hieronymus, Inc. |
| TX0008459240 | The Late Show. | Michael Connelly | Hieronymus, Inc. |
| TX0009091556 | The Law of Innocence. | Michael Connelly | Hieronymus, Inc. |
| TX0006979953 | THE LINCOLN LAWYER | Michael Connelly | Hieronymus, Inc. |
| TX0005743159 | Lost light : a novel / by Michael Connelly. | Michael Connelly | Hieronymus, Inc. |
| TX0007000522 | MYSTERY WRITERS OF AMERICA PRESENTS BLUE RELIGION: New Stories About Cops, Criminals, and the Chase. | Michael Connelly | Michael Connelly |
| TX0006026283 | The narrows : a novel / by Michael Connelly | Michael Connelly | Hieronymus, Inc. |
| TX0008820211 | The Night Fire | Michael Connelly | Hieronymus, Inc. |
| TX0007046637 | Nine Dragons | Michael Connelly | Hieronymus, Inc. |
| TX0006941111 | One-Dollar Jackpot. | Michael Connelly | Michael Connelly |
| TX0006602700 | The overlook. | Michael Connelly | Michael Connelly |
| TX0004494924 | The poet / Michael Connelly. | Michael Connelly | Hieronymus, Inc. |
| TX0004290489 | The poet / Michael Connelly. | Michael Connelly | Hieronymus, Inc. |
| TX0007324033 | The Reversal. | Michael Connelly | Hieronymus, Inc. |
| TX0008137420 | The Safe Man: A Ghost Story. | Michael Connelly | Michael Connelly |
| TX0006998115 | The Scarecrow. | Michael Connelly | Hieronymus, Inc. |
| TX0008154362 | Switchblade: An Original Short Story. | Michael Connelly | Michael Connelly |
| TX0004571735 | Trunk music / Michael Connelly. | Michael Connelly | Hieronymus, Inc. |
| TX0008530537 | Two Kinds of Truth. | Michael Connelly | Hieronymus, Inc. |

| TX0008387548 | The Wrong Side of Goodbye. | Michael Connelly | Hieronymus, Inc. |
|---|---|---|---|
| TX0003234539 | The Black echo / Michael Connelly. | Michael Connelly | Michael Connelly |
| TX0007571518 | BARED TO YOU. | Sylvia Wolicki (AKA Sylvia Day) | Sylvia Day LLC |
| TX0008055091 | CAPTIVATED BY YOU: A Crossfire Novel. | Sylvia Day | Sylvia Day LLC |
| TX0006992994 | Don't Tempt Me | Sylvia Day (pseudonym for Sylvia Day Wolicki) | Sylvia Day LLC |
| TX0007765389 | ENTWINED WITH YOU. | Sylvia Wolicki (AKA Sylvia Day) | Sylvia Day LLC |
| TX0007050973 | Eve Of Chaos | Sylvia Day writing as S.J. Day (author of pseudonymous work) | Sylvia Day LLC |
| TX0007041044 | EVE OF DESTRUCTION. | S.J. Day (author of pseudonymous work) | Sylvia Day LLC |
| TX0006860949 | HEAT OF THE NIGHT. | Sylvia Day | Sylvia Day LLC |
| TX0007579762 | A HUNGER SO WILD. | Sylvia Wolicki (also known as Sylvia Day) | Sylvia Day LLC |
| TX0006853003 | Mischief and the Marquess. | Sylvia Day (pseudonym for Sylvia Day Wolicki) | Sylvia Day LLC |
| TX0007576661 | "On Fire" | Sylvia Wolicki (AKA Sylvia Day) | Sylvia Day LLC |
| TX0006848293 | A Passion For Him. | Sylvia Day (pseudonym for Sylvia Day Wolicki) | Sylvia Day LLC |
| TX0006569840 | Pleasures of the night. | Sylvia Day | Sylvia Day LLC |
| TX0007310034 | Pride and Pleasure. | Sylvia Day, pseud. of Sylvia Day Wolicki | Sylvia Day LLC |
| TX0007626414 | REFLECTED IN YOU. | Sylvia Wolicki (AKA Sylvia | Sylvia Day LLC |

| | | Day) | |
|---|---|---|---|
| TX0007426591 | Seven Years to Sin. | Sylvia Day, pseud. of Sylvia Day Wolicki | Sylvia Day LLC |
| TX0006500604 | The stranger I married. | Sylvia Day Wolicki | Sylvia Day LLC |
| TX0007706524 | "Taking the Heat". | Sylvia Day Wolicki (AKA Sylvia Day) | Sylvia Day LLC |
| TX0007487888 | A TOUCH OF CRIMSON. | Sylvia Wolicki (also known as Sylvia Day) | Sylvia Day LLC |
| TX0007385035 | All Revved Up. | Sylvia Day, pseud. of Sylvia June Day | Sylvia Day LLC |
| TX0008280509 | AFTERBURN. | Sylvia Day, pseud. | Sylvia Day LLC |
| TX0007618026 | A Dark Kiss of Rapture. | Sylvia Day, pseud. of Sylvia June Wolicki | Sylvia Day LLC |
| TX0007620649 | What Happened in Vegas. | Sylvia Day, pseud. of Sylvia June Wolicki | Sylvia Day LLC |
| TX0006451506 | Ask for it. | Sylvia Day (Sylvia Day Wolick, pseud.) | Sylvia Day LLC |
| TX0006602177 | Passion for the game. | Sylvia Day Wolicki (Sylvia Day, pseud.) | Sylvia Day LLC |
| TX0006336892 | Bad boys ahoy! | Sylvia Day Wolicki (Sylvia Day, pseud.) | Sylvia Day LLC |
| TX0008280508 | AFTERSHOCK. | Sylvia Day, pseud. | Sylvia Day LLC |
| TX0008788912 | Butterfly in Frost. | Sylvia Day, pseud. (author of pseudonymous work) | Sylvia Day LLC |
| TX0008817010 | CAPTIVATED BY YOU: A Crossfire Novel. | Sylvia Day | Sylvia Day LLC |
| TX0008315091 | ONE WITH YOU | Sylvia Day | Sylvia Day LLC |
| TX0007158134 | EVE OF DARKNESS. | S. J. Day (author of pseudonymous work) | Sylvia Day LLC |
| TX0006559491 | A Familiar Kind of Magic | Sylvia Day | Sylvia Day LLC |

| TX0005485729 | The corrections / Jonathan Franzen. | Jonathan Franzen | Jonathan Franzen |
|---|---|---|---|
| TX0007428625 | FREEDOM: A Novel. | Jonathan Franzen | Jonathan Franzen |
| TX0003298778 | Strong motion / Jonathan Franzen. | Jonathan Franzen | Jonathan Franzen |
| TX0008137801 | PURITY: A Novel. | Jonathan Franzen | Jonathan Franzen |
| TX0002478464 | The Twenty-seventh city / Jonathan Franzen. | Jonathan Franzen | Jonathan Franzen |
| TX0008471412 | Ararat | Christopher Golden | Christopher Golden |
| TX0005956484 | The Confessions of Max Tivoli | Andrew Sean Greer | Andrew Sean Greer |
| TX0005991698 | Bleachers | John Grisham | Belfry Holdings, Inc. |
| TX0005151784 | The brethren / John Grisham. | John Grisham | Belfry Holdings, Inc. |
| TX0006096187 | The broker / John Grisham. | John Grisham | Belfry Holdings, Inc. |
| TX0007543922 | CALICO JOE. | John Grisham | Belfry Holdings, Inc. |
| TX0003672820 | The chamber / John Grisham. | John Grisham | John Grisham |
| TX0003493490 | The client / John Grisham. | John Grisham | John Grisham |
| TX0003507693 | The client / John Grisham. | John Grisham | John Grisham |
| TX0003021559 | The Firm / John Grisham. | John Grisham | John Grisham |
| TX0007051398 | FORD COUNTY: Stories. | John Grisham | Belfry Holdings, Inc. |
| TX0008853177 | THE GUARDIANS: A Novel. | John Grisham | Belfry Holdings, Inc. |
| TXu001050004 | The king of torts / by John Grisham. | John Grisham | Belfry Holdings, Inc. |
| TX0005706610 | The king of torts / John Grisham. | John Grisham | Belfry Holdings, Inc. |
| TX0005917373 | The last juror / John Grisham. | John Grisham | Belfry Holdings, Inc. |
| TX0007494080 | THE LITIGATORS. | John Grisham | Belfry Holdings, Inc. |
| TX0005349683 | A painted house : a novel / by John Grisham | John Grisham | Belfry Holdings, Inc. |
| TX0004493634 | The partner / John Grisham. | John Grisham | John Grisham |
| TX0003266464 | The Pelican brief / John Grisham. | John Grisham | John Grisham |
| TX0004069842 | The rainmaker / John Grisham. | John Grisham | John Grisham |
| TX0008691152 | THE RECKONING | John Grisham | Belfry Holdings, Inc. |

| TX0004331866 | The runaway jury / John Grisham | John Grisham | John Grisham |
|---|---|---|---|
| TX0005457447 | Skipping Christmas / John Grisham. | John Grisham | Belfry Holdings, Inc. |
| TX0004757113 | The street lawyer / John Grisham | John Grisham | Belfry Holdings, Inc. |
| TX0005477452 | The summons / John Grisham. | John Grisham | Belfry Holdings, Inc. |
| TX0004945638 | The testament / John Grisham. | John Grisham | Belfry Holdings, Inc. |
| TX0006991370 | A TIME TO KILL. | John Grisham | Belfry Holdings, Inc. |
| TX0002655711 | A Time to kill / John Grisham. | John Grisham | Belfry Holdings, Inc. |
| PAu000364411 | The Dance and the railroad | David Henry Hwang | David Henry Hwang |
| TX0008480316 | Who is Rich? | Matthew Klam | Matthew Klam |
| TX0005243503 | Sam, the cat and other stories | Matthew Klam | Matthew Klam |
| TX0004947577 | A clash of kings : bk. 2 of A song of ice and fire / George R. R. Martin. | George R.R. Martin | Wo & Shade LLC |
| TX0007400734 | A DANCE WITH DRAGONS Book Five of A Song of Ice and Fire. | George R.R. Martin | Wo & Shade LLC |
| TX0006294636 | A feast for crows. | George R.R. Martin | Wo & Shade LLC |
| TX0001010122 | Fevre dream / George R. R. Martin. | George R.R. Martin | Wo & Shade LLC |
| TX0008699122 | FIRE & BLOOD. | George R.R. Martin | Wo & Shade LLC |
| TX0002555019 | The Journal of Xavier Desmond. | George R.R. Martin | Wo & Shade LLC |
| TX0004387272 | A game of thrones / George R. R. Martin. | George R.R. Martin | Wo & Shade LLC |
| TX0000672958 | The Ice dragon / George R. R. Martin ; ill. by Alicia Austin. | George R.R. Martin | Wo & Shade LLC |
| TX0000831294 | Sandkings / George R. R. Martin. | George R.R. Martin | Wo & Shade LLC |
| TX0008551412 | THE SONS OF THE DRAGON. | George R.R. Martin | Wo & Shade LLC |
| TX0005306372 | A storm of swords / George R. R. Martin. | George R.R. Martin | Wo & Shade LLC |
| TX0001847501 | Tuf voyaging / George R. R. Martin. | George R.R. Martin | Wo & Shade LLC |
| TX0002488534 | Winter's chill / by George R. R. Martin. | George R.R. Martin | Wo & Shade LLC |
| TX0001359571 | The Armageddon rag : a stereophonic long-playing novel / George R. R. Martin | George R.R. Martin | Wo & Shade LLC |

| | Martin. | | |
|---|---|---|---|
| TX0001314411 | Songs the dead men sing / by George R. R. Martin ; ill. by Paul Sonju ; introd. by Algis Budrys. | George R.R. Martin | Wo & Shade LLC |
| TX0008908911 | THE BOOK OF TWO WAYS A Novel. | Jodi Picoult | Jodi Picoult |
| TX0007628302 | Change of Heart. | Jodi Picoult | Jodi Picoult |
| TX0007981362 | The Color War. | Jodi Picoult | Jodi Picoult |
| TX0006940734 | Handle with Care. | Jodi Picoult | Jodi Picoult |
| TX0003720035 | Harvesting the heart / Jodi Picoult. | Jodi Picoult | Jodi Picoult |
| TX0007152236 | House Rules. | Jodi Picoult | Jodi Picoult |
| TX0005300595 | Keeping faith : a novel / Jodi Picoult. | Jodi Picoult | Jodi Picoult |
| TX0008760062 | LARGER THAN LIFE A Novella. | Jodi Picoult | Jodi Picoult |
| TX0007948448 | LEAVING TIME A Novel. | Jodi Picoult | Jodi Picoult |
| TX0007509059 | Lone Wolf. | Jodi Picoult | Jodi Picoult |
| TX0005949094 | My sister's keeper : a novel / Jodi Picoult. | Jodi Picoult | Jodi Picoult |
| TX0006542571 | Nineteen minutes : a novel / Jodi Picoult. | Jodi Picoult | Jodi Picoult |
| TX0004708651 | The pact : a love story / Jodi Picoult. | Jodi Picoult | Jodi Picoult |
| TX0005418274 | Salem Falls / Jodi Picoult | Jodi Picoult | Jodi Picoult |
| TX0005714956 | Second glance : a novel / Jodi Picoult | Jodi Picoult | Jodi Picoult |
| TX0008760063 | SHINE A Short Story | Jodi Picoult | Jodi Picoult |
| TX0007343274 | SING YOU HOME. | Jodi Picoult | Jodi Picoult |
| TX0008471033 | SMALL GREAT THINGS A Novel | Jodi Picoult | Jodi Picoult |
| TX0008668131 | A SPARK OF LIGHT A Novel | Jodi Picoult | Jodi Picoult |
| TX0006409872 | The tenth circle. | Jodi Picoult | Jodi Picoult |
| TX0006124529 | Vanishing acts. | Jodi Picoult | Jodi Picoult |
| TX0007210105 | Weights & Measures. | Jodi Picoult | Jodi Picoult |
| TX0004369201 | Mercy / Jodi Picoult. | Jodi Picoult | Jodi Picoult |
| TX0005517659 | Perfect match / Jodi Picoult. | Jodi Picoult | Jodi Picoult |
| TX0004039517 | Picture perfect / Jodi Picoult. | Jodi Picoult | Jodi Picoult |
| TX0005236383 | Plain truth / Jodi Picoult. | Jodi Picoult | Jodi Picoult |
| TX0003356740 | Songs of the humpback whale : a novel in five voices / by Jodi Picoult. | Jodi Picoult | Jodi Picoult |
| TX0006155631 | A great improvisation: Franklin, France, and the birth of America | Stacy Schiff | Stacy Schiff |
| TX0007307162 | Cleopatra | Stacy Schiff | Stacy Schiff |
| TX0008713166 | The Witches | Stacy Schiff | Stacy Schiff |
| TX0006274534 | A year in the life of William Shakespeare 1599 | James Shapiro | James Shapiro |
| TX0007170652 | Contested Will: Who Wrote Shakespeare? | James Shapiro | James Shapiro |
| TX0008296245 | The Year of Lear | James Shapiro | James Shapiro |
| TX0001472933 | Alpine condo crossfire / Mignon G. | Mignon G. | The Authors |

| | Eberhart [i.e. Mignon Good Eberhart]. | Eberhart | Guild |
|---|---|---|---|
| TX0000262270 | The Bayou road / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart | The Authors Guild |
| TX0000464114 | Casa Madrone / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart | The Authors Guild |
| TX0000684927 | Family affair / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart | The Authors Guild |
| TX0001843584 | A Fighting chance / Mignon G. Eberhart. | Mignon G. Eberhart | The Authors Guild |
| TX0000954810 | Next of kin / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart | The Authors Guild |
| TX0000060127 | Nine o'clock tide / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart | The Authors Guild |
| TX0001195467 | The Patient in cabin C / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart | The Authors Guild |
| TX0002254545 | Three days for emeralds / Mignon G. Eberhart. | Mignon G. Eberhart | The Authors Guild |
| R167095 | The Patient in Room 18 | Mignon G. Eberhart | The Authors Guild |
| R186351 | While the Patient Slept | Mignon G. Eberhart | The Authors Guild |