**VIA ECF**

June 17, 2025

Hon. Sidney H. Stein
U.S. District Court
Southern District of New York
500 Pearl St., Room 24A
New York, NY 10007-1312

RE:   *In re OpenAI Copyright Litigation*, 25-md-3143 (SHS) (OTW)

Dear Judge Stein:

      Pursuant to this Court's May 22, 2025 Case Management Order, the parties in the above-referenced case submit the attached Joint [Proposed] Case Schedule. The parties have agreed on all the proposed dates except for three dates marked in **bold red text** in the attached document.

June 17, 2025                                                                       Respectfully submitted,

                                                          */s/ Steven Lieberman*
                                                        Steven Lieberman
                                                        Rothwell Figg Ernst & Manbeck, P.C.
                                                        *On behalf of News Plaintiffs*

                                                        */s/ Justin Nelson*
                                                       Justin Nelson
                                                       Susman Godfrey L.L.P.
                                                       *On behalf of Class Plaintiffs*

                                                       */s/ Paven Malhotra*
                                                       Paven Malhotra
                                                       Keker, Van Nest & Peters LLP
                                                       *On behalf of OpenAI*

                                                       */s/ Jared Briant*
                                                       Jared Briant
                                                       Faegre, Drinker, Biddle & Reath LLP
                                                       *On behalf of Microsoft*

cc: All Counsel of Record (via ECF)