UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re: OpenAI Inc. Copyright Infringement Litigation* | ECF CASE<br><br>No. 1:25-md-03143-SHS-OTW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TECHNOLOGY TUTORIAL** |

The Parties, by and through their respective counsel of record, hereby stipulate and agree to the following proposed terms to govern the technology tutorial before the Court.

### STIPULATION AND [PROPOSED] ORDER

1. The purpose of this Stipulation and Order is to set a technology tutorial.

2. For a tutorial for the Judge, counsel shall make presentations to set forth the basic technology at issue in this case.

3. The News and Class Plaintiffs will be allotted one combined hour and Microsoft and OpenAI will be allotted one combined hour on June 26, 2025 at 10:00 AM ET to present their technology tutorials.

4. The public may attend the entire presentation. The presentation materials, and representations made or stipulated to during the presentation, shall not be considered evidence in this matter.

5. The parties will exchange demonstrative exhibits by 6:00 PM ET on June 25, 2025 before the hearing, subject to good faith changes in response to the other side's presentation.

 IT IS SO STIPULATED.

Dated: June 23, 2025

By: /s/ Edward A. Bayley
EDWARD A. BAYLEY - #267532
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
ebayley@keker.com
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorney for Defendants OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC

/s/Annette L. Hurst
Annette L. Hurst (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: ahurst@orrick.com

Attorney for Microsoft Corporation

/s/ Justin Nelson
Justin A. Nelson (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street,
Suite 5100
Houston, TX 77002
Tel.:713.651.9366
jnelson@susmangodfrey.com

Interim Lead Class Counsel

/s/Davida Brook
Davida Brook
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars

Suite 1400
Los Angeles, CA 90067
Tel. 310-789-3100
dbrook@susmangodfrey.com

News Plaintiffs' Liaison Counsel

**IT IS SO ORDERED.**


Dated: _____

_____
THE HONORABLE SIDNEY H. STEIN