**LATHAM & WATKINS** LLP    **MORRISON FOERSTER**

June 24, 2025

Hon. Ona T. Wang
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**VIA ECF**

Re: *In Re: OpenAI, Inc., Copyright Infringement Litigation*, 25-md-03143-SHS-OTW; this document relates to *Daily News, LP Et Al. v. Microsoft Corp.*, No. 1:24-cv-03285-SHS-OTW

Dear Judge Wang:

OpenAI writes to provide an update regarding OpenAI's June 10, 2025 letter motion to compel Daily News Plaintiffs to respond to several RFAs. *See* MDL ECF 124. On June 20, Daily News Plaintiffs served supplemental responses to the RFAs at issue in that letter motion. As a result, OpenAI withdraws the letter motion at MDL ECF 124 as this dispute has been resolved.


Respectfully,


KEKER, VAN NEST &
PETERS LLP

*/s/ Andrew F. Dawson\**
Andrew F. Dawson

LATHAM & WATKINS LLP

*/s/ Elana Nightingale Dawson*
Elana Nightingale Dawson

MORRISON & FOERSTER
LLP

*/s/ Carolyn M. Homer\**
Carolyn M. Homer


cc: All Counsel of Record (via ECF)


\* All parties whose electronic signatures are included herein have consented to the filing of this document.