UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
IN RE:                                                       :
                                                             :
OPEN AI, INC.,                                               :   No. 25-md-31433 (SHS)
COPYRIGHT INFRINGEMENT LITIGATION                            :
                                                             :
This Document Relates To:                                    :   (OTW) **ORDER**
                                                             :
THE NEW YORK TIMES COMPANY v.                                :
MICROSOFT CORPORATION, et al., No. 23-                       :
cv-11195                                                     :
                                                             :
------------------------------------------------------------ X

**SIDNEY H. STEIN, United States District Judge:**

    Defendants have filed a motion to seal at ECF No. 88 in Case No. 25-md-31433 and ECF No. 594 in Case No. 23-cv-11195 seeking to seal, *inter alia*, limited portions of its memorandum of law (*MDL* ECF No. 91-1, *NYT* ECF No. 597-1) that include or discuss (i) documents that Defendants have designated as Protected Discovery Materials under the Protective Order at ECF No. 127 in Case No. 23-cv-11195; and (ii) information of the type that is normally kept strictly confidential. Defendants also sought to provisionally seal Exhibit B (*MDL* ECF No. 91-2, *NYT* ECF No. 597-2) pursuant to this Court's Order at *MDL* ECF No. 80.

    For the reasons described in ECF No. 594 in Case No. 23-cv-11195, Defendants' motion to seal is **GRANTED**.

    **SO ORDERED.**

Dated: June 26, 2025
New York, New York

                                         **Sidney H. Stein**
                                         United States District Judge