UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

25-md-3143 (SHS) (OTW)

ORDER

This Document Relates To:

25-cv-4315

SIDNEY H. STEIN, U.S. District Judge.

    Defendants' motion to dismiss the complaint in *Ziff Davis, Inc. v. OpenAI, Inc.* (ECF No. 52)[1] is denied as moot in light of plaintiffs' filing of the First Amended Complaint (ECF No. 105) on July 2, 2025. Pursuant to Federal Rule of Civil Procedure 15(a)(3), defendants' last day to respond to the First Amended Complaint by answer or motion is July 16, 2025.

Dated: New York, New York
         July 2, 2025

SO ORDERED:

*Sidney H. Stein*
Sidney H. Stein, U.S.D.J.

---

[1] References to filings on ECF refer to the docket for Case No. 25-cv-4315.