# EXHIBIT A

# List of Ziff Davis's Portfolio Brands

**Technology and Shopping (CNET Group and Ziff Davis Shopping)**

1. Aberdeen Strategy & Research
2. AskMen
3. BlackFriday.com
4. TheBlackFriday.com
5. CNET
6. DealsofAmerica
7. ExtremeTech
8. Geek
9. Lifehacker
10. Mashable
11. Offers.com
12. PCMag
13. RetailMeNot
14. Spiceworks:
    - Aberdeen Strategy and Research
    - B2B Ideas
    - ITResearchOnline
    - ReadITQuik
    - Spiceworks, Inc.
    - Spiceworks Ziff Davis
    - TechHubBox
    - Technology-Signals
    - Ziff Davis Performance Marketing
15. TDS Gift Cards
16. TechBargains
17. VoucherCodes
18. ZDNET
19. Ziff Davis Performance Marketing

**Gaming and Entertainment (IGN Entertainment)**

1. Gamer Network properties (acquired 2024):
    - GamesIndustry.biz
    - Eurogamer
    - Rock Paper Shotgun
    - VG247
    - Dicebreaker
2. HowLongtoBeat
3. Humble Bundle
4. IGN Entertainment
5. MapGenie
6. Maxroll (acquired 2025)

1

7. Interest in:
    - Out There Gaming Limited (owner of Outside Xtra, Outside Xbox, and Oxventure)
    - Hookshot Media Ltd (owner of Nintendo Life, Push Square, Pure Xbox, Time Extension, and Nintendo News)

**Health & Wellness (Everyday Health Group)**

1. BabyCenter
2. Castle Connolly Top Doctors
3. DailyOM
4. Diabetes Daily
5. Emma's Diary
6. Everyday Health
7. Health eCareers
8. Health Professional Academy
9. Lose It!
10. MedPage Today
11. Migraine Again
12. Mom 2.0
13. PRIME
14. TheSkimm (acquired 2025)
15. What to Expect

**Connectivity**

1. CellRebel
2. Downdetector
3. Ekahau
4. Ookla
5. RootMetrics
6. SpatialBuzz
7. Speedtest

**Cybersecurity (VIPRE Security Group)**

1. Excel Micro
2. Inspired eLearning
3. IPVanish
4. Livedrive
5. Strong VPN
6. SugarSync
7. VIPRE

**MarTech (Moz Group)**

1. Campaigner
2. Email Industries
3. eReceptionist
4. eVoice
5. FullContact
6. iContact
7. Kickbox
8. Line2
9. Moz
10. SMTP
11. STAT