# EXHIBIT B

| | | |
|---|---|---|
| TXu002480239 | TXu002480692 | TX0009487920 |
| TXu002482100 | TX0009488561 | TXu002480684 |
| TXu002480401 | TX0009482427 | TX0009483852 |
| TXu002480123 | TX0009483934 | TXu002482182 |
| TXu002479650 | TX0009485133 | TX0009485125 |
| TXu002479699 | TXu002482560 | TX0009485136 |
| TXu002479656 | TXu002480747 | TX0009485144 |
| TXu002479681 | TX0009487923 | TX0009485460 |
| TXu002479661 | TX0009483856 | TX0009483930 |
| TXu002481139 | TX0009488303 | TXu002482155 |
| TXu002479088 | TX0009487552 | TXu002480679 |
| TXu002481731 | TX0009488575 | TXu002482561 |
| TXu002480220 | TX0009487936 | TX0009485121 |
| TX0009482091 | TXu002482172 | TX0009487942 |
| TXu002481738 | TX0009482429 | TX0009488559 |
| TXu002479203 | TX0009487917 | TX0009483848 |
| TXu002480128 | TXu002480736 | V9991D056 |
| TXu002481754 | TXu002480749 | V15002D443 |
| TXu002479689 | TX0009483065 | TX0007935080 |
| TXu002479670 | TX0009487929 | TX0007935083 |
| TXu002478072 | TX0009485134 | TX0007712039 |
| TXu002482095 | TX0009487928 | TX0007649674 |
| TX0009464684 | TX0009488193 | TX0007297169 |
| TX0009466840 | TX0009487916 | TX0007380873 |
| V15016D737 | TX0009485140 | TX0007575578 |
| V15002D443 | TX0009482430 | TX0008119728 |
| VA0002249057 | TX0009483855 | TX0007710025 |
| V3600D796 | TX0009485455 | TX0007710546 |
| TX0007309017 | TX0009487563 | TX0006911763 |
| TXu002480688 | TX0009487548 | TX0007347431 |
| TXu002482133 | TX0009488195 | TX0007391267 |
| TX0009483857 | TX0009487925 | TX0006648424 |
| TX0009487934 | TX0009483943 | TX0007551129 |
| TXu002480678 | TX0009488004 | TX0007360268 |
| TX0009485141 | TX0009487561 | TX0006584510 |
| TXu002480733 | TXu002482160 | TX0006648466 |
| TX0009483850 | TX0009488566 | TX0006648161 |
| TX0009487545 | TX0009487521 | TX0006660211 |
| TXu002480691 | TX0009487922 | TX0006854859 |
| TXu002482559 | TX0009487935 | TX0006360600 |

1

| | | |
|---|---|---|
| TX0006560676 | TX0009478421 | TX0007986862 |
| TX0006431884 | TX0009478725 | TX0007359722 |
| TX0006481742 | TX0009481183 | |
| TX0006429986 | TX0009480147 | |
| V3527D507 | TX0009478461 | |
| V3527D507 | TX0009479307 | |
| TX0006257568 | TX0009480133 | |
| TX0006335976 | TX0009478419 | |
| TX0006259979 | TX0009485297 | |
| TX0006193537 | TX0009479135 | |
| V3511D428 | TX0009481180 | |
| V3508D828 | TX0009485267 | |
| TX0006265139 | TX0009484548 | |
| TX0006150805 | TX0009479310 | |
| TX0005982339 | TX0009473483 | |
| TX0006051075 | TX0009473775 | |
| V3510D559 | TX0009473767 | |
| TX0005911542 | TX0009473772 | |
| TX0005741112 | TX0009473455 | |
| TX0005803826 | TX0009473758 | |
| TX0005952891 | TX0009474061 | |
| TX0005588959 | TX0009473491 | |
| TX0005596110 | TX0009484194 | |
| TX0005752817 | TX0009473488 | |
| TX0005748014 | TX0009473452 | |
| TX0005660528 | TX0009473751 | |
| TX0005728111 | TX0009473458 | |
| TX0005789384 | TX0009473796 | |
| TX0005660529 | TX0009473456 | |
| TX0005630964 | TX0009473461 | |
| TX0005630965 | TX0009473793 | |
| TX0005630966 | TX0009473774 | |
| TX0005660530 | TX0009473485 | |
| TXu001211145 | TX0009473750 | |
| TX0009478359 | TX0009473480 | |
| TX0009485245 | TX0009473763 | |
| TX0009480131 | TX0009473795 | |
| TX0009481174 | V15002D443 | |
| TX0009476681 | V9996D625 | |
| TX0009480143 | V9908D921 | |

| | | |
|---|---|---|
| TXu002492896 | TXu002490249 | TXu002485792 |
| TXu002492909 | TXu002490252 | TX0009510048 |
| TXu002492922 | TXu002490081 | TXu002485791 |
| TXu002492855 | TXu002490256 | TXu002489515 |
| TXu002492865 | TXu002490281 | TXu002489516 |
| TXu002492907 | TXu002490217 | TXu002489509 |
| TXu002492912 | TXu002490234 | TX0009499491 |
| TXu002492921 | TXu002490303 | TXu002493617 |
| TXu002492857 | TXu002489784 | TXu002493612 |
| TXu002492867 | TXu002490221 | TXu002493415 |
| TXu002494175 | TXu002490278 | TXu002488590 |
| TXu002494183 | TXu002489786 | TXu002493614 |
| TXu002492869 | TXu002490280 | TXu002494920 |
| TXu002492861 | TXu002490224 | TXu002494914 |
| TXu002492852 | TXu002490286 | TXu002494917 |
| TXu002492870 | TXu002489791 | TXu002488592 |
| TXu002492854 | TXu002489789 | TXu002488588 |
| TXu002492923 | TXu002490218 | TXu002494924 |
| TXu002492900 | TXu002490271 | TXu002493406 |
| TXu002492901 | TXu002490226 | TXu002493610 |
| TXu002492908 | TXu002490232 | TXu002493400 |
| TXu002492856 | TXu002489506 | TXu002494925 |
| TXu002492871 | TXu002489513 | TXu002494916 |
| TXu002494182 | TX0009510090 | TXu002494916 |
| TXu002494178 | TX0009510061 | TXu002494917 |
| TXu002494189 | TXu002489512 | TXu002494924 |
| TXu002494177 | TXu002489510 | TXu002494925 |
| TXu002492853 | TXu002485790 | TXu002494920 |
| TXu002492866 | TXu002489514 | TXu002494914 |
| TXu002492472 | TX0009510041 | TXu002484162 |
| TXu002492849 | TX0009510045 | TXu002494055 |
| TXu002492911 | TX0009509850 | TXu002488676 |
| TXu002492906 | TXu002485794 | TXu002488688 |
| TXu002494181 | TXu002489511 | TXu002488686 |
| TXu002490254 | TXu002489507 | TXu002488257 |
| TXu002490082 | TXu002485795 | TXu002488685 |
| TXu002490085 | TX0009510063 | TXu002493920 |
| TXu002490243 | TX0009510093 | TXu002488246 |
| TXu002490257 | TX0009510085 | TXu002488238 |
| TXu002490233 | TX0009510040 | TXu002492554 |

| | | |
|---|---|---|
| TXu002488677 | TXu002488183 | TXu002493852 |
| TXu002492558 | TXu002488187 | TXu002494728 |
| TXu002492553 | TXu002495283 | TXu002488231 |
| TXu002492560 | TXu002495283 | TXu002493853 |
| TXu002488665 | TXu002488198 | TXu002493847 |
| TXu002488678 | TX0009495892 | TXu002494684 |
| TXu002488672 | TX0009495846 | TXu002494695 |
| TXu002492550 | TX0009495882 | TXu002495724 |
| TXu002488668 | TX0009495916 | TXu002495724 |
| TXu002488240 | TXu002495298 | TXu002488191 |
| TXu002492549 | TX0009495877 | TXu002488225 |
| TXu002488673 | TXu002488197 | TXu002488223 |
| TXu002492559 | TXu002493147 | TXu002488174 |
| TXu002488241 | TXu002486335 | TXu002488284 |
| TXu002488259 | TXu002493867 | TXu002488224 |
| TXu002488683 | TXu002492470 | TXu002495005 |
| TXu002488684 | TXu002486321 | TXu002495008 |
| TXu002488255 | TX0009495870 | TXu002494966 |
| TXu002492557 | TXu002488196 | TXu002494683 |
| TXu002492547 | TXu002493133 | TXu002494770 |
| TXu002488768 | TXu002495301 | TXu002494703 |
| TXu002488666 | TX0009495852 | TXu002494697 |
| TXu002488253 | TX0009495910 | TXu002494968 |
| TXu002488781 | TX0009495857 | TXu002488185 |
| TXu002488771 | TX0009495902 | TXu002488216 |
| TXu002492546 | TXu002486311 | TXu002488178 |
| TXu002488687 | TXu002494941 | TXu002488177 |
| TXu002494054 | TXu002495298 | TXu002488242 |
| TXu002488667 | TXu002494941 | TXu002488182 |
| TXu002488249 | TXu002495301 | TXu002494767 |
| TXu002488261 | TXu002482100 | TXu002494713 |
| TXu002488680 | TXu002482095 | TXu002494724 |
| TXu002494508 | TXu002493838 | TXu002494762 |
| TXu002483237 | TXu002493846 | TXu002495007 |
| TXu002488165 | TXu002493836 | TXu002488193 |
| TXu002488180 | TXu002494715 | TXu002488239 |
| TXu002488189 | TXu002494686 | TXu002488192 |
| TXu002488166 | TXu002494733 | TXu002488217 |
| TXu002488184 | TXu002493125 | TXu002494699 |
| TXu002488186 | TXu002493156 | TXu002494718 |

4

| | | |
|---|---|---|
| TXu002494723 | TXu002481738 | TXu002484204 |
| TXu002494675 | TXu002481754 | TXu002483930 |
| TXu002495069 | TXu002494441 | TXu002480239 |
| TXu002488194 | TXu002494438 | TXu002493148 |
| TXu002488283 | TXu002494433 | TXu002483935 |
| TXu002488288 | TXu002494435 | TXu002483932 |
| TXu002494717 | TXu002494437 | TXu002484767 |
| TXu002494965 | TXu002493694 | TXu002483911 |
| TXu002494967 | TXu002493692 | TXu002484909 |
| TXu002495008 | TXu002494439 | TXu002485210 |
| TXu002495069 | TXu002494440 | TXu002493951 |
| TXu002494967 | TXu002493292 | TXu002483917 |
| TXu002495005 | TXu002492476 | TXu002492479 |
| TXu002494968 | TXu002483928 | TXu002483900 |
| TXu002494965 | TXu002485256 | TXu002484763 |
| TXu002495007 | TXu002483902 | TXu002480123 |
| TXu002494966 | TXu002483914 | TXu002493142 |
| TXu002488232 | TXu002483931 | TXu002484206 |
| TXu002485410 | TXu002493146 | TXu002483933 |
| TXu002485404 | TXu002483929 | TXu002485211 |
| TXu002488235 | TXu002484902 | TXu002484764 |
| TXu002494964 | TXu002493987 | TXu002483913 |
| TXu002488233 | TXu002483918 | TXu002484908 |
| TXu002488230 | TXu002480128 | TXu002483915 |
| TXu002495025 | TXu002493986 | TXu002484914 |
| TXu002485402 | TXu002483922 | TXu002484203 |
| TXu002494960 | TXu002483920 | TXu002484915 |
| TXu002494959 | TXu002480401 | TXu002492524 |
| TXu002494962 | TXu002484766 | TXu002493144 |
| TXu002493931 | TXu002484904 | TXu002483938 |
| TXu002488236 | TXu002483921 | TXu002480220 |
| TXu002494963 | TXu002483892 | TXu002485197 |
| TXu002494962 | TXu002493575 | TXu002485203 |
| TXu002495025 | TXu002485252 | TXu002483890 |
| TXu002494964 | TXu002483894 | TXu002493948 |
| TXu002494963 | TXu002485248 | TXu002485251 |
| TXu002494959 | TXu002484765 | TXu002493957 |
| TXu002494960 | TXu002492519 | TXu002483909 |
| TXu002481139 | TXu002493954 | TXu002483899 |
| TXu002481731 | TXu002483924 | TXu002485208 |

5

| | | |
|---|---|---|
| TXu002483936 | TXu002482804 | TXu002482182 |
| TXu002494488 | TXu002482811 | TXu002493171 |
| TXu002493709 | TXu002484556 | TXu002493213 |
| TXu002493699 | TXu002484033 | TXu002493120 |
| TXu002479661 | TXu002482817 | TXu002482560 |
| TXu002493700 | TXu002489651 | TXu002493162 |
| TXu002493664 | TXu002482815 | TXu002493831 |
| TXu002479699 | TXu002484172 | TXu002493200 |
| TXu002493704 | TXu002482809 | TXu002493173 |
| TXu002479689 | TXu002484077 | TXu002482172 |
| TXu002494475 | TXu002493237 | TXu002494519 |
| TXu002493706 | TXu002493239 | TXu002493201 |
| TXu002493702 | TXu002479088 | TXu002479203 |
| TXu002479670 | TXu002493644 | TXu002482160 |
| TXu002479656 | TXu002493227 | TXu002493429 |
| TXu002493707 | TXu002493231 | TXu002493840 |
| TXu002494487 | TXu002492419 | TXu002493269 |
| TXu002494476 | TXu002493236 | TXu002489951 |
| TXu002479650 | TXu002493234 | TXu002489943 |
| TXu002479681 | TXu002493630 | TXu002489948 |
| TXu002494481 | TXu002493241 | TXu002489957 |
| TXu002483896 | TXu002492621 | TXu002489939 |
| TXu002484602 | TXu002493233 | TXu002489928 |
| TXu002483895 | TXu002492623 | TXu002489935 |
| TXu002485268 | TXu002493380 | TX0009497126 |
| TXu002485272 | TXu002493238 | TXu002489964 |
| TXu002485260 | TXu002482559 | TXu002480692 |
| TXu002485263 | TXu002493122 | TXu002480749 |
| TXu002483897 | TXu002493215 | TXu002480688 |
| TXu002485261 | TXu002482561 | TXu002480679 |
| TXu002485259 | TXu002493212 | TXu002480684 |
| TXu002485274 | TXu002491355 | TXu002480678 |
| TXu002493367 | TXu002494517 | TXu002480736 |
| TXu002485258 | TXu002494523 | TXu002480733 |
| TXu002485269 | TXu002494357 | TXu002480747 |
| TXu002489652 | TXu002493174 | TXu002480691 |
| TXu002482810 | TXu002493430 | TX0009495343 |
| TXu002484560 | TXu002482155 | TX0009495346 |
| TXu002482814 | TXu002493108 | TX0009495351 |
| TXu002489654 | TXu002482133 | TX0009495348 |

6

| | | |
|---|---|---|
| TX0009495362 | TX0009487552 | TX0009495349 |
| TX0009495359 | TX0009487563 | TX0009495309 |
| TX0009497365 | TX0009512887 | TX0009495438 |
| TX0009497364 | TX0009495584 | TX0009495448 |
| TXu002478072 | TX0009495585 | TX0009495321 |
| TX0009502943 | TX0009495586 | TX0009480143 |
| TX0009498043 | TX0009488303 | TX0009480133 |
| TX0009498986 | TX0009495588 | TX0009501737 |
| TX0009502949 | TX0009509580 | TX0009480131 |
| TX0009504166 | TX0009488566 | TX0009480147 |
| TX0009498989 | TX0009488561 | TX0009478419 |
| TX0009500390 | TX0009488559 | TX0009479135 |
| TX0009498987 | TX0009488575 | TX0009479310 |
| TX0009512516 | TX0009487942 | TX0009478461 |
| TX0009500387 | TX0009487935 | TX0009479307 |
| TX0009498988 | TX0009485144 | TX0009485267 |
| TX0009497366 | TX0009485121 | TX0009485245 |
| TX0009512519 | TX0009485141 | TX0009478725 |
| TX0009512519 | TX0009485125 | TX0009478421 |
| TX0009512516 | TX0009485136 | TX0009481183 |
| TX0009487928 | TX0009485133 | TX0009481180 |
| TX0009487916 | TX0009488193 | TX0009481174 |
| TX0009487929 | TX0009485140 | TX0009495456 |
| TX0009487925 | TX0009488195 | TX0009484548 |
| TX0009487922 | TX0009485134 | TX0009495462 |
| TX0009487920 | TX0009483934 | TX0009484194 |
| TX0009487917 | TX0009483943 | TX0009504329 |
| TX0009495483 | TX0009485455 | TX0009478359 |
| TX0009487923 | TX0009485460 | TX0009476681 |
| TX0009487934 | TX0009483930 | TX0009485297 |
| TX0009487936 | TX0009482430 | TX0009473491 |
| TX0009495481 | TX0009483065 | TX0009473751 |
| TX0009495482 | TX0009482427 | TX0009473488 |
| TX0009487561 | TX0009483857 | TX0009473461 |
| TX0009487545 | TX0009483850 | TX0009473480 |
| TX0009488004 | TX0009483852 | TX0009473763 |
| TX0009487548 | TX0009483848 | TX0009473774 |
| TX0009512887 | TX0009483856 | TX0009473793 |
| TX0009487521 | TX0009482429 | TX0009473775 |
| TX0009482091 | TX0009483855 | TX0009473456 |

7

| | | |
|---|---|---|
| TX0009473750 | TXu002488673 | TXu002488196 |
| TX0009473458 | TXu002492559 | TXu002493133 |
| TX0009473485 | TXu002488241 | TXu002495301 |
| TX0009473758 | TXu002488259 | TXu002486311 |
| TX0009473452 | TXu002488683 | TXu002494941 |
| TX0009474061 | TXu002488684 | TXu002495298 |
| TX0009473772 | TXu002488255 | TXu002494941 |
| TX0009473483 | TXu002492557 | TXu002495301 |
| TX0009473796 | TXu002492547 | TXu002493838 |
| TX0009473455 | TXu002488768 | TXu002493846 |
| TX0009473767 | TXu002488666 | TXu002493836 |
| TX0009473795 | TXu002488253 | TXu002494715 |
| TX0009466840 | TXu002488781 | TXu002494686 |
| TX0009464684 | TXu002488771 | TXu002494733 |
| TXu002492516 | TXu002492546 | TXu002493125 |
| TXu002493350 | TXu002488687 | TXu002493156 |
| TXu002492531 | TXu002494054 | TXu002493852 |
| TXu002492472 | TXu002488667 | TXu002494728 |
| TX0009499491 | TXu002488249 | TXu002488231 |
| TXu002494055 | TXu002488261 | TXu002493853 |
| TXu002488676 | TXu002488680 | TXu002493847 |
| TXu002488688 | TXu002494508 | TXu002494684 |
| TXu002488686 | TXu002488165 | TXu002494695 |
| TXu002488257 | TXu002488180 | TXu002495724 |
| TXu002488685 | TXu002488189 | TXu002495724 |
| TXu002493920 | TXu002488166 | TXu002488191 |
| TXu002488246 | TXu002488184 | TXu002488225 |
| TXu002488238 | TXu002488186 | TXu002488223 |
| TXu002492554 | TXu002488183 | TXu002488174 |
| TXu002488677 | TXu002488187 | TXu002488284 |
| TXu002492558 | TXu002495283 | TXu002488224 |
| TXu002492553 | TXu002495283 | TXu002495005 |
| TXu002492560 | TXu002488198 | TXu002495008 |
| TXu002488665 | TXu002495298 | TXu002494966 |
| TXu002488678 | TXu002488197 | TXu002494683 |
| TXu002488672 | TXu002493147 | TXu002494770 |
| TXu002492550 | TXu002486335 | TXu002494703 |
| TXu002488668 | TXu002493867 | TXu002494697 |
| TXu002488240 | TXu002492470 | TXu002494968 |
| TXu002492549 | TXu002486321 | TXu002488185 |

| | | |
|---|---|---|
| TXu002488216 | TXu002495025 | TXu002483921 |
| TXu002488178 | TXu002485402 | TXu002483892 |
| TXu002488177 | TXu002494960 | TXu002493575 |
| TXu002488242 | TXu002494959 | TXu002485252 |
| TXu002488182 | TXu002494962 | TXu002483894 |
| TXu002494767 | TXu002493931 | TXu002485248 |
| TXu002494713 | TXu002488236 | TXu002484765 |
| TXu002494724 | TXu002494963 | TXu002492519 |
| TXu002494762 | TXu002494962 | TXu002493954 |
| TXu002495007 | TXu002495025 | TXu002483924 |
| TXu002488193 | TXu002494964 | TXu002484204 |
| TXu002488239 | TXu002494963 | TXu002483930 |
| TXu002488192 | TXu002494959 | TXu002493148 |
| TXu002488217 | TXu002494960 | TXu002483935 |
| TXu002494699 | TXu002494441 | TXu002483932 |
| TXu002494718 | TXu002494438 | TXu002484767 |
| TXu002494723 | TXu002494433 | TXu002483911 |
| TXu002494675 | TXu002494435 | TXu002484909 |
| TXu002495069 | TXu002494437 | TXu002485210 |
| TXu002488194 | TXu002493694 | TXu002493951 |
| TXu002488283 | TXu002493692 | TXu002483917 |
| TXu002488288 | TXu002494439 | TXu002492479 |
| TXu002494717 | TXu002494440 | TXu002483900 |
| TXu002494965 | TXu002493292 | TXu002484763 |
| TXu002494967 | TXu002492476 | TXu002493142 |
| TXu002495008 | TXu002483928 | TXu002484206 |
| TXu002495069 | TXu002485256 | TXu002483933 |
| TXu002494967 | TXu002483902 | TXu002485211 |
| TXu002495005 | TXu002483914 | TXu002484764 |
| TXu002494968 | TXu002483931 | TXu002483913 |
| TXu002494965 | TXu002493146 | TXu002484908 |
| TXu002495007 | TXu002483929 | TXu002483915 |
| TXu002494966 | TXu002484902 | TXu002484914 |
| TXu002488232 | TXu002493987 | TXu002484203 |
| TXu002485410 | TXu002483918 | TXu002484915 |
| TXu002485404 | TXu002493986 | TXu002492524 |
| TXu002488235 | TXu002483922 | TXu002493144 |
| TXu002494964 | TXu002483920 | TXu002483938 |
| TXu002488233 | TXu002484766 | TXu002485197 |
| TXu002488230 | TXu002484904 | TXu002485203 |

| | | |
|---|---|---|
| TXu002483890 | TXu002482804 | TXu002493171 |
| TXu002493948 | TXu002482811 | TXu002493213 |
| TXu002485251 | TXu002484556 | TXu002493120 |
| TXu002493957 | TXu002484033 | TXu002482560 |
| TXu002483909 | TXu002482817 | TXu002493162 |
| TXu002483899 | TXu002489651 | TXu002493831 |
| TXu002485208 | TXu002482815 | TXu002493200 |
| TXu002483936 | TXu002484172 | TXu002493173 |
| TXu002494488 | TXu002482809 | TXu002482172 |
| TXu002493709 | TXu002484077 | TXu002494519 |
| TXu002493699 | TXu002493237 | TXu002493201 |
| TXu002493700 | TXu002493239 | TXu002482160 |
| TXu002493664 | TXu002493644 | TXu002493429 |
| TXu002493704 | TXu002493227 | TXu002493840 |
| TXu002494475 | TXu002493231 | TXu002493269 |
| TXu002493706 | TXu002492419 | TXu002489951 |
| TXu002493702 | TXu002493236 | TXu002489943 |
| TXu002493707 | TXu002493234 | TXu002489948 |
| TXu002494487 | TXu002493630 | TXu002489957 |
| TXu002494476 | TXu002493241 | TXu002489939 |
| TXu002494481 | TXu002492621 | TXu002489928 |
| TXu002483896 | TXu002493233 | TXu002489935 |
| TXu002484602 | TXu002492623 | TX0009497126 |
| TXu002483895 | TXu002493380 | TXu002489964 |
| TXu002485268 | TXu002493238 | TXu002480692 |
| TXu002485272 | TXu002482559 | TXu002480749 |
| TXu002485260 | TXu002493122 | TXu002480688 |
| TXu002485263 | TXu002493215 | TXu002480679 |
| TXu002483897 | TXu002482561 | TXu002480684 |
| TXu002485261 | TXu002493212 | TXu002480678 |
| TXu002485259 | TXu002491355 | TXu002480736 |
| TXu002485274 | TXu002494517 | TXu002480733 |
| TXu002493367 | TXu002494523 | TXu002480747 |
| TXu002485258 | TXu002494357 | TXu002480691 |
| TXu002485269 | TXu002493174 | TX0009495343 |
| TXu002489652 | TXu002493430 | TX0009495346 |
| TXu002482810 | TXu002482155 | TX0009495351 |
| TXu002484560 | TXu002493108 | TX0009495348 |
| TXu002482814 | TXu002482133 | TX0009495362 |
| TXu002489654 | TXu002482182 | TX0009495359 |

| | |
|---|---|
| TX0009497365 | TX0009495585 |
| TX0009497364 | TX0009495586 |
| TX0009502943 | TX0009488303 |
| TX0009498043 | TX0009495588 |
| TX0009498986 | TX0009509580 |
| TX0009502949 | TX0009488566 |
| TX0009504166 | TX0009488561 |
| TX0009498989 | TX0009488559 |
| TX0009500390 | TX0009488575 |
| TX0009498987 | TX0009487942 |
| TX0009512516 | TX0009487935 |
| TX0009500387 | TX0009485144 |
| TX0009498988 | TX0009485121 |
| TX0009497366 | TX0009485141 |
| TX0009512519 | TX0009485125 |
| TX0009512519 | TX0009485136 |
| TX0009512516 | TX0009485133 |
| TX0009487928 | TX0009488193 |
| TX0009487916 | TX0009485140 |
| TX0009487929 | TX0009488195 |
| TX0009487925 | TX0009485134 |
| TX0009487922 | TX0009483934 |
| TX0009487920 | TX0009483943 |
| TX0009487917 | TX0009485455 |
| TX0009495483 | TX0009485460 |
| TX0009487923 | TX0009483930 |
| TX0009487934 | TX0009482430 |
| TX0009487936 | TX0009483065 |
| TX0009495481 | TX0009482427 |
| TX0009495482 | TX0009483857 |
| TX0009487561 | TX0009483850 |
| TX0009487545 | TX0009483852 |
| TX0009488004 | TX0009483848 |
| TX0009487548 | TX0009483856 |
| TX0009512887 | TX0009482429 |
| TX0009487521 | TX000948385 |
| TX0009487552 | TX0009495349 |
| TX0009487563 | |
| TX0009512887 | |
| TX0009495584 | |