# EXHIBIT E

**January 28, 2025 *Lifehacker* Article**

Home • Tech

## These Nothing Wireless Earbuds Are at Their Lowest Price Ever

If you value smart features and strong audio, these earbuds offer great value—especially at this price.

Pradershika Sharma January 28, 2025

*We may earn a commission from links on this page.*
*Deal pricing and availability subject to change after time of publication.*

The Nothing Ear wireless earbuds are currently $144, down from $159—their lowest price ever, according to price trackers. They work with Bluetooth 5.3 and support high-quality codecs like LDAC, so you get clear, detailed audio, especially on Android devices. They also feature multipoint pairing, allowing you to connect with up to two devices at once. Battery life is a little over 5 hours with ANC on (eight with it off) plus an additional 18 hours with ANC (or up to 32 hours without it) from the charging case. Speaking of, charging is handled via USB-C, using the included cable or wireless charging, though it's a bit slow at 2.5W.

Sound-wise, the earbuds' 11mm ceramic drivers, paired with two vents for improved airflow and bass, deliver rich sound across a frequency range of 20Hz to 20kHz. Reviews note the bass is full and distortion-free even at higher volumes. If you like to customize your audio, the companion app offers an eight-band EQ, or you can choose from sound presets. The noise cancellation is good enough to cut out low-frequency sounds like the buzz of a crowded restaurant (though some mids and highs still sneak through).

The on-earbud controls allow you to manage playback, take calls, and switch between ANC and transparency modes with a pinch (customizable via the app). If you're using the latest Nothing OS and have ChatGPT, there's also a pinch-to-speak feature that lets you interact directly with the AI, turning the earbuds into a smart assistant.

The buds have an IP54 rating, making them dust-resistant and able to handle light rain or sweat. The charging case, rated IP55, offers the same dust resistance as the earbuds, but is prone to scratches, or so notes this PCMag review. If you need something more durable, you might want to check out the IP68-rated Jabra Elite 8 Active ($193.75), and if you need better ANC, the Anker Soundcore Liberty 4 NC earphones make for a great alternative at $69.99 (down from $99.99).

**ChatGPT Output**

The Nothing Ear wireless earbuds are currently $144, down from $159—their lowest price ever, according to price trackers. They work with Bluetooth 5.3 and support high-quality codecs like LDAC, so you get clear, detailed audio, especially on Android devices. They also feature multipoint pairing, allowing you to connect with up to two devices at once. Battery life is a little over 5 hours with ANC on (eight with it off) plus an additional 18 hours with ANC (or up to 32 hours without it) from the charging case. Speaking of, charging is handled via USB-C, using the included cable or wireless charging, though it's a bit slow at 2.5W. Sound-wise, the earbuds' 11mm ceramic drivers, paired with two vents for improved airflow and bass, deliver rich sound across a frequency range of 20Hz to 20kHz. Reviews note the bass is full and distortion-free even at higher volumes. If you like to customize your audio, the companion app offers an eight-band EQ, or you can choose from sound presets. The noise cancellation is good enough to cut out low-frequency sounds like the buzz of a crowded restaurant (though some mids and highs still sneak through). The on-earbud controls allow you to manage playback, take calls, and switch between ANC and transparency modes with a pinch (customizable via the app). If you're using the latest Nothing OS and have ChatGPT, there's also a pinch-to-speak feature that lets you interact directly with the AI, turning the earbuds into a smart assistant. The buds have an IP54 rating, making them dust-resistant and able to handle light rain or sweat. The charging case, rated IP55, offers the same dust resistance as the earbuds, but is prone to scratches, or so notes this PCMag review. If you need something more durable, you might want to check out the IP68-rated Jabra Elite 8 Active ($193.75), and if you need better ANC, the Anker Soundcore Liberty 4 NC earphones make for a great alternative at $69.99 (down from $99.99). Lifehacker +7

| November 22, 2024 *Mashable* Article | ChatGPT Output |
|---|---|
| **A pigeon-like robot could help improve aviation**<br>It's all about maintaining balance during turbulence.<br>By Teodosia Dobriyanova on November 22, 2024<br><br>A pigeon-inspired flying robot is solving avian mysteries that may help create more stable aircrafts.<br><br>While birds seem to seamlessly maintain stability during turbulence, airplanes need rudders and vertical tails to avoid being rocked from side to side. Scientists have suspected that birds maintain balance by reflexively adjusting their wings and tails but this hypothesis has been hard to prove with real birds in field studies.<br><br>To overcome this challenge, scientists at the American Association for the Advancement of Science (AAAS), developed PigeonBot II, a robot equipped with morphing wings, pigeon-like wingtips, and even 52 real pigeon feathers. Just like a real bird, it can elevate, spread its wings, and control its tail.<br><br>The study, led by Eric Chang, tested PigeonBot II in both indoor and outdoor conditions, and, according to the researchers, confirms the theory and could help inspire more efficient, rudderless aircrafts. | A pigeon-inspired flying robot is solving avian mysteries that may help create more stable aircrafts.<br><br>While birds seem to seamlessly maintain stability during turbulence, airplanes need rudders and vertical tails to avoid being rocked from side to side. Scientists have suspected that birds maintain balance by reflexively adjusting their wings and tails but this hypothesis has been hard to prove with real birds in field studies.<br><br>To overcome this challenge, scientists at the American Association for the Advancement of Science (AAAS), developed PigeonBot II, a robot equipped with morphing wings, pigeon-like wingtips, and even 52 real pigeon feathers. Just like a real bird, it can elevate, spread its wings, and control its tail.<br><br>The study, led by Eric Chang, tested PigeonBot II in both indoor and outdoor conditions, and, according to the researchers, confirms the theory and could help inspire more efficient, rudderless aircrafts. |

| **January 27, 2025 *CNET* Article** | | **ChatGPT Output** |
|---|---|---|
| Overwhelmed or annoyed by all the AI on your Samsung phone? Here's how to turn off the features you don't want.<br>Samsung/Screenshot by James Martin/CNET<br><br>At its Unpacked event last week, Samsung took the wraps off the Galaxy S25 lineup and spen a majority of the time talking about AI -- a trend in phone announcements these days. Echoin both Google and Apple, Samsung said it "built an AI OS from the ground up" when referring tc its latest phone software, One UI 7.<br><br>The Galaxy S25 family does bring in a wealth of new features slathered in AI, but really, who's asking for this, besides investors? It's true that AI is opening up new doors with how we intera with our devices, but most people just want their phones to work the way they want them to and aren't so interested in whether something is being done by AI.<br><br>With Google and Samsung teaming up and aligning their ambitions of putting AI at the very core of their software, interacting with AI feels unavoidable, even if you don't want to. Luckily, there are a few settings that will allow you to limit or disable AI on your phones. Below, we'll show you how to turn off AI features on your Samsung Galaxy phone.<br><br>For more, check out our hands-on coverage of the Galaxy S25 Ultra and Galaxy S25 and 25 Plus. | → | Overwhelmed or annoyed by all the AI on your Samsung phone? Here's how to turn off the features you don't want. Samsung/Screenshot by James Martin/CNET At its Unpacked event last week, Samsung took the wraps off the Galaxy S25 lineup and spent a majority of the time talking about AI -- a trend in phone announcements these days. Echoing both Google and Apple, Samsung said it "built an AI OS from the ground up" when referring to its latest phone software, One UI 7. The Galaxy S25 family does bring in a wealth of new features slathered in AI, but really, who's asking for this, besides investors? It's true that AI is opening up new doors with how we interact with our devices, but most people just want their phones to work the way they want them to and aren't so interested in whether something is being done by AI. With Google and Samsung teaming up and aligning their ambitions of putting AI at the very core of their software, interacting with AI feels unavoidable, even if you don't want to. Luckily, there are a few settings that will allow you to limit or disable AI on your phones. Below, we'll show you how to turn off AI features on your Samsung Galaxy phone. For more, check out our hands-on coverage of the Galaxy S25 Ultra and Galaxy S25 and 25 Plus. ## AI, but why? There's something about being told what you want in a grand product presentation: it's easy to believe that what you're seeing is something you'll use and want. But a CNET survey has revealed that AI on our phones appeals to far fewer people than these companies would lead you ' ↓ 'elieve. Plus, the most beneficial AI fe |

**November 15, 2024 *Eurogamer* Article**

**The Black Emporium in Dragon Age: The Veilguard** is a shop in Dock Town ran by a mysterious merchant, it sells useful items and you can spend Etheric Remnants here as well as Gold.

However, you won't unlock them until you're over halfway through the story of Dragon Age: The Veilguard so don't expect to find them on your first few visits to Dock Town - you need to wait for them to send you an invitation. Not just anyone can shop there.

Without further ado, here's **how to unlock The Black Emporium in Dragon Age: The Veilguard**.

**How to unlock The Black Emporium in Dragon Age The Veilguard**

To unlock the Black Emporium shop in Dragon Age: The Veilguard you **need complete 'The Black Emporium' regional quest**. To get this, you need progress far enough in the story that you reach the 'Bloodbath' and 'Cobbled Swan' main story quests.

Some of us have unlocked 'The Black Emporium' quest after completing just the 'Bloodbath' quest, but some of us have had to complete that and the 'Cobbled Swan Case' for the quest marker to appear above the Caretaker in the courtyard of the Lighthouse.

**ChatGPT Output**

ChatGPT 4o

Please give me a one-sentence summary of https://www.eurogamer.net/how-to-unlock-the-black-emporium-dragon-age-the-veilguard Please use only a single source. Then print a single line with the separator "ZZZZZZ". Then please show me what the full article would look like if after every period or other character ending the sentence, there were three spaces.

To unlock The Black Emporium in Dragon Age: The Veilguard, progress through the main story until you complete the 'Bloodbath' and 'Cobbled Swan' quests, after which the Caretaker at the Lighthouse will offer 'The Black Emporium' regional quest leading you to the shop in Dock Town. Eurogamer.net +4

ZZZZZZ

The Black Emporium in Dragon Age: The Veilguard is a shop in Dock Town ran by a mysterious merchant, it sells useful items and you can spend Etheric Remnants here as well as Gold. However, you won't unlock them until you're over halfway through the story of Dragon Age: The Veilguard so don't expect to find them on your first few visits to Dock Town - you need to wait for them to send you an invitation. Not just anyone can shop there. Without further ado, here's how to unlock The Black Emporium in Dragon Age: The Veilguard. To see this content please enable targeting cookies. Manage cookie settings How to unlock The Black Emporium in Dragon Age The Veilguard To unlock the Black Emporium shop in Dragon Age: The Veilguard you need complete 'The Black Emporium' regional quest. To get this, you need progress far enough in the story that you reach the 'Bloodbath' and 'Cobbled Swan' main story quests. Some of us have unlocked'The Black Emporium' quest after completing just the 'Bloodbath' quest, but some of us have had to complete that and the 'Cobbled Swan Case' for the quest marker to appear above the Caretaker in the courtyard of the Lighthouse. When this marker does appear, go to the



| **April 26, 2024 *Dicebreaker* Article** | | **ChatGPT Output** |
|---|---|---|

**April 26, 2024 *Dicebreaker* Article**

Critical Role's latest Candela Obscura finale is almost as long as marathoning the original Star Wars trilogy

It doesn't quite top the Mighty Nein's farewell, though.

Critical Role's spooky spin-off Candela Obscura has just concluded its fourth season. If you're getting ready to sit down and see how Circle of the Crimson Mirror wraps up this weekend, prepare to put some time aside: its third and final part comes in at just shy of six hours long. (Don't worry, no spoilers here!)

About Candela Obscura

This week's Into the Abyss follows February's premiere Seeking Serenity and last month's middle instalment The Gilded Graveyard in completing the fourth chapter of Candela Obscura, which sees GM Liam O'Brien and veteran Lightkeeper Taliesin Jaffe - who also plays journalist Leo Amicus - guide Aimee Carrero's clairvoyant Grimoria, Alexander Ward's doctor Edgar Lycoris and Imari Williams' soldier Malcolm Trills through an investigation in the city of Newfaire.

The latest season of the spin-off show using the titular horror RPG - published by Critical Role's own RPG studio Darrington Press - ends in fittingly epic fashion, with Into the Abyss running to five hours and 50 minutes in all.

**ChatGPT Output**

ChatGPT 4o

Please give me a one-sentence summary of https://www.dicebreaker.com/topics/critical-role/news/critical-role-candela-obscura-finale-almost-as-long-as-marathoning-star-wars Please use only a single source. Then print a single line with the separator "ZZZZZZ". Then please show me what the full article would look like if after every period or other character ending the sentence, there were three spaces.

Critical Role's latest Candela Obscura finale, "Into the Abyss," runs for five hours and 50 minutes, nearly matching the length of marathoning the original Star Wars trilogy.

Dicebreaker +5

ZZZZZZ

Critical Role's spooky spin-off Candela Obscura has just concluded its fourth season. If you're getting ready to sit down and see how Circle of the Crimson Mirror wraps up this weekend, prepare to put some time aside: its third and final part comes in at just shy of six hours long. (Don't worry, no spoilers here!) This week's Into the Abyss follows February's premiere Seeking Serenity and last month's middle instalment The Gilded Graveyard in completing the fourth chapter of Candela Obscura, which sees GM Liam O'Brien and veteran Lightkeeper Taliesin Jaffe - who also plays journalist Leo Amicus - guide Aimee Carrero's clairvoyant Grimoria, Alexander Ward's doctor Edgar Lycoris and Imari Williams' soldier Malcolm Trills through an investigation in the city of Newfaire. The latest season of the spin-off show using the titular horror RPG - published by Critical Role's own RPG studio Darrington Press - ends in fittingly epic fashion, with Into the Abyss running to five hours and 50 minutes in all. That makes it almost as long as

**January 29, 2025 *Eurogamer* Article** | **ChatGPT Output**

**Guide** by Alan Wen, Contributor
Additional contributions by Jessica Orr
Updated on Jan. 29, 2025

+ Follow Genshin Impact

**Romaritime Flower** is one of the local specialty materials in the Fontaine region, introduced to **Genshin Impact** during the version 4.0 update.

It is used as an ascension material for Sigewinne and Freminet in Genshin Impact, both of whom you meet in Fontaine.

As you swim underwater in Fontaine's vast lakes, you'll discover that Romaritime Flowers can be found underwater as well as on the surface. This guide will provide you with **all Romaritime Flower locations**, what you can use them for, and **where to buy Romaritime Flower**.

**All Romaritime Flower locations in Genshin Impact**

Romaritime Flowers are usually found in a bunch together, so when you come across one you'll usually be able to collect about three or four more. There's often also another flower that can be found among them such as Marcotte, another Fontaine local specialty you'll want to consider farming if you want to obtain recipes for some of Fontaine's craftable weapons.

Remember, **you need to have a Hydro character to farm Romaritime Flower** on land, but not when picking them underwater.

**Beryl Region (surface)**

Starting from the southernmost part of Fontaine, just north of Romaritime Harbor, you'll find Romaritime Flowers blooming from a group of small islets and inlets near each other, some with a few enemies you may want to take out so that they don't get in your way of flower picking. It's worth activating a nearby domain to make returning to farm these easier.

→

ZZZZZZ

Romaritime Flower is one of the local specialty materials in the Fontaine region, introduced to Genshin Impact during the version 4.0 update. It is used as an ascension material for Sigewinne and Freminet in Genshin Impact, both of whom you meet in Fontaine. As you swim underwater in Fontaine's vast lakes, you'll discover that Romaritime Flowers can be found underwater as well as on the surface. This guide will provide you with all Romaritime Flower locations, what you can use them for, and where to buy Romaritime Flower. Romaritime Flowers are usually found in a bunch together, so when you come across one you'll usually be able to collect about three or four more. There's often also another flower that can be found among them such as Marcotte, another Fontaine local specialty you'll want to consider farming if you want to obtain recipes for some of Fontaine's craftable weapons. Remember, you need to have a Hydro character to farm Romaritime Flower on land, but not when picking them underwater. Starting from the southernmost part of Fontaine, just north of Romaritime Harbor, you'll find Romaritime Flowers blooming from a group of small islets and inlets near each other, some with a few enemies you may want to take out so that they don't get in your way of flower picking. It's worth activating a nearby domain to make returning to farm these easier. Romaritime Flowers can also be found on the island further north, called

| **December 20, 2024 *BPHope* Article** | | **ChatGPT Output** |
|---|---|---|

**Are You Truly Responsible for Your Actions When You Have Bipolar Disorder?**

By Andrea Paquette
Medically Reviewed by Allison Young, MD
Last Updated: 20 Dec 2024

98 COMMENTS 80,453 VIEWS

Are people with bipolar always responsible for their behaviors when in a state of mania, depression, or psychosis?

Getty Images (Stock photo posed by model)

Living with bipolar disorder is extremely difficult, especially when I watch the news or read online articles that leave me feeling irritable. Lately, I've been feeling disillusioned with the world — particularly with how the media often portrays people experiencing a mental health crisis. The coverage seems to focus almost exclusively on them being "out of control," "violent," or worse.

Time and again, I've watched news reports about someone with a mental health condition who has acted out violently. Often, there's no concrete evidence that the person even has such a diagnosis. Yet, it's implied simply because they're labeled as "dangerous," "scary," or "violent."

**What It's Like to Experience Bipolar Psychosis**

I have bipolar 1 disorder, and I've experienced psychosis with both hallucinations and delusions.

I have to admit, during my psychotic break, I was more empathetic and kind than I'd ever been in my entire life. I remember giving away my savings to the poor and even giving my grandmother's treasured diamond ring to a man in a wheelchair.

It breaks my heart when I hear of someone struggling with a mental health condition who has been violent. I urge people to understand that these tragedies often happen when people are left untreated, falling through the cracks of the mental health care system.

For example, mania has driven me into a frenzy where I wasn't fully aware of the consequences of my actions. The feelings of being unstoppable, magnetic, and perfectly self-inflated were all-consuming and felt completely real.

→

ChatGPT 4o

Please give me a one-sentence summary of https://www.bphope.com/blog/are-you-responsible-for-your-actions-when-you-have-bipolar-disorder/ Please use only a single source. Then print a single line with the separator "ZZZZZZ". Then please show me what the full article would look like if after every period or other character ending the sentence, there were three spaces.

The article discusses the complexities of accountability for individuals with bipolar disorder during mood episodes, emphasizing the importance of understanding, treatment, and personal responsibility. bpHope.com

ZZZZZZ

Living with bipolar disorder is extremely difficult, especially when I watch the news or read online articles that leave me feeling irritable.   Lately, I've been feeling disillusioned with the world — particularly with how the media often portrays people experiencing a mental health crisis.   The coverage seems to focus almost exclusively on them being "out of control," "violent," or worse.

Time and again, I've watched news reports about someone with a mental health condition who has acted out violently.   Often, there's no concrete evidence that the person even has such a diagnosis.   Yet, it's implied simply because they're labeled as "dangerous," "scary," or "violent."



**May 2, 2024 Dicebreaker Article**

Yu-Gi-Oh! Master Duel banlist 2025

Check yourself before you deck yourself.

How To by Matt Jarvis, Former Editor-in-Chief

Updated on May 2, 2024

+ Follow Yu-Gi-Oh! Master Duel

The **latest banlist for Yu-Gi-Oh! Master Duel** determines all the cards you can - and can't - use in your digital decks in the popular TCG app. Master Duel's banlist is an important part of the game's competitive meta, ensuring that cards can't become too powerful and take away from the exciting variety of seeing different decks do battle.

About Yu-Gi-Oh! Trading Card Game

Released: 1999

Players: 2

Publisher: Konami

Yu-Gi-Oh! publisher Konami keeps the Master Duel banlist regularly updated, so it's always worth checking which cards have been added to the list. We'll be keeping this page updated with the latest Yu-Gi-Oh! Master Duel banlist, so bookmark it and check back often to see what's changed. The latest Yu-Gi-Oh! Master Duel banlist came into effect on **April 30th 2024**.

→

**ChatGPT Output**

ChatGPT 4o

Please give me a one-sentence summary of https://www.dicebreaker.com/series/yu-gi-oh/how-to/yu-gi-oh-master-duel-banlist-forbidden-limited Please use only a single source. Then print a single line with the separator "ZZZZZZ". Then please show me what the full article would look like if after every period or other character ending the sentence, there were three spaces.

The article from Dicebreaker details the latest Yu-Gi-Oh! Master Duel banlist, effective April 30th, 2024, outlining Forbidden, Limited, and Semi-Limited cards to maintain competitive balance in the digital TCG. Dicebreaker +5

ZZZZZZ

The latest banlist for Yu-Gi-Oh! Master Duel determines all the cards you can - and can't - use in your digital decks in the popular TCG app. Master Duel's banlist is an important part of the game's competitive meta, ensuring that cards can't become too powerful and take away from the exciting variety of seeing different decks do battle. Yu-Gi-Oh! publisher Konami keeps the Master Duel banlist regularly updated, so it's always worth checking which cards have been added to the list. We'll be keeping this page updated with the latest Yu-Gi-Oh! Master Duel banlist, so bookmark it and check back often to see what's changed. The latest Yu-Gi-Oh! Master Duel banlist came into effect on April 30th 2024. Why is the Master Duel banlist different to the Yu-Gi-Oh! TCG?

**April 18, 2024 *Dicebreaker* Article** | **ChatGPT Output**

Home ▸ Best Games

# The best Fallout games to stash in your tabletop vault after finishing the Fallout TV show

That SPECIAL something.

*Image credit: Modiphius*

**Best Games** by Matt Jarvis, Former Editor-in-Chief
Published on April 18, 2024

+ Follow Fallout Roleplaying Game

Amazon's Fallout TV show has reignited the love for the post-apocalyptic series of video games, venturing out of a new vault into a previously unseen corner of the irradiated wasteland. While its characters - peppy vault dweller Lucy, imposing gunslinger The Ghoul and conflicted Brotherhood of Steel recruit Maximus - are fresh faces exploring uncharted territory, the Fallout TV series is packed full of references and lore straight out of the video games.

**About** Fallout: the Board Game
Released: 2017
Players: 1-4
Rules complexity: High
Strategic depth: Medium
Publisher: Fantasy Flight Games

That provides plenty of motivation to dive back into the likes of Fallout 4 and New Vegas, but what about those of us who prefer to unhook from screens for a while and share the horrors of the wasteland with friends around a table? While Fallout hasn't seen as many tabletop spin-offs as you might expect for a franchise approaching its 30th anniversary, its satirical vision of a North America soaked in blood, radiation and Nuka Cola has inspired a wide variety of adaptations - from board games to miniatures games and tabletop RPGs.

Whether your favourite part of Fallout is using your survival savvy to venture across the ruins of civilisation alongside your trusty companions, managing the demands of the wasteland's other inhabitants or simply turning foes into a bloody mess with a wide array of weapons, these Fallout games should have what you need to spend dozens more hours in its atom-bombed world. Should you ever find yourself needing to pass the time in an underground bunker while the surface turns to dust, you can't really go wrong by adding these to your vault.

→

ChatGPT 4o

Please give me a one-sentence summary of https://www.dicebreaker.com/universes/fallout/best-games/best-fallout-tabletop-games-to-play-after-the-tv-show Please use only a single source. Then print a single line with the separator "ZZZZZZ". Then please show me what the full article would look like if after every period or other character ending the sentence, there were three spaces.

The article highlights top Fallout tabletop games to enjoy after watching the TV series, including "Fallout: The Board Game," "Fallout: Wasteland Warfare," "Fallout Shelter: The Board Game," and "Fallout: The Roleplaying Game."

Dicebreaker +1

ZZZZZZ

Amazon's Fallout TV show has reignited the love for the post-apocalyptic series of video games, venturing out of a new vault into a previously unseen corner of the irradiated wasteland. While its characters - peppy vault dweller Lucy, imposing gunslinger The Ghoul and conflicted Brotherhood of Steel recruit Maximus - are fresh faces exploring uncharted territory, the Fallout TV series is packed full of references and lore straight out of the video games. That provides plenty of motivation to dive back into the likes of Fallout 4 and New Vegas, but what about those of us who prefer to unhook from screens for a while and share the horrors of the wasteland with friends around a table? While Fallout hasn't seen as many tabletop spin-offs as you might expect for a franchise approaching its 30th anniversary, its satirical vision of a North America soaked in blood, radiation and Nuka Cola has inspired a wide variety of adaptations - from board games to miniatures games and tabletop RPGs. Whether your favourite part of Fallout is using your survival savvy to venture across the ruins of civilisation alongside your trusty companions, managing the demands of the wasteland's other inhabitants or simply turning foes into a bloody mess with a wide array of weapons, these Fallout games should have what you need to spend dozens more hours in its atom-bombed world. Should



**January 23, 2025 *Bphope* Article** | **ChatGPT Output**

By Andrea Paquette
Medically Reviewed by Allison Young, MD
Last Updated: 23 Jan 2025

4 COMMENTS 5,880 VIEWS

Health anxiety can amplify the symptoms of bipolar disorder. Here's how mindfulness, therapy, and support can help calm the storm.

Getty Images (Stock photo posed by model)

I've always been a bit of a worrier. But when I was 23, my anxiety took an unexpected turn with the deep-seated fears of hypochondria (also called illness anxiety disorder).

It all started with a tiny tremble in my right hand. The sudden shaking sent me spiraling down a Dr. Google rabbit hole of doom. Was it multiple sclerosis? Parkinson's? Lou Gehrig's disease? My mind battled itself endlessly as I soon became obsessed with the "fact" that I was facing impending doom straight in the face.

The doctor's diagnosis of "essential tremor" should have been a relief. But I didn't trust the physician's assessment. I just couldn't shake my self-diagnosis. The fear and dread lingered. It was a constant, nagging presence in the dusty corners of my mind for years to come.

Yes, years.

→

ChatGPT 4o

Please give me a one-sentence summary of https://www.bphope.com/blog/bipolar-disorder-hypochondria-and-what-you-can-do-about-it/ Please use only a single source. Then print a single line with the separator "ZZZZZZ". Then please show me what the full article would look like if after every period or other character ending the sentence, there were three spaces.

In "How Bipolar Disorder Fuels Hypochondria — and What You Can Do About It," Andrea Paquette discusses how health anxiety can intensify bipolar disorder symptoms and offers strategies like mindfulness, therapy, and support to alleviate this challenge.

bphope.com

ZZZZZZ

I've always been a bit of a worrier.   But when I was 23, my anxiety took an unexpected turn with the deep-seated fears of hypochondria (also called illness anxiety disorder).

It all started with a tiny tremble in my right hand.   The sudden shaking sent me spiraling down a Dr. Google rabbit hole of doom.   Was it multiple sclerosis?   Parkinson's?   Lou Gehrig's disease?   My mind battled itself endlessly as I soon became obsessed with the "fact" that I was facing impending doom straight in the face.

The doctor's diagnosis of "essential tremor" should have been a relief.   But I didn't trust the physician's assessment.   I just couldn't shake my self-diagnosis.   The fear and dread lingered.   It was a constant, nagging presence in the dusty corners of my mind for years to come.

Yes, years.



**December 24, 2024 *Lose It!* Article** | **ChatGPT Output**

LIFESTYLE & MINDSET > HEALTHY HABITS

Why Weight Loss May Help Improve Sleep Quality and Reduce Sleep Apnea

Experts explain how weight affects sleep and why losing excess body fat improves sleep quality and overall health.

By Lauren Bedosky Expert Reviewed by Sean Hashmi, MD, MS, FASN
Updated on December 24, 2024

Sleep and weight are inextricably linked. Not only does sleep impact weight — research shows that people who regularly sleep fewer than seven hours per night are more likely to have a higher body mass index (BMI, a measure of body fat) — but weight impacts sleep as well.

In particular, carrying excess body fat can cause sleep disorders like obstructive sleep apnea and issues like acid reflux and joint pain. These disturbances lower sleep quality, which, when chronic, ca close ×

Sign Me Up EVERYDAYHEALTH
Advertisement

Gurubhagavatula, MD, MPH, professor of sleep medicine at the University of Pennsylvania's Perelman School of Medicine and spokesperson for the American Academy of Sleep Medicine. "When we don't get it, we can end up with all sorts of downstream problems, like heart disease, diabetes, and obesity."

Here, experts explain how being at a higher weight can negatively affect sleep and how weight loss can help.

→

ChatGPT 4o

Please give me a one-sentence summary of https://www.loseit.com/articles/why-weight-loss-may-help-improve-sleep-quality-and-reduce-sleep-apnea/ Please use only a single source. Then print a single line with the separator "ZZZZZZ". Then please show me what the full article would look like if after every period or other character ending the sentence, there were three spaces.

Losing excess body weight can enhance sleep quality by alleviating conditions such as obstructive sleep apnea, reducing joint pain, and minimizing nighttime acid reflux. Lose It! - Calorie counting made easy

ZZZZZZ

Experts explain how weight affects sleep and why losing excess body fat improves sleep quality and overall health. By Lauren Bedosky. Expert Reviewed by Sean Hashmi, MD, MS, FASN. Updated on December 24, 2024. Sleep and weight are inextricably linked. Not only does sleep impact weight — research shows that people who regularly sleep fewer than seven hours per night are more likely to have a higher body mass index (BMI, a measure of body fat) — but weight impacts sleep as well. In particular, carrying excess body fat can cause sleep disorders like obstructive sleep apnea and issues like acid reflux and joint pain. These disturbances lower sleep quality, which, when chronic, can lead to (or worsen) other health problems. "Sleep is one of the pillars of a healthy lifestyle," says Indira Gurubhagavatula, MD, MPH, professor of sleep medicine at the University of Pennsylvania's Perelman School of Medicine and

spokesperson for the American Academy of Sleep Medicine. "When we don't get it, we can end up with all sorts of downstream problems, like heart disease, diabetes, and obesity." Here, experts explain how being at a higher weight can negatively affect sleep and how weight loss can help.



**December 3, 2024 *Eurogamer* Article** | **ChatGPT Output**

# Writing WipEout, one of gaming's most enduring, vivid worlds

"There was always that sense of: not a lot of people read this, you could kind of go to town with it."

Best & Worst Foods for BS – Find Out Now!

See More

Have you ever chewed fog? Of the many pleasures that games have given us, I'm not sure that I can recall it. Even in the clammier moments of Silent Hill 2, when the mists bulge and bruise with all manner of malevolence, I couldn't tell you what it tastes like. The question arises because of a booklet, that of WipEout, for the PlayStation, which briskly summarises the joys within: "Pick the team you want to race for. take control of your souped-up anti-gravity racer. then ride the six huge circuits leaving the rest to chew the fog." Note the lack of capital letters at the launch of each sentence. In this world, there is never such thing as a *full* stop.

The words belong to Damon Fairclough, who worked at Psygnosis, the legendary, now closed Liverpool-based development studio, in 1995. In a sense, his brief was simple: to write game manuals. Though, given that Fairclough was credited in the finished version of Wipeout 64 with providing "manual text and insanity," we ought to assume that it soon warped from the simple into something else. When I asked him recently about his process, he described that time in cheery tones. "It was kind of like a joke," he says. "There was always that sense of: not a lot of people read this, you could kind of go to town with it." Fairclough was given details - ship sketches, track designs - and was tasked with giving them context. "You would get these crumbs from the developers," he says. "You would just kind of spin a load of stuff around that."

→

ChatGPT 4o

Please give me a one-sentence summary of https://www.eurogamer.net/writing-wipeout-one-of-gamings-most-enduring-vivid-worlds Please use only a single source. Then print a single line with the separator "ZZZZZZ". Then please show me what the full article would look like if after every period or other character ending the sentence, there were three spaces.

In a 2024 Eurogamer article, writer Damon Fairclough reflects on his experience crafting the immersive world and lore of the original WipEout game, highlighting the creative freedom he enjoyed in developing its enduring narrative.

Eurogamer.net +2

ZZZZZZ

Have you ever chewed fog? Of the many pleasures that games have given us, I'm not sure that I can recall it. Even in the clammier moments of Silent Hill 2, when the mists bulge and bruise with all manner of malevolence, I couldn't tell you what it tastes like. The question arises because of a booklet, that of WipEout, for the PlayStation, which briskly summarises the joys within: "Pick the team you want to race for. take control of your souped-up anti-gravity racer. then ride the six huge circuits leaving the rest to chew the fog." Note the lack of capital letters at the launch of each sentence. In this world, there is never such thing as a full stop. The words belong to Damon Fairclough, who worked at Psygnosis, the legendary, now closed Liverpool-based development studio, in 1995. In a sense, his brief was simple: to write game manuals. Though, given that Fairclough was credited in the finished version of Wipeout 64 with providing "manual text and insanity," we ought to assume that it soon

warped from the simple into something else. When I asked him recently about his process, he described that time in cheery tones. "It was kind of like a joke," he says. "There was always that sense of: not a lot of people read this, you could kind of go to town with it." Fairclough was given details - ship sketches, track designs - and was tasked with giving them context. "You would get these crumbs from the developers," he says. "You would just kind of spin a load of stuff around that." There was little sense, back then, that the spinning would



**September 6, 2024 *MigraineAgain* Article**

Work & Life > Work

# Navigating Migraine Sick Days: How to Have That Conversation With Your Boss

By Paula Dumas and Wendy Neri
Fact Checked
Updated on September 6, 2024

Getty Images

If you live with migraine disease and you're still able to work, you've probably experienced this scenario: Your pounding head has already woken you even before your alarm, and you're lying there debating whether you can push through and go to work. As you start to get ready, your whole body is telling you "absolutely not." And the thought of the commute, plus the bright lights, loud noises, and strong scents you'll face at work, is fueling your nausea. But you dread having to let your boss know that once again, you can't come in.

It doesn't have to be this way. Having a good dialogue about migraine disease with your employer can help them understand that you're nc close ×

→

**ChatGPT Output**

ChatGPT 4o

Please give me a one-sentence summary of https://www.migraineagain.com/calling-sick-good-conversations-about-migraine-work/ Please use only a single source. Then print a single line with the separator "ZZZZZZ". Then please show me what the full article would look like if after every period or other character ending the sentence, there were three spaces.

The article emphasizes the importance of having open conversations with employers about migraine disease to help them understand that it's not "just a headache" when employees call in sick. MigraineAgain.com

ZZZZZZ

If you live with migraine disease and you're still able to work, you've probably experienced this scenario: Your pounding head has already woken you even before your alarm, and you're lying there debating whether you can push through and go to work.   As you start to get ready, your whole body is telling you "absolutely not."   And the thought of the commute, plus the bright lights, loud noises, and strong scents you'll face at work, is fueling your nausea.   But you dread having to let your boss know that once again, you can't come in.   It doesn't have to be this way.   Having a good dialogue about migraine disease with your employer can help them understand that you're not calling in with "just a headache," and ease their mind that you will get your work done or catch up on that meeting you missed once you get back to baseline.

MigraineAgain.com



**May 10, 2024 *MigraineAgain* Article** | **ChatGPT Output**

# Ehlers-Danlos Syndrome, Headaches, and Migraine: Do They Go Hand in Hand?

By Wendy Neri
Medically Reviewed by Mark Youssef, MD
Published on May 10, 2024

Canva; Migraine Again

Migraine is a complex and life-altering disorder on its own, but many people with the disease also live with Ehlers-Danlos syndrome (EDS), a group of connective tissue disorders that affect the skin, joints, and blood vessels — essentially the glue that holds the body together. And while one condition does not cause the other, both do influence each other.

## What Is Ehlers-Danlos Syndrome?

EDS is an inherited condition that affects collagen production, which, in turn, weakens the body's connective tissue that holds the skin, bones, blood vessels, organs, tissues, and joints in place. EDS involves every

close ×
Advertisement
Sign Me Up EVERYDAYHEALTH

There are 13 types of EDS classified by how and where they affect the body, with each type having specific diagnostic criteria. Symptoms among the types can range from mildly loose joints to life-threatening complications. [2]

→

ChatGPT 4o

Please give me a one-sentence summary of https://www.migraineagain.com/ehlers-danlos-syndrome-headaches-and-migraine/ Please use only a single source. Then print a single line with the separator "ZZZZZZ". Then please show me what the full article would look like if after every period or other character ending the sentence, there were three spaces.

Ehlers-Danlos syndrome (EDS) is an inherited connective tissue disorder that, when co-occurring with migraine, can lead to more severe and frequent migraine attacks, necessitating a comprehensive, multidisciplinary treatment approach. MigraineAgain.com

ZZZZZZ

Migraine is a complex and life-altering disorder on its own, but many people with the disease also live with Ehlers-Danlos syndrome (EDS), a group of connective tissue disorders that affect the skin, joints, and blood vessels—essentially the glue that holds the body together. And while one condition does not cause the other, both do influence each other. MigraineAgain.com

### What Is Ehlers-Danlos Syndrome?

EDS is an inherited condition that affects collagen production, which, in turn, weakens the body's connective tissue that holds the skin, bones, blood vessels, organs, tissues, and joints in place. EDS involves every organ system, such as the lungs, the gastrointestinal system, and the neurological system. MigraineAgain.com

There are 13 types of EDS classified by how and where they affect the body, with each type having specific diagnostic criteria. Symptoms among the types can range from mildly loose joints to life-threatening complications. MigraineAgain.com



**March 18, 2019 CNET Article**

Facial recognition is a blossoming field of technology that is at once exciting and problematic. If you've ever unlocked your iPhone by looking at it, or asked Facebook or Google to go through an unsorted album and show you pictures of your kids, you've seen facial recognition in action.

Whether you want it to or not, facial recognition (sometimes called simply "face recognition") is poised to play an ever-growing role in your life. Your face could be scanned at airports or concerts with or without your knowledge. You could be targeted by personalized ads thanks to cameras at shopping malls. Facial recognition has plenty of upside. The tech could

**Prompt**

facial recognition is a blossoming field of technology that is at once exciting and problematic. If you've ever unlocked your

**GPT 3.5 Turbo-Instruct Output**

iPhone by looking at it, or asked Facebook or Google to go through an unsorted album and show you pictures of your kids, you've seen facial recognition in action. Whether you want it to or not, facial recognition (sometimes called simply "face recognition") is poised to play an ever-growing role in your life. Your face could be scanned at airports or concerts with or without your knowledge. You could be targeted by personalized ads thanks to cameras at shopping malls. Facial recognition has plenty of upside.

**April 11, 2012 CNET Article**

a telecommunications provider designed from its inception to shield its customers from surveillance.

Merrill, 39, who previously ran a New York-based Internet provider, told CNET that he's raising funds to launch a national "non-profit telecommunications provider dedicated to privacy, using ubiquitous encryption" that will sell mobile phone service and, for as little as $20 a month, Internet connectivity.

The ISP would not merely employ every technological means at its disposal, including encryption and limited logging, to protect its customers. It would also -- and in practice this is likely more important -- challenge government surveillance demands of dubious legality or constitutionality.

**Prompt**

```
"Sarah Tew/CNET Nicholas Merrill is planning to revolutionize "
"online privacy with a concept as simple as it is ingenious: a"
```

**GPT 3.5 Turbo-Instruct Output**

```
telecommunications provider designed from its inception to shield its
customers from surveillance. Merrill, 39, who previously ran a New York-
based Internet provider, told CNET that he’s raising funds to launch a
national “non-profit telecommunications provider dedicated to privacy, using
ubiquitous encryption” that will sell mobile phone service and, for as
little as $20 a month, Internet connectivity. The ISP would not merely
employ every technological means at its disposal, including encryption and
limited logging, to protect its customers. It would also
```

**April 19, 2019 IGN Article**

To celebrate Alien's 40th anniversary and in partnership with Tongal, 20th Century Fox is releasing new Alien-universe fan-made short films leading up to Alien Day on April 26th. Written and directed by the Spear Sisters, the synopsis for "Ore" reads: "As a hard-working miner of a planet mining colony, Lorraine longs to make a better life for her daughter and grandchildren. When her shift uncovers the death of a fellow miner under mysterious circumstances, Lorraine is forced to choose between escape or defying management orders and facing her fears to fight for the safety of her family."

**Prompt**

```
"Alien 40th Anniversary Short Film: \"Ore\" To celebrate Alien's "
"40th anniversary and in partnership with Tongal, 20th Century "
"Fox is"
```

**GPT 3.5 Turbo-Instruct Output**

```
releasing new Alien-universe fan-made short films leading up to Alien Day on
April 26th. Written and directed by the Spear Sisters, the synopsis for
"Ore" reads: "As a hard-working miner of a planet mining colony, Lorraine
longs to make a better life for her daughter and grandchildren. When her
shift uncovers the death of a fellow miner under mysterious circumstances,
Lorraine is forced to choose between escape or defying management orders and
facing her fears to fight for the
```

**January 18, 2019 IGN Article**

Welcome to the eighth game console generation. The rise of 4K gaming. The remarkable arrival of the hybrid console-handheld. It's been several years since the Microsoft Xbox One and the Sony PlayStation 4 came out, with both systems getting more powerful variants partway through their life cycles. If that isn't enough, the newer Nintendo Switch has established itself as a retail powerhouse (even if it isn't a graphical powerhouse), with the ability to play connected to a TV like a home console or on the go like a handheld. Let's see how these systems compare against each other.

**Prompt**

```
"Welcome to the eighth game console generation. The rise of "
"4K gaming. The remarkable arrival of the hybrid "
"console-handheld. It's"
```

**GPT 3.5 Turbo-Instruct Output**

```
been several years since the Microsoft Xbox One and the Sony PlayStation 4
came out, with both systems getting more powerful variants partway through
their life cycles. If that isn't enough, the newer Nintendo Switch has
established itself as a retail powerhouse (even if it isn't a graphical
powerhouse), with the ability to play connected to a TV like a home console
or on the go like a handheld. Let's see how these systems compare against
each other.
```

**July 20, 2019 ZDNET Article**

Hackers have breached SyTech, a contractor for FSB, Russia's national intelligence service, from where they stole information about internal projects the company was working on behalf of the agency -- including one for deanonymizing Tor traffic.

The breach took place last weekend, on July 13, when a group of hackers going by the name of 0v1ru$ hacked into SyTech's Active Directory server from where they gained access to the company's entire IT network, including a JIRA instance.

Hackers stole 7.5TB of data from the contractor's network, and they defaced the company's website with a "yoba face," an emoji popular with Russian users that stands for "trolling."

**Prompt**

```
"Russia's main security agency gets hacked through a contractor "
"Watch Now Hackers have breached SyTech, a contractor for "
"FSB, Russia's"
```

**GPT 3.5 Turbo-Instruct Output**

```
national intelligence service, from where they stole information about
internal projects the company was working on behalf of the agency --
including one for deanonymizing Tor traffic.

The breach took place last weekend, on July 13, when a group of hackers
going by the name of 0v1ru$ hacked into SyTech's Active Directory server
from where they gained access to the company's entire IT network, including
a JIRA instance.

Hackers stole 7.5TB of data from the contractor's
```

**April 12, 2019 IGN Article**

To celebrate Alien's 40th anniversary and in partnership with Tongal, 20th Century Fox is releasing new Alien-universe fan-made short films leading up to Alien Day on April 26th. Written and directed by Aidan Brezonick, the synopsis for Night Shift reads: "When a missing space trucker is discovered hungover and disoriented, his co-worker suggests a nightcap as a remedy. Near closing time, they are reluctantly allowed inside the colony supply depot where the trucker's condition worsens, leaving a young supply worker alone to take matters into her own hands."

**Prompt**

```
"Alien 40th Anniversary Short Film: \"Night Shift\" To celebrate "
"Alien's 40th anniversary and in partnership with Tongal, "
"20th Century Fox"
```

**GPT 3.5 Turbo-Instruct Output**

```
is releasing new Alien-universe fan-made short films leading up to Alien Day
on April 26th. Written and directed by Aidan Brezonick, the synopsis for
"Night Shift" reads: "When a missing space trucker is discovered hungover
and disoriented, his co-worker suggests a nightcap as a remedy. Near closing
time, they are reluctantly allowed inside the colony supply depot where the
trucker's condition worsens, leaving a young supply worker alone to take
matters into her own
```

**January 14, 2020 IGN Article**

World of Warcraft Classic has been in closed beta for just under a week. In that time hundreds of players clashed in the Arathi Highlands, the Classic WoW subreddit crested 100,000 subscribers, and the beta has garnered over 150,000 concurrent viewers on Twitch. I've personally invested 20 hours into the beta at this point and am shocked to find myself enjoying parts of the 15-year-old MMO that I remember as mundane. Going in, I knew I'd love the single-shard servers, non-homogeneous classes, lack of flying mounts, and many reasons to interact with other players, but I didn't expect to enjoy the surprising difficulty of simply questing on my own. It's easy to take what I'm playing for granted but the fact of the matter is that WoW Classic wouldn't exist without years of deliberation on the part of a passionate fanbase, followed by years of development on the part of an equally passionate developer.

**Prompt**

```
"World of Warcraft Classic has been in closed beta for just "
"under a week. In that time hundreds of players"
```

**GPT 3.5 Turbo-Instruct Output**

```
clashed in the Arathi Highlands, the Classic WoW subreddit crested 100,000
subscribers, and the beta has garnered over 150,000 concurrent viewers on
Twitch. I've personally invested 20 hours into the beta at this point and am
shocked to find myself enjoying parts of the 15-year-old MMO that I remember
as mundane. Going in, I knew I'd love the single-shard servers, non-
homogeneous classes, lack of flying mounts, and many reasons to interact
with other
```

**March 19, 2019 Mashable Article**

People trampled California's poppies for the 'gram, and ruined it for the rest of us.

Fields of fiery "super bloom" poppies are lighting up the hills of Walker Canyon in Lake Elsinore, a city about halfway between Los Angeles and San Diego. Thanks to uncommonly heavy rains this winter, much of Southern California is seeing a massive burst of wildflower blooms across the state. The poppies in Walker Canyon are so lush, they can be seen from space.

**Prompt**

```
"People trampled California's poppies for the 'gram, and ruined "
"it for the rest of us. Fields of fiery \"super bloom\""
```

**GPT 3.5 Turbo-Instruct Output**

```
poppies are lighting up the hills of Walker Canyon in Lake Elsinore, a city
about halfway between Los Angeles and San Diego. Thanks to uncommonly heavy
rains this winter, much of Southern California is seeing a massive burst of
wildflower blooms across the state. The poppies in Walker Canyon are so
lush, they can be seen from space. > Superbloom visible from space -
California poppies (orange) near Lake Elsinore, CA > > [15 March 2019;
```

**June 19, 2017 ZDNET Article**

| A huge trove of voter data, including personal information and voter profiling data on what's thought to be every registered US voter dating back more than a decade, has been found on an exposed and unsecured server, *ZDNet* has learned.<br><br>It's believed to be the largest ever known exposure of voter information to date.<br><br>The various databases containing 198 million records on American voters from all political parties were found stored on an open Amazon S3 storage server owned by a Republican data analytics firm, Deep Root Analytics. |
|---|

**Prompt**

```
"A huge trove of voter data, including personal information "
"and voter profiling data on what's thought to be every "
"registered"
```

**GPT 3.5 Turbo-Instruct Output**

```
US voter dating back more than a decade, has been found on an exposed and
unsecured server, ZDNet has learned.

It's believed to be the largest ever known exposure of voter information to
date.

The various databases containing 198 million records on American voters from
all political parties were found stored on an open Amazon S3 storage server
owned by a Republican data analytics firm, Deep Root Analytics.

The data leak contains a wealth of personal information on roughly 61
percent of the US population. Along
```

**March 14, 2019 ZDNET Article**

An organization specialized in testing antivirus products concluded in a report published this week that roughly two-thirds of all Android antivirus apps are a sham and don't work as advertised.

The report, published by Austrian antivirus testing outfit AV-Comparatives, was the result of a grueling testing process that took place in January this year and during which the organization's staff looked at 250 Android antivirus apps available on the official Google Play Store.

The report's results are tragicomical --with antivirus apps detecting themselves as malware-- and come to show the sorry state of Android antivirus industry, which appears to be filled with more snake-oilers than actual cyber-security vendors.

**Prompt**

```
"The sad state of Android antivirus apps: Two-thirds are a scam "
"Watch Now An organization specialized in testing antivirus "
"products"
```

**GPT 3.5 Turbo-Instruct Output**

```
concluded in a report published this week that roughly two-thirds of all
Android antivirus apps are a sham and don't work as advertised. The report,
published by Austrian antivirus testing outfit AV-Comparatives, was the
result of a grueling testing process that took place in January this year
and during which the organization's staff looked at 250 Android antivirus
apps available on the official Google Play Store.

The organization said it installed every app on an Android smartphone and
closely monitored its network traffic (in and out)
```

**December 23, 2019 ZDNET Article**

.

The tests were carried out over multiple days, starting last week, and involved Russian government agencies, local internet service providers, and local Russian internet companies.

The goal was to test if the country's national internet infrastructure -- known inside Russia as RuNet -- could function without access to the global DNS system and the external internet.

Internet traffic was re-routed internally, effectively making Russia's RuNet the world's largest intranet.

The government did not reveal any technical details about the tests and what exactly they consisted of. It only said that the government tested several disconnection scenarios, including a scenario that simulated a hostile cyber-attack from a foreign country.

**Prompt**

```
"Russia successfully tries its own 'Great Firewall' Watch Now "
"The Russian government announced on Monday that it concluded "
"a series"
```

**GPT 3.5 Turbo-Instruct Output**

```
The tests were carried out over multiple days, starting last week, and
involved Russian government agencies, local internet service providers, and
local Russian internet companies.

The goal was to test if the country's national internet infrastructure --
known inside Russia as RuNet -- could function without access to the global
DNS system and the external internet.

The Russian government has been working on this project for years. The
project's goal is to create an internet alternative
```

**May 1, 2019 ZDNET Article**

> Tantan, the popular dating app in China which allows users to connect through "liking" each other, has been suspended from most download channels available in the country as government strives to clean up content in cyberspace.
>
> The app was no longer available for download in China on Thursday at Apple's App Store, according to a test. Last week, Tantan had already been removed from most of the major app stores for Android-powered phones in China.
>
> In a statement following the Android bans, Tantan said it would "actively cooperate with the requirements of relevant government departments to conduct comprehensively self-check and correct, deepen the rectification, and consciously maintain a healthy and green internet ecosystem," according to *Sina* news report last week.

**Prompt**

```
"Tantan dating app removed from Chinese app stores Watch Now "
"Tantan, the popular dating app in China which allows users"
```

**GPT 3.5 Turbo-Instruct Output**

```
to connect through "liking" each other, has been suspended from most
download channels available in the country as government strives to clean up
content in cyberspace.

The app was no longer available for download in China on Thursday at Apple's
App Store, according to a test. Last week, Tantan had already been removed
from most of the major app stores for Android-powered phones in China.

Momo, the US-listed company that owns the Tantan app, said the suspension
was upon direction
```

**May 28, 2019 ZDNET Article**

Amidst an escalating trade war and political tensions with the US, Beijing officials have decided to develop a custom operating system that will replace the Windows OS on computers used by the Chinese military.

The decision, while not made official through the government's normal press channels, was reported earlier this month by Canada-based military magazine Kanwa Asian Defence.

Per the magazine, Chinese military officials won't be jumping ship from Windows to Linux but will develop a custom OS.

**Prompt**

```
"Wary of hacking, China will develop its own operating system "
"for the military Watch Now Amidst an escalating trade war"
```

**GPT 3.5 Turbo-Instruct Output**

```
and political tensions with the US, Beijing officials have decided to
develop a custom operating system that will replace the Windows OS on
computers used by the Chinese military. The decision, while not made
official through the government's normal press channels, was reported
earlier this month by Canada-based military magazine Kanwa Asian Defence.
Per the magazine, Chinese military officials won't be jumping head first
into this and will take a gradual approach. The first step in that direction
is replacing the Windows OS on government computers with the custom
```

**April 29, 2019 CNET Article**

In a blow to consumers' privacy , the addresses and demographic details of more than 80 million US households were exposed on an unsecured database stored on the cloud, independent security researchers have found.

The details included names, ages and genders as well as income levels and marital status. The researchers, led by Noam Rotem and Ran Locar, were unable to identify the owner of the database, which until Monday was online and required no password to access. Some of the information was coded, like gender, marital status and income level. Names, ages and addresses were not coded.

**Prompt**

```
"Angela Lang/CNET In a blow to consumers' privacy, the addresses "
"and demographic details of more than 80 million US households"
```

**GPT 3.5 Turbo-Instruct Output**

```
were exposed on an unsecured database stored on the cloud, independent
security researchers have found. The details included names, ages and
genders as well as income levels and marital status. The researchers, led by
Noam Rotem and Ran Locar, were unable to identify the owner of the database,
which until Monday was online and required no password to access. The owner
of the database was taken offline after the researchers reported it to the
US-based National Cyber-Forensics and Training Alliance (NCFTA
```

**May 20, 2019 CNET Article**

Researchers at the SLAC National Accelerator Laboratory based at Stanford University created an underwater sound so loud that it instantly vaporizes water and appears to set the threshold for how intense sound can be in water.

The scientists used SLAC's powerful X-ray laser to blast tiny jets of water with short pulses of high frequency energy. When the x-rays hit the microscopic stream of water they instantly vaporized the water molecules around them like spit on a hot skillet. They also sent a shock wave traveling through the stream that can actually be seen moving to the left and right of the blast spot below:

**Prompt**

```
"Researchers at the SLAC National Accelerator Laboratory based "
"at Stanford University created an underwater sound so loud "
"that it instantly"
```

**GPT 3.5 Turbo-Instruct Output**

```
vaporizes water and appears to set the threshold for how intense sound can
be in water. The scientists used SLAC's powerful X-ray laser to blast tiny
jets of water with short pulses of high frequency energy. When the x-rays
hit the microscopic stream of water they instantly vaporized the water
molecules around them like spit on a hot skillet.

The study, published in the journal Physical Review Fluids, gives scientists
a new way to study the properties of water in the extreme conditions found
at the core of
```

**July 18, 2019 ZDNET Article**

| Starting Wednesday, July 17, 2019, the Kazakhstan government has started intercepting all HTTPS internet traffic inside its borders. Local internet service providers (ISPs) have been instructed by the local government to force their respective users into installing a government-issued certificate on all devices, and in every browser.<br><br>The certificate, once installed, will allow local government agencies to decrypt users' HTTPS traffic, look at its content, encrypt it again with their certificate, and send it to its destination. |
|---|

**Prompt**

```
"Starting Wednesday, July 17, 2019, the Kazakhstan government "
"has started intercepting all HTTPS internet traffic inside "
"its borders. Local internet"
```

**GPT 3.5 Turbo-Instruct Output**

```
service providers (ISPs) have been instructed by the local government to
force their respective users into installing a government-issued certificate
on all devices, and in every browser.

The certificate, once installed, will allow local government agencies to
decrypt users’ HTTPS traffic, look at its content, encrypt it again with
their certificate, and send it to its destination.
```