

July 14, 2025

**VIA ECF**

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   ***In Re: OpenAI, Inc., Copyright Infringement Litigation,*** **No. 1:25-md-3143-SHS-OTW**, This Document Relates To: *Ziff Davis, Inc. et al v. OpenAI, Inc., et al.,* No. 25-cv-04315-SHS-OTW

Dear Judge Stein:

OpenAI Defendants ("OpenAI") respectfully request a 14-day extension of the deadline to respond to the amended complaint filed by the Plaintiffs in *Ziff Davis, Inc. et al v. OpenAI, Inc., et al.,* No. 25-cv-04315-SHS-OTW (collectively, "Ziff Davis"). *See* Ziff Davis ECF 105. Should OpenAI file a motion to dismiss the amended complaint, OpenAI consents to a 14-day extension for Ziff Davis to respond to the motion, and Ziff Davis consents to a 14-day extension for OpenAI to file a reply in support of its motion.

OpenAI's deadline to respond to the Ziff Davis amended complaint is currently July 16, 2025. This is OpenAI's first request for an extension in this matter. Ziff Davis consents to this request. OpenAI respectfully requests that the Court extend the deadline for OpenAI to respond to the Ziff Davis amended complaint to **July 30, 2025**. OpenAI further requests that, should OpenAI move to dismiss the complaint, the deadline for Ziff Davis to respond to the motion be extended to **August 27, 2025**, and the deadline for OpenAI to file a reply in support of its motion be extended to **September 17, 2025**.

Respectfully,

| KEKER, VAN NEST & PETERS LLP[*] | LATHAM & WATKINS LLP | MORRISON & FOERSTER LLP[*] |
|---|---|---|
| */s/ Christopher S. Sun* | */s/ Elana Nightingale Dawson* | */s/ Rose S. Lee* |
| Christopher S. Sun* | Elana Nightingale Dawson | Rose S. Lee* |

cc: All Counsel of Record Line (via ECF)

---

[*] All parties whose electronic signatures are included herein have consented to the filing of this document.