UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>BALDACCI, et al. v. OPENAI, INC. et al., No. 1:25-md-3143-SHS-OTW<br><br>AUTHORS GUILD, et al. v. OPENAI, INC. et al., No. 1:23-cv-08292-SHS-OTW | 25-md-3143 (SHS) (OTW)<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

  **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, and OpenAI Holdings, LLC, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC (collectively, the "OpenAI Defendants"), by and through counsel, before the Honorable Sidney H. Stein, United States District Judge for the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 23A, New York, New York 10007-1312, for an order dismissing Count I of the Consolidated Class Action Complaint, the cause of action for direct copyright infringement, to the extent it is based on allegedly infringing ChatGPT outputs, for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6).

  //

  //

3004648

                                      Respectfully submitted,

                                      KEKER, VAN NEST & PETERS LLP

Dated: July 14, 2025

                          By:   */s/ Michelle S. Ybarra*
                                ROBERT A. VAN NEST (*pro hac vice*)*[1]
                                RVanNest@keker.com
                                R. JAMES SLAUGHTER (*pro hac vice*)
                                RSlaughter@keker.com
                                PAVEN MALHOTRA
                                PMalhotra@keker.com
                                MICHELLE S. YBARRA (*pro hac vice*)
                                MYbarra@keker.com
                                NICHOLAS S. GOLDBERG (*pro hac vice*)
                                NGoldberg@keker.com
                                THOMAS E. GORMAN (*pro hac vice*)
                                TGorman@keker.com
                                KATIE LYNN JOYCE (*pro hac vice*)
                                KJoyce@keker.com
                                CHRISTOPHER S. SUN (*pro hac vice*)
                                CSun@keker.com
                                ANDREW S. BRUNS (*pro hac vice*)
                                ABruns@keker.com
                                ANDREW DAWSON (*pro hac vice*)
                                ADawson@keker.com
                                EDWARD A. BAYLEY (*pro hac vice*)
                                EBayley@keker.com
                                SARAH SALOMON
                                Ssalomon@keker.com
                                KEKER, VAN NEST & PETERS LLP
                                633 Battery Street
                                San Francisco, California 94111-1809
                                Telephone: (415) 391-5400
                                Facsimile: (415) 397-7188

                                *Attorneys for Defendants*
                                OPENAI, INC., OPENAI GP, LLC,
                                OPENAI, LLC, OPENAI OPCO LLC,
                                OPENAI GLOBAL LLC, OAI
                                CORPORATION, LLC, OPENAI
                                HOLDINGS, LLC

---

[1]* All parties whose electronic signatures are included herein have consented to the filing of this

Dated: July 14, 2025 MORRISON & FOERSTER LLP

By: /s/ Tiffany Cheung
Joseph C. Gratz (*pro hac vice*)*
*jgratz@mofo.com*
Tiffany Cheung (*pro hac vice*)
*tcheung@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Rose S. Lee (*pro hac vice*)
*roselee@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200
Carolyn M. Homer (*pro hac vice*)
*cmhomer@mofo.com*
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.650.4597
Emily C. Wood
*ewood@mofo.com*
Eric K. Nikolaides
*enikolaides@mofo.com*
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000

*Attorneys for Defendants*
OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC

---

document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions.

3004648

| | |
|---|---|
| Dated: July 14, 2025 | LATHAM & WATKINS LLP |

By: */s/ Allison S. Blanco*
Andrew M. Gass (*pro hac vice*)
*andrew.gass@lw.com*
San Francisco, CA 94111
Telephone: 415.391.0600
Sarang V. Damle
*sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
*elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Rachel R. Blitzer
*rachel.blitzer@lw.com*
Herman H. Yue
*herman.yue@lw.com*
Luke A. Budiardjo
*luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200
Allison S. Blanco (*pro hac vice*)
*allison.blanco@lw.com*
650 Town Center Drive 20th Floor
Costa Mesa, CA 92626
 Telephone: 714.540.1235

*Attorneys for Defendants*
OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC

3004648