UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: OpenAI, Inc. Copyright Infringement Litigation

This Document Relates To:

    Case No. 1:23-cv-08292
    Case No. 1:23-cv-10211
    Case No. 1:24-cv-00084
    Case No. 1:25-cv-03291
    Case No. 1:25-cv-03297
    Case No. 1:25-cv-03482
    Case No. 1:25-cv-03483

Case No. 1:25-md-3143-SHS-OTW

**[PROPOSED] ORDER GRANTING MICROSOFT CORPORATION'S MOTION TO STRIKE PORTIONS OF THE CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Microsoft Corporation has filed a Motion to Strike Portions of the Consolidated Class Action Complaint. Having read and considered all papers submitted in connection with the Motion, arguments of counsel made at the hearing on the Motion, and for good cause appearing:

**IT IS HEREBY ORDERED** that Microsoft's Motion to Strike Portions of the Consolidated Class Action Complaint is **GRANTED**. The Court hereby strikes paragraphs 294 and 311 to the extent those paragraphs are not limited to claims relating to the training of OpenAI's GPT models, as described below. Plaintiffs are directed to file an amended Consolidated Class Action Complaint that only includes claims against Microsoft related to its alleged involvement in the training of OpenAI's GPT models. The Court further strikes the references to GPT models released before GPT-3 and after GPT-4 Turbo and their "derivatives" and/or "successors," in paragraphs 4, 5, 81-82, 89-90, 93, 96-97, 117, 127, and 161. The Court also strikes the reference to ASIN numbers in paragraph 294.

**IT IS SO ORDERED.**

2

Dated: _____, 2025

_____
Hon. Sidney H. Stein
United States District Court Judge