# Exhibits 2-4
# FILED UNDER SEAL