# EXHIBIT 5



| | |
|---|---|
| **LɪᴛBro** ✓ @bittybitbit86 · Dec 4, 2022 | |
| We are all simultaneously excited and terrified. | |

| | |
|---|---|
| **Brett Jackson** ✓ @brettrjackson · Dec 4, 2022 | |
| Keep up the great work. | |

| | |
|---|---|
| **A Green** ✓ @aargreen · Dec 4, 2022 | |
| In Sci fi, the extreme politeness of AI is part of what makes it so creepy. | |
| "I'm sorry I can't do that Dave" | |
| ♡ 7 | |

| | |
|---|---|
| **RameshR** ✓ @rezmeram · Dec 4, 2022 | |
| When you release the software, please don't make it too expensive :) this will level the playing field for non English speakers and most of them come from poorer countries. | |
| ♡ 4 | |

| | |
|---|---|
| **Biggs** 〰 ✓ @SpatialBiggs · Dec 4, 2022 | |
| eagerly awaiting dial-a-troll functionality | |
| ♡ 3 | |

| | |
|---|---|
| **HonestMedicineMD** ✓ @marston122 · Dec 4, 2022 | |
| Sam, what you and the team have done has bin the single greatest introduction of the potential power and utility of AI to the public at large than anything in memory. #thankyou #ChatGPT | |
| ♡ 1 | |

| | |
|---|---|
| **Thiago Alvarez** ✓ @thiago_alvarez · Dec 4, 2022 | |
| It's amazing! The editing piece will also be nice to see being developed. Maybe you can AI the editor as well. It would be almost like a Marriage: AdamAI and EveAi | |

| | |
|---|---|
| **Daniel Bigham** ✓ @danielbigham · Dec 4, 2022 | |
| 🤣 | |

**Emily Cronin**
@ECronin61196