# Exhibits 6-7
# FILED UNDER SEAL