# EXHIBIT F
# Highly Confidential - Attorneys' Eyes Only
# (FILED UNDER SEAL)