# EXHIBIT K
# Highly Confidential - Attorneys' Eyes Only (FILED UNDER SEAL)