```
     P6QLOPE1
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 3   IN RE:  OpenAI INC. COPYRIGHT
     INFRINGEMENT LITIGATION                    25 MD 3143 (SHS)(OTW)
 4
     ------------------------------x
 5
                                                New York, N.Y.
 6                                              June 26, 2025
                                                10:00 a.m.
 7
 8   Before:
 9                          HON. SIDNEY H. STEIN,
10                                                District Judge
11                          HON. ONA T. WANG,
12                                                Magistrate Judge
13                          APPEARANCES
14   SUSMAN GODFREY LLP
          Attorneys for Authors Guild and Alter Class Plaintiffs
15   BY:  JUSTIN NELSON
          CRAIG SMYSER
16        ROHIT NATH
          ALEJANDRA SALINAS
17        CHARLOTTE LEPIC
          JORDAN CONNORS
18        -and-
     LIEFF CABRASER HEIMANN & BERNSTEIN LLP
19   BY:  ANNA FREYMANN
          -and-
20   BOIES SCHILLER FLEXNER LLP
     BY:  JOSHUA STEIN
21        -and-
     JOSEPH SAVERI LAW FIRM
22   BY:  CHRISTOPHER K. L. YOUNG

23   SUSMAN GODFREY LLP
          Attorneys for Plaintiff The New York Times Company
24   BY:  DAVIDA BROOK
          IAN CROSBY
25        ALEX FRAWLEY
          ADNAN MUTTALIB
```

```
P6QLOPE1

 1                       APPEARANCES (continued)

 2    ROTHWELL FIGG ERNST & MANBECK PC
           Attorneys for Plaintiff Daily News LP and
 3         The New York Times Company
      BY:  STEVEN M. LIEBERMAN
 4         JENNIFER MAISEL
           KRISTEN LOGAN
 5         JENNY COLGATE

 6    LOEVY & LOEVY
           Attorneys for CIR, The Intercept Media, and Raw Story
 7    BY:  MATTHEW TOPIC

 8    KLARIS LAW
           Attorneys for Ziff Davis Plaintiffs
 9    BY:  LANCE KOONCE

10
      KEKER VAN NEST & PETERS LLP
11         Attorneys for Defendant OpenAI Inc., et al
      BY:  ROBERT VAN NEST
12         EDWARD BAYLEY
           MICHELLE YBARRA
13         THOMAS GORMAN

14    LATHAM & WATKINS LLP
           Attorneys for Defendants
15    BY:  ANDREW GASS
           -and-
16    ORRICK HERRINGTON & SUTCLIFFE LLP
      BY:  ANNETTE L. HURST
17         -and-
      MORRISON & FOERSTER LLP
18    BY:  JOSEPH C. GRATZ

19    Also Present:  Guy Ruttenberg, Esq.

20

21

22

23

24

25
```

1            THE COURT:  Put aside the API for just a moment.  Go
2    back to the beginning.  If the object of training the LLMs is
3    to get the loss factor as low as possible so that it accurately
4    predicts what the next token is -- again, put API to the side,
5    you can fold it in in a moment -- what accounts for the
6    hallucinations, the incorrect answers?
7            MS. MAISEL:  It's just sometimes it gets it wrong.
8    So, for example, if you put in a prompt that the LLM --
9            THE COURT:  What you're saying is even though the loss
10   percentage goes down and down, there's still some factor in
11   there and that can account for incorrect answers.  Is that
12   essentially it?
13           MS. MAISEL:  In a sense.  I don't want to get too far
14   into it because a lot of this we just don't know.  We don't
15   know why some percent of the time the model will just --
16           THE COURT:  I think Microsoft and OpenAI have said
17   they're trying to deal with the issue of hallucinations and I
18   think they've said they're not quite from where it's from
19   either.  Does the API change it in some way?  Change what we're
20   talking about in terms of the likelihood of hallucinations?  I
21   take it to the extent you're changing the temperature, it
22   would.
23           MS. MAISEL:  Potentially.  So, if we want a more
24   accurate, faithful response to the original expression that we
25   are trying to derive from, turning the temperature down will

1  help ensure that that output more closely mirrors something

2  from the training data, something that the model has seen.

3              THE COURT:  All right.  Thank you.

4              MS. MAISEL:  Yeah.  The hallucination issue, I'm not

5  sure if any of us can explain why it happens precisely.

6              THE COURT:  Is hallucination the same thing as

7  incorrect answers?

8              MS. MAISEL:  Yes.

9              THE COURT:  Okay.

10             MS. MAISEL:  And sometimes those incorrect answers

11 look plausible on their face because they're --

12             THE COURT:  But for example, the hallucinations that

13 have been in the news in terms of the law are cases that simply

14 don't exist.  That's not a misplaced word, that's, like, crazy.

15             MS. MAISEL:  Yes.

16             THE COURT:  But for you, the misplaced word as well as

17 the crazy thing is a hallucination; is that right?

18             MS. MAISEL:  Yes, that's right.

19             THE COURT:  Okay.

20             MS. MAISEL:  And it's problematic when that

21 hallucination then attributes one of our clients, when it

22 attributes The New York Times, as the owner of that

23 hallucination.

24             THE COURT:  It hurts you.

25             MS. MAISEL:  And that is the basis of our trademark