KEKER VAN NEST & PETERS    LATHAM & WATKINS LLP    MORRISON FOERSTER

July 30, 2025

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *In re: OpenAI, Inc., Copyright Infringement Litigation*, Case No. 1:25-md-03143–Request for Oral Argument; this document relates to *Ziff Davis, Inc. et al v. OpenAI, Inc. et al.*, Case No. 1:25-cv-04315-SHS-OTW

Dear Judge Stein:

On behalf of the OpenAI defendants,[1] we write pursuant to Rule 2.F of Your Honor's Individual Practices to respectfully request oral argument be held with respect to OpenAI's concurrently filed Motion to Dismiss the Ziff Davis First Amended Complaint.

Respectfully,

| KEKER, VAN NEST & PETERS LLP | LATHAM & WATKINS LLP | MORRISON & FOERSTER LLP |
|---|---|---|
| /s/ R. James Slaughter[*] | /s/ Andrew M. Gass | /s/ Joseph C. Gratz[*] |

cc:   All Counsel of Record (via ECF)

---

[1] OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC.

[*] All parties whose electronic signatures are included herein have consented to the filing of this document.