**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IN RE:                                                     :
                                                           :
OPENAI, INC.,                                              :     25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                         :
                                                           :
                                                           :     <u>**SCHEDULING ORDER**</u>
                                                           :
This Document Relates To:                                  :
**23-CV-11195**                                            :
                                                           :
                                                           :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 410.

The Court will hold an In-Person, confidential settlement conference to discuss the parties' preserved data sampling protocol on **Friday, August 15, 2025, at 9:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Each party in attendance shall send no more than two attorneys each to the settlement conference.

**SO ORDERED.**

Dated: August 8, 2025                         _s/ Ona T. Wang_
       New York, New York              **Ona T. Wang**
                                              United States Magistrate Judge