# Exhibit 1

1

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3

   In Re:
4
   OPENAI, INC.,
5  COPYRIGHT INFRINGEMENT
   LITIGATION                        Case No.:
6                                    I:25-md-03143-SHS
   This Document Relates to:
7
   Case No.: I :23-cv-08292-SHS
8  Case No.: I :23-cv-l 0211-SHS
   ------------------------------/
9

10

11

12

13      **HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY**

14       VIDEO-RECORDED DEPOSITION OF MICHAEL TRINH

15            30(b)(6) CAPACITY FOR OPENAI

16               Friday, July 25, 2025

17

18

19

20

21  Stenographically reported by:
   LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
22  California CSR No. 10523
   Washington CSR No. 3318
23  Oregon CSR No. 19-0458
   Texas CSR No. 11318

24

25  Job No.:  2025-992367
   California Firm Registration No.: 179

19

```
 1          BY MR. SMYSER:

 2     Q.    Okay.  Apart from that Slack message

 3   involving Mr. Radford describing his downloading of

 4   the dataset that became known as Books1, were there

 5   other documents that you recall reviewing in

 6   preparation for this deposition?

 7     A.    Yes.

 8     Q.    What are they?

 9     A.    I recall reviewing source -- or, sorry, let

10   me -- before I move on from Slack, I recall

11   reviewing other Slack messages discussing Books2.

12     Q.    Okay.  Who were those Slack messages from

13   or involving?

14     A.    I believe they all involved a former

15   employee named Ben Mann.

16     Q.    And what was the content of those messages?

17     A.    His general discussions about his review of

18   Books1 and -- or, sorry, the dataset that is

19   identified here as Books1 and his efforts to create

20   a -- a second dataset that is known under these

21   object- -- or responses and objections as Books2.

22     Q.    And what did the messages say about his

23   review of Books1?

24     A.    He discussed that he wanted to down- -- or

25   he -- he would create a second one.
```

20

1    Q.   A second Books dataset; is that what you

2    understood?

3    A.   Correct.

4    Q.   And so what did he say about his efforts to

5    create Books2?

6    A.   He describes -- he describes his

7    collections of -- of the data files that be- --

8    about the time that he did.

9    Q.   And where did he collect the files from?

10   A.   So I also reviewed excerpts of -- from his

11   deposition in which he discusses using a technology

12   called "torrenting."

13        T-O-R-R-E-N-T-I-N-G-S.   Sorry.

14   Q.   And so he used a technology called

15   torrenting, and what did he torrent?

16   A.   I believe he torrented files also

17   associated with that website known as Library

18   Genesis.

19   Q.   And so apart from these Slack messages

20   regarding Mr. Radford and Mr. Mann, were there other

21   Slack messages you reviewed in preparation for this

22   deposition?

23   A.   Those are the ones that come to mind.

24   Q.   Do you recall any other participants in

25   either of those Slack messages apart from

45

```
1            MR. GOLDBERG:  Same objections.  Objection
2    to the form.  Beyond the scope.
3            THE WITNESS:  I'm prepared to testify about
4    these versions.
5            BY MR. SMYSER:
6       Q.   That wasn't my question, sir, with respect.
7            Are you aware of any other versions of the
8    Books1 and Books2 datasets apart from the four we
9    discussed and the intermediate copies you just
10   mentioned?
11           MR. GOLDBERG:  Objection to the form.
12   Beyond the scope.  Asked and answered.
13           THE WITNESS:  I am aware that we -- that
14   there was a copy of one of these datasets recovered,
15   and I don't know if that's a -- if that's a version
16   or not.
17           BY MR. SMYSER:
18      Q.   Do you know if that's the copy that's been
19   produced to us in this litigation?
20      A.   That is my understanding.
21      Q.   Okay.  Apart from the copy that you
22   understand was produced to us in litigation, the
23   intermediate copies that we've discussed, and the
24   four versions that we've discussed, are you aware of
25   any versions of the Books1 and Books2 datasets?
```

58

```
 1            THE WITNESS:  The -- the decision to delete
 2   was a company decision and so there are -- that --
 3   it's a company decision.
 4            BY MR. SMYSER:
 5       Q.   Okay.  Let's talk about some of the others
 6   that don't have asterixis.
 7            Che Chang, why was -- I'm sorry, Mr. or
 8   Mrs. Chang, why were they involved?
 9       A.   Mr. and it's Che.
10       Q.   Apologies.
11       A.   Yeah.  He's -- Mr. Chang is a lawyer.
12       Q.   Okay.  And why was he involved?
13       A.   There were -- these -- these discussions
14   were privileged; but, generally speaking, they
15   involved legal -- legal strategy, copyright risk,
16   and product legal strategy.
17            Mr. Chang is a product -- well, was then a
18   product counsel, among many things, but product
19   counsel was his -- is his primary function then.
20       Q.   Okay.  And Mr. Kwon, why was he involved?
21       A.   Mr. Kwon was the general counsel at the
22   time.
23       Q.   Okay.  So returning to Mr. Pachocki, who's
24   not an attorney; correct?
25       A.   Correct.
```

59

1    Q.    What were the nonprivileged facts that he

2    conveyed during these oral communications?

3              MR. GOLDBERG:  Objection.  Beyond the scope

4    and assumes facts.

5              And, again, as we've meet -- met and

6    conferred about, as you've testified, these oral

7    communications were privileged.

8              MR. SMYSER:  Are you instructing him not to

9    answer or ...

10             MR. GOLDBERG:  There's no predicate on

11   which I -- I'd like to know whether he knows an

12   answer.  But if -- but if the answer is based on

13   privilege, I'm instructing him not to answer.  But

14   if the answer is "I don't know," he can answer that

15   because that's not privileged.

16             BY MR. SMYSER:

17   Q.    Okay.  Do you know if Mr. Pachocki conveyed

18   any nonprivileged or technical facts during these

19   oral communications you're discussing?

20             MR. GOLDBERG:  Same objection.  Beyond the

21   scope.

22             THE WITNESS:  I was not informed of any.

23             BY MR. SMYSER:

24   Q.    Any?

25   A.    My understand- -- what I learned was that

60

1    the discussion was privileged, and it discussed --

2    well, as I said -- as I mentioned before -- legal

3    strategy, copyright, legal questions, and product

4    legal decisions.

5        Q.   So you are not aware of any nonprivileged

6    facts conveyed during those oral communications?

7        A.   I -- this discussion -- the discussion to

8    delete was led by legal, and it was -- and it -- it

9    incorporated those three things that I -- I

10   mentioned.

11       Q.   I understand that.

12           But legal brought in these technical

13   people, correct, Bob McGrew, Jacob Pachocki, Alex

14   Paino, Lilian Weng, and Jeff Wu; right?

15       A.   Correct.

16       Q.   And brought them in due to their technical

17   role at OpenAI; correct?

18       A.   Yes.

19       Q.   And so what technical knowledge did they

20   have that was useful to this process?  If you know.

21       A.   I don't know the specifics.

22       Q.   Are you aware of any specifics, any

23   specific technical knowledge that they had that

24   explains why they were consulted as part of this

25   series of oral communications?

63

1    models that they may have been used to train at the

2    time of these oral communications we're discussing?

3              MR. GOLDBERG:  Objection to the form.

4              THE WITNESS:  I am aware that these -- the

5    datasets were no longer being used generally.

6              BY MR. SMYSER:

7         Q.   Okay.  What do you mean by "generally"?

8         A.   So, for example, if they were already

9    incorporated in a training run and had already been

10   used, those models still -- were still -- still in

11   existence and still, you know, operating.

12        Q.   And you're not aware of the datasets being

13   used for anything else at the time of these oral

14   discussions?

15        A.   Correct.

16        Q.   Okay.  When did those oral discussions take

17   place?

18        A.   June into July 2022.

19        Q.   Do you know specific dates?

20        A.   I believe there was -- a lot of activity

21   was in -- particularly in mid-July, 16th or 17th.

22        Q.   And do you know the earliest date in June

23   that the discussions took place?

24        A.   Not specifically, no.

25        Q.   Do you know generally in June when the

65

1    Books1 and Books2 used to train GPT-3 deleted?

2        A.   Yes.

3        Q.   And were the versions of Books1 and Books2

4    used to train GPT-3.5 deleted?

5        A.   Yes.

6        Q.   And all of the versions used for those two

7    models were deleted; is that correct?

8            MR. GOLDBERG:  Objection to the form.

9            THE WITNESS:  We did recover a copy of

10   one -- of a set of versions.

11           BY MR. SMYSER:

12       Q.   Understood you recovered a copy.

13           But were all the versions deleted

14   initially?

15           MR. GOLDBERG:  Objection to form.

16           THE WITNESS:  That was the intent.

17           BY MR. SMYSER:

18       Q.   Was it the actuality?

19       A.   Like I said, we recovered that one copy

20   of -- of -- of -- we -- we recovered one copy.

21       Q.   Were all the copies used to train GPT-3

22   deleted prior to any recovery?

23           MR. GOLDBERG:  Objection to the form.

24   Asked and answered.

25           THE WITNESS:  We -- like I said, we

OpenAI, Inc. Copyright Infringement Litigation                    Michael Trinh
30(b)(6), Attorneys Eyes Only

66

1   recovered a copy.  It was not -- we found a copy.

2   It was not -- I'm -- I'm pausing when you say the --

3   when I use the word "recovered," I didn't mean,

4   like, we undeleted it or something.  Like, we -- we

5   located a copy of what we believed to be the version

6   that trained Books3.

7           BY MR. SMYSER:

8       Q.   Okay.  So for the versions used to train

9   Books3 --

10      A.   Sorry.  Sorry.  For the versions -- I'm

11  tying myself in a knot.

12           For the versions of Books1 and -2 used to

13  train GPT-3, we recovered a copy of what we believe

14  to be those datasets, that version.

15      Q.   So for the versions used to train GPT-3,

16  not all of those versions -- or rather, not all of

17  those copies were deleted in 2022; correct?

18      A.   Because we know of that one copy, we know

19  at least one copy, like, was -- was not deleted.

20      Q.   Okay.  Where was that copy?

21      A.   We -- OpenAI recovered a copy of those

22  versions in -- it was -- my understanding, it was in

23  a -- it was somewhere in a (inaudible) --

24           (Stenographer interrupted for clarification

25            of the record.)

67

```
1            THE WITNESS:  Sorry.  Azure Blob store.

2            BY MR. SMYSER:

3       Q.   And do you know why it was not deleted

4   along with the other copies?

5            MR. GOLDBERG:  Objection.  I think that's

6   beyond the scope.

7            THE WITNESS:  No one was aware that that

8   copy existed.

9            BY MR. SMYSER:

10      Q.   Okay.  Do you know where on Azure Blob

11  store it was?

12      A.   I don't have that specific location, no.

13      Q.   Do you have a general understanding of

14  where it was on Azure Blob store?

15      A.   It was -- my understanding is it was not

16  in -- it was in a section of Blob store that was not

17  widely available -- widely availably -- sorry,

18  widely available, and it wasn't part of the areas

19  that we commonly store datasets.

20      Q.   Okay.  Is there any other information you

21  can give me about what this section of the Blob

22  store was?

23      A.   We searched broadly, and they -- Ian Sohl

24  located this -- this -- these files.

25      Q.   Would he know the specifics about where the
```

68

1    files were recovered from?

2        A.    You'd have to ask him.

3        Q.    In your preparation for this, did you ask

4    him how he recovered the files?

5        A.    He described searching broadly across Azure

6    Blob store.

7        Q.    Okay.  Do you know how he searched?

8        A.    I believe he did a manual search.

9        Q.    What do you mean by "manual search"?

10       A.    As in, he didn't write a script to conduct

11   the search.  He just was looking for it himself.

12       Q.    And to what did he do to look for it

13   himself, to the extent you know?

14       A.    He used the tools available in Azure to

15   search across Blob store.

16       Q.    Do you know what those tools are?

17       A.    Not in technical specifics, no.

18       Q.    Okay.  In technical generalities, do you

19   know what those tools are?

20       A.    So just generic search functionality.

21       Q.    Okay.  Do you know if Mr. Sohl identified

22   the now-recovered copy of the Books1 and Books2

23   datasets using a string search or by searching for

24   the name of the dataset or something else?

25            MR. GOLDBERG:  Objection to the form.

69

```
 1           THE WITNESS:  I believe he searched across
 2    file names using strings.
 3           BY MR. SMYSER:
 4      Q.   So it's your understanding that he located
 5    the recovered version of the Books1 and Books2
 6    datasets used to train GPT-3 by searching for the
 7    file names in Azure Blob store; correct?
 8           MR. GOLDBERG:  Objection to the form.
 9           THE WITNESS:  That is my understanding,
10    yes.
11           BY MR. SMYSER:
12      Q.   And when he performed that same process
13    with respect to the names on Exhibit 279 for the
14    GPT-3.5 Books1 and Books2 datasets, he did not
15    locate copies of those; correct?
16      A.   He was only able to locate copy -- a copy
17    of the versions that we believe were used to train
18    GPT-3.
19      Q.   And the section of the Blob store that he
20    located these versions in, you mentioned it was not
21    widely available; is that right?
22      A.   That is my understanding.
23      Q.   Why was it not widely available?
24           MR. GOLDBERG:  Beyond the scope.
25           THE WITNESS:  I don't know the specifics.
```

70

1    My general understanding is that this was a -- this

2    area -- this was not a -- to be honest with you, it

3    was old and forgotten.

4             BY MR. SMYSER:

5        Q.   Okay.  Do you have any more information

6    about that section of the Blob store that you can

7    give me?

8        A.   Not in specifics, no.

9        Q.   Any general information you can give me in

10   addition to what we've already discussed?

11       A.   I've described that it's old, and it was

12   not -- you know, not -- it was not the area where we

13   actually store datasets for use in training.

14       Q.   Was it somebody's personal account?

15       A.   I -- I don't know.

16       Q.   Okay.  So you don't know one way or another

17   whether it was somebody's personal account?

18       A.   Correct.

19       Q.   Okay.  But Mr. Sohl would know?

20            MR. GOLDBERG:  Objection to the form.

21            THE WITNESS:  You could ask him.

22            BY MR. SMYSER:

23       Q.   Okay.  Do you know if -- well, actually,

24   let's step back.

25            Do you know how Alec Radford obtained the

OpenAI, Inc. Copyright Infringement Litigation
30(b)(6), Attorneys Eyes Only
Michael Trinh

71

1    LibGen-1 dataset?

2        A.    My understanding is that he accessed it via

3    direct download from a -- from a website.

4        Q.    Do you know what website?

5        A.    I believe it was associated with LibGen.

6        Q.    And when you say "direct download," what do

7    you mean by that?

8        A.    An HTTP GET request.

9        Q.    And was that -- is that different from

10   torrenting, in your understanding?

11       A.    Yes.

12       Q.    How is it different from torrenting, in

13   your understanding?

14       A.    So an HTTP GET request -- sorry, HTTP GET

15   request is a protocol -- or is a request under the

16   HTTP protocol, which is how you pull files from

17   generally the Internet, commonly from a website.  It

18   is -- involves a client making a request directly to

19   a server.

20            And then -- and then the server responds to

21   the GET request by providing the file or whatever is

22   requested by the GET request.

23            Now, a torrent is not part of the HTTP

24   protocol.  It is -- refers generally to a

25   peer-to-peer -- my understanding is a peer-to-peer

72

1    model where the -- the information can come from

2    computers, besides the server, that you make the

3    request of.

4        Q.   Does OpenAI still have a copy of the HTTP

5    GET request?

6            MR. GOLDBERG:  Objection.  Beyond the

7    scope.

8            THE WITNESS:  HTTP GET requests are by

9    their nature ephemeral; right?  It's, you know,

10   something that your computer issue- -- like, for

11   example, if you go to a particular website, your

12   computer issues a GET request for the web page at

13   that website and then it gets a response.  That's

14   just kind of normal network traffic.

15           So -- so the answer is, no.

16           BY MR. SMYSER:

17       Q.   Does OpenAI have any records of that

18   download?

19           MR. GOLDBERG:  Objection to the form.

20   Beyond the scope.

21           THE WITNESS:  I did not review any.

22           BY MR. SMYSER:

23       Q.   And you're not aware of any apart from

24   those that you didn't review?

25           MR. GOLDBERG:  Same objection.

OpenAI, Inc. Copyright Infringement Litigation                    Michael Trinh
30(b)(6), Attorneys Eyes Only

78

1    torrenting file from LibGen or not; correct?

2         A.    Correct.

3         Q.    Okay.  When were the versions of Books1 and

4    Books2, apart from the recovered version, deleted?

5         A.    July 2022.

6         Q.    Do you know approximately what days or day?

7         A.    I think it's in that mid-July time frame.

8         Q.    And at that time OpenAI and other AI

9    developers, they faced substantial legal uncertainty

10   about whether training their models on copyrighted

11   works was fair use; is that correct?

12            MR. GOLDBERG:  Objection to the form.

13   Beyond the scope.  Incomplete hypothetical.  Assumes

14   facts.

15            THE WITNESS:  Could you repeat the

16   question?

17            BY MR. SMYSER:

18        Q.    So in July 2022, OpenAI and other AI

19   developers faced substantial legal uncertainty about

20   whether training their models on copyrighted works

21   was fair use; is that correct?

22            MR. GOLDBERG:  Objection.  Form.  Beyond

23   the scope.  Incomplete hypothetical.  Assumes facts.

24            THE WITNESS:  The -- the company hadn't

25   been sued, and that was probably almost a year

OpenAI, Inc. Copyright Infringement Litigation                    Michael Trinh
30(b)(6), Attorneys Eyes Only

86

1              nonprivileged facts identifying the

2              persons directly involved in deletion of

3              Books1" -- apologies -- "in the deletion

4              of the Books1 and Book2 datasets and the

5              nature of the involvement of each person

6              directly involved in the deletion of the

7              Books1 and Books2 datasets."

8              Do you see that?

9        A.    I do.

10       Q.    And are you prepared to testify as to that

11    scope?

12       A.    I am.

13       Q.    Okay.  So who was directly involved in the

14    deletion of the Books1 and Books2 datasets?

15       A.    I spoke with Alex Paino, and he's the one

16    who deleted the datasets.

17       Q.    Okay.  So was he the only person directly

18    involved in the deletion?

19       A.    He was the one who deleted it.  There -- he

20    told me that Jeff Wu was involved in modifying

21    source code that referred to the -- to the deleted

22    datasets.

23       Q.    Okay.  And when you say "modifying source

24    code that referred to the deleted datasets," what do

25    you mean by that?

87

1    A.   With the datasets no longer there, soft --

2  or source code that referred to it and would look --

3  look for those datasets, they were modified to

4  remove the references to the datasets.

5    Q.   And is it your understanding that the

6  source code prior to those modifications is still

7  within OpenAI's possession?

8    A.   Those would be -- the earlier versions

9  pre -- pre-Jeff Wu's modifications still exist, yes.

10    Q.   Okay.  And do you know if they've been

11  produced in this action?

12    A.   That is my understanding.

13    Q.   Okay.  So by "directly involved," you mean

14  either, in the case of Mr. Paino, that they deleted

15  the datasets themselves or, in the case of Mr. Wu,

16  that they modified source code that referred to

17  those datasets; is that correct?

18    A.   That is my understanding, yes.

19    Q.   Is there anything else meant by "directly

20  involved"?

21    A.   I don't imply anything else there with that

22  term.

23    Q.   Okay.  When we were looking at Exhibit 279

24  earlier, the third table here, you recall there were

25  a number of technical people listed who were not

88

1    Mr. Wu or Mr. Paino; correct?

2        A.    Correct.

3        Q.    And it's your testimony that those

4    technical people were not directly involved in the

5    deletion of Books1 or Books2; is that correct?

6        A.    I believe they were involved in the

7    discussions, but in terms of the -- the operation of

8    deletion, it's -- I discussed Mr. Paino and Mr. Wu.

9        Q.    Okay.  So just to be clear, when you're

10   saying they were directly involved in the deletion,

11   you mean directly involved in effectuating that

12   deletion?

13       A.    The technical, like, deletion, yes.

14       Q.    Okay.  And then apart from Mr. Paino and

15   Mr. Wu, was there anyone else, to your knowledge,

16   directly involved with the technical aspects of the

17   deletion?

18       A.    I did not find -- I -- I did not find any

19   information beyond those two.

20       Q.    Okay.  And so the other individuals listed

21   on Exhibit 279 you indicated are directly involved

22   with the decision to delete Books1 and Books2;

23   correct?

24            MR. GOLDBERG:  Misstates testimony.

25            THE WITNESS:  They were involved in the

91

1    yes.

2        Q.    And the one that Tom Rubin worked at, at

3    the time, was one of those law firms providing legal

4    advice in connection with the decision to delete

5    Books1 and Books2; correct?

6        A.    Correct.

7        Q.    And what about Joe Gratz?  Was he involved

8    in the decision to delete Books1 and Books2?

9        A.    He was -- I -- he was employed at

10   Morrison & Foerster, which is another law firm that

11   gave advice to OpenAI, Jason and Che.

12       Q.    In connection with the deletion of Books1

13   and Books2?

14       A.    Mo -- MoFo, Morrison & Foerster -- I'll say

15   that on the record -- gave advice on that, yes.

16       Q.    Okay.  And do you know for sure one way or

17   another if Mr. Gratz was involved in that decision?

18       A.    I -- I don't have any information on that.

19       Q.    Okay.  And what about Tom Gorman, was he

20   involved in the decision to delete Books1 and

21   Books2?

22       A.    I believe he's employed at Keker Van Nest,

23   and I don't have any information that Keker &

24   Van Nest provided guidance on -- on the -- on this

25   issue.

126

1    page 14 of Exhibit 278.

2         A.    Thank you for the page number.

3         Q.    So do you see the first sentence of the

4    first full paragraph on that page (as read):

5                    "Without waiving any of these

6              objections, OpenAI will provide

7              nonprivileged facts regarding the

8              technical steps undertaken for the

9              deletion of the Books1 and Books2

10             datasets"?

11        A.    Yes.

12        Q.    And you're prepared to testify as to those?

13        A.    Yes.

14        Q.    Okay.  So did OpenAI undertake technical

15   steps to identify the copies of the Books1 and

16   Books2 datasets that needed to be deleted?

17        A.    Yes.

18        Q.    What were those technical steps?

19        A.    Alex Paino is the engineer who worked with

20   those datasets and identified locations in the --

21   where -- the locations -- datasets that had been

22   used to train GPT-3 and GPT-3.5.

23        Q.    And what technical steps did he take to

24   perform that identification?

25        A.    He was aware of their -- their use in

127

 1  training and the steps that had been taken in

 2  between the GPT-3.5 versions and the -- and the

 3  GPT-3.5 versions and identified those locations and

 4  deleted the files there.

 5      Q.   And when you say he identified the

 6  locations, were those on, as you've called it, the

 7  Azure Blob Storage?

 8      A.   Yes.

 9      Q.   Was that the only place they were?

10      A.   That is the location of -- that is the --

11  the location that was used to train, yes.

12      Q.   Okay.  And just to be clear, you mentioned

13  the intermediate copies as part of that -- the

14  penultimate answer; correct?

15      A.   Yes.

16      Q.   And were those also on the Blob Storage, is

17  what I'm trying to get at, to your knowledge?

18      A.   I -- Blob Storage is the place that we

19  would -- that we use generally for these -- this

20  sort of thing.  So there may have been processing

21  elsewhere, but that's where the -- all -- that's

22  where the datasets are stored.

23      Q.   Okay.  And I think you mentioned that

24  Alex Paino made this identification by virtue of the

25  fact that he worked with these datasets previously;

128

1    is that correct?

2        A.    Yes.

3        Q.    And so did he perform any, I guess,

4    additional technical steps apart from his own

5    knowledge that helped him identify where these

6    copies were?

7        A.    He -- he was the person at the company who

8    knew where these datasets were and how they were

9    used so he -- he was instructed to delete.

10       Q.    Understood.

11             I'm trying to understand how he figured

12   out, "Here's every copy of this I need to delete."

13             And is the testimony just that he -- he

14   knew where they were because he previously worked

15   with them, or did he also do some technical search

16   to determine where the other copies were?

17             MR. GOLDBERG:  Objection to the form.

18             THE WITNESS:  I believe he did a technical

19   search.  And he's -- he's familiar with these

20   datasets.  He's the most -- he -- and he was -- you

21   know, I think the fact that we were unable to

22   recover any other copies -- well, except for the one

23   I previously described -- you know, kind of -- I

24   think that speaks for itself.

25   ///

142



OpenAI, Inc. Copyright Infringement Litigation                    Michael Trinh
30(b)(6), Attorneys Eyes Only

143

1      A.    Correct.

2      Q.    And it was Mr. -- was it Mr. Sohl or

3   Mr. Paino who located it?

4      A.    Sohl.

5      Q.    Mr. Sohl located it.

6      A.    Yeah.

7      Q.    Do you know when he located it?

8      A.    I think it was sometime last year.

9      Q.    So in 2024 sometime?

10     A.    I believe so, yes.

11     Q.    And how does OpenAI know that the versions

12   recovered by Mr. Sohl correspond to the versions

13   used to train GPT-3?

14     A.    The files that he recovered involve

15   something called a UUID.  And we've seen evidence

16   that it's the same UUID that was used in the GPT-3

17   training run.

18     Q.    Okay.  What is a UUID?

19     A.    It a technical acronym, and I actually --

20   it's something about a universal identifier.  This

21   is -- this is an external one's -- external

22   definition.

23           So it's commonly used.  It's not specific

24   to OpenAI.  But it is a unique identifier that you

25   can -- that you can create.  I believe the

170



171



OpenAI, Inc. Copyright Infringement Litigation                                    Michael Trinh
30(b)(6), Attorneys Eyes Only

175

1            STENOGRAPHER'S CERTIFICATE

2            I, LORRIE L. MARCHANT, Certified Shorthand

3    Reporter, Certificate No. 10523, for the State of

4    California, hereby certify that MICHAEL TRINH  was

5    by me duly sworn/affirmed to testify to the truth,

6    the whole truth and nothing but the truth in the

7    within-entitled cause; that said deposition was

8    taken at the time and place herein named; that the

9    deposition is a true record of the witness's

10   testimony as reported to the best of my ability by

11   me, a duly certified shorthand reporter and a

12   disinterested person, and was thereafter transcribed

13   under my direction into typewriting by computer;

14   that request [  ] was [ X ] was not made to read and

15   correct said deposition.

16            I further certify that I am not interested

17   in the outcome of said action, nor connected with,

18   nor related to any of the parties in said action,

19   nor to their respective counsel.

20            IN WITNESS WHEREOF, I have hereunto set my

21   hand this 6th day of August, 2025.

22

23

24   _____

        LORRIE L. MARCHANT, RMR, CRR, CCRR, CRC
25      Stenographic Certified Shorthand Reporter #10523