**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
IN RE:                                          :
                                                :
OPENAI, INC.,                                   :        25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,              :
                                                :
                                                :        ORDER
This Document Relates To:                       :
ALL ACTIONS                                     :
                                                :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court entered the parties' final stipulated protective order on July 24, 2025. (*See* ECF 367). Accordingly, OpenAI's motion for a protective order at ECF 286 is **DENIED as moot.**

The Clerk of Court is respectfully directed to close ECF 286.

**SO ORDERED.**

                                                                   *s/ Ona T. Wang*

Dated: September 3, 2025                         **Ona T. Wang**
        New York, New York              United States Magistrate Judge