# ROTHWELL FIGG

901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001

Telephone (202) 783-6040
Facsimile  (202) 783-6031
www.rothwellfigg.com
info@rothwellfigg.com

Offices in Washington, D.C. | New York | Boston

G. Franklin Rothwell
(1928-2011)
Harry F. Manbeck, Jr.
(1926-2025)

E. Anthony Figg
George R. Repper
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Brian S. Rosenbloom
Jennifer P. Nock
Brett A. Postal
Aydin H. Harston, Ph.D.
Richard Wydeven
Sharon L. Davis
Robert P. Parker
Jenny L. Colgate
Leo M. Loughlin
Michael V. Battaglia
Michael H. Jones
Rachel M. Echols
Daniel L. Shores
Jennifer B. Maisel

Jess M. Collen
Jeffrey A. Lindenbaum*
Mark T. Rawls
Nicole M. DeAbrantes
Davide F. Schiavetti
Vivian Y. Tian
Kristen J. Logan
Sheena X. Wang
Gary J. Prato
James T. Pawlowski
Bryan B. Thompson
Melissa C. Santos, Ph.D.
Andrew C. Stewart
Adam M. Nicolais
Gregory S. DeLassus
Michael P. Ellenberger
Mary L. Mullins
Michael A. Saunders
Stephanie E. Waltersdorff
Rolando F. Rengifo, Ph.D.

*Not a member of the D.C.
Bar. Practice limited to patent,
trademark and copyright matters
and cases in federal courts.

Of Counsel
Jane F. Collen
James R. Hastings*
Mitchell E. Radin*

**VIA ECF**

September 4, 2025

Hon. Ona T. Wang
Southern District of New York

Re:   ***Request for Permission to File Over-Length Letter Regarding OpenAI's Declarations filed at Dkts. 461 and 482***
*In re OpenAI, Inc., Copyright Infringement Litigation*, 25-md-3143 (SHS) (OTW); This Document Relates To: All Cases

Dear Magistrate Judge Wang:

We write on behalf of Class and News Plaintiffs (collectively, "Plaintiffs") to seek permission to file their over-length Letter to the Court regarding OpenAI's Declarations describing its custodial interview, collection, and review processes for text and social media messages (Dkts. 461, 482).[1] The proposed over-length Letter is attached hereto as Exhibit 1. Plaintiffs' letter is 3,497 words, thus exceeding this Court's 1,500 word count limit for letter correspondences. Plaintiffs respectfully submit that the length of the proposed Letter is necessary to address the numerous issues described in OpenAI's declarations, which total over 20 pages.

Although Plaintiffs do not affirmatively seek to seal any material, Plaintiffs are provisionally requesting that Exhibit 1 and the attachments thereto be filed under seal because they discuss documents and information that OpenAI has designated as Protected Discovery Material under the Protective Order.

Respectfully,

---

[1] On September 2, 2025, Plaintiffs sought OpenAI's consent to file the over-length letter but, OpenAI refused to consent to the filing unless Plaintiffs agreed to the unreasonable condition that OpenAI would be permitted to file additional briefing of equal length.

September 4, 2025
Page 2

/s/ *Steven Lieberman*
Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Robert Parker *(admitted pro hac vice)*
Jenny L. Colgate *(admitted pro hac vice)*
Mark Rawls *(admitted pro hac vice)*
Michael H. Jones *(admitted pro hac vice)*
Kristen J. Logan *(admitted pro hac vice)*
Bryan B. Thompson (6004147)
Mary L. Mullins *(pending pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
rparker@rothwellfigg.com
jcolgate@rothwellfigg.com
mrawls@rothwellfigg.com
mjones@rothwellfigg.com
klogan@rothwellfigg.com
bthompson@rothwellfigg.com
mmullins@rothwellfigg.com

Jeffrey A. Lindenbaum (JL1971)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
3 Manhattanville Road, Suite 105
Purchase, New York 10577
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
jlindenbaum@rothwellfigg.com

*Attorneys for Daily News Plaintiffs*

/s/ *Ian Crosby*
Ian Crosby *(admitted pro hac vice)*
Genevieve Vose Wallace *(admitted pro hac vice)*
Katherine M. Peaslee *(admitted pro hac vice)*
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101

        Telephone: (206) 516-3880
        Facsimile: (206) 516-3883
        icrosby@susmangodfrey.com
        gwallace@susmangodfrey.com
        kpeaslee@susmangodfrey.com

        Davida Brook *(admitted pro hac vice)*
        Emily K. Cronin (*admitted pro hac vice*)
        Adnan Muttalib *(admitted pro hac vice)*
        Susman Godfrey L.L.P.
        1900 Ave of the Stars, Suite 1400
        Los Angeles, CA 90067
        Telephone: (310) 789-3100
        Facsimile: (310) 789-3150
        dbrook@susmangodfrey.com
        ecronin@susmangodfrey.com
        amuttalib@susmangodfrey.com

        Elisha Barron (5036850)
        Zachary B. Savage (ZS2668)
        Tamar Lusztig (5125174)
        Alexander Frawley (5564539)
        Eudokia Spanos (5021381)
        Susman Godfrey L.L.P.
        One Manhattan West
        New York, NY 10001
        Telephone: (212) 336-8330
        Facsimile: (212) 336-8340
        ebarron@susmangodfrey.com
        zsavage@susmangodfrey.com
        tlusztig@susmangodfrey.com
        afrawley@susmangodrey.com
        espanos@susmangodfrey.com

        Scarlett Collings (4985602)
        Susman Godfrey L.L.P.
        1000 Louisiana, Suite 5100
        Houston, TX 77002
        Telephone: (713) 651-9366
        Facsimile (713) 654-6666
        scollings@susmangodfrey.com

        Steven Lieberman (SL8687)
        Jennifer B. Maisel (5096995)
        Kristen J. Logan *(admitted pro hac vice)*
        Rothwell, Figg, Ernst & Manbeck, P.C.
        901 New York Avenue, N.W., Suite 900 East
        Washington, DC 20001
        Telephone: (202 783-6040
        Facsimile: (202) 783 6031
        slieberman@rothwellfigg.com
        jmaisel@rothwellfigg.com
        klogan@rothwellfigg.com

        *Counsel for the New York Times Company*

        <u>*/s/ Stephen Stich Match*</u>
        Jon Loevy (*pro hac vice*)
        Michael Kanovitz (*pro hac vice*)
        Matthew Topic (*pro hac vice*)
        Stephen Stich Match (No. 5567854)
        Steven Art (*pro hac vice*)
        Thomas Kayes (*pro hac vice*)
        Kyle Wallenberg (*pro hac vice*)
        Shelley Geiszler (*pro hac vice*)
        LOEVY & LOEVY
        311 North Aberdeen, 3rd Floor
        Chicago, IL 60607
        312-243-5900 (p)
        312-243-5902 (f)
        jon@loevy.com
        mike@loevy.com
        matt@loevy.com
        match@loevy.com
        steve@loevy.com
        kayes@loevy.com
        wallenberg@loevy.com
        geiszler@loevy.com

        *Counsel for Plaintiffs The Intercept*
        *Media, Inc. and The Center for*
        *Investigative Reporting, Inc.*

        <u>*/s/ David Boies*</u>
        David Boies
        BOIES SCHILLER FLEXNER LLP

    333 Main Street
    Armonk, NY 10504
    Tel.: (914) 749-8201
    Fax: (914) 749-8300
    dboies@bsfllp.com

    Joshua Michelangelo Stein (*pro hac vice*)
    Maxwell V. Pritt (*pro hac vice*)
    Reed Forbush (*pro hac vice*)
    BOIES SCHILLER FLEXNER LLP
    44 Montgomery Street, 41st Floor
    San Francisco, CA 94104
    Tel.: (415) 293-6813
    Fax: (415) 293-6800
    jstein@bsfllp.com
    mpritt@bsfllp.com
    rforbush@bsfllp.com

    Jesse Michael Panuccio (*pro hac vice*)
    BOIES SCHILLER FLEXNER LLP
    1401 New York Ave. NW
    Washington, DC 20005
    Tel.: (202) 237-2727
    jpanuccio@bsfllp.com

    *Counsel for Class Plaintiffs*

    */s/ Justin A. Nelson*
    Justin A. Nelson (*pro hac vice*)
    SUSMAN GODFREY L.L.P
    1000 Louisiana Street, Suite 5100
    Houston, TX 77002
    Tel.: 713.651.9366
    jnelson@susmangodfrey.com

    ***Interim Lead Class Counsel***

    Alejandra C. Salinas (*pro hac vice*)
    Amber B. Magee (*pro hac vice*)
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, TX 77002
    Tel.: 713.651.9366
    asalinas@susmangodfrey.com

    amagee@susmangodfrey.com

    Rohit D. Nath (*pro hac vice*)
    SUSMAN GODFREY L.L.P.
    1900 Avenue of the Stars, Suite 1400
    Los Angeles, CA 90067
    Tel.: 310.789.3100
    rnath@susmangodfrey.com

    J. Craig Smyser
    Charlotte Lepic
    SUSMAN GODFREY L.L.P.
    One Manhattan West, 51st Floor
    New York, NY 10001
    Tel.: 212.336.8330
    csmyser@susmangodfrey.com
    clepic@susmangodfrey.com

    Jordan W. Connors (*pro hac vice*)
    SUSMAN GODFREY L.L.P.
    401 Union Street, Suite 3000
    Seattle, WA 98101
    Tel.: 206.516.3880
    jconnors@susmangodfrey.com

    *Counsel for Class Plaintiffs*

    <u>/s/ Rachel Geman</u>
    Rachel Geman
    Anna J. Freymann
    Wesley Dozier (*pro hac vice*)
    LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP
    250 Hudson Street, 8th Floor
    New York, NY 10013
    Tel.: 212.355.9500
    rgeman@lchb.com
    afreymann@lchb.com
    wdozier@lchb.com

September 4, 2025
Page 7

        Reilly T. Stoler (*pro hac vice*)
        LIEFF CABRASER HEIMANN &
        BERNSTEIN, LLP
        275 Battery Street, 29th Floor
        San Francisco, CA 94111
        Tel.: 415.956.1000
        rstoler@lchb.com

        *Counsel for Class Plaintiffs*

        */s/ Scott J. Sholder*
        Scott J. Sholder
        CeCe M. Cole
        COWAN DEBAETS ABRAHAMS &
        SHEPPARD LLP
        60 Broad Street, 30th Floor
        New York, NY 10010
        Tel.: 212.974.7474
        ssholder@cdas.com
        ccole@cdas.com

        *Counsel for Class Plaintiffs*

        */s/ Joseph R. Saveri*
        Joseph R. Saveri (*pro hac vice*)
        Cadio Zirpoli (*pro hac vice*)
        Christopher K.L. Young (*pro hac vice*)
        Holden Benon (*pro hac vice*)
        Aaron Cera (*pro hac vice*)
        Alexander Y. Zeng (*pro hac vice*)
        JOSEPH SAVERI LAW FIRM,
        601 California Street, Suite 1505
        San Francisco, California 94108
        Telephone: (415) 500-6800
        Facsimile: (415) 395-9940
        jsaveri@saverilawfirm.com
        czirpoli@saverilawfirm.com
        cyoung@saverilawfirm.com
        hbenon@saverilawfirm.com
        acera@saverilawfirm.com
        azeng@saverilawfirm.com

        *Counsel for Class Plaintiffs*

**ROTHWELL FIGG**

> Matthew Butterick (*pro hac vice*)
> 1920 Hillhurst Avenue, 406
> Los Angeles, CA 90027
> Telephone: (323) 968-2632
> Facsimile: (415) 395-9940
> mb@butthericklaw.com
>
> *Counsel for Class Plaintiffs*
>
> Bryan L. Clobes (*pro hac vice*)
> Mohammed A. Rathur (*pro hac vice*)
> Krishna Motta (*pro hac vice*)
> Alex Lee (*pro hac vice*)
> CAFFERTY CLOBES MERIWETHER
> & SPRENGEL LLP
> 135 South LaSalle Street, Suite 3210
> Chicago, IL 60603
> Telephone: (312) 782-4880
> bclobes@caffertyclobes.com
> mrathur@caffertyclobes.com
> kmotta@caffertyclobes.com
> alee@caffertyclobes.com
>
> *Counsel for Class Plaintiffs*

cc: All counsel of record via ECF