UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
IN RE:                                             :
                                                   :
OPENAI, INC.,                                      :     25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                 :
                                                   :
                                                   :     **ORDER**
                                                   :
This Document Relates To:                          :
**23-cv-11195**                                    :
                                                   :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the News Plaintiffs' supplemental letter, (ECF 21-1), Defendants' response at ECF 24, and the News Plaintiffs' letter at ECF 29 (*see also* ECF 28).[1]

The Court will hold an In-Person Status Conference for all actions under 25-md-3143 regarding potential spoliation motions for the deletion of output log data on **May 27, 2025, at 2:30 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties may submit supplemental briefing <u>related to the deletion of output log data only</u>, in accordance with the following schedule: (1) the News Plaintiffs' supplemental letter is due by **Friday, May 16, 2025**, and (2) Defendants' supplemental opposition is due by **Friday, May 23, 2025.** The parties' supplemental briefing is limited to 10 pages.

**SO ORDERED.**

Dated: May 12, 2025
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

---

[1] The News Plaintiffs' letter was originally filed at ECF 27, but was then sealed by request of the parties and re-filed with proper redactions at ECF 29.