**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IN RE:                                                                          :
                                                                                     :
OPENAI, INC.,                                                           :         25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,    :
                                                                                     :
                                                                                     :         **AMENDED ORDER**
This Document Relates To:                                    :
**23-cv-11195**                                                      :
                                                                                     :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the News Plaintiffs' supplemental letter, (ECF 21-1), Defendants' response at ECF 24, and the News Plaintiffs' letter at ECF 29 (*see also* ECF 28).[1]

The Court will hold an In-Person Status Conference for Case No. 23-cv-11195 regarding potential spoliation motions for the deletion of output log data on **May 27, 2025, at 2:30 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties may submit supplemental briefing <u>related to the deletion of output log data only</u>, in accordance with the following schedule: (1) the News Plaintiffs' supplemental letter is due by **Friday, May 16, 2025**, and (2) Defendants' supplemental opposition is due by **Friday, May 23, 2025.** The parties' supplemental briefing is limited to 10 pages.

At this time, the Court is <u>not</u> soliciting briefing from any parties who have not previously raised concerns with deletion of output log data.

---

[1] The News Plaintiffs' letter was originally filed at ECF 27, but was then sealed by request of the parties and re-filed with proper redactions at ECF 29.

The Clerk of Court is respectfully directed to **STRIKE** ECF 31, which had incorrectly noted that this conference applied to "all cases."

**SO ORDERED.**

Dated: May 13, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge