

901 New York Avenue, N.W.
Suite 900 East
Washington, DC  20001

Telephone (202) 783-6040
Facsimile  (202) 783-6031
www.rothwellfigg.com
info@rothwellfigg.com

Offices in Washington, D.C. | New York | Boston

G. Franklin Rothwell
(1928-2011)
Harry F. Manbeck, Jr.
(1926-2025)

E. Anthony Figg
George R. Repper
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Brian S. Rosenbloom
Jennifer P. Nock
Brett A. Postal
Aydin H. Harston, Ph.D.
Richard Wydeven
Sharon L. Davis
Robert P. Parker
Jenny L. Colgate
Leo M. Loughlin
Michael V. Battaglia
Michael H. Jones
Rachel M. Echols
Daniel L. Shores
Jennifer B. Maisel

Jess M. Collen
Jeffrey A. Lindenbaum*
Mark T. Rawls
Nicole M. DeAbrantes
Davide F. Schiavetti
Vivian Y. Tian
Kristen J. Logan
Sheena X. Wang
Gary J. Prato
James T. Pawlowski
Bryan B. Thompson
Melissa C. Santos, Ph.D.
Andrew C. Stewart
Adam M. Nicolais
Gregory S. DeLassus
Michael P. Ellenberger
Mary L. Mullins*
Michael A. Saunders
Stephanie E. Waltersdorff
Rolando F. Rengifo, Ph.D.*

*Not a member of the D.C. Bar. Practice limited to patent, trademark and copyright matters and cases in federal courts.

Of Counsel
Jane F. Collen
James R. Hastings*
Mitchell E. Radin*

May 26, 2025

**VIA ECF**

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York

  Re: *In Re: OpenAI, Inc., Copyright Infringement Litigation,
No. 1:25-md-3143, This Document Relates to: The New York Times Company v.
Microsoft Corporation, et al., No. 1:23-cv-11195*

Dear Magistrate Judge Wang:

In its Supplemental Opposition (Doc. 64-1) to News Plaintiffs' Motion Regarding Output Logs ("Supplemental Opposition") filed this past Friday night, OpenAI discussed at length what it described as a proposal it had made to News Plaintiffs regarding going-forward preservation issues.  Supplemental Opposition at 4-5 and Declaration of Elana Nightingale Dawson ("Dawson Declaration") (Doc. 68) at ¶5.  OpenAI referred to the News Plaintiffs' response to OpenAI's proposal, but did not describe or attach it, even though the News Plaintiffs' responsive email was sent six hours before OpenAI's filing.  OpenAI said only "News Plaintiffs did not agree to the foregoing proposal." (Dawson Decl. at ¶5).  Attached as Exhibit A is a copy of that email correspondence.

May 26, 2025

           Respectfully submitted,

           */s/ Steven Lieberman*
           Steven Lieberman
           Rothwell, Figg, Ernst & Manbeck, P.C.

           */s/ Ian B. Crosby*
           Ian B. Crosby
           Susman Godfrey L.L.P.

           */s/ Matthew Topic*
           Matthew Topic
           Loevy & Loevy



May 26, 2025
Page 2

cc: All Counsel of Record (via ECF)