```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE:                                           :
                                                 :
OPENAI, INC.,                                    :        25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,               :
                                                 :
                                                 :        ORDER
This Document Relates To:                        :
23-CV-11195                                      :
                                                 :
---------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

On May 19, Jason Bramble, President of Spark Innovations Corp., filed a motion to intervene on behalf of Spark Innovations Corp. (*See* ECF 49). It is well established that a corporation cannot appear *pro se*, and must be represented by a lawyer. *See Grace v. Bank Leumi Trust Co. of NY*, 443 F.3d 180, 192 (2d Cir. 2006) ("[I]t is settled law that a corporation may not appear in a lawsuit against it except through an attorney…."); *see also Age Reversal Unity v. New York Univ.*, 24-CV-4808 (MMG), 2024 WL 3521759, at *2 (S.D.N.Y. July 24, 2024).[1] Accordingly, the proposed intervenor's motion is **DENIED**.

The Clerk of Court is respectfully directed to close ECF 49.

**SO ORDERED.**

Dated: May 29, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

---

[1] *See also Pro Se Frequently Asked Questions*, U.S. DISTRICT CT. SOUTHERN DISTRICT OF NEW YORK, https://www.nysd.uscourts.gov/prose-faqs ("[A] person who is not an attorney may appear *pro se* but may not represent a corporation, even if the person is the sole owner of the corporation. The corporation must be represented by a lawyer.").