**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IN RE:                                              :
                                                    :
OPENAI, INC.,                                       :        25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                  :
                                                    :
                                                    :        **SCHEDULING ORDER**
This Document Relates To:                           :
**23-CV-11195**                                     :
                                                    :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court is in receipt of ECF 540.

      The Court will hold an In-Person, confidential settlement conference to discuss the outstanding output log issues in this case on **Friday, September 26, 2025, at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Each party in attendance shall send no more than two attorneys each to the settlement conference.

      **SO ORDERED.**

                                                                            _s/ Ona T. Wang_
Dated: September 17, 2025                                       **Ona T. Wang**
       New York, New York                             United States Magistrate Judge