UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC. COPYRIGHT<br>INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>Civil Action No. 1:23-cv-11195-SHS-OTW<br>Civil Action No. 1:24-cv-03285-SHS-OTW<br>Civil Action No. 1:24-cv-04872-SHS OTW<br>Civil Action No. 1:23-cv-08292-SHS-OTW<br>Civil Action No. 1:23-cv-10211-SHS-OTW | Case No. 1:25-md-3143-SHS-OTW<br><br>**PROPOSED ORDER ON<br>MOTION FOR ADMISSION** |

The motion of Lora A. Brzezynski for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

> Lora A. Brzezynski
> Faegre Drinker Biddle & Reath LLP
> 1500 K Street NW, Suite 1100
> Washington, D.C. 20005
> Tel: (202) 842-8800
> *lora.brzezynski@faegredrinker.com*

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Microsoft Corporation, in the above-captioned actions;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* as counsel in the above-captioned cases in the United States District Court for the

Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:    10/7/2025

Ona T. Wang
United States Magistrate Judge