UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT<br>LITIGATION<br><br><br>This Document Relates To:<br><br>THE NEW YORK TIMES COMPANY v.<br>MICROSOFT CORPORATION, et al., No.<br>23-cv-11195 | 25-md-03143 (SHS) (OTW)<br><br>Hon. Ona T. Wang<br><br><br>**STIPULATION AND ORDER TO TERMINATE OPENAI'S ONGOING OBLIGATIONS UNDER THE PRESERVATION ORDER AT ECF 33** |

News Plaintiffs and OpenAI (the "Parties"), by and through their respective counsel of record, hereby submit this stipulation to terminate OpenAI's ongoing obligations under the order entered at ECF 33 (the "Preservation Order") with the following terms:

1.  Subject to Paragraphs 3–4 below, OpenAI's ongoing obligation to "preserve and segregate all output log data that would otherwise be deleted on a going forward basis" is terminated as of September 26, 2025.

2.  OpenAI will continue to preserve the output log data already preserved and segregated pursuant to the Preservation Order prior to September 26, 2025, except for output log data corresponding to user requests originating from within the European Economic Area, Switzerland, or the United Kingdom.

3. Notwithstanding the above, OpenAI has confirmed that it has conducted a search for accounts associated with the domains identified by News Plaintiffs (listed in Appendix A) and will preserve on a going-forward basis output log data associated with those accounts irrespective of originating location. OpenAI agrees to meet and confer in good faith regarding requests by News Plaintiffs to preserve output log data originating from accounts associated with additional domains.

4. For avoidance of doubt, this stipulation relates entirely to the segregated data tables that OpenAI created in response to the Preservation Order. It does not purport to waive, modify, or otherwise affect the parties' obligations under Federal Rule of Civil Procedure 37(e). The Parties reserve all rights, including to seek further relief on this issue.

**IT IS SO STIPULATED.**

Dated: October 9, 2025

*Margaret O. [signature]*

**LATHAM & WATKINS LLP**
Margaret Graham (5050455)
 *margaret.graham@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.9066.1628

*On behalf of OpenAI Defendants*

*/s/ Jennifer B. Maisel*
**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**
Jennifer B. Maisel (5096995)
 *jmaisel@rothwellfigg.com*
901 New York Avenue, N.W., Ste. 900 East
Washington, DC 20001
Telephone: (202) 783-6040

*On behalf of The New York Times Company and the Daily News Plaintiffs*

*/s/ Stephen Stich Match*
**LOEVY & LOEVY**
Stephen Stich Match (5567854)
 *match@loevy.com*
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900

*On behalf of The Center for Investigative Reporting*

**IT IS ORDERED** that the foregoing Agreement is approved.

Dated: October 9, 2025

_____
HONORABLE ONA T. WANG
United States Magistrate Judge

## APPENDIX A

| | |
|---|---|
| cryptonews.com.au | thecurrent-online.com |
| enews.com.ng | theinscribermag.com |
| inty.news | tibunnews.com |
| liverpooldigest.co.uk | time.news |
| mainstream.news | breakinglatest.news |
| techstory.in | chiangraitimes.com |
| newsr.in | lesrapporteurs.com |
| tajahindinews.in | naijanews.com |
| teachernews.in | newsdirectory3.com |
| labrujuladigital.es | southwestjournal.com |
| tramitesenandalucia.es | countylocalnews.com |
| liverpoolbuzz.co.uk | newscrab.com |
| oncob2b.co.kr | timebusinessnews.com |
| berealinfo.com | maxnews.info |
| blockchain.news | itimesbiz.com |
| Bostontimes.org | irelandtopnews.com |
| incomeinvestinginsider.com | mhna98.com |
| infoguidenigeria.com | the-tech-vortex.com |
| informedamericantoday.com | coinworldstory.com |
| internewscast.com | internationalnewsandviews.com |
| newsfeedus.com | deccanherald.com |
| Nynewsdaily.org | newstimeslink.com |
| psychnewsdaily.com | usnewslead.com |
| technewztop.org | worldnewsera.com |

| | |
|---|---|
| infobaenews.com | expotimesonline.net |
| talesbuzz.com | via.news |
| theglobalherald.com | uniquenewsonline.com |
| fichas-tecnicas.com | allnewspress.com |
| dotcommagazine.com | news.nayag.com |
| editorializenews.com | losanglesnewswire.com |
| newsagentweb.com | bdjobnews.com |
| currentaffairs.adda247.com | nouvelles-du-monde.com |
| usmagazine.news | ledernierheure.com |
| storifynews.com | Lesactualites.news |
| smallpressnews.com | traveltrade.today |
| qmunicatemagazine.com | noticiasdeemprego.com.br |
| USNewsper.com | sabkuchhnews.com |
| latribunedujellyrodger.com | uni2noticias.com |
| maoi.org | tribuneonlineng.com |
| thetechedvocate.org | dnyuz.com |
| mtm-news.com | newsnow.com |
| knowworldnow.com | dissenter.com |
| timelymagazine.com | parler.com |
| voymedia.com | dmsretail.com |
| facts.net | |