**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
IN RE:                                                          :
                                                                :
OPENAI, INC.,                                                   :        25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                              :
                                                                :
                                                                :        **SCHEDULING ORDER**
This Document Relates To:                                       :
**23-CV-11195**                                                 :
**24-CV-3285**                                                  :
**24-CV-4872**                                                  :
-----------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an In-Person, confidential settlement conference in these cases on **Friday, October 31, 2025, at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Each party in attendance shall send no more than two attorneys each to the settlement conference.

**SO ORDERED.**

Dated: October 27, 2025
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge