**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
IN RE:                                  :
                                       :

OPENAI, INC.,                        :           25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,    :
                                       :

                                       :           **ORDER**
This Document Relates To:           :
**23-CV-8292**                           :
**23-CV-10211**                        :
**24-CV-84**                                :
**25-CV-3291**                        :
**25-CV-3482**                        :
-----------------------------------------------------------------x

         **ONA T. WANG**, **United States Magistrate Judge**:

         The Court is in receipt of ECF Nos. 659, 660, and 671 regarding Class Plaintiffs' request

for additional interrogatories concerning the "LibGen Test File." I find that additional discovery

regarding the LibGen Test File is relevant and proportional to the needs of these cases.

Accordingly, Class Plaintiffs' motion is **GRANTED**. OpenAI is directed to meet and confer with

Class Plaintiffs and choose one of the following methods of discovery:

1) OpenAI will respond to Class Plaintiffs' interrogatories within 30 days of when they were

     propounded or within 10 business days of this Order, whichever is later, and then meet

     and confer with Class Plaintiffs to determine if additional deposition time is needed on

     this topic; or

2) the parties may elect to may conduct a 30(b)(6) deposition of up to 4 hours on this

     topic, and the time will not count against the total deposition hours cap previously set

     by the Court.

OpenAI is further directed to file a letter on the docket apprising the Court of its choice by

**November 12, 2025**.


The Clerk of Court is respectfully directed to close ECF Nos. 659 and 660.



**SO ORDERED.**



                                                                    _s/ Ona T. Wang_

Dated: October 28, 2025                            **Ona T. Wang**
       New York, New York                          United States Magistrate Judge