UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC. COPYRIGHT
INFRINGEMENT LITIGATION

25-md-3143 (SHS) (OTW)

ORDER

This Document Relates To:

23-cv-11195

SIDNEY H. STEIN, U.S. District Judge.

    For the reasons set forth on the record at the October 8, 2025 hearing, The New York Times's motion to strike certain of Microsoft Corporation's affirmative defenses (Dkt. No. 295) is denied.

Dated: New York, New York
        October 30, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.