<u>VIA ECF</u>

October 30, 2025
Hon. Ona T. Wang
Southern District of New York

  *In re OpenAI, Inc.*, *Copyright Infringement Litigation*, 25-md-3143 (SHS) (OTW)
  This Document Relates To: News Cases

Dear Magistrate Judge Wang:

  We write on behalf of News Plaintiffs with our position on tomorrow's proposed settlement conference.

  For the dispute about scheduling Defendants' depositions of New York Times witnesses (Dkt. 658), The Times today informed Defendants that The Times intended to move forward with tomorrow's planned conference to resolve this dispute. OpenAI responded that it does not believe any conference is necessary but also requested that The Times not ask for a conference tomorrow due to a personal issue impacting the OpenAI attorney best suited to address this issue. The Times promptly agreed to accommodate that personal issue and proposed instead that the parties request a Zoom settlement conference next week as needed at a time convenient for the Court. OpenAI responded that it does not agree a settlement conference is necessary at this time, particularly in light of the parties' scheduled meet-and-confers on this issue. The Times will continue to meet-and-confer with Defendants and reserves the right to request a remote settlement conference next week if necessary.

  As for the dispute about OpenAI's production of output log data (Dkt. 656), News Plaintiffs do not believe that further confidential settlement discussions with OpenAI would be productive. As confirmed during a meet-and-confer after yesterday's hearing, and again through correspondence today, the parties remain at impasse as to OpenAI's refusal to produce the full set of 20 million output logs. Our motion to compel OpenAI to produce this anonymized historical consumer ChatGPT output log data is time sensitive and critically important. To the extent the Court would find oral argument helpful, News Plaintiffs are prepared to address any questions in open court at the Court's convenience.

  News Plaintiffs also thank the Court for continuing to hold these important settlement conferences.

          Respectfully,

          */s/ Ian Crosby*
          Ian Crosby (admitted *pro hac vice*)
          SUSMAN GODFREY L.L.P.
          401 Union Street, Suite 3000
          Seattle, WA 98101
          Telephone: (206) 516-3880

Facsimile: (206) 516-3883
icrosby@susmangodfrey.com

***Attorney for Plaintiff The New York Times Company***

*/s/ Davida Brook*
Davida Brook (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com

***Attorney for Plaintiff The New York Times Company***
***News Plaintiffs' Liaison Counsel***