UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br><br>This Document Relates To:<br>Civil Action No. 1:24-cv-03285 | 25-md-3143 (SHS) (OTW) |

**MOTION BY ATTORNEY JEFFREY A. LINDENBAUM**
**TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

The undersigned attorney, Jeffrey A. Lindenbaum, respectfully moves the Court to withdraw as counsel for Daily News, LP (the "New York Daily News"); Chicago Tribune Company, LLC, (the "Chicago Tribune"); Orlando Sentinel Communications Company, LLC (the "Orlando Sentinel"); Sun-Sentinel Company, LLC (the "Sun-Sentinel"); San Jose Mercury-News, LLC (the "Mercury News"); DP Media Network, LLC (the "Denver Post"); ORB Publishing, LLC (the "Orange County Register"); and Northwest Publications, LLC (the "Pioneer Press") (collectively "Plaintiffs") in the above captioned matter.  Good cause exists for this motion because I have joined a new law firm and I am no longer representing the Plaintiffs. This withdrawal will not impact this case because the Plaintiffs will continue to be represented by the remaining counsel of record at the Rothwell Figg law firm.

          Respectfully submitted,

          <u>s/ Jeffrey A. Lindenbaum</u>
          Jeffrey A. Lindenbaum JL-1971
          Practus, LLP
          100 South Bedford Road, Suite 328
          Mount Kisco, New York 10549
          Tel.  (914) 941-5668
          Jeffrey.lindenbaum@practus.com

November 3, 2025