UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

| | |
|---|---|
| IN RE:<br>OPEN AI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>AUTHORS GUILD, et al. v. OPENAI, INC. et al., No. 1:23-cv-08292-SHS-OTW | Case No. 25-md-03143 (SHS) (OTW) |

### NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Plaintiffs Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, Rachel Vail hereby respectfully move this Court for an Order permitting the withdrawal of the appearance of CeCe M. Cole in the above-captioned action. Ms. Cole is no longer associated with the law firm of Cowan, DeBaets, Abrahams & Sheppard LLP and attorneys at Cowan, DeBaets, Abrahams & Sheppard LLP continue to be counsel of record for Plaintiffs. Ms. Cole's withdrawal will not affect any deadlines or cause any delay in this matter. Accordingly, Plaintiffs request that CeCe M. Cole be withdrawn as counsel of record and removed from this action's electronic case filing (ECF) service list.

Respectfully submitted,

Dated: November 21, 2025

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

/s/ CeCe M. Cole
CeCe M. Cole
60 Broad Street, 30th Floor
New York, NY 10004
Tel.: (212) 974-7474
Fax.: (212) 974-8474
ccole@cdas.com

## CERTIFICATE OF SERVICE

I, CeCe M. Cole, hereby certify that on November 21, 2025, I caused the following document to be served on all counsel of record via CM/ECF.

/s/ CeCe M. Cole