**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
IN RE:                                            :
                                                  :
OPENAI, INC.,                                     :         25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                :
                                                  :
                                                  :         ORDER
This Document Relates To:                         :
All Actions                                       :
                                                  :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of OpenAI's request to stay enforcement of the deadlines regarding the production of documents withheld as privileged and depositions of OpenAI's in-house attorneys regarding the same. (ECF 877).

The parties are directed to meet and confer and come to the December 4, 2025, discovery status conference prepared to discuss: (1) what information and/or communications are implicated by my November 24, 2025, opinion and order finding that OpenAI waived privilege over communications regarding the deletion of Books1 and Books2, (ECF 846); (2) whether those documents or communications already appear on any privilege logs already provided to Plaintiffs; and (3) which deadlines, if any, should be stayed pending Judge Stein's ruling on OpenAI's forthcoming objections.

**SO ORDERED.**

Dated: December 2, 2025                          *s/ Ona T. Wang*
       New York, New York                        **Ona T. Wang**
                                                 United States Magistrate Judge