UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

25-md-3143 (SHS) (OTW)

ORDER

This Document Relates To:

All Actions

SIDNEY H. STEIN, U.S. District Judge.

    OpenAI defendants are directed to file an updated memorandum of law in support of their objection (Dkt. No. 840) to Magistrate Judge Wang's November 7, 2025 Order (Dkt. No. 734). The updated memorandum should address (1) Judge Wang's December 3, 2025 Opinion and Order (Dkt. No. 896) denying OpenAI's motion for reconsideration of her November 7, 2025 Order (Dkt. No. 734) and (2) the timeliness of OpenAI defendants' November 24, 2025 objection pursuant to Federal Rule of Civil Procedure 72(a). OpenAI defendants' updated memorandum shall be filed by 5 p.m. on December 10, 2025, and plaintiff's opposition shall be filed by 5 p.m. on December 19, 2025. No reply shall be permitted. The Court will not consider OpenAI defendants' original memorandum filed at Dkt. No. 841.

Dated: New York, New York
       December 5, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.