**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This document relates to:<br>23-cv-8292<br>23-cv-10211<br>24-cv-84<br>25-cv-3297<br>25-cv-3482<br>25-cv-3483 | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang. |

**NOTICE OF OPENAI DEFENDANTS' OBJECTION TO ORDER AT MDL ECF 846 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 72(A)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and exhibits annexed thereto, and all pleadings and proceedings referenced therein, Defendants OpenAI, Inc., OpenAI LLP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC move this Court, before the Honorable Sidney H. Stein in Courtroom 23A of the United States of District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order pursuant to Federal Rule of Civil Procedure 72(a) vacating the order at MDL ECF 846, and any other further relief as this Court may deem just and proper.

Respectfully submitted,

Dated: December 8, 2025

By: /s/ Lisa S. Blatt
    Lisa S. Blatt
    Williams & Connolly LLP
    *680 Maine Avenue SW*
    *Washington, DC 20024*
    *(202) 434-5000*
    *lblatt@wc.com*

Dated: December 8, 2025

By: /s/ R. James Slaughter
    R. James Slaughter
    Keker, Van Nest & Peters LLP
    *633 Battery Street*
    *San Francisco, CA 94111*
    *(415) 391-5400*
    *rslaughter@keker.com*

Dated: December 8, 2025

By: /s/ Margaret Graham
    Margaret Graham
    Latham & Watkins LLP
    *1271 Avenue of the Americas*
    *New York, NY 10020*
    *(212) 906-1200*
    *margaret.graham@lw.com*

Dated: December 8, 2025

By: /s/ Rose Lee
    Rose Lee
    Morrison & Foerster LLP
    *707 Wilshire Boulevard*
    *Los Angeles, CA 90017*
    *(213) 892-5355*
    *roselee@mofo.com*

*Attorneys for Defendants*
OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC

\* All parties whose electronic signatures are included herein have consented to the filing of this document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions.