UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE:                                              :
                                                    :
OPENAI, INC.,                                       :     25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                  :
                                                    :
                                                    :     **ORDER**
This Document Relates To:                           :
**All Actions**                                     :
                                                    :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there are multiple outstanding discovery motions that have already been addressed at the Court's periodic discovery status conferences. (*See* ECF Nos. 78, 270, 459, 612, 715, 910). Accordingly, the following motions are **DENIED as moot:** ECF Nos. 2, 119, 123, 124, 129, 130, 142, 157, 163, 314, 322, 374, 375, 381, 400, 542, 544, 549, 551, 560, 654, 775, 786, and 796.

The Class Plaintiffs' motions regarding appointment of lead counsel (ECF Nos. 74, 75) are **DENIED as moot** given Judge Stein's decision at ECF 83.

The following motions to withdraw are **GRANTED:** ECF Nos. 723 and 804.

The Clerk of Court is respectfully directed to close the following ECF Nos. in **Case No. 25-MD-3143**: 2, 74, 75, 119, 123, 124, 129, 130, 142, 157, 163, 314, 322, 374, 375, 381, 400, 542, 544, 549, 551, 560, 654, 723, 775, 786, 796, and 804.

**SO ORDERED.**

Dated: December 8, 2025              *s/ Ona T. Wang*
New York, New York                   **Ona T. Wang**
                                     United States Magistrate Judge