UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:

*U.S. News & World Report, L.P. v. OpenAI,
Inc. et al.*, 25-cv-9912

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Plaintiff is ordered to show cause in writing on or before December 22, 2025, why
this action should not be stayed pending resolution of summary judgment motions in
Case Nos. 23-cv-11195, 24-cv-4872, 24-cv-3285, and 24-cv-1515. Defendants' response, if
any, shall be filed by January 2, 2026.

Dated:  New York, New York
        December 11, 2025

SO ORDERED:

Sidney H. Stein, U.S.D.J.