UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

25-md-3143 (SHS) (OTW)

ORDER

This Document Relates To:

*California Newspapers Partnership et al. v. Microsoft Corporation, et al.*, 25-cv-9904

SIDNEY H. STEIN, U.S. District Judge.

Plaintiffs are ordered to show cause in writing on or before December 22, 2025, why this action should not be stayed pending resolution of summary judgment motions in Case Nos. 23-cv-11195, 24-cv-4872, 24-cv-3285, and 24-cv-1515. Defendants' response, if any, shall be filed by January 2, 2026.

Dated: New York, New York
       December 11, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.