**ROTHWELL FIGG**

901 New York Avenue, N.W.
Suite 900 East
Washington, DC  20001

Telephone (202) 783-6040
Facsimile   (202) 783-6031
www.rothwellfigg.com
info@rothwellfigg.com

Offices in Washington, D.C. | Boston

G. Franklin Rothwell
(1928-2011)
Harry F. Manbeck, Jr.
(1926-2025)

E. Anthony Figg
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Brian S. Rosenbloom
Jennifer P. Nock
Brett A. Postal
Aydin H. Harston, Ph.D.
Jennifer B. Maisel
Richard Wydeven
Sharon L. Davis
Robert P. Parker
Jenny L. Colgate
Leo M. Loughlin
Michael V. Battaglia

Michael H. Jones
Rachel M. Echols
Daniel L. Shores
Mark T. Rawls
Nicole M. DeAbrantes
Davide F. Schiavetti
Vivian Y. Tian
Kristen J. Logan
Sheena X. Wang
Gary J. Prato
Bryan B. Thompson
Andrew C. Stewart
Adam M. Nicolais
Gregory S. DeLassus
Michael P. Ellenberger
Mary L. Mullins
Michael A. Saunders
Stephanie E. Waltersdorff
Rolando F. Rengifo, Ph.D.

*Not a member of the D.C.
Bar. Practice limited to patent,
trademark and copyright matters
and cases in federal courts.

Of Counsel
Alexandra S. Hughes

**VIA ECF**

December 18, 2025

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*In re OpenAI, Inc.*, *Copyright Infringement Litigation*, 1:25-md-3143 (SHS) (OTW)

This Document Relates To: *U.S. News & World Report, L.P. v. OpenAI, Inc. et al.*, 1:25-cv-9912 (SHS) (OTW)

**RE: Response to Show Cause Order Regarding Stay (MDL Dkt. 951)**

Dear Judge Stein:

I write on behalf of the Plaintiff U.S. News & World Report, L.P. in response to this Court's show cause order of December 11, 2025 (MDL Dkt. 951) regarding a stay of *U.S. News & World Report, L.P. v. OpenAI, Inc. et al.*, 1:25-cv-9912 (SHS) (OTW) (the "Action").

The parties have conferred and agree that the Action should be stayed pending resolution of summary judgment motions in Case Nos. 23-cv-11195, 24-cv-4872, 24-cv-3285, and 24-cv-1515. A copy of the parties' Joint Stipulation and [Proposed] Order to Stay Proceedings is attached as Exhibit A to this letter and will be separately filed for the Court's consideration.

December 18, 2025

Respectfully submitted,

*/s/ Steven Lieberman*
Steven Lieberman
Rothwell, Figg, Ernst & Manbeck, P.C.

cc: All Counsel of Record (via ECF)
Robert A. Van Nest
R. James Slaughter
Paven Malhotra
Michelle S. Ybarra