**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CALIFORNIA NEWSPAPERS PARTNERSHIP; PRAIRIE MOUNTAIN PUBLISHING COMPANY LLP; MNG-BH ACQUISITION LLC; HARTFORD COURANT COMPANY, LLC; THE DAILY PRESS LLC; THE MORNING CALL, LLC; VIRGINIAN-PILOT MEDIA COMPANIES, LLC; LOS ANGELES DAILY NEWS PUBLISHING COMPANY; AND THE SAN DIEGO UNION-TRIBUNE, LLC<br><br>     Plaintiffs,<br>     v.<br>MICROSOFT CORPORATION; OPENAI, INC.; OPENAI LP; OPENAI GP, LLC; OPENAI, LLC; OPENAI OPCO, LLC; OPENAI GLOBAL, LLC; OAI CORPORATION, LLC; OPENAI HOLDINGS, LLC; OPENAI FOUNDATION; and OPENAI GROUP PBC.<br><br>     Defendants. | Civ. Nos. 1:25-cv-09904 and 1:25-md-03143-SHS |

**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS**

The Parties through their respective counsel of record stipulate, subject to approval by the Court, to a stay of all proceedings in the above-captioned action (the "Action") pending resolution of summary judgment motions in *In re OpenAI, Inc. Copyright Infringement Litigation* (Case No. 1:25-md-03143) (the "MDL"). The Parties agree that good cause exists for such a stay, and in support of this stipulation state as follows:

**WHEREAS**, on April 3, 2025, the United States Judicial Panel on Multidistrict Litigation entered a transfer order, ECF No. 1 in the MDL (1:25-md-03143-SHS-OTW), centralizing related actions pending in the Northern District of California and the Southern District of New York. All actions were transferred to the Southern District of New York and assigned to this Court.

1

**WHEREAS**, on November 26, 2025, this Action, *California Newspaper Partnership et al. v. Microsoft Corporation, et al.* (Civ. No. 1:25-cv-09904) was filed in the Southern District of New York. The plaintiffs in this Action include California Newspapers Partnership, Prairie Mountain Publishing Company LLP; MNG-BH Acquisition LLC; Hartford Courant Company, LLC; The Daily Press LLC; The Morning Call, LLC; Virginian-Pilot Media Companies, LLC; Los Angeles Daily News Publishing Company; and The San Diego Union-Tribune, LLC (collectively the "Publishers"). The plaintiffs in this action are commonly owned and/or managed by MediaNews Group, which also owns and/or manages plaintiffs in *Daily News, LP et al. v. Microsoft Corp. et al.*, 1:24-cv-03285. As with other plaintiffs in the MDL, the claims asserted in this Action involve allegations concerning the use of copyrighted literary works to train large language models ("LLMs") and the regurgitation of said works to users of Defendants' products, raising potentially overlapping issues. *See* 1:25-cv-09904-SHS, ECF No. 3 (Plaintiff's Statement of Relatedness).

**WHEREAS**, on December 2, 2025, this Action was accepted as related to the MDL.

**WHEREAS**, on December 11, 2025, this Court entered a show cause order regarding a stay of this Action "pending resolution of summary judgment motions in Case Nos. 23-cv-11195, 24-cv-4872, 24-cv-3285, and 24-cv-1515." *See* MDL ECF No. 952.

**WHEREAS**, the forthcoming rulings in the MDL may address questions that overlap with questions presented in this Action, and thus may inform and streamline the resolution of similar issues in this Action. The Court has been presented with likely common factual and legal issues among these overlapping cases.

**WHEREAS**, a stay of this Action, which will be of finite duration, will allow the existing schedule in the MDL to be maintained, and promote judicial economy and consistency.

2

NOW, THEREFORE, in consideration of the foregoing, which are incorporated into this Stipulation, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1.    All proceedings and deadlines in the above-captioned Action are hereby stayed pending resolution of summary judgment motions in Case Nos. 23-cv-11195, 24-cv-4872, 24-cv-3285, and 24-cv-1515.

2.    Within 30 days of rulings on such motion(s) in the MDL, the Parties shall file a joint status report in this Action to propose a case management conference and any appropriate further proceedings in light of the MDL decision.

3.    While this stay is in effect, any party may move to lift the stay for good cause shown. Nothing in this stipulation shall preclude a Party from seeking such relief, if necessary, or from seeking any other appropriate relief from the Court.


Dated: December 18, 2025

By: /s/ Steven Lieberman
Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Bryan B. Thompson (6004147)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
bthompson@rothwellfigg.com

*Attorneys for Plaintiffs*

3

/s/ Annette Hurst
Annette Hurst (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415)773-5700
ahurst@orrick.com

*Counsel for Microsoft*


/s/ R. James Slaughter
**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
 rvannest@keker.com
R. James Slaughter (*pro hac vice*)*
 rslaughter@keker.com
Paven Malhotra
 pmalhotra@keker.com
Michelle S. Ybarra (*pro hac vice*)
 mybarra@keker.com
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

*Attorneys for OpenAI*

December 18, 2025
So Ordered:

Hon. Sidney Stein, U.S. D. J.

4