UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>ZIFF DAVIS, INC. et al v. OPENAI, INC. et al.,<br>No. 1:25-cv-04315 | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

## NOTICE OF MOTION TO STAY

## ORAL ARGUMENT REQUESTED

PLEASE TAKE NOTICE that upon the accompanying Declaration of Andrew S. Bruns, dated December 19, 2025, and Memorandum of Law, the undersigned hereby moves this Court on behalf of OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, and OpenAI Holdings, LLC (collectively, "Defendants"), by and through counsel, before the Honorable Sidney H. Stein, United States District Judge for the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 23A, New York, New York 10007-1312, for an order staying Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., Everyday Health Media, LLC, Mashable, Inc., and CNET Media, Inc's First Amended Complaint.

3939686

Dated: December 19, 2025

| | |
|---|---|
| /s/ *Elana Nightingale Dawson* | /s/ *Rose S. Lee* |
| **LATHAM & WATKINS LLP** | **MORRISON & FOERSTER LLP** |
| Andrew M. Gass (*pro hac vice*) | Joseph C. Gratz (*pro hac vice*) |
|   andrew.gass@lw.com |   jgratz@mofo.com |
| San Francisco, CA 94111 | Tiffany Cheung (*pro hac vice*) |
| Telephone: 415.391.0600 |   tcheung@mofo.com |
| | 425 Market Street |
| Sarang V. Damle | San Francisco, CA 94105 |
|   sy.damle@lw.com | Telephone: 415.268.7000 |
| Luke A. Budiardjo | |
|   luke.budiardjo@lw.com | Rose S. Lee (*pro hac vice*)* |
| 1271 Avenue of the Americas |   roselee@mofo.com |
| New York, NY 10020 | 707 Wilshire Boulevard, Suite 6000 |
| Telephone: 212.906.1200 | Los Angeles, CA 90017 |
| | Telephone: 213.892.5200 |
| Elana Nightingale Dawson (*pro hac vice*)* | |
|   elana.nightingaledawson@lw.com | Carolyn M. Homer (*pro hac vice*) |
| 555 Eleventh Street, NW, Suite 1000 |   cmhomer@mofo.com |
| Washington, D.C. 20004 | 2100 L Street, NW, Suite 900 |
| Telephone: 202.637.2200 | Washington, DC 20037 |
| | Telephone: 202.650.4597 |
| | |
| | /s/ *Andrew S. Bruns* |
| | **KEKER, VAN NEST & PETERS LLP** |
| | Robert A. Van Nest (*pro hac vice*) |
| |   rvannest@keker.com |
| | R. James Slaughter (*pro hac vice*) |
| |   rslaughter@keker.com |
| | Paven Malhotra |
| |   pmalhotra@keker.com |
| | Michelle Ybarra (*pro hac vice*) |
| |   mybarra@keker.com |
| | Andrew S. Bruns (*pro hac vice*) |
| |   abruns@keker.com |
| | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| | Telephone:  415 391 5400 |
| | Facsimile:  415 397 7188 |

*Attorneys for Defendants*

---

*All parties whose electronic signatures are included herein have consented to the filing of this document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions.