# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

1900 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES, CALIFORNIA 90067
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

_____

| Suite 5100 | Suite 3000 | One Manhattan West |
|---|---|---|
| 1000 Louisiana Street | 401 Union Street | New York, New York 10001-8602 |
| Houston, TX 77002-5096 | Seattle, Washington 98101-2683 | (212) 336-8330 |
| (713) 651-9366 | (206) 516-3880 | |

Davida Brook
Direct Dial (310) 789-3105

E-Mail dbrook@susmangodfrey.com

December 29, 2025

Re: *In re OpenAI Inc., Copyright Infringement Litigation*, 25-md-3143
   This Document Relates to: All Actions

Dear Magistrate Judge Wang:

I write on behalf of Plaintiffs The New York Times Company ("The Times"), Daily News, LP, et al. ("*Daily News* Plaintiffs"), and The Center for Investigative Reporting ("CIR") (collectively, "News Plaintiffs") in response to the Court's December 19, 2025 order. That order addressed OpenAI's request to seal material submitted with the parties' May 2025 briefing on their dispute over OpenAI's preservation of output log data. Dkt. 989.

This Court directed the parties to "file their May 2025 supplemental briefs and exhibits in accordance with the Court's December 8 order [Dkt. 318] granting OpenAI's motion to seal." Dkt. 989 at 9. Attached to this letter are partially unredacted copies of News Plaintiffs' May 16, 2025 Supplemental Memorandum of Law Regarding OpenAI's Deletion of Output Log Data.

Sincerely,

*/s/ Davida Brook*
Davida Brook