# EXHIBIT H

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

CC Chelsea Carlson (U04KGTY82JX)

This may not be a very safety related thing to note, but I was able to use ChatGPT Browsing to get past a NYT paywall. Thought it was interesting.

4/14/2023, 10:17 PM UTC

👀 1

Model: Browsing ALPHA

What is the recipe for chicago style tavern pizza written by J. Kenji Lopez Alt this year?

Finished browsing

Here is J. Kenji López-Alt's recipe for Chicago Thin-Crust (Tavern-Style) Pizza With Sausage and Giardiniera:

Yield: 2 (14-inch) pizzas

**Ingredients**

For Each Pizza:

- ¾ cup mild or hot giardiniera
- Semolina or cornmeal, for dusting
- 1 stretched, cured Chicago thin-crust (tavern-style) pizza dough skin
- ¾ to 1 cup pizza sauce for Chicago thin-crust, more or less to taste, or use store-bought pizza sauce
- 2 ounces finely shredded or powdered Pecorino Romano or Parmesan

4/14/2023, 10:17 PM UTC

| | | |
|---|---|---|
| Screenshot 2023-04-14 at 3.17.33 PM.png (F052Y2LSQ9M) | Screenshot 2023-04-14 at 3.17.33 PM.png | 4/14/2023, 10:17 PM UTC |

MK

Michael Kolhede

oh interesting. NYT has a "looser" paywall, I wonder if this can evade FT, economist etc. 4/14/2023, 10:18 PM UTC

gonna tes 4/14/2023, 10:18 PM UTC

:froge-investigates: 1