# EXHIBIT K

Direct message Alex Paino, Nick Ryder and Wojciech Zaremba (OpenAI) - 2022-03-21 (UTC)

Conversation started
PrivateMarch 21st 2022, 8:54 PM UTC
Participants.
Wojciech Zaremba (OpenAI)

Conversation

- Wojciech Zaremba (OpenAI) WZ

Regurgitation has come up repeatedly as a problem for us when we are deploying models. You, Alex, had to solve it for GPT, and Alex Nichols had to solve it for DALL-E. At this point, we should be thinking about it for every large model we train that we want to release.

Should we have a joint tech talk from you and Alex Nichols on anti-regurgitation to raise awareness?

Also, it would be awesome to have a memo.
3/21/2022, 8:54 PM UTC