# EXHIBIT L

[redacted]

[redacted]

[redacted]

DR

Dave Rogenmoser

Hey team, we've had an increase in customers complaining about far more word for word plagiarism appearing in their content than before. Have you seen that with the newer models? Do you have any advice on how we can limit that?

3/30/2022, 3:42 PM UTC

TS

Toki Sherbakov

@Dave Rogenmoser thanks for flagging - could you please provide a few examples for us to look at? Ideally Playground examples for us to test would be great. We have not seen this happen with our text-based models, so very curious to dig in more here.

3/30/2022, 5:58 PM UTC

👀 1

We're specifically curious to see if this is regurgitation from the prompt in a few-shot context, or regurgitation/plagiarism that the model is producing without context

3/30/2022, 5:59 PM UTC

DR Dave Rogenmoser

@James Morgan 3/30/2022, 6:05 PM UTC