# EXHIBIT N

[redacted]

[redacted]

[redacted]

[redacted]

- Good news on copyright
  - Privileged
  - Labeling campaign
  - Great results
  - Updated plan
    - Nyt
    - Books, songs
    - Code

[redacted]

[redacted]

- NYT filter
- Microsoft copyright workstream

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



[redacted]

[redacted]

- RTBF request submission workflow
  - Should be light-weighted. Google form → vendor/human do the heavy lifting initially
- GPT-V moderation endpoint
  - Unclear with how we are gonna with facial recognition requests
- Regurgitation
  - bloom filter doesn't work very well for code; e.g. boilerplate
  - The model still can regurg when users are not asking for that explicitly
- T&S infrastructure
- New text model up