# EXHIBIT O

Direct message Andrej Karpathy, Angela Jiang and Filipe de Avila Belbute Peres - 2023-05-03 (UTC)

Private

May 3rd 2023, 4:32 PM UTC

Angela Jiang and Filipe de Avila Belbute Peres

FD

Filipe De Avila Belbute Peres

oooh interesting, I thought we would be releasing the data too 5/3/2023, 4:32 PM UTC

in that case, what is the concern in using the regular data for training? 5/3/2023, 4:33 PM UTC

AJ

Angela Jiang

One concern is that our models tend to regurgitate, so even the model trained on copyright is a liability 5/3/2023, 10:06 PM UTC

1

I'll start digging into the data side of things! 5/3/2023, 10:06 PM UTC