**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------ X <br> IN RE: <br><br> OPEN AI, INC., <br> COPYRIGHT INFRINGEMENT LITIGATION <br><br> This Document Relates To: <br><br> *The New York Times Co. v. Microsoft Corp., et al.*, <br> No. 23-cv-11195 <br> ------------------------------------------------------------ X | No. 25-md-3143 (SHS) (OTW) <br><br> **[PROPOSED] ORDER** |

**ONA T. WANG, United States Magistrate Judge:**

The parties have filed motions to seal at ECFs 23, 30, 35, 37, and ___ in Case No. 25-md-3143 seeking to seal material submitted in support of Plaintiffs' Letter Brief Requesting Discovery Hearing Regarding Output Logs (ECFs 21-1, 27, and 29) and OpenAI's Letter Brief for Reconsideration of Order Directing OpenAI to Preserve Output Logs (ECF 39-1).  Having considered the papers submitted and arguments presented in support of the parties' motions to seal, the Court hereby orders the Clerk to seal the following:

| **Description** | **ECF** | **Redact or Seal** | **Page(s)** | **Basis for Sealing or Redaction** |
|---|---|---|---|---|
| Plaintiffs' Request for Permission to File Supplemental Letter Regarding News Plaintiffs' Motion to Compel OpenAI to Identify the Output Logs it Has Destroyed | 21-1, 27, 29 | Redact | 1, 2, 3 | This brief contains content that has been designated as highly confidential pursuant to the Protective Order in this case (ECF 367).  This brief contains descriptions of the character and quantity of data that OpenAI collects, tracks, and retains and OpenAI's internal dashboards for tracking such data, which is highly confidential and likely to cause OpenAI harm if made public, warranting sealing. |

| Description | ECF | Redact or Seal | Page(s) | Basis for Sealing or Redaction |
|---|---|---|---|---|
| Exhibit A to Plaintiffs' Request for Permission to File Supplemental Letter Regarding News Plaintiffs' Motion to Compel OpenAI to Identify the Output Logs it Has Destroyed | 21-1, 27-2, 29-2 | Redact | 2, 3 | This exhibit contains content that has been designated as highly confidential pursuant to the Protective Order in this case (ECF 367). This exhibit contains internal data and dataset names, and descriptions of the character and quantity of data that OpenAI collects, tracks, and retains and OpenAI's internal dashboards for tracking such data, which is highly confidential and likely to cause OpenAI harm if made public, warranting sealing. |
| Exhibit C to Plaintiffs' Request for Permission to File Supplemental Letter Regarding News Plaintiffs' Motion to Compel OpenAI to Identify the Output Logs it Has Destroyed. | 21-1, 27-4, 29-4 | Redact | 2 | This exhibit contains content that has been designated as highly confidential pursuant to the Protective Order in this case (ECF 367). This exhibit contains descriptions of the character and quantity of data that OpenAI collects, tracks, and retains and OpenAI's internal dashboards for tracking such data, which is highly confidential and likely to cause OpenAI harm if made public, warranting sealing. |
| Exhibit D to Plaintiffs' Request for Permission to File Supplemental Letter Regarding News Plaintiffs' Motion to Compel OpenAI to Identify the Output Logs it Has Destroyed. | 21-1, 27-5, 29-5 | Redact | 1, 2 | This exhibit contains content that has been designated as highly confidential pursuant to the Protective Order in this case (ECF 367). This exhibit contains internal data and dataset names, and descriptions of the character and quantity of data that OpenAI collects, tracks, and retains and OpenAI's internal dashboards for tracking such data, and OpenAI's internal dashboards for tracking such data, which is highly confidential and likely to cause OpenAI harm if made public, warranting sealing. |

| Description | ECF | Redact or Seal | Page(s) | Basis for Sealing or Redaction |
|---|---|---|---|---|
| OpenAI's Letter Brief for Reconsideration of Order Directing OpenAI to Preserve Output Logs | 39-1 | Redact | 3 | This brief contains content that has been designated as highly confidential pursuant to the Protective Order in this case (ECF 367). This brief contains descriptions of the character and quantity of data that OpenAI collects, tracks, and retains and OpenAI's internal dashboards for tracking such data, which is highly confidential and likely to cause OpenAI harm if made public, warranting sealing. |

For the reasons stated above, the parties' motions to seal are **GRANTED**.

**SO ORDERED.**

Dated: _____
      New York, New York

_____
**Ona T. Wang**
United States Magistrate Judge