January 9, 2026

**<u>VIA ECF</u>**

Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

      RE:   *In re OpenAI, Inc. Copyright Infringement Litigation* (No. 1:25-md-03143) This document relates to All Cases.

Dear Magistrate Judge Wang:

      Per the Court's Order at ECF 910, please find attached, on behalf of all parties, three charts that contain summaries of the discovery disputes that are the subject of pending motions as well as updates regarding the parties' previous discovery disputes. Exhibit A contains a chart summarizing the discovery disputes in both the News and Class Cases. Exhibit B contains a chart summarizing discovery disputes in the News Cases. Exhibit C contains a chart summarizing the discovery disputes in the Class Cases.

Sincerely,

                                            */s Justin A. Nelson*
                                            Justin Nelson
                                            Susman Godfrey LLP
                                            Interim Lead Class Counsel

                                            */s/ Davida Brook*
                                            Davida Brook
                                            Susman Godfrey LLP
                                            Counsel for The New York Times Company
                                            News Plaintiffs' Liaison Counsel

    cc:   All Counsel of Record (via ECF)