**VIA ECF**

January 22, 2026

Hon. Ona T. Wang
Southern District of New York

  *In re OpenAI, Inc.*, *Copyright Infringement Litigation*, 1:25-md-3143 (SHS) (OTW)
  This Document Relates To: No. 1:23-cv-11195 (SHS) (OTW)

Dear Magistrate Judge Wang:

  Pursuant to this Court's Order at the January 15, 2026 discovery status conference (Dkt. 1170), Microsoft and News Plaintiffs provide the following update to the Court regarding the provision of Microsoft data logs to News Plaintiffs. Microsoft has built the data pipeline for redacting personally identifiable information ("PII") and is currently redacting PII from the approximately 8.2 million agreed-upon logs. News Plaintiffs requested that certain terms, such as News Plaintiffs' names and email addresses, be whitelisted. Microsoft agreed and has whitelisted all of News Plaintiffs' requested terms. Microsoft estimates that, assuming no errors, the logs will be ready for production early next week.

  Microsoft and News Plaintiffs also met and conferred regarding News Plaintiffs' requested programs and configuration for the virtual machines that will host the data logs. Microsoft and News Plaintiffs agreed on most of the requested programs and configuration details, and discussed potential solutions regarding the remainder. Microsoft is currently setting up the virtual machines with the agreed-upon programs while counsel continue to meet and confer to come to an agreement regarding the few remaining configuration issues. Microsoft expects three virtual machines to be ready next week so that News Plaintiffs may begin reviewing the logs.

|  |  |
|---|---|
| January 22, 2026 | Respectfully submitted, |
|  | */s/Steven Lieberman*<br>Steven Lieberman<br>Rothwell, Figg, Ernst & Manbeck, P.C.<br>*Counsel for The New York Times and Daily News Plaintiffs* |
|  | */s/ Daniel Justice*<br>Daniel Justice<br>Orrick<br>*Counsel for Microsoft Corporation* |

cc: All Counsel of Record (via ECF)