UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC. COPYRIGHT
INFRINGEMENT LITIGATION

This Document Relates To:

*Ziff Davis et al. v. OpenAI et al.*, 25-cv-4315

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Ziff Davis[1] has objected pursuant to Federal Rule of Civil Procedure 72(a) to Magistrate Judge Ona T. Wang's Order denying Ziff Davis's motion to compel OpenAI[2] to produce documents through August 8, 2025. (*See* Dkt. No. 965 ("Objection"); Dkt. 910 ("Order").) Ziff Davis's objection is overruled because Judge Wang's Order—which denied Ziff Davis's motion without prejudice to renewal following this Court's decision on OpenAI's then-pending motion to stay the Ziff Davis case in part—was neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a).

Judge Wang reasonably determined that she would not "grant[] wholesale discovery" through August 2025 "especially given the [then-]pending motion to stay" before this Court. (Dkt. No. 958 (Dec. 4, 2025 Hrg. Tr.) at 199:13–17.) That motion could have impacted—and in fact did impact—the appropriate scope of discovery here. Ziff Davis has identified no clear error in Judge Wang's decision to wait for clarification of the appropriate scope of discovery in this case, especially in light of her instruction that the parties confer regarding potential categories of more limited discovery post-dating July 2024. Nor has Ziff Davis identified any aspect of Judge Wang's Order that was contrary to law.

---

[1] Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., Everyday Health Media, LLC, Mashable, Inc., and CNET Media, Inc. are referred to collectively as "Ziff Davis."

[2] Defendants OpenAI, Inc., OpenAI GP LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC are referred to collectively as "OpenAI."

Accordingly, the Court overrules Ziff Davis's objection and adheres to Judge Wang's determination denying Ziff Davis's motion to compel OpenAI to produce documents through August 8, 2025.

Dated: New York, New York
       February 3, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.