KEKER VAN NEST & PETERS        LATHAM & WATKINS LLP        MORRISON FOERSTER

February 12, 2026

**VIA ECF**
Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   **Letter Motion to Seal**, *In Re: OpenAI, Inc., Copyright Infringement Litigation*, No. 1:25-md-3143, This Document Relates To: *The New York Times Co. v. Microsoft Corp., et al.*, No. 23-cv-11195

Dear Judge Wang:

Pursuant to Rule VI.b. of Your Honor's Individual Practices and the Court's express ruling at the February 11, 2026 discovery conference, we submit this letter motion to seal on behalf of the OpenAI Defendants ("OpenAI") in the above-captioned matters.

OpenAI seeks to seal its Supplemental Letter per the Court's February 11, 2026 Ruling. OpenAI seeks to seal the Letter pursuant to this Court's express instructions during the February 11, 2026 hearing that the Letter should be filed under seal (*see* February 11, 2026 Hr'g Tr. at 27:17-28:2, 31:15-21). Specifically, at the hearing, the Court recognized that the material contained within the Letter is highly sensitive and stated that the Letter will be "filed under seal" (*id*. at 27:19, 31:17). Pursuant to that ruling, OpenAI has designated the Letter "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" and submits the same to the Court under seal.

Sincerely,

| KEKER, VAN NEST & PETERS LLP | LATHAM & WATKINS LLP | MORRISON & FOERSTER LLP |
|---|---|---|
| */s/ Christopher S. Sun* | */s/ Margaret Graham* | */s/ Caitlin Sinclaire Blythe* |
| Christopher S. Sun (*pro hac vice*) | Margaret Graham (*pro hac vice*) | Caitlin Sinclaire Blythe (*pro hac vice*) |