UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br><br>This Document Relates To:<br><br>*Gracenote Media Services, LLC v. OpenAI Foundation et al.*, 26-cv-1947 | 25-md-3143 (SHS) (OTW)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

Plaintiff is ordered to show cause in writing on or before April 15, 2026, why this action should not be stayed pending resolution of summary judgment motions in the other active cases in this multidistrict litigation. Defendants' response, if any, shall be filed by April 29, 2026.

Dated:  New York, New York
        April 1, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.