**VIA ECF**

April 3, 2026

Hon. Ona T. Wang
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE:    ***In re OpenAI, Inc., Copyright Infringement Litig.***, **Case No. 25-md-3143 (SHS) (OTW)**
       **This Document Relates to: All Actions**

Dear Magistrate Judge Wang:

Pursuant to the Court's March 31 Order, Dkt. 1480, all parties write to propose a briefing schedule and dates for an in-person discovery hearing.

|  | Date |
|---|---|
| **Opening Discovery Briefs** | April 29 |
| **Response Discovery Briefs** | May 4 |
| **Agenda Chart Deadline** | May 5 |
| **Status Conference** | May 12 or May 19 or May 20 |

All parties' first preference is the May 12 proposed date.

Plaintiffs respectfully request an in-person hearing.

Defendants respectfully renew their request that the Court consider conducting this conference via Zoom or similar remote means. As the Court is aware, the parties are in the midst of expert discovery, with opening reports due April 24 and rebuttal reports due May 29. Many of the counsel appearing at the conference are also responsible for preparing these reports. Requiring in-person attendance would necessitate approximately two days of travel, which would materially impact counsel's ability to prepare timely rebuttal reports and efficiently advance expert discovery. Conducting the conference remotely would avoid that disruption while still allowing the parties to address the remaining issues effectively. Thank you for the Court's consideration.

Respectfully submitted,

| */s/ Justin A. Nelson* | */s/ Davida Brook* | */s/ Annette L. Hurst* | */s/ Robert Van Nest* |
|---|---|---|---|
| Justin A. Nelson | Davida Brook | Annette L. Hurst | Robert Van Nest |
| Susman Godfrey | Susman Godfrey | Orrick | Keker & Van Nest |
| *On Behalf of Class Plaintiffs* | *On Behalf of News Plaintiffs* | *On Behalf of Microsoft* | *On Behalf of OpenAI* |

cc:    All Counsel of Record (via ECF)