**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re OpenAI, Inc. Copyright Infringement Litigation**<br><br>This Document Relates to:<br>*Encyclopædia Britannica, Inc. et al. v. OpenAI Inc. et al.*, No. 1:26-cv-02097-SHS-OTW | Case No. 1:25-md-3143-SHS-OTW<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER STAYING *ENCYCLOPÆDIA BRITANNICA* ACTION** |

Plaintiffs Encyclopædia Britannica, Inc. and Merriam-Webster, Inc. ("Plaintiffs") and

Defendants OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC,

OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, and OpenAI Group PBC

("Defendants") (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on April 3, 2025, the United States Judicial Panel on Multidistrict Litigation

ordered various actions brought against Defendants and Microsoft Corporation be centralized and

transferred to the Southern District of New York. *In re OpenAI, Inc., Copyright Infringement*

*Litigation*, No. 1:25-md-03143-SHS-OTW (the "MDL");

WHEREAS, on March 13, 2026, Plaintiffs filed the above-captioned case in the Southern

District of New York (the "Action");

WHEREAS, on March 17, 2026, this Action was accepted as a consolidated MDL case;

WHEREAS, on April 1, 2026, this Court entered a show cause order regarding a stay of

this Action "pending resolution of summary judgment motions in the other active cases in this

multidistrict litigation." *See* MDL ECF No. 1487.

WHEREAS, this Action has common factual and legal issues with the pre-existing MDL

actions, such that forthcoming rulings in the MDL may address questions that overlap with

1

6095558

questions in this Action and may inform and streamline the resolution of similar issues in this Action;

WHEREAS, the Parties agree that a stay of this Action will allow the existing schedule in the MDL to be maintained and promote judicial economy and consistency;

WHEREAS, Defendants have not been served in this Action and, by entering into this stipulation, do not waive service and expressly reserve any and all defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT, subject to the Court's approval, as follows:

1. All proceedings and deadlines in the above-captioned Action are hereby stayed pending resolution of summary judgment motions in the other active cases in this multidistrict litigation.

2. Within 30 days of rulings on such motion(s) in the MDL, the parties shall file a joint status report in this Action to propose a case management conference and any appropriate further proceedings in light of the MDL decision.

3. While this stay is in effect, any party may move to lift the stay for good cause shown. Nothing in this stipulation shall preclude any party from seeking such relief, if necessary, or from seeking any other appropriate relief from the Court.

Respectfully submitted,

Dated:  April 15, 2026

**SUSMAN GODFREY LLP**
By: */s/ Ian B. Crosby*
Ian B. Crosby
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3843
Facsimile: (206) 516-3883
Email: icrosby@susmangodfrey.com
*Attorneys for Plaintiffs*

2

6095558

Dated:  April 15, 2026

*/s/ R. James Slaughter*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
  *rvannest@keker.com*
R. James Slaughter (*pro hac vice*)
  *rslaughter@keker.com*
Paven Malhotra
  *pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
  *mybarra@keker.com*
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
  *andrew.gass@lw.com*
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
  *sy.damle@lw.com*
Luke A. Budiardjo
  *luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana Nightingale Dawson (*pro hac vice*)
  *elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
  *jgratz@mofo.com*
Tiffany Cheung (*pro hac vice*)
  *tcheung@mofo.com*
Caitlin Sinclaire Blythe (*pro hac vice*)
  *cblythe@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (*pro hac vice*)
  *roselee@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200

*Attorneys for Defendants*

\* All parties whose electronic signatures are included in this filing have provided consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

**SO ORDERED** this ____ day of _____, 2026.

Hon. Sidney H. Stein
United States District Judge

3

6095558