UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>*Carreyrou et al. v. OpenAI, Inc. et al.,*<br>26-cv-3625 | 25-md-3143 (SHS) (OTW)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

Plaintiffs are ordered to show cause in writing on or before May 29, 2026, why this action should not be stayed pending resolution of summary judgment motions in the other active cases in this multidistrict litigation. Defendants' response, if any, shall be filed by June 5, 2026.

Dated:  New York, New York
      May 18, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.