**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re OpenAI, Inc. Copyright Infringement Litigation**<br><br>This Document Relates to:<br>*Carreyrou et al. v. OpenAI Inc. et al.*, No. 1:26-cv-3625-SHS-OTW | Case No. 1:25-md-3143-SHS-OTW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING *CARREYROU* ACTION** |

Plaintiffs John Carreyrou, Lisa Barretta, Philip Shishkin, Jane Adams, Matthew Sacks, and Michael Kochin ("Plaintiffs") and Defendants OpenAI Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC ("Defendants") (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on April 3, 2025, the United States Judicial Panel on Multidistrict Litigation ordered various actions brought against certain OpenAI entities, including Defendants, and Microsoft Corporation be centralized and transferred to the Southern District of New York. *In re OpenAI, Inc., Copyright Infringement Litigation*, No. 1:25-md-03143-SHS-OTW (the "MDL");

WHEREAS, on December 22, 2025, Plaintiffs filed this case in the Northern District of California against Defendants and other entities;

WHEREAS, on February 20, 2026, Judge Trina T. Thompson granted the Parties' stipulation to sever the claims against Defendants and transfer them to the MDL;

WHEREAS, on May 1, 2026, this case was transferred from the Northern District of California and accepted as a consolidated MDL case;

WHEREAS, on May 18, 2026, this Court entered a show cause order regarding a stay of this Action "pending resolution of summary judgment motions in the other active cases in this

1

multidistrict litigation," *see* MDL ECF No. 1556;

WHEREAS, this Action has common factual and legal issues with the pre-existing MDL actions, such that forthcoming rulings in the MDL may address questions that overlap with questions in this Action and may inform and streamline the resolution of similar issues in this Action;

WHEREAS, the Parties agree that a stay of this Action will allow the existing schedule in the MDL to be maintained and promote judicial economy and consistency;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT, subject to the Court's approval, as follows:

1.      All proceedings and deadlines in the above-captioned Action are hereby stayed pending resolution of summary judgment motions in the other active cases in this multidistrict litigation or further order of the Court.

2.      Within 30 days of rulings on such motion(s) in the MDL, the parties shall file a joint status report in this Action to propose a case management conference and any appropriate further proceedings in light of the MDL decision.

3.      While this stay is in effect, any party may move to lift the stay for good cause shown.  Nothing in this stipulation shall preclude any party from seeking such relief, if necessary, or from seeking any other appropriate relief from the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Dated:  May 29, 2026

By:  */s/ Elizabeth Brannen*
**STRIS & MAHER LLP**
Elizabeth Brannen
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
Telephone: (213) 995-6800
Facsimile: (213) 261-0299
Email: ebrannen@stris.com
*Attorneys for Plaintiffs*

Dated:  May 29, 2026

*/s/ R. James Slaughter*
**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
 *rvannest@keker.com*
R. James Slaughter (*pro hac vice*)
 *rslaughter@keker.com*
Paven Malhotra
 *pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
 *mybarra@keker.com*
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
 *andrew.gass@lw.com*
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
 *sy.damle@lw.com*
Luke A. Budiardjo
 *luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana Nightingale Dawson (*pro hac vice*)
 *elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
 *jgratz@mofo.com*
Tiffany Cheung (*pro hac vice*)
 *tcheung@mofo.com*
Caitlin Sinclaire Blythe (*pro hac vice*)
 *cblythe@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (*pro hac vice*)
 *roselee@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200

*Attorneys for Defendants*

\* All parties whose electronic signatures are included in this filing have provided consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

3

**SO ORDERED this _____ day of _____, 2026.**


_____
Hon. Sidney H. Stein
United States District Judge