KEKER
VAN NEST
&PETERS          LATHAM&WATKINS LLP          IIIORRISON FOERSTER

June 11, 2026

**<u>VIA ECF</u>**

Hon. Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *In Re: OpenAI, Inc., Copyright Infringement Litigation*, No. 1:25-md-3143
      This Document Relates To: *The New York Times Co. v. Microsoft Corporation, et al.*,
      No. 23-cv-11195; *Daily News L.P., et al. v. Microsoft Corporation, et al.*, No. 1:24-cv-
      03285; *The Center for Investigative Reporting, Inc. v. OpenAI, Inc., et al.*, No. 1:24-cv-
      04872; *Ziff Davis, Inc., et al. v. OpenAI, Inc., et al.*, No. 1:25-cv-04315

Dear Judge Stein:

On behalf of the OpenAI Defendants,[1] we write pursuant to Rule 2.F of Your Honor's Individual Practices to respectfully request oral argument be held with respect to OpenAI's concurrently filed Motion for Judgment on the Pleadings.

Respectfully,

KEKER, VAN NEST &          LATHAM & WATKINS LLP          MORRISON &
PETERS LLP                                                FOERSTER LLP

*/s/ Nicholas S. Goldberg\**          */s/ Sarang V. Damle*          */s/ Joseph C. Gratz\**

cc: All Counsel of Record (via ECF)

---

[1] OpenAI, Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Group PBC.

\* All parties whose electronic signatures are included herein have consented to the filing of this document.