UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:

    *Richner Communications, Inc. et al. v.*
*Microsoft Corporation et al.*, 26-cv-5320

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    Plaintiffs are ordered to show cause in writing on or before July 13, 2026, why this action should not be stayed pending resolution of summary judgment motions in the other active cases in this multidistrict litigation. Defendants' response, if any, shall be filed by July 20, 2026.

Dated:  New York, New York
       June 29, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.