**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re OpenAI, Inc. Copyright Infringement Litigation**<br><br>This Document Relates to:<br>*Carreyrou et al. v. OpenAI Inc. et al.*, No.<br>1:26-cv-3625-SHS-OTW | Case No. 1:25-md-3143-SHS-OTW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PHILIP SHISHKIN'S CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Philip Shishkin, by and through undersigned counsel, hereby voluntarily dismisses Defendants OpenAI, Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC ("Defendants"), as to all of his claims asserted in this action, without prejudice and without costs or attorneys' fees to any party. Defendants have neither answered Plaintiffs' Complaint nor filed a motion for summary judgment.

Respectfully submitted,

Dated:  July 1, 2026

By: */s/ Elizabeth Brannen*

**STRIS & MAHER LLP**
Elizabeth Brannen
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
Telephone: (213) 995-6800
Facsimile: (213) 261-0299
Email: ebrannen@stris.com

*Counsel for Plaintiffs*

1