**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>ZIFF DAVIS, INC. et al. v. OPENAI, INC. et al.,<br>No. 1:25-cv-04315 | 1:25-md-03143 (SHS) (OTW) |

**NOTICE OF ZIFF DAVIS'S RESPONSE TO OPENAI'S RULE 12(C) MOTION AND CROSS-MOTION TO FILE SECOND AMENDED COMPLAINT**

Please take notice that upon the accompanying Memorandum of Law, the undersigned hereby moves the Court on behalf of Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., Everyday Health Media, LLC, Mashable, Inc., and CNET Media, Inc. ("Ziff Davis"), before the Honorable Sidney H. Stein in Courtroom 23A of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order denying as moot the Motion for Judgment on the Pleadings submitted by defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI Opco LLC, OpenAI Global LLC, OAI Corporation and OpenAI Holdings, LLC ("OpenAI") (ECF No. 1587), granting Ziff Davis leave to file its Second Amended Complaint pursuant to Federal Rules of Civil Procedure 15 and 41, and making clear that dismissal of Claim 3 [contributory copyright infringement], Claim 8 [federal trademark dilution], and Claim 9 [state-law trademark dilution] as to the stayed portion of the case is without prejudice.

1

Dated: New York, New York
       July 2, 2026

                                    Respectfully submitted,


                                    /s/ Lacy H. Koonce, III
                                    Lacy H. ("Lance") Koonce, III
                                    Matthew A. Leish
                                    Gili Karev
                                    Mariella Salazar
                                    Clara Cassan
                                    KLARIS LAW PLLC
                                    161 Water Street
                                    New York, NY 10038
                                    Telephone: (646) 779-4882
                                    lance.koonce@klaris.com
                                    matthew.leish@klarislaw.com
                                    gili.karev@klarislaw.com
                                    mariella.salazar@klarislaw.com
                                    clara.cassan@klarislaw.com

                                    Guy Ruttenberg (*pro hac vice*)
                                    Ruttenberg IP Law, A Professional
                                    Corporation
                                    1801 Century Park East
                                    Suite 1920
                                    Los Angeles, CA 90067
                                    Telephone: (310) 627-2270
                                    ZD-AICopyright@ruttenbergiplaw.com

                                    ***Attorneys for Plaintiffs Ziff Davis, Inc.,
                                    Ziff Davis, LLC, IGN Entertainment, Inc.,
                                    Everyday Health Media, LLC,
                                    Mashable, Inc., and CNET Media, Inc.***


To:

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
*andrew.gass@lw.com*

2

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
*sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
*elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Rachel R. Blitzer
*rachel.blitzer@lw.com*
Herman H. Yue
*herman.yue@lw.com*
Luke A. Budiardjo
*luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Allison S. Blanco (*pro hac vice*)
*allison.blanco@lw.com*
650 Town Center Drive 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235
*Attorneys for OpenAI*

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (pro hac vice)*
jgratz@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (pro hac vice)
roselee@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200

Carolyn M. Homer (pro hac vice)
cmhomer@mofo.com
2100 L Street, NW, Suite 900
Washington, DC 20037

Telephone: 202.650.4597

Jocelyn E. Greer
jgreer@mofo.com
Emily C. Wood
ewood@mofo.com
Eric K. Nikolaides
enikolaides@mofo.com
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
*rvannest@keker.com*
Paven Malhotra
*pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
*mybarra@keker.com*
Nicholas S. Goldberg (*pro hac vice*)
*ngoldberg@keker.com*
Thomas E. Gorman (*pro hac vice*)
*tgorman@keker.com*
Katie Lynn Joyce (*pro hac vice*)
*kjoyce@keker.com*
Sarah Salomon (*pro hac vice*)
*ssalomon@keker.com*
R. James Slaughter (*pro hac vice*)*
*rslaughter@keker.com*
Christopher S. Sun (*pro hac vice*)
*csun@keker.com*
Andrew F. Dawson (*pro hac vice*)
*adawson@keker.com*
Andrew S. Bruns (*pro hac vice*)
*abruns@keker.com*
Edward A. Bayley (*pro hac vice*)
*ebayley@keker.com*
Ryan K. Wong (*pro hac vice*)
*rwong@keker.com*
Spencer McManus (*pro hac vice* pending)
*smcmanus@keker.com*
Olivia C. Malone (*pro hac vice* pending)
*omalone@keker.com*
Bilal A. Malik (*pro hac vice* pending)
*bmalik@keker.com*
633 Battery St.

San Francisco, CA 94111
Telephone: 415.391.5400

*Attorneys for Defendants OpenAI, Inc.,*
*OpenAI LP, Openai GP, LLC, OpenAI, LLC,*
*OpenAI Opco LLC, OpenAI Global LLC,*
*OAI Corporation, LLC, and OpenAI Holdings, LLC*