**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re OpenAI, Inc. Copyright Infringement Litigation**<br><br>This Document Relates to:<br>*Richner Communications et al. v. Microsoft Corp. et al.*, No. 1:26-cv-05320-SHS-OTW | Case No. 1:25-md-3143-SHS-OTW<br><br>**JOINT STIPULATION AND ORDER STAYING *RICHNER COMMUNICATIONS* ACTION** |

Plaintiffs Richner Communications, Inc.; AIM Media Indiana Operating, LLC; AIM Media Midwest Operating LLC; AIM Media Texas Operating LLC; AmNews Corp.; Arkansas Democrat-Gazette, Inc; Casa Grande Valley Newspapers Inc.; CherryRoad Media Inc.; Community Impact Newspaper Co.; Concord Publishing House, Inc; D-R Media and Investments, LLC; D.A. Publishing, LC; Eagle Urban Media LLC; El Crepusculo, Inc; H.S. Gere & Sons, Inc.; Iowa Information Inc.; Lakeway Publishers, Inc; The New Mexican Inc.; Newspapers of Massachusetts, Inc; Newspapers of New England, Inc; Newspapers of New Hampshire, Inc; North County This Week, Inc; The Ogden Newspapers, Inc; Patchogue Advance, Inc.; Rust Publishing ID, LC; Rust Publishing Moks, LC: Rust Publishing NE, LC; Rye Media Partners LLC; Sentinel Media Co., Inc.; Shaw Family Holdings, Inc.; Straus Media-Manhattan, LLC; Straus Newspapers, Inc.; WEHCO Newspapers, Inc.; White Mountain Publishing LLC; and Wick Communications ("Plaintiffs") and Defendants Microsoft Corporation, OpenAI Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Foundation, and OpenAI Group PBC ("Defendants") (collectively, the "Parties"), hereby stipulate and agree as follows:

1

WHEREAS, on April 3, 2025, the United States Judicial Panel on Multidistrict Litigation ordered various actions brought against Defendants be centralized and transferred to the Southern District of New York. *In re OpenAI, Inc., Copyright Infringement Litigation*, No. 1:25-md-03143-SHS-OTW (the "MDL");

WHEREAS, on June 24, 2026, Plaintiffs filed the above-captioned case in the Southern District of New York (the "Action");

WHEREAS, on June 26, 2026, this Action was accepted as a consolidated MDL case;

WHEREAS, on June 29, 2026, this Court entered a show cause order regarding a stay of this Action "pending resolution of summary judgment motions in the other active cases in this multidistrict litigation." *See* MDL ECF No. 1599.

WHEREAS, this Action has common factual and legal issues with the pre-existing MDL actions, such that forthcoming rulings in the MDL may address questions that overlap with questions in this Action and may inform and streamline the resolution of similar issues in this Action;

WHEREAS, the Parties agree that a stay of this Action will allow the existing schedule in the MDL to be maintained and promote judicial economy and consistency;

WHEREAS, Defendants have not been served in this Action and, by entering into this stipulation, do not waive service and expressly reserve any and all defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT, subject to the Court's approval, as follows:

1.    All proceedings and deadlines in the above-captioned Action are hereby stayed pending resolution of summary judgment motions in the other active cases in this multidistrict litigation.

2.      Within 30 days of rulings on such motion(s) in the MDL, the parties shall file a joint status report in this Action to propose a case management conference and any appropriate further proceedings in light of the MDL decision.

3.      While this stay is in effect, any party may move to lift the stay for good cause shown.  Nothing in this stipulation shall preclude any party from seeking such relief, if necessary, or from seeking any other appropriate relief from the Court.

Respectfully submitted,

Dated:  July 13, 2026                         /s/ Matthew J. Platkin

**PLATKIN LLP**
Matthew J. Platkin (#MP0621)
Angela Cai (#AC2014)
Ravi Ramanathan (#RR4590)
Aaron E. Haier (#5787999)
Conor Bradley (*pro hac vice pending)*
413 Washington Ave.
Unit 174
Belleville, NJ 07109
Telephone: 973.561.1951
mplatkin@platkinllp.com

*Attorneys for Plaintiffs*

Dated:  July 13, 2026                         /s/ R. James Slaughter

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
 rvannest@keker.com
R. James Slaughter (*pro hac vice*)
 rslaughter@keker.com
Paven Malhotra
 pmalhotra@keker.com
Michelle S. Ybarra (*pro hac vice*)
 mybarra@keker.com
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

**LATHAM & WATKINS LLP**              **MORRISON & FOERSTER LLP**
Andrew M. Gass (*pro hac vice*)          Joseph C. Gratz (*pro hac vice*)

3

*andrew.gass@lw.com*
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
 *sy.damle@lw.com*
Luke A. Budiardjo
 *luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana Nightingale Dawson (*pro hac vice*)
 *elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

*jgratz@mofo.com*
Tiffany Cheung (*pro hac vice*)
 *tcheung@mofo.com*
Caitlin Sinclaire Blythe (*pro hac vice*)
 *cblythe@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (*pro hac vice*)
 *roselee@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200

*Attorneys for OpenAI Defendants*

Dated:  July 13, 2026

*/s/ Jeffrey S. Jacobson*

**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
Annette Hurst (*pro hac vice*)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415.773.5700
ahurst@orrick.com

**FAEGRE DRINKER BIDDLE & REATH
LLP**
Jeffrey S. Jacobson
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
jeffrey.jacobson@faegredrinker.com

*Attorneys for Defendant Microsoft Corporation*

\* All parties whose electronic signatures are included in this filing have provided consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

**SO ORDERED this** ___/3___ **day of** ___July___, **2026.**

_____
Hon. Sidney H. Stein
United States District Judge

4