**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:
OPEN AI, INC.,
COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:

All Actions
-----------------------------------------------------------------X

Case No. 25-md-03143 (SHS) (OTW)

**MOTION TO WITHDRAW HENRY J. WALTER AS COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Henry J. Walter respectfully moves this Court for an Order permitting the withdrawal of appearance as counsel for Class Plaintiffs in the above-referenced actions.

As of July 13, 2026, I will no longer be associated with the firm of Susman Godfrey L.L.P. In accordance with Local Civil Rule 1.4(b), a declaration in support of this motion is not required because other attorneys at Susman Godfrey L.L.P. have entered notices of appearance on behalf of the Class Plaintiffs and will continue to represent the Class Plaintiffs in this matter. This withdrawal will not affect any deadlines or cause any delay in this case.

Accordingly, Henry J. Walter requests that his withdrawal as counsel be granted and that he be removed from this action's electronic case filing (ECF) service list.

Dated: July 10, 2026

Respectfully submitted,

SUSMAN GODFREY L.L.P.

*/s/ Henry J. Walter*
Henry J. Walter
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
hwalter@susmangodfrey.com

*Attorneys for Class Plaintiffs*

SO ORDERED:

Application **GRANTED.**

**Ona T. Wang** 7/16/26
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify this 10th day of July, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the court using the CM/ECF system which will send notification to the attorneys of record and is available for viewing and downloading.

/s/ *Henry J. Walter*
Henry J. Walter