**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | |
| OPENAI, INC., | 25-md-3143 (SHS) (OTW) |
| COPYRIGHT INFRINGEMENT LITIGATION | **[JOINT PROPOSED] ORDER REGARDING *DAUBERT* BRIEFING AND SUMMARY JUDGMENT BRIEFING IN NEWS CASES** |
| This Document Relates To: | |
| All Cases | |

Plaintiffs and Defendants, through their respective counsel of record, hereby submit this proposed order regarding word limits for summary judgment briefing on the News Plaintiffs'[1] claims; and regarding a modification to the schedule for briefing *Daubert* motions.

Whereas, pursuant to this Court's March 23, 2026 Order (Dkt. 1337), expert discovery is set to close on August 3, and motions for summary judgment and *Daubert* motions are due September 4, 2026; oppositions to motions for summary judgment and *Daubert* motions are due October 9, 2026; and replies in support of motions for summary judgment and *Daubert* motions are due November 6, 2026;

Whereas, the parties have been diligently taking expert depositions, but due to difficulty in scheduling more than 40 expert depositions, the parties have agreed that five specific depositions[2] may be taken beyond the August 3 expert discovery cutoff, to be completed by August 13;

---

[1] News Plaintiffs include The New York Times ("The Times"), Daily News Plaintiffs, the Center for Investigative Reporting ("CIR"), the Intercept, and Ziff Davis Plaintiffs. Plaintiffs in the Class Cases have a dispute with Defendants regarding summary judgment briefing length which is being submitted to the Court in a simultaneously filed Joint Letter.

[2] The five depositions to be completed after August 3 by August 13 are:  Taylor Berg-Kirkpartrick, John Lafferty, Jonathan Krein, Timothy Wu, and Sarah Bird.

Whereas, given the number of issues and the number of parties involved, News Plaintiffs and Defendants have agreed to enlargements of the default word limits for their summary judgment briefs;

Whereas, News Plaintiffs and Defendants have agreed to the following word limits in connection with News Plaintiffs' anticipated motions for summary judgment and Defendants' motions for summary judgment directed toward News Plaintiffs' claims:

- Opening Briefs: 15,000 words for Microsoft; 15,000 words for OpenAI; 30,000 total words for News Plaintiffs, divided as they see fit

- Opposition Briefs: 30,000 total words for Defendants, divided as they see fit; 30,000 total words for News Plaintiffs, divided as they see fit

- Reply Briefs: 15,000 total words for Defendants, divided as they see fit; 15,000 total words for News Plaintiffs, divided as they see fit;

Whereas, News Plaintiffs' and Defendants' agreement concerning word limits applicable to summary judgment briefing is without prejudice to any party seeking additional words for opposition or reply briefs after seeing the opposing party's opening or opposition briefs;

Whereas, all Plaintiffs and all Defendants have agreed to a modification to the schedule governing *Daubert* briefing to allow for briefing on summary judgment and *Daubert* motions to be staggered;

Whereas, the parties have agreed to the following modifications to the schedule governing *Daubert* motions:

| Event | Current Deadline | Agreed Amended Deadline |
|---|---|---|
| *Daubert* motions | September 4, 2026 | September 24, 2026 |
| Oppositions to *Daubert* motions | October 9, 2026 | October 29, 2026 |
| Replies in support of *Daubert* motions | November 6, 2026 | December 3, 2026 |

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the parties, subject to approval of the Court, that:

2

1. The date to complete the expert depositions of Taylor Berg-Kirkpartrick, John Lafferty, Jonathan Krein, and Timothy Wu is extended to August 13, 2026. The parties are continuing to confer on a deposition date for Sarah Bird.

2. The following word limits shall govern News Plaintiffs' motions for summary judgment and Defendants' motions for summary judgment directed toward News Plaintiffs' claims:

   - Opening Briefs: 15,000 words for Microsoft; 15,000 words for OpenAI; 30,000 total words for News Plaintiffs, divided as they see fit
   - Opposition Briefs: 30,000 total words for Defendants, divided as they see fit; 30,000 total words for News Plaintiffs, divided as they see fit
   - Reply Briefs: 15,000 total words for Defendants, divided as they see fit; 15,000 total words for News Plaintiffs, divided as they see fit.

3. Nothing herein precludes any party from seeking leave to exceed the foregoing word limits for opposition or reply briefs.

4. The following amended deadlines shall govern all *Daubert* motions:
   - *Daubert* motions shall be filed by September 24, 2026;
   - Oppositions to *Daubert* motions shall be filed by October 29, 2026;
   - Replies in support of *Daubert* motions shall be filed by December 3, 2026.

5. Except as expressly set forth herein, nothing in this Order modifies any other deadline or order in this action.

**[PROPOSED] ORDER**
The foregoing Stipulation is SO ORDERED.

Dated: _____, 2026                    New York, New York

3

Dated: July 31, 2026

/s/ Steven Lieberman
Steven Lieberman (SL8687)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com

Counsel for Daily News Plaintiffs

/s/ Matthew Topic
Matthew Topic (pro hac vice)
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
matt@loevy.com

Counsel for Plaintiffs The Center for Investigative
Reporting, Inc. and The Intercept Media, Inc

/s/ Justin A. Nelson
Justin A. Nelson (admitted pro hac vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: 713-651-9366
jnelson@susmangodfrey.com

Interim Class Counsel for Class Plaintiffs

/s/ R. James Slaughter
R. James Slaughter (pro hac vice)
KEKER, VAN NEST & PETERS LLP
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400
rslaughter@keker.com

Counsel for OpenAI

/s/ Davida Brook
Davida Brook (pro hac vice)
SUSMAN GODFREY L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com

Counsel for Plaintiff
The New York Times Company

/s/ Lacy H. Koonce, III
Lacy H. ("Lance") Koonce, III
Klaris Law PLLC
161 Water Street
New York, NY 10038
Telephone: (646) 779-4882
lance.koonce@klaris.com

Counsel for Plaintiffs Ziff Davis, Inc., Ziff
Davis, LLC, IGN Entertainment, Inc.,
Everyday Health Media, LLC, Mashable,
Inc., and CNET Media, Inc.

/s/ Lisa T. Simpson
Lisa T. Simpson
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street New York, NY 10019
Telephone: (212) 506-3767
lsimpson@orrick.com

/s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 248-3191
jeffrey.jacobson@faegredrinker.com

Counsel for Microsoft

4