UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br>*Sullivan et al. v. OpenAI Foundation et al.*, 26-cv-6966 | 25-md-3143 (SHS) (OTW)<br><br><u>ORDER</u> |

SIDNEY H. STEIN, U.S. District Judge.

Plaintiffs are ordered to show cause in writing on or before September 11, 2026, why this action should not be stayed pending resolution of summary judgment motions in the other active cases in this multidistrict litigation. Defendants' response, if any, shall be filed by September 18, 2026.

Dated: New York, New York
August 28, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.