**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>News Cases<br><br>1:23-cv-11195-SHS-OTW<br>1:24-cv-01515-SHS-OTW<br>1:24-cv-03285-SHS-OTW<br>1:24-cv-04872-SHS-OTW<br>1:25-cv-04315-SHS-OTW | 25-md-3143 (SHS) (OTW)<br><br>**NEWS PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

Please take notice that, upon the accompanying memorandum of law and supporting declarations and exhibits, the undersigned hereby moves the Court, on behalf of Plaintiffs The New York Times Company ("The Times"), the Daily News Plaintiffs,[1] The Center for Investigative Reporting, Inc., The Intercept Media, Inc., and the Ziff Davis Plaintiffs[2] (together, "News Plaintiffs"), before the Honorable Sidney H. Stein in Courtroom 23A of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order granting News Plaintiffs' motion for partial summary judgment.

News Plaintiffs seek an order:

1. granting summary judgment to News Plaintiffs on their *prima facie* claims of copyright infringement against the OpenAI Defendants and Microsoft Corporation (Count I in The Times's Third Amended Complaint, Dkt. 1677; Count I in the Daily News Plaintiffs' First Amended Complaint, DNP Dkt. 777; Counts I and II in CIR's Second Amended Complaint, Dkt. 1620; Count I in Ziff Davis' Second Amended Complaint, Dkt. 1676).
2. granting summary judgment to News Plaintiffs on Defendants' fair use affirmative defenses (in The Times's Case, Microsoft Corporation's Second

[1]Daily News, LP (the "New York Daily News"); Chicago Tribune Company, LLC, (the "Chicago Tribune"); Orlando Sentinel Communications Company, LLC (the "Orlando Sentinel"); Sun-Sentinel Company, LLC (the "Sun-Sentinel"); San Jose Mercury-News, LLC (the "Mercury News"); DP Media Network, LLC (the "Denver Post"); ORB Publishing, LLC (the "Orange County Register"); and Northwest Publications, LLC (the "Pioneer Press") (collectively the "Daily News Plaintiffs").

[2] Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., Everyday Health Media, LLC, Mashable, Inc., and CNET Media, Inc.

Affirmative Defense, Dkt. 1680, and the OpenAI Defendants' Third and Nineteenth Affirmative Defenses, Dkt. 1684; in the Daily News Plaintiffs' case, Microsoft Corporation's Second Affirmative Defense, DNP Dkt. 778, and the OpenAI Defendants' Third and Nineteenth Affirmative Defenses; DNP Dkt. 781; in the CIR case, OpenAI's Third and Nineteenth Affirmative Defenses, Answer to Second Amended Complaint, Dkt. 1652, and Microsoft's Second Affirmative Defense, Answer to Second Amended Complaint, Dkt. 1653; in the Intercept case, OpenAI's First Affirmative Defense, Answer Second Amended Complaint, Dkt. 221; in the Ziff Davis case, OpenAI's Third and Nineteenth Affirmative Defenses, Dkt. No. 1683).

3. granting partial summary judgment to News Plaintiffs' on three elements of their DMCA claims against the OpenAI Defendants—specifically, that (i) News Plaintiffs conveyed CMI in connection with copies of their asserted works; (ii) that OpenAI removed or altered that CMI without authority, and (iii) that OpenAI's removal of that CMI was intentional (Count V in The Times's Third Amended Complaint, Dkt. 1677; Count V in the Daily News Plaintiffs' First Amended Complaint, DNP Dkt. 777; Count III in CIR Second Amended Complaint, Dkt. 1620; Count I in Intercept Second Amended Complaint, 24-cv-1515 Second Amended Complaint; Count V in Ziff Davis' Second Amended Complaint, Dkt. No. 1680).

4. finding that News Plaintiffs are entitled to separate awards of statutory damages for each infringed article; and

5. granting summary judgment to News Plaintiffs on Defendants' remaining affirmative defenses because Defendants have not provided evidence establishing those defenses.

Dated: September 4, 2026

*/s/ Ian Crosby*

Ian Crosby *(pro hac vice)*
Katherine M. Peaslee *(pro hac vice)*
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
kpeaslee@susmangodfrey.com

Davida Brook *(pro hac vice)*
Emily K. Cronin (*pro hac vice*)
Adnan Muttalib *(pro hac vice)*
Susman Godfrey L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
amuttalib@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Alexander Frawley (5564539)
Eudokia Spanos (5021381)

Susman Godfrey L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
afrawley@susmangodrey.com
espanos@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorneys for Plaintiff*
*The New York Times Company*

*/s/ Steven Lieberman*

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Robert Parker *(admitted pro hac vice)*
Jenny L. Colgate *(admitted pro hac vice)*
Alexandra Hughes *(admitted pro hac vice)*
Mark Rawls *(admitted pro hac vice)*
Michael H. Jones *(admitted pro hac vice)*
Kristen J. Logan *(admitted pro hac vice)*
Bryan B. Thompson (6004147)
Mary L. Mullins *(pending pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040

Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
rparker@rothwellfigg.com
jcolgate@rothwellfigg.com
ahughes@rothwellfigg.com
mrawls@rothwellfigg.com
mjones@rothwellfigg.com
klogan@rothwellfigg.com
bthompson@rothwellfigg.com
mmullins@rothwellfigg.com

*Attorneys for Daily News Plaintiffs*

<u>*/s/ Matthew Topic*</u>

Jon Loevy (*pro hac vice*)
Michael Kanovitz (*pro hac vice*)
Matthew Topic (*pro hac vice*)
Thomas Kayes (*pro hac vice*)
Steven Art (*pro hac vice*)
Kyle Wallenberg (*pro hac vice*)
Shelley Geiszler *(pro hac vice*)
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
matt@loevy.com
kayes@loevy.com
steve@loevy.com
wallenberg@loevy.com
geiszler@loevy.com

Stephen Stich Match (No. 5567854)
Lauren Sonnenberg *(pro hac vice)*
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
match@loevy.com
sonnenberg@loevy.com

*Attorneys for Plaintiffs The Center for Investigative Reporting, Inc. and The Intercept Media, Inc.*

<u>*/s/ Lacy H. Koonce, III*</u>

Lacy H. ("Lance") Koonce, III
Matthew A. Leish
Brendan Kehoe
Lucy Hoffman
Maya Katalan

Klaris Law PLLC
161 Water Street
New York, NY 10038
Telephone: (646) 779-4882
lance.koonce@klaris.com
matthew.leish@klarislaw.com
brendan.kehoe@klarislaw.com
lucy.hoffman@klarislaw.com
maya.katalan@klarislaw.com

Guy Ruttenberg (*pro hac vice*)
Ruttenberg IP Law, A Professional Corporation
1801 Century Park East
Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
ZD-AICopyright@ruttenbergiplaw.com

*Attorneys for Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., Everyday Health Media, LLC, Mashable, Inc., and CNET Media, Inc.*