**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>*Authors Guild, et al. v. OpenAI, Inc., et al.*, No. 1:23-cv-08292-SHS-OTW | 1:25-md-03143 (SHS) (OTW)<br><br>**OPENAI DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Local Rule 56.1 Statement of Undisputed Material Facts, each dated September 4, 2026, as well as the accompanying Declarations of Joseph Gratz, Dr. Chris Callison-Burch, Dr. Taylor Berg-Kirkpatrick, and Dr. Gregory Leonard and all exhibits annexed thereto, the undersigned hereby move this Court on behalf of Defendants OpenAI Foundation,[1] OAI International, Inc.,[2] OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation,[3] OpenAI Group PBC,[4] OpenAI Startup Fund I, L.P., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund Management, LLC (collectively "OpenAI" or "OpenAI Defendants") before the Honorable Sidney H. Stein, in Courtroom 23A of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order granting Defendants' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, and for such other relief as the Court deems just and proper.

[1] OpenAI, Inc. changed its name to OpenAI Foundation in October 2025.
[2] OpenAI, L.L.C. converted to a corporation named OAI International, Inc. in December 2025.
[3] OAI Corporation, LLC converted from a limited liability company to a corporation named OAI Corporation in September 2023.
[4] OpenAI Holdings, LLC has merged into OpenAI Group PBC and no longer exists as a standalone entity.

Dated: September 4, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
*andrew.gass@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
*sy.damle@lw.com*
Luke A. Budiardjo
*luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana Nightingale Dawson (*pro hac vice*)
*elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
*jgratz@mofo.com*
Tiffany Cheung (*pro hac vice*)
*tcheung@mofo.com*
Caitlin Sinclaire Blythe (*pro hac vice*)
*cblythe@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Lily Li (*pro hac vice*)
*YLi@mofo.com*
755 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.813.5600

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
*rvannest@keker.com*
R. James Slaughter (*pro hac vice*)
*rslaughter@keker.com*
Paven Malhotra
*pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
*mybarra@keker.com*
Reid P. Mullen (*pro hac vice*)
*rmullen@keker.com*
Nicholas S. Goldberg (*pro hac vice*)
*ngoldberg@keker.com*
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

*Attorneys for OpenAI*