**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OpenAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>1:23-cv-11195-SHS-OTW<br>1:24-cv-01515-SHS-OTW<br>1:24-cv-03285-SHS-OTW<br>1:24-cv-04872-SHS-OTW<br>1:25-cv-04315-SHS-OTW | 25-md-3143 (SHS) (OTW) |

# NEWS PLAINTIFFS' COMBINED RULE 56.1 STATEMENT OF MATERIAL UNDISPUTED FACTS

**REDACTED VERSION**

# TABLE OF CONTENTS


I. News Plaintiffs ..... 1

A. Background on News Plaintiffs ..... 1

1. The Times ..... 1

2. Daily News Plaintiffs ..... 4

3. Ziff Davis ..... 12

4. The Center for Investigative Reporting ..... 14

5. The Intercept ..... 15

B. The News Industry & Journalism ..... 16

C. Monetizing Journalism in the Digital Ecosystem ..... 18

1. How The Times Monetizes News Content ..... 20

2. How *Daily News* Plaintiffs Monetize News Content ..... 21

3. How Ziff Davis Plaintiffs Monetize Their Journalism ..... 23

4. How CIR and The Intercept Generate Revenue to Support their Non-Profit Journalism Missions ..... 24

5. Established Market for Licensing Journalism Content ..... 25

D. Developing Market for Licensing Data (Including News) for Generative AI Purposes ..... 29

E. News Plaintiffs' Ownership of Asserted Works ..... 57

1. The New York Times ..... 57

2. The Daily News Plaintiffs ..... 65

3. Ziff Davis ..... 82

4. The Center for Investigative Reporting ..... 89

5. The Intercept ..... 94

6. Individual Articles ..... 95

F. News Plaintiffs' Protection of Their Works ..... 101

1. Paywalls ....................................................................101

2. Robots Exclusion Protocol....................................................104

3. Meta Tags...................................................................110

4. Terms of Service ............................................................112

II. Defendants' Generative AI Products ..................................................121

A. Overview of At-Issue LLMs and Products ...........................................121

1. Defendants' Large Language Models .......................................121

2. OpenAI's Products .........................................................125

3. Microsoft's Products .......................................................129

B. Commercial Development and Revenue for Defendants' Products....................................................................134

1. OpenAI's Commercial Development and Revenue ....................134

2. Microsoft's Commercial Development and Revenue .................140

C. OpenAI and Microsoft's Relationship and Collaboration ......................143

1. Collaboration in Model Training ..............................................143

2. Financial Relationship Between Microsoft and OpenAI............157

3. Microsoft's Ability to Stop OpenAI's Infringement ..................160

III. Defendants' Use and Copying of News Content ................................................163

A. Acquisition of News Content.......................................................163

1. WebText and WebText2 .......................................................167

2. Common Crawl ..............................................................168

3. Project Mango Crawl .........................................................171

4. Distribution – [redacted] and transfer of GPT-3 training data.............171

B. Use of News Content for Data Processing...........................................171

C. Use of News Content During Training ...............................................175

1. Use of News Content During Pre-Training ...............................175

2. Use of News Content During Mid-Training ....179

3. Use of News Content for Post-Training ....182

4. "Memorization" of News Content During Training ....186

D. Use of News Content in RAG ....196

1. OpenAI's Use of News Content for RAG ....197

2. Microsoft's Use of News Content for RAG ....211

E. Use of News Content in Outputs ....212

1. OpenAI's Use of News Content in Outputs ....215

2. Microsoft's Use of News Content in Outputs ....251

F. Defendants' Other Uses of News Content: New York Times Annotated Corpus, Anti-Regurgitation, Project Giraffe ....254

1. OpenAI's Use of the New York Times Annotated Corpus to Develop a Commercial Product, in Violation of the User License Agreement ....254

2. OpenAI's Use of News Content for Project Giraffe ....263

IV. Defendants' Infringement of News Plaintiffs' Asserted Works Ripe for Summary Judgment ....268

A. Acquisition, Distribution, and Training Infringement ....268

1. The New York Times and Daily News Plaintiffs ....268

2. CIR and The Intercept ....276

3. Ziff Davis ....287

B. Copilot RAG and Output Infringement ....296

1. The Times and DNP ....297

2. CIR ....308

V. OpenAI's Removal of News Plaintiffs' CMI ....310

A. News Plaintiffs' conveyance of CMI in connection with their Asserted Works. ....310

B. Absence of Authority for OpenAI to Remove News Plaintiffs' CMI and Use Their Content ....317

C. OpenAI's Intentional Removal of News Plaintiffs' CMI ....320

1. Facts Regarding OpenAI's Intentional Removal of All News Plaintiffs' CMI ....320

2. OpenAI's Removal of The Times's and DNP's CMI ....330

3. OpenAI's Removal of Ziff Davis CMI ....341

4. OpenAI's Removal of CIR's and The Intercept's CMI ....345

VI. Effects of Defendants' Use and Copying of News & Journalism Content ....349

A. Effects of Defendants' Use On Established Market for News Content ....349

B. Effects of Defendants' Use On Established Market for News Content Licensing ....398

C. Effects of Defendants' Use On Market for Licensing Data for GenAI ....400

D. Other Effects on News Plaintiffs ....409

1. Proliferation of pink slime ....409

2. Hallucinations ....416

3. Other Scraping-Related Harms ....429

4. Anticipated effects from widespread proliferation of conduct ....430

E. Other Effects on the Public ....436

Pursuant to Local Civil Rule 56.1, Plaintiffs The New York Times ("The Times"), Daily News Plaintiffs[1] ("DNP"), the Center for Investigative Reporting, Inc. ("CIR"), the Intercept,[2] and the Ziff Davis Plaintiffs[3] (each a "News Plaintiff" and collectively, "News Plaintiffs") respectfully submit the following statement of material facts as to which there is no genuine issue to be tried.

# I. News Plaintiffs

## A. Background on News Plaintiffs

### 1. The Times

1. The Times is "a global media organization focused on creating and distributing high-quality news and information that help [its] audience understand and engage with the world." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 1.

2. The Times commenced its newspaper publication in 1851. Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 4.

3. The Times had, as of December 31, 2025, "approximately 6,000 full-time equivalent employees, which includes more than 3,000 involved in [its] journalism operations." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 7.

4. The Times publishes approximately 280 articles per day. Ex. 2 [AG Sulzberger, "2026 State of the Times Remarks," https://www.nytco.com/2026-state-of-the-times-remarks/] (stating that in 2025, The Times published "52,665 articles," "The Athletic published 48,785 articles," and Wirecutter published "960 articles") (averaging 250 articles a day).

---

[1] "*Daily News* Plaintiffs" or "DNP" includes Daily News, LP ("New York Daily News"); Chicago Tribune Company, LLC ("Chicago Tribune"); Orlando Sentinel Communications Company, LLC ("Orlando Sentinel"); Sun-Sentinel Company, LLC ("Sun-Sentinel"); San Jose Mercury-News, LLC ("San Jose Mercury News"); DP Media Network, LLC ("Denver Post"); ORB Publishing, LLC ("Orange County Register"); and Northwest Publications, LLC ("Pioneer Press").

[2] "The Intercept" means The Intercept Media, Inc.

[3] "Ziff Davis Plaintiffs" includes Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., Everyday Health Media, LLC, Mashable, Inc., and CNET Media, Inc.

5. The work that comprises The Times's Asserted Works spans decades and covers a wide range of subjects, and is not limited to bald facts, but contains elements of personal reflection, editorial judgment, creativity, and sometimes fiction. Maisel Declaration Exhibit A [The Times's SJ Rule 1006 Summaries of its Asserted Works] (the "Times Rule 1006 Summaries"); Ex. 3 [Sulzberger Depo. Tr.] at 128:2-8 (describing The Times's journalism as "a best-in-class collection of journalism from the world's leading journalists that has been systematically verified, you know, and then put in a distinctive, compelling story-telling package"); *id.* at 167:7-14 (testifying about how editing is a core part of The Times's journalism).

6. The Times's Asserted Works are written by thousands of journalists with distinct voices, but what is common among all of The Times's Asserted Works is that they are thoughtfully curated, carefully crafted, and thoroughly edited. Times Rule 1006 Summaries; Ex. 3 [Sulzberger Depo. Tr.] at 167:7-14 (describing how all Times journalism "has to go through the hands of editors" "who are helping make things clear, more compelling" as well as "reading it for things like fairness, accuracy, any style considerations"), 191:16-192:10 (describing The Times's track record of "reinvesting deeply into [its] journalistic mission"); Ex. 4 [Dolnick Depo. Tr.] at 21:8-12 ("New York Times' journalism requires human reporters who go out and bear witness, and they find things out. We trust our reporters. Our reporters have very specific experience. We trust our editors, who have judgment.").

7. The Times invests substantial time and money to produce high-quality, accurate, and polished journalism for its readers, relying on significant human involvement in news gathering, fact checking, and editorial judgment. Ex. 5 [Levien Depo. Ex. 7] at 13; Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 2 (describing The Times's commitment to "original, independent and high-quality reporting, storytelling, and journalistic excellence" and stating that

The Times "plan[s] to continue investing in [its] journalism and remain[s] committed to providing a multimedia report of depth, breadth, authority, creativity and excellence, produced with a focus on independence and integrity."); Ex. 3 [Sulzberger Depo. Tr.] at 167:7-14 (describing how all Times journalism "has to go through the hands of editors" "who are helping make things clear, more compelling" as well as "reading it for things like fairness, accuracy, any style considerations"), 191:16-192:10 (describing The Times's track record of "reinvesting deeply into [its] journalistic mission"), 302:8-23 (describing The Times's investment into its journalism, including having "bureaus all over the world" and giving journalists "sometimes years" "to do the most important work" as well as its "standard of quality and excellence," pulling together its journalism "in the most distinctive, compelling package"); Ex. 4 [Dolnick Depo. Tr.] at 21:8-12 ("New York Times' journalism requires human reporters who go out and bear witness, and they find things out. We trust our reporters. Our reporters have very specific experience. We trust our editors, who have judgment."); Ex. 6 [NYT_00873667] at 674-675; Ex. 7 [The New York Times, *Editorial Standards* (March 26, 2025), https://www.nytimes.com/editorial-standards/ethical-journalism.html].

8. Times journalists go where the story is, often at great risk and cost, to inform the public about important and pressing issues. Ex. 8 [Bardeen 30(b)(6) Depo. Tr.] at 167:5-16 (testifying that Times reporters "travel[] to specific places, ask[] people questions," and "talk to a lot of people and try to ascertain whether [something] really did happen, and then write about that from their firsthand experience."); Ex. 2 [Sulzberger, A.G. *AG Sulzberger 2026 Speech to Staff*. The New York Times Company (March 12, 2026), https://www.nytco.com/2026-state-of-the-times-remarks/].

9. The costs attributed to the creation of The Times's journalism include the costs to pay the individuals doing the reporting and editing. Ex. 8 [Bardeen 30(b)(6) Depo. Tr.] at 43:2-11.

10. The Times's digital and print products include: its core news product, which is available in a printed newspaper, online at NYTimes.com, and via The Times's mobile application; and other interest-specific products, including The Athletic (its sports media product), Audio (its audio offering available as a separate subscription through its news app), Cooking (its recipes and cooking content product), Games (its puzzle games product), and Wirecutter (its product review and recommendations offering). Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 1.

11. The Times publishes a wide range of journalistic works that cover categories like investigative reporting, breaking news reporting, beat reporting, reviews and analysis of arts and culture (including food, books, art, film, theater, television, music, fashion, and travel), technology, world news, U.S. news, commentary and opinion, Cooking, The Athletic, and Games. *See* Ex. 540 [NYTimes.com Homepage, https://www.nytimes.com/] (providing a menu of links various categories of Times coverage at the bottom).

12. The Times has been awarded 149 Pulitzer Prizes. Ex. 541 [The New York Times Company, *Awards and Recognition*, https://www.nytco.com/awards/].

**2. Daily News Plaintiffs**

13. The Daily News Plaintiffs are the owners of eight local newspapers: *New York Daily News, Chicago Tribune, Orlando Sentinel, Sun-Sentinel, Mercury News, Denver Post, Orange County Register,* and *Pioneer Press*. Ex. 10 [D. Anderson 30(b)(6) Dep. Tr.] 10:6-11:10.

14. The Daily News Plaintiffs provide influential and consequential journalism in their region and often in the U.S. more broadly, have long histories, Pulitzer Prize winning journalism, impactful local and investigative reporting, and in some cases are designated as the newspaper of

record. *See, e.g.,* Ex. 11 ["Pulitzer for news," Daily News, https://www.nydailynews.com/2007/04/17/pulitzer-for-news/]; Ex. 12 ["The New York *Daily News* and the History of Conservative Media," Cambridge University Press, https://www.cambridge.org/core/journals/modern-american-history/article/new-york-daily-news-and-the-history-of-conservative-media/B3D4FD2CF08C020C4CDAC948786116B2]; Ex. 13 [https://www.ocregister.com/about-us/]; Ex. 14 [https://www.chicagotribune.com/about/]; Ex. 36 [https://www.orlandosentinel.com/about/]; Ex. 15 [https://www.sun-sentinel.com/about-us/]; Malackowski NYT-DNP Opening Rep. at 68-69;[4] *see also* Owen Reply Rep. at Appx A.

15. The Daily News Plaintiffs work hard to maintain their reputation for originality, spending time on reporters and editors to craft their journalism. *See* Ex. 16 [Colacioppo 30(b)(6) Depo. Tr.] at 83:23-84:17, 92:15-19; Ex. 17 [Pine Feb. 4, 2025 30(b)(6) Depo. Tr.] at 104:2-6; Owen Rebuttal Rep. at ¶ 57.

16. The Daily News Plaintiffs' original reporting takes people, time, money, and judgment. *See* Ex. 18 [Burbach Depo Tr.] at 15:1-17; Ex. 19 [Pugh 30(b)(1) Depo. Tr.] at 111:8-14; Ex. 20 [Julie Anderson Depo. Tr.] at 137:1-138:2; 11:24-12:11; Owen Rebuttal Rep. at ¶ 53.

17. The Daily News Plaintiffs' journalism has built significant brand equity. *See* Ex. 21 [Pugh 30(b)(6) Depo. Tr.] at 58:24-60:4; Ex. 22 [Julien 30(b)(6) Depo. Tr.] at 104:9-105:13; Ex. 16 [Colacioppo 30(b)(6) Depo. Tr.] at 69:22-70:6; Malackowski NYT-DNP Opening Rep. at 70.

***i) New York Daily News***

[4] News Plaintiffs' experts are submitting declarations with News Plaintiffs' motion. These experts are: Dr. Tom Goldstein, Dr. Oren Etzioni, Dr. Emily Bell, Dr. Adam Alter, Ms. Jessie Stricchiola, Mr. James Malackowski, Dr. Emily Wenger, and Mr. Daniel Delorey. This statement cites directly to these experts' reports, which are attached to their concurrently filed declarations.

18. The New York Daily News is a local newsroom for the New York region, and it has been serving its local community for over 100 years. Ex. 23 [https://www.nydailynews.com/about-us/].

19. The New York Daily News has been serving the people of New York since 1919 – delivering stories about New York city and its people; working to protect their interests and helping New Yorkers navigate their everyday lives. Ex. 23 [https://www.nydailynews.com/about-us/].

20. New York Daily News content is "hard-hitting journalism" that "cares about what New Yorkers care about." Ex. 22 [Julien 30(b)(6) Depo. Tr.] at 87:17-24.

21. The New York Daily News and ProPublica won the 2017 Pulitzer Prize for Public Service for exposing the New York Police Department's abuse of eviction rules to force hundreds of people, most of them poor and members of minority groups, from their homes. Ex. 24 [https://www.pulitzer.org/prize-winners-by-year/2017].

***ii) Chicago Tribune***

22. The Chicago Tribune is a major daily newspaper based in Chicago which also serves as a local newsroom for the Chicago region, and it has been serving its local community for over 175 years. Ex. 14 [https://www.chicagotribune.com/about/].

23. The Chicago Tribune has been continuously published since 1847 and is the top source of news and information in the Chicago area, and the largest news organization in the Midwest. Ex. 14 [https://www.chicagotribune.com/about/]; Ex. 25 [Pugh Depo. Ex. 2] at -409.

24. The Chicago Tribune is known for its innovative investigative reporting, coverage of the arts and culture, and community-leading opinion writing. Ex. 14 [https://www.chicagotribune.com/about/].

25. Chicago Tribune has won 29 Pulitzer Prizes including, *inter alia*, for local reporting on Chicago's deficient building- and fire-safety code enforcement; public service for reporting on

harmful pharmacy practices that led to reforms; commentary capturing the culture of Chicago; investigative reporting on faulty government regulation of toys, car seats, and cribs; feature reporting on a deadly tornado in Utica, Illinois; editorial writing on reforming the death penalty; explanatory reporting on the American air-traffic system; international reporting on political conflict and disease epidemics in Africa; explanatory reporting on the Human Genome Diversity Project, and editorial writing on the Illinois child welfare system. Ex. 26 [https://www.chicagotribune.com/2026/05/04/chicago-tribune-pulitzer-prize/].

***iii) Orlando Sentinel***

26. The Orlando Sentinel is a local newsroom for the Orlando region, and it has been serving its local community for over 150 years. Ex. 27 [https://www.orlandosentinel.com/2026/06/06/150-years-in-the-making-this-is-the-story-of-the-orlando-sentinel/].

27. The Orlando Sentinel traces its origins back to 1876. Ex. 27 [https://www.orlandosentinel.com/2026/06/06/150-years-in-the-making-this-is-the-story-of-the-orlando-sentinel/].

28. In 2023, Orlando Sentinel conducted an investigation known as "Toxic Secret," that uncovered roughly two decades of industrial groundwater contamination, including in the drinking water of the local community. Ex. 20 [Julie Anderson Depo. Tr.] at 134:17-136:12.

29. The Orlando Sentinel has won three Pulitzer Prizes for investigative reporting for chronicling racial profiling and unjust property seizures by a local sheriff's office; for editorial writing regarding lax growth management; and for editorial writing regarding predatory lending practices in Florida. Ex. 28 [https://www.pulitzer.org/prize-winners-by-year/1988; https://www.pulitzer.org/prize-winners-by-year/1993; Ex. 29 [https://www.pulitzer.org/prize-winners-by-year/2000].

30. The Orlando Sentinel was also a Pulitzer finalist in 2017 for breaking news reporting related to coverage of the mass shooting at the Pulse nightclub, including middle-of-the-night reports as police prepared to storm the building. Ex. 30 [https://www.pulitzer.org/finalists/staff-192]

***iv) South Florida Sun Sentinel***

31. The Sun Sentinel is a local newsroom for the south Florida region, and it has been serving its local community for over 100 years. Ex. 15 [https://www.sun-sentinel.com/about-us/].

32. The Sun Sentinel dates back to 1910, serves the Florida counties of Broward, Palm Beach, and Miami-Dade, and produces original journalism aimed to help members of those communities navigate their daily lives, make informed decisions, and connect with their communities. Ex. 15 [https://www.sun-sentinel.com/about-us/].

33. The Sun Sentinel has published nationally recognized, original local journalism, including winning the 2019 Pulitzer Prize for Public Service for exposing the failures of school and law-enforcement officials before and after the shooting at Marjory Stoneman Douglas High School in Parkland. Ex. 31 [https://www.pulitzer.org/prize-winners-by-year/2019]; Ex. 20 [Julie Anderson Depo. Tr.] at 136:14-138:2.

34. The Sun Sentinel reporting on the Stoneman Douglas High School shooting took more than fourteen journalists over ten months and established, among other findings, that armed officers did not enter the building. Ex. 31 [https://www.pulitzer.org/prize-winners-by-year/2019]; Ex. 20 [Julie Anderson Depo. Tr.] at 136:14-138:2.

35. The Sun Sentinel previously won the 2013 Pulitzer Prize for Public Service for its investigation of off-duty police officers who endangered the public by speeding. Ex. 32 [https://www.pulitzer.org/prize-winners-by-year/2013].

***v) San Jose Mercury News***

36. The Mercury News is a local newsroom for the Bay Area and Silicon Valley region, and it has been serving its local community for over 175 years. Ex. 33 [https://www.mercurynews.com/2014/06/16/herhold-the-history-of-the-mercury-news-downtown/]; Ex. 34 [https://network.thetrustproject.org/partner/the-mercury-news].

37. The Mercury News has roots dating back to 1851 and produces daily reporting that covers, *inter alia*, real estate; government-accountability; sports; and business. Ex. 33 [https://www.mercurynews.com/2014/06/16/herhold-the-history-of-the-mercury-news-downtown/]; Ex. 17 [Pine Feb. 4, 2026 30(b)(6) Depo. Tr.] at 81:15-18; Ex. 35 [https://www.mercurynews.com/].

38. The Mercury News has covered the region known as Silicon Valley serving as a leading source of news and information regarding the growth and development of the high-technology industry and its impact of the U.S. economy for more than half a century. Ex. 33 [https://www.mercurynews.com/2014/06/16/herhold-the-history-of-the-mercury-news-downtown/; Ex. 37 [https://historysanjose.org/plan-your-visit/exhibits-activities/online-exhibits/750-ridder-park-drive-documenting-the-former-headquarters-of-the-mercury-news/].

39. The Mercury News has received awards for its original reporting, including in 1986 when the paper received the Pulitzer Prize for documenting the transfers of wealth abroad by President Ferdinand Marcos of the Philippines. Ex. 38 [https://www.pulitzer.org/prize-winners-by-year/1986].

40. In 1990, the Mercury News received a Pulitzer Prize for General News Reporting in connection with its coverage of the Loma Prieta earthquake. The Pulitzer Prizes, 1990, General News Reporting (Staff, San Jose Mercury News), Ex. 39 [https://www.pulitzer.org/prize-winners-by-year/1990].

***vi) Denver Post***

41. The Denver Post is a local newsroom for the Denver region, and it has been serving its local community for over 125 years. Ex. 40 [https://www.denverpost.com/2017/10/15/denver-post-at-125-a-timeline/].

42. The Denver Post traces its origins for reporting on its local communities back to 1892 and has since grown to include a diverse portfolio of digital, mobile, print and social media products that include Colorado's largest daily newspaper and the state's most visited website (DenverPost.com). Ex. 40 [https://www.denverpost.com/2017/10/15/denver-post-at-125-a-timeline/.

43. The Denver Post reports on *inter alia* information, news, business, sports, Colorado, Denver, arts, and entertainment. Ex. 41 [https://www.denverpost.com].

44. The Denver Post's staff won the 2013 Pulitzer Prize for Breaking News Reporting for its coverage of the Aurora movie-theater shooting that killed twelve and injured seventy, and the 2000 Pulitzer Prize for Breaking News Reporting for its coverage of the shooting at Columbine High School. Ex. 32 [https://www.pulitzer.org/prize-winners-by-year/2013]; Ex. 29 [https://www.pulitzer.org/prize-winners-by-year/2000].

***vii) Orange County Register***

45. The Orange County Register is a local newsroom for Orange County, California, and it has been serving its local community for over 100 years. Ex. 42 [https://www.ocregister.com/2006/09/11/register-history/].

46. The Orange County Register's service to its local community dates back to 1905 and continues to be a leading provider of information for the residents of Orange County. Ex. 42 [https://www.ocregister.com/2006/09/11/register-history/].

47. Among the local topics covered by the Orange County Register are crime and public safety, investigative reporting, politics, business, housing, health, environment, weather, transportation, things to do, and sports. Ex. 43 [https://www.ocregister.com].

48. The Orange County Register has received three Pulitzer Prizes over the years, including for original reporting earned the 1996 Pulitzer Prize for Investigative Reporting, awarded to the Register's staff for uncovering fraudulent fertility practices at a university hospital and prompting regulatory reform. Ex. 42 [https://www.ocregister.com/2006/09/11/register-history/]; Ex. 542 [ https://www.pulitzer.org/prize-winners-by-year/1996].

49. The Orange County Register has also been a Pulitzer Prize finalist twice, including for investigation of care at 26 local hospitals and development of a "report card" for patients, and reporting on lead-containing candy from Mexico and its effects on children. Ex. 44 [https://www.pulitzer.org/finalists/bernard-wolfson-william-heisel-and-chris-knap].

***viii) St. Paul Pioneer Press***

50. The Pioneer Press is a local newsroom for the Saint Paul metropolitan area, it was Minnesota's first newspaper, and it has been serving its local community for over 175 years. Ex. 45 [https://www.twincities.com/2024/04/28/minnesotas-first-newspaper-is-175-years-old/].

51. The Pioneer Press' roots for serving its local communities began in 1849 before Minnesota was an official state and produces daily local reports across, *inter alia*, news, features, and sports. Ex. 45 [ https://www.twincities.com/2024/04/28/minnesotas-first-newspaper-is-175-years-old/]; Ex. 46 [ https://www.twincities.com/].

52. The Pioneer Press has been recognized for its outstanding original reporting, including three Pulitzer Prizes, with one in 2000 for Beat Reporting, for revealing academic fraud in the University of Minnesota men's basketball program. Ex. 29 [https://www.pulitzer.org/prize-

winners-by-year/2000]; Ex. 38 [https://www.pulitzer.org/prize-winners-by-year/1986]; Ex. 28 [https://www.pulitzer.org/prize-winners-by-year/1988].

**3. Ziff Davis**

53. Ziff Davis, Inc. is a diversified media and internet company that began a century ago as a specialty magazine publisher and today operates a portfolio of leading digital media brands. Declaration of Karen Oh ("Oh Decl.") at ¶¶ 6, 9.

54. Along with Ziff Davis, Inc., several other Ziff Davis entities are also Plaintiffs, including: Ziff Davis, LLC, IGN Entertainment, Inc., Everyday Health Media, LLC, Mashable, Inc., and CNET Media, Inc. (collectively, "Ziff Davis" or the "Ziff Davis Plaintiffs"). *See* Second Amended Complaint (ECF No. 1676).

55. Ziff Davis produces original, professionally written and edited news, reporting, and analysis, focusing on technology, shopping, gaming, entertainment, health, and wellness, including deeply researched and expert-reviewed articles such as explainers, guides, reviews, walk-throughs and advice pieces. Oh Decl. ¶ 7.

56. Many of Ziff Davis's digital media brands have decades-spanning histories of providing authoritative content, both timely and evergreen, to consumers. Ex. 47 [ZD SEC Form 10-K for the fiscal year ended December 31, 2025 ("ZD 2025 10-K")] at pp. 4-6.

57. Ziff Davis generates revenues through five lines of business: (1) Technology & Shopping, (2) Gaming & Entertainment, (3) Health & Wellness (collectively, its "Digital Media Businesses"), (4) Connectivity, and (5) Cybersecurity & Martech. Ex. 48 [ZD0534639] at -643; Ex. 47 [ZD 2025 10-K] at p. 4.

58. Ziff Davis's Technology & Shopping segment publishes marquee technology journalism tailored to consumers, professionals, and organizations seeking technological expertise, with major brands including CNET, PCMag, Mashable, Lifehacker, Spiceworks, and

ZDNET. Ex. 48 [ZD0534639] at -643; Ex. 47 [ZD 2025 10-K] at p.4. CNET, Mashable, and Lifehacker are frequently honored for the excellence of their digital media content, winning awards from the LA Press Club, FOLIO's Eddie & Ozzie Awards, The Webby Awards, and the Telly Awards. Declaration of Lindsey Turrentine ("Turrentine Decl.") at ¶ 8.

59. Ziff Davis's Gaming & Entertainment segment offers authoritative, high-quality and engaging content covering video games, movies, anime, television, comics, and technology, including game tips, reviews, and insights, with major brands including IGN and Eurogamer. Ex. 48 [ZD0534639] at -644; Ex. 47 [ZD 2025 10-K] at p. 5. IGN, Eurogamer, and VG247 have earned dozens of awards throughout their decades of operation, including MCV/DEVELOP Awards, Games Media Awards, Association of Online Publishers Digital Publishing Awards, Shorty Awards, and Webby Awards. Declaration of Peer Schneider ("Schneider Decl.") at ¶ 8.

60. Ziff Davis's Health & Wellness segment includes major brands including Everyday Health, Daily OM, Lose It!, What to Expect and BabyCenter, which are recognized leaders in providing patient and provider news, information, and services. Ex. 48 [ZD0534639] at -644-646; Ex. 47 [ZD 2025 10-K] at pp. 5-7. What to Expect and BabyCenter have received a variety of awards for their news and storytelling, including multiple The Webby Awards and Digital Health Awards. Declaration of Christine Mattheis ("Mattheis Decl.") at ¶ 8. Everyday Health has won over 100 awards in the past three years alone, including many Digital Health Awards, Academy of Interactive & Visual Arts w3 Awards for best website editorial experience, and Medical Marketing & Media Awards for best media brand. Declaration of Robert Parisi ("Parisi Decl.") at ¶ 8.

61. In 2024, Comscore data ranked IGN first in gaming publishing, CNET second in technology information platforms, and Everyday Health first in health information nationally.

Ex. 49 [Oh Feb. 24, 2026 30(b)(6) Depo.] at 121:23-122:25; Ex. 50 [ZD0546514] at tab "Comscore – Gaming Information P," "Comscore – Tech News Platforms," "Comscore – Health News Platform."]; Ex. 51 [ZD0044231] at -233.

62. Ziff Davis incurs significant costs to create the content it publishes across its entire portfolio. Oh Decl. ¶ 14; Ex. 52 [ZD0668066]; Ex. 53 [ZD0668067]; Ex. 54 [ZD0488725].

63. Ziff Davis produces approximately 2 million original articles and updates per year. Oh Decl. ¶ 16.

**4. The Center for Investigative Reporting**

64. The Center for Investigative Reporting, Inc. ("CIR") is the oldest nonprofit investigative newsroom in the country. Its purpose is to benefit the public through investigative stories about underrepresented voices in our democracy. CIR reaches millions of audience members through its Mother Jones and Reveal brands. Bauerlein Decl. ¶¶ 3, 5, 6.

65. CIR is the product of a February 1, 2024 merger between Foundation for National Progress (d/b/a Mother Jones Magazine) and Center for Investigative Reporting, Inc. (d/b/a Reveal). Since the merger, CIR has run the Mother Jones and Reveal brands. Bauerlein Decl. ¶ 8; Bauerlein Decl. Ex. L at -047.

66. CIR and its predecessors have been awarded many prestigious awards, including the George Polk Award, Peabody Award, Webby Award, Robert F. Kennedy Human Rights Award, National Magazine Award, Alfred I. duPont-Columbia University Award, IRE Award, and Edward R. Murrow Award, for their unique reporting on diverse subjects. Bauerlein Decl. ¶ 4.

67. The protection of CIR's intellectual property is critical to its continued ability to fund its nonprofit public interest journalism. Without control of its copyrighted content for revenue purposes, CIR will have even fewer journalists able to tell the ever-more dwindling number of investigative news stories that are already disappearing at an alarming rate in today's media

landscape. The importance of investigative reporting to democracy is why CIR maintains two websites and a digital archive at significant cost. CIR depends on its exclusive rights of reproduction, adaptation, publication, performance, and display under copyright law to resist these forces. Bauerlein Decl. ¶ 7.

**5. The Intercept**

68. The Intercept Media, Inc. ("The Intercept") is an award-winning nonprofit news organization dedicated to holding the powerful accountable through fearless, adversarial journalism. Its in-depth investigations and unflinching analysis focus on politics, war, surveillance, corruption, the environment, technology, criminal justice, the media, and other issues. Macala Decl. ¶ 3.

69. The protection of The Intercept's intellectual property is critical to its continued ability to fund its journalism efforts. Without the ability to control and monetize its copyrighted content through readership and donations, including its exclusive rights of reproduction, adaptation, publication, performance, and display under copyright law, The Intercept will be able to support even fewer journalists. Macala Decl. ¶ 4.

70. Beginning on February 10, 2014, The Intercept operated as a brand of various First Look entities. On February 1, 2023, NewCoNews, Inc. ("NewsCoNews") spun off from First Look Institute, Inc. ("FLI"). On March 1, 2023, NewCoNews filed a Certificate of Amendment with the State of Delaware changing its corporate name to The Intercept Media, Inc. Since that time, The Intercept has continuously operated its business under that name. Macala Decl. ¶ 5; Macala Decl. Ex. F at -171, -179-82; Macala Decl. Ex. G.

71. Nonprofit newsrooms like CIR and The Intercept were founded to fill gaps in media ecosystems, and to produce journalism as a public service. Cross Rebuttal Rep. at 9.

72. Investigative reporting conducted by CIR and The Intercept involves an added layer of risk and overcoming secrecy or disclosing something that is in the public interest. It is costly, underprovided in the marketplace, and often opposed. It is more likely done when a media outlet, including a nonprofit one, has the resources to cover the costs, an incentive to tell a new story, cares about impacts, and overcomes obstacles. Cross Rebuttal Rep. at 9.

**B. The News Industry & Journalism**

73. A lot of work, time, manpower, and expense is required to generate news. Ex. 6 [NYT_00873667] at 674-675; Ex. 19 [Pugh 30(b)(1) Depo. Tr.] at 111:4-18; Ex. 20 [Julie Anderson Depo. Tr.] at 134:17-140:21; Ex. 3 [Sulzberger Depo. Tr.] at 302:8-23 (describing The Times's investment into its journalism, including having "bureaus all over the world" and giving journalists "sometimes years" "to do the most important work"); Ex. 4 [Dolnick Depo. Tr.] at 21:8-12 ("New York Times' journalism requires human reporters who go out and bear witness, and they find things out. We trust our reporters. Our reporters have very specific experience. We trust our editors, who have judgment."); Ex. 49 [Oh Feb. 24, 2026 30(b)(6) Depo. Tr.] at 51:10-52:9; Oh Decl. ¶ 14.; Rebuttal Expert Report of Timothy Wu ("Wu Rebuttal Rep.") ¶ 93; Bell Opening Rep. ¶¶ 48-51; Bell Rebuttal Rep. ¶ 203; Owen Opening Rep. ¶ 132; Cross Rebuttal Rep. at 9.

74. In addition to news reporting, journalism includes investigative reporting, sports journalism, tech journalism, reviews and criticism, service journalism, enthusiast media, and medical or other trade journalism. Declaration of Timothy Wu ("Wu Decl.") ¶ 5; Oh Decl. ¶ 7.

75. Journalism is the product of professionals who abide by ethical standards, norms, and practices in their reporting, editing, and publishing who work hard to present accurate information. *See, e.g.*, Ex. 7 [The New York Times, *Editorial Standards* (March 26, 2025), https://www.nytimes.com/editorial-standards/ethical-journalism.html]; Ex. 55 [BBC, *The BBC's Editorial Standards* (n.d), https://www.bbc.co.uk/editorialguidelines/guidelines/editorial-

standards/]; Ex. 56 [NPR, *These Are the Standards of Our Journalism* (Feb. 11, 2019), https://www.npr.org/ethics]; Ex. 57 [Pine Feb. 5, 2026 Depo. Tr.] at 106:22-108:14; Ex. 18 [Burbach Depo. Tr.] at 27:3-13; Ex. 58 [DNP-00543937]; Ex. 59 [DNP-00543944]; Ex. 60 [DNP-00543955]; Ex. 61 [DNP-00543959]; Ex. 62 [DNP-00543968]; Ex. 63 [DNP-00543979]; Owen Rebuttal Rep. at ¶ 55.

76. Maintaining journalistic standards and codes of ethics is expensive in part because it requires significant human involvement in news gathering, fact checking, and editorial judgment. *See, e.g.*, Ex. 7 [The New York Times. *Editorial Standards*. March 26, 2025. https://www.nytimes.com/editorial-standards/ethical-journalism.html]; Ex. 55 [BBC. *The BBC's Editorial Standards*. (n.d). https://www.bbc.co.uk/editorialguidelines/guidelines/editorial-standards/]; Ex. 56, NPR. [*These Are the Standards of Our Journalism*. February 11, 2019. https://www.npr.org/ethics]; Ex. 57 [Pine Feb. 5, 2026 Depo. Tr.] at 106:22-108:14; Ex. 18 [Burbach Depo. Tr.] at 27:3-13; Ex. 58 [DNP-00543937]; Ex. 59 [DNP-00543944]; Ex. 60 [DNP-00543955]; Ex. 61 [DNP-00543959]; Ex. 62 [DNP-00543968]; Ex. 63 [DNP-00543979; Bell Opening Rep. at ¶ 43; Owen Rebuttal Rep. at ¶ 55; Ex. 6 [NYT_00873667] at 674-675; Ex. 19 [Pugh 30(b)(1) Depo. Tr.] at 111:4-18; Ex. 20 [Julie Anderson Depo. Tr.] at 134:17-140:21; Ex. 4 [Dolnick Depo. Tr.] at 21:8-12 ("New York Times' journalism requires human reporters who go out and bear witness, and they find things out. We trust our reporters. Our reporters have very specific experience. We trust our editors, who have judgment."); Owen Opening Rep. at ¶ 132; Cross Rebuttal Rep. at 11.

77. Much of the editorial production of CIR and The Intercept is investigative or original reporting that is costly, underprovided in the marketplace, and involves an added layer of risk and overcoming secrecy. Cross Rebuttal Rep. at 9.

78. Nonprofit newsrooms like CIR and The Intercept select what stories to cover based on a story's importance to society rather than its potential for generating profits, but nonetheless must generate sufficient revenue to fund their operations. Cross Rebuttal Rep. at 10.

**C. Monetizing Journalism in the Digital Ecosystem**

79. News Plaintiffs generate revenue in several different ways, including subscriptions, advertising, licensing, branded content, retail referral links, and affiliate revenue. Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 1, 5, 76-77; Ex. 64 [Chicago Tribune Responses to Microsoft's Fourth Set of Interrogatories] No. 24; Ex. 65 [New York Daily News Responses to Microsoft's Fourth Set of Interrogatories] No. 24; Ex. 66 [Mercury News Responses to Microsoft's Fourth Set of Interrogatories] No. 24; Ex. 67 [Denver Post Responses to Microsoft's Fourth Set of Interrogatories] No. 24; Ex. 68 [Orlando Sentinel Responses to Microsoft's Fourth Set of Interrogatories] No. 23; Ex. 69 [Sun Sentinel Responses to Microsoft's Fourth Set of Interrogatories] No. 23; Ex. 70 [Pioneer Press Responses to Microsoft's Fourth Set of Interrogatories] No. 23; Ex. 71 [Orange County Register's Responses to Microsoft's Fourth Set of Interrogatories] No. 23; Ex. 72 [Jacobs 30(b)(6), Feb. 12, 2026, Depo Tr.] at 288:12-290:22 (describing shift from advertising-focused business to subscription focused model for Daily News Plaintiffs); Ex. 47 [ZD 2025 10-K] at p. 4; Oh Decl. ¶¶ 12-13.

80. CIR and The Intercept rely on their audiences and donors to fund their journalism, which includes subscribers and small donors, as well as philanthropic donations. Cross Rebuttal Rep. at 10, 20-23.

81. News Plaintiffs have three primary markets: "(i) the established market for news and digital media publishing; (ii) the established market for licensing news and other content; and (iii) the developing market for licensing data (including news) for generative AI purposes." Oh Decl.¶ 11; Ex. 74 [Chicago Tribune Fourth Supplemental Responses to OpenAI's Second Set of

Interrogatories] No. 7; Ex. 75 [New York Daily News Fourth Supplemental Responses to OpenAI's Second Set of Interrogatories] No. 7; Ex. 76 [Orlando Sentinel's Fourth Supplemental Responses to OpenAI's Second Set of Interrogatories] No. 7; Ex. 77 [Sun Sentinel Fourth Supplemental Responses to OpenAI's Second Set of Interrogatories] No. 7; Ex. 78 [Denver Post Fifth Supplemental Responses to OpenAI's Second Set of Interrogatories] No. 7; Ex. 79 [Pioneer Press Fifth Supplemental Responses to OpenAI's Second Set of Interrogatories] No. 7; Ex. 80 [Orange County Register Fifth Supplemental Responses to OpenAI's Second Set of Interrogatories] No. 7; Ex. 81 [Mercury News Fifth Supplemental Responses to OpenAI's Second Set of Interrogatories] No. 7; Malackowski NYT-DNP Opening Rep. at 83; McDonald Rebuttal Rep. at 27-44.

82. Search engines are an important source of traffic to News Plaintiffs' websites. Ex. 82 [Tucker Opening Rep.] ¶ 40; Ex. 83 [Poferl 30(b)(6) Depo. Tr.] at 23:20-25 (testifying that "[s]earch engines are one of the most common ways for users on the Internet to discover[] New York Times content" and "one of [The Times's] largest referral channels"); Ex. 72 [Jacobs 30(b)(6), Feb. 12, 2026, Depo Tr.] at 78:9-14 (Google accounts for 95 percent of Daily News Plaintiffs' search traffic), 23:3-16 (explaining that "the pie continues to shrink" with respect to search as a source of Daily News Plaintiff session traffic); Ex. 84 [ZD0531000] at 13; Ex. 49 [Oh Feb. 24, 2026 30(b)(6) Depo. Tr.] at 146:16-147:10; Ex. 85 [Fortuna 30(b)(6) Depo. Tr.] at 162:19-163:8 (Google is a "material source of traffic for us"); Ex. 72 [CJ Jacobs Feb. 12, 2026 30(b)(6) Depo. Tr.] at 37:3-38:14 (highlighting presentation on search as a referral channel)]; Ex. 17 [Pine Feb. 4, 2026 30(b)(6) Depo. Tr.] at 314:20-315:4; Ex. 86 [DNP-00632487] ("[h]istorically, SEARCH has been the largest third-party driver of traffic and still generates [redacted] of referral

sessions"); Cross Rebuttal Rep. at 41 (noting Google search generated 15 percent of all referral traffic to news sites as of November 2024); *id*. at 19.

**1. How The Times Monetizes News Content**

83. The Times generates revenue primarily from subscriptions. Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 76.

84. The Times's "ability to attract, retain and grow [its] digital subscriber base depends on the size of [The Times's] audience and its sustained engagement directly with [The Times's] products." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 2.

85. The Times's "broad audience base serves as a vital engine for the growth of [its] subscription business, and provides an attractive offering for [its] advertising partners." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 4.

86. The second-largest source of Times revenue is advertising. Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 76.

87. The Times also generates affiliate, licensing, and other revenues which "primarily consist of revenues from licensing, Wirecutter affiliate referrals, commercial printing, the leasing of floors in [its] Company Headquarters, [its] live events business and retail commerce." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 31. *See also* Ex. 8 [Bardeen 30(b)(6) Depo. Tr.] at 17:22-18:3 (describing The Times's biggest revenue streams as "subscription revenue streams, our advertising revenue streams, our licensing revenue streams, and our affiliate revenue streams"), 18:22-19:3.

88. The Times derives revenue from its Wirecutter product's affiliate referrals, "which generate revenue by offering direct links to merchants in exchange for a portion of the sale price upon completion of a transaction." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 5.

89. Wirecutter generates affiliate revenue when users click on the links via the Wirecutter product recommendations directly. Ex. 87 [Frumin Depo. Tr.] at 17:19-18:16 (testifying that Wirecutter's "main revenue stream is affiliate revenue," whereby "if somebody clicks a 'buy' button on Wirecutter's website and takes [Wirecutter's] recommendation and purchases it, [The Times] will receive an affiliate revenue commission or fee.").

90. The Times's ability to compete effectively today depends on many factors, including but not limited to: its "ability to continue delivering a breadth of high-quality journalism and content that is interesting and relevant to [its] audience"; its "ability to sustain and grow audience engagement with [its] products"; its "reputation and brand strength"; its ability to "monetize [its] products"; "the visibility of [its] brand and content on third-party platforms, products and tools"; "whether third-party platforms, products and tools maintain functionality that allows users to directly access and engage with [Times] products (for example, through direct hyperlinking)"; and its "ability to effectively protect [its] intellectual property, including from unauthorized use by AI developers" and "to monetize it." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 10.

91. Competition for subscription revenue and audience is based on a variety of factors, including but not limited to "reputation and brand strength," "visibility on search engines and social media platforms and in mobile app stores and the extent to which these direct traffic to [The Times's] digital properties." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 6.

**2. How *Daily News* Plaintiffs Monetize News Content**

92. The *Daily News* Plaintiffs monetize content in numerous ways, including via newsstand sales; by offering subscriptions, including both a standard and premium digital subscription, and print subscriptions where readers can also access digital content; through advertising; through licensing of their content; and through various other forms. Ex. 88 [Ibrahim

30(b)(6) Depo. Tr.] at 26:13-19; Ex. 89 [Deering Depo. Tr.] at 44:13-17; Ex. 90 [Loretto 30(b)(6) Depo. Tr.] at 14:12-15:23; Ex. 10 [D. Anderson 30(b)(6) Depo Tr.] at 38:1-11, 130:2-7.

93. *Daily News* Plaintiffs' revenues are tied to the Daily News Plaintiffs' credible, trusted, accurate, and unique copyrighted content. Ex. 88 [Ibrahim 30(b)(6) Depo Tr.] at 159:7-161:20 (reputation is a big factor that affects subscription revenues); Ex. 90 [Loretto 30(b)(6) Depo. at 14:12-15:23]; Ex. 16 [Colacioppo 30(b)(6) Depo Tr.] at 69:19-70:20.

94. According to 2024 revenues for MediaNews Group (which manages the Daily News Plaintiffs and other newspapers under the same corporate umbrella), [redacted] of 2024 revenue came from print circulation and digital-only subscriptions, whereas [redacted] of 2024 revenue came from print and digital advertising, and the rest came from other sources (e.g., commercial printing, other). Ex. 91 [DNP-00396431/D. Anderson Dep. Ex. 11] at -437.

95. The *Daily News* Plaintiffs have developed strategies to increase subscribers and thus, subscription revenues, by utilizing tactics such as newsletters, introductory prices, and varying promotional offers. Ex. 89 [Deering Depo. Tr.] at 54:24-55:2, 56:6-11; Ex. 88 [Ibrahim 30(b)(6) Depo. Tr.] at 42:1-6 (newsletters); Ex. 17 [Pine Feb. 4, 2026 30(b)(6) Depo. Tr.] at 239:23-244:3 (introductory prices, paywalls, know-your-customer measures).

96. The *Daily News* Plaintiffs have also developed strategies to monetize online content via methods such as metering, registration walls, and dynamic paywall decisions. Ex. 89 [Deering Depo. Tr.] at 114:9-14 (registration walls), 64:11-17 (dynamic paywall decisions), 32:13-20 (metering); Ex. 88 [Ibrahim 30(b)(6) Depo. Tr.] at 133:2-12; Ex. 92 [Ibrahim 30(b)(1) Depo. Tr.] at 46:21-25 ([W]e've had to increase considerably our conversion rate on our page views. That comes from tightening meters, from deep discounts."); Ex. 17 [Pine Feb. 4, 2026 30(b)(6) Depo. Tr.] at 239:23-244:3 (introductory prices, paywalls, know-your-customer measures).

97. In addition to the strategies around developing and improving subscription revenues noted above, all eight of the *Daily News* Plaintiffs have worked to monetize their content through the inclusion of advertising. Ex. 90 [Chris Loretto 30(b)(6) Depo. Tr.] at 13:5-8.

98. *Daily News* Plaintiffs' advertising revenue is generated from local, regional, and national businesses which pay to place advertisements around the Daily News Plaintiffs' works. Ex. 90 [Chris Loretto 30(b)(6) Depo. Tr.] at 14:15-20.

99. *Daily News* Plaintiffs' advertising revenue is dependent on subscribers because subscribers are the critical metric that advertisers pay to reach, so when subscribers decline then *Daily News Plaintiffs* reach fewer people with advertising. Ex. 90 [Loretto 30(b)(6) Depo. Tr] at 21:2-11.

100. *Daily News* Plaintiffs also generate revenue through, *inter alia*, licensing its intellectual property to third parties in exchange for compensation. Ex. 93 [DNP-00477515]; Ex. 94 [DNP-00393598]; Ex. 95 [DNP-00533731]; Ex. 96 [DNP-00651696]; Malackowski NYT-DNP Opening Rep. at 69 and Appx. B, Exhibit 14.0.

**3. How Ziff Davis Plaintiffs Monetize Their Journalism**

101. The mix of revenue sources for digital media publishers outside of the traditional newspaper industry, such as Ziff Davis, differs to some extent from that of traditional newspaper publishing. Ziff Davis digital media brands generate approximately 86% of their revenue from advertising and performance marketing. Ex. 47 [ZD 2025 10-K] at pp. 45-46; Ex. 48 [ZD0534639] at pp. 43-44; *see, e.g.,* Ex. 97 [Richter 30(b)(6) Depo. Tr.] at 31:8-23, 36:10-18.

102. In addition to providing content to its readers through its owned and operated properties and generating revenue through advertising and subscriptions, Ziff Davis licenses its content through a variety of entities and business models, creating additional channels of indirect

distribution of Ziff Davis content through aggregators and other platforms. Ex. 48 [ZD0534639] at –643; Oh Decl. ¶ 20.

103. Ziff Davis maintains several categories of license agreements: Global Operator License Agreements; Syndication Partnership Agreements; B2B Licensing/Media Monitoring Agreements; and AI-Related Agreements. Oh Decl. ¶ 21; *see, e.g.,* Ex. 49 [Oh Feb. 24, 2026 30(b)(6) Depo Tr.] at 26:11-29:13.

#### 4. How CIR and The Intercept Generate Revenue to Support their Non-Profit Journalism Missions

104. CIR's and The Intercept's missions and the businesses that support those missions depend on building relationships with people who discover, come to recognize, and trust their work, and then support their journalism financially. Cross Rebuttal Rep. at 6.

105. The Intercept is a digital native website and CIR is now digitally focused. Cross Rebuttal Rep. at 6.

106. The long-term viability of CIR and The Intercept depends on continually being discovered by people and developing an audience that grows into a steady group of supporters. This continual renewal of the audience fuels their revenue model and is central to their editorial impact. Cross Rebuttal Rep. at 6.

107. CIR and The Intercept rely on traffic to their websites to build new audiences and sustain their work economically. Cross Rebuttal Rep. at 19.

108. CIR and The Intercept also raise money by applying for grants and soliciting donations, and their ability to obtain grants and donations depends on demonstrating their reach and the extent of their readership. Cross Rebuttal Rep. at 10, 20-23.

109. Both CIR and The Intercept rely on the strategic model of audience and donor funnels for their success and survival, which begin with and rely on the initial discovery of the organizations' works by readers. Cross Rebuttal Rep. at 21.

110. CIR and The Intercept attract readers through social media, shared links, search or a media mention. Cross Rebuttal Rep. at 22.

### 5. Established Market for Licensing Journalism Content

111. Microsoft's economics expert Dr. Tucker acknowledged that there is a market for licensing involving the display of news publishers' content that predates the development of LLMs. Ex. 82 [Tucker Opening Rep.] ¶ 137.

#### *i) The Times's Licenses*

112. The Times derives revenue from licensing its intellectual property for specific use cases. Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 5.

113. The Times licenses content "to digital aggregators in the business, professional, academic and library markets, in addition to licensing content to third-party digital platforms for access by their users and for other purposes." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 5.

114. As part of The Times's "news and syndication services," The Times "license[s] articles, graphics and photographs both directly and through third-party sellers to a wide variety of clients, including newspapers, magazines, websites and other corporations." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 5.

115. The Times also licenses content "for use in television, films and books," provides "rights to reprint articles," and "create[s] and sell[s] news digests based on [Times] content." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 5.

116. The Times has licensed its articles, graphics, and photographs to thousands of licensees. Ex. 98 [The New York Times SEC Form 10-K Dec. 31, 2023] at 5; Ex. 99 [The New York Times SEC Form 10-K Dec. 31, 2022] at 5.

117. The Times's licensees pay The Times millions of dollars each year. Ex. 100 [NYT_00820234] (Dec. 2022 NYT Flash Book at tab 1.18); Ex. 101 [NYT_00820246] (Dec. 2023 NYT Flash Book at tab 1.22); Ex. 102 [NYT_00820258] (Dec. 2024 NYT Flash Book at tab 1.22); Ex. 103 [The New York Times SEC Form 10-K Dec. 31, 2024] at 37 (referencing "higher content licensing revenues of $14.9 million, primarily related to an Apple licensing deal"); Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 39 (referencing "higher licensing revenues of $14.4 million, largely related to commercial agreements with third-party digital platforms").

118. When it enters into content licensing agreements, The Times often limits its license of digital rights to a certain number of articles per day. *See, e.g.*, Ex. 104 [NYT_00755698] (Capital Newspapers / Times Union) ([redacted] articles per day); Ex. 105 [NYT_00755718] (Weeklys) ([redacted] articles per day); Ex. 106 [NYT_00755635] (La Presse, Inc.) ([redacted] articles per day).

119. The Times also licensed its IP for solely non-commercial use to The Linguistic Data Consortium at the University of Pennsylvania. Ex. 107 [NYT_00146736] (LDC Agreement); Ex. 108 [DiPersio 30(b)(6) Depo. Tr.] 149:3-157:22.

### *ii)* **Daily News *Plaintiffs' Licenses***

120. The *Daily News* Plaintiffs license their content for revenue to a variety of industries and entities. *See* Robyn Morris Decl. at ¶¶4-8.

121. *Daily News* Plaintiffs license their content for revenue to media publishers for syndication and editorial use of content by other publishers and agencies. Robyn Morris Decl. at ¶¶ 4-8.

122. The rights granted to these media companies generally include the rights to use, make available, store, copy, digitize, distribute, reproduce, and/or host online the licensed content. Robyn Morris Decl. at ¶¶ 4-8.

123. *Daily News* Plaintiffs license their content for revenue to research and education platforms. Robyn Morris Decl. at ¶¶ 4-8.

124. The granted rights to the research and education platforms are typically limited in scope to internal, non-commercial research and educational use, often excluding redistribution or public-facing displays of licensed works. Robyn Morris Decl. at ¶¶ 4-8.

125. *Daily News* Plaintiffs license their content for revenue for use and distribution with aggregators and platforms. Robyn Morris Decl. at ¶¶ 4-8.

126. The rights granted to these aggregators and platforms often include provisions that allow the licensee to display headlines, teasers, and thumbnails linked to full articles, subject to metering, attribution, and restrictions on the amount of text displayed. Robyn Morris Decl. ¶¶ 4-8.

**iii) *Ziff Davis's Licenses***

127. Separately from its owned-and-operated properties, Ziff Davis licenses its content to third parties through indirect distribution channels such as aggregators and platforms, which allows it to extend its reach to audiences it could not otherwise access. Ex. 49 [Oh 30(b)(6) Feb. 24, 2026 Depo Tr.] at 26:11-29:13.

128. Under Global Operator License Agreements, Ziff Davis licenses its brand name and content to international operators in markets where it does not already have a presence, which Ziff Davis views as additive to its overall business because it gains new users in markets it would not otherwise have captured. Ex. 49 [Oh Feb. 24, 2026 30(b)(6) Depo. Tr.] at 26:11-27:6; Ex. 109 [Doree 30(b)(6) Depo. Tr.] at 11:16-24; *see, e.g.*, Ex. 110 [ZD0323073] and Ex. 111 [ZD0489061].

129. Ziff Davis has established Syndication Partnership Agreements with many outlets, including [redacted] (Ex. 112 [ZD0355406], Ex. 113 [ZD0486818], Ex. 114 [ZD0492441]), [redacted] (Ex. 115 [ZD0441424]), [redacted] (Ex. 116 [ZD0572418]), [redacted] (Ex. 117 [ZD0373029]), [redacted] (Ex. 118 [ZD0493247]), [redacted] (Ex. 119 [ZD0488981]), [redacted] (Ex. 120 [ZD0370635]), and [redacted] (Ex. 121 [ZD0492754]), under which Ziff Davis licenses content for distribution, reproduction, promotion, and/or display in exchange for a revenue share, typically ranging from [redacted] of advertising revenue. Ex. 49 [Oh Feb. 24, 2026 30(b)(6) Depo. Tr.] at 27:7-21; Ex. 122 [ZD0575952] at tab "Summary".

130. Ziff Davis has established B2B/Media Monitoring Agreements with, at a minimum, the [redacted], under which Ziff Davis licenses article content to professional or educational databases in exchange for a revenue share. Ex. 122 [ZD0575952] at tab "Summary"; Ex. 123 [ZD0323404], Ex. 124 [ZD0487609]; Ex. 49 [Oh Feb. 24, 2026 30(b)(6) Depo. Tr.] at 28:7-15, 67:13-69:3; Ex. 109 [Doree 30(b)(6) Depo. Tr.] at 59:7-60:15.

131. Additionally, Ziff Davis has entered into AI-related content license agreements with two companies, [redacted], each consisting of limited use and/or scope grants with defined, non-renewing terms. Ex. 125 [ZD0492278]; Ex. 126 [ZD0447957]; Ex. 49 [Oh 30(b)(6) Feb. 24, 2026 Depo. Tr.] at 40-47:4; Oh Decl. ¶ 28.

#### *iv)* CIR and The Intercept's Licenses

132. CIR and The Intercept license content through wire service arrangements, content partnership agreements, and licensed aggregation products. McDonald Rebuttal Rep. at 37.

133. In addition to providing content on its owned websites and publishing directly to subscribers, The Intercept has licensed its content to news aggregators, including Apple News and Smart News. Ex. 311 [Chabel 30(b)(6) Depo. Tr.] at 112:12-16.

134. In addition to providing content on its owned websites and publishing directly to members, CIR has engaged in licensing schemes, such as by leading a partnership of the Climate Desk project with a variety of other international news organizations. Cross Rebuttal Rep. at 36-37.

**D. Developing Market for Licensing Data (Including News) for Generative AI Purposes**

135. The elements of a functioning market for licensing AI data in connection with generative AI [redacted]. Ex. 128 [Stamm Rebuttal Rep.] at Appendix C, Ex. 1 ([redacted]); Ex. 129 [Stamm ZD Rebuttal Rep.] ¶¶ 177-178, Appendix C, Ex. 1; Ex. 127 [Rao Rebuttal Report] at Tabs 3-4 ([redacted]).

136. Microsoft's economic expert, Dr. Tucker, admitted [redacted]. Ex. 82 [Tucker Opening Rep.] ¶ 135.

137. OpenAI's expert, Dr. Goldfarb, acknowledges that [redacted] Ex. 467 [Goldfarb NYT Opening Rep.] ¶ 322; Ex. 474 [Goldfarb ZD Opening Rep.] ¶ 17e.

138. Microsoft's economic expert, Dr. Rao, uses [redacted]. Ex. 127 [Rao Rebuttal Rep.] ¶¶ 9, 81-93, 96-98.

139. Dr. Rao [redacted] Ex. 127 [Rao Rebuttal Rep.] ¶ 52.

140. OpenAI's economics expert, Dr. Stamm, confirmed that [redacted] Ex. 128 [Stamm Rebuttal Rep.] ¶ 221; *see, e.g.,* Ex. 129 [Stamm ZD Rebuttal Rep.] ¶¶178, 191-195, Appendix C, Ex. 1.

141. OpenAI's damages expert Dr. Stamm [redacted] Ex. 128 [Stamm Rebuttal Rep.] at Appendix C. Ex. 1; Ex. 129 [Stamm ZD Rebuttal Rep.] at. App. C Ex. 1.

142. Dr. Stamm [redacted]. Ex. 128 [Stamm Rebuttal Rep.] ¶ 379; Ex. 129 [Stamm ZD Rebuttal Rep.] ¶ 338.

143. [redacted]. Ex. 130 [Brockman Depo Tr.] at 58:8-10 ([redacted]); Goldstein Reply Report at ¶ 190.

144. Data is essential to build an LLM, and acquiring data from sources including news publishers was essential to Defendants. *See* Ex. 131 [OPCO_MDL_004776577] at 580-581 ([redacted]

[redacted]"); Ex. 132 [Fradin Depo. Tr.] at 38:6-39:1 (agreeing that [redacted]), 39:13-24 (testifying about [redacted]"); Ex. 133 [OPCO_MDL_004639271] (OpenAI's Head of Research Data Operations Michelle Fradin discussing with OpenAI's COO Brad Lightcap [redacted]); Ex. 134 [MSFT_AI_MDL_000004692] at 696 (Microsoft's Oct. 30, 2023 response to the US Copyright Office's Request for Comment, stating that "the development of large-scale AI (or foundational) models such as OpenAI's ChatGPT require training using vast amounts of data").

145. OpenAI's former Chief Scientist and co-founder Ilya Sutskever said: [redacted] Ex. 135 [Sutskever Depo. Tr.] at 62:17-63:1; Ex. 305 [Alexandra Tremayne-Pengelly, "Ilya Sutskever Warns A.I. Is Running Out of Data – Here's What Will Happen Next," *Observer* (Dec. 16, 2024), https://observer.com/2024/12/openai-cofounder-ilya-sutskever-ai-data-peak/] (noting also that "there will be no more" data).

146. Defendants specifically sought out licensing agreements with [redacted] Ex. 136 [Shetty 30(b)(6) Depo. Tr.] at 36:17-37:11; Ex. 137 [MSFT_AI_MDL_000678077] at 078; Ex. 138 [OPCO_MDL_004408493] at 983-984 (Greg Brockman: [redacted]

[redacted] Wojciech Zaremba: [redacted]); Ex. 139 [OPCO_MDL_004619015] at 018 (Sam Altman: [redacted] Ex. 140 [OPCO_MDL_001639938] at 939; Ex. 141 [OPCO_MDL_001827703] at 703; Ex. 142 [OPCO_MDL_001697575] at 575 [redacted]"); Ex. 143 [OPCO_MDL_004597103] at 105.

147. **<u>OpenAI's Executed Agreements</u>:** OpenAI has entered license agreements with [redacted] for use of their data or content in generative AI. Ex. 128 [Stamm Rebuttal Report] at Appendix C, Ex. 1 (summarizing [redacted] Strategic Collaboration and Partnership Agreements with media publishers); Ex. 129 [Stamm ZD Rebuttal Rep.] at Appendix C, Ex. 1; Ex. 144 [OPCO_MDL_004590266] ([redacted].); Ex. 145 [OPCO_MDL_004593243] ([redacted]); Ex. 146 [OPCO_MDL_004590278] ([redacted]); Ex. 147 [OPCO_MDL_004590330] ([redacted]); Ex. 148 [OPCO_MDL_004590293] ([redacted]); Ex. 149 [OPCO_MDL_004590340] ([redacted]); Ex. 150 [OPCO_MDL_004590356] ([redacted]); Ex. 151 [OPCO_MDL_004590440] ([redacted]); Ex. 152 [OPCO_MDL_004596337] ([redacted]); Ex. 153 [OPCO_MDL_004591305] ([redacted]); Ex. 154 [OPCO_MDL_004600925] ([redacted]); Ex. 155 [OPCO_MDL_004590656] ([redacted]

[redacted]); Ex. 156 [OPCO_MDL_004590223] ([redacted]); Ex. 157 [OPCO_MDL_004595016] ([redacted]); Ex. 158 [OPCO_MDL_004595013] ([redacted]); Ex. 159 [OPCO_MDL_004590323] ([redacted]); Ex. 160 [OPCO_MDL_004590516] ([redacted]; Ex. 161 [OPCO_MDL_004590504] ([redacted]); Ex. 162 [OPCO_MDL_004590667] ([redacted]); Ex. 163 [OPCO_MDL_004590684] ([redacted]); Ex. 164 [OPCO_MDL_004590701] ([redacted]); Ex. 165 [OPCO_MDL_004740479] ([redacted]); Ex. 166 [OPCO_MDL_004590367] ([redacted]); Ex. 167 [OPCO_MDL_004591249] ([redacted]); Ex. 168 [OPCO_MDL_004591248] ([redacted]); Ex. 169 [OPCO_MDL_004590211] ([redacted]); Ex. 170 [OPCO_MDL_004590352] ([redacted]); Ex. 171 [OPCO_MDL_004590354] ([redacted]); Ex. 172 [OPCO_MDL_004590350] ([redacted]); Ex. 173 [OPCO_MDL_004591258] ([redacted]); Ex. 174 [OPCO_MDL_004597643] ([redacted]); Ex. 175 [OPCO_MDL_004591290] ([redacted]); Ex. 176 [OPCO_MDL_004591264] ([redacted]); Ex. 177 [OPCO_MDL_004591279] ([redacted].); Ex. 178 [OPCO_MDL_004591274] ([redacted].); Ex. 179 [OPCO_MDL_004591312] ([redacted]); Ex. 180 [OPCO_MDL_004591268] ([redacted]); Ex. 181 [OPCO_MDL_004591302] ([redacted]); Ex. 182 [OPCO_MDL_004591285] ([redacted]); Ex. 183 [OPCO_MDL_004590308] ([redacted]); *see also* Malackowski NYT-DNP Opening Rep. at Appendix F, Exhibit 4.1 ([redacted]).

148. OpenAI has entered licensing agreements that it calls Strategic Collaboration and Partnership Agreements with media publishers that provide for OpenAI's [redacted]

[redacted] ("Media Publisher Agreements" or "MPAs"). *See, e.g.*, Ex. 128 [Stamm Rebuttal Rep. at Appendix C, Ex. 1; Ex. 1; Ex. 152 [OPCO_MDL_004596337] ([redacted]); Ex. 151 [OPCO_MDL_004590440] ([redacted]); *see also* Malackowski NYT-DNP Opening Rep. at Appendix F, Exhibit 4.1 ([redacted]); Malackowski ZD Opening Rep. at p. 59-62, Appendix D, Exhibit 2.2.1.

149. [redacted]. *See* Ex. 128 [Stamm Rebuttal Report] at Appendix C, Ex. 1; Ex. 152 [OPCO_MDL_004596337] at 342 ([redacted]); Ex. 144 [OPCO_MDL_004590266] at 268 ([redacted]; Ex. 163 [OPCO_MDL_004590684] at 694-695 ([redacted]).

150. The licensed content under the MPAs [redacted]. *See, e.g.*, Ex. 145 [OPCO_MDL_004593243] at 243 ([redacted]); Ex. 147 [OPCO_MDL_004590330] at 330 ([redacted]).

151. Varun Shetty, Head of Media Partnerships at OpenAI, agreed [redacted] Ex. 136 [Shetty 30(b)(6) Depo. Tr.] at 15:5-9.

152. OpenAI has also entered at least [redacted] ("OpenAI Data Agreements"). *See, e.g.*, Ex. 173 [OPCO_MDL_004591258] ([redacted]); Ex. 176 [OPCO_MDL_004591264] ([redacted]); Ex. 182 [OPCO_MDL_004591285] ([redacted]); *see also* Malackowski NYT-DNP Opening Rep. at Appendix F, Exhibit 4.2 ([redacted]); Malackowski ZD Opening Rep. at Appendix D, Ex. 2.2.2.

153. OpenAI entered into a data use agreement [redacted]. Ex. 184 [OPCO_MDL_00459131].

154. OpenAI entered into a data use agreement [redacted] Ex. 185 [OPCO_MDL_004856310].

155. OpenAI entered into a data use agreement [redacted] Ex. 186 [OPCO_MDL_004749373].

156. OpenAI entered into a data use agreement [redacted] Ex. 167 [OPCO_MDL_004591249]; Ex. 168 [OPCO_MDL_004591248].

157. OpenAI entered into a data use agreement [redacted] Ex. 187 [OPCO_MDL_004627714].

158. OpenAI entered into a content license agreement with [redacted]. Ex. 176 [OPCO_MDL_004591264].

159. OpenAI entered into a master license agreement [redacted] Ex. 169 [OPCO_MDL_004590211].

160. OpenAI entered into a partnership agreement with [redacted] Ex. 154 [OPCO_MDL_004600925].

161. OpenAI entered into a content license agreement with [redacted] Ex. 177 [OPCO_MDL_004591279].

162. OpenAI entered into a content license agreement [redacted]. Ex. 178 [OPCO_MDL_004591274].

163. OpenAI entered into a content license agreement [redacted] Ex. 179 [OPCO_MDL_004591312].

164. OpenAI entered into a master services agreement with [redacted] Ex. 156 [OPCO_MDL_004590223].

165. OpenAI entered into a content license agreement [redacted] Ex. 180 [OPCO_MDL_004591268].

166. OpenAI entered into a dataset license agreement [redacted] Ex. 181 [OPCO_MDL_004591302].

167. OpenAI entered into a replication service agreement with [redacted] Ex. 175 [OPCO_MDL_004591290].

168. OpenAI entered into a data access agreement with [redacted] Ex. 182 [OPCO_MDL_004591285].

169. OpenAI entered into a data access agreement with [redacted] Ex. 173 [OPCO_MDL_004591258].

170. OpenAI entered into a strategic collaboration agreement with [redacted] Ex. 153 [OPCO_MDL_004591305].

171. OpenAI entered into a strategic collaboration agreement [redacted] Ex. 159 [OPCO_MDL_004590323].

172. OpenAI entered into a strategic collaboration agreement with [redacted] Ex. 150 [OPCO_MDL_004590356].

173. OpenAI entered into a strategic collaboration agreement with [redacted]. Ex. 145 [OPCO_MDL_004593243].

174. OpenAI entered into a strategic collaboration agreement with [redacted] Ex. 148 [OPCO_MDL_004590293].

175. OpenAI entered into a services and content partnership agreement [redacted] Ex. 183 [OPCO_MDL_004590308].

176. OpenAI entered into a strategic collaboration agreement with [redacted] Ex. 146 [OPCO_MDL_004590278].

177. OpenAI entered into a content services agreement with [redacted] Ex. 155 [OPCO_MDL_004590656].

178. OpenAI entered into a statement of work with [redacted] Ex. 188 [OPCO_MDL_004747415].

179. OpenAI entered into a service order with [redacted] Ex. 189 [OPCO_MDL_004837622].

180. OpenAI entered into a strategic collaboration agreement [redacted] Ex. 144 [OPCO_MDL_004590266].

181. OpenAI entered into a strategic collaboration agreement with [redacted] Ex. 166 [OPCO_MDL_004590367].

182. OpenAI entered into a strategic collaboration agreement with [redacted] Ex. 152 [OPCO_MDL_004596337].

183. OpenAI entered into a strategic collaboration agreement with [redacted] Ex. 149 [OPCO_MDL_004590340].

184. OpenAI entered into a strategic collaboration agreement with [redacted] Ex. 147 [OPCO_MDL_004590330].

185. OpenAI entered into a data access agreement with [redacted] Ex. 190 [OPCO_MDL_004740436].

186. OpenAI entered into a data access agreement with [redacted] Ex. 191 [OPCO_MDL_004661162].

187. OpenAI entered into a content supply & license with [redacted] Ex. 192 [OPCO_MDL_004740447].

188. OpenAI entered into a data access agreement with [redacted] Ex. 193 [OPCO_MDL_004749176].

189. OpenAI entered into a strategic collaboration agreement with [redacted] Ex. 151 [OPCO_MDL_004590440].

190. OpenAI entered into a content license agreement with [redacted] Ex. 194 [OPCO_MDL_004740495].

191. OpenAI entered into a collaboration agreement with [redacted] Ex. 160 [OPCO_MDL_004590516].

192. OpenAI entered into a collaboration agreement with [redacted] Ex. 161 [OPCO_MDL_004590504].

193. OpenAI entered into a data access agreement with [redacted] Ex. 195 [OPCO_MDL_004740468].

194. OpenAI entered into a master data services agreement with [redacted] Ex. 196 [OPCO_MDL_004740425].

195. OpenAI entered into a collaboration agreement with [redacted] Ex. 197 [OPCO_MDL_004651303].

196. OpenAI entered into a data access and collaboration agreement with [redacted] Ex. 162 [OPCO_MDL_004590667].

197. OpenAI entered into a collaboration agreement with [redacted] Ex. 163 [OPCO_MDL_004590684].

198. OpenAI entered into a data access agreement with [redacted] Ex. 198 [OPCO_MDL_004635153].

199. OpenAI entered into a data access agreement with [redacted] Ex. 199 [OPCO_MDL_004849973].

200. OpenAI entered into a collaboration agreement with [redacted] Ex. 164 [OPCO_MDL_004590701].

201. OpenAI entered into a content license agreement with [redacted] Ex. 200 [OPCO_MDL_004740461].

202. OpenAI entered into a strategic collaboration agreement with [redacted] Ex. 201 [OPCO_MDL_004661172].

203. OpenAI entered into a collaboration agreement with [redacted] Ex. 165 [OPCO_MDL_004740479].

204. OpenAI entered into a collaboration agreement with [redacted] Ex. 202 [OPCO_MDL_004749357].

205. OpenAI entered into a data access agreement with [redacted] Ex. 203 [OPCO_MDL_004856032].

206. OpenAI entered into a data access agreement with [redacted] Ex. 204 [OPCO_MDL_004856018].

207. **Microsoft's Executed Agreements:** Microsoft has entered data access and content access agreements with at least [redacted] granting Microsoft certain rights to content [redacted]. *See* Ex. 205 [MSFT_AI_MDL_002204111] ([redacted]); Ex. 206 [MSFT_AI_MDL_001432313] ([redacted]); Ex. 207 [MSFT_AI_MDL_002775289] ([redacted].); Ex. 208 [MSFT_AI_MDL_001286683] ([redacted]); Ex. 209 [MSFT_AI_MDL_001286653] ([redacted]); Ex. 210 [MSFT_AI_MDL_001286669] ([redacted]); Ex. 211 [MSFT_AI_MDL_001286883] ([redacted]); Ex. 212 [MSFT_AI_MDL_001286879] ([redacted] Ex. 213 [MSFT_AI_MDL_001286952] ([redacted])); Ex. 214 [MSFT_AI_MDL_001286828] ([redacted]); Ex. 215 [MSFT_AI_MDL_001286839] ([redacted]); Ex. 216 [MSFT_AI_MDL_001286869] ([redacted]); Ex. 217 [MSFT_AI_MDL_001286896] ([redacted]; Ex. 543 [MSFT_AI_MDL_001286894] ([redacted]); Ex. 218 [MSFT_AI_MDL_001286905] ([redacted]);

Ex. 219 [MSFT_AI_MDL_001286908] ([redacted]); Ex. 220 [MSFT_AI_MDL_001286918] ([redacted]); Ex. 221 [MSFT_AI_MDL_001286944] ([redacted]); Malackowski NYT-DNP Opening Rep. at Appendix F, Exhibit 5.1 (chart summarizing these agreements).

208. Microsoft has also entered AI-Generated Content and Display License Agreements with [redacted], which granted Microsoft rights to the licensed content [redacted]. Ex. 222 [MSFT_AI_MDL_002881548] ([redacted].); Ex. 223 [MSFT_AI_MDL_002881558] ([redacted].); Ex. 224 [MSFT_AI_MDL_002881569] ([redacted]); Malackowski NYT-DNP Opening Rep. at Appendix F, Exhibit 5.1, Appendix G, Section 2.3.

209. Microsoft has thus far paid [redacted] for access to licensed content [redacted]. *See* Ex. 205 [MSFT_AI_MDL_002204111] ([redacted]); Ex. 211 [MSFT_AI_MDL_001286883] ([redacted]); Ex. 216 [MSFT_AI_MDL_001286869] ([redacted]); Ex. 222 [MSFT_AI_MDL_002881548] ([redacted].).

210. Microsoft entered into a data access and delivery agreement [redacted] Ex. 211 [MSFT_AI_MDL_001286883].

211. Microsoft entered into a data access and delivery agreement with [redacted] Ex. 217 [MSFT_AI_MDL_001286896].

212. Microsoft entered into a data access and delivery agreement with [redacted] Ex. 218 [MSFT_AI_MDL_001286905].

213. Microsoft entered into a data access and delivery agreement with [redacted] Ex. 221 [MSFT_AI_MDL_001286944].

214. Microsoft entered into a data access and delivery agreement with [redacted] Ex. 216 [MSFT_AI_MDL_001286869].

215. Microsoft entered into a data access and delivery agreement with [redacted] Ex. 205 [MSFT_AI_MDL_002204111].

216. Microsoft entered into a data access and delivery agreement with [redacted] Ex. 219 [MSFT_AI_MDL_001286908].

217. Microsoft entered into a data access and delivery agreement [redacted] Ex. 210 [MSFT_AI_MDL_001286669].

218. Microsoft entered into a data access and delivery agreement with [redacted] Ex. 214 [MSFT_AI_MDL_001286828].

219. Microsoft entered into an AI experiences license and premium content access agreement with [redacted]. Ex. 206 [MSFT_AI_MDL_001432313].

220. Microsoft entered into a content access and delivery agreement with [redacted] Ex. 215 [MSFT_AI_MDL_001286839].

221. Microsoft entered into a content access and delivery agreement with [redacted] Ex. 220 [MSFT_AI_MDL_001286918].

222. Microsoft entered into a content access and delivery agreement with [redacted] Ex. 207 [MSFT_AI_MDL_002775289].

223. Microsoft entered into a data access and delivery agreement with [redacted] Ex. 208 [MSFT_AI_MDL_001286683].

224. Microsoft entered into a content access and delivery agreement with [redacted]. Ex. 209 [MSFT_AI_MDL_001286653].

225. Microsoft entered into an AI generated content and display license agreement with [redacted]. Ex. 223 [MSFT _AI_MDL_002881558].

226. Microsoft entered into an AI generated content and display license agreement with [redacted]. Ex. 224 [MSFT AI_MDL_002881569].

227. Microsoft entered into an AI generated content and display license agreement with [redacted]. Ex. 222 [MSFT _AI_MDL_002881548].

228. Microsoft entered into a content access and delivery agreement with [redacted] Ex. 213 [MSFT_AI_MDL_001286952].

229. **<u>The Times's Executed GenAI Licensing Agreement</u>:** On April 25, 2025, The Times and Amazon.Com Services LLC ("Amazon") entered into a "Content License and Services Agreement," whereby The Times granted Amazon a license to use its content (including The Times's collection of archived and real-time content) for training, grounding, and display in Amazon products, and research (the "Times-Amazon Agreement"). Ex. 228 [NYT_00890201] at 102, 204.

230. [redacted] Ex. 228 [NYT_00890201] at 201.

231. [redacted] Ex. 228 [NYT_00890201] at 201, 203, 218.

232. [redacted] Ex. 228 [NYT_00890201] at 201.

233. [redacted]. Ex. 228 [NYT_00890201] at 205, 207, 208, 210.

234. **<u>The Times's GenAI Licensing Negotiations</u>:** [redacted] Ex. 229 [Felix Depo. Ex. 137] [NYT_00468323]; Ex. 230 [Felix Depo. Tr.] at 312:17-314:21; Ex. 231 [Lightcap 30(b)(1) Depo. Ex. 17] [OPCO_MDL_004419618]; Ex. 232 [Lightcap 30(b)(1) Depo. Ex. 18] [OPCO_MDL_004419803].

235. [redacted]

236. [redacted] Ex. 234 [Russell 30(b)(6) Depo. Tr.] at 221:19-228:20.

237. [redacted] Ex. 137 [MSFT_AI_MDL_000678077] at 079.

238. [redacted] Ex. 235 [MSFT_AI_MDL_000229826] at 830 (Brayton requested answers to the following: "Is MS currently accessing (through crawling, scraping or otherwise) any NYT platforms (including its websites and mobile applications) for AI training or any related purpose? If so, please explain how."; "Is MS currently copying or otherwise using any NYT content from any source for AI training or any related purpose? If so, please explain how."; "Has MS engaged in the activities above in the past? If so, please provide details.").

239. [redacted] 137. Ex. 137 [MSFT_AI_MDL_000678077] at 077.

240. [redacted] Ex. 137 [MSFT_AI_MDL_000678077] at 078.

241. [redacted] Ex. 137 [MSFT_AI_MDL_000678077] at 078.

242. [redacted] Ex. 137 [MSFT_AI_MDL_000678077] at 078.

243. ***Daily News* Plaintiffs' Executed Agreements:** Daily News Plaintiffs have never entered into a license agreement permitting their content to be used for LLM model training or grounding. Ex. 17 [Pine Feb. 4, 2026 Depo. Tr.] at 213:7-10; Ex. 74 [Chicago Tribune's Fourth Supplemental Responses to OpenAI Second Set of Interrogatories] at No. 3; Ex. 237 [New York Daily News' Fourth Supplemental Responses to OpenAI Second Set of Interrogatories] at No. 3; Ex. 238 [Orlando Sentinel Fourth Supplemental Responses to OpenAI Second Set of Interrogatories] at No. 3; Ex. 77 [Sun Sentinel's Fourth Supplemental Responses to OpenAI Second Set of Interrogatories] at No. 3; Ex. 240 [Denver Post's Fifth Supplemental Responses to OpenAI Second Set of Interrogatories] at No. 3; Ex. 241 [Pioneer Press's Fifth Supplemental Responses to OpenAI Second Set of Interrogatories] at No. 3; Ex. 242 [Mercury News's Fifth Supplemental Responses to OpenAI Second Set of Interrogatories] at No. 3; Ex. 243 [Orange County Register's Fifth Supplemental Responses to OpenAI Second Set of Interrogatories] at No. 3.

244. **Ziff Davis Plaintiffs' Executed GenAI Licensing Agreements:** To date, Ziff Davis has entered into AI-related content license agreements with two companies, [redacted], each consisting of limited use and/or scope grants with defined, non-renewing terms. Ex. 49 [Oh Feb. 24, 2026 30(b)(6) Depo. Tr.] at 40:11-41:22, 42:23-44:4; Oh Decl. ¶ 28; Ex. 125 [ZD0492278]; Ex. 126 [ZD0447957].

245. In addition to its license agreements, Ziff Davis utilizes TollBit, a platform that allows AI bots and data scrapers to pay websites directly to license content for real-time AI retrieval at rates set by Ziff Davis. Ex. 49 [Oh Feb. 24, 2026 30(b)(6) Depo. Tr.] at 43:10-23; Ex. 244 ["Frequently asked questions and answers," TollBit], available at https://tollbit.com/faqs/.

246. In 2023 and 2024, Ziff Davis and OpenAI engaged in preliminary conversations about potential partnerships through which OpenAI could license Ziff Davis content, but those conversations proved unfruitful. Ex. 136 [Varun Shetty 30(b)(6) Depo.] at 145:13-150:22; Ex. 245 [Oh Depo. Tr] at 59:6-63:15; Ex. 233 [Lightcap 30(b)(1) Depo. Tr.] at 177:10–179:25; Ex. 247 [OPCO_MDL_004660264]; Ex. 248 [ZD0011967]; Ex. 249 [OPCO_MDL_004746029].

247. **Amazon Data Services Agreements:** Amazon has entered [redacted] Malackowski NYT-DNP Opening Rep. at Appendix F, Exhibit 8.1.

248. [redacted]. Malackowski NYT-DNP Opening Rep. at Appendix F, Exhibit 8.1.

249. [redacted] Ex. 128 [Stamm Rebuttal Rep.] at ¶ 299; Ex. 129 [Stamm ZD Rebuttal Rep.] at ¶ 258.

250. [redacted] Ex. 250 [AMAZ_OPENAI_00000476] at -477.

251. [redacted]. Ex. 251 [AMAZ_OPENAI_00000421] at -423.

252. [redacted]. Ex. 252 [AMAZ_OPENAI_00000312] at -313.

253. [redacted] Ex. 253 [AMAZ_OPENAI_00000523] at -524.

254. [redacted] Ex. 254 [AMAZ_OPENAI_00000553] - 555.

255. [redacted]. Ex. 255 [AMAZ_OPENAI_00000515] at -516.

256. [redacted]. Ex. 256 [AMAZ_OPENAI_00000322] at -323.

257. [redacted] Ex. 257 [AMAZ_OPENAI_00000466] at -467.

258. [redacted] Ex. 258 [AMAZ_OPENAI_00000351] at -353.

259. [redacted] Ex. 259 [AMAZ_OPENAI_00000490] at -492.

260. [redacted]. Ex. 260 [AMAZ_OPENAI_00000291] at -292.

261. [redacted] Ex. 261 [AMAZ_OPENAI_00000572] – at -573.

262. [redacted] Ex. 262 [AMAZ_OPENAI_00000505] at -506.

263. [redacted] Ex. 263 [AMAZ_OPENAI_00000387] at -389.

264. [redacted]. Ex. 264 [AMAZ_OPENAI_00000531] at 532-33.

265. [redacted]. Ex. 265 [AMAZ_OPENAI_00000300] at -301.

266. [redacted] Ex. 266 [AMAZ_OPENAI_00000434] at -435.

267. [redacted]. Ex. 228 [NYT_00890201] at -204.

268. [redacted] Ex. 267 [AMAZ_OPENAI_00000367] at -368.

269. [redacted] Ex. 268 [AMAZ_OPENAI_00000543] at -544.

270. [redacted]. Ex. 269 [AMAZ_OPENAI_00000378] at 379.

271. [redacted] Ex. 270 [AMAZ_OPENAI_00000457] at -458.

272. [redacted]. Ex. 271 [AMAZ_OPENAI_00000332] at -333.

273. [redacted]. Ex. 272 [AMAZ_OPENAI_00000341] at -342.

274. **Additional Publicly Announced GenAI Agreements**: According to public announcements, other companies providing Generative AI tools, including Google, Meta, Perplexity, ProRata.ai, and Mistral AI, have entered agreements with content creators, including The Associated Press, The Atlantic, Axios, The Financial Times, The Guardian, Time, and Reuters, to use their content in connection with generative AI technology. Ex. 273 ["AI content licensing lessons from Factiva and TIME," Digital Content Next, March 6, 2025, https://digitalcontentnext.org/blog/2025/03/06/ai-content-licensing-lessons-from-factiva-and-time/]; Ex. 274 [Deck, Andrew, "AI search engine Perplexity launches revenue sharing with six news publishers," NiemanLab, July 30, 2024, https://www.niemanlab.org/2024/07/perplexity-ai-search-engine-launches-revenue-sharing-with-six-news-publishers/]; Ex. 275 [Wigger, Kyle, "Perplexity expands its publisher program," *TechCrunch*, December 5, 2024, https://techcrunch.com/2024/12/05/perplexity-expands-its-publisher-program/]; Ex. 276 ["ProRata Announces Gist.ai, New AI Search Engine Based Entirely on High-Quality Licensed Content," *Business Wire*, December 9, 2024,

https://www.businesswire.com/news/home/20241209071998/en/ProRata-Announces-Gist.ai-New-AI-Search-Engine-Based-Entirely-on-High-Quality-Licensed-Content]; Ex. 277 [Quigley, Sam, "News/Media Alliance Announces AI Licensing Partnership with ProRata," News/Media Alliance, March 26, 2025, https://www.newsmediaalliance.org/prorata-licensing-partnership/]; Ex. 278 ["AI Licensing by AI Companies," https://copyrightalliance.org/artificial-intelligence-copyright/licensing/ai-companies/]; Ex. 279 [Guaglione, Sara, "Boston Globe, Future, Vox Media join ProRata's generative AI licensing model," *Digiday*, June 6, 2025,https://digiday.com/media/boston-globe-future-vox-media-join-proratas-generative-ai-licensing-model/]; Ex. 280 [Purcell, Scott, "Man of Many Partners with ProRata.AI to Champion Fair Publisher Compensation & Attribution in the Age of AI," June 24, 2025, https://advertise.manofmany.com/blog/prorata-ai/]; Ex. 281 ["Partnering with ProRata to explore a fair model for AI content use," September 9, 2025, https://raptive.com/blog/partnering-with-prorata-to-explore-a-fair-model-for-ai-content-use/]; Ex. 282 ["CherryRoad® Media to Empower Local Communities with Hyper-Local AI Search Powered by Gist Answers," PR Newswire, September 11, 2025, https://www.prnewswire.com/news-releases/cherryroad-media-to-empower-local-communities-with-hyper-local-ai-search-powered-by-gist-answers-302553993.html?tc=eml_cleartime]. *See also* Malackowski NYT-DNP Opening Rep. at Appendix F, Exhibit 9.0 (chart summarizing these publicly announced agreements).

275. Numerous companies have also emerged within the artificial intelligence data and content license ecosystem aimed at connecting content creators and publishers with AI companies to monetize digital data. *See, e.g.,* Ex. 244 ["Frequently asked questions and answers," *Tollbit, Inc.*, https://tollbit.com/faqs/]; Ex. 283 [Porter Anderson, "CCC Announces a Collective Licensing Subscription for AI Systems," *Publishing Perspectives*, July 16, 2024,

https://publishingperspectives.com/2024/07/ccc-announces-a-collective-licensing-subscription-for-ai-systems/]; Ex. 284 [Will Allen, *et al.*, "Introducing pay per crawl: Enabling content owners to charge AI crawlers for access," *Cloudflare, Inc.*, July 1, 2025, https://blog.cloudflare.com/introducing-pay-per-crawl/].

276. ProRata's technology allows AI platforms to "attribute contributing content sources and share revenues pro rata 50/50 on a per-use basis, protecting and rewarding creators while helping to prevent unreliable content from compromising AI answer results." Ex. 285 ["ProRata Invents Generative AI Attribution Technology to Compensate and Credit Content Owners While Facilitating Fairness and Fact," *BusinessWire*, August 6, 2024, https://www.businesswire.com/news/home/20240806000889/en/ProRata-Invents-Generative-AI-Attribution-Technology-to-Compensate-and-Credit-Content-Owners-While-Facilitating-Fairness-and-Fact].

277. ProRata's website states that over 1,000 publications and content creators have partnered with them. Ex. 286 [https://prorata.ai/].

278. ScalePost's platform facilitates partnerships between content owners and AI companies by helping content owners monetize their content with AI companies through premium licensing opportunities. Ex. 287 ["AI Visibility," *ScalePost*, https://web.archive.org/web/20251116101520/https://www.scalepost.ai/]; Ex. 288 ["AI Content Licensing: Startups Ensure Compensation When AI Consumes Your Creativity," *OpenTools*, https://opentools.ai/news/ai-content-licensing-startups-ensure-compensation-when-ai-consumes-your-creativity]; Ex. 289 ["ScalePost – About us," *Paraform*, https://www.paraform.com/company/scalepost].

279. Human Native AI is a startup building a marketplace to broker deals between companies building large language models and parties who are willing to license data to them, helping AI companies to find data to train their models on while ensuring rights holders opt in and are compensated. Ex. 290 [Rebecca Szkutak, "Deal Dive: Human Native AI is building the marketplace for AI training licensing deals," *TechCrunch*, June 8, 2024, https://techcrunch.com/2024/06/08/deal-dive-human-native-ai-is-building-the-marketplace-for-ai-training-licensing-deals/]; Ex. 291 ["Two former Google employees, James Smith and Ani Attamian, discuss data licensing," *All About Digital Publishing*, https://all-about-digital-publishing.com/en/1/human-native-ai].

280. Human Native AI was acquired by Cloudflare in January 2026, which announced in a press release that: "The acquisition will make it easier and faster for AI developers to discover and access the content they need, and in turn help creators and publishers optimize how their data can be surfaced to AI companies willing to pay." Ex. 292 ["Cloudflare Strengthens Content Offering to AI Companies with Acquisition of Human Native," Cloudflare (Jan. 15, 2026), https://www.cloudflare.com/press/press-releases/2026/cloudflare-strengthens-content-offering-to-ai-companies-with-acquisition-of-human-native/].

281. TollBit is a two-sided marketplace for publishers and AI companies that brings together companies with openly accessible websites whose data are vulnerable to scraping (such as publishers, sites with user-generated content, and sites that allow end users to take action like e-commerce sites) and AI companies who scrape data in order to allow the AI companies to pay site owners directly for use of data. Ex. 244 ["Frequently asked questions and answers," *Tollbit, Inc*., https://tollbit.com/faqs/].

282. Copyright Clearance Center ("CCC") is a copyright licensing intermediary that announced in July 2024 a collective licensing approach for content usage in internal AI systems, based on a subscription model that would offer rights to use copyrighted works internally, such as for training, and publishers involved in the license would be paid in royalties in exchange for use of their works. Ex. 283 [Porter Anderson, "CCC Announces a Collective Licensing Subscription for AI Systems," *Publishing Perspectives*, July 16, 2024, https://publishingperspectives.com/2024/07/ccc-announces-a-collective-licensing-subscription-for-ai-systems/]; Ex. 293 ["CCC (Copyright Clearance Center) Expands Annual Copyright License for Higher Education to Include Internal-Use Reuse Rights," Globe Newswire (May 6, 2026), https://www.globenewswire.com/news-release/2026/05/06/3288897/0/en/ccc-copyright-clearance-center-expands-annual-copyright-license-for-higher-education-to-include-internal-use-ai-reuse-rights.html] (announcing in May 2026 that CCC expanded its Annual Copyright License for Higher Education to include internal-use AI reuse rights, to address the growing use of AI across higher education in the U.S.).

283. In June 2024, Dappier announced its launch of a marketplace for publishers to sell content to large language model builders, in which publishers can set a price for using their content in AI model training. Ex. 294 [Ron Miller, "Dappier is building a marketplace for publishers to sell their content to LLM builders," *TechCrunch*, June 26, 2024, https://techcrunch.com/2024/06/26/dappier-is-building-a-marketplace-for-publishers-to-sell-their-content-to-llm-builders/].

284. Defined.ai is a marketplace for AI training data in which companies can purchase high-quality and ethically sourced datasets (including speech & audio, image & video, and text)

to train AI models. Ex. 295 ["About us," *Defined.AI*, https://defined.ai/about-us]; Ex. 296 ["Partner with the Leading AI Marketplace," *Defined.ai*, https://defined.ai/partnerships].

285. Goodrights describes itself as "a boutique agency specialized in brokering partnerships between intellectual property owners and today's leading artificial intelligence companies" and "experts in usage rights, licensing, AI model training, video supply chain, and IP software solutions." Ex. 297 ["Forming partnerships where content meets technology," *Goodrights*, https://www.goodrights.com/about].

286. Valyu hosts a licensing platform for content owners to contribute to for their data to be distributed through Valyu's platform for AI agents and apps to search and retrieve information from, and every time a content owner's content is pulled into an AI or agent as grounding, citation, or context, the content owner gets paid. Ex. 298 ["Valyu," *Pitchbook*, https://pitchbook.com/profiles/company/592911-01].

287. Cloudflare offers an AI licensing initiative called "Pay Per Crawl" to allow content owners to charge AI crawlers for accessing their content, and the publisher or domain owner has full control over their monetization strategy and can define their own pricing for access. Ex. 284 [Will Allen, *et.al.*, "Introducing pay per crawl: Enabling content owners to charge AI crawlers for access," *Cloudflare, Inc.*, July 1, 2025, https://blog.cloudflare.com/introducing-pay-per-crawl/].

288. Credtent maintains an Independent Creative Registry that "orchestrates connections" between creators and AI industries and it allows creators to earn money licensing their creative work or to opt-out from all AI tools across the industry for a low price or for free. Ex. 299 [DNP-00535857] at -857; Ex. 300 [DNP-00535858] at -875.

289. Calliope Networks aggregates audiovisual content, including movies, TV series, news, etc., for licensing by generative AI companies for model training, and it highlights its

"License to Scrape" model, a voluntary collective license, that enables creators on YouTube and other platforms to have control over content. Ex. 301 ["Calliope Networks," *Calliope Networks*, https://calliopenetworks.ai/].

290. Personal Digital Spaces is a software development platform that enables application developers to easily include blockchain-powered functionality to allow data to be titled with user ownership and licensed for sharing, viewing, or other uses. Ex. 302 ["Turn Your Data Into Assets (Responsibly)," *Personal Digital Spaces*, https://www.personaldigitalspaces.com/].

291. The Dataset Providers Alliance (DPA) is a group of AI data licensing providers and intellectual property owners (including those who specialize in music, voice, text, video, and images) which "advocates for the interests of rights holders and works to create a sustainable and equitable ecosystem for the licensing of intellectual property content in the AI and ML industries." Ex. 303 ["About DPA Dataset Providers Alliance," *DPA*, https://www.thedpa.ai/].

292. The Really Simple Licensing ("RSL") is an "open standard that lets publishers define machine-readable licensing terms for their content, including attribution, pay per crawl, and pay per inference compensation," aiming to automate the process to eliminate manual negotiations and integrations, enter into collective licensing terms with other content owners, and allow for standardization and secure encrypted transfer of licensable digital assets. Ex. 304 ["RSL Really Simple Licensing," *RSL*, https://rslstandard.org/].

293. In July 2024, Perplexity announced a Publishers Program through which media partners will be compensated through a revenue share program. Ex. 306 [Guaglione, Sara, "How Perplexity calculates publishers' share of ad revenue," Digiday, December 17, 2024, https://digiday.com/media/how-perplexity-calculates-publishers-share-of-ad-revenue/]; Ex. 307 [Bruell, Alexandra, "New York Times to Bezos-Backed AI Startup: Stop Using Our Stuff ," *The*

*Wall Street Journal*, October 15, 2024, https://www.wsj.com/business/media/new-york-times-to-bezos-backed-ai-startup-stop-using-our-stuff-20faf2eb].

294. In February 2026, Microsoft announced the "Microsoft Publisher Content Marketplace" which "creates a transparent value exchange between publishers and AI builders—supporting licensed access to premium content while preserving publisher control, independence, and sustainable revenue." Ex. 308 [Tim Frank, "Building Toward a Sustainable Content Economy for the Agentic Web," https://about.ads.microsoft.com/en/blog/post/february-2026/building-toward-a-sustainable-content-economy-for-the-agentic-web].

**E. News Plaintiffs' Ownership of Asserted Works**

**1. The New York Times**

295. The Times has published over ten million copyrighted written works from the relevant time period of 1928-2024. Dkt. 1, *The New York Times Company v. Microsoft Corp. et al.*, No., 1:34-cv-11195-SHS-OTW (S.D.N.Y.) (The Times's Complaint Exhibits A-I, K (the original list of Asserted Works)); Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 216:20-217:2 (original list of works was ten million).

296. The Times moves for summary judgment on 964,888 works (the "Times Asserted Works") identified, along with relevant ownership data, in Rule 1006 summaries attached as Ex. A to the declaration of Jennifer Maisel filed herewith. Times Rule 1006 Summaries.

297. Each Times Asserted Work has a corresponding copyright registration with a copyright registration number. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 32:13-19 ("The Times has copyright registrations for all the works it's asserting in this case."); Times Rule 1006 Summaries at Column entitled "Copyright Registration Number" (listing registration number for each Times Asserted Work).

298. The Times has produced copyright registration certificates for Times Asserted Works from April 1928-2024, the validity of which have not been challenged. *See* Ex. 312 [NYT_00000001 – NYT_00020143; NYT_00146890 – NYT_00147431; NYT_00186429 – NYT_00191175; NYT_00218808 – NYT_00264891; NYT_00420950 – NYT_00420951].

299. The Times owns collective work registrations for its print newspapers and, for certain years, its website. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 38:21-39:10.

300. Currently the website, nytimes.com, is registered on an ongoing basis as a dynamic news site. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 38:21-39:10.

301. The Times registers one version of its print publication per day—the late edition. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 43:1-5.

302. The late edition might include additional content that was not included in the early edition. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 51:7-12.

303. Prior to 2015, The Times's print and online articles were the same. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 49:12-50:19.

304. After 2015, the Times print and online articles are substantially similar, but they may (or may not) have small changes. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 49:12-50:19.

305. In addition to identifying copyright registration numbers for each Times Asserted Work, The Times did additional diligence to bolster ownership of each Times Asserted Work. The Times Rule 1006 Summaries reflect that additional diligence and categorize the Times Asserted Works as set forth in the columns listed below:

| **Column Title** | **Explanation** |
|---|---|
| Digital Date | For works 1996-2024, this is the date the article was published online. For works published prior to January 1996, this is the date the original article was published in print. |
| Print Date | Date the article was published in print. |

| | |
|---|---|
| URL | URL to article |
| Headline | Headline of article |
| Byline | Byline (if any) of article |
| Registration Effective Date (or Secondary) | Date copyright registration effective, (or date later copyright registration effective, if any) |
| Registration Number (or Secondary or Tertiary Registration Number) | Copyright registration number (or later copyright registration numbers, if any) |
| Rights Category | Category of additional ownership evidence:<br><br>1. Staff: Article has an individual author byline that matches produced staff list(s) (identified in "Source" column). *See* 56.1 ¶ 306-309.<br>2. NYT Institutional Byline: Article has an "institutional byline" that indicates Times ownership. *See* 56.1 ¶¶ 313-314.<br>3. Article Type: Article has an empty byline *and* is of a type identified as historically staff-written. *See* 56.1 ¶ 315.<br>4. Pre-1978 Freelancer: Article has an author byline, was published before l978 (the effective date of the 1976 Copyright Act), and was commissioned by/ at the instance and expense of The Times. *See* 56.1 ¶ 312.<br>5. Post-1978 Freelancer: Article has an author byline, was published after the 1976 Copyright Act took effect, and was written pursuant to a contract with a work-for-hire provision/assignment to The Times, as shown by a produced freelance list and/or contract (identified in "Source" column). *See* 56.1 ¶¶ 310-311. |
| Work-for-Hire | "Yes" denotes that the article was a "work-for-hire" article, and is therefore owned by The Times, because it is either:<br>1. Pre-1978 freelance commissioned by and written at instance and expense of The Times;<br>2. Post-1978 freelance written pursuant to a work-for-hire (WFH) provision; or<br>3. Written by staff of NYT.<br>All Asserted Works fall into one of these categories, so all Asserted Works are marked "Yes." |
| Employee | "Yes" denotes that the article was written by a Times staff member and is therefore owned by The Times. |
| Commission | "Yes" denotes that The Times commissioned the article under a "work-for-hire" arrangement, either because it was written (a) at the instance and expense of The Times (pre-1978) or (b) pursuant to a freelancer contract with a work-for-hire provision (post-1978). |

| | |
|---|---|
| Assignment | "Yes" denotes that the article was written pursuant to a contract with an express assignment clause to The Times. |
| Source | Source of additional evidence of ownership beyond copyright registration:<br><br>1. Staff List = matched to name in a produced staff list identified in the Source column. *See* 56.1 ¶¶ 306-309.<br>2. Freelance List = matched to a standard freelance work-for-hire contract template based on a list exported from PACT and/or matched to a specific freelance work-for-hire contract (bates # identified). *See* 56.1 ¶¶ 310-311.<br>3. Witness = additional ownership evidence provided by a witness and/or other produced documents (e.g., institutional byline, article type, or pre-1978 freelance contract). *See* 56.1 ¶¶ 312-315. |
| Number of Training Data Records Matched to Work | Identifies the number of OpenAI training data records that met Dr. Goldstein's matching criteria (coverage score and shared 16-gram) for the given Asserted Work. |
| Best Coverage Score | Of the training data records that met Dr. Goldstein's matching criteria, identifies the best (highest) coverage score between the Asserted Work and the training data record. |
| Link to Comparison Between Asserted Work Text and Best-Matched Training Data Record | For the training data record having the best (highest) coverage score, links to a side-by-side PDF comparing the Asserted Work and the training data record. Spans of 4 or more consecutive words that are common between the Asserted Work and the training data record are shown in red. |
| Link to Asserted Work Text | Links to the text of the Asserted Work. |
| Link to Best-Matched Training Data Record | Links to the text of the training data record having the best (highest) coverage score. |
| Asserted Work Included in [model] Training Data | Identifies whether the Asserted Work is included in a training data set used to train [model], for [model] = GPT-2, GPT-3, GPT-3.5, GPT-3.5-turbo, GPT-4, GPT-4-turbo, GPT-4o, and GPT-4o-mini. |
| Best Coverage for [model] in Training Data | Identifies the best (highest) coverage score for the Asserted Work among the training data sets used to train [model], for [model] = GPT-2, GPT-3, GPT-3.5, GPT-3.5-turbo, GPT-4, GPT-4-turbo, GPT-4o, and GPT-4o-mini. |
| Asserted Work Included in **[dataset]** | Identifies whether the Asserted Work is included in **[dataset]**, for **[dataset]** = Giraffe, WebText2, Project Mango, and Common Crawl Derived Dataset. |
| Best Coverage for **[dataset]** | Identifies the best (highest) coverage score for the Asserted Work in **[dataset]**, for **[dataset]** = Giraffe, WebText2, Project Mango, and Common Crawl Derived Dataset. |

Maisel Declaration ¶ 6.

306. 679,240 Times Asserted Works fall in the "Staff" rights category. These works have author bylines that have been matched to a Times record of staff members, produced from a Times database—either the PACT database or the Workday database—showing that the article was authored by a member of The Times's staff. *See* Times SJ Rule 1006 summaries. The staff lists are maintained in the ordinary course of business by The Times, and they were collected by Times employees and produced in this case. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 27:22-28:4, 130:1-132:25; Ex. 313 [Procas Depo. Ex. 3] at 6; Ex. 314 [NYT_01073941] (Workday Staff List); Ex. 315 [NYT_01018154] (PACT Staff List).

307. The Staff list produced at NYT_01073941 is a list of Times employees and dates of employment exported from the Times's current HR database Workday. Ex. 314 [NYT_01073941] (Workday Staff List); Declaration of Louise McKenna ("McKenna Decl.") Decl. ¶¶ 4-8. The information reflected in NYT_01073941 is maintained by The Times in the ordinary course of business and stored in the Workday database. *Id.* The information was extracted in the format in which Workday maintains and exports that data. *Id.*

308. The Staff list produced at NYT_01018154 is a list of Times employee names and dates of employment from The Times's PACT contract database, which is maintained by The Times corporate records department. Ex. 315 [NYT_01018154] (PACT Staff List); Declaration of Jeffrey Sisson ("Sisson Decl.") Decl. ¶¶ 4-5; Louise McKenna Decl. ¶ 9. That information is maintained by The Times in the ordinary course of business and stored in the PACT database and was extracted in the standard format for the PACT database. Jeffrey Sisson Decl. ¶ 5.

309. The Staff list that matches the byline in the Times Asserted Works is listed in the "Source" column. *See* Times SJ Rule 1006 summaries.

310. 168,366 Times Asserted Works fall in the "Post-1978 Freelance" rights category. *See* Ex. 313 [Procas Depo. Ex. 3] at 3-4; *see* Times SJ Rule 1006 summaries at Rights Category column. These works have author bylines that have been matched to a standard freelance contract agreement with The Times stating that the article was work-for-hire and, thus, assigning The Times right, title, interest, and copyright in and to the article. Ex. 316 [NYT_01037251] (News Template); Ex. 317 [NYT_01037185] (Magazine Templates). The Times rolled out freelance contracts broadly in the 1990s, with a focus "on ensuring that The Times received ownership in their works that is published." Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 145:4-10.

311. The Times maintains its freelance contract records in the ordinary course of business in the PACT database. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 103:3-8. NYT_01017917 is an export from the PACT database that lists freelancer names, dates, and the type of freelance contract they had. Ex. 318 [NYT_01017917]; Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 139:1-25; Jeffrey Sisson Decl. ¶¶ 6-11. Some "Post-1978 Freelance" works are matched to specific freelance contracts that were collected from the PACT database. Ex. 319 [Compilation of Freelance Contracts in Bates Range NYT_00167195-NYT_00678326] (Freelance Contracts).

312. 11,617 Times Asserted Works fall in the "Pre-1978 Freelance" category. *See* Ex. 313 [Procas Depo. Ex. 3] at 4; Times Rule 1006 Summaries at Right Category column. These works have author bylines and were written prior to 1978, when the 1976 Copyright Act took effect. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 31:12-19, 68:11-71:18. The "Source" for this category of works is "Witness" and, specifically, the testimony of 30(b)(6) witness Simone Procas that "prior to the 1976 Copyright Act coming into effect which was January 1, 1978....[w]hen The New York Times commissioned works from freelancers at its instance and expense and registered those works under the name of The New York Times Company under our copyright notice, there

is case law that makes clear that those works are owned by the publisher in the absence of a contract expressly reserving copyright to the creator or the freelance writer in this case, and in the absence of a copyright notice, in the name of the freelance author." Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 71:1-16; Ex. 313 [Procas Depo. Ex. 3] at 4; Times Rule 1006 Summaries. This category includes articles with an author byline that could not be matched to a staff record, including because The Times's staff records from prior to the 1950s are incomplete. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 28:23-29:7. Thus, certain Times Asserted Works in the pre-1978 Freelance category were likely written by staff. Regardless, The Times owns the Pre-1978 Freelance Articles under applicable law that articles commissioned by The Times and registered to The Times are owned by the Times.

313. 37,808 Times Asserted Works fall in the Rights Category "Institutional Bylines." *See* Ex. 313 [Procas Depo. Ex. 3] at 4-5; Times Rule 1006 Summaries at Rights Category column. These articles have an "institutional byline" sometimes with an author byline. The Times Style Book states: "The Times's credit style assumes that bylined articles are The Times's own, unless otherwise attributed in a credit line. Thus, bylined articles written by staff, stringers or contributors for The Times require no credit line." Ex. 320 [NYT_01017942] (excerpt from 2015 Times Style Book). Consistent with the Times Style Book's statement, articles bearing Times institutional bylines (rather than staff bylines) are historically written by a member of The Times staff. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 23:22-24:3.

314. Institutional bylines written by Times staff include: Special to The New York Times; Special Cable to The New York Times; Wireless to The New York Times; By Telephone to The New York Times; Navy Wireless to The New York Times; By Tropical Radio to The New York Times; By Mackay Radio to The New York Times; Special Correspondence The New York Times; From a Staff Correspondent; By Telegraph to the Editor of The New York Times; By Cable

to the Editor of The New York Times; By Air Mail to The New York Times; By Marconi Transatlantic Wireless Telegraph to The New York Times; Editorial Correspondence of the New York Times; By The New York Times; By The New York Times Staff; By {Name} NYT; By The New York Times Company; Copyright {Name} by The New York Times Company; Special Cablegram; By The International Herald Tribune; By The Metro Desk; By The Learning Network; By The Caucus Blog; By The New York Times Magazine. *See* Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 84:19-85:15; Ex. 313 [Procas Depo. Ex. 3] at 4; Ex. 544 [NYT_01017922] (1937 Times Style Book listing Times credit lines); Ex. 545 [NYT_01012432] at 435 (1956 Times Style Book listing Times credit lines); Ex. 546 [NYT_01017936] (1962 Times Style Book stating, "Datelined stories by New York Times reporters that appear in the daily paper carry the following centered agate credit line above the dateline: Special to The New York Times," and noting credits lines for "news agency dispatches" as "By The Associated Press, By Reuters, By United Press International, Dispatch of The Times, London").

315. 67,857 Times Asserted Works fall into the Rights Category "Article Type." Ex. 313 [Procas Depo. Ex. 3] at 4; Times Rule 1006 Summaries, at Rights Category column. These articles are non-bylined. "Copy without a byline, if written locally, is also assumed to be The Times's own and requires no credit." Ex. 320 [NYT_01017942] (excerpt from 2015 Times Style Book). Examples of non-bylined article types reflected in the Asserted Works include: Business News; Corrections; Editorial Board; Obituary; Other Short Article; Real Estate Brief; Referral; Wedding/Engagement Announcements. Ex. 313 [Procas Depo. Ex. 3]; Ex. 321 [NYT_01012376] at 404 (1926 Times Style Book with style guidelines for Real Estate); Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 97:14-98:3 (discussing Corrections), 124:3-126:5; Ex. 322 [NYT_01017921] (excerpt from 1933 Times Style Book discussing style for "Anniversaries, Births, Engagements,

Marriages, Memorials and Unveilings" and "Deaths"); Ex. 323 [NYT_01012415] (1943 Times Style Book discussing Business News).

### 2. The Daily News Plaintiffs

316. The Daily News Plaintiffs have 1,394,129 Asserted Works at issue in this motion on which they are moving for summary judgement. Ex. 872 [DNP-00160885-952, DNP-00001672-2002; DNP-00000944 – 1338; DNP-00035848-DNP-00035881, DNP-00263284-DNP-00263464, DNP-00348298-302, DNP-00160953- 1088, DNP-00001604-1671; DNP-00263471-DNP-00263604, DNP-00001343-1603, DNP-00000187-430, DNP-00035985 - DNP-00036038, DNP-00263465-70, DNP-00348303, DNP-00002003-2209, DNP-00036105 - DNP-00036241, DNP-00000451-942, DNP-00036039 - DNP-00036104, DNP-00640861-64, DNP-00640879-964] (registration certificates); J. Maisel Declaration, Ex. B & E.

317. Daily News Plaintiffs' Rule 1006 summaries for the 1,394,129 Asserted Works (. J. Maisel Declaration, Ex. B & E) set forth, *inter alia*, copyright registration information for each Asserted Work and the basis for which each of the Asserted Works was a "work for hire," and the underlying copyright registrations and ownership documents are described below and produced as exhibits.

318. More specifically, the Rule 1006 summaries contain the following information for each Asserted Work on which Daily News Plaintiffs are moving for summary judgment:

| Column | Column Title | Explanation |
|---|---|---|
| A | Title | Title of the Asserted Work |
| B | URL | URL for the electronic version of the Asserted Work, which if clicked on provides the digital text copy |
| C | Copyright Owner | The copyright owner of the Asserted Work, who is also a named Plaintiff |
| D | Copyright Registration | The copyright registration number for issue or collective work comprising the Asserted Work |

| | | |
|---|---|---|
| E | Registration Date | The registration date for the copyright registration listed in Column D |
| F | Author(s) | Identifies the one or more authors listed in the byline for the Asserted Work |
| G | Print Publication Date | Identifies the date when the Asserted Work was first published in print |
| H | Verified category indicating staff-written | If one or more of the authors in column F is a category that indicates that the Asserted Work was staff written, rather than a named individual, the category is identified here. There are four possible categories that indicate an article was staff written and was thus a work-for-hire: (1) Editorial, (2) Publisher, (3) Staff Report, (4) Staff Report, Publisher. |
| I | Verified staff writer or freelancer with WFH | If one or more of the authors in column F is a named individual that matched with documentation indicating that the name is a verified staff writer or a freelancer with a work-for-hire agreement, the name(s) are indicated here. |
| J | Freelancer agreements with WFH | If column J lists a name that is a freelancer with a work-for-hire agreement (rather than a staff writer), the name and the Bates number of the freelancer agreement with work-for-hire language is listed here. |
| K | Bates Supporting Ownership | If column J lists a name, documents that have been produced and support that the Asserted Work was a work-for-hire are identified by Bates number here. The listed Bates numbers correspond with author charts, staff lists, and HR spreadsheets, which are described further in the paragraphs that follow. |
| L | Other Evidence Supporting Ownership | That every Asserted Article was a work-for-hire is supported by testimony establishing that the category identified in the byline indicates staff-written, that the named individual was an employee of Plaintiff or Plaintiff's predecessor when the Asserted Work was published, or that the named individual was a freelancer with a work-for-hire agreement when the Asserted Work was published. |
| M | Number of Training Data Records Matched to Work | Identifies the number of OpenAI training data records that met Dr. Goldstein's matching criteria (coverage score and shared 16-gram) for the given Asserted Work. |
| N | Best Coverage Score | Of the training data records that met Dr. Goldstein's matching criteria, identifies the best (highest) coverage score between the Asserted Work and the training data record. |

| | | |
|---|---|---|
| O | Link to Comparison Between Asserted Work Text and Best-Matched Training Data Record | For the training data record having the best (highest) coverage score, links to a side-by-side PDF comparing the Asserted Work and the training data record. Spans of 4 or more consecutive words that are common between the Asserted Work and the training data record are shown in red. |
| P | Link to Asserted Work Text | Links to the text of the Asserted Work. |
| Q | Link to Best-Matched Training Data Record | Links to the text of the training data record having the best (highest) coverage score. |
| R, T, V, X, Z, AB, AD, AF | Asserted Work Included in **[model]** Training Data | Identifies whether the Asserted Work is included in a training data set used to train **[model]**, for **[model]** = GPT-2, GPT-3, GPT-3.5, GPT-3.5-turbo, GPT-4, GPT-4-turbo, GPT-4o, and GPT-4o-mini. |
| S, U, W, Y, AA, AC, AE, AG | Best Coverage for **[model]** in Training Data | Identifies the best (highest) coverage score for the Asserted Work among the training data sets used to train **[model]**, for **[model]** = GPT-2, GPT-3, GPT-3.5, GPT-3.5-turbo, GPT-4, GPT-4-turbo, GPT-4o, and GPT-4o-mini. |
| AH, AJ, AL, AN | Asserted Work Included in **[dataset]** | Identifies whether the Asserted Work is included in **[dataset]**, for **[dataset]** = Giraffe, WebText2, Project Mango, and Common Crawl Derived Dataset. |
| AI, AK, AM, AO | Best Coverage for **[dataset]** | Identifies the best (highest) coverage score for the Asserted Work in **[dataset]**, for **[dataset]** = Giraffe, WebText2, Project Mango, and Common Crawl Derived Dataset. |

Maisel Declaration, ¶5.

319. The remainder of this section on the *Daily News* Plaintiffs' ownership of the Asserted Works is organized as reflected in the chart below.

| **Paragraphs of 56.1** | **Proof of Ownership by *Daily News* Plaintiffs** |
|---|---|
| ¶¶ 320-27 | Per Plaintiff support that the Asserted Works were all works-for-hire. |
| ¶ 329 | Deposit copies of Asserted Works were produced and indicated bylines. |
| ¶ 328, ¶¶ 330-51 | Copyright registration certificates for the Asserted Works for each Plaintiff, including explanation of any naming variations and, where |

| | |
|---|---|
| | applicable, discussion of acquisition history reflecting chain of title between named registrant and current owner / Plaintiff. |
| ¶¶ 352-55 | Human resources spreadsheet records maintained in the ordinary course reflecting employment for certain named authors of Asserted Works. |
| ¶¶ 356-58 | Staff list records maintained in the ordinary course reflecting employment for certain named authors of Asserted Works. |
| ¶¶ 359-64 | Freelance agreements with work-for-hire language maintained in the ordinary course corresponding to certain named authors of Asserted Works. |
| ¶¶ 365-71 | Author charts prepared by long-term employees of Plaintiffs and their predecessors (where applicable) reflecting, *inter alia*, that certain named authors of Asserted Works were employees. |
| ¶¶ 372-83 | Testimony of 30(b)(6) and fact witnesses for Plaintiffs establishing that certain bylines of Asserted Works indicate ownership (i.e., written by employee) -- e.g., publisher's name, staff, editorial board. |
| ¶ 384 | Testimony of 30(b)(6) and fact witnesses for Plaintiffs establishing that the association of certain email addresses with Asserted Works indicate ownership (i.e., written by employee). |

320. The New York Daily News Asserted Works were created as works-for-hire. J. Maisel Declaration, Ex. B & E; Ex. 325 [R. Morris 30(b)(6), 3/25/2026, Depo. Tr.] at 186:25-187:6, 189:25-191:13; Ex. 874 [DNP-00160885-952, DNP-00001672-2002 (Certificates)]; Ex. 342 [DNP-00597373 (NYDN Author Chart)]; Ex. 876 [DNP-00360156, DNP-00359276, DNP-00360204, DNP-00360194, DNP-00359570, DNP-00360121, DNP-00359590, DNP-00360222, DNP-00360126 (Freelance Agreements with Work-for-Hire language)]; Ex. 328 [DNP-00001339] (HR Data); Ex. 329 [DNP-00001341] (HR Data); Ex. 330 [DNP-00001342] (HR Data).

321. The Chicago Tribune Asserted Works were created as works-for-hire. J. Maisel Declaration, Ex. B & E; Ex. 325 [R. Morris 30(b)(6), 3/25/2026, Depo. Tr.] at 186:10-16, 189:25-191:13; Ex. 331 [DNP-00160885-952, DNP-00001672-2002; DNP-00000944 – 1338; DNP-00035848-DNP-00035881, DNP-00263284-DNP-00263464, DNP-00348298-302, DNP-00160953- 1088, DNP-00001604-1671; DNP-00263471-DNP-00263604, DNP-00001343-1603, DNP-00000187-430, DNP-00035985 - DNP-00036038, DNP-00263465-70, DNP-00348303,

DNP-00002003-2209, DNP-00036105 - DNP-00036241, DNP-00000451-942, DNP-00036039 - DNP-00036104, DNP-00640861-64, DNP-00640879-964 (Copyright Registrations)]; Ex. 332 [DNP-00597370 (Chicago Tribune Author Chart)]; Ex. 333 [DNP-00534593, DNP-00534595, DNP-00534573, DNP-00359849, DNP-00534561, DNP-00534569, DNP-00534609, DNP-00534619, DNP-00534603, DNP-00534599, DNP-00534557, DNP-00534553, DNP-00534603, DNP-00534597, DNP-00534607, DNP-00534615, DNP-00359040, DNP-00534611, DNP-00534585, DNP-00534581, DNP-00359813, DNP-00359777, DNP-00359044, DNP-00359665, DNP-00359168, DNP-00359148, DNP-00189222, DNP-00189218 (Freelance Agreements)]; Ex. 328 [DNP-00001339] (HR data); Ex. 329 [DNP-00001341] (HR data); Ex. 330 [DNP-00001342] (HR Data); Ex. 334 [DNP-00636447, DNP-00636773, DNP-00636829 (Staff Lists)].

322. The Orlando Sentinel Asserted Works were created as works-for-hire. J. Maisel Declaration, Ex. B & E; Ex. 325 [R. Morris 30(b)(6), 3/25/2026, Depo. Tr.] at 187:7-13, 189:25-191:13; Ex. 335 [DNP-00035848-DNP-00035881, DNP-00263284-DNP-00263464, DNP-00348298-302, DNP-00160953- 1088, DNP-00001604-1671 (Certificates)]; Ex. 326 [DNP-00597374 (Orlando Sentinel Author Chart)]; Ex. 327 [DNP-00532008, DNP-00532006 (Freelancer Agreements with Work-for-Hire Language)]; Ex. 328 [DNP-00001339] (HR Data); Ex. 329 [DNP-00001341]; Ex. 330 [DNP-00001342] (HR Data).

323. The South Florida Sun-Sentinel Asserted Works were created as works-for-hire. J. Maisel Declaration, Ex. B & E; Ex. 325 [R. Morris 30(b)(6), 3/25/2026, Depo. Tr.] at 186:17-22, 189:25-191:13; Ex. 336 [DNP-00597377 (Sun Sentinel Author Chart)]; Ex. 337 [DNP-00263471-DNP-00263604, DNP-00001343-1603 (Certificates)]; Ex. 338 [DNP-00532021, DNP-00532024, DNP-00532030, DNP-00531997, DNP-00532000, DNP-00532039, DNP-00532027, DNP-00532018, DNP-00531992, DNP-00532036, DNP-00532033, DNP-00532003

(Freelance Agreements with Work-for-Hire Language)]; Ex. 328 [DNP-00001339] (HR Data); Ex. 329 [DNP-00001341] (HR Data); Ex. 330 [DNP-00001342] (HR Data).

324. The Denver Post Asserted Works were created as works-for-hire. J. Maisel Declaration, Ex. B & E; Ex. 325 [R. Morris 30(b)(6), 3/25/2026, Depo. Tr.] at 188:1-10, 189:25-191:13; Ex. 878 [DNP-00000187-430, DNP-00035985 - DNP-00036038 (Copyright Registration Certificates)]; Ex. 339 [DNP-00597371 (Denver Post Author Chart)]; Ex. 340 [DNP-00473402, DNP-00533839, DNP-00522201 (Freelance Agreements with Work-for-Hire Language)]; Ex. 328 [DNP-00001339] (HR Data); Ex. 246 [DNP-00001340] (HR Data); Ex. 329 [DNP-00001341] (HR Data); Ex. 330 [DNP-00001342] (HR Data); Ex. 880 [DNP-00117468-536 (Staff Lists)].

325. The Pioneer Press Asserted Works were created as works-for-hire. J. Maisel Declaration, Ex. B & E; Ex. 325 [R. Morris 30(b)(6), 3/25/2026, Depo. Tr.] at 187:20-25, 189:25-191:13; Ex. 882 [DNP-00263465-70, DNP-00348303, DNP-00002003-2209 (Certificates)]; Ex. 346 [DNP-00597375 (Pioneer Press Author Chart)]; Ex. 341 [DNP-00468959, DNP-00468964 (employment agreements)]; Ex. 328 [DNP-00001339]; Ex. 329 [DNP-00001341]; Ex. 330 [DNP-00001342] (HR Data).

326. The Orange County Register Asserted Works were created as works-for-hire. J. Maisel Declaration, Ex. B & E; Ex. 325 [R. Morris 30(b)(6), 3/25/2026, Depo. Tr.] at 188:11-189:10, 189:25-191:13; Ex. 884 [DNP-00036105 - DNP-00036241 (Certificates)]; Ex. 347 [DNP-00597376 (Orange County Register Author Chart)]; Ex. 328 [DNP-00001339]; Ex. 329 [DNP-00001341]; Ex. 330 [DNP-00001342] (HR Data)]; Ex. 886 [DNP-00632457, DNP-00632475 (Staff Lists)].

327. The Mercury News Asserted Works were created as works-for-hire. *See* J. Maisel Declaration, Ex. B & E; Ex. 325 [R. Morris 30(b)(6), 3/25/2026, Depo. Tr.] at 187:14-19, 189:25-191:13; Ex. 888 [DNP-00000451-942, DNP-00036039 - DNP-00036104 (Certificates)]; Ex. 345 [DNP-00651698 (Mercury News Author Chart)]; Ex. 328 [DNP-00001339]; Ex. 329 [DNP-00001341]; Ex. 330 [DNP-00001342] (HR Data).

328. The Daily News Plaintiffs produced Copyright Office registration certificates and the Daily News Plaintiffs, OpenAI and Microsoft separately stipulated as to the validity and authenticity of Copyright Office registration certificates that were not produced for Chicago Tribune issues January 1, 1985-December 31, 1992, and August 1993, in total covering the 2.6 million Asserted Works – the validity of which has not been challenged. Ex. 324 [DNP-00160885-952, DNP-00001672-2002; DNP-00000944 – 1338; DNP-00035848-DNP-00035881, DNP-00263284-DNP-00263464, DNP-00348298-302, DNP-00160953- 1088, DNP-00001604-1671; DNP-00263471-DNP-00263604, DNP-00001343-1603, DNP-00000187-430, DNP-00035985 - DNP-00036038, DNP-00263465-70, DNP-00348303, DNP-00002003-2209, DNP-00036105 - DNP-00036241, DNP-00000451-942, DNP-00036039 - DNP-00036104, DNP-00640861-64, DNP-00640879-964]; Ex. 890 [Stipulation between DNP and Defendants Feb. 7, 2025].

329. The Daily News Plaintiffs have produced PDF copies of the newspapers in which the Asserted Works were published which include, *inter alia*, the bylines for those works. Ex. 894 [DNP-HD002 -HD005]; 900 [DNP-00636047-DNP-00636222].

330. The copyright registration certificates for 2013-2024 Chicago Tribune Asserted Works are in the name of Chicago Tribune Company, LLC, a named plaintiff, or Chicago Tribune. Ex. 896 [DNP-0001187-1331].

331. Some copyright registration certificates for 2013 Chicago Tribune Asserted Works are in the name of "Chicago Tribune" which is used to refer to Chicago Tribune Company, LLC, a named plaintiff. Ex. 898 [DNP-00001326-29]; [Robyn Dec] at ¶¶22-24.

332. The copyright registration certificates for 1984-2012 Chicago Tribune Asserted Works, including the Chicago Tribune printouts from www.copyright.gov that Defendants stipulated would be treated the same as authentic, certified copyright registration certificates (covering January 1, 1985-December 31, 1992, and August 1993), are in the name of Chicago Tribune Company. Ex. 1126 [DNP-00000994-1186; DNP-00001332-1338].

333. In 2012, Chicago Tribune Company (Illinois) merged with Chicago Tribune Company, LLC (Delaware), with the surviving company name being Chicago Tribune Company, LLC, a named plaintiff. Ex. 1127 [DNP-00532268-275]. [Robyn Dec] at ¶¶22-24

334. The copyright registration certificates for the Orange County Register Asserted Works are in the name of Freedom Communications, with "Orange County Register" listed as "Other Title" or as "dba." Ex. 884 [DNP-00036105 - DNP-00036241].

335. In a March 13, 2016 Asset Purchase Agreement, Media NewsGroup, Inc. acquired assets from Freedom Communications, Inc., and subsequently assigned the Purchased Assets to California Newspaper Partnership. Ex. 547 [DNP-00478224]; Ex. 548 [DNP-00477973]; Ex. 549 [DNP-00532249]; Ex. 1128 [DNP-00477963]; Ex. 1129 [DNP-00478215]; Ex. 1130 [DNP-00477879]; *See* Robyn Decl. at ¶¶17-21.

336. On March 31, 2016, Freedom Communications, Inc. and MediaNews Group, Inc. entered into an Intellectual Property Assignment Agreement for the benefit of California Newspaper Partnership, whereby the Freedom Communications, Inc. intellectual property assets

– including ownership of the copyrights for the Orange County Register Asserted Works – were assigned to California Newspaper Partnership. Ex. 547 [DNP-00478224].

337. On January, 1, 2024, pursuant to an Equity and Asset Purchase Agreement, ownership of the copyrights for the Orange County Register Asserted Works were assigned through several intermediaries (West Coast MediaNews LLC, MNG Partnership Holdings, LLC, MediaNews Group Interactive, LLC, MediaNews Group, Inc.) to MNG Enterprises, Inc. Ex. 549 [DNP-00532249].

338. Also on January 1, 2024, pursuant to an Equity and Asset Purchase Agreement, ownership of the copyrights for the Orange County Register Asserted Works were assigned from MNG Enterprises, Inc. to ORB Publishing, LLC, a named Plaintiff. Ex. 225 [DNP-00105558].

339. The copyright registration certificates for Pioneer Press Asserted Works are in the name of Northwest Publications, Inc. Ex. 882 [DNP-00263465-70, DNP-00348303, DNP-00002003-2209].

340. Some copyright registration certificates for the Pioneer Press are in the name of Northwest Publications, Inc. The corporation, Northwest Publications, Inc. was converted to an LLC on July 19, 2026 and became Northwest Publications, LLC. All copyrights in the Pioneer Press Asserted Works are owned by Northwest Publications, LLC, a named plaintiff. Ex. 226 [DNP-00532336 (Name Change)]; See [Robyn Dec] at ¶¶25-26.

341. The Pioneer Press registration certificates for Asserted Works that reference Northwest Publications, Inc. are owned by Northwest Publications, LLC, a named plaintiff. Ex. 882 [DNP-00263465-70, DNP-00348303, DNP-00002003-2209 (Certificates)]; See [Robyn Dec] at ¶¶25-26.

342. The copyright registration certificates for the Denver Post Asserted Works are in the names of Denver Post or The Denver Post. Ex. 878 [DNP-00000187-430, DNP-00035985 - DNP-00036038].

343. In August 2009, all rights in the Denver Post – including the copyrights for the Denver Post Asserted Works that then existed – were transferred to The Denver Newspaper Agency, LLC. Ex. 227 [DNP-00532245]; [Robyn Dec] at ¶¶12-16.

344. In June 2010, The Denver Newspaper Agency, LLC changed its name to The Denver Post, LLC. Ex. 236 [DNP-00532259]; [Robyn Dec] at ¶¶12-16.

345. In June 2017, all rights in the Denver Post – including to the registration certificates for the Denver Post Asserted Works that then existed – were transferred from Denver Post, LLC to DP Media Network, LLC, a named plaintiff, via an asset transfer agreement. Ex. 239 [DNP-00532262]; [Robyn Dec] at ¶¶12-16.

346. After June 2017, Denver Post registration certificates were still filed in the name of The Denver Post instead of DP Media Network, LLC, but they were nevertheless owned by DP Media Network, LLC, a named plaintiff. Ex. 878 [DNP-00000187-430, DNP-00035985 - DNP-00036038]; [Robyn Dec] at ¶¶12-16.

347. The copyright registration certificates for the Mercury News Asserted Works are in the names of San Jose Mercury News (2007-2016) and The Mercury News (2016-2024). Ex. 888 [DNP-00000451-942, DNP-00036039 - DNP-00036104]. San Jose Mercury News and The Mercury News are abbreviations, as the Mercury News Asserted Works were at all times since at least 2017 owned by San Jose Mercury News, LLC, a named plaintiff. Ex. 888 [DNP-00000451-942, DNP-00036039 - DNP-00036104]; [Robyn Dec] at ¶¶27-28.

348. The copyright registration certificates for the Orlando Sentinel Asserted Works are in the names of Orlando Sentinel Communications (1999-2014) and Orlando Sentinel (2014-2023). Ex. 872 [DNP-00035848-DNP-00035881, DNP-00263284-DNP-00263464, DNP-00348298-302, DNP-00160953- 1088, DNP-00001604-1671].

349. Orlando Sentinel Communications and Orlando Sentinel are abbreviations, as the Orlando Sentinel Asserted Works were at all times since at least 1999 owned by Orlando Sentinel Communications Company, LLC, a named plaintiff. Ex. 872 [DNP-00035848-DNP-00035881, DNP-00263284-DNP-00263464, DNP-00348298-302, DNP-00160953- 1088, DNP-00001604-1671]; [Robyn Dec] at ¶¶29-30.

350. The copyright registration certificates for the Sun-Sentinel Asserted Works are in the names of Sun-Sentinel Company (1992-2003), South Florida Sun-Sentinel (2003-2009), and Sun Sentinel Company (2009-2022). Ex. 337 [DNP-00263471-DNP-00263604, DNP-00001343-1603]. Ex. 872 [DNP-00035848-DNP-00035881, DNP-00263284-DNP-00263464, DNP-00348298-302, DNP-00160953- 1088, DNP-00001604-1671].

351. Sun-Sentinel Company, South Florida Sun-Sentinel, and Sun Sentinel Company are abbreviations, as the Sun-Sentinel Asserted Works were at all times since at least 1992 owned by Sun-Sentinel Company, LLC, a named plaintiff. Ex. 872 [DNP-00035848-DNP-00035881, DNP-00263284-DNP-00263464, DNP-00348298-302, DNP-00160953- 1088, DNP-00001604-1671]; [Robyn Dec] at ¶¶31-32.

352. The Daily News Plaintiffs have produced HR records pulled from the Plaintiffs' Workday system which includes *inter alia*, names, dates of hire, dates of termination, job profiles, as well as the name of the company and location for which identified employees,

including staff writers, worked, which have been used to verify that certain names on bylines were employees. Ex. 328 [DNP-0001339].

353. The Denver Post has produced HR data that includes *inter alia*, names, dates of hire, dates of termination, job profiles, as well as the name of the company and location for which the identified employees, including staff writers, worked which have been used to verify that certain names on bylines were employees. Ex. 246 [DNP-0001340].

354. The Daily News Plaintiffs have produced company census records which include information regarding *inter alia*, names, job profile, hire date, company name, and location for identified employees, including staff writers which have been used to verify that certain names on bylines were employees. Ex. 329 [DNP-0001341].

355. The Daily News Plaintiffs have produced HR records which include information regarding *inter alia*, names, dates of hire, dates of termination, employee type, time type (e.g., full-time, part-time, etc.), time in position, and name of the employing company for identified employees, including staff writers which have been used to verify that certain names on bylines were employees. Ex. 330 [DNP-0001342].

356. The Daily News Plaintiffs have produced staff lists maintained in the ordinary course of business for the Denver Post which include the names of various employees for the Denver Post, including staff writers. Ex. 880 [DNP-00117468-536].

357. The Daily News Plaintiffs have produced staff lists maintained in the ordinary course of business for the Orange County Register, which include the names of various staff members of the Orange County Register, including staff writers. Ex. 886 [DNP-00632457, DNP-00632475].

358. The Daily News Plaintiffs have produced staff lists maintained in the ordinary course of business for the Chicago Tribune which include, *inter alia*, the names of various staff writers for the Chicago Tribune. Ex. 1132 [DNP-00636447, DNP-00636773, DNP-00636829].

359. The New York Daily News produced freelance agreements that include work-for-hire language. Ex. 876 [DNP-00360156, DNP-00359276, DNP-00360204, DNP-00360194, DNP-00359570, DNP-00360121, DNP-00359590, DNP-00360222, DNP-00360126].

360. The Chicago Tribune produced freelance agreements that include work-for-hire language. Ex. 1133 [DNP-00534593, DNP-00534595, DNP-00534573, DNP-00359849, DNP-00534561, DNP-00534569, DNP-00534609, DNP-00534619, DNP-00534603, DNP-00534599, DNP-00534557, DNP-00534553, DNP-00534603, DNP-00534597, DNP-00534607, DNP-00534615, DNP-00359040, DNP-00534611, DNP-00534585, DNP-00534581, DNP-00359813, DNP-00359777, DNP-00359044, DNP-00359665, DNP-00359168, DNP-00359148, DNP-00189222, DNP-00189218 (Freelance Agreements)].

361. The Orlando Sentinel produced freelance agreements that include work-for-hire language. Ex. 327 [DNP-00532008, DNP-00532006].

362. The Sun Sentinel produced freelance agreements that include work-for-hire language. Ex. 338 [DNP-00532021, DNP-00532024, DNP-00532030, DNP-00531997, DNP-00532000, DNP-00532039, DNP-00532027, DNP-00532018, DNP-00531992, DNP-00532036, DNP-00532033, DNP-00532003 (Freelance Agreements with Work-for-Hire Language)].

363. The Denver Post produced freelance agreements that include work-for-hire language. Ex. 340 [DNP-00473402, DNP-00533839, DNP-00522201].

364. The Pioneer Press produced freelance agreements that include work-for-hire language. Ex. 341 [DNP-00468959, DNP-00468964].

365. The Daily News Plaintiffs have produced an author chart for the New York Daily News compiled by long-term employee, Editor Robert Dominquez of the New York Daily News in which Mr. Dominguez, with assistance from other members and long-term employees of the New York Daily News, has personally verified the employment status for authors as either a staff writer, freelance writer, or an author who was at one time a staff writer and at other times a freelance writer, and which have been used to verify that certain names on bylines were employees. Ex. 342 [DNP-00597373]; Ex. 343 [R. Dominguez, 3/3/2026, Depo. Tr.] at 150:4-152:14, 153:3-154:2.

366. The Daily News Plaintiffs have produced an author chart for the Chicago Tribune compiled by employee of 40 years, Elaine Varvatos from the Chicago Tribune in which Elaine personally verified the employment status for authors as either a staff writer, freelance writer, or an author who was at one time a staff writer and at other times a freelance writer, and which have been used to verify that certain names on bylines were employees. Ex. 332 [DNP-00597370]; Ex. 344 [E. Varvatos, Feb. 25, 2026, Depo. Tr.] at 22:22-23:8; 23:15-24:15; 133:1-138:10.

367. The Daily News Plaintiffs have produced an author chart for the Mercury News compiled by long-term employees, Executive Editor Frank Pine and Sarah Dussault of the Mercury News in which they personally verified the employment status for authors as either a staff writer, freelance writer, or an author who was at one time a staff writer and at other times a freelance writer, and which have been used to verify that certain names on bylines were employees. Ex. 345 [DNP-00651698]; Ex. 325 [R. Morris 30(b)(6), 3/25/2026, Depo. Tr.] at 113:25-114:2; 114:18-115:1.

368. The Daily News Plaintiffs have produced an author chart for the Orlando Sentinel compiled by long-term employee, Roger Simmons of the Orlando Sentinel in which he

personally verified the employment status for authors as either a staff writer, freelance writer, or an author who was at one time a staff writer and at other times a freelance writer, and which have been used to verify that certain names on bylines were employees. Ex. 326 [DNP-00597374]; Ex. 325 [R. Morris 30(b)(6), 3/25/2026, Depo. Tr.] at 53:4-20.

369. The Daily News Plaintiffs have produced an author chart for the Pioneer Press compiled by long-term employees of the Pioneer Press in which these employees have personally verified the employment status for authors as either a staff writer, freelance writer, or an author who was at one time a staff writer and at other times a freelance writer, and which have been used to verify that certain names on bylines were employees. Ex. 346 [DNP-00597375]; Ex. 18 [M. Burbach, Jan. 30, 2026, Depo. Tr.] at 45:3-46:5.

370. The Daily News Plaintiffs have produced an author chart for the Orange County Register compiled by long-term employee, Todd Harmonson of the Orange County Register in which he personally verified the employment status for authors as either a staff writer, freelance writer, or an author who was at one time a staff writer and at other times a freelance writer, and which have been used to verify that certain names on bylines were employees. Ex. 347 [DNP-00597376]; Ex. 348 [T. Harmonson, Feb. 20, 2026, Depo. Tr.] at 97:6-101:13.

371. The Daily News Plaintiffs have produced an author chart for the Sun Sentinel compiled by long-term employee, Gretchen Day-Bryant of the Sun Sentinel in which she personally verified the employment status for authors as either a staff writer, freelance writer, or an author who was at one time a staff writer and at other times a freelance writer, and which have been used to verify that certain names on bylines were employees. Ex. 336 [DNP-00597377]; Ex. 325 [R. Morris 30(b)(6), 3/25/ 2026, Depo. Tr.] at 53:4-20.

372. The Daily News Plaintiffs have also testified as to ownership of Asserted Works based on the use of certain bylines which indicate the work was written by an employee. Ex. 325 [R. Morris 3/25/2026 30(b)(6) Depo. Tr.] at 27:14-19 (testifying regarding ownership for bylines that had the name of the paper).

373. An Asserted Work with a byline that reflects the name of the publication "Chicago Tribune" was written by an employee and is owned by the paper. Ex. 325 [R. Morris 30(b)(6), 3/25/2026, Depo. Tr.] at 27:14-19 (testifying regarding ownership for bylines that had the name of the paper); *see also* Ex. 19 [Mitch Pugh 30(b)(1) Depo. Tr.] at 56:15-19 ("Chicago Tribune" byline indicates staff); Ex. 344 [E. Varvatos Depo. Tr.] at 80:20-81:8 ("Chicago Tribune" byline means staff for the 40 years Elaine has personal knowledge).

374. An Asserted Work with a byline that reflects the name of the publication, "New York Daily News," was written by an employee and is owned by the paper. Ex. 325 [R. Morris 3/25/2026 30(b)(6) Depo. Tr.] at 27:14-19 (testifying regarding ownership for bylines that had the name of the paper); *see also* Ex. 349 [Andrew Julien 30(b)(1) Depo.] at 58:3-19 (Julien testifying "New York Daily News" byline generally indicates staff written).

375. An Asserted Work with a byline that reflects the name of the publication, "OC Register," was written by an employee and is owned by the paper. Ex. 325 [R. Morris 3/25/2026 30(b)(6) Depo. Tr.] at 27:14-19 (testifying regarding ownership for bylines that had the name of the paper); *see also* Ex. 348 [Harmonson Depo.] at 20:2-16 ("OC Register" byline means written by staff).

376. An Asserted Work with a byline that reflects the name of the publication, "Mercury News," was written by an employee and is owned by the paper. Ex. 325 [R. Morris 3/25/2026 30(b)(6) Depo. Tr.] at 27:14-19 (testifying regarding ownership for bylines that had

the name of the paper); *see also* Ex. 57 [Pine Feb. 5, 2026 30(b)(6) Depo. Tr.] at 381:8-382:10 (Frank testifying that organization attribution is industry practice to convey staff written articles).

377. An Asserted Work with a byline that reflects the name of the publication, "Denver Post," was written by an employee and is owned by the paper. Ex. 325 [R. Morris 3/25/2026 30(b)(6) Depo. Tr.] at 27:14-19 (testifying regarding ownership for bylines that had the name of the paper).

378. An Asserted Work with a byline that reflects the name of the publication, "Sun Sentinel," was written by an employee and is owned by the paper. Ex. 325 [R. Morris 3/25/2026 30(b)(6) Depo. Tr.] at 27:14-19 (testifying regarding ownership for bylines that had the name of the paper)

379. An Asserted Work with a byline that reflects the name of the publication, "Orlando Sentinel," was written by an employee and is owned by the paper. Ex. 325 [R. Morris 3/25/2026 30(b)(6) Depo. Tr.] at 27:14-19 (testifying regarding ownership for bylines that had the name of the paper).

380. An Asserted Work with a byline that reflects the name of the publication, "Pioneer Press," was written by an employee and is owned by the paper. Ex. 325 [R. Morris 3/25/2026 30(b)(6) Depo. Tr.] at 27:14-19 (testifying regarding ownership for bylines that had the name of the paper).

381. An Asserted Work with a byline that references Bay Area News Group (or "BANG") was written by an employee and is owned by the Mercury News. Ex. 325 [R. Morris 3/25/2026 30(b)(6) Depo. Tr.] at 116:10-15 (testifying that if the byline includes reference to the cluster "BANG," Plaintiffs' would own those articles).

382. An Asserted Work with a byline that references a community paper associated with a Plaintiff Paper was written by an employee owned by the associated plaintiff. Ex. 325 [R. Morris 3/25/2026 30(b)(6) Depo. Tr.] at 121:3-11 (testifying that Mercury News would own the articles in the community paper, SVCN); Ex. 344 [E. Varvatos 2/25/2026 Depo. Tr.] at 47:4-23 (testifying that the Chicago Tribune owns the suburban papers).

383. An Asserted Work with a byline such as, "staff," "staff report," "editorial board," or some iteration thereof that does not attribute staff to a third-party is written by the staff of the newspaper in which the Asserted Work appeared and owned by that newspaper. Ex. 325 [R. Morris 3/25/2026 30(b)(6) Depo. Tr.] at 152:20-153:4 (testifying that a Staff Report byline would generally be written by a staff writer); *see also* Ex. 19 [Mitch Pugh 30(b)(1) Depo. Tr.] at 112:6-9 (Pugh testifying that he has seen "staff" used for many staff writers working on a breaking news story); Ex. 18 [Burbach Depo. Tr.] at 58:2-13 ("staff" or "staff/wire reports" indicates written/assembled by Pioneer Press staff); Ex. 350 [Dussault Depo. Tr.] at 26:6-27:13 ("staff" bylines and freelancer content would be owned by the Mercury News);

384. Email addresses associated with one of the Daily News Plaintiffs are only given to full-time employees (including staff writers) and thus, articles that include these email addresses would be staff-written and owned by that newspaper. Ex. 325 [R. Morris 3/25/2026 30(b)(6) Depo. Tr.] at 110:3-6 ("A If the article included an email address with a domain that matches the name of the paper, then it was safe to say that person was also a staff writer for that paper.); *see also* Ex. 351 [L. Colacioppo 30(b)(1) Depo. Tr.] at 60:17-20 (Denver Post email address means staff written); Ex. 22 [Andrew Julien 30(b)(6) Depo. Tr.] 38:7-9 (@nydailynews.com email addresses are for staff writers).

**3. Ziff Davis**

385. Ziff Davis holds copyright registrations for more than two million works with the U.S. Copyright Office, using four primary registration formats: (1) Group Registrations for News Websites (GRNW); (2) database registrations covering editorial archives; (3) serial registrations; and (4) individual article registrations. Declaration of Robert Taylor ("Taylor Decl.") ¶19; Ex. 352 [ZD0668175–180] (GRNW registration certificates for Mashable.com); Ex. 353 [ZD0631198–205] (database registration certificates); Ex. 354 [ZD0631212] (database registration certificates); Ex. 355 [ZD0632785-786] (database registration certificates); Ex. 356 [ZD0576916-953] (database registration certificates); Ex. 357 [ZD0668127–174] (database registration certificates); Taylor Decl. Ex. J (list of database registrations); Taylor Decl. Ex. N (serial registration certificates); Taylor Decl. Ex. L (DailyOM database registrations); Taylor Decl. Ex. Q (MedPage Today database registration); Ex. 358 [ZD0631559–644] (exemplary individual article registrations for IGN); Ex. 359 [ZD0631657–710] (exemplary individual article registrations for IGN); Ex. 360 [ZD0629955–972] (exemplary individual article registrations for CNET); Ex. 361 [ZD0631258–267] (exemplary individual article registrations for BabyCenter); Ex. 362 [ZD0631381–392] (exemplary individual article registrations for What to Expect); Ex. 363 [First Am. Compl., Ex. B]; Ex. 364 [Ziff Davis's Supplemental Response to Interrogatory No. 2 (Apr. 17, 2026)].

386. Ziff Davis moves for summary judgement on ownership of [redacted] works (the "ZD Asserted Works"). Each ZD Asserted Work, along with relevant ownership information and copyright registration information, is identified in a Rule 1006 summary. Decl. of Lacy H. ("Lance") Koonce, III ("Koonce Decl."), Ex. AA–TT (collectively, the "ZD Rule 1006 Summaries"). *See also* Taylor Decl. ¶¶ 47–55.

387. Ziff Davis has created a separate ZD Rule 1006 summary for each digital media brand under which the ZD Asserted Works were published:

| **Exhibit Number** | **Brand (copyright owner)** |
|---|---|
| Koonce Decl. Ex. AA [CNET Rule 1006 Summary] | CNET (Ziff Davis, LLC) |
| Koonce Decl. Ex. BB [Mashable Rule 1006 Summary] | Mashable (Ziff Davis, LLC) |
| Koonce Decl. Ex. CC [ZDNET Rule 1006 Summary] | ZDNet (Ziff Davis, LLC) |
| Koonce Decl. Ex. DD [Lifehacker Rule 1006 Summary] | Lifehacker (Ziff Davis, LLC) |
| Koonce Decl. Ex. EE [PCMag Rule 1006 Summary] | PCMag (Ziff Davis, LLC) |
| Koonce Decl. Ex. FF [IGN Rule 1006 Summary] | IGN (IGN Entertainment, Inc.) |
| Koonce Decl. Ex. GG [Rock Paper Shotgun Rule 1006 Summary] | Rock Paper Shotgun (IGN Entertainment, Inc.) |
| Koonce Decl. Ex. HH [VG247 Rule 1006 Summary] | VG247 (IGN Entertainment, Inc.) |
| Koonce Decl. Ex. II [Eurogamer Rule 1006 Summary] | Eurogamer (IGN Entertainment, Inc.) |
| Koonce Decl. Ex. JJ [Dicebreaker Rule 1006 Summary] | Dicebreaker (IGN Entertainment, Inc.) |
| Koonce Decl. Ex. KK [GamesIndustry Rule 1006 Summary] | Games Industry (IGN Entertainment, Inc.) |
| Koonce Decl. Ex. LL [Everyday Health Rule 1006 Summary] | Everyday Health (Everyday Health Media, LLC) |
| Koonce Decl. Ex. MM [MedPage Today Rule 1006 Summary] | MedPage Today (Medpage Today, LLC) |
| Koonce Decl. Ex. NN [Diabetes Daily Rule 1006 Summary] | Diabetes Daily (Everyday Health Media, LLC) |
| Koonce Decl. Ex. OO [bpHope Rule 1006 Summary] | bpHope (Everyday Health Media, LLC) |
| Koonce Decl. Ex. PP [Lose It Rule 1006 Summary] | LoseIt! (Everyday Health Media, LLC) |
| Koonce Decl. Ex. QQ [Migraine Again Rule 1006 Summary] | Migraine Again (Everyday Health Media, LLC) |
| Koonce Decl. Ex. RR [Daily OM Rule 1006 Summary] | Daily OM (Everyday Health Media, LLC) |
| Koonce Decl. Ex. SS [BabyCenter Rule 1006 Summary] | BabyCenter (Everyday Health Media, LLC) |

| | |
|---|---|
| Koonce Decl. Ex. TT [What to Expect Rule 1006 Summary] | What to Expect (Everyday Health Media, LLC) |

388. For each ZD Asserted Work in the ZD Rule 1006 Summary, the spreadsheet lists: (a) the date the ZD Asserted Work was first made available online (Column A); (b) the URL at which the ZD Asserted Work was made available (Column B); (c) the title of the ZD Asserted Work (Column C); (d) the byline for the ZD Asserted Work (any work that has a "staff" byline is treated as written by Ziff Davis editorial staff) (Column D); (e) the copyright registration numbers for the registrations covering the ZD Asserted Work (Column E); (f) whether the ZD Asserted Work was created as a work-for-hire or otherwise subject to an agreement assigning ownership from the writer to the contracting entity (Column F); (g) whether the ZD Asserted Work was written by an employee or a freelancer (articles written by employees are marked as "yes" and articles written by freelancers are marked as "freelancer.") (Column G); (h) the source of additional evidence of ownership of each ZD Asserted Work (including staff lists, vendor lists, independent contractor agreements, and testimony of Ziff Davis witnesses) (Column H); (i) a unique article identifier (Column I); (j) the full text of the ZD Asserted Work. Taylor Decl. ¶¶ 50–55.

389. It is standard practice for Ziff Davis and its entities to include work-for-hire language and alternative copyright assignment language in the freelance or independent contractor agreement it executes with a writer. In a few instances, however, freelance or independent contractor agreements used by entities that have been acquired by Ziff Davis may have contained either work-for-hire language or alternative copyright assignment language, but not both. Taylor Decl. ¶ 13.

390. Each individual named in the byline for a given ZD Asserted Work was either an employee of one of the Ziff Davis Plaintiffs (or its predecessor or affiliate companies) or was a freelance writer whose independent contractor agreement gives the respective Ziff Davis Plaintiff

(or predecessor or affiliate company) ownership over the article via work-for-hire and/or alternative assignment language. Taylor Decl. ¶¶ 12–17. Articles written by individuals for which this determination could not be made are not included in the ZD Asserted Works. Taylor Decl. ¶ 45.

391. Each ZD Asserted Work for *CNET, Mashable, PCMag, Lifehacker,* and *ZDNET* is owned by Ziff Davis, LLC. Taylor Decl. ¶ 17. These articles were written by employees of Ziff Davis, LLC (or its predecessor companies) or freelance writers whose agreements with Ziff Davis, LLC (or predecessor companies) contain work-for-hire and (in most instances) assignment language. Taylor Decl. ¶ 17; Ex. 365 [ZD0547723] (example of freelancer agreement between Ziff Davis, LLC and writer); Ex. 366 [Turrentine 30(b)(6) Depo. Tr.] at 58:4–7 ("Q. Are there – beyond freelancers and full-time employees, are there any other arrangements for writers? A. No, not that I'm aware of."), 59:9–12 ("Q. Do you know which writers sign a freelancer agreement like this one, or independent contractor agreement like this one? A. Any freelance writer for our website."), 60:18–20 ("Q. Do writers ever retain any rights in their works? A. No.").

392. Each ZD Asserted Work for *Everyday Health, Daily OM, Lose It!, BabyCenter, What to Expect, bp Magazine/bp Hope, Diabetes Daily, and Migraine Again* is owned by Everyday Health Media, LLC. Taylor Decl. ¶¶ 7, 14. These articles were written by employees of Everyday Health Media, LLC (or its predecessor companies) or freelance writers whose agreements with Everyday Health Media, LLC (or predecessor companies) contain work-for-hire and (in most instances) assignment language. Taylor Decl. ¶¶ 7, 14; Ex. 367 [ZD0533502] (example of freelancer agreement between Everyday Health Media, LLC and writer).

393. Each ZD Asserted Work for *Medpage Today68* is owned by Everyday Health, Inc.'s subsidiary Medpage Today, LLC. Taylor Decl. ¶15. These articles were written by

employees of Medpage Today, LLC (or its predecessor companies) or freelance writers whose agreements contain work-for-hire provisions and alternative copyright assignment language. Taylor Decl. ¶ 15; Ex. 368 [ZD0519120] (example of freelancer agreement between Medpage Today, LLC and writer); Ex. 369 [Warren 30(b)(6) Depo. Tr.] at 62:7–20 ("Q…pursuant to this agreement, the freelancers are assigning the copyright to Medpage? A. Mm-hmm. Q. And are they considered to be works for hire?...A. I believe so") and 62:24–25 (stating, "employees, it's assumed that they're writing for us and we have the copyright.").

394. Each ZD Asserted Work for *IGN, Dicebreaker, Eurogamer, VG247,* and *Games Industry Biz*, is owned by IGN Entertainment, Inc or its foreign affiliate. Taylor Decl. ¶¶ 8, 16. These articles were written by employees of IGN Entertainment, Inc. (or its predecessor or affiliate companies) or freelance writers whose agreements with IGN Entertainment, Inc. (or predecessor or affiliate companies) contain work-for-hire and/or assignment language. Taylor Decl. ¶¶ 8, 16. Ex. 370 [ZD0547945] (example of freelancer agreement between IGN Entertainment, Inc. and writer); Ex. 550 [Peer Schneider 30(b)(6) Depo. Tr.] at 56:24–57:2 ("Q. Is content owned on the other IGN Entertainment brands owned by that specific brand or IGN Entertainment? A. IGN entertainment."), 57:12–14 ("Articles are written specifically for IGN by authors or freelancers working under work for hire.").

395. For Ziff Davis's individual copyright registrations, each registration corresponds with a single Asserted Work (an article published on one of the Ziff Davis brand websites). Each such registration is under the name of the Ziff Davis entity that owns and manages that brand, as both Author and Claimant. Taylor Decl. ¶ 22; Ex. 359 [ZD0631657–710]; Ex. 360 [ZD0629955–972]; Ex. 361 [ZD0631258–267]; Ex. 362 [ZD0631381–392].

396. For individual registrations, the U.S. Copyright Office requires that an applicant submit a deposit copy consisting of one complete copy of the entire work. 37 CFR § 202.20; Taylor Decl. ¶ 23.

397. Ziff Davis's GRNW group registrations for Mashable cover updates to a news website, mashable.com. Taylor Decl. ¶ 24; Ex. 352 [ZD0668175–180].

398. The U.S. Copyright Office requires that for each such registration, an applicant include "a complete copy of the home page for the website as it existed at a specific point on each day that an eligible update was published to the website" or, of that is "unfeasible due to the size or continuous nature of the home page," an applicant may submit "for each day of updates…one PDF showing the first twenty-five pages of the home page." Ex. 372 ["Help: Updates to a News Website _ U.S. Copyright Office" available at https://www.copyright.gov/eco/grnw/help-tx.html]; Taylor Decl. ¶ 27.

399. For Ziff Davis's editorial database registrations, each registration represents each digital media brand's internal compilation of written text arranged in a creative taxonomy and accessible solely by means of an integrated information retrieval program (typically MySQL-based relational databases with a front-end query layer), as required by the U.S. Copyright Office. 37 C.F.R. § 202.3(b)(5); Taylor Decl. ¶ 29.

400. The U.S. Copyright Office requires that for each such registration, an applicant include as a deposit copy the first 25 and last 25 pages of complete database records in printed or machine-readable format. 37 CFR § 202.20; Ex. 373 ["Registration Options for Non-Photographic Databases _ FAQ" available at https://copyright.gov/non-photographic-databases/faq.pdf]; Taylor Decl. ¶ 30.

401. Each of Ziff Davis's copyright applications complied with the U.S. Copyright Office's deposit copy requirements. Taylor Decl. ¶ 19.

402. In some instances, Ziff Davis's initial copyright applications listed the parent company, Ziff Davis, as the Author and Claimant for group and database registrations, rather than the particular Ziff Davis subsidiary that owns the brand and the content; the resulting registrations have all been supplemented to update the registration with the correct Author and Claimant information. Taylor Decl. ¶ 32; Ex. 364 [Ziff Davis's Supplemental Response to Interrogatory No. 2 (Apr. 17, 2026)] at pp. 4–5; Ex. 357 [ZD0668127–174] (certificates for the following supplemental registrations: TXU002537399 [What to Expect]; TXU002537336 [IGN]; TXU002537325 [Dicebreaker]; TXU002537378 [VG247]; TXU002537358 [Rock Paper Shotgun]; TXU002537369 [Eurogamer]; TXU002537323 [Games Industry Biz]; TXU002537357 [Lose It]; TXU002537377 [Diabetes Daily]; TXU002537327 [BPHope]; TXU002537365 [DailyOM]; TXU002537360 [BabyCenter]; TXU002537389; TXU002537362 [Babycenter Español]; TXU002538619 [CNET]; TXU002537383 [Everyday Health]; TXU002537389 [Migraine Again]); Ex. 374 [ZD0668198]; Taylor Decl. Ex. Q (MedPage Today).

**4. The Center for Investigative Reporting**

403. The term "Nonprofit News Plaintiffs' Common Crawl Training Set" refers to the following OpenAI training sets: [redacted]

[5] "Nonprofit News Plaintiffs" means The Center for Investigative Reporting, Inc. and The Intercept Media, Inc.

404. In this motion, for purposes of its DMCA claims, CIR is asserting only those Asserted Works at least 200 words long, with at least one copy (other than copies located at the Mother Jones subdomains referenced at page 3, footnote 3 of Dr. Wenger's Supplemental Report) in a Nonprofit News Plaintiffs' Common Crawl Training Set, where that copy that has a Jaccard similarity score over 3-grams with the original of at least 0.6 (the "CIR SJ Asserted Works," and, where applicable, the "Mother Jones SJ Asserted Works" and the "Reveal SJ Asserted Works"). Bauerlein Decl. ¶ 20.

405. In this motion, for purposes of its copyright infringement claims based on training, CIR is asserting only those Mother Jones Registered Asserted Works at least 200 words long, with at least one copy (other than copies located at the Mother Jones subdomains referenced at page 3, footnote 3 of Dr. Wenger's Supplemental Report) in a Nonprofit News Plaintiffs' Common Crawl Training Set, where that copy that has a Jaccard similarity score over 3-grams with the original of at least 0.6 (the "Mother Jones SJ Registered Asserted Works"). Bauerlein Decl. ¶ 20.

406. In this motion, for purposes of its copyright infringement claims based on acquisition, CIR is asserting all Mother Jones Registered Asserted Works with a copy in a Nonprofit News Plaintiffs' Common Crawl Training Set. Bauerlein Decl. ¶ 21.

407. In this motion, for its RAG and output infringement claims against Microsoft, CIR is seeking summary judgment for all Mother Jones Registered Asserted Works for which Dr. Wenger located a copy in Microsoft's RAG or output log data. Bauerlein Decl. ¶ 22.

408. CIR owns the CIR SJ Asserted Works. Bauerlein Decl. ¶¶ 14-18, 24-31; Bauerlein Decl. Ex. A at "Registered Works," "Mother Jones," and "Reveal" tabs; Bauerlein Decl. Ex. B; Bauerlein Decl. Ex. C; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F;

Bauerlein Decl. Ex. G; Bauerlein Decl. Ex. H at, rows 48,920, 50,403, 83,760; Bauerlein Decl. Ex. I; Bauerlein Decl. Ex. J at -638; Bauerlein Decl. Ex. K at -734; Bauerlein Decl. Ex. L at -047.

409. CIR owns all Mother Jones Registered Asserted Works. Bauerlein Decl. ¶¶ 14-18, 24-31; Bauerlein Decl. Ex. A at "Registered Works" tab; Bauerlein Decl. Ex. B; Bauerlein Decl. Ex. C; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. I; Bauerlein Decl. Ex. J at -638; Bauerlein Decl. Ex. K at -734; Bauerlein Decl. Ex. L at -047.

410. CIR's Asserted Works are identified in a Rule 1006 Summary attached as Exhibit A to the Bauerlein Declaration. Bauerlein Decl. Bauerlein Decl. ¶17; Bauerlein Decl. Ex. A at "Registered Works," "Mother Jones," and "Reveal" Tabs.

411. All of CIR's Asserted Works identified in the "Registered Works" tab of Exhibit A to the Bauerlein Declaration are registered with the Copyright Office and were registered within five years of first publication. Bauerlein Decl. ¶17; Bauerlein Decl. Ex. A at "Registered Works," "Mother Jones," and "Reveal" Tabs; Bauerlein Decl. Ex. B.

412. The "Registered Works" tab in Exhibit A to the Bauerlein Declaration provides a list of the Mother Jones Registered Asserted Works. For each Mother Jones Registered Asserted Work, this tab provides the associated URL link, publication date, title, registration number, magazine issue and volume, citations to the registration certificate, and Bates numbers for the magazine article. Bauerlein Decl. ¶17; Bauerlein Decl. Ex. A at "Registered Works," "Mother Jones," and "Reveal" Tabs.

413. Exhibit B to the Bauerlein Declaration contains copies of the copyright registrations associated with the Mother Jones Registered Asserted Works in CIR's possession. Bauerlein Decl. ¶17; Bauerlein Decl. Ex. B.

414. Exhibit C to the Bauerlein Declaration contains Bates-numbered copies of Mother Jones Registered Asserted Works as they appeared in the Mother Jones Magazine. Bauerlein Decl. ¶ 17; Bauerlein Decl. Ex. C.

415. Three articles highlighted in the "Registered Works" tab in Exhibit A to the Bauerlein Declaration were printed in Mother Jones magazine issues, but these issues were not registered with the U.S. Copyright Office. These articles are titled "8 Electric-Car Myths Busted," "Confessions of a Tea Party Casualty," and "Walking Dead: Congress Edition." Another article highlighted in this tab, titled "There's a Facebook Coronavirus Post Going Viral Claiming to Be From Stanford. Don't Believe It," was never printed in a Mother Jones magazine and was published online only. Bauerlein Decl. ¶ 17, n.1; Bauerlein Decl. Ex. A at "Registered Works," "Mother Jones," and "Reveal" Tabs.

416. CIR could not locate the copyright registrations for certain Mother Jones Registered Asserted Works. The table below provides the Registration Numbers for such works and URL links to the registration certificates for such works from the U.S. Copyright Office's webpage, Copyright.Gov. These links are included in the "Registered Works" tab in Exhibit A to the Bauerlein Declaration.

| **Registration #** | **URL** |
|---|---|
| TX0004754203 | tps://publicrecords.copyright.gov/detailed-record/voyager_19982220 |
| TX0006646770 | tps://publicrecords.copyright.gov/detailed-record/voyager_22831621 |
| TX0007944847 | ps://publicrecords.copyright.gov/detailed-record/voyager_27178509 |
| TX0008035701 | ps://publicrecords.copyright.gov/detailed-record/voyager_27702824 |

| | |
|---|---|
| TX0008839755 | ps://publicrecords.copyright.gov/detailed-record/voyager_31384470 |
| TX0008998016 | ps://publicrecords.copyright.gov/detailed-record/voyager_32916178A |
| TX0008998013 | ps://publicrecords.copyright.gov/detailed-record/voyager_32916179 |
| TX0008998007 | ps://publicrecords.copyright.gov/detailed-record/voyager_32916180 |
| TX0009134186 | ps://publicrecords.copyright.gov/detailed-record/voyager_34046306 |
| TX0009247692 | ps://publicrecords.copyright.gov/detailed-record/voyager_34900240 |

Bauerlein Decl. ¶ 17; Bauerlein Decl. Ex. A at "Registered Works," "Mother Jones," and "Reveal" Tabs.

417. The "Mother Jones" tab in Exhibit A to the Bauerlein Declaration provides the author, title, URL link, publication date, screen capture and page source view HTML for the Mother Jones Asserted Works, and ownership data for the Mother Jones Asserted Works. Bauerlein Decl. ¶ 18; Bauerlein Decl. Ex. A at "Mother Jones" Tab.

418. The "Reveal" tab in Exhibit A to the Bauerlein Declaration provides the author, title, URL link, publication date, screen capture and page source view HTML for the Reveal Asserted Works, and ownership data for the Reveal Asserted Works. Bauerlein Decl. ¶ 19; Bauerlein Decl. Ex. A at Reveal Tab.

419. Exhibit D to the Bauerlein Declaration provides screen captures of the Mother Jones SJ Asserted Works. Bauerlein Decl. ¶ 24;; Bauerlein Decl. Ex. D; Robins Decl. ¶¶ 4-6.

420. Exhibit E to the Bauerlein Declaration provides the page source view HTML of the Mother Jones SJ Asserted Works. Bauerlein Decl. ¶ 24; Bauerlein Decl. Ex. E; Robins Decl. ¶¶ 4-6.

421. Exhibit F to the Bauerlein Declaration provides screen captures of the Reveal SJ Asserted Works. Bauerlein Decl. ¶ 24; Bauerlein Decl. Ex. F; Robins Decl. ¶¶ 4-6.

422. Exhibit G to the Bauerlein Declaration provides the page source view HTML of the Reveal SJ Asserted Works. Bauerlein Decl. ¶ 24; Bauerlein Decl. Ex. G; Robins Decl. ¶¶ 4-6.

423. Three Reveal SJ Asserted Works were inadvertently not downloaded and produced during discovery. These works were previously published on the Reveal Website (at https://www.revealnews.org/digging-up-a-45-year-mystery-on-a-kentucky-hillside/, https://www.revealnews.org/disfellowshipped-a-virtual-reality-experience/, and https://www.revealnews.org/leaked-immigration-court-officials-directive-could-violate-rules-that-protect-families-from-deportation/), but they are no longer available on the website. The text of these works is provided in Ex. H to the Bauerlein Declaration at rows 83,760, 50,403, and 48,920, respectively. Bauerlein Decl. ¶ 24, n.2; Bauerlein Decl. Ex. H.

424. The CIR SJ Asserted Works, and all Mother Jones Registered Works, were created by CIR employees as works for hire for CIR (or its predecessors prior to the merger). Bauerlein Decl. ¶¶ 29-30; Bauerlein Decl. Ex. A at "Registered Works," "Mother Jones," and "Reveal" Tabs; Bauerlein Decl. Ex. I; Bauerlein Decl. Ex. J at -638; Bauerlein Decl. Ex. K at -734.

425. The CIR SJ Asserted Works, and all Mother Jones Registered Works, are original works of human expression. Bauerlein Decl. ¶¶ 14-19, 24-31; Bauerlein Decl. Ex. A at "Registered Works," "Mother Jones," and "Reveal" tabs; Bauerlein Decl. Ex. B; Bauerlein Decl. Ex. C; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F; Bauerlein Decl. Ex. G; Bauerlein Decl. Ex. H at, rows 48,920, 50,403, 83,760; Bauerlein Decl. Ex. I; Bauerlein Decl. Ex. J at -638; Bauerlein Decl. Ex. K at -734; Robins Decl. ¶¶ 4-6.

### 5. The Intercept

426. In this motion, The Intercept is asserting only those Asserted Works at least 200 words long, with at least one copy in a Nonprofit News Plaintiffs' Common Crawl Training Set, where that copy that has a Jaccard similarity score over 3-grams with the original of at least 0.6 (the "The Intercept SJ Asserted Works"). Macala Decl. ¶ 12.

427. The Intercept owns The Intercept SJ Asserted Works. Macala Decl. ¶¶ 8-19; Macala Decl. Ex. A; Macala Decl. Ex. B; Macala Decl. Ex. C; Macala Decl. Ex. D; Macala Decl. Ex. E at -955; Macala Decl. Ex. F at -171; Macala Decl. Ex. G.

428. The Intercept's Asserted Works in this case are identified in a Rule 1006 Summary attached as Exhibit A to the Macala Declaration. For each Intercept Asserted Work, this summary provides the associated author, title, URL link, publication date, screen capture and page source view HTML, and ownership data. Macala Decl. ¶ 11; Macala Decl. Ex. A.

429. Exhibit B to the Macala Declaration provides screen captures of The Intercept SJ Asserted Works. Macala Decl. ¶ 13; Macala Decl. Ex. B; Robins Decl. ¶¶ 4-6.

430. Exhibit C to the Macala Declaration provides the page source view HTML of The Intercept SJ Asserted Works. Macala Decl. ¶ 13; Macala Decl. Ex. C; Robins Decl. ¶¶ 4-6.

431. The Intercept SJ Asserted Works were created by Intercept employees or freelancers (or employees or freelancers of its predecessor prior to the merger) as works for hire for The Intercept. Macala Decl. ¶¶ 8, 15-19; Macala Decl. Ex. A; Macala Decl. Ex. D; Macala Decl. Ex. E at -955; Macala Decl. Ex. F at -171, -179-82; Macala Decl. Ex. G.

432. The Intercept SJ Asserted Works are original works of human expression. Macala Decl. ¶¶ 8-19; Macala Decl. Ex. A; Macala Decl. Ex. B; Macala Decl. Ex. C; Robins Decl. ¶¶ 4-6.

#### 6. Individual Articles

433. Since prior to 2018 (the earliest date Defendants' alleged infringement began), the New York Times and *Daily News* Plaintiffs have been publishing all of their articles individually online and their general practice has been to release news on an article-by-article basis. *See, e.g.,* Ex. 18 [M. Burbach, January 30, 2026, Depo. Tr.] at 39:7-12; Ex. 19 [Pugh, January 7, 2026, Depo. Tr.] at 44:22-45:3; Ex. 349 [A. Julien, Jan. 16, 2026, Depo. Tr.] at 44:11-24; Ex. 343 [R. Dominguez, March 3, 2026, Depo. Tr.] at 29:10-30:16; Ex. 20 [J. Anderson, December 2, 2025, Depo. Tr.] at 56:8-10; Ex. 351 [Lee Ann Colacioppo, 30(b)(1) February 25, 2026, Depo. Tr.] at 66:9-14; Ex. 130 [Brockman Depo. Tr.] at 58:8-10 (GPT-2 training began "towards the end of 2018, perhaps early 2019").

434. In the Generative AI Data licensing market, when Generative AI platforms enter agreements with publishers, the published materials to be provided are not quantified in terms of issues. Malackowski NYT-DNP Opening Report at 155 and Appendix F, Exhibits 4.1, 5.1; Appendix G Sections 2.1, 2.3.

435. When OpenAI was seeking out publishers' works, they spoke in terms of articles (not issues). *See, e.g.*, Ex. 551 [OPCO_MDL_000481178] (February 2022 conversation noting that "greg [Brockman] has prepped some high quality, small datasets" including "7m urls" from "nytimes", or "about half of NYT").

436. In the Generative AI Data licensing market, the amount of materials to be provided are often quantified in terms of individual articles. Malackowski NYT-DNP Opening Report at 155 and Appendix F, Exhibits 4.1, 5.1; Appendix G Sections 2.1, 2.3; *see also, e.g.*, Ex. 144 [OPCO_MDL_004590266] at -266 and -277; Ex. 146 [OPCO_MDL_004590278] at -287-88, 290-91; Ex. 152 [OPCO_MDL_004596337] at 337; Ex. 165 [OPCO_MDL_004740479-494] at 486.

[redacted]

438. Likewise, OpenAI's agreement with News Corp. specified the amount of content in terms of articles, not issues. Ex. 152 [OPCO_MDL_004596337] at 337.

439. OpenAI also internally priced its licensing agreements in terms of articles or words, not issues. Ex. 375 [OPCO_MDL_004589228].

440. News Plaintiffs price and license news on an article basis. *See, e.g.,* Ex. 376 [NYT_00218255] at -255.

441. News Plaintiffs also make their articles available for reading and downloading separately and apart from the "issue" in which the articles appeared. Ex. 377 [Goldfarb Depo. Tr.] at 149:23-150:23; Ex. 18 [M. Burbach, January 30, 2026, Depo. Tr.] at 39:4-16; Ex. 19 [M. Pugh 30(b)(1), January 7, 2026, Depo. Tr.] at 44:22-45:3; Ex. 349 [A. Julien, Jan. 16, 2026, Depo. Tr.] at 44:11-24; Ex. 378 [K. Gordon Depo. Tr] at 63:1-65:23.

442. Dr. Goldfarb admitted at deposition that, by the late 1990s, users "could access individual articles online without having to buy a whole edition of a newspaper" and "began consuming content at the individual piece level." Ex. 377 [Goldfarb Depo. Tr.] at 149:23-150:23.

443. [redacted] Ex. 376 [NYT_00218255] at 255.

444. [redacted]

445. When calculating the financial consideration associated with licensing content, The Times has a pricing model that designates price on a "Per Article" basis. Ex. 381 [NYT_00685761] at tab "Northam Pricing Matrix."

446. The Times notes how an individual article can go "viral" and also tracks individual page views on an article basis. Ex. 382 ["What Makes a Times Article Go Viral," *New York Times*, https://www.nytimes.com/2022/03/16/insider/what-makes-a-times-article-go-viral.html].

447. [redacted] Ex. 383 [DNP-00473273].

448. [redacted]. Ex. 384 [DNP-00473294] at -295 ([redacted]); Ex. 385 [DNP-00035917-927] at 917 ([redacted]).

449. The *Daily News* Plaintiffs promote publications on an article-by-article level, such as the Chicago Tribune allocating Instagram posts to single articles. Ex. 386 [M. Pugh, January 7, 2026, Exhibit 7].

450. The *Daily News* Plaintiffs distribute articles and multimedia through social media, newsletters, email alerts, and breaking news emails. Ex. 378 [K. Gordon, November 12, 2025, Depo. Tr.] at 62:1-63-24.

451. The *Daily News* Plaintiffs also track page views and conversion on an individual article basis. *See,* Ex. 387 [DNP-00366818 (Chicago)], Ex. 388 [DNP-00366819 (Denver)], Ex. 389 [DNP-00366820 (Mercury)], Ex. 390 [DNP-00366821 (NYDN)], Ex. 391 [DNP-00366822 (OCR)], Ex. 392 [DNP-00366823 (Orlando)], Ex. 393 [DNP-00366824 (Sun Sentinel)], Ex. 394 [DNP-00366825 (Pioneer Press)], Ex. 395 [DNP-00366826 (Aggregated)].

452. The *Daily News* Plaintiffs can make business decisions regarding the treatment of individual articles on their website through their dynamic paywall known as "Sophi," including whether the article should be designated as free (to generate more advertising revenues or increase the likelihood of a subscription) or hard walled. Ex. 89 [L. Deering, November 6, 2025, Depo. Tr.] at 64:11-21, 70:2-13.

453. The "Sophi" dynamic paywall, which makes "a decision based on user behavior, user attributes, and the type of content to decide whether that article should -- how to treat that article for that user." Ex. 396 [A. Ibrahim, 30(b)(6), November 20, 2025, Depo. Tr.] at 138:12-23.

454. The *Daily News* Plaintiffs keep a database of which articles are for open and metered use. *See,* Ex. 387 [DNP-00366818 (Chicago)], Ex. 388 [DNP-00366819 (Denver)], Ex. 389 [DNP-00366820 (Mercury)], Ex. 390 [DNP-00366821 (NYDN)], Ex. 391 [DNP-00366822

(OCR)], Ex. 392 [DNP-00366823 (Orlando)], Ex. 393 [DNP-00366824 (Sun Sentinel)], Ex. 394 [DNP-00366825 (Pioneer Press)].

455. Prior to Sophi, *Daily News Plaintiffs* utilized a solution from Mather Economics known as CME – the solution "looked at the article content and made a decision between locking and not locking the story…" Ex. 89 [L. Deering, November 6, 2025, Depo. Tr.] at 121:6-15.

456. News Plaintiffs' consumer terms of service conditions are based on a single piece of content and not issue based restrictions. *See, e.g.,* Ex. 397 [DNP-00536141-188] at 148; Ex. 398 [DNP-00535998-6009] at 6001; Ex. 399 [DNP-00536010-016] at 011; Ex. 400 ["Terms of Service," *New York Times*, January 20, 2026, https://help.nytimes.com/115014893428-Terms-of-Service].

457. The *Daily News* terms state "you [the user] may be able to use individual stories, articles, or video that appear on the Site through online functionality we have specifically designated (e.g., to e-mail a story to a friend or to purchase the rights to reproduce a story for other use)." *See, e.g.,* Ex. 397 [DNP-00536141-188] at 148; Ex. 398 [DNP-00535998-6009] at 6001; Ex. 399 [DNP-00536010-016] at 011.

458. Since at least July 2018, The Times and Daily News Plaintiffs have made articles available on an individual basis, and in many cases allowed subscribers to share an individual article as a gift or on a social media post. Ex. 377 [Goldfarb Depo. Tr.] at 149:23-150:23; Ex. 378 [K. Gordon Depo. Tr.] at 36:10-37:13, 63:1-65:24; Ex. 397 [DNP-00536141-188] at 148; Ex. 398 [DNP-00535998-6009] at 6001; Ex. 399 [DNP-00536010-016] at 011; Ex. 552 ["Gift Articles for New York Times Subscribers," The New York Times, https://help.nytimes.com/360060848652-Gift-Articles-for-New-York-Times-Subscribers]; Ex. 130 [Brockman Depo. Tr.] at 58:8-10 (GPT-2 was trained "towards the end of 2018, perhaps early 2019").

459. The news industry provides awards or prizes (e.g., Pulitzer Prizes) based on individual articles or a collection of articles pertaining to a certain story and the content contained therein, not based on issues, including awards received by certain *Daily News Plaintiffs* and *The Times*. *See, e.g.*, Ex. 401 [DNP-00534072-074], Ex. 402 [DNP-00534075-077], Ex. 403 [DNP-00534078-079], Ex. 404 [DNP-00534101-104], Ex. 405 [DNP-00534105-108], Ex. 406 [DNP-00534109-113], Ex. 407 [DNP-00534114-117]; Ex. 408 ["Pulitzer Prize Winners From The New York Times," *New York Times*, https://www.nytimes.com/spotlight/pulitzer-winners-new-york-times].

460. Every Mother Jones SJ Registered Asserted Work is published in print form, in the Mother Jones magazine, or on the Mother Jones Website. It is standard procedure to upload the same text to the Mother Jones Website as what appears in the Mother Jones magazine, and vice versa. Using the same text on the website and in the magazine is a routine practice of Mother Jones. In a small number of cases, the published magazine article is a condensed version of the article published online, or vice-versa. Bauerlein Decl. ¶ 25.

461. As a routine practice, every Mother Jones magazine article is published at a distinct URL on the Mother Jones Website. Bauerlein Decl. ¶ 26.

462. Since 2006 at the latest, users of the Mother Jones Website have never been required to maintain a subscription to the Mother Jones magazine to access individual magazine articles on the website. Bauerlein Decl. ¶ 27.

**F. News Plaintiffs' Protection of Their Works**

**1. Paywalls**

463. [redacted]. Ex. 409 [Perelman 30(b)(6) Depo. Tr.] at 15:6-8 ("[redacted]

[redacted]); Ex. 410 [Feamster Opening Rep.] ¶¶ 150-52; Ex. 414 [Sohl Dec. 9, 2025, 30(b)(6) Depo. Tr.] at 343:5-15.

464. Content from behind a paywall is hidden from a human user's browser. Ex. 410 [Feamster Opening Rep.] ¶ 150.

465. **The Times.** The Times launched the paywall on its website in March 2011. Ex. 371 [Yang 30(b)(6) Depo. Tr.] at 168:17-20.

466. When first introduced, The Times's paywall was a frequency-based or "metered" model that allowed visitors to read 20 articles per month without paying, after which they would be prompted to purchase one of several digital subscription packages. Ex. 82 [Tucker Opening Rep.] ¶34; Ex. 553 [Yang Depo. Ex. 16]; Ex. 371 [Yang 30(b)(6) Depo. Tr.] at 168:21-169:2.

467. The Times subsequently tightened its metered paywall over time, reducing the number of free articles from 20 per month to, eventually, 5 free articles per month in 2020, and ultimately switching to a dynamic model that does not use one fixed number of free articles but rather takes user behavior into consideration. Ex. 411 [NYT_01014327] at 28, 31 (showing paywall meter at 5 free articles in July 2020); Ex. 127 [Rao Rebuttal Rep.] ¶ 238, n.609; Ex. 371 [Yang 30(b)(6) Depo.] at 182:18-183:6.

468. When The Times introduced a paywall in March 2011, visitors would be able to read 20 articles a month before hitting a paywall, with an allowance for additional articles if the articles was accessed through search engine or social media. Ex. 371 [Yang 30(b)(6) Depo. Tr.] at 168:17-170:2.

469. As of 2019, The Times added in a "Dynamic Meter" system known as "Red Bird" which is a machine learning-based model which determines "whether a paywall or …registration wall shows up" when an article is shown. Ex. 371 [Yang 30(b)(6) Depo. Tr.] at 176:23-177:15.

470. The Times also employs a registration wall (or "Regi Wall"), a separate mechanism from its paywall, which blocks part of a page, with "a prompt to sign up via email for accessing The Times in a limited way." Ex. 83 [Poferl 30(b)(6) Depo. Tr.] at 65:10-66:5; *see also* Ex. 413 [NYT_00733728].

471. The Regi Wall requires a user to supply identifying information and create an account before gaining access to additional free content. Ex. 83 [Poferl 30(b)(6) Depo. Tr.] at 66:7-10.

472. Once registered users hit their individual meter limit, they are served a paywall with a subscription offer which, unlike a registration wall, asks "for payment details so that [the user is] paying for access to the content." Ex. 83 [Poferl 30(b)(6) Depo. Tr.] at 66:1-5; Ex. 412 [Yang Depo. Ex. 19]; Ex. 413 [NYT_00733728] at -46.

473. The Times has a paywall on News, Wirecutter, Cooking, and The Athletic content. Ex. 371 [Yang 30(b)(6) Depo. Tr.] at 180:18-23.

474. OpenAI acquired Times content notwithstanding The Times's paywall. Ex. 371 [Yang 30(b)(6) Depo. Tr.] at 168:17-20 (existence of paywall); Ex. 371 [Yang 30(b)(6) Depo. Tr.] at 180:22-23 (existence of paywall); [OPCO_MDL_001686009] at -09; Ex. 414 [Sohl Dec. 9, 2025 30(b)(6) Depo. Tr.] at 368:2-11 ([redacted]); 414. 414 [Sohl Dec. 9, 2025 30(b)(6) Depo. Tr.] at 290:5-16, 332:6-17 (OpenAI 30(b)(6) testimony agreeing that [redacted]).

475. **Daily News Plaintiffs.** The Daily News Plaintiffs implemented paywalls at various times between 2015 and 2018, with The Daily News Plaintiffs papers transitioning at different rates such that "within [a] five-year period, everybody went from no paywall to paywall." Ex. 17 [Pine Feb. 4, 2026 30(b)(6) Depo. Tr.] at 237:12-19.

476. When *Daily News* Plaintiffs first implemented paywalls, it was manually determined how many "free stories" a user would get before they hit a paywall. Ex. 17 [Pine Feb. 4, 2026 30(b)(6) Depo. Tr.] at 238:10-15; Ex. 88 [A. Ibrahim 30(b)(6) Depo. Tr.] at 134:24-135:5 (explaining that content is never "free" -- "It was different for different users. And it was in the spirit of selling a subscription.").

477. Over time, *Daily News* Plaintiffs' paywall meters have become more sophisticated and they take into account many factors, such as the type of content being read, whether the user's IP address is local or non-local, and other factors that gauge a person's propensity to subscribe. Ex. 17 [Pine Feb. 4, 2026 30(b)(6) Depo. Tr.] at 239:5-19.

478. More recently, there has been increased pressure on *Daily News* Plaintiffs to lower meter settings and tighten paywalls to ensure readers are still being converted into subscribers because it is becoming harder to convert them, and "[a]t this point the meter settings are – are so strict that there's not a lot of room for us to tighten meters further without basically locking down everything on the website, which has a reverse effect because it basically chokes off what we'd call the top of the funnel, people coming in and experiencing the content without being required to subscribe in the first place." Ex. 17 [Pine Feb. 4, 2026 30(b)(6) Depo. Tr.] at 239:23-240:10.

### 2. Robots Exclusion Protocol

479. The Robots Exclusion Protocol (REP) is a standard used by website owners to allow or disallow crawling by bots. Ex. 415 [Liang Depo. Tr.] at 147:13-25; Ex. 416 [Hallacy, 10/1/25, Depo. Tr.] at 455:15-18.

480. The REP was first introduced in 1994 and has governed bot behavior on the web as the *de facto* standard ever since. Stricchiola NYT/DN Opening Rep. at ¶ 86; Stricchiola ZD Opening Rep. at ¶ 91; Ex. 410, Feamster Opening Rep. at ¶ 288.

481. Website owners implement the REP in part through "robots.txt" files, which contain directives for different "user agents" (also referred to as "crawlers" or "bots"). Ex. 415 [Liang Depo. Tr.] at 149:11-150:14; *see also* Stricchiola NYT/DN Opening Rep. at ¶95; Stricchiola ZD Opening Rep. at ¶ 99.

482. "Disallow" directives specify URL paths the identified crawler is instructed not to access, while "allow" directives may be used to grant access to paths within an otherwise restricted directory. Stricchiola NYT/DN Opening Rep. at ¶95; *see also* Ex. 415 [Liang Depo. Tr.] at 149:11-16; Stricchiola ZD Opening Rep. at ¶ 99-100.

483. In March 2023, OpenAI announced a bot called ChatGPT-User, which OpenAI uses for certain user actions in ChatGPT, including to retrieve website content as part of generating responses in ChatGPT. Ex. 417 [https://developers.openai.com/api/docs/bots/]; Ex. 410 [Feamster Opening Rep.] at ¶ 178; Stricchiola NYT/DN Opening Rep. at 57; [Stricchiola ZD Opening Rep. at ¶ 157]; Ex. 410 [Feamster Opening Rep.] at ¶ 243.

484. In August 2023, OpenAI announced its bot called GPTBot which [redacted] Ex. 418 [OPCO_MDL_001000137] at – 143; Ex. 410 [Feamster Opening Rep.] ¶¶ 176, 244. Stricchiola NYT/DN Opening Rep. ¶¶56, 139; Stricchiola ZD Opening Rep. at ¶ 54; Ex. 417 [https://developers.openai.com/api/docs/bots/].

485. Between July 25, 2024 and November 5, 2024, OpenAI announced a bot called OAI-SearchBot, which OpenAI uses to surface websites in search results in ChatGPT's search features. Ex. 410 [Feamster Opening Rep.] at ¶¶ 177, 244; Stricchiola ZD Opening Rep. at ¶ 53; Ex. 417 [https://developers.openai.com/api/docs/bots/]; Stricchiola NYT/DN Opening Rep. at ¶ 55; Ex. 409 [Perelman 30(b)(6) Depo. Tr.] at 27:8-28:12.

486. [redacted]. Ex. 410 [Feamster Opening Rep.] at Appendix D ([redacted]).

487. **The Times.** The Times maintains a robots.txt file. Ex. 419 [Wiggins Depo. Tr.] at 77:16-17; Ex. 420 [Liang Depo. Ex. 13].

488. The Times disallowed GPTBot in its robots.txt on August 17, 2023. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 242:7-10.

489. The Times disallowed ChatGPT-User bot in its robots.txt on February 27, 2024. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 245:13-21.

490. The Times disallowed OAI-SearchBot in its robots.txt on July 25, 2024. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 243:17-19.

491. On February 22, 2024, The Times updated its robots.txt with the following header text:

> New York Times content is made available for your personal, non-commercial
> use subject to our Terms of Service here:
> https://help.nytimes.com/hc/en-us/articles/115014893428-Terms-of-Service.
> Use of any device, tool, or process designed to data mine or scrape the content
> using automated means is prohibited without prior written permission from
> The New York Times Company. Prohibited uses include but are not limited to:
> (1) text and data mining activities under Art. 4 of the EU Directive on Copyright in
> the Digital Single Market;
> (2) the development of any software, machine learning, artificial intelligence (AI),
> and/or large language models (LLMs);
> (3) creating or providing archived or cached data sets containing our content to others;
> and/or
> (4) any commercial purposes.

Ex. 421 [NYT_00733685] at -99.

492. The Times also uses a server-side block, through DataDome software, on GPTBot, ChatGPT-User, and OAI-SearchBot. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 242:2-20, 243:8-20, 245:22-24.

493. Despite The Times implementing robots.txt disallows for GPTBot, ChatGPT-User, and OAI-SearchBot, OpenAI continued to attempt to scrape The Times's webpages contravening The Times's robots.txt directives. Ex. 423 [Feamster Rebuttal Report] at ¶ 35-36, 68-69 ([redacted]); Stricchiola Reply Report at ¶¶ 18, 23-26.

494. **Daily News Plaintiffs.** Daily News Plaintiffs maintain robots.txt files for their respective websites. Ex. 72 [Jacobs Feb. 12, 2026 30(b)(6) Depo. Tr.] at 89:2-92:23.

495. Daily News Plaintiffs, except New York Daily News and Chicago Tribune, disallowed GPTBot in their robots.txt for their respective websites on August 21, 2023. Ex. 424 [DNP-00636037].

496. New York Daily News disallowed GPTBot in its robots.txt for its website at least as of September 28, 2023. Ex. 425 [Jacobs 27]; *see also* Ex. 72 [Jacobs Feb. 12, 2026 30(b)(6) Depo. Tr.] at 119:21-121:13.

497. Daily News Plaintiffs, except Chicago Tribune, disallowed ChatGPT-User in their robots.txt for their respective websites on October 26, 2023. Ex. 426 [DNP-00636034]; *see also* Ex. 427 [Jacobs Exhibit 30]; Ex. 428 [DNP-00364948]; Ex. 429 [DNP-00364953]; Ex. 430 [DNP-00364958]; Ex. 431 [DNP-00364963]; Ex. 432 [DNP-00364968]; Ex. 433 [DNP-00364973]; Ex. 434 [DNP-00364978].

498. The Chicago Tribune disallowed GPTBot and ChatGPT-User in its robots.txt for its website at least as of April 30, 2024. Ex. 435 [DNP-00364939].

499. Daily News Plaintiffs disallowed OAI-SearchBot in their robots.txt for their respective websites by at least August 23, 2024. Ex. 436 [DNP-00636036].

500. By at least August 23, 2024, Daily News Plaintiffs updated the headers of their robots.txt with the following text:

> # Our Content is made available for your personal, non-commercial use subject to our Terms of Service here: https://www.tribpub.com/terms-and-conditions/
> # Any other uses are prohibited, including but not limited to:
> # (1) text and data mining activities under Art. 4 of the EU Directive on Copyright in the Digital Single Market;
> # (2) use of any Content or information available on the Site for purposes of retrieval augmented generation, grounding, training, or development of machine learning models, algorithms, or artificial intelligence (AI) systems, or to generate substitute content or develop any products, services, or technology;
> # (3) caching or archiving the Content; and/or
> # (4) any commercial purposes.
> # Contact us at https://www.chicagotribune.com/contact-us/ for assistance.

Ex. 436 [DNP-00636036]; *see also* Ex. 72 [Jacobs Feb. 12, 2026 30(b)(6) Depo. Tr.] at 134:25-137:8; Ex. 427 [Jacobs Exhibit 30]; Ex. 437 [DNP-00636031].

501. Despite DNP implementing robots.txt disallows for GPTBot, ChatGPT-User, and OAI-SearchBot, OpenAI continued to scrape DNP's webpages contravening DNP's robots.txt directives. Ex. 423 [Feamster Rebuttal Rep.] at ¶ 88; Stricchiola Reply Rep. at ¶¶ 18-19 ([redacted]).

**<u>Ziff Davis Plaintiffs.</u>**

502. Each Ziff Davis Plaintiff maintains robots.txt files for its websites. Ex. 85 [Fortuna 30(b)(6) Depo. Tr.] at 154:13-15; Ex. 438 [ZD0497738]; Ex. 439 [ZD0497847]; Ex. 440 [ZD0499350]; Ex. 441 [ZD0498777]; Ex. 442 [ZD0499365]; Ex. 443 [ZD0499364]; Ex. 444 [ZD501190].

503. Ziff Davis also employs Content Distribution Network ("CDN") blocks to prevent unwanted traffic from reaching its websites. Ex. 85 [Fortuna 30(b)(6) Depo. Tr.] at 153:1-23.

504. The Ziff Davis Plaintiffs maintain robots.txt disallows for GPTBot on their websites. Ex. 441 [ZD0498777], Ex. 442 [ZD0499365], Ex. 443 [ZD0499364], Ex. 438 [ZD0497738], Ex. 440 [ZD0499350], Ex 444 ZD501190].

505. Despite Ziff Davis implementing robots.txt disallows, OpenAI continued to scrape Ziff Davis webpages contravening Ziff Davis's robots.txt directives. [Krein Rebuttal Rep.] ¶ 67-78; Krein Second Supplemental Report ¶¶6-8.

506. [redacted] Stricchiola Reply Rep. ¶ 65; Wenger Rebuttal Rep. at 54–55.

507. Dr. Feamster does not analyze whether, in practice, GPTBot actually respected robots.txt directives. Ex. 410 [Feamster Opening Rep.] ¶ 176 (stating he did not analyze the behavior of GPTBot); Ex. 446 [Feamster Reply Rep.] ¶¶ 19–27 (suggesting review of only source code default settings and not actual practice of GPTBot).

508. Ziff Davis incorporated its Terms of Use into its robots.txt files as of January 2025, by adding the following language:

```
# Ziff Davis content is made available for your non-commercial use subject to our
# Terms of Use here: https://www.ziffdavis.com/terms-of-use
# Use of any robot, crawler, or other tool to scrape, harvest, extract, or retrieve any content on
# this website using automated means is prohibited without written permission from Ziff Davis.
# Prohibited uses include but are not limited to:
# (1) text and data mining under Art. 4 of the EU Directive on Copyright in the Digital Single
# Market;
# (2) development or operation of artificial intelligence or machine learning software or
# databases, including by training, fine-tuning, embedding, and retrieval-augmented generation;
# (3) creating data sets containing our content or sharing it with others; and
```

# (4) any commercial purposes.
# Contact licensing@ziffdavis.com for assistance.

Ex. 447 [ZD0601076]; Ex. 85 [Joey Fortuna 30(b)(6) Depo.] at 155:19-160:3.

509. Effective July 1, 2025, Ziff Davis, formalized a company-wide CDN-level directive for specified AI bots across all covered properties. Ex. 448 [ZD0567082]; Ex. 85 [Joey Fortuna 30(b)(6) Depo.] at 191:14-192:16.

**3. Meta Tags**

510. Publishers may use meta tags such as NOARCHIVE and NOCACHE to instruct crawlers not to store or redistribute cached copies of designated pages, respectively. Stricchiola NYT/DN Opening Rep. at ¶ 98.

511. Historically, the NOARCHIVE meta tag has been used by publishers to prevent users from accessing a cached version of paywalled content, in a manner that would bypass the publisher's paywall, while still permitting indexing of the website for search purposes. Stricchiola NYT/DN Opening Rep. ¶ 99; *see also* Ex. 449 [NYT_00849355] at -56; Ex. 450 [NYT_00480186] at -86.

512. On September 22, 2023, Microsoft published a blog post announcing options for publishers to control how Bing Chat uses their content. Ex. 451 [Sept. 22, 2023 Microsoft Blog Post "Announcing New Options for Webmasters to Control Usage of their Content in Bing Chat", https://blogs.bing.com/webmaster/september-2023/Announcing-new-options-for-webmasters-to-control-usage-of-their-content-in-Bing-Chat].

513. This blog post discussed two specific controls: the NOCACHE tag and the NOARCHIVE tag. Ex. 451 [Sept. 22, 2023 Microsoft Blog Post "Announcing New Options for Webmasters to Control Usage of their Content in Bing Chat",

https://blogs.bing.com/webmaster/september-2023/Announcing-new-options-for-webmasters-to-control-usage-of-their-content-in-Bing-Chat].

514. In this blog post, Microsoft represented that, going forward, content tagged NOCACHE may be included in Bing Chat answers but that Microsoft would only display the URL/Snippet/Title in the answer. Ex. 451 [Sept. 22, 2023 Microsoft Blog Post "Announcing New Options for Webmasters to Control Usage of their Content in Bing Chat", https://blogs.bing.com/webmaster/september-2023/Announcing-new-options-for-webmasters-to-control-usage-of-their-content-in-Bing-Chat].

515. In this blog post, Microsoft represented that, going forward, content tagged NOARCHIVE would not be included in Bing Chat answers, nor linked in the answers. Ex. 451 [Sept. 22, 2023 Microsoft Blog Post "Announcing New Options for Webmasters to Control Usage of their Content in Bing Chat", https://blogs.bing.com/webmaster/september-2023/Announcing-new-options-for-webmasters-to-control-usage-of-their-content-in-Bing-Chat].

516. Microsoft committed that content tagged NOARCHIVE would not be used by Bing Chat to ground results. Ex. 452 [https://www.bing.com/webmasters/help/webmaster-guidelines-30fba23a].

517. Bing Chat continued displaying and grounding on content tagged NOARCHIVE, including paywalled content, after Microsoft's September 22, 2023 blog post. Ex. 453 [MSFT_AI_MDL_000391970] at -970 ([redacted]); Ex. 454 [Abib 30(b)(1) Tr.] at 61:8-62:10 (Microsoft employee testifying [redacted]); Ex. 455 [MSFT_AI_MDL_000642967] at -967.

518. The Times uses the NOARCHIVE tag on all of its news article pages, and has done so since prior to at least June 2019. Ex. 415 [Liang Depo. Tr.] at 20:16-21, 174:6-175:7; Ex. 450 [NYT_00480186] at -186.

519. The Daily News Plaintiffs added NOARCHIVE metatags to their webpages for home pages (e.g., https://www.chicagotribune.com, https://www.nydailynews.com, https://www.orlandosentinel.com, https://www.sun-sentinel.com, https://www.denverpost.com, https://www.twincities.com, https://www.mercurynews.com, https://www.ocregister.com) and articles on or around March 7, 2025. Ex. 75 [New York Daily News Fourth Supplemental Responses to OpenAI's Second Set of Interrogatories] at No. 6; Ex. 74 [Chicago Tribune Fourth Supplemental Responses to OpenAI's Second Set of Interrogatories] at No. 6; Ex. 77 [Sun Sentinel Fourth Supplemental Responses to OpenAI's Second Set of Interrogatories] at No. 6; Ex. 238 [Orlando Sentinel Fourth Supplemental Responses to OpenAI's Second Set of Interrogatories] at No. 6; Ex. 78 [Denver Post Fifth Supplemental Responses to OpenAI's Second Set of Interrogatories] at No. 6; Ex. 81 [Mercury News Fifth Supplemental Responses to OpenAI's Second Set of Interrogatories] at No. 6; Ex. 79 [Pioneer Press Fifth Supplemental Responses to OpenAI's Second Set of Interrogatories] at No. 6; Ex. 80 [Orange County Register Fifth Supplemental Responses to OpenAI's Second Set of Interrogatories] at No. 6; *see* also Ex. 73 [Jacobs Feb. 13, 2026 30(b)(6) Depo. Tr.] at 425:4-426:19.

520. Microsoft's own published data in a tool called Bing Webmaster Tools shows that Copilot is accessing and citing in its GenAI chat product content that The Times and *Daily News* Plaintiffs have marked with NOARCHIVE meta-tags. Stricchiola NYT/DN Opening Rep. at ¶¶ 282-297.

**4. Terms of Service**

521. In response to the question, [redacted] OpenAI admitted that [redacted] Ex. 414 [Sohl Dec. 9, 2025 30(b)(6) Depo. Tr.] at 316:6-15; *see also* Ex. 456 [Radford Depo. Tr.] at 367:8-10 [redacted]).

522. **The Times:** The Times publishes its Terms of Service on its website. *See* Ex. 400 [https://help.nytimes.com/115014893428-Terms-of-Service]. In the footer of each article on The Times's domain is a link to those Terms. Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 295:15-18, 297:17-24; Ex. 457 [Procas Depo. Ex. 4].

523. The Times's Terms of Service prohibit commercial use of Times content, and explicitly provide that, without The Times's "prior written consent," a user "shall not use robots, spiders, scripts, service, software or any manual or automatic device, tool, or process designed to data mine or scrape the Content, data or information from the Services, or otherwise use, access, or collect the Content, data or information from the Services using automated means;" "use the Content for the development of any software program, model, algorithm, or generative AI tool, including, but not limited to, training or using the Content in connection with the development or operation of a machine learning or artificial intelligence (AI) system (including any use of the Content for training, fine tuning, or grounding the machine learning or AI system as part of retrieval-augmented generation);" "use services, software or any manual or automatic device, tool, or process designed to circumvent any restriction, condition, or technological measure that controls access to the Services in any way, including overriding any security feature, bypassing or

circumventing any access controls or use limits of the Services, or failing to abide by exclusionary protocols such as the Robots Exclusion Protocol or the Automated Content Access Protocol (NYT's robots.txt notice does not constitute NYT's prior written consent under these Terms of Service); or "cache or archive the Content." Ex. 400 [https://help.nytimes.com/115014893428-Terms-of-Service].

524. The prohibitions on commercial use and on use of "robots, spiders, scripts, service, software or any manual or automatic device, tool, or process designed to data mine or scrape the Content, data or information from the Services, or otherwise access or collect the Content, data or information from the Services using automated means" without "NYT's prior written consent"; use of "use services, software or any manual or automatic device, tool, or process designed to circumvent any restriction, condition, or technological measure that controls access to the Services in any way, including overriding any security feature or bypassing or circumventing any access controls or use limits of the Services"; and on "cach[ing] or archiv[ing] the Content" have existed in the Terms since at least January 3, 2019. Ex. 458 [https://web.archive.org/web/20200304082533/https://help.nytimes.com/hc/en-us/articles/115014893428-Terms-of-service#4].

525. The prohibition on "us[ing] the Content for the development of any software program, including, but not limited to, training a machine learning or artificial intelligence (AI) system" without "NYT's prior written consent" has existed in the Terms since at least August 25, 2023. Ex. 459 [https://web.archive.org/web/20231130225337/https://help.nytimes.com/hc/en-us/articles/115014893428-Terms-of-service].

526. The Times specifically flagged the prohibitions in its Terms of Service for Microsoft and OpenAI via correspondence sent on April 3, 2023, and April 4, 2023, respectively. Ex. 235 [MSFT_AI_MDL_000229826] (Microsoft); Ex. 445 [NYT_00815634] at -636 (OpenAI).

527. Microsoft has a corporate subscription to The Times, and The Times incorporates its Terms of Service into the Group Purchase Orders governing that subscription. Ex. 744 [NYT_01072302] at -302.

528. Since July 2024, the Group Purchase Order governing Microsoft's subscription has also expressly stated that Microsoft "shall not, and shall not authorize or permit any Authorized User or third party to: a) access or use any NYT Content in connection with the development, creation, enhancement, operation or implementation of (1) any neural network, any large language model or any machine learning or other artificial intelligence process, system, model, algorithm, service or product (including any artificial intelligence 'training')." Ex. 744 [NYT_01072302] at -303.

529. **Daily News Plaintiffs:** The Daily News Plaintiffs' websites include a disclaimer in the footer that "clearly say[s] [Daily News Plaintiffs'] content can't be used for scraping." Ex. 72 [Jacobs Feb. 12, 2026 30(b)(6) Depo. Tr.] at 98:15-17; *see also* https://www.chicagotribune.com; https://www.nydailynews.com; https://www.orlandosentinel.com; https://www.sun-sentinel.com; https://www.denverpost.com; https://www.twincities.com; https://www.mercurynews.com; https://www.ocregister.com.

530. The Daily News Plaintiffs' websites include a disclaimer in the footer which states: "The use of any content on this website for the purpose of training artificial intelligence systems, algorithms, machine learning models, text and data mining, or similar use is strictly prohibited without explicit written consent." *See* also https://www.chicagotribune.com;

https://www.nydailynews.com; https://www.orlandosentinel.com; https://www.sun-sentinel.com; https://www.denverpost.com; https://www.twincities.com; https://www.mercurynews.com; https://www.ocregister.com.

531. The websites of the Chicago Tribune (https://www.chicagotribune.com), New York Daily News (https://www.nydailynews.com), Sun Sentinel (https://www.sun-sentinel.com), and Orlando Sentinel (https://www.orlandosentinel.com) include a link to the Tribune Publishing Terms of Service in the footer: Ex. 471 [https://www.tribpub.com/central-terms-of-service/.].

532. The Tribune Publishing Terms of Service expressly provides that "[w]hile accessing or otherwise using the Site, you shall not engage in any Prohibited Conduct", which includes "(a) access or use, or attempt to access or use, the Site to take any action that could harm us or a third party; (b) use the Site in any manner that violates any applicable laws or regulations; (c) use the Site in any manner that infringes upon or otherwise violates our or any third party's Intellectual Property Rights or other proprietary rights;...(f) without our express prior written consent, use robots, spiders, scripts, service, software, or any manual or automatic device, tool, or process designed to data mine or scrape the Content, data, or information from the Site, or otherwise access, collect, or copy the Content, data, or information from the Site using automated means; (g) without our express prior written consent, use or attempt to use any Content or information available on the Site, whether by manual input or automated means, for purposes of retrieval augmented generation, grounding, training, or development of machine learning models, algorithms, or artificial intelligence (AI) systems, or to generate substitute content or develop any products, services, or technology; (j) without our express prior written consent, cache or archive the Content (except for a public search engine's use of spiders for creating search indices)." Ex. 471 [https://www.tribpub.com/central-terms-of-service/.]

533. The Tribune Publishing Terms of Service included language prohibiting use of content for training and grounding at least as of January 1, 2022, explicitly providing that: "You may use the Content online only, and solely for your personal, non-commercial use, and you may download or print a single copy of any portion of the Content solely for your personal, non-commercial use, provided you do not remove any trademark, copyright or other notice from such Content" and "you may not republish any portion of the Content on any Internet, Intranet, extranet site or any other online or offline publication, or incorporate the Content in any database, compilation, archive, cache, or similar medium. You may not distribute any Content to others, whether or not for payment or other consideration, and you may not archive, modify, copy, frame, cache, reproduce, sell, publish, transmit, display, or otherwise use any portion of the Content. You may not scrape or otherwise copy our Content without permission. You agree not to decompile, reverse engineer or disassemble any software or other products or processes accessible through the Site nor to insert any code or product or manipulate the Content or the Site in any way, and not to use any data mining, data gathering or extraction method." Ex. 469 [DNP-00536096] at -96; *see also* Ex. 470 [DNP-00536086] (Tribune Publishing Terms of Service from January 1, 2021 with similar language); Ex. 468 [DNP-00536076] (Tribune Publishing Terms of Service captured on January 1, 2020 with similar language).

534. The websites of the Pioneer Press (https://www.twincities.com), Mercury News (https://www.mercurynews.com), Orange County Register (https://www.ocregister.com), and Denver Post (https://www.denverpost.com) include a link to the MediaNews Group Terms of Use in the footer: Ex. 472 [https://www.medianewsgroup.com/terms-of-use/]. *See* also https://www.denverpost.com; https://www.twincities.com; https://www.mercurynews.com; https://www.ocregister.com.

535. The MediaNews Group Terms of Use expressly provides that, "[e]xcept as expressly permitted," users and third-parties are not permitted to "(iii) use any robots, spiders, crawlers, data mining or extraction technology, or other automated scripts or means to collect or scrape information from or otherwise interact with the Technology or copy our Content without written permission; (iv) without our express prior written consent, use or attempt to use any Content or information available on the Platform, whether by manual input or automated means, for purposes of retrieval augmented generation, grounding, training, or development of large language or machine learning models, algorithms, or artificial intelligence (AI) systems, or to generate substitute content or develop any products, services, or technology; (v) alter, modify, copy, frame, reproduce, republish, or create derivative works of the Technology;...(ix) violate any robot exclusion header, robot.txt files, or other exclusionary protocols." Ex. 472 [https://www.medianewsgroup.com/terms-of-use/].

536. The MediaNews Group Terms of Use included language prohibiting use of content for training and grounding at least as of June 15, 2022, explicitly providing that: "All Content is provided for informational purposes only and you are solely responsible for verifying the accuracy, completeness, and applicability of all Content and for your use of any Content. You may use the Content online only, and solely for your personal, non-commercial use. If you operate a web site and wish to link to any of the sites owned and operated by MediaNews Group, you may do so provided you agree to cease such link upon request from MediaNews Group and that you do not state or imply any sponsorship of your site by MediaNews Group (for example, by using our stylized trademark or logo). No other use is permitted without prior written permission of MediaNews Group. The permitted use described in this paragraph is contingent on your compliance at all times with the Terms of Use. You may not, for example, republish any portion

of the Content on any internet, intranet or extranet site or incorporate the Content in any database, compilation, archive or cache. You may not distribute any Content to others, whether or not for payment or other consideration, and you may not modify, copy, frame, cache, reproduce, sell, publish, transmit, display or otherwise use any portion of the Content. You may not scrape or otherwise copy our Content without written permission. You agree not to decompile, reverse engineer or disassemble any software or other products or processes accessible through the Platform, or insert any code or product or manipulate the Content of MediaNews Group, or the Platform in any way that affects the user's experience, and not to use any data mining, data gathering or extraction method." Ex. 399 [DNP-00536010] at -011; *see also* Ex. 398 [DNP-00535998] (Terms of Use last updated May 26, 2021 with similar language); Ex. 475 [DNP-00535992] (Terms of Use last updated August 20, 2020 with similar language); Ex. 473 [DNP-00535985] (Terms of Use last updated October 5, 2017 with similar language).

537. **Ziff Davis's Terms of Use**: As of October 18, 2023, Ziff Davis's Terms of Use expressly prohibited (and still prohibit) use of any robot, spider, retrieval application, or other automated device to crawl, scrape, or index Services "in connection with the development or operation of any software program, including but not limited to any artificial intelligence or machine learning model." Ex. 1134 [Capture of https://www.ziffdavis.com/terms-of-use from Oct. 18, 2023]. The prohibitions contained in the Terms of Use were and are accessible to all visitors through hyperlinks in the footers on Ziff Davis's web and browser applications. Ex. 49 [Oh Feb. 25, 2026 30(b)(6) Depo. Tr.] at 340:25-341:4.

538. Ziff Davis's Terms of Use also contained and contain a provision prohibiting automated extraction of Ziff Davis's content through scraping, as well as an express provision

prohibiting the use of its content for training and fine-tuning of AI systems. Stricchiola ZD Opening Rep. at ¶¶ 163-165; Ex. 49 [Oh Feb. 25, 2026 30(b)(6) Depo. Tr.] at 340:2-341:4.

539. **CIR/The Intercept:** From September 29, 2017 to April 29, 2025, The Intercept's Terms of Use provided that by using the service, "[y]ou further agree that you will not: (i) use the Services or Content for any commercial purpose; ... (iii) harvest any information from the Services." Ex. 476 [INT0081475] at –76-77.

540. As of April 30, 2025, The Intercept's Terms of Use provide that by using the service, "[y]ou further agree that you will not: (i) use the Services or Content for any commercial purpose; ... (iii) harvest any information from the Services." Ex. 477 [INT0081492] at –493-94.

541. From September 9, 2010 to June 2, 2024, the Mother Jones Terms of Service provided: "You will not reproduce, duplicate. copy. sell, trade. resell, or exploit. for any commercial purpose any content, component, or feature of the Site without the prior written permission of the Foundation, except for content you have submitted to or posted on the Site, or content which you have the prior written permission of the owner to use." Ex. 478 [CIR0085222] at –23.

542. As of June 3, 2024, the Mother Jones Terms of Service provide: "You will not reproduce, duplicate, copy, create derivative works of, sell, trade, resell, or exploit any content, component, or feature of the Services without the prior written permission of CIR, except for content you have submitted to or posted on the Services, or content which you have the prior written permission of the owner to use." Ex. 479 [CIR0085024] at –025.

543. As of June 3, 2024, the Mother Jones Terms of Service provide: "You will not engage in unauthorized spidering, "scraping," or harvesting of content or personal information, or

use any other unauthorized automated means to compile information from the Services without prior written permission of CIR." Ex. 479 [CIR0085024] at –025.

544. From February 6, 2018 to June 2, 2024, the Reveal Terms of Use provided: "[Y]ou may not ... Engage in unauthorized spidering, "scraping," or harvesting of content or personal information, or use any other unauthorized automated means to compile information." Ex. 480 [CIR0085481] at –82.

545. From February 6, 2018 to June 2, 2024, the Reveal Terms of Use provided: "Except for content that you have posted on the Services, you may not publish, reproduce, distribute, display, perform, edit, adapt, modify, or otherwise exploit any part of the Services without our written consent, except as provided in these Terms." Ex. 480 [CIR0085481] at –83.

546. As of June 3, 2024, The Reveal Terms of Use provide: "You will not reproduce, duplicate, copy, create derivative works of, sell, trade, resell, or exploit any content, component, or feature of the Services without the prior written permission of CIR, except for content you have submitted to or posted on the Services, or content which you have the prior written permission of the owner to use." Ex. 481 [CIR0085036] at –038.

547. As of June 3, 2024, the Reveal Terms of Use provide: "You will not engage in unauthorized spidering, "scraping," or harvesting of content or personal information, or use any other unauthorized automated means to compile information from the Services without prior written permission of CIR." Ex. 481 [CIR0085036] at –038.

## II. Defendants' Generative AI Products

### A. Overview of At-Issue LLMs and Products

#### 1. Defendants' Large Language Models

548. OpenAI released the GPT-1 large language model in June 2018. Ex. 482 [Improving Language Understanding by Generative Pre-Training,

https://cdn.openai.com/research-covers/language-unsupervised/language_understanding_paper.pdf]; Ex. 483 [Callison-Burch Opening Rep.] ¶ 177.

549. OpenAI announced the GPT-2 large language model on February 14, 2019. Ex. 484. [Feb. 14, 2019 OpenAI Blog Post, "Better Language Models and Their Implications," https://openai.com/index/better-language-models/] at 1.

550. OpenAI released GPT-2 in two stages, with an initial release on February 14, 2019, and a full release of its 1.5 billion parameter model on November 5, 2019. Ex. 485 [November 5, 2019 OpenAI Blog Post, "GPT-2: 1.5B release," https://openai.com/index/gpt-2-1-5b-release]; Ex. 484, [Feb. 14, 2019 OpenAI Blog Post, "Better Language Models and Their Implications," https://openai.com/index/better-language-models/].

551. OpenAI announced the GPT-3 large language model on May 28, 2020, in a paper titled "Language Models are Few-Shot Learners." Ex. 486 [Tom B. Brown, et al., Language Models Are Few-Shot Learners, OpenAI, May 28, 2020, https://arxiv.org/pdf/2005.14165].

552. OpenAI released GPT-3 on June 11, 2020, and provided access through an API. Ex. 464 [June 11, 2020 OpenAI Blog Post, "OpenAI API," https://openai.com/index/openai-api/.]

553. ChatGPT, OpenAI's public-facing Chatbot, was released on November 30, 2022. Ex. 465 [November 30, 2022 OpenAI blog post, "Introducing ChatGPT," https://openai.com/index/chatgpt/] at 1; Ex. 466 [Schulman Depo. Tr.] at 162:5-12.

554. The GPT-3.5 model powered the initial version of ChatGPT. Ex. 465 [November 30, 2022 OpenAI blog post, "Introducing ChatGPT," https://openai.com/index/chatgpt/] at 3; Ex. 466 [Schulman Depo. Tr.] at 162:5-12; Ex. 467 [Goldfarb NYT Opening Rep.] ¶ 62; Ex. 474 [Goldfarb ZD Opening Rep.] ¶ 57.

555. OpenAI released the GPT-4 large language model on March 14, 2023. Ex. 460 [March 14, 2023 OpenAI Blog Post "GPT-4", https://openai.com/index/gpt-4-research/]; Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶ 49.

556. OpenAI released the GPT-3.5 Turbo large language model in March 2023. Ex. 462 [OpenAI's Supplemental Response to NYT Interrogatory No. 7]; Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶ 50.

557. Microsoft's Copilot product used a [redacted]. Ex. 463 [Microsoft's Supplemental Responses to Daily News Plaintiffs' Interrogatory No. 3].

558. Microsoft [redacted]. Ex. 463 [Microsoft's Supplemental Responses to Daily News Plaintiffs' Interrogatory No. 3].

559. OpenAI released the GPT-4 Turbo large language model in November 2023. Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶ 50.

560. OpenAI released the GPT-4o large language model in May 2024. Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶ 50.

561. OpenAI released the GPT-4o mini large language model in July 2024. Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶ 50.

562. GPT-3 became available in the OpenAI API in July 2020; GPT-3.5 became available in the OpenAI API in March 2022; GPT-4 became available in the OpenAI API in in March 2023; GPT-3.5 Turbo became available in the OpenAI API in March 2023; GPT-4 Turbo became available in the OpenAI API in November 2023; GPT-4o became available in the OpenAI API in May 2024. Ex. 462 [OpenAI's Supplemental Response to NYT Interrogatory No. 7].

563. OpenAI trained GPT-1, GPT-2, GPT-3, GPT-3.5, GPT-4, GPT-3.5 Turbo, GPT-4 Turbo, GPT-4o, and GPT-4o mini. Ex. 482 [Improving Language Understanding by Generative Pre-Training, https://cdn.openai.com/research-covers/language-unsupervised/language_understanding_paper.pdf]; Ex. 483 [Callison-Burch Opening Rep.] ¶¶ 177, 180, 188-89, 254-55, 257, 258, 260, 263; Ex. 484 [Feb. 14, 2019 OpenAI Blog Post "Better Language Models and Their Implications", https://openai.com/index/better-language-models/]; Ex. 486 [Tom B. Brown et al., Language Models Are Few-Shot Learners, OpenAI (May 28, 2020, https://arxiv.org/pdf/2005.14165)]; Ex. 487 [May 28, 2020 OpenAI Blog Post "Language Models Are Few-Shot Learners", https://openai.com/index/language-models-are-few-shot-learners/]; Ex. 460 [March 14, 2023 OpenAI Blog Post "GPT-4", https://openai.com/index/gpt-4-research/]; Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶¶ 49-50, 64; Ex. 729 [Aug. 22, 2023 OpenAI Blog Post "GPT-3.5 Turbo Fine-Tuning and API Updates", https://openai.com/index/gpt-3-5-turbo-fine-tuning-and-api-updates/].

564. GPT-2, GPT-3, GPT-3.5, GPT-4, GPT-3.5 Turbo, GPT-4 Turbo, GPT-4o, and GPT-4o mini were trained on News Plaintiffs' content. Ex. 488 [OpenAI's June 10, 2025 Supplemental Response to NYT Interrogatory No. 7]; Ex. 489 [OpenAI's January 27, 2026 Supplemental Response to ZD Interrogatory No. 6] at 16; Ex. 490 [OpenAI's Second Supplemental Response to Intercept Interrogatory No. 7 (Mar. 23, 2026)] at 6-7; Ex. 491 [OpenAI's Second Supplemental Response to CIR Interrogatory No. 14 (Mar. 23, 2026)] at 6-7; *See* Delorey Opening Report ¶¶ 30, 173, 218–219, 289-90; Ex. 492 [OpenAI's February 4, 2026 Supplemental Responses to News Plaintiffs' Request for Admission No. 69]; Goldstein Opening Rep. ¶ 261; Ex. 9 [Sohl Dep. Ex. 410]; Ex. 493 [OPCO_MDL_000133274] at 74–76; *see also* Facts 1186-1187, 1212, 1222 *infra.*

### 2. OpenAI's Products

#### *i) ChatGPT*

565. ChatGPT is a text-generating chatbot that provides natural language responses to user prompts. Ex. 465 [November 30, 2022 OpenAI blog post, "Introducing ChatGPT," https://openai.com/index/chatgpt/] at 1.

566. OpenAI developed ChatGPT and released it to the public in November 2022. Ex. 465 [November 30, 2022 OpenAI blog post, "Introducing ChatGPT," https://openai.com/index/chatgpt/] at 1; Ex. 466 [Schulman Depo. Tr.] at 162:5-12.

567. When ChatGPT was first released in November 2022, it was powered by the GPT-3.5 large language model. Ex. 465 [November 30, 2022 OpenAI blog post, "Introducing ChatGPT," https://openai.com/index/chatgpt/] at 3; Ex. 466 [Schulman Depo. Tr.] at 162:5-12; Ex. 467 [Goldfarb NYT Opening Rep.] ¶ 62; Ex. 474 [Goldfarb ZD Opening Rep.] ¶ 57.

568. Over time, ChatGPT has been powered by different GPT large language models, including GPT-3.5 Turbo, GPT-4 and GPT-4o. Ex. 494 [ChatGPT Release Notes, https://help.openai.com/en/articles/6825453-chatgpt-release-notes]; Ex. 483 [Callison-Burch Opening Rep. ¶¶ 254–64].

569. In May 2023, OpenAI released the "Browse with Bing" feature of ChatGPT, which was described as a "new version of ChatGPT that knows when and how to browse the internet to answer questions about recent topics and events." Ex. 494 [ChatGPT Release Notes, https://help.openai.com/en/articles/6825453-chatgpt-release-notes].

570. In October 2024, OpenAI released the "ChatGPT Search" feature of ChatGPT, describing it as a feature that provides "fast, timely answers with links to relevant web sources, which you would have previously needed to go to a search engine for." Ex. 495 [Oct. 31, 2024

OpenAI Blog Post, "Introducing ChatGPT search," https://openai.com/index/introducing-chatgpt-search/.]

571. This "ChatGPT Search" feature replaced the "Browse with Bing" feature of ChatGPT. Ex. 136 [Shetty 30(b)(6) Depo. Tr.] at 99:17-22.

572. This "ChatGPT Search" feature of ChatGPT remains active today. Ex. 409 [Perelman 30(b)(6) Depo. Tr.] at 24:14-15.

573. OpenAI has also released a ChatGPT Commerce feature, which offers users the opportunity to purchase products from retailers within the ChatGPT Interface. Ex. 496 [Dyett Depo. Tr.] at 81:16-23.

574. OpenAI released this ChatGPT Commerce feature in 2024. Ex. 497 [OPCO_MDL_001697051] at -51.

575. By February 2026 there were 900 million weekly ChatGPT users. Ex. 498 [Goldfarb Reply Rep. ¶ 169]; Ex. 499 [Goldfarb ZD Reply Rep.] ¶ 135.

576. There are paid versions of ChatGPT, including ChatGPT Plus and ChatGPT Pro, for which OpenAI charges subscription fees. Ex. 500 [May 23, 2025 Monaco Declaration] ¶ 2.

577. OpenAI [redacted]. Ex. 501 [Lightcap 30(b)(6) Depo. Ex. 1].

578. There is an enterprise version of ChatGPT, for which OpenAI charges subscription fees. Ex. 502 [August 28, 2023 OpenAI Blog Post, "Introducing ChatGPT Enterprise," https://openai.com/index/introducing-chatgpt-enterprise/]; Ex. 501 [Lightcap 30(b)(6) Depo. Ex. 1].

579. OpenAI generates revenue from subscription fees from the enterprise version of ChatGPT. Ex. 502 [August 28, 2023 OpenAI Blog Post, "Introducing ChatGPT Enterprise,"

https://openai.com/index/introducing-chatgpt-enterprise/]; Ex. 501 [Lightcap 30(b)(6) Depo. Ex. 1].

580. As of February 27, 2026, OpenAI had at least 50 million paid users for consumer ChatGPT accounts, and 9 million paying business users for work and government ChatGPT accounts. Ex. 503 [February 27, 2026 OpenAI Blog Post, "Scaling AI for Everyone," https://openai.com/index/scaling-ai-for-everyone/] at 1.

581. In 2024 OpenAI generated over [redacted]. Ex. 504 [OPCO_MDL_004754941] at "Annual Revenue by Product" Tab.

***ii) The OpenAI API***

582. OpenAI also developed the OpenAI API, which was commercially released to the public in June 2020. Ex. 464 [June 11, 2020 OpenAI Blog Post, "OpenAI API," https://openai.com/index/openai-api/] at 1; Ex. 505 [Lightcap 30(b)(6) Depo. Tr.] at 15:5–10.

583. OpenAI's former Chief Technology Officer Mira Murati testified at deposition that [redacted] Ex. 506 [Murati Depo. Tr.] at 116:3–5.

584. The OpenAI API enables developers to access OpenAI's LLMs, including to integrate the API into their own products. Ex. 464 [June 11, 2020 OpenAI Blog Post, "OpenAI API," https://openai.com/index/openai-api/] at 1.

585. At the time it was released, the OpenAI API enabled users to access the GPT-3 large language model. Ex. 464 [June 11, 2020 OpenAI Blog Post, "OpenAI API," https://openai.com/index/openai-api/] at 2; Ex. 505 [Lightcap 30(b)(6) Depo. Tr.] at 15:5–10; Ex. 488 [OpenAI's June 10, 2025 Supplemental Response to NYT Interrogatory No. 7] at 6–7.

586. Since then, subsequently released GPT models have been made available in the OpenAI API, including GPT 3.5, GPT-3.5 Turbo, GPT-4, GPT-4 Turbo, and GPT-4o. Ex. 488 [OpenAI's June 10, 2025 Supplemental Response to NYT Interrogatory No. 7] at 6–7.

587. OpenAI earns revenue from the OpenAI API, [redacted]. Ex. 505 [Lightcap 30(b)(6) Depo. Tr.] at 14:6–10.

#### *iii) CustomGPTs or "GPTs"*

588. In November 2023, OpenAI announced CustomGPTs, i.e., "custom versions of ChatGPT that [users] can create for a specific purpose." Ex. 507 [Nov. 6, 2023 OpenAI Blog Post "Introducing GPTs," https://openai.com/index/introducing-gpts/] at 1.

589. CustomGPTs or "GPTs" enable "anyone to create a tailored version of ChatGPT to be more helpful in their daily life, at specific tasks, at work, or at home—and then share that creation with others." Ex. 507 [Nov. 6, 2023 OpenAI Blog Post "Introducing GPTs," https://openai.com/index/introducing-gpts/] at 1.

590. CustomGPTs are powered by OpenAI's large language models. Ex. 508 [Ramchandani 30(b)(6) Depo. Tr.] at 17:22–18:4.

591. Users must visit chatgpt.com or use the ChatGPT app to use a CustomGPT. Ex. 508 [Ramchandani 30(b)(6) Depo. Tr.] at 14:22-16:25; Ex. 554 [OpenAI Help Page, "Creating and editing GPTs," https://help.openai.com/en/articles/8554397-creating-and-editing-gpts].

592. Some CustomGPTs are made available for use by others in OpenAI's GPT Store, which "is a place where users can discover" CustomGPTs. Ex. 508 [Ramchandani 30(b)(6) Depo. Tr.] at 31:21–32:4.

593. OpenAI's usage policies apply to building and using CustomGPTs. Ex. 508 [Ramchandani 30(b)(6) Depo. Tr.] at 18:10-19:2.

594. Before a CustomGPT can be shared with other users, OpenAI runs "automated checks" to assess whether the CustomGPT complies with OpenAI's usage policies, and the

CustomGPT cannot be shared with others until it passes that assessment. Ex. 508 [Ramchandani 30(b)(6) Depo. Tr.] at 30:4–25.

595. OpenAI also permits users to include CustomGPTs in OpenAI's CustomGPT Store, which is a place for OpenAI users to search for and find CustomGPTs they wish to use. Ex. 509 [January 10, 2024 OpenAI Blog Post, "Introducing the GPT Store," https://openai.com/index/introducing-the-gpt-store/].

596. Before a CustomGPT can be made available for use by others in OpenAI's GPT Store, [redacted]. Ex. 508 [Ramchandani 30(b)(6) Depo. Tr.] at 31:4-32:23.

**3. Microsoft's Products**

***i) Bing Chat / Copilot***

597. Like ChatGPT, Bing Chat is a text-generating chatbot that provides natural language responses to user prompts. Ex. 82 [Tucker Opening Rep.] ¶ 8.

598. Microsoft developed Bing Chat. Ex. 82 [Tucker Opening Rep.] ¶ 8; Ex. 510 [Microsoft's Second Supplemental Response to Daily News Plaintiff's Second Set of Interrogatories], No. 3; Ex. 511 [Microsoft's June 21, 2024 Response to New York Times Interrogatory No. 8].

599. Bing Chat was first released in February 2023, and at that point it was powered by the GPT-4 large language model. Ex. 510 [Microsoft's Second Supplemental Response to Daily News Plaintiff's Second Set of Interrogatories], No. 3; Ex. 511 [Microsoft's June 21, 2024 Response to New York Times Interrogatory No. 8].

600. Bing Chat was thereafter powered by additional GPT large language models, including GPT-3.5 Turbo, GPT-4 Turbo, and Deucalion. Ex. 510 Microsoft's Second

Supplemental Response to Daily News Plaintiff's Second Set of Interrogatories], No. 3; Ex. 517 [Lafferty Opening Rep.] ¶ 185.

601. In November 2023, Microsoft renamed and rebranded the Bing Chat product to Microsoft Copilot. Ex. 82 [Tucker Opening Rep.] ¶ 8; Ex. 512 [Nov. 15, 2023 Microsoft Blog Post, "Our Vision to Bring Microsoft Copilot to Everyone, and More," https://blogs.bing.com/search/november-2023/our-vision-to-bring-microsoft-copilot-to-everyone-and-more) at 1; Ex. 513 [Ribas Depo. Tr.] at 19:21–23.

602. Microsoft incorporates OpenAI's IP, such as the models at issue, into existing products to [redacted] Ex. 514 [Tinter 30(b)(6) Depo. Tr.] at 53:12–24.

***ii) Second Version of Microsoft Copilot***

603. In October 2024, Microsoft released an updated version of the Microsoft Copilot chatbot. Ex. 515 [Suleyman Depo. Tr.] at 26:6–9; Ex. 516 [Suleyman Depo. Ex. 3] (Microsoft October 1, 2024 blog post announcing a "refreshed" version of Copilot); Ex. 517 [Lafferty Opening Rep.] ¶ 185.

604. This second version of Copilot is also a text-generating chatbot that provides natural language responses to user prompts. Ex. 515 [Suleyman Depo. Tr.] at 26:6–9; Ex. 516 [Suleyman Depo. Ex. 3] (Microsoft October 1, 2024 blog post announcing a "refreshed" version of Copilot); Ex. 517 [Lafferty Opening Rep.] ¶ 185.

605. Microsoft also developed this newer version of Copilot. Ex. 515 [Suleyman Depo. Tr.] at 26:6–9; Ex. 516 [Suleyman Depo. Ex. 3] (Microsoft October 1, 2024 blog post announcing a "refreshed" version of Copilot); Ex. 517 [Lafferty Opening Rep.] ¶ 185.

606. This second version of Copilot was, as of February 2026, powered by the GPT-4o model. Ex. 515 [Suleyman Depo. Tr.] at 87:24-88:1.

607. There is a paid version of Copilot, called "Copilot Pro"; for which users must pay a subscription fee. Ex. 555 [MSFT_AI_MDL_002758540]; Ex. 560 [Manivannan 30(b)(6) Depo. Tr.] at 17:13–17.

608. Microsoft generates revenue from Copilot Pro subscription fees. Ex. 555 [MSFT_AI_MDL_002758540] at 16.

***iii) Microsoft 365 Copilot***

609. Microsoft 365 (M365) Copilot is a chatbot product that Microsoft released in November 2023. Ex. 511 [Microsoft's June 21, 2024 Response to New York Times Interrogatory No. 8].

610. This chatbot product is available to Microsoft enterprise customers, i.e., people who have a work or a school account through Microsoft. Ex. 511 [Microsoft's June 21, 2024 Response to New York Times Interrogatory No. 8]; Ex. 556 [Amir Opening Rep.] ¶ 23.

611. Microsoft generates revenue from charging subscription fees for Microsoft 365 Copilot. Ex. 555 [MSFT_AI_MDL_002758540] at Tab 3 (M365 CoP_US_Rev); Ex. 557 [Microsoft's Subscription Plans, https://www.microsoft.com/en-us/microsoft-365/buy/compare-all-microsoft-365-products].

612. Microsoft developed the M365 Copilot chatbot. Ex. 511 [Microsoft's June 21, 2024 Response to New York Times Interrogatory No. 8].

613. When Microsoft 365 Copilot was first released it was powered by the GPT-4 large language model. Ex. 510 [Microsoft's Second Supplemental Response to Daily News Plaintiff's Second Set of Interrogatories], No. 3.

614. Microsoft 365 Copilot has thereafter been powered by additional GPT large language models, including GPT-4 Turbo. Ex. 510 [Microsoft's Second Supplemental Response to Daily News Plaintiff's Second Set of Interrogatories], No. 3.

615. As of July 2026, Microsoft had at least 30 million paid subscribers for Microsoft 365 Copilot. Ex. 558 [Microsoft Fiscal Year 2026 Fourth Quarter Earnings Conference Call, https://www.microsoft.com/en-us/investor/events/fy-2026/earnings-fy-2026-q4] at 3.

616. In 2025 Microsoft earned [redacted] Ex. 555 [MSFT_AI_MDL_002758540] at Tab 3.

### *iv) Copilot Search*

617. Copilot Search is a chatbot product that Microsoft released in April 2025. Ex. 513 [Ribas Depo. Tr.] at 21:21-22:25; Ex. 559 [April 4, 2025 Microsoft Blog Post, "Introducing Copilot Search in Bing", https://blogs.bing.com/search/April-2025/Introducing-Copilot-Search-in-Bing].

618. Copilot Search is a text-generating chatbot that provides natural language responses to user prompts. Ex. 513 [Ribas Depo. Tr.] at 21:21-22:25; Ex. 559 [April 4, 2025 Microsoft Blog Post, "Introducing Copilot Search in Bing", https://blogs.bing.com/search/April-2025/Introducing-Copilot-Search-in-Bing].

619. Microsoft developed the Copilot Search product. Ex. 513 [Ribas Depo. Tr.] at 21:21-22:25; Ex. 559 [April 4, 2025 Microsoft Blog Post, "Introducing Copilot Search in Bing", https://blogs.bing.com/search/April-2025/Introducing-Copilot-Search-in-Bing].

620. Copilot Search as of November 2025 was powered by the GPT-4o mini large language model. Ex. 513 [Ribas Tr.] at 21:21-22:25.

### *v) Additional Microsoft Implementations of the GPT-4o and GPT-4o Mini models.*

621. The GPT-4o and GPT-4o mini models have been used by Microsoft to power over [redacted] Microsoft products. Ex. 561 [November 24, 2025 Declaration of Jacob Thornburgh] ¶ 8.

622. One Microsoft product that has been powered by the GPT-4o or GPT-4o mini models is Recipe Tips, which is a product that returns a list of recipes, ingredients, and tips in response to user queries. Ex. 562 [Microsoft's May 12, 2026 Supplemental Response to NYT Interrogatory 8].

623. One Microsoft product that has been powered by the GPT-4o or GPT-4o is Bing Shopping, which uses retrieval augmented generation to search the web in order to identify products in response to user shopping queries. Ex. 562 [Microsoft's May 12, 2026 Supplemental Response to NYT Interrogatory 8].

624. One Microsoft product that has been powered by the GPT-4o or GPT-4o is Summarize Top News from SharePoint in Viva Connections; this product summarizes internal company news by pulling news posts from a user's feed and sending the content to an LLM to generate a summary. Ex. 562 [Microsoft's May 12, 2026 Supplemental Response to NYT Interrogatory 8].

625. [redacted], [redacted]." Ex. 563 [MSFT_AI_MDL_000666185] at 185-186 [redacted]").

626. Microsoft acknowledged the [redacted] Ex. 563 [MSFT_AI_MDL_000666185] at 185-186 [redacted]

[redacted]

### B. Commercial Development and Revenue for Defendants' Products

#### 1. OpenAI's Commercial Development and Revenue

627. OpenAI was initially formed as a nonprofit organization in late 2015. Ex. 564 [OpenAI Blog Post, "Our Structure," https://openai.com/our-structure/]; Ex. 565, [OpenAI, Inc. Application for Recognition of Exemption (IRS Form 1023), December 8, 2015]; Ex. 682 ["Documents show OpenAI's long journey from nonprofit to $157B valued company," AP News, https://apnews.com/article/openai-nonprofit-application-tax-exempt-status-ebf38549cdf0529fc5ec727e2815ed12 (citing "Our Structure," OpenAI, https://openai.com/our-structure/; OpenAI, Inc. Application for Recognition of Exemption (IRS Form 1023), December 8, 2015;"Documents show OpenAI's long journey from nonprofit to $157B valued company," AP News, https://apnews.com/article/openai-nonprofit-application-tax-exempt-status-ebf38549cdf0529fc5ec727e2815ed12)].

628. OpenAI in December 2015 represented to the IRS that it did "not plan to play any role in developing commercial products or equipment" and that it "intend[ed] to make its research freely available to the public." Ex. 565 [OpenAI, Inc. Application for Recognition of Exemption (IRS Form 1023), December 8, 2015] at 30.

629. OpenAI on December 11, 2015 stated that its "goal is to advance digital intelligence in the way that is most likely to benefit humanity as a whole, unconstrained by a need to generate financial return." Ex. 566 [Dec. 11, 2015 OpenAI Blog Post, "Introducing OpenAI," https://openai.com/index/introducing-openai/].

630. In a 2017 journal entry, OpenAI co-founder and President Greg Brockman wrote that [redacted]” when he founded OpenAI. Ex. 567 [OPCO_MDL_PD_000007967] at -968.

631. In a 2017 journal entry, Mr. Brockman wrote [redacted] Ex. 568 [OPCO_MDL_MUSK_000000879] at 879–80.

632. In a 2017 journal entry, Mr. Brockman identified [redacted] Ex. 569 [OPCO_MDL_PD_000007912] at -913.

633. Mr. Altman testified in the *Musk v. Altman* litigation that [redacted].” Ex. 570 [Altman *Musk* Dep. Tr., Dkt. 1162-6] at 303:15-19; 329:20-24.

634. Mr. Brockman testified in the *Musk v. Altman* litigation that [redacted]. Ex. 571 [Brockman *Musk* Dep. Tr., Dkt. 1162-1] at 229:2-18.

635. An August 2018 internal OpenAI presentation described [redacted] Ex. 572 [OPCO_MDL_004420637] at -685.

636. OpenAI in late 2018 formed a for-profit entity. Ex. 564 [OpenAI Blog Post, “Our Structure,” https://openai.com/our-structure/]; Ex. 539 [Korovesis 30(b)(6) Depo. Tr.] at 23:15-21.

637. In a January 2019 diary entry, Greg Brockman celebrated that OpenAI [redacted].” Ex. 573

[OPCO_MDL_PD_000007962] at -963 (describing [redacted]

638. Microsoft and OpenAI entered into a partnership agreement in July 2019. Ex. 574 [July 22, 2019 Microsoft Company News, "OpenAI Forms Exclusive Computing Partnership with Microsoft to Build New Azure AI Supercomputing Technologies," https://news.microsoft.com/source/2019/07/22/openai-forms-exclusive-computing-partnership-with-microsoft-to-build-new-azure-ai-supercomputing-technologies/]; Ex. 575 [MSFT_AI_MDL_000000345] (Joint Development and Collaboration Agreement) at 1; Ex. 576 [MSFT_AI_MDL_001550855] at 1; *see infra* Facts 669-780 for more information about the Microsoft-OpenAI partnership.

639. OpenAI's former Chief Technology Officer, Mira Murati, confirmed at deposition that "[redacted]" Ex. 506 [Murati Depo. Tr.] at 21:14-17; *see also* Ex. 533 [Nadella Depo. Tr.] at 132:20 –133:3 ("[redacted]

640. [redacted] Ex. 534 [MCCAULEY_000000582] at -586; Ex. 506 [Murati Depo. Tr.] at 143:25-149:7.

641. In a performance review of Mira Murati in the second half of 2019, Sam Altman [redacted] Depo. Tr.] at 143:25-149:7.

642. In the same document, Mira Murati wrote that [redacted] Ex. 534 [MCCAULEY000000582] at -604; Ex. 506 [Murati Depo. Tr.] at 24:14-27:21.

643. OpenAI employees in October 2019 understood that OpenAI was not permitted to use data it had collected to develop a commercial product. Ex. 535 [OPCO_MDL_001838416] at -18[redacted]

644. As of at least December 4, 2019, OpenAI and Microsoft employees were holding "[redacted] Ex. 536 [OPCO_MDL_004838040] at -040; Ex. 506 [Murati Depo. Tr.] at 143:25-149:7.

645. By 2020, OpenAI [redacted]. *See* Ex. 537 [OPCO_MDL_001005468] at -474.

646. OpenAI reported in 2020 that its [redacted] Ex. 537 [OPCO_MDL_001005468] at -478.

647. From 2020 to 2024, OpenAI generated approximately [redacted] in revenue from the models and products at issue in this case, including: ChatGPT and the OpenAI API. Ex. 504 [OPCO_MDL_004754941] [redacted] *see also* Malackowski NYT-DNP Opening Rep. at 153 (Figure 38, summarizing evidence); *see also id.* at 547 (Appendix D, Ex. 1).

648. Under the revenue sharing agreement between OpenAI and Microsoft, Microsoft has contributed approximately [redacted] to OpenAI's revenues from 2023 to 2024. Ex. 538 [MSFT_AI_MDL_002758534 [redacted] *see also* Malackowski NYT-DNP Opening Report p. 151 and Appendix D, Exs. 2.4 and 5.2.

649. Additional sources of revenue have included shopping and advertising. Ex. 539 [Korovesis 30(b)(6) Depo. Tr.] at 170:5–184:1; Ex. 577 [Feb. 9, 2026 OpenAI Blog Post, "Testing ads in ChatGPT," https://openai.com/index/testing-ads-in-chatgpt/]; Ex. 578 ["OpenAI's US ad pilot exceeds $100 million in annualized revenue in six weeks," Reuters, March 26, 2026, https://www.reuters.com/business/media-telecom/openais-us-ad-pilot-exceeds-100-million-annualized-revenue-six-weeks-2026-03-26/)]; Ex. 496 [Dyett Depo. Tr.] at 81:16-23.

650. At a gross profit level OpenAI is profitable, generating [redacted] respectively. Ex. 579 [OPCO_MDL_004416645] at -677.

651. In 2025, OpenAI recapitalized as a public-benefit corporation ("PCB"). Ex. 580 [October 28, 2025 OpenAI Blog Post, "Built to benefit everyone," https://openai.com/index/built-to-benefit-everyone/]; Ex. 581 ["OpenAI may move forward with new business structure, partnership with Microsoft, regulators say," AP News, https://apnews.com/article/openai-chatgpt-nonprofit-microsoft-c661df3242766d6b0ddbab401ad1fd84)]; Ex. 582 ["OpenAI Abandons Planned For-Profit Conversion," The Wall Street Journal, https://www.wsj.com/tech/ai/openai-to-become-public-benefit-corporation-9e7896e0].

652. In 2026, OpenAI expects to generate $2.5 billion in advertising revenue and $100 billion in annual advertising revenue by 2030. Ex. 583 ["OpenAI projects $2.5 billion in ad revenue this year, $100 billion by 2030, Axios reports," Reuters, April 9, 2026,

https://www.reuters.com/business/media-telecom/openai-projects-25-billion-ad-revenue-this-year-100-billion-by-2030-axios-2026-04-09/)].

653. OpenAI's valuation has increased to at least $852 billion. Ex. 584 ["OpenAI raises $122 billion to accelerate the next phase of AI," OpenAI, March 31, 2026, https://openai.com/index/accelerating-the-next-phase-ai/].

654. OpenAI is planning a $1 trillion IPO. Ex. 585 ["Exclusive: OpenAI lays groundwork for juggernaut IPO at up to $1 trillion valuation," Reuters, https://www.reuters.com/business/openai-lays-groundwork-juggernaut-ipo-up-1-trillion-valuation-2025-10-29/)].

655. Many OpenAI employees have received equity in OpenAI as part of their compensation and for many of these employees, the value of their equity interest in OpenAI is substantial. Ex. 130 [Brockman Depo. Tr.] at 39:11–13 ("[redacted]"); Ex. 233 [Lightcap 30(b)(1) Depo. Tr.] at 13:4–9 (Brad Lightcap testifying that [redacted]"); Ex. 466 [Schulman Depo. Tr.] at 14:13-14 (John Schulman testifying that [redacted] Ex. 586 [Sutskever *Musk* Depo. Tr.] at 375:6-17 (Ilya Sutskever testifying that [redacted]"); Ex. 524 [Pachocki Depo. Tr.] at 424:4-10 (Jakub Pachocki testifying that the "[redacted]); Ex. 506 [Murati Depo. Tr.] at 19:2–3 (Mira Murati testifying that her [redacted] Ex. 525 [Ryder 30(b)(1) Depo. Tr.] at 72:6-10 ("[redacted]"); Ex. 526 [Paino 30(b)(1) Depo. Tr.] at 12:8-9 (Alex Paino testifying that [redacted] Ex. 527 [Welinder Nov. 13, 2025 Depo. Tr.] at 12:15-19 (Peter Welinder testifying

that [redacted]"); Ex. 528 [Turley 30(b)(1) Depo. Tr.] at 17:11-14 (Nick Turley testifying that [redacted]; Ex. 523 [Passos Depo. Tr.] at 221:2-6 (Alex Passos testifying that [redacted]

656. Many OpenAI employees have generated substantial income from selling their equity interest in OpenAI, or portions thereof. Ex. 130 [Brockman Depo. Tr.] at 39:17-20 (Greg Brockman: [redacted]); Ex. 506 [Murati Depo. Tr.] at 19:6-13 (Mira Murati: [redacted] Ex. 524 [Pachocki Depo. Tr.] at 424:4-6 (Jakub Pachoki: $70 million); Ex. 525 [Ryder 30(b)(1) Depo. Tr.] at 72:19-20 (Nick Ryder: [redacted]); Ex. 527 [Welinder Nov. 13, 2025 Depo. Tr.] at 12:25-13:4 (Peter Welinder: "[redacted]e"); Ex. 496 [Dyett Depo. Tr.] at 13:22-24 (James Dyett: [redacted]"); Ex. 529 [Chess Depo. Tr.] at 141:9-10 (Benjamin Chess: "[redacted]"); Ex. 530 [Heidecke Depo. Tr.] at 15:16-18 (Johannes Heidecke: "[redacted]"); Ex. 528 [Turley 30(b)(1) Depo. Tr.] at 17:18-20 (Nick Turley: "$[redacted]").

### 2. Microsoft's Commercial Development and Revenue

657. Microsoft has a market capitalization of over $3 trillion. Ex. 531 [Microsoft Stock Price, MarketWatch, https://www.marketwatch.com/investing/stock/msft].

658. Microsoft reported to investors that the commercial partnership between OpenAI and Microsoft "has been super beneficial" leading to "one of the most, highest valued private companies today," and "that has led to great success for Microsoft. That's led to great success for OpenAI." Ex. 532 ["Microsoft Fiscal Year 2025 First Quarter Earnings Conference Call" October 30, 2024, https://www.microsoft.com/en-us/investor/events/fy-2025/earnings-fy-2025-q1] at 19.

659. Microsoft's CEO Satya Nadella admitted at deposition that, [redacted]

[redacted]

660. Microsoft generates revenues relating to the models and products at issue through several revenue streams, including: revenue sharing with OpenAI; OpenAI's use of the Microsoft Azure computing infrastructure for inferencing (e.g., operating the models to generate outputs); offering OpenAI's LLMs to third parties through Azure; incorporating OpenAI products into new and existing Microsoft products; use of OpenAI IP in Microsoft's Search, Advertising, News, and Edge ("SANE") products; and sale of the Bing Search API to OpenAI. *See* Malackowski NYT-DNP Opening Rep. at Section 11.1 (collecting evidence); *see also* Facts 662-668, 759 below; Ex. 587 [MSFT_AI_MDL_002881404]; Ex. 538 [MSFT_AI_MDL_002758534]; Ex. 588 [MSFT_AI_MDL_002846147]; Ex. 589 [MSFT_AI_MDL_002881406]; Ex. 555 [MSFT_AI_MDL_002758540]; Ex. 590 [MSFT_AI_MDL_002758528]; Ex. 591 [MSFT_AI_MDL_002758535]; Ex. 592 [MSFT_AI_MDL_002758533].

661. Microsoft receives a [redacted] of OpenAI API revenue and ChatGPT revenue. Ex. 593 [MSFT_AI_MDL_000000972] at 5; Ex. 601 [Griffith Depo. Tr.] at 53:11–54:14.

662. From 2022 to 2024, Microsoft generated approximately [redacted] in revenue relating to the models and products at issue. Ex. 587 [MSFT_AI_MDL_002881404]; Ex. 538 [MSFT_AI_MDL_002758534]; Ex. 588 [MSFT_AI_MDL_002846147]; Ex. 589 [MSFT_AI_MDL_002881406]; Ex. 555 [MSFT_AI_MDL_002758540]; Ex. 590

[MSFT_AI_MDL_002758528]; Ex. 591 [MSFT_AI_MDL_002758535]; Ex. 592 [MSFT_AI_MDL_002758533]; *see also* Malackowski NYT-DNP Opening Report at 150 (Figure 37, summarizing evidence) and Appendix D, Ex. 5.0.

663. From January 2023 to December 2024, Microsoft received [redacted] Ex. 538 [MSFT_AI_MDL_002758534] at Tab 1 ("RevShare to MSFT"); *see also* Malackowski NYT-DNP Opening Rep. at 146 and Appendix D, Exhibit 5.1.1.

664. For the period of 2023 through 2024 Microsoft received [redacted] Ex. 587 [MSFT_AI_MDL_002881404]; Ex 593 [MSFT_AI_MDL_000000972] at Slide 5; Ex. 601 [Griffith Depo. Tr.] at 53:11–54:14.; *see also* Malackowski NYT-DNP Opening Report at p. 146 and Appendix D, Exhibit 5.1.1.

665. Under the parties' agreements, Microsoft [redacted] I. Ex. 602 [MSFT_AI_MDL_000000575]; *see also* Ex. 601 [Griffith Depo. Tr.] at 28:9–12.

666. Between January 2023 and December 2024, Microsoft generated net revenues of approximately [redacted]. Ex. 538 [MSFT_AI_MDL_002758534] at Tab "RevShare to OpenAI"; *see also* Malackowski NYT-DNP Opening Report at p. 147 and Appendix D, Exhibit 5.2.

667. Microsoft products that use OpenAI's models at issue include M365 Commercial, Security Copilot, Github Copilot, HCAm DAX Copilot, Copilot Pro, Copilot Freemium, M365 Copilot, Copilot for Service, Copilot for Sales, and Copilot Studio. Malackowski NYT-DNP Opening Report, pp. 148-149; Ex. 514 [Tinter 30(b)(6) Dep. Tr.] at 52:20–53:6; Ex. 588

[MSFT_AI_MDL_002846147]; Ex. 603 [Griffith 30(b)(6) Depo. Tr.] at 105:3–106:18, 111:13–24, 173:10–23; Ex. 594 ["Microsoft 365," Microsoft, https://www.microsoft.com/en-us/licensing/product-licensing/microsoft-365]; Ex. 555 [MSFT_AI_MDL_002758540]; Ex. 604 [MSFT_AI_MDL_002758532]; Ex. 589 [MSFT_AI_MDL_002881406].

668. According to invoices issued between April 2024 and December 2024, Microsoft generated revenues of approximately [redacted] Ex. 592 [MSFT_AI_MDL_002758533]; Malackowski NYT-DNP Opening Report p. 149, Appendix D, Exhibit 5.5.

## C. OpenAI and Microsoft's Relationship and Collaboration

### 1. Collaboration in Model Training

#### *i) Microsoft's Provision of the Supercomputing Infrastructure that OpenAI Used to Train the At-Issue LLMs*

669. OpenAI decided to partner with Microsoft because OpenAI needed computing support from Microsoft to train and develop its LLMs. Ex. 533 [Nadella Depo. Tr.] at 245:13-22 [redacted] Ex. 605 [Hoeschele 30(b)(6) Depo. Tr.] at 16:13-17 [redacted]

670. [redacted]. *See* Ex. 607 [Altman 30(b)(1) Depo. Tr.] at 198:3-9 [redacted]

[redacted]

671. [redacted]

672. Microsoft in May 2019 [redacted]x. 611 [Melton 30(b)(6) Depo. Tr.] at 22:12-23:16.

673. [redacted] Ex. 611 [Melton 30(b)(6) Depo. Tr.] at 43:14-21; Ex. 596 [MSFT_AI_MDL_000792102] at -110.

674. [redacted]. Ex. 611 [Melton 30(b)(6) Depo. Tr.] at 26:3-14, 28:7-12, 45:11-17.

675. Microsoft's work on this supercomputing system was critical to OpenAI. Ex. 597 [OPCO_MDL_001937223] at -226, -227 [redacted].

676. Microsoft [redacted]. Ex. 611[Melton 30(b)(6) Depo. Tr.] at 28:13-17, 31:8-10.

677. Once again Microsoft collaborated with OpenAI to [redacted]

[redacted].

679. [redacted]

680.[redacted].

681. [redacted]

682. [redacted]

[redacted]

684. [redacted]

[redacted]

[redacted]

[redacted] 87:2.

688. [redacted]

### *ii) Microsoft's Assistance in Securing Additional Training Data for OpenAI*

689. Microsoft uses a bot ("Bingbot") to crawl the internet and index and collect content from webpages, including News Plaintiffs' webpages, and Microsoft then stores that content in the "Bing Index." Ex. 613 [Gaggara Jan. 27, 2026 30(b)(6) Depo. Tr.] at 21:17-22:6; Ex. 615 [Gaggara Aug. 20, 2025 30(b)(6) Depo. Tr.] at 63:12-64:2.

690. The Bing Index "supports the Bing search engine by crawling, storing, and organizing the internet." Ex. 610 [Sept. 25, 2025 Discovery Hearing Tr.] at 69:20-21.

691. [redacted]

[redacted]

693. [redacted]

[redacted]

[redacted]

[redacted].

697. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

721. [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]) includes News Plaintiffs' Asserted Works. *See infra* Section re: "Defendants' Infringement of News Plaintiffs' Asserted Works Ripe for Summary Judgment"

734. Before commencing [redacted]. Ex. 617 [Canel 30(b)(6) Depo. Tr.] at 91:4-7.

735. Prior to Microsoft and OpenAI commencing [redacted]), The Times in April 2023 informed both Microsoft and OpenAI that they did not have The Times's permission to use The Times's content for training LLMs. Ex. 235 [MSFT_AI_MDL_000229826] at 830 (April 3, 2023 email from The Times to Microsoft); Ex. 139 [OPCO_MDL_004621506] at -07. (April 4, 2023 from The Times to OpenAI).

736. As Microsoft and OpenAI [redacted], The Times was engaged in discussions with each of Microsoft and OpenAI about deals to license Times content for training LLMs. Ex. 646 [NYT_00203287] at -87 (August 2023 email from The Times to OpenAI regarding "high level commercial terms"); Ex. 648 [MSFT_AI_MDL_002295146 at -49] (August 2023 email from The Times to Microsoft regarding "a high level overview of the partnership structure we have in mind for the use of NYT content").

737. [redacted]t. Ex. 613 [Gaggara Jan. 27, 2026 30(b)(6) Depo. Tr.] at 41:6-43:21, 162:13-164:9; Ex. 617 [Canel 30(b)(6) Depo. Tr.] at 120:3-121:2; Ex. 615 [Gaggara Aug. 20, 2025 30(b)(6) Depo. Tr.] at 147:7-148:14; Ex. 638 [MSFT_AI_MDL_000001011] at -011 [redacted]

738. [redacted] Ex. 613 [Gaggara Jan. 27, 2026 30(b)(6) Depo. Tr.] at 41:6-43:21, 162:13-164:9; Ex. 617 [Canel 30(b)(6) Depo. Tr.] at 120:3-121:2; Ex. 615 [Gaggara Aug. 20, 2025 30(b)(6) Depo. Tr.] at 147:7-148:14; Ex. 638 [MSFT_AI_MDL_000001011] at -011 [redacted]

[redacted] [redacted]. Ex. 613 [Gaggara Jan. 27, 2026 30(b)(6) Depo. Tr.] at 41:6-43:21, 162:13-164:9; Ex. 617 [Canel 30(b)(6) Depo. Tr.] at 120:3-121:2; Ex. 615 [Gaggara Aug. 20, 2025 30(b)(6) Depo. Tr.] at 147:7-148:14; Ex. 638 [MSFT_AI_MDL_000001011] at -011 [redacted]

[redacted] [redacted] Ex. 613 [Gaggara Jan. 27, 2026 30(b)(6) Depo. Tr.] at 41:6-43:21, 162:13-164; Ex. 617 [Canel 30(b)(6) Depo. Tr.] at 120:3-121:2; Ex. 615 [Gaggara Aug. 20, 2025 30(b)(6) Depo. Tr.] at 147:7-148:14; Ex. 638 [MSFT_AI_MDL_000001011] at -011 [redacted]

[redacted] [redacted] Ex. 650 [MSFT_AI_MDL_000003441] at -441.

742. [redacted]. Ex. 650 [MSFT_AI_MDL_000003441] at -442.

### 2. Financial Relationship Between Microsoft and OpenAI

743. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

748. [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted] for

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

765. As of September 2025, Microsoft held an approximately 27 percent equity stake in OpenAI's Public Benefit Corporation. Malackowski NYT-DNP Opening Rep. at 82; Ex. 664 [Microsoft Form 10-Q for the Quarterly Period Ended September 20, 2025] at 27.

766. Given OpenAI's $500 billion valuation as of October 2025, Microsoft's 27% stake was valued at approximately $135 billion. Ex. 664 [Microsoft Form 10-Q for the Quarterly Period Ended September 20, 2025] at 27.

767. Given OpenAI's $852 billion valuation as of April 2026, Microsoft's 27% stake was valued at approximately $230 billion. Ex. 584 [https://openai.com/index/accelerating-the-next-phase-ai/]; Ex. 664 [Microsoft Form 10-Q for the Quarterly Period Ended September 20, 2025] at 27.

**3. Microsoft's Ability to Stop OpenAI's Infringement**

768. Under the Defendants' Joint Development and Collaboration Agreement ("JDCA"), Microsoft could [redacted] any

[redacted] Ex. 602 [MSFT_AI_MDL_000000575] at –586; *see also* Ex. 533 [Nadella Depo. Tr.] at 59:15-60:11 [redacted]").

769. [redacted] Ex. 533 [Nadella Depo. Tr.] at 60:2-61:4.

770. [redacted].

771. [redacted]." Ex. 602 [MSFT_AI_MDL_000000575] at –590; *see also* Ex. 533 [Nadella Depo. Tr.] at 74:13-75:9.

772. Microsoft's CEO Satya Nadella at deposition confirmed [redacted]." Ex. 533 [Nadella Depo. Tr.] at 74:19-25 (confirming "That is correct").

773. Microsoft's 30(b)(6) witness admitted that, [redacted]. Ex. 619 [Huynh Jan. 27, 2026 30(b)(6) Depo. Tr.] at 246:4-247:6, 251:2-13.

774. [redacted]").

775. At deposition, when Microsoft's CEO Satya Nadella was asked [redacted] Ex. 533 [Nadella Depo. Tr.] at 76:20-77:2.

776. [redacted] *See* Ex. 619 [Huynh Jan. 27, 2026 30(b)(6) Depo. Tr.] at 169:21-24; Ex. 666 [MSFT_AI_MDL_000228652] at -652; Ex. 668 [MSFT_AI_MDL_000008148] at -148; Ex. 670 [MSFT_AI_MDL_000666181] at -181.

777. Under the Joint Development and Collaboration Agreement ("JDCA"), Microsoft [redacted]. Ex. 533 [Nadella Depo. Tr.] at 41:14-42:9; Ex. 575 [MSFT_AI_MDL_000000345] at -364.

778. Microsoft "at [redacted]. Ex. 672 [MSFT_AI_MDL_000003490] at -492.

779. [redacted]. Ex. 514 [Tinter 30(b)(6) Depo. Tr.] at 274:3-275:2.

780. OpenAI was contractually required to "[redacted] Ex. 514 [Tinter 30(b)(6) Depo. Tr.] at 337:10-21; Ex. 674 [OPCO_MDL_PD_000000432] at -432.

## III. Defendants' Use and Copying of News Content

781. Defendants used and copied news content at different stages, including: (1) data acquisition and processing, (2) training, including pre-training, mid-training, and post-training, (3) retrieval augmented generation, (4) outputs, and (5) distributing data between each other.

### A. Acquisition of News Content

782. One cannot train on data without first acquiring it in digital form—typically by downloading it from the Internet—which requires making a copy of it. Ex. 676 [Dr. Callison-Burch Rebuttal Rep.] at ¶¶ 59-64.

783. Defendants acquired much of the text used to train the models at issue either by directly scraping content from the internet using a scraper bot or acquiring web content that is scraped by a third-party like Common Crawl. Ex. 678 [OPCO_MDL_004806204] at –205, –213.

784. A bot (short for robot) is a software program that performs tasks over a network in an automated fashion. Ex. 410 [Feamster Opening Report] ¶ 110.

785. A scraper is a bot that extracts data from a webpage. Ex. 410 [Feamster Opening Report] ¶ 109.

786. On several occasions, OpenAI operated its own web crawlers and web scrapers to directly scrape content from the internet. Ex. 627 [Ian Sohl, March 31, 2025 30(b)(1) Deposition Tr.] at 37:17-38:19.

787. Scraping News Plaintiffs' content, and acquiring News Plaintiffs' content scraped by others, requires copying that content. Ex. 676 [Callison-Burch Rebuttal Report] ¶ 59.

788. OpenAI prioritized acquiring news content for use in training and developing its large language models. Ex. 688 [OPCO_MDL_000113921] at -25 (explaining how OpenAI president Greg Brockman “[redacted]”); Ex. 689 [OPCO_MDL_000156469] at -72 (Mr. Brockman in January 2022 describing [redacted] Ex. 551 [OPCO_MDL_000481178] at -78 (February 2022 conversation noting that “greg [Brockman] [redacted]” including [redacted] Ex. 690 [OPCO_MDL_000113767] at -67 (Mr. Brockman referring to “[redacted]”); Ex. 692 [OPCO_MDL_001820445] at -46 (Mr. Brockman stating: “I [redacted] Ex. 694 [OPCO_MDL_001841113] at -13 (Mr. Brockman’s colleague asking about his [redacted], [redacted] Ex. 696 [OPCO_MDL_000156332] at -32 (Mr. Brockman writing in January 2022 that [redacted]).

789. OpenAI scraped websites, including news websites, to obtain content to use for training and developing its large language models. See evidence cited in prior Fact.

790. OpenAI devised and implemented strategies to prevent websites from knowing that OpenAI was scraping their content. Ex. 698 [OPCO_MDL_004639273] at -73 (In January 2022, OpenAI’s President Greg Brockman and then-colleague Alec Radford discussing strategies for [redacted], with Mr. Radford advising [redacted] Ex. 700 [OPCO_MDL_004836003] (OpenAI employee Vineet Kosaraju discussing “[redacted]

[redacted]"); Ex. 702 [OPCO_MDL_001940220] at -20 (In January 2023, OpenAI's Chief Research Officer Bob McGrew describing how [redacted]" while assuring colleagues that "[[redacted] Ex. 704 [OPCO_MDL_001937738] at -46_0005 (October 2019 document stating that "[redacted]

791. Some OpenAI employees devised and implemented strategies to circumvent paywalls when scraping websites. Ex. 706 [OPCO_MDL_001940102] at -03 (Nick Ryder informing Mr. Brockman about [redacted]" to help with Mr. Brockman's efforts to [redacted] and Mr. Brockman responding [redacted]

792. OpenAI disregarded paywalls when scraping websites. Ex. 708 [OPCO_MDL_001686009] at -09 (OpenAI employee in August 2023 [redacted]"); Ex. 414 [Sohl Dec. 9. 2025 30(b)(6) Tr.] at 368:2-11 [redacted]

793. At his deposition, Mr. Nadella testified [redacted]." Ex. 533 [Nadella Depo. Tr.] at 96:2-10; 102:11-15 ("[redacted]

794. At this deposition, Mr. Nadella confirmed that [redacted]

795. At his deposition, Mr. Nadella agreed that AI companies should not [redacted]1.

796. Mr. Nadella confirmed that if he [redacted] Ex. 533 [Nadella Tr.] at 76:20-77:2 [redacted]

797. In an October 27, 2023 slack message, Mira Murati, OpenAI's CTO at the time, stated that [redacted] Ex. 710 [OPCO_MDL_000000804] at -805.

798. OpenAI represented to The Times in April 2023 that OpenAI [redacted] Ex. 139 [OPCO_MDL_004621506] at -07.

799. Prior to April 2023, OpenAI had [redacted]. Ex. 414 [Sohl Dec. 9. 2025 30(b)(6) Tr.] at 290:11-16, 332:6-17 (OpenAI corporate representative confirming at deposition that [redacted]

800. OpenAI [redacted] Ex. 139 [OPCO_MDL_004621506] at -07; Ex. 414 [Sohl Dec. 9. 2025 30(b)(6) Tr.] at 290:11-16, 332:6-17 (OpenAI employee confirming at deposition that [redacted], and when confronted with OpenAI's April 2023 email to The Times, admitting [redacted]

**1. WebText and WebText2**

801. WebText is a scrape of internet URLs that OpenAI created in 2019 as part of the development of GPT-2. Ex. 456 [Radford Feb. 24, 2026 Depo. Tr.] at 238:19-24.

802. OpenAI compiled the WebText and WebText2 datasets by scraping all outbound links from Reddit that received at least 3 karma (i.e., positive upvotes). Ex. 732 [OPCO_MDL_000200524] at -26; *see also* Ex. 414 [Dec. 9, 2025 Depo. Tr. of Ian Sohl] at 297:21-25; Ex. 731 [OPCO_MDL_001687062] at -66.

803. WebText "emphasizes document quality" by prioritizing web pages "curated/filtered by humans." Ex. 644 [Language Models Are Unsupervised Learners Paper, https://cdn.openai.com/better-language-models/language_models_are_unsupervised_multitask_learners.pdf] at 3.

804. News articles were the most prevalent type of content in WebText. Ex. 733 [OPCO_MDL_004635615].

805. Webtext2 is an expanded version of WebText compiled by scraping more Reddit outlinks. Ex. 456 [Radford Feb. 24, 2026 Depo. Tr.] at 247:22-248:19.

806. OpenAI scraped a total of 168,091 Ziff Davis webpages in webtext. Ex. 655 [number of webpages scraped per domain downloaded from https://github.com/openai/gpt-2/blob/master/domains.txt]; *see also* Dkt. 1676 ¶ 136.

807. The breakdown of Ziff Davis domains scraped in webtext is as follows:

| Domain | Webpages |
|---|---|
| news.com | 27112 |
| cnet.com | 29710 |
| mashable.com | 20584 |
| ign.com | 40071 |
| humblebundle.com | 15132 |
| lifehacker.com | 10032 |
| zdnet.com | 12171 |
| vg247.com | 5905 |
| rockpapershotgun.com | 7374 |
| **Total** | **168091** |

Ex. 655 [number of webpages scraped per domain downloaded from https://github.com/openai/gpt-2/blob/master/domains.txt].

808. OpenAI's employees and internal documents recognized that news articles "were prevalent" in Webtext and WebText2. Ex. 529 [Chess Tr.] at 161:25-162:5 ("They were prevalent."), *id.* 162:6-16 ("I remember seeing New York Times come up a bunch…."); *see also* Ex. 733 [OPCO_MDL_004635615].

809. [redacted]. Wenger Opening Rep. at 36.

810. WebText contains copies of News Plaintiffs' Asserted Works. *See infra* Section re: "Defendants' Infringement of News Plaintiffs' Asserted Works Ripe for Summary Judgment"

811. [redacted]. *See infra* Section re: "Defendants' Infringement of News Plaintiffs' Asserted Works Ripe for Summary Judgment"

### 2. Common Crawl

812. [redacted]

813. OpenAI downloaded the Common Crawl dataset [redacted] x. 414 [Ian Sohl, December 9, 2025, 30(b)(6) Depo. Tr.] at 260:25-261:10.

814. Common Crawl scrapes webpages and releases raw versions of those scrapes on its website. Wenger Opening Rep. at 14-15.

815. Common Crawl has a Terms of Use, which provides: "You agree that your use of the Service must comply with all applicable local, state, national, and international laws, and that you will not use the Service for any illegal purpose. You also acknowledge and agree that all information, data, text, scripts, web pages, web sites, software, html page links, open data APIs, metadata or other materials (collectively, the 'Crawled Content') may be subject to separate terms of use or terms of service from the owners of such Crawled Content. You acknowledge and agree to follow any technological implementations restricting how you may used Crawled Content, including without limitation, the use of robot.txt files and NOFOLLOW meta-tags." Ex. 746 [Sohl Ex. 406] at 1.

816. Common Crawl's web scraper scrapes and makes publicly available the entire HTML of the scraped webpages. Wenger Opening Rep. at 30-35.

817. Plaintiffs' Expert Dr. Goldstein reviewed Common Crawl's scraper code and identified "no evidence in the code that it respects paywalled content." Goldstein Rep. ¶ 532.

818. The scraped content that OpenAI collected from Common Crawl was saved in a WARC file format which contains full HTML documents that mirror the raw form of a webpage. Ex. 521[Yuan Depo. Tr.] at 21:22-22:18.

819. When OpenAI obtained scraped content from Common Crawl it downloaded the whole WARC file. Ex. 521 [Yuan Depo. Tr.] at 22:6-9.

820. OpenAI [redacted]. Ex. 521 [Yuan Depo. Tr.] at 21:22-22:16; Ex. 631 [Frederiksen-Cross Depo. Tr.] at 129:4-11, 131:10-20.

821. The same webpage can appear in multiple datasets made available by Common Crawl. Wenger Opening Rep. at 33.

822. OpenAI's plan was [redacted]. Ex. 521 [Yuan Depo. Tr.] at 26:16-27:8; Ex. 735 [OPCO_MDL_000205483] at -486.

823. [redacted]. Goldstein Opening Report ¶¶ 137-139, 520; Wenger Opening Rep. at 28, 48; Delorey Opening Report ¶ 229; Ex. 748 [OpenAI's Responses to Daily News Plaintiffs' Fifth Set of Interrogatories], No. 17 [redacted] Ex. 750 [OpenAI's Supplemental Response to Daily News Interrogatory No. 10] (same); Ex. 752 [OpenAI's Supplemental Response to ZD Interrogatory No. 20 (2/27/26)] at 14 (same); Ex. 754 [January 27, 2026 Email from Tom Gorman to Stephen Match] [redacted]

824. OpenAI's Common Crawl datasets [redacted] *See infra* Section re: "Defendants' Infringement of News Plaintiffs' Asserted Works Ripe for Summary Judgment"

825. OpenAI and Microsoft have provided funding to Common Crawl. Ex. 737 [OPCO_MDL_004424027] (September 2023 grant in which OpenAI agreed to give Common Crawl $750,000); Ex. 414 [Sohl Dec. 9. 2025 (30)(6) Tr.] at 278:2-3; Ex. 739 [OPCO_MDL_004602292] (July through September 2023 emails between OpenAI and Common Crawl discussing [redacted]"); Ex. 1135 [Common Crawl 2013 Form 990-PF] (Common Crawl tax filing showing $120,000 contribution from Microsoft in 2013); Ex. 1136 [Common Crawl 2013 Form 990-PF] (Common Crawl tax filing showing $35,000 contribution from Microsoft in 2014); Ex. 1135 [Common Crawl 2013 Form 990-PF] (Common Crawl tax filing showing $20,000 contribution from Microsoft in 2024).

**3. [redacted]**

826. As explained above, under Project [redacted], OpenAI and Microsoft [redacted] Ex. 617 [Canel 30(b)(6) Deposition Tr.] at 97:11-98:3; Ex. 613[Gaggara 1/27/26 Tr.] at 140:10-13; Ex. 619 [Huynh 30(b)(6) Deposition Tr.] at 65; Ex. 632 [MSFT_AI_MDL_000458392]; *See* Section II.C.

**4. Distribution – [redacted] and transfer of GPT-3 training data**

827. Microsoft and OpenAI copied News Plaintiffs' content to [redacted] *See* Section II.C.

**B. Use of News Content for Data Processing**

828. Before training the models at issue, OpenAI processed the acquired data by, *inter alia*, extracting, deduplicating, filtering, and tokenizing it. Ex. 748 [OpenAI's Responses to Daily News Plaintiffs' Fifth Set of Interrogatories], No. 17; Ex. 752 [OpenAI's Supplemental Response

to Ziff Davis Interrogatory No. 20 (Feb. 27, 2026)] at 14; Ex. 633 [Alex Paino 30(b)(6) Deposition Tr.] at 19:6-20:10); Ex. 521 [Yuan Depo Tr.] at 34:5-7.

829. *Extraction*: During the "extraction" process, [redacted] Ex. 748 [OpenAI's Responses to Daily News Plaintiffs' Fifth Set of Interrogatories], No. 17; Ex. 752 [OpenAI's Supplemental Response to Ziff Davis Interrogatory No. 20 (Feb. 27, 2026)] at 14.

830. [redacted]l. Ex. 748 [OpenAI's Responses to Daily News Plaintiffs' Fifth Set of Interrogatories], No. 17; Ex. 752 [OpenAI's Supplemental Response to Ziff Davis Interrogatory No. 20 (Feb. 27, 2026)] at 14.

831. For GPT-3 [redacted] Ex. 748 [OpenAI's Responses to Daily News Plaintiffs' Fifth Set of Interrogatories], No. 17; Ex. 752 [OpenAI's Supplemental Response to Ziff Davis Interrogatory No. 20 (Feb. 27, 2026)] at 14; Ex. 756 [OpenAI's Supplemental Response to Intercept Interrogatory No. 3 (Dec. 31, 2025)] at 6.

832. For GPT-3.5[redacted] Ex. 748 [OpenAI's Responses to Daily News Plaintiffs' Fifth Set of Interrogatories], No. 17; Ex. 752 [OpenAI's Supplemental Response to Ziff Davis Interrogatory No. 20 (Feb. 27, 2026)] at 14; Ex. 756 [OpenAI's Supplemental Response to Intercept Interrogatory No. 3 (Dec. 31, 2025)] at 6.

833. For GPT-4, [redacted]. Ex. 748 [OpenAI's Responses to Daily News Plaintiffs' Fifth Set of Interrogatories], No. 17; Ex. 752

[OpenAI's Supplemental Response to Ziff Davis Interrogatory No. 20 (Feb. 27, 2026)] at 14; Ex. 756 [OpenAI's Supplemental Response to Intercept Interrogatory No. 3 (Dec. 31, 2025)] at 6.

834. For GPT-4o, [redacted] Ex. 748 [OpenAI's Responses to Daily News Plaintiffs' Fifth Set of Interrogatories], No. 17; Ex. 752 [OpenAI's Supplemental Response to Ziff Davis Interrogatory No. 20 (Feb. 27, 2026)] at 14; Ex. 756 [OpenAI's Supplemental Response to Intercept Interrogatory No. 3 (Dec. 31, 2025)] at 6.

835. *Deduplication*: Duplication of data in the training datasets is known to increase the risk of regurgitation. Ex. 1136 [https://openai.com/index/openai-and-journalism/] (OpenAI January 2024 blog post stating that "memorization" is "more common when particular content appears more than once in training data").

836. OpenAI did [redacted] 3. Ex. 748 [OpenAI's Responses to Daily News Plaintiffs' Fifth Set of Interrogatories], No. 17; Ex. 756 [OpenAI's Supplemental Response to Intercept Interrogatory No. 3 (Dec. 31, 2025)] at 6-7; Ex. 739 [OPCO_MDL_004806459] at –460, -469.

837. OpenAI did not [redacted]. Ex. 521 [Yuan Depo. Tr.] at 62:22-23 (defining fuzzy deduplication as deduplication of documents above some similarity threshold); Ex. 741 [OPCO_MDL_004762295] at -301 [redacted]"); Ex. 741 [OPCO_MDL_004762295] at –301 ("[redacted]

838. The training datasets for GPT-2, GPT-3, GPT-4, GPT-3.5, GPT-3.5 Turbo, GPT-4.5 Turbo, GPT-4o, and GPT-4o [redacted] *See* Facts 1185-86, *infra*.

839. *Filtering*: OpenAI filtered Common Crawl data to remove material it deemed low quality and to prioritize higher-quality documents, including by using classifier-based filtering methods. Ex. 748 [OpenAI's Responses to Daily News Plaintiffs' Fifth Set of Interrogatories], No. 17; Ex. 752 [OpenAI's Supplemental Response to Ziff Davis Interrogatory No. 20 (Feb. 27, 2026)] at p. 15.

840. OpenAI understood that "to improve the quality of Common Crawl" it had to "develop[] an automatic filtering method to remove low-quality documents." Ex. 339 [OPCO_MDL_004794796] at –802.

841. To "improve the quality of Common Crawl," OpenAI trained a logistic regression classifier using curated datasets like WebText "as a proxy for high-quality documents." Ex. 339 [OPCO_MDL_004794796] at –802.

842. The New York Times Annotated Corpus [redacted]. *See infra* Facts 1093-1136 (discussing The New York Times Annotated Corpus).

843. OpenAI used [redacted].

844. The [redacted]

[redacted]. Ex. 493 [OPCO_MDL_00133274] at –274 and –275.

845. *Tokenization*: Before training, OpenAI tokenized the training data. Ex. 633 [Paino 30(b)(6)] at 20:7-15; Ex. 529 [Chess Deposition Tr.] at 31:1-11.

846. Tokenization refers to the process of converting raw text into discrete "tokens" that each correspond to a numerical identifier. Ex. 633 [Paino 30(b)(6)] at 20:7-15; Ex. 529 [Chess Deposition Tr.] at 31:1-11.

**C. Use of News Content During Training**

847. The at-issue LLMs contain billions of parameters (weights) used to generate outputs (responses) to inputs (prompts) one token (i.e., a unit of text) at a time. Ex. 461 [Berg-Kirkpatrick Opening ¶ 30]; Ex. 483 [Callison-Burch Opening Report ¶ 138-40].

**1. Use of News Content During Pre-Training**

848. Pre-training is the initial stage of model training, in which the model is trained on a large training corpus. Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶ 33.

849. During pre-training, OpenAI [redacted] Ex. 676 [Callison-Burch Rebuttal Rep.] ¶ 59 ("Again, each of these steps requires creating and storing copies of parts of the data in ephemeral memory."); *see also* Facts 1184-1187, 1210-12, 1221-1223, *infra.*

850. OpenAI's expert, Dr. Callison-Burch, explained that when developing an LLM, "having data in a particular domain you care about is often useful [for training]." Ex. 635 [Callison-Burch Depo. Tr.] at 230:17-22.

851. Dr. Callison-Burch agreed that if the goal was to create an LLM that could answer queries about certain events, a developer would want to train the model on documents covering those events. Ex. 635 [Callison-Burch Depo. Tr.] at 235:9-19.

852. Dr. Callison-Burch conceded that a model trained on news content would generate outputs influenced by that content. Ex. 635 [Callison-Burch Depo. Tr.] at 233:2-234:8.

853. OpenAI decided what training data went into the at-issue models. Ex. 621 [Ryder 30(b)(6) Depo. Tr.] at 17:15-25.

854. During training, the LLM is provided with a sequence of tokens (e.g., words) from its training data and the LLM calculates a probability distribution over the potential next tokens in that sequence. Goldstein Opening Rep. n. 146; Ex. 483 [Callison-Burch Opening Rep.] ¶¶ 160 ("'Train loss' generally measures the model's ability to predict words in text sequences drawn from the 'training' dataset"), 181.

855. With each training pass, the LLM's calculated probability distribution is compared to the "correct" distribution in which the actual next token in the training data sequence has high probability. *See* [Goldstein Opening Rep.]; Ex. 483 [Callison-Burch Opening Rep.] ¶¶ 160, 181 ("The model's prediction was then compared against the true next token from the dataset").

856. The procedure for comparing the output probability distribution with the correct one is called "computing the loss function." *See* [Goldstein Opening Rep.] n. 146; Ex. 483 [Callison-Burch Opening Rep.] ¶¶ 160, 181.

857. The "loss function" is a mathematical formula, defined by the LLM's human designers, that measures how close the LLM's output and "correct" probability distributions are (i.e., the "loss"). *See* [Goldstein Opening Rep.] n. 146; Ex. 483 [Callison-Burch Opening Rep.] ¶¶ 160, 181 ("This comparison yielded a numerical measure of error, called the 'loss,' which quantified the gap between what the model predicted and what actually appeared in the text").

858. To pretrain the at-issue models, the models were optimized against a selected "loss function." Ex. 621 [Ryder 30(b)(6) Depo. Tr.] at 175:18-19].

859. OpenAI [redacted] Ex. 621 [Ryder 30(b)(6) Depo. Tr.] at 175:25-176:1; Ex. 800 [Lafferty Rebuttal Rep.] ¶ 21.

860. Next-token prediction loss measures how well the model predicts the next token in text from its training samples. Ex. 621 [Ryder 30(b)(6) Depo. Tr.] at 177:11-14, 178:9-14; Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶ 33.

861. [redacted]. Ex. 621 [Ryder 30(b)(6) Depo. Tr.] at 175:10-21, 178:9-14. Ex. 483 [Callison-Burch Opening Rep.] ¶ 396 ("OpenAI's models are 'pre-trained to predict the next token in a document.'").

862. Next-token prediction loss is a measure of model performance. Ex. 483 [Callison-Burch Opening Rep.] ¶ 310; *See also* Ex. 621 [Ryder 30(b)(6) Depo. Tr.] at 178:15-18.

863. OpenAI's technical expert Dr. Chris Callison-Burch opines that [redacted]x. 483 [Callison-Burch Opening Rep.] ¶ 328.

864. OpenAI's expert Dr. Avi Goldfarb opines that "individual news sources are largely interchangeable within the enormous corpus of data used for LLM training." Ex. 498 [Goldfarb Reply Rep.] ¶ 267.

865. OpenAI's damages expert Dr. Stamm opines that "News Plaintiffs' Asserted Works were substitutable with that of other publishers for purposes of LLM training." Ex. 128 [Stamm Rebuttal Rep.] ¶ 308; Ex. 129 [Stamm ZD Rebuttal Rep.] at ¶ 111.

866. Microsoft's technical expert Dr. John Lafferty opines: "[N]o individual text or category of texts within a training corpus of this scale is necessary to the model's capability" and "the removal of any single work or collection of works from a corpus of trillions of tokens would

not materially alter the statistical structure the model learns." Ex. 517 [Lafferty Opening Rep.] ¶ 87.

867. Dr. Lafferty testified that news content "is not necessary" to the models' performance because "engineers, model developers, would have ways of training the model in a different fashion to compensate for the lack of a very, very broad source such as news data." Ex. 518 [Lafferty Depo. Tr.] at 51:17-23.

868. OpenAI considered [redacted] ."').

869. An OpenAI internal document [redacted]. Ex. 520 [OPCO_MDL_001894242]; Ex. 521 [Yuan Depo. Tr.] at 124:14-19.

870. OpenAI [redacted]. Ex. 130 [Brockman Depo. Tr.] at 345:25-346:2. 115 (Mr. Brockman agreeing that [redacted]

871. OpenAI sampled data sets that it views as high quality most frequently, and WebText2 was among the datasets sampled 2-3 times during training. Ex. 680 [OPCO_MDL_000000439] at -446-47.

872. OpenAI's models are [redacted]" Ex. 745 [OPCO_MDL_000220773] at 783-784 ("excellent at news"); Ex. 747 [OPCO_MDL_001900258] at -270.

873. Including news content in OpenAI's LLM pretraining data corpus improved its models' ability to produce news-style outputs. Wenger Opening Rep. at 16; Ex. 800 [Lafferty Rebuttal Rep.] ¶ 69 (noting that "exposure to news-like or book-like text may improve a model's ability to generate news-like or book-like outputs"); Ex. 676 [Callison-Burch Rebuttal Rep.] ¶ 35 (noting the at-issue LLMs [redacted] Ex. 130 [Brockman Tr.] at 300:15-18 [redacted] Ex. 749 [OPCO_MDL_004738943] at -43 (OpenAI internal document stating [redacted] Ex. 1137 [https://nonint.com/2023/06/10/the-it-in-ai-models-is-the-dataset/] (October 2023 blog post published by OpenAI employee James Betker: "It's becoming awfully clear to me that these models are truly approximating their datasets to an incredible degree"); *see also supra* Ex. 745 [OPCO_MDL_000220773] at 783-784 [redacted] Ex. 747 [OPCO_MDL_001900258] at -270.

874. According to OpenAI's LLM-training expert, [redacted]. Ex. 483 [Callison-Burch Opening Rep.] ¶ 344.

875. OpenAI's expert, Dr. Callison-Burch, opined that [redacted]. Ex. 483 [Callison-Burch Opening Rep.] ¶¶ 328, 343, 344; Ex. 676 [Callison-Burch Rebuttal Rep.] ¶ 50.

**2. Use of News Content During Mid-Training**

876. Mid-training refers to continued training of a pre-trained model. Ex. 621 [Ryder 30(b)(6) Deposition Tr.] at 139:1-4.

877. The technical methods used for mid-training are similar to those used during pre-training. Ex. 637 [Zoph 30(b)(6) Depo. Tr.] at 237:8-11; Ex. 483 [Callison-Burch Opening Rep.] ¶ 259.

878. OpenAI [redacted]. *See* Ex. 751 [OPCO_MDL_004738868] at 887-893. *See* Ex. 1138 [OpenAI's Supp. Response to News Plaintiffs' Joint RFA No. 275].

879. GPT-4 Turbo [redacted] Ex. 633 [Paino 30(b)(6) Depo. Tr.] at 114:21-25.

880. An internal OpenAI presentation [redacted] Ex. 753 [OPCO_MDL_000155665] at 3.

881. During mid-training, developers may adjust the data mixture, emphasize different sources, introduce domain-specific corpora, increase context length, improve freshness, or improve instruction-following. Ex. 483 [Callison-Burch Opening Rep.] ¶ 259.

882. One goal of mid-training is to make the model [redacted] Ex. 621 [Ryder 30(b)(6) Depo. Tr.] at 138:7-9.

883. OpenAI also used mid-training to [redacted] Ex. 755 [OPCO_MDL_004585389] at 8; Ex. 753 [OPCO_MDL_000155665] at 6.

884. OpenAI used [redacted]. *See* Ex. 751 [OPCO_MDL_004738868] at 887-893. *See* Ex. 1138 [OpenAI's Supp. Response to News

Plaintiffs' Joint RFA No. 275]; Ex. 639 [Koch 30(b)(6) Depo. Tr.] at 15:2-20, 22:5-8; Ex. 757 [OPCO_MDL_000155738] at 5-6, 10-14; Ex. 755 [OPCO_MDL_004585389] at 8, 17-19.

885. During "mid-training" OpenAI wanted [redacted] Ex. 759 [OPCO_MDL_004740422] at -422.

886. Members of OpenAI's mid-training team [redacted] Ex. 761 [OPCO_MDL_000481870] at -870; Ex. 639 [Koch 30(b)(6) Depo. Tr.] at 33:21-35:18, 38:6-18.

887. OpenAI [redacted] Ex. 639 [Koch 30(b)(6) Depo. Tr.] at 34:16-23.

888. OpenAI [redacted] Ex. 757 [OPCO_MDL_000155738 at 6]; Ex. 755 [OPCO_MDL_004585389] at 8.

889. CC-News is a continuously crawled sub-set of Common Crawl's main crawl released daily with a focus on news websites and other sources of fresh data. Goldstein Opening Rep. ¶ 172.

890. OpenAI recognized that, [redacted] Ex. 763 [OPCO_MDL_001669609] at -609.

891. OpenAI performed [redacted]. Ex. 639 [Koch 30(b)(6) Depo. Tr.] at 29:14-30:3, 36:13-14, 39:15-16.

892. [redacted]. *See* Ex. 765

[OPCO_MDL_004598867 - OPCO_MDL_004599087]; Wenger Supplemental Rep. at 24-25; *see also* Delorey Opening Report ¶¶ 218-219.

893. OpenAI [redacted] *See* Facts 1188-89, 1221, *infra.*

### 3. Use of News Content for Post-Training

#### *i) OpenAI's use of News Content for Post-Training*

894. Post-training [redacted]." Ex. 767 [OPCO_MDL_004585370] at 2; Ex. 483 [Callison-Burch Opening Rep.] ¶ 365 ("By 'post-training efforts,' I am referring to the various post-training techniques described earlier in this report that shape the behavior and/or refine the skills of LLMs after pretraining has concluded[.]").

895. OpenAI often uses the term "fine-tuning" interchangeably with "post-training." Ex. 409 [Perelman 30(b)(6) Depo. Tr.] at 19:7-8.

896. OpenAI also refers to post-training as the stage that "aligns" the model. Ex. 621 [Ryder 30(b)(6) Depo. Tr.] at 139:5-6.

897. Specifically, during post-training [redacted] Ex. 639 [Koch 30(b)(6) Deposition Tr.] at 60:2-11.

898. OpenAI's post-training efforts are directed to teaching the model to [redacted] Ex. 483 [Callison-Burch Opening Rep.] ¶ 377. OpenAI's post-training included the following activities. *Id.*

[redacted]

899. Not all of the models at issue were post-trained. Ex. 641 [Heidecke Feb. 12, 2026 30(b)(6) Depo. Tr.] at 110:21-24

900. GPT-3, the first model deployed through the API, was not post-trained. Ex. 641 [Heidecke Feb. 12, 2026 30(b)(6) Depo. Tr.] at 110:21-24 ( "My understanding is that the GPT-3 model was not post-trained at all.").

901. One of OpenAI's post-training objectives [redacted] Ex. 769 [OPCO_MDL_001936736] at -736; Ex. 771 [OPCO_MDL_000480333] at -333.

902. OpenAI used post-training [redacted] Ex. 769 [OPCO_MDL_001936736] at -736; Ex. 771 [OPCO_MDL_000480333] at -333.

903. [redacted] Ex. 769 [OPCO_MDL_001936736] at -736.

904. [redacted] the

[redacted]

905. OpenAI also used post-training techniques that focused on copyright refusals. Ex. 483 [Callison-Burch Opening Rep.] ¶ 413.

906. [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]]

at [redacted]

[redacted]

*ii) Microsoft's use of News Content for Post-Training*

920. Microsoft's Copilot product [redacted] Ex. 1140 [Microsoft's Sept. 12, 2025 Second Supplemental Responses and Objections to DNP's Second Set of Interrogatories] at 8 (First Supplemental [redacted]

[redacted] [redacted]. 1141 [Microsoft's Supplemental Responses to Daily News Plaintiffs' Interrogatory No. 2]; Ex. 643 [Song 30(b)(6) Deposition Tr.] at 45:3-9.

922. The post-training datasets used to train Deucalion included grounding data sourced from the Bing API. *See* [Goldstein Opening Rep.] ¶ 181.

923. [redacted]. *See* [Goldstein Opening Rep.] ¶ 181.

924. [redacted]. Ex. 643 [Song 30(b)(6) Deposition Tr.] at 42:10-44:14.

**4. "Memorization" of News Content During Training**

925. "Memorization" refers to instances where the model retains specific text from its training data in its parameters as a state of the trained model. Etzioni Rebuttal Rep. ¶ 53; Wenger Opening Rep. at 67; see also Ex. 675 [Callison-Burch Reply Rep.] ¶¶ 34 & n.33 (identifying this as "'verbatim' or 'near-verbatim' memorization" and quoting the Etzioni definition), 52 ("we can agree that some memorization occurs"), 56 ("I did not and do not contest that memorization occurs in LLMs."); Goldstein Opening Rep. ¶ 297 ("'Memorization' 'refers to instances where an LLM's parameters encode copies of its training data.").

926. "Regurgitation" is closely related to memorization and refers to model output behavior where an LLM generates a text sequence that is verbatim or near-verbatim to a text sequence contained in a model's training corpus. Ex. 675 [Callison-Burch Reply Rep.] ¶ 43; Goldstein Opening Rep. ¶ 297 ("Memorization is related to another concept known as 'regurgitation,' in which an LLM outputs text containing a verbatim reproduction of a part of its training data. Put simply, regurgitation is an instance in which memorization becomes directly observable in model.").

927. Calibrating the model according to the next token prediction training objective leads to memorization and regurgitation of training data. Ex. 645 [Weng Depo. Tr.] at 40:18-41:5; Ex. 714 [OPCO_MDL_001900461] at -468 [redacted]).

928. "Autoregressive" refers to generating text one token at a time, where each token depends on the words coming before it. Ex. 483 [Callison-Burch Opening Rep.] ¶¶ 138-39.

929. Memorization and regurgitation are related to the next-token prediction objective because LLMs are trained to autoregressively predict the next token. Ex. 645 [Lilian Weng Depo. Tr.] at 40:25-41:5.

930. "Verbatim memorization" happens to some degree in LLMs. Ex. 675 [Callison-Burch Reply Rep.] ¶¶ 51-52 ("verbatim memorization" happens to some degree and that "some memorization occurs.").

931. [redacted] Ex. 675 [Callison-Burch Reply Rep.] ¶¶ 48, 51-52.

932. One factor that influences the extent to which LLM's memorize their training data is the number of times the model saw certain data during training. Ex. 483 [Callison-Burch Opening Rep.] ¶ 411.

933. The ordering and amount of training data shown to the model during training are design decisions made by OpenAI. Ex. 621 [Ryder 30(b)(6) Depo. Tr.] at 178:19-179:14).

934. Each "pass" over training data is called an "epoch." Ex. 647 [Parakhin Depo. Tr.] at 60:18-61:11.

935. [redacted]

[redacted] [redacted]

[redacted] [redacted].

938. [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

945. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

950. [redacted]." Ex. 734 [OPCO_MDL_001710573] at -95.

951. In October 2022, OpenAI employee Peter Welinder (then a member of the Applied group, focused on product design) [redacted] Ex. 736

[OPCO_MDL_004608715] at -15; Ex. 527 [Welinder Nov. 13, 2025 Depo Tr.] at 33:22-34:20, 41:4-15.

952. Leading up to the launch of ChatGPT, on November 2, 2022 [redacted] Ex. 738 [OPCO_MDL_004617667] at -670.

953. Prior to the launch of ChatGPT, [redacted] Ex. 740 [OPCO_MDL_004809431] at –437.

954. OpenAI recognized that [redacted]

[redacted]

956. In January 2023 Microsoft discovered [redacted]

[redacted]

[redacted].” (Templeton Ex. 31).

958. [redacted]

[redacted] [redacted].” Ex. 791 [OPCO_MDL_001837518] at -518.

960. Prior to training GPT 4, OpenAI acknowledged that [redacted].” Ex. 793 [OPCO_MDL_004838627] at -627.

961. OpenAI acknowledged it should [redacted].” Ex. 795 [OPCO_MDL_000110815] at -815-16.

962. In May 2023, an OpenAI employee, Angela Jiang, [redacted] Ex. 797 [OPCO_MDL_001699893] at -893.

963. In June 2023 [redacted].” Ex. 779 [OPCO_MDL_002138928] at -928.

964. OpenAI employee, James Betker, [redacted] Ex. 653 [Betker Depo. Tr.] at 114:2-7.

965. OpenAI recognized that [redacted]x. 799 [OPCO_MDL_001682605] at -606.

966. A June 2023 presentation [redacted] Ex. 684 [OPCO_MDL_004672513] at 3-4.

967. In May 2024, [redacted].” Ex. 686 [OPCO_MDL_001895315] at -315.

968. The example below demonstrates GPT-4 memorization of and ability to regurgitate a Times article in response to a prompt containing the title of the article. *See* [Goldstein Opening Rep. Exhibit 12] at 5 (Example 3).

[redacted]

969. The example below demonstrates GPT-4's memorization of and ability to regurgitate a Daily News Plaintiffs' article in response to a prompt containing the title of the article. *See* [Goldstein Opening Rep. Exhibit 12] at 41 (Example 39).

[redacted]

970. An example of GPT-4's ability to memorize and regurgitate Ziff Davis Plaintiffs' content in response to a prompt containing the title of an article is reflected in the figure below:

[redacted]

[redacted]

**D. Use of News Content in RAG**

971. Retrieval Augmented Generation ("RAG") is a capability that combines LLMs with information retrieval tools allowing the model to copy information from external sources such as webpages and use that information for an LLM generated response. Ex. 410 [Feamster Opening Report] at ¶ 169.

972. An article titled "Grounding LLMs" on Microsoft's Tech Community website describes RAG as follows: "A basic retrieval-augmented generation model begins with a trigger, such as a user query or instruction. This trigger is sent to a retrieval function, which fetches relevant content based on the query. The retrieved content is then merged back into the context window of the LLM, along with the input prompt and the query itself. Care is taken to leave enough space for the model's response. Finally, the LLM generates an output based on the combined input and retrieved content." Ex. 1142 [https://techcommunity.microsoft.com/blog/fasttrackforazureblog/grounding-llms/3843857].

973. During the RAG [redacted]x. 410 [Dr. Feamster Opening] ¶¶ 206, 213.

974. The Bing API is an application programming interface that enables one to access and query the Bing Index. Ex. 513 [Ribas Tr.] at 160:19-161:7.

975. When RAG is invoked, the model's response to the user's input is therefore conditioned both on its trained content and content that the model retrieves externally (i.e., from the internet) in real time. Ex. 410 [Feamster Opening Report] ¶ 169.

976. An OpenAI internal [redacted]. Ex. 801 [OPCO_MDL_004754577] at slide 15.

**1. OpenAI's Use of News Content for RAG**

977. OpenAI began using RAG to respond to ChatGPT queries in March 2023, initially through the "Browse" feature. Ex. 496 [Dyett Tr.] at 43:23-44:1; Ex. 409 [Perelman 30(b)(6) Tr.] at 22:17-19, 123:24-124:5, 127:8-9; Ex. 1143 [OpenAI's Response to NYT Interrogatory 24] at 15-16.

978. On March 23, 2023, OpenAI launched an alpha release of its "Browsing" tool as a part of its ChatGPT plugins release. Ex. 803 [OPCO_MDL_004760465] at –466; Ex. 410 [Feamster Opening Report] at ¶¶ 171, 196.

979. [redacted]

980. [redacted]. 807 [OPCO_MDL_001700392] at -97.

981. On May 12, 2023, OpenAI announced that it would be rolling out web browsing to 100% of its paid users as a beta release. Ex. 410 [Feamster Opening Report] at ¶ 200.

982. On May 24, 2023, OpenAI announced a "Bing Plugin" feature (also referred to as "Browse with Bing") and released it in beta for paid users, and explained that the feature had been integrated "more deeply with Bing" so that users could "click into queries that the model is performing." Ex. 410 [Feamster Opening Report] at ¶ 201.

983. [redacted]. Ex. 809 [OPCO_MDL_004771719] at -721.

984. OpenAI employees in July 2023 understood that [redacted] Ex. 811 [OPCO_MDL_001699373].

985. OpenAI in July 2023 disabled the Browse feature. Ex. 811 [OPCO_MDL_001699373]; Ex. 803 [OPCO_MDL_004760465].

986. OpenAI noted that the Browse feature "[redacted]." Ex. 1144 [OPCO_MDL_001657091] at –94.

987. OpenAI employees in July 2023 understood that [redacted]x. 811 [OPCO_MDL_001699373].

988. OpenAI's former CTO Mira Murati in a July 2023 email [redacted] Ex. 840 [MSFT_AI_MDL_000504460].

989. On June 27, 2023, a Microsoft employee [redacted] Ex. 1145 [MSFT_AI_MDL_000455566].

990. On September 27, 2023, OpenAI relaunched browsing to beta for all paid users. Ex. 803 [OPCO_MDL_004760465] at –466.

991. On July 25, 2024, OpenAI announced the "SearchGPT" prototype which was the precursor to the "ChatGPT Search" feature. Ex. 410 [Feamster Opening Report ¶¶ 203-4].

992. [redacted] 4.

993. OpenAI has launched multiple versions of its Browse/Search tool over time. [redacted]

994. [redacted]. Ex. 410 [Feamster Opening Report] ¶ 210.

995. [redacted]. Ex. 410 [Feamster Opening Report] ¶ 210.

996. [redacted]. Ex. 410 [Feamster Opening Report] ¶ 210.

997. [redacted] RAG. Goldstein Supplemental Report ¶ 102.

[redacted]

998. Indeed, ChatGPT invoked the system prompt in the above screenshot in a conversation and reproduced the verbatim text from a Mercury News article in an output to a user. Goldstein Supplemental Report ¶ 102.

[redacted]

999. [redacted]. Ex. 410 [Feamster Opening Report] ¶ 211.

1000. The following screenshot is another version of the Browse system prompt:

[redacted]

Ex. 1146 [Feamster Opening Rep.] at p. 97, Figure 33.

1001. [redacted]

1008. [redacted] 215.

1009. The text stored in the RAG fields of the output logs that OpenAI produced in this case show truncated snippets (terminated quickly with "…" rather than showing the whole snippet). Goldstein Rebuttal Report ¶ 80; Goldstein Supplemental Report, ¶ 90.

1010. [redacted]

1011. Sometimes RAG content retrieved by ChatGPT "leaks" meaning that the verbatim webpage content retrieved during RAG appears in the ChatGPT output to the user. Goldstein Rebuttal Report ¶¶ 75-80.

1012. Out of [redacted] ChatGPT conversations with RAG data produced in the 20M sample OpenAI made available in this case, approximately [redacted] at least one 16-gram from RAG search results into the chat output. Goldstein Rebuttal Report ¶¶ 75-80.

1013. Shared text in the grounding and user output fields is expected as part of the normal output grounding process. Ex. 1148 [Lafferty Reply Rep.] ¶ 6.

1014. Some Custom GPTs use retrieval augmented generation to respond to user queries. Ex. 409 [Perelman 30(b)(6) Tr.] at 24:16-19.

1015. GPTs that purport to interact with news or online content that may be subject to paywalls or access controls include: News Summarizer, Bypass Paywall, WebGPT, Browser Pro, WebPilot, News Summarizer Ace, NYTimesGPT, News Link Curator, FREE NEWS, Bypass

Paywall and The New GPT Times. Ex. 1149 [OpenAI Supplemental Response to Daily News Interrogatory No. 9]; Ex. 1150 [Ramchandani Deposition Ex. 10] (Bypass Paywall):




; Ex. 1151 [Ramchandani Deposition Ex. 11] (TheNYTimesGPT):




Daily News Plaintiffs' First Amended Complaint, 1:24-cv-03285, Dkt. 777 at 65 (News Summarizer Ace):




1016. When a CustomGPT is [redacted]. Goldstein Supplemental Report ¶ 87.

1017. As an example, the WebPilot CustomGPT system prompt instructions are reproduced in the screenshot below. Goldstein Supplemental Report ¶ 87.

[redacted]

1018. In the conversation (id: 7c7b9f5172d40a42752a060802eb7c85 from sample_conversations) ChatGPT [redacted]

[redacted]

1019. [redacted]. Ex. 410 [Feamster Opening Rep.] at pp. 179-180 (Appendix E).

1020. Of the ChatGPT conversations in the 20 million sample produced by OpenAI, [redacted] conversations include data reflecting which URLs ChatGPT relied on for retrieval augmented generation. Goldstein Rebuttal Rep. ¶ 122.

1021. Of those [redacted] ChatGPT conversations, [redacted] relied on a news website for retrieval augmented generation, and [redacted] relied on a pink slime website for retrieval augmented generation. Goldstein Rebuttal Rep. ¶ 122.

1022. With respect to the conversations in Dr. Berg-Kirkpatrick's 5,000 sample of ChatGPT conversations that invoked RAG, [redacted] relied on a news website for retrieval augmented generation, and [redacted] relied on a pink slime website for retrieval augmented generation. Goldstein Rebuttal Rep. ¶ 124.

1023. OpenAI's consumer ChatGPT product accessed and copied News Plaintiffs' content during retrieval-augmented generation (RAG), including at least substantial portions of News Plaintiffs' Asserted Works. Goldstein Opening Rep. ¶ 511; Goldstein Rebuttal Rep. Section VII(B)(2).

1024. As reflected in the subset of output logs that OpenAI made available, [redacted] Goldstein Opening Rep. ¶ 511; Goldstein Rebuttal Rep. Section VII(B)(2).

1025. In one example from the ChatGPT output logs produced in this [redacted] ChatGPT in response copied the contents of the entire article as part of the RAG process. Goldstein Opening Rep. ¶ 464.

1026. Ziff Davis expert Daniel Delorey also identified at least [redacted] conversations in the sampled production in which a RAG tool retrieved content from a Ziff Davis domain. Delorey Opening Report ¶¶ 347-349.

### 2. Microsoft's Use of News Content for RAG

1027. Since its launch in February 2023, Microsoft's Bing Chat product (later renamed Copilot) has used RAG to respond to user queries. Ex. 657 [Abib 30(b)(6) Tr.] at 59:1-2; Ex. 649 [Russinovich Depo. Tr.] at 149:25-150:11.

1028. Since its launch in October 2024, the second version of the Microsoft Copilot chatbot has used retrieval augmented generation to respond to user queries. Ex. 659 [Cromwell Tr.] at 23:11-21; Ex. 657 [Abib 30(b)(6) Tr.] at 40:15-19.

1029. Of the Copilot conversations in Microsoft expert Dr. Lafferty's 45,000 sample, [redacted] included retrieval augmented generation fields. Goldstein Rebuttal Rep. ¶ 113.

1030. Of those [redacted] conversations, [redacted] relied on a news website for retrieval augmented generation, and [redacted] relied on a pink slime website for retrieval augmented generation. Goldstein Rebuttal Rep. ¶ 113.

1031. The text stored in the RAG fields of the output logs that Microsoft produced in this case show truncated snippets (including for example “<..>” to indicate truncation). Goldstein Rebuttal Report ¶ 79.

1032. Even with the truncation, over [redacted] 16-gram in the output that leaked through from the internal RAG fields. Goldstein Rebuttal Report ¶ 82.

1033. Even with the truncation, approximately [redacted] of the 8.2M Microsoft output logs ([redacted] contain a 16-gram in the output that leaked through from the internal RAG fields. Goldstein Rebuttal Report ¶ 82.

1034. Microsoft's expert admits that, for Microsoft output logs with RAG [redacted]" Ex. 800 [Lafferty Rebuttal Rep.] ¶ 53.

1035. [redacted] Goldstein Rebuttal Rep. tbl. 7 & ¶ 107.

**E. Use of News Content in Outputs**

1036. "Inference" refers to the process by which the model generates outputs for users. Ex. 800 [Lafferty Rebuttal Rep.] ¶¶ 31-33. *See also* Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶¶ 30-31, 38-40.

1037. Inference begins by feeding prompts into the model, including developer-written system prompts and user prompts. Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶¶ 38-40.

1038. A system prompt contains high-level instructions written by the application developer and may instruct the model how to behave and what tools it can use. Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶ 38.

1039. For example, where a product includes a web browser tool, the system prompt can instruct the model that it has a web browser and how and when to trigger browsing in response to a user query. Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶ 39.

1040. The LLMs generate outputs by assessing the probability that a given word will follow the previous words in the sequence based on input patterns and outputs reflected across the corpora of training data. Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶¶ 30-31; Ex. 483 [Callison-Burch Opening Rep.] ¶¶ 138-40.

1041. OpenAI's LLMs are autoregressive, meaning that they generate one token at a time by predicting the next token in a text sequence based on the preceding tokens in that sequence. Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶¶ 30-31; Ex. 483 [Callison-Burch Opening Rep.] ¶¶ 138-139.

1042. At each generation step, the model produces a probability distribution across possible next tokens, selects a token, appends that token to the preceding text, and repeats the process until a stop signal. Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶¶ 30-31; Ex. 483 [Callison-Burch Opening Rep.] ¶¶ 138-139.

1043. For example, if an LLM receives a sequence like "The cat sat," the pre-trained model will most likely choose "on," but not "a," as the next word. Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶¶ 30-31; Ex. 483 [Callison-Burch Opening Rep.] ¶¶ 138-139.

1044. End-users can influence output variability through temperature settings that adjust the next-token probability distribution before selection. Ex. 483 [Callison-Burch Opening Rep.] ¶ 140; Ex. 800 [Lafferty Rebuttal Rep.] ¶ 32.

1045. The temperature settings control the "degree of randomness" in the model's selection of the next word. Ex. 483 [Callison-Burch Opening Rep.] ¶ 140.

1046. At low temperatures, the model almost always picks the most probable word, while at higher temperatures, it samples more broadly from the distribution. Ex. 483 [Callison-Burch Opening Rep.] ¶ 140.

1047. OpenAI has recognized [redacted]" Ex. 817 [OPCO_MDL_000157541] at –49.

1048. Defendants have produced select subsets of output log data in these cases. [Goldstein Opening Rep.] ¶¶ 382, 421.

1049. Defendants' output log productions did not include conversations that had been deleted after News Plaintiffs filed suit. [Goldstein Opening Rep.] ¶¶ 391, 431-432; Ex. 461 [Berg-Kirkpatrick Rebuttal Rep.] ¶ 268 ("The Merits Sample is best understood as a "retained" sample, because conversations that were subject to a user-initiated deletion are not included.").

1050. Microsoft redacted the approximately 8.2M output logs prior to making them available to News Plaintiffs. In many instances, the redactions were excessive and redacted public information directly from news articles, and nonidentifying information. For example, in one conversation, the following words and phrases are redacted from an article published by the Sun Sentinel: [redacted] Goldstein Opening Rep.] ¶ 386.

1051. In the set of output logs Microsoft produced, there were over 620 million total redactions. *See* [Goldstein Opening Rep.] ¶ 386; Ex. 800 [Lafferty Rebuttal Rep.] ¶ 134 (identifying 447,124,683 redactions in the "Text" fields and 201,606,256 redactions in the "HiddenText" fields).

1052. Likewise, OpenAI's output logs contained millions of redactions. Pursuant to a Court order, OpenAI produced an updated version of the 20 million output log sample on January 22, 2026, intended to fix the improper redactions present in the original production. *See* [Goldstein

Opening Rep.] ¶ 440. The updated version still contained over 106,518,208 redactions, or about 5.3 redactions per conversation on average. *See* [Goldstein Opening Rep.] ¶ 449-450.

**1. OpenAI's Use of News Content in Outputs**

1053. OpenAI's ChatGPT product included News Plaintiffs' content in output shown to a user, including at least substantial portions of News Plaintiffs' Asserted Works.

1054. The messages in which OpenAI's ChatGPT product included The Times's content in output shown to a user include at least the messages from the 20M dataset identified by OpenAI's expert, Dr. Taylor Berg-Kirpatrick. These include the following message ids: b4d3da8b47e0c9babd2d9297f4c77520, 84c7886dfdac7126243e264496970230, fd1446493bae6876bdb0828e8125734c, d395b601298fbf7282a3746c57c282d4, eb306ce7259fa0db2406ac1bc388495b, 7310d53c592d3061b32f8a29cf7d4d83, eab16a41850a50834c2081fa730fedea, b0a5805bba78070cdfd07301102df98c, 3235fae852d32e3c08ecf3aa2ad7f2fc, c1bae243db59cb0146dd08b460dcc3ef, 6cb5bb066cd0f817c9f3887608f3f635. Ex. 461 [Berg-Kirpatrick Opening Rep.] ¶ 384.

1055. The messages in which OpenAI's ChatGPT product included Daily News Plaintiffs' content in output shown to a user include at least the messages identified by OpenAI's expert, Dr. Taylor Berg-Kirpatrick. These include the following message ids: 6d938605e08954c5863c822e95138cd1 and 4ccb50e0ff38675fadd6da599e9e0ad3. Ex. 461 [Berg-Kirpatrick Opening Rep.] ¶ 385.

1056. OpenAI's expert did not perform an independent analysis of the 78M and 9M datasets but acknowledged that these datasets include at least 53 conversations, identified by Dr. Goldstein, containing at least a 25-word match to a Times or Daily News Plaintiff Asserted Work. Ex. 802 [Berg-Kirpatrick Supplemental Rep.] ¶ 33.

1057. The conversations in which OpenAI's ChatGPT product included Ziff Davis content in output shown to a user include at least the conversations identified by OpenAI's expert, Dr. Taylor Berg-Kirpatrick. These include the following conversation id's: f1087e2cd6b524311f934799bfd84034, 810ee325fc98c64741f292acdc4a26c8, 4e691aebd07c52db9eb8ea1f72cae09e, 25123713ac7ff0d9b27b4833309fb698, b44122456df854fabae659a982bcbb29, 5d3171e4551ad108c82809974f64fd59, 2f7ba282895ae3109372cc096256b9f8, b2af680b4f6435a9324e6d15551314d4, 0ceb224345025651e2ff2c2718cd31ff, 0ceb224345025651e2ff2c2718cd31ff, 40b44eced4746e0cc993b3de52fc645a, ce63661f32dc5e7b167facd08708a0fd, 1676f1f6ee6fa025cc7a26719496bc5c, 796ce3742778b16361ff9eb3a47d74ea, 7df6f28432cde03d930daa57345fe49c, 40aadefaf21a8336a657b83e88978652, 93ad118a2e79a34e722abf8bfe6a3a8f, 0a48df489d743a9f9c58ed82018fd10f, 508beb1917cff52c538cf7a6f0a55e16, 955714e397a1bfcf9e2eccc0c488142e. *See e.g.*, Ex. 461 [Berg-Kirpatrick Opening Rep.] ¶¶ 411-412.

***i) Regurgitations in OpenAI's Output Logs***

1058. OpenAI's logs produced in these cases included numerous examples where ChatGPT regurgitated verbatim text from News Plaintiffs' articles. *See* Goldstein Opening Rep. ¶¶ 366, 462-63, 509; Ex. Goldstein Rebuttal Rep. ¶¶ 188-193, 236-237; Goldstein Supplemental Rep. ¶¶ 94-103; Ex. 819 [OPCO_OAI_OUTPUT00009143] at -143, Ex. 821 [OPCO_OAI_OUTPUT00009131] at -131; Ex. 823 [OPCO_OAI_OUTPUT00009183] at -183; Ex. 825 [OPCO_OAI_OUTPUT00006440] at -442; Ex. 827 [OPCO_OAI_OUTPUT00006740] at 740-42; Ex. 831 [OPCO_OAI_OUTPUT00006563] at –563-64; Ex. 831 [OPCO_OAI_OUTPUT00006728] at –-28-29; Ex. 833

[OPCO_OAI_OUTPUT00006515] at -518; Ex. 835 [OPCO_OAI_OUTPUT00006565] at -565-66.

1059. OpenAI's technical expert Dr. Berg-Kirkpatrick found millions of verbatim 25-word spans of text ("25-grams") contained in News Plaintiffs' asserted works throughout the 20 million ChatGPT conversations: The Times: [redacted] instances of 25-grams spread across [redacted] unique conversations drawn from [redacted]; *Daily News* Plaintiffs: [redacted] 0 instances of 25-grams spread across [redacted] unique conversations drawn from [redacted] unique articles; CIR: [redacted] nstances of 25-grams spread across [redacted] unique conversations drawn [redacted] The Intercept: [redacted] instances of 25-grams spread across [redacted] unique conversations drawn from [redacted]; *Ziff Davis* Plaintiffs: [redacted] instances of 25-grams spread across [redacted] unique conversations drawn from [redacted]. Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶¶ 210, 387, 394, 400, 407).

**a) ChatGPT 20M Sample (sample_conversations)**

1060. In the conversation (id: 810ee325fc98c64741f292acdc4a26c8) reproduced below, ChatGPT reproduced portions of a Lifehacker article "A Beginner's Guide to Using ChatGPT Plugins." Ex. 461 [Berg-Kirkpatrick Opening Report] at 197.

[redacted]

1061. In the conversation (id: f1087e2cd6b524311f934799bfd84034) reproduced below, ChatGPT reproduced Eurogamer article "Twitch introducing Stories and Discovery Feed to boost offline community interaction." Ex. 461 (Berg-Kirkpatrick Opening Report) at 196.

[redacted]

**b) ChatGPT 78M Sample (giraffe_chatgpt)**

1062. In another conversation (id: caaee9ab-4094-44f7-8d75-a5ae69e45ee6), reproduced below, ChatGPT provides 45 words from the Times article titled "Public & Private; Dumb About Smarts." The red text represents the text from ChatGPT's output that overlaps with the original article. Goldstein Rebuttal Rep. ¶ 190; Ex. 819 [OPCO_OAI_OUTPUT00009143] at -143.

[redacted]

1063. In another conversation (id: b366fe02-b855-42ff-a207-26b2ed1a2150), reproduced below, ChatGPT output 83 words from the Times article titled "Harvey Weinstein Paid Off Sexual Harassment Accusers for Decades." Goldstein Rebuttal Rep ¶ 191; Ex. 821 [OPCO_OAI_OUTPUT00009131] at -131.

[redacted]

[redacted]

1064. In another conversation (id: f9c9f848-ab5d-490b-bf4e-32f91c8a8d9d), reproduced below, ChatGPT [redacted] from the Times article titled "The Moral Bucket List." The red text represents the text from ChatGPT's output that overlaps with the original article. Goldstein Rebuttal Rep. ¶ 192; Ex. 823 [OPCO_OAI_OUTPUT00009183] at -183.

[redacted]

1065. In the conversation (id: 1698f8ee-71fc-4ded-8b64-b5246b3f244b) reproduced below, ChatGPT reproduces the verbatim text from the Times article titled "Screen: 'Bonnie and Clyde' Arrives." The red text represents the text from ChatGPT's output that overlaps with the original article. Ex. 804 [Berg-Kirkpatrick Rebuttal Rep.] ¶ 189.

[redacted]

c) **ChatGPT 9M Sample (chatgpt_20230714)**

1066. In the conversation (id: 2ec49781-3263-46af-bf81-0761260fe158) reproduced below, ChatGPT retrieved over [redacted] words from the Times article titled "Cracking Down on Dissent, Russia Seeds a Surveillance Supply Chain" and proceeded to provide over 200 words of that article in an output to a user. The red text represents the text from ChatGPT's output that overlaps with the original article. Goldstein Supplemental Rep. ¶ 95; Ex. 825 [OPCO_OAI_OUTPUT00006440] at -442.

[redacted]

1067. In the conversation (id: cecb4afb-7607-462c-b4eb-9e19dd6d989e) reproduced below, ChatGPT retrieved nearly [redacted] words from the Mercury News article titled "How many of California's homeless residents are from out of state?" and proceeded to provide over 70 words from the article in an output to a user. The red text represents the text from ChatGPT's output that overlaps with the original article. Goldstein Supplemental Rep. ¶ 96; Ex. 827 [OPCO_OAI_OUTPUT00006740] at -740-741.

[redacted]

1068. In the conversation (id: cecb4afb-7607-462c-b4eb-9e19dd6d989e) reproduced below, ChatGPT retrieved nearly [redacted] words from the Mercury News article titled "DeSantis releases ad blasting 'madness' of 'once-great' San Francisco" and proceeded to output the entirety of the retrieved article text in its output to the user. The red text represents the text from ChatGPT's output that overlaps with the original article. Goldstein Supplemental Rep. ¶ 97; Ex. 827 [OPCO_OAI_OUTPUT00006740] at -741.

[redacted]

1069. In the conversation (id: cecb4afb-7607-462c-b4eb-9e19dd6d989e) reproduced below, ChatGPT retrieved over [redacted] words from the Mercury News article titled “Battle erupts over homes to replace San Jose swim club and tennis site” and proceeded to output a summary containing verbatim snippets from the article. The red text represents the text from ChatGPT’s

output that overlaps with the original article. Goldstein Supplemental Rep. ¶ 98; Ex. 827 [OPCO_OAI_OUTPUT00006740] at -741-742.

[redacted]

1070. In the conversation (id: 97fde30c-c108-404b-ad64-23c00b9481c9) reproduced below, ChatGPT retrieved over [redacted] words from the Times article titled “Turkey Clears the Way

for Sweden's Entry to NATO on the Eve of Summit" and proceeded to provide nearly [redacted] of that article in an output to a user. The red text represents the text from ChatGPT's output that overlaps with the original article. Goldstein Supplemental Rep. ¶ 99; Ex. 831 [OPCO_OAI_OUTPUT00006563] at –563-64.

[redacted]

1071. In the conversation (id: a01433eb-a1ef-4d22-bbe8-70e4b02f50f9) reproduced below, ChatGPT retrieved of nearly [redacted] words from the Times article titled "Trump and Allies

Forge Plans to Increase Presidential Power in 2025" and proceeded to provide nearly 190 words from the article in an output to the user. The red text represents the text from ChatGPT's output that overlaps with the original article. Ex. 831 [OPCO_OAI_OUTPUT00006728] at –-28-29.

[redacted]

1072. In the conversation (id: 86734e5a-809b-4eb4-81df-3b6f3bd5cb22) reproduced below, ChatGPT retrieved over [redacted] from the Times article titled "For Privacy From

Cranks, Creeps and Crooks, Millions Getting Unlisted Phone Numbers" and proceeded to output a summary having nearly [redacted] words overlapping with the text of that article. The red text represents the text from ChatGPT's output that overlaps with the original article. Ex. 837 [OPCO_OAI_OUTPUT00006651] at -652-53.

[redacted]

1073. In the conversation (id: 8e875b57-f9ea-4a94-83d2-34182c51c191) reproduced below, ChatGPT retrieved over [redacted] words from the Times article titled "The Southwest Bakes With More Heat on the Way" and output more than 100 words from that article to the user. The red text represents the text from ChatGPT's output that overlaps with the original article. Goldstein Supplemental Rep. ¶ 100; Ex. 833 [OPCO_OAI_OUTPUT00006515] at -518.

[redacted]

1074. In the conversation (id: 98c2eccd-546b-4592-bfc5-8ca6e4a30a26) reproduced below, ChatGPT retrieved over [redacted] words from the Times article titled "Threads Becomes Most Rapidly Downloaded App, Raising Twitter's Ire" and proceeded to provide nearly 140 words of the article in an output to a user. The red text represents thetext from ChatGPT's output that overlaps with the original article. Ex. 833 [OPCO_OAI_OUTPUT00006565] at -565-66.

[redacted]

### *ii) Other Uses of News Plaintiffs' Content in OpenAI's Output Logs*

1075. In addition to verbatim reproductions of News Plaintiffs' content, Defendants' output logs contain other types of substitutive and harmful outputs that do not contain verbatim copies of News Plaintiffs' content but are the result of Defendants having trained and/or grounded on copies of News Plaintiffs' content, including summaries of News Plaintiffs' articles, content generated in the style of News Plaintiffs' publications, and rewritten News Plaintiffs' articles. Goldstein Opening Rep. ¶¶ 464-515; Goldstein Rebuttal Rep. ¶¶ 195-212; Goldstein Supplemental Rep. ¶¶ 103-116.

1076. Many of the ChatGPT conversation records produced to Plaintiffs replaced the URL from the actual conversation with "<URL>." *See, e.g., Ex. 881* [OPCO_OAI_OUTPUT_00009067] at -067.

1077. Notwithstanding OpenAI's redactions to its produced output logs, OpenAI's expert, Dr. Berg-Kirkpatrick, [redacted]

#### **a) ChatGPT 20M Sample (sample_conversations)**

1078. [redacted]. Ex. 839 [OPCO_OAI_OUTPUT00004962] at -962, -967.

[redacted]

1079. [redacted] Ex. 871 [OPCO_OAI_OUTPUT00004276] -283-84.

[redacted]

1080. In one conversation [redacted] ChatGPT responded by providing a four-paragraph summary of the article. *See* [Goldstein

Rebuttal Rep.] ¶ 208; Ex. 873 [OPCO_OAI_OUTPUT00009137] at -137. [redacted]

1081. In another conversation ([redacted] ChatGPT provided a four-paragraph summary of the article. *See* [Goldstein Rebuttal Rep.] ¶ 209; Ex. 875 [OPCO_OAI_OUTPUT00009185] at -185.

[redacted]

1082. In another conversation, [redacted] In response, ChatGPT provided a detailed summary of the Mercury News reporting [redacted]. Goldstein Rebuttal Rep. ¶ 212; Ex. 877 [OPCO_OAI_OUTPUT00009075] at -075.

[redacted]

1083. In another example [redacted] ChatGPT responded by providing a seven-paragraph summary of the article. *See* [Goldstein Rebuttal Rep]. ¶ 205; Ex. 879 [OPCO_OAI_OUTPUT_00009090] at -090.

[redacted]

1084. In one conversation [redacted] Goldstein Rebuttal Rep. ¶ 211; Ex. 881 [OPCO_OAI_OUTPUT_00009067] at -067.

[redacted]

[redacted]

1085. In another conversation (id: d991d506-d52e-4caf-b6a5-7f5dc4439014), reproduced below, a [redacted]" and ChatGPT responded with a one-paragraph summary. [redacted] Ex. 883 [OPCO_OAI_OUTPUT00009156] at -156.

[redacted]

1086. In another conversation (id: 12e25881-3d47-49a2-afbd-7676f66e3c1e), reproduced below, [redacted] ChatGPT provided a detailed summary of the article. Ex. 885 [OPCO_OAI_OUTPUT00009045] at -045.

[redacted]

1087. In the conversation (id: ed05384c-0e81-40f5-b01c-c83c3a38281e) reproduced below, [redacted] and ChatGPT returned a summary of a Times article. Ex. 887 [OPCO_OAI_OUTPUT_00009169] at -169.

[redacted]

1088. In another conversation (id: 74cb570f-da55-46e8-8917-eb9e8054fbfb), a user [redacted] ChatGPT returned a one paragraph summary. [redacted] ChatGPT provided 4 additional paragraphs summarizing the article. Ex. 889 [OPCO_OAI_OUTPUT_00009071] at -071.

[redacted]

**2. Microsoft's Use of News Content in Outputs**

1089. In one conversation (51D|BingProd|74F0DD2A7CF9E3794B5C61D396D519E0A8FD756EDE58D55F6442AFFFA87B7C6B) Copilot retrieved over [redacted] from the Chicago Tribune article "The 1979 Crash of Flight 191 Remembered in Editorial from 2004" and proceeded to provide the user with a paraphrased version of the article. The text retrieved by Copilot is reproduced below. The red text represents the text from the RAG data retrieved by Copilot that overlaps with the original article. Ex. 806 [MSFT_AI_MDL_002882532] at -780-783.

[redacted]

1090. Copilot's paraphrased output included some sequences of texts copied verbatim from the article with only cosmetic alterations to others in a manner that retained the Chicago Tribune's original expression. Copilot's output to the user is reproduced below. The red text represents the text from Copilot's output that overlaps with the original article. Ex. 806 [MSFT_AI_MDL_002882532] at -780-783.

[redacted]

1091. In another conversation (id: 51D|BingProd|8C2B55C89C373856685AF7673A08B0ACE8DEC4538274A57684FEEFBD9DC3F769) Copilot retrieved over [redacted] words from the Times article "Near the Zoo's snakes, a Hospital's Collection of Medicine" and proceeded to provide the user with a paraphrased version of the article. The text retrieved by Copilot is reproduced below. The red text represents the text from the RAG data retrieved by Copilot that overlaps with the original article. Ex. 806 [MSFT_AI_MDL_002882532] at -2889899-902.

[redacted]

1092. Copilot's paraphrased output included some sequences of texts copied verbatim from the article with only cosmetic alterations to others in a manner that retained The Times's original expression. Copilot's output to the user is reproduced below. The red text represents the text from Copilot's output that overlaps with the original article. Ex. 806 [MSFT_AI_MDL_002882532] at -2889899-902.

[redacted]

### F. Defendants' Other Uses of News Content: New York Times Annotated Corpus, Anti-Regurgitation, Project Giraffe

#### 1. OpenAI's Use of the New York Times Annotated Corpus to Develop a Commercial Product, in Violation of the User License Agreement

##### *i) Restrictions on Using the New York Times Annotated Corpus under the User License Agreement*

1093. The New York Times Annotated Corpus ("Annotated Corpus") is a compilation of over 1.8 million New York Times articles—specifically "nearly every article published in Times between January 01, 1987 and June 19, 2007." Ex. 808 [NYT_00146766] at -69.

1094. The Annotated Corpus includes not only the content of these Times articles but also "metadata provided by The New York Times Newsroom, The New York Times Indexing Service and the online production staff at NYTimes.com," such as information about each article's author. *Id.*

1095. The Annotated Corpus was previously made available by the Linguistic Data Consortium (LDC) at the University of Pennsylvania. Ex. 107 [NYT_00146736] at -36-37.

1096. [redacted] Ex. 107 [NYT_00146736] at -36.

1097. [redacted] Ex. 107 [NYT_00146736] at -44-45.

1098. The 2008 distribution agreement between The Times and LDC attached the "User License Agreement" that any "Permitted Researcher" would be required to sign before obtaining access to the Corpus. Ex. 107 [NYT_00146736] at -44-45.

1099. This "User License Agreement" stated that the Annotated Corpus "may only be used for non-commercial linguistic education, research and technology development." Ex. 107 [NYT_00146736] at -44.

1100. The Times enforced the non-commercial use restriction for the New York Times Annotated Corpus. Ex. 1152 [Sandhaus_00000095] at -95; Ex. 309 [Procas 30(b)(6) Depo. Tr.] 269:21-270:5.

1101. In January 2009 then-Times employee Evan Sandhaus was asked whether the Annotated Corpus could be "used to train possible commercial use machine learning algorithms"; he replied: "That kind of work you describe is not permitted under the LDC License. That being said, we are very open to discussing a commercial licensing arrangement to our data. Please follow up with me at [redacted] to discuss specifics." Ex. 1152 [Sandhaus_00000095] at -95.

### *ii) OpenAI's Acquisition of the New York Times Annotated Corpus*

1102. OpenAI acquired a copy of the Annotated Corpus [redacted]. Ex. 1153 [LDC-NYT_000033] at -33-34.

1103. [redacted]. Ex. 891 [OPCO_MDL_001899968] at -68; Ex. 661 [Ouyang Depo. Tr.] at 135:7-19.

1104. Prior to purchasing a copy of the Annotated Corpus, [redacted]. Ex. 891 [OPCO_MDL_001899968] at -68; Ex. 661 [Ouyang Depo. Tr.] at 135:7-19.

1105. By signing the User License Agreement for the Annotated Corpus, OpenAI [redacted] Ex. 1153 [LDC-NYT_000033] at -33.

1106. In an email exchange about OpenAI's purchase of a copy of the Annotated Corpus, [redacted]." Ex. 1153 [LDC-NYT_000046] at -46.

1107. [redacted]." Ex. 661 [Ouyang Depo. Tr.] at 23:10-13, 24:1-9.

1108. Under the User License Agreement, [redacted]" or for

"[redacted].”); Ex. 1153 [LDC-NYT_000033] at -33.

1109. [redacted]. Ex. 891 [OPCO_MDL_000495790] at -90.

1110. On October 25, 2019, one day after purchasing the Corpus and signing the User License Agreement, [redacted].” Ex. 891 [OPCO_MDL_000495790] at -90.

***iii) The OpenAI "[redacted] Team and their Use of the New York Times Annotated Corpus to Develop the GPT-3 Large Language Model***

1111. In October 2019 [redacted] Ex. 663 [Mann Feb. 20, 2026 Depo. Tr.] at 18:13-17.

1112. [redacted].” Ex. 663 [Mann Feb. 20, 2026 Depo. Tr.] at 19:21-24, 21:1-6.

1113. The [redacted] team trained OpenAI's GPT-3 model. Ex. 663 [Mann Feb. 20, 2026 Depo. Tr.] at 76:4-20; Ex. 625 [Amodei Depo. Tr.] at 259:2-18 [redacted]

1114. [redacted] Ex. 893 [OPCO_MDL_001006273] at –74.

1115. [redacted]. Ex. 895 [OPCO_MDL_004625973] at -73.

1116. [redacted]. Ex. 897 [OPCO_MDL_000479314] at -14; Ex. 899 [OPCO_MDL_001686982] at -83; Ex. 663 [Mann Feb. 20, 2026 Depo. Tr.] at 21:20-22:14 (On October 27, 2019, [redacted] *See also* Ex. 663 [Mann Feb. 20, 2026 Depo. Tr.] at 24:13-24 [redacted].

1117. OpenAI [redacted]. 899 [OPCO_MDL_001686982] at -83; Ex. 663 [Mann Feb. 20, 2026 Depo. Tr.] at 36:8-13 ([redacted] do

[redacted]

[redacted]

[redacted]

[redacted].

1121. [redacted]

[redacted]

[redacted] -

[redacted]

### *iv) OpenAI's Commercial API Product and its Reliance on GPT-3*

1124. The initial version of the OpenAI API was released in June 2020. Ex. 505 [Lightcap 30(b)(6) Depo Tr.] at 15:5-10; Ex. 905 [OPCO_MDL_001689043] at -44-45; Ex. 907 [OPCO_MDL_001692573] at -75 (June 11, 2020 public announcement from OpenAI: "Today the API runs models with weights from the GPT-3 family").

1125. The initial version of the OpenAI API was powered by the GPT-3 model. Ex. 505 [Lightcap 30(b)(6) Depo. Tr.] at 15:5-10; Ex. 905 [OPCO_MDL_001689043] at -44-45; Ex. 907 [OPCO_MDL_001692573] at -75 (June 11, 2020 public announcement from OpenAI: "Today the API runs models with weights from the GPT-3 family").

1126. The release of the OpenAI API on June 11, 2020 allowed developers to access the GPT-3 model. Ex. 505 [Lightcap 30(b)(6) Depo. Tr.] at 15:8-10; Ex. 907 [OPCO_MDL_001692573] at -77 ("We're releasing an API for accessing new AI models developed by OpenAI").

1127. When OpenAI released the OpenAI API on June 11, 2020, OpenAI described the API as a "commercial product." Ex. 907 [OPCO_MDL_001692573] at -77.

1128. OpenAI earns revenue from the OpenAI API. Ex. 505 [Lightcap 30(b)(6) Depo. Tr.] at 14:6-10 [redacted] Ex. 501 [Lightcap 30(b)(6) Depo. Ex. 1] (financial statement showing OpenAI's revenues from the API from 2020 through 2024).

*v) OpenAI's Removal of Copyright Management Information from the New York Times Annotated Corpus*

1129. OpenAI produced a file in this case labeled OPCO_MDL_004389835[redacted] Goldstein Opening Rep. ¶ 250; Ex. 909 [OPCO_MDL_004389835].

1130. [redacted]. Ex. 808 [NYT_00146766] at -86.

1131. [Intentionally left blank].

1132. The file produced by OpenAI labeled OPCO_MDL_004389835 is a json file. Goldstein Opening Rep. ¶ 251; Ex. 909 [OPCO_MDL_004389835].

1133. After Mr. Ouyang purchased the New York Times Annotated Corpus in October 2019[redacted] Ex. 891 [OPCO_MDL_000495790] at -90.

1134. A former OpenAI employee named Ben Mann "[redacted]. Ex. 902 [April 8, 2026 Declaration of OpenAI Associate General Counsel Michael Trinh] ¶ 3.

1135. OpenAI produced its copy of the New York Times Annotated Corpus in this case, and that file is labeled OPCO_MDL_004389835. Goldstein Opening Rep. ¶ 250; Ex. 909 [OPCO_MDL_004389835].

1136. [redacted]. Goldstein Opening Rep. ¶ 255; Ex. 911 [OPCO_MDL_004389835]; Ex. 901 [OPCO_MDL_000494603] at -03; Ex. 663 [Mann Feb. 20, 2026 Depo. Tr.] at 49:1-3.

1137. The file produced by OpenAI labeled OPCO_MDL_004389835 contains the text of New York Times articles but is missing metadata that initially accompanied the Corpus. Goldstein Opening Rep. ¶ 258; Ex. 808 [NYT_00146766] at -69-70.

[redacted].” Ex. 901 [OPCO_MDL_000494603] at -03; Ex. 663 [Mann Feb. 20, 2026 Depo Tr.] at 49:1-3 (addressing Ex. 901 [OPCO_MDL_000494603] at -03 [redacted]

**2. OpenAI’s Use of News Content for Project Giraffe**

1139. OpenAI deploys an inference time Bloom filter called the Giraffe filter.

1140. The Giraffe filter was intended to detect and block regurgitation of certain copyrighted material identified on certain blocklists. Ex. 911 [OPCO_MDL_004820692] at -92 [redacted] 23.

1141. [redacted]. Ex. 651 [Monaco Apr. 8, 2026 30(b)(6) Depo. Tr.] at 263:16-23.

1142. [redacted]”’ Ex. 915 [OPCO_MDL_004411433] at -53; Ex. 917 [OPCO_MDL_001699915] at -18.

1143. [redacted]. Ex. 651 [Monaco Apr. 8, 2026 30(b)(6) Depo. Tr.] at 212:6-16.

1144. [redacted]. Ex. 651 [Monaco Apr. 8, 2026 30(b)(6) Depo. Tr.] at 299:9-300:14.

1145. The version of the Giraffe filter put in place several weeks after the launch of ChatGPT did not include content related to The Times or the *Daily News* Plaintiffs. Ex. 651 [Monaco Apr. 8, 2026 30(b)(6) Depo. Tr.] at 213:18-214:3.

1146. [redacted]. Ex. 667 [Monaco Jan. 27, 2026 30(b)(6) Depo. Tr.] at 30:14-18.

1147. Immediately after the initiation of these lawsuits, OpenAI searched for and copied News Plaintiffs' content it believed most likely to be output by its LLMs to build a Bloom filter to block output of that content. Ex. 651 [Monaco Apr. 8, 2026 30(b)(6) Depo. Tr.] at 220:2-16.

1148. OpenAI did not add n-grams from *New York Times* articles and *Daily News* Plaintiffs' until each Plaintiff filed their respective lawsuits. Ex. 651 [Monaco Apr., 8, 2026 30(b)(6) Depo. Tr.] at 235:25-236:9, 248:9-25.

1149. [redacted]. Ex. 651 [Monaco Apr. 8, 2026 30(b)(6) Depo. Tr.] at 292:12-18; Delorey Rebuttal Rep. ¶ 117; Delorey Reply Rep. ¶ 44.

1150. OpenAI corporate representative who designated on topics related to the Giraffe filter testified as [redacted]

[redacted] it. *See*. Ex. 651 [Monaco Apr. 8, 2026 30(b)(6) Depo. Tr.] at 230:7-231:6.

1152. [redacted]

Ex. 810 [MSFT_AI_MDL_001233834] at slide 36; Ex. 671 [Hecht Depo. Tr.] at 69:1-21.

1155. [redacted].] at 231:15-233:6.

1156. [redacted] at 231:15-233:23.

1157. [redacted]". Dkt. 1070 at 3, Dkt. 1070-12, Dkt. 1070-13.

1158. In [redacted] Ex. 921 [OPCO_MDL_001896229] at -30; Ex. 651 [Monaco Apr. 8, 2026 30(b)(6) Depo. Tr.] at 377:16-378:23.

1159. [redacted] Ex. 651 [Monaco Apr. 8, 2026 30(b)(6) Depo. Tr.] at 377:16-378:23.

[redacted]. Ex. 921 [OPCO_MDL_001896229] at -29.

1161. [redacted]

1162. [redacted]

1163. [redacted] at -72.

1164. [redacted]. 925 [OPCO_MDL_004775473] at -73.

1165. [redacted]. Ex. 925 [OPCO_MDL_004775473] at -73.

1166. OpenAI referred to its process for building a smaller filter as "pruning." Ex. 927 [OPCO_MDL_004839087] at -91; Ex. 651 [Monaco Apr. 8, 2026 30(b)(6) Depo. Tr.] at 210:14-211:4.

1167. [redacted]. Ex. 927 [OPCO_MDL_004839087] at -87, -91; Ex. 651 [Monaco Apr. 8, 2026 30(b)(6) Depo. Tr.] at 215:24-217:21].

1168. [redacted]. Ex. 927 [OPCO_MDL_004839087] at -91.

1169. By May 20, 2024, [redacted]. Ex. 651 [Monaco Apr. 8, 2026 30(b)(6) Depo. Tr.] at 220:19-221:16.

1170. [redacted]. Wenger Opening Rep. at 86.

1171. By May 24, 2024, [redacted] omains. Ex. 929 [OPCO_MDL_004731498] at -98.

1172. [redacted].

1173. [redacted]. Ex. 929 [OPCO_MDL_004731498] at -98.

1174. OpenAI has performed at least 14 intersection evaluations using datasets containing *New York Times* and Daily News Plaintiffs' content. Ex. 931 [OPCO_MDL_004898640]; Ex. 933 [OPCO_MDL_004898659]; Ex. 935 [OPCO_MDL_004898644]; Ex. 937 [OPCO_MDL_004898645]; Ex. 939 [OPCO_MDL_004898646]; Ex. 941 [OPCO_MDL_004898647]; Ex. 943 [OPCO_MDL_004898648]; Ex. 945 [OPCO_MDL_004898649]; Ex. 947 [OPCO_MDL_004898650]; Ex. 949 [OPCO_MDL_004898651]; Ex. 951 [OPCO_MDL_004898652]; Ex. 953 [OPCO_MDL_004898653]; Ex. 955 [OPCO_MDL_004898654]; Ex. 957 [OPCO_MDL_004898655]; Ex. 959 [OPCO_MDL_004898656]; Ex. 961 [OPCO_MDL_004898657].

## IV. Defendants' Infringement of News Plaintiffs' Asserted Works Ripe for Summary Judgment

### A. Acquisition, Distribution, and Training Infringement

#### 1. The New York Times and Daily News Plaintiffs

1175. The coverage score between a candidate copy in OpenAI's datasets and an Asserted Work measures how similar the copy is to the Asserted Work. Goldstein Opening Rep. ¶¶ 282-286.

1176. The coverage score between a candidate copy and an Asserted Work indicates the percentage of 3-grams (i.e., sequences of 3 adjacent words) from the Asserted Work that are present in the copy after pre-processing of both the copy and the Asserted Work. Goldstein Opening Rep. ¶¶ 282-286.

1177. The pre-processing of the copy and the Asserted Work includes removing any extraneous non-letter characters and removing from each Asserted Work any material in quotation marks. Goldstein Opening Rep. ¶¶ 282-286.

1178. A shared 16-gram between a candidate copy and an Asserted Work means that a span of 16 adjacent words is common between the copy and the Asserted Work. Goldstein Opening Rep. ¶¶ 287, 290.

1179. To consider an Asserted Work a match to a given candidate copy, Dr. Goldstein required that the Asserted Work share a 16-gram with the copy, and have a coverage score that meets a specific threshold. Goldstein Opening Rep. ¶¶ 287, 288.

1180. A coverage score between a candidate copy and an Asserted Work of 80% or more and a shared 16-gram indicates a high degree of similarity between the training data record and the Asserted Work. Goldstein Opening Rep. ¶¶ 287, 288.

1181. A coverage score between a candidate copy and an Asserted Work of 80% or more and a shared 16-gram indicates that OpenAI copied the Asserted Work substantially in its entirety. Goldstein Opening Rep. ¶¶ 287, 288.

1182. OpenAI copied, and used during training of at least GPT-3, [redacted]

[redacted]

1183. OpenAI copied, and used during training of at least GPT-3.5, [redacted]

[redacted]

[redacted]

1184. For The Times's Asserted Works, using the 80% coverage score and 16-gram overlap requirements:

[redacted]

*See* Goldstein Opening Rep., Exhibit 11; Goldstein Declaration, Exhibits I and J; Maisel Declaration, Exhibit A (Training Data Infringement Rule 1006 summaries and corresponding side-by-side comparisons, underlying training data records, and asserted works).

1185. For DNP's Asserted Works, using the 80% coverage score and 16-gram overlap requirements:

[redacted]

*See* Goldstein Declaration, Exhibits I and J; Maisel Declaration, Exhibit B (Training Data Infringement Rule 1006 summaries and corresponding side-by-side comparisons, underlying training data records, and asserted works).

1186. Using the 80% coverage score and 16-gram overlap requirements, the GPT models were trained on The Times's Asserted Works as follows:

| Model | Number of Unique Copies | Number of Total Copies |
|---|---|---|
| TOTAL | [redacted] | [redacted] |
| GPT-3 | [redacted] | [redacted] |
| GPT-3.5 | [redacted] | [redacted] |
| GPT-3.5 Turbo | [redacted] | [redacted] |
| GPT-4 | [redacted] | [redacted] |
| GPT-4 Turbo | [redacted] | [redacted] |
| GPT-4o | [redacted] | [redacted] |
| GPT-4o-mini | At least the same as GPT-4o | |

Goldstein Opening Rep., Exhibit 11; Goldstein Declaration, Exhibits I and J; Maisel Declaration, Exhibit A (Training Data Infringement Rule 1006 summaries and corresponding side-by-side comparisons, underlying training data records, and asserted works).

1187. Using the 80% coverage score and 16-gram overlap requirements, the GPT models were trained on DNP's Asserted Works as follows:

| Model | Number of Unique Copies | Number of Total Copies |
|---|---|---|
| TOTAL | [redacted] | [redacted] |
| GPT-3 | [redacted] | [redacted] |
| GPT-3.5 | [redacted] | [redacted] |
| GPT-3.5 Turbo | [redacted] | [redacted] |
| GPT-4 | [redacted] | [redacted] |
| GPT-4 Turbo | [redacted] | [redacted] |
| GPT-4o | [redacted] | [redacted] |
| GPT-4o-mini | At least the same as GPT-4o | |

Goldstein Opening Rep., Exhibit 11; Goldstein Declaration, Exhibits I and J; Maisel Declaration, Exhibit B (Training Data Infringement Rule 1006 summaries and corresponding side-by-side comparisons, underlying training data records, and asserted works).

1188. Using the 80% coverage score and 16-gram overlap requirements, OpenAI's cc-news-midtrain dataset used to train gpt-4-turbo contains [redacted] unique copies of The Times's Asserted Works. Goldstein Declaration, Exhibit I.

1189. Using the 80% coverage score and 16-gram overlap requirements, OpenAI's cc-news-midtrain dataset used to train gpt-4-turbo contains [redacted] unique copies of DNP's Asserted Works. Goldstein Declaration, Exhibit I.

### 2. CIR and The Intercept

1190. [redacted]. Ex. 814 [OpenAI's Response to CIR's Fourth Set of Requests for Admission (Sept. 11, 2025)] at 6; Ex. 491 [OpenAI's Second Supplemental Response to CIR Interrogatory No. 14 (Mar. 23, 2026)] at 6.

1191. [redacted]. Ex. 1154 [OpenAI's Response to The Intercept's Fourth Set of Requests for Admission (Sept. 15, 2025)] at 6; Ex. 1155 [OpenAI's Response to The Intercept's Third Set of Requests for Admission (July 14, 2025)] at 6; Ex. 1156 [OpenAI's Second Supplemental Response to the Intercept's Interrogatory No. 7 (Mar. 23, 2026)] at 6.

1192. Jaccard similarity is a measure of set similarity, which takes the size of the intersection of two sets over the size of their unions. Wenger Opening Rep. at 42.

1193. If two sets are identical, their Jaccard similarity is 1. Wenger Opening Rep. at 42.

1194. If two sets have no elements in common, their Jaccard similarity is 0. Wenger Opening Rep. at 42.

1195. Jaccard similarity over n-grams is a commonly used string similarity metric in natural language processing fields. Wenger Opening Rep. at 42.

1196. [redacted] Ex. 521 [Yuan 30(b)(1) Depo. Tr.] at 62:24-63:6; Ex. 633 [Paino Jan. 22, 2026 30(b)(6) Depo. Tr.] at 110:12-111:24.

1197. [redacted] Ex. 521 [Yuan Nov. 18, 2025 Depo. Tr.] at 68:18-69:13; Ex. 633 [Paino Jan. 22, 2026 30(b)(6) Depo. Tr.] at 110:12-111:24.

1198. The Jaccard similarity metric can be calculated over different n-gram sizes. Wenger Opening Rep. at 42-43.

1199. [redacted] Wenger Opening Rep. at 48; Ex. 1157 [Wenger Opening Rep. Appendix 29] at 189-91.

[redacted]

[redacted]

[redacted]

1200. [redacted] Wenger Opening Rep. at 48; Ex. 1158 [Wenger Opening Rep. Appendix 31] at 49-50.

[redacted]

[redacted]

1201. [redacted]

[redacted] Wenger Opening Rep. at 48; Ex. 6 [Wenger Opening Rep. Appendix 29]; Ex. 1158 [Wenger Opening Rep. Appendix 31]; Ex. 1159 [Wenger Opening Rep. Appendix 33].

1202. [redacted] Wenger Supplemental Rep. at 5; Wenger Opening Rep. at 34-35; Ex. 669 [Wenger Supplemental Rep. Appendix 176]; Ex. 963 [OPCO_NEWS_1144089]; Ex. 965 [OPCO_NEWS_1144090]; Ex. 967 [OPCO_NEWS_1144091]; Ex. 969 [OPCO_NEWS_1144092]; Ex. 971 [OPCO_NEWS_1144093]; Ex. 973 [OPCO_NEWS_1144094]; Ex. 975 OPCO_NEWS_1144095]; Ex. 977 [OPCO_NEWS_1144096]; Ex. 979 9OPCO_NEWS_1144097]; Ex. 981 [OPCO_NEWS_1144098]; Ex. 983 [OPCO_NEWS_1144099]; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E.

1203. [redacted] Wenger Supplemental Rep. at 5, 6; Ex. 669 [Wenger Supplemental Rep. Appendix 176]; Ex. 963 [OPCO_NEWS_1144089]; Ex. 965 [OPCO_NEWS_1144090]; Ex. 967 [OPCO_NEWS_1144091]; Ex. 969 [OPCO_NEWS_1144092]; Ex. 971 [OPCO_NEWS_1144093]; Ex. 973 [OPCO_NEWS_1144094]; Ex. 975 [OPCO_NEWS_1144095]; Ex. 977 [OPCO_NEWS_1144096]; Ex. 979 [OPCO_NEWS_1144097]; Ex. 981 [OPCO_NEWS_1144098]; Ex. 983 [OPCO_NEWS_1144099]; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Ex. 814 [OpenAI's Response to CIR's Fourth Set of Requests for

Admission (Sept. 11, 2025)] at 6; Ex. 491 [OpenAI's Second Supplemental Response to CIR Interrogatory No. 14 (Mar. 23, 2026)] at 6; Bauerlein Decl. ¶ 17 n.1.

1204. [redacted]

1205. [redacted] Wenger Supplemental Rep. at 22; Ex. 1159 [Wenger Supplemental Rep. Appendix 190]; Ex. 1160 [Wenger Supplemental Rep. Appendix 191]; Ex. 1161 [Wenger Supplemental Rep. Appendix 192]; Ex. 1162 [Wenger Supplemental Rep. Appendix 193]; Ex. 985 [OPCO_INTERCEPT_0000001]; Ex. 987 [OPCO_INTERCEPT_0000002]; Ex. 989 [OPCO_INTERCEPT_0000003]; Ex. 991 [OPCO_INTERCEPT_0000004]; Ex. 993 [OPCO_INTERCEPT_0000005]; Ex. 995 [OPCO_INTERCEPT_0000006]; Ex. 997 [OPCO_INTERCEPT_0000007]; Ex. 999 [OPCO_INTERCEPT_0000008]; Ex. 1001 [OPCO_INTERCEPT_0000009]; Ex. 1003 [OPCO_INTERCEPT_0000010]; Ex. 1005 [OPCO_INTERCEPT_0000011]; Macala Decl. Ex. B Macala Decl. Ex. C; Ex. 963 [OPCO_NEWS_1144089]; Ex. 965 [OPCO_NEWS_1144090]; Ex. 967 [OPCO_NEWS_1144091]; Ex. 969 [OPCO_NEWS_1144092]; Ex. 971 [OPCO_NEWS_1144093]; Ex. 973 [OPCO_NEWS_1144094]; Ex. 975 [OPCO_NEWS_1144095]; Ex. 977 [OPCO_NEWS_1144096]; Ex. 979

[OPCO_NEWS_1144097]; Ex. 981 [OPCO_NEWS_1144098]; Ex. 983 [OPCO_NEWS_1144099]; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F; Bauerlein Decl. Ex. G.

1206. [redacted]

Wenger Supplemental Rep. at 22; Ex. 1163 [Wenger Supplemental Rep. Appendix 194]; Ex. 1164 [Wenger Supplemental Rep. Appendix 195]; Ex. 1165 [Wenger Supplemental Rep. Appendix 196]; Ex. 1166 [Wenger Supplemental Rep. Appendix 197] Ex. 985 [OPCO_INTERCEPT_0000001]; Ex. 987 [OPCO_INTERCEPT_0000002]; Ex. 989 [OPCO_INTERCEPT_0000003]; Ex. 991 [OPCO_INTERCEPT_0000004]; Ex. 993 [OPCO_INTERCEPT_0000005]; Ex. T995 K [OPCO_INTERCEPT_0000006]; Ex. 997 [OPCO_INTERCEPT_0000007]; Ex. 999 [OPCO_INTERCEPT_0000008]; Ex. 1001 [OPCO_INTERCEPT_0000009]; Ex. 1003 [OPCO_INTERCEPT_0000010]; Ex. 1005 [OPCO_INTERCEPT_0000011]; Macala Decl. Ex. B; Macala Decl. Ex. C; Ex. 963[OPCO_NEWS_1144089]; Ex. 965 [OPCO_NEWS_1144090]; Ex. 967 [OPCO_NEWS_1144091]; Ex. 969 [OPCO_NEWS_1144092]; Ex. 971 [OPCO_NEWS_1144093]; Ex. 973 [OPCO_NEWS_1144094]; Ex. 975 [OPCO_NEWS_1144095]; Ex. 977 [OPCO_NEWS_1144096]; Ex. 979 [OPCO_NEWS_1144097]; Ex. 981 [OPCO_NEWS_1144098]; Ex. 983 [OPCO_NEWS_1144099]; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F; Bauerlein Decl. Ex. G.

1207. [redacted] Wenger Supplemental Rep. at 22, 23; Ex. 1159 [Wenger Supplemental Rep. Appendix 190]; Ex. 1163 [Wenger Supplemental Rep. Appendix 194]; Ex. 985 [OPCO_INTERCEPT_0000001]; Ex. 987 [OPCO_INTERCEPT_0000002]; Ex. 989 [OPCO_INTERCEPT_0000003]; Ex. 991 [OPCO_INTERCEPT_0000004]; Ex. 993 [OPCO_INTERCEPT_0000005]; Ex. 995 [OPCO_INTERCEPT_0000006]; Ex. 997 [OPCO_INTERCEPT_0000007]; Ex. 999 [OPCO_INTERCEPT_0000008]; Ex. 1001 [OPCO_INTERCEPT_0000009]; Ex. 1003 [OPCO_INTERCEPT_0000010]; Ex. 1005 [OPCO_INTERCEPT_0000011]; Macala Decl. Ex. B; Macala Decl. Ex. C.

1208. [redacted] Wenger Supplemental Rep. at 22, 23; Ex. 1161 [Wenger Supplemental Rep. Appendix 192]; Ex. 1165 [Wenger Supplemental Rep. Appendix 196]; Ex. 963[OPCO_NEWS_1144089]; Ex. 965 [OPCO_NEWS_1144090]; Ex. 967 [OPCO_NEWS_1144091]; Ex. 969 [OPCO_NEWS_1144092]; Ex. 971 [OPCO_NEWS_1144093]; Ex. 973 [OPCO_NEWS_1144094]; Ex. 975 [OPCO_NEWS_1144095]; Ex. 977 [OPCO_NEWS_1144096]; Ex. 979 [OPCO_NEWS_1144097]; Ex. 981 [OPCO_NEWS_1144098]; Ex. 983 [OPCO_NEWS_1144099]; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. ¶ 17 n.1.

1209. [redacted] Wenger Supplemental Rep. at 22, 23; Ex. 1160 [Wenger Supplemental Rep. Appendix 191]; Ex. 1162 [Wenger Supplemental Rep. Appendix 193]; Ex. 1164 [Wenger Supplemental Rep. Appendix 195]; Ex. 1166 [Wenger Supplemental Rep. Appendix 197]; Ex. 963 [OPCO_NEWS_1144089]; Ex. 965 [OPCO_NEWS_1144090]; Ex. 967 [OPCO_NEWS_1144091]; Ex. 969 [OPCO_NEWS_1144092]; Ex. 971 [OPCO_NEWS_1144093]; Ex. 973 [OPCO_NEWS_1144094]; Ex. 975 [OPCO_NEWS_1144095]; Ex. 977 [OPCO_NEWS_1144096]; Ex. 979 [OPCO_NEWS_1144097]; Ex. 981 [OPCO_NEWS_1144098]; Ex. 983 [OPCO_NEWS_1144099]; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F; Bauerlein Decl. Ex. G.

1210. [redacted] Wenger Supplemental Rep. at 22, 27; Ex. 1159 [Wenger Supplemental Rep. Appendix 190]; Ex. 1163 [Wenger Supplemental Rep. Appendix 194]; Ex. 985 [OPCO_INTERCEPT_0000001]; Ex. 987 [OPCO_INTERCEPT_0000002]; Ex. 989 [OPCO_INTERCEPT_0000003]; Ex. 991 [OPCO_INTERCEPT_0000004]; Ex. 993 [OPCO_INTERCEPT_0000005]; Ex. 995 [OPCO_INTERCEPT_0000006]; Ex. 997 [OPCO_INTERCEPT_0000007]; Ex. 999

[OPCO_INTERCEPT_0000008]; Ex. 1001 [OPCO_INTERCEPT_0000009]; Ex. 1003 [OPCO_INTERCEPT_0000010]; Ex. 1005 [OPCO_INTERCEPT_0000011]; Ex. 1164 [OpenAI's Second Supplemental Response to the Intercept's Interrogatory No. 7 (Mar. 23, 2026)] at 6; Macala Decl. Ex. B; Macala Decl. Ex. C.

[redacted]

Wenger Supplemental Rep. at 22, 27; Ex. 1161 [Wenger Supplemental Rep. Appendix 192], Lines, 26, 448, 455, 579; Ex. 1165 [Wenger Supplemental Rep. Appendix 196], Lines 26, 448, 455, 579; Ex. 963 [OPCO_NEWS_1144089]; Ex. 965 [OPCO_NEWS_1144090]; Ex. 967 [OPCO_NEWS_1144091]; Ex. 969 [OPCO_NEWS_1144092]; Ex. 971 [OPCO_NEWS_1144093]; Ex. 973 [OPCO_NEWS_1144094]; Ex. 975 [OPCO_NEWS_1144095]; Ex. 977 [OPCO_NEWS_1144096]; Ex. 979 [OPCO_NEWS_1144097]; Ex. 981 [OPCO_NEWS_1144098]; Ex. 983 [OPCO_NEWS_1144099]; Ex. 491 [OpenAI's Second Supplemental Response to CIR Interrogatory No. 14 (Mar. 23, 2026)] at 6; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E.

[redacted]

[redacted]

Wenger Supplemental Rep. at 22, 27; Ex. 1160 [Wenger Supplemental Rep. Appendix 191]; Ex. 1162 [Wenger Supplemental Rep. Appendix 193]; Ex. 1164 [Wenger Supplemental Rep. Appendix 195]; Ex. 1166 [Wenger Supplemental Rep. Appendix 197]; Ex. 963 [OPCO_NEWS_1144089]; Ex. 965 [OPCO_NEWS_1144090]; Ex. 967 [OPCO_NEWS_1144091]; Ex. 969 [OPCO_NEWS_1144092]; Ex. 971 [OPCO_NEWS_1144093]; Ex. 973 [OPCO_NEWS_1144094]; Ex. 975 [OPCO_NEWS_1144095]; Ex. 977 [OPCO_NEWS_1144096]; Ex. 979 [OPCO_NEWS_1144097]; Ex. 981 [OPCO_NEWS_1144098]; Ex. 983 [OPCO_NEWS_1144099]; Ex. 491 [OpenAI's Second Supplemental Response to CIR Interrogatory No. 14 (Mar. 23, 2026)] at 6; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F; Bauerlein Decl. Ex. G.

**3. Ziff Davis**

1213. N-gram matching measures whether specific multi-word sequences from one text appear in another. Delorey Opening Rep. ¶ 103.

1214. Word-level Jaccard (i.e., 1-gram Jaccard) refers to Jaccard similarity where text is treated as a set of words (3+ characters, common stop words removed). This approach measures vocabulary overlap between the texts, and ignores text rearrangement. Delorey Opening Rep. ¶ 111.

1215. Directional Containment measures what fraction of one text's words appear in the other. Delorey Opening Rep. ¶ 103.

1216. Ziff Davis's "Exact Match" comparison indicates that two normalized texts, (excluding the first and last 50 characters and excluding any CMI removed) contain identical text or have directional word containment equal to or greater than 95%. Delorey Opening Rep.]¶¶ 103, 189. "Exact Match" can be divided into the following four subcategories for additional specificity: (i) Byte-for-byte: the normalized texts are byte for byte identical; (ii) CMI stripped: the article text (excluding title, author name, publication name, copyright notice, and date) is identical to the training text, or the two match with a word-level Jaccard of at least 0.95. This encompasses instances in which the only difference between the texts is that OpenAI removed Copyright Management Information; (iii) Complete with chrome: identical article text (excluding the first and last 50 characters) is contained within the training text (the training text may contain additional content); (iv) High containment: all other matches in which at least 95% of the article's words appear in the training text and the training text is at least 85% the length of the article. Delorey Opening Rep. ¶388; Delorey Supplemental Report ¶ 11, n. 13.

1217. Ziff Davis's "Revised Version" comparison indicates directional word containment is equal to or greater than 80% and 1-gram Jaccard similarity greater than 50%. Delorey Opening Rep. ¶¶189, 388.

1218. Below is an example of a GPT-2 training record that is an Exact Match of a Ziff Davis Asserted Work; the "ORIGINAL ARTICLE" is the text from the Asserted Work and the "CLIENT ARTICLE" is text originating from OpenAI's training data record:

[redacted]

[redacted]

[redacted]

Declaration of Daniel Delorey ¶ 6.

1219. Below is an example of a GPT-3 training record that is a Revised Version of a Ziff Davis Asserted Work**:**

[redacted]

[redacted]

1220. Below is an example of a GPT-4o training record that is an Exact Match of a Ziff Davis Asserted Work:

[redacted]

[redacted]

Declaration of Daniel Delorey ¶ 6.

1221. The table below breaks down the number of copies found in the training data records based on the common crawl datasets (combined), as well as some of the other datasets in which the matches were found in which each was found. For each training dataset, the total number of Exact Match and Revised Version copies are reported in the column closest to the training dataset. For each dataset, the table below also reports the copies per sub-category within Exact Match and the Revised Version copies. Delorey Supplemental Report ¶ 38.

[redacted]

1222. The table below breaks down the number of copies found in the training data records by the model. For each model, the total number of Exact Match and Revised Version copies are reported in the column closest to the training dataset. The "Works" reports the total number of Asserted Works found that hit on a training data that matched to at least one training data record by either Exact Match or Revised Version criteria. For each model, the table below also reports the copies per sub-category within Exact Match and the Revised Version copies. Delorey Supplemental Report ¶ 39.

[redacted]

[6] Includes the following datasets: [redacted]

[7] This is the dataset described as the [redacted] (*See* Delorey Opening Report ¶ 216)

[redacted]

1223. Below is a summary of the number of copies for which Ziff Davis seeks summary judgment. Each of these copies meet the threshold for Exact Match or Revised Version defined above. Both the total number of copies and the number of unique asserted works are reported.

| Infringing Act | Ziff Davis Copies and Asserted Works |
|---|---|
| [redacted] | |

[Delorey Supplemental Report] ¶¶ 38–40; *see also* Koonce Decl. at Exhibit A.

1224. [redacted] of the matches that are subject to this Motion for Summary Judgment were identified by OpenAI itself [redacted]. [Delorey Supplemental Report] ¶ 36; Ex. 1167 [Krishnan Rebuttal to Delorey Report] ¶62; Delorey Opening Report ¶183; Ex. 673 [Krishnan Dep Tr.] 338:6-18.

1225. OpenAI's own expert (Dr. Krishnan) admits that [redacted] Ex. 673 [Krishnan Depo. Tr.] at 338:19–339:2.

1226. Dr. Krishnan was initially asked [redacted]. Ex. 673 [Krishnan Depo. Tr.] at 294:19–23, 296:13–297:16.

1227. Out of the millions of confirmed matches identified by Mr. Delorey, Krishnan only identified [redacted]. Ex. 673 [Krishnan Depo. Tr.] at 350:21–25.

1228. Krishnan did not propose any alternative number of matches. Ex. 673 [Krishnan Depo. Tr.] at 297:6–16.

**B. Copilot RAG and Output Infringement**

1229. Microsoft's "old" consumer Copilot product, which was deprecated on October 1, 2024 (hereinafter "Copilot") accessed [redacted] Goldstein Opening Rep. ¶¶ 381, 394–96.

1230. Microsoft produced [redacted] Goldstein Opening Rep. ¶¶ 382, 384.

1231. The 8.2 million Copilot conversations show that Microsoft's Copilot product copied News Plaintiffs' content as part of the RAG process, including News Plaintiffs' Asserted Works. Goldstein Opening Rep. ¶¶ 394–96.

1232. The 8.2 million Copilot conversations show that Microsoft's Copilot Product copied News Plaintiffs' content as output to users, including News Plaintiffs' Asserted Works. Goldstein Opening Rep. ¶¶ 400–14.

### 1. The Times and DNP

1233. As reflected in the 8.2 million Copilot conversations, Microsoft's Copilot product included Times and DNP web domains in its internal search fields, indicating that Copilot used News Plaintiffs' content as part of the RAG process. Goldstein Opening Rep. ¶¶ 394–96.

1234. The internal search fields in the 8.2 million Copilot conversations show that Copilot grounded on The Times's and DNP's websites in the following number of conversations:

| Domain | Number of Conversations with Domain Hits in internal search fields |
|---|---|
| nytimes.com | [redacted] |
| theathletic.com | |
| wirecutter.com | |
| chicagotribune.com | |
| denverpost.com | |
| mercurynews.com | |
| nydailynews.com | |
| ocregister.com | |
| orlandosentinel.com | |
| sun-sentinel.com | |
| twincities.com | |

Goldstein Opening Report ¶ 394 & Table 9.

1235. Microsoft's expert Dr. Lafferty concedes "URLs matching a list of Asserted Works establishes only that *some* content from the Asserted Works is retrieved and processed by the model in forming its response." Ex. 1168 [Lafferty Sur-Reply Report] ¶ 22 (emphasis in original).

1236. Dr. Lafferty identifies Times and DNP URLs in the fields containing retrieved RAG content in the 8.2 million Copilot conversations and acknowledges that [redacted] internal search

result fields share at least six non-overlapping 16-grams (96 words) with one of The Times's or DNP's Asserted Works. Ex. 800 [Lafferty Rebuttal] ¶ 120.

1237. The internal search fields in the 8.2 million Copilot conversations show that Copilot grounded on the following numbers of unique Times and DNP Asserted Works:

| Plaintiff | Number of Unique Asserted Works by URL in Internal Search Fields |
|---|---|
| New York Times | [redacted] |
| Chicago Tribune | |
| Denver Post | |
| Mercury News | |
| New York Daily News | [redacted] |
| Orange County Register | [redacted] |
| Orlando Sentinel | [redacted] |
| Sun Sentinel | |
| Pioneer Press | |

Goldstein Supplemental Report ¶ 46 & Table 13.

1238. The 8.2 million Copilot conversations show that Microsoft copied and grounded on at least three 16-grams of the following number of unique Times or DNP Asserted Works:

| Plaintiff | Number of Unique Asserted Works Having At Least 3 Shared 16-Grams in Internal Search Fields |
|---|---|
| New York Times | [redacted] |
| Chicago Tribune | |
| Denver Post | |
| Mercury News | |
| New York Daily News | [redacted] |
| Orange County Register | [redacted] |
| Orlando Sentinel | [redacted] |
| Sun Sentinel | |
| Pioneer Press | |

Goldstein Supplemental Report ¶ 37 & Table 4.

1239. In the conversation (id: [redacted]), [redacted] Copilot retrieved more than 340 words from The Times article "Trump and Allies Forge Plans to Increase Presidential Power in 2025" and output around 270 words from the article to a user, as reflected in the screenshot of the conversation below showing the internal search fields and model output.

[redacted]

[redacted]

1240. In the conversation [redacted] Copilot retrieved around 340 words from the Denver Post article "Remains of 230 Native Americans still held in Colorado museums despite decades-old law ordering their return" and output nearly all of the retrieved text to the user, as reflected in the screenshot of the conversation below showing the internal search fields and model output.

[redacted]

[redacted]

1241. [Intentionally left blank]

1242. [Intentionally left blank]

1243. As reflected in the 8.2 million Copilot conversations, Microsoft's Copilot product included Times and DNP web domains in its output fields, indicating that Copilot used News Plaintiffs' content in its output.

1244. The 8.2 million Copilot conversations show that Microsoft's Copilot product output the Times and DNP domains in the following number of conversations:

| Domain | Number of Conversations with Domain Hits in output fields |
|---|---|
| nytimes.com | [redacted] |
| theathletic.com | [redacted] |
| wirecutter.com | [redacted] |
| chicagotribune.com | [redacted] |
| denverpost.com | [redacted] |
| mercurynews.com | [redacted] |
| nydailynews.com | [redacted] |
| ocregister.com | [redacted] |
| orlandosentinel.com | [redacted] |
| sun-sentinel.com | [redacted] |
| twincities.com | [redacted] |

Goldstein Opening Report ¶ 396 & Table 11.

1245. The 8.2 million Copilot conversations show that Microsoft's Copilot product output the following unique Times or DNP Asserted Work by URL:

| Plaintiff | Number of Unique Asserted Works by URL in Output Fields |
|---|---|
| New York Times | [redacted] |
| Chicago Tribune | [redacted] |
| Denver Post | [redacted] |
| Mercury News | [redacted] |
| New York Daily News | [redacted] |
| Orange County Register | [redacted] |
| Orlando Sentinel | [redacted] |
| Sun Sentinel | [redacted] |
| Pioneer Press | [redacted] |

Goldstein Supplemental Report ¶ 46 & Table 13.

1246. Dr. Lafferty concedes that at least [redacted] Copilot outputs in the 8.2 million Copilot conversations each share a minimum of six non-overlapping 16-grams (96 words) with an Asserted Work. Ex. 800 [Lafferty Rebuttal] ¶ 120.

1247. The 8.2 million Copilot conversations show that Microsoft's Copilot product output at least three 16-grams of the following number of unique Times or DNP Asserted Works:The 8.2 million Copilot conversations show that Microsoft's Copilot product output at least three 16-grams of the following number of unique Times or DNP Asserted Works:

| Plaintiff | Number of Unique Asserted Works Having At Least 3 Shared 16-Grams in Output |
|---|---|
| New York Times | [redacted] |
| Chicago Tribune | [redacted] |
| Denver Post | [redacted] |
| Mercury News | [redacted] |
| New York Daily News | [redacted] |
| Orange County Register | [redacted] |
| Orlando Sentinel | [redacted] |
| Sun Sentinel | [redacted] |
| Pioneer Press | [redacted] |

Goldstein Supplemental Report ¶ 37 & Table 4.

1248. In the conversation [redacted], Copilot output around 180 words from the retrieved Asserted Work to a user, as reflected in the screenshot of the conversation below showing the output fields:

[redacted]

1249. In the conversation [redacted], Copilot output at least 480 words from Chicago Tribune's Asserted Work, as reflected in the screenshot of the conversation below showing the output fields:

[redacted]

1250. Microsoft copied at least [redacted] of The Times's Asserted Works in [redacted] Copilot conversations. Ex. 1169 [NYT output log exhibit]; Maisel Decl., Ex. E (Microsoft Copilot Infringement Rule 1006 Summaries)

1251. Microsoft copied at least [redacted] of DNP's Asserted Works in [redacted] Copilot conversations. Ex. 1169 [DNP output log exhibit]; Maisel Decl., Ex. E (Microsoft Copilot Infringement Rule 1006 Summaries)

**2. CIR**

1252. [redacted] Wenger Opening Rep. at 104-05.

1253. The 8.2 million Copilot conversations show that, across [redacted] Copilot copied [redacted]. Wenger Opening Rep. at 105-08. The Copilot output logs are contained in Ex. 816 [MSFT_AI_MDL_002881582] and the Asserted Works that they match are contained in Bauerlein Decl. Ex. D. Ex. 1170 [CIR Copilot ConvoID [redacted] Ex. 816 [MSFT_AI_MDL_002881582], [redacted] Bauerlein Decl. Ex. D.

1254. The 8.2 million Copilot conversations show that, [redacted] Copilot copied [redacted]. Wenger Opening Rep. at 105-08. The Copilot output logs are contained in Ex. 816 [MSFT_AI_MDL_002881582] and the Asserted Works that they match are contained Bauerlein Decl. Ex. D. Ex. 1170 [CIR Copilot ConvoID [redacted] Ex. 816

[MSFT_AI_MDL_[redacted] Bauerlein Decl. Ex. D.

1255. In the conversation [redacted] Microsoft Copilot copied [redacted] from a Mother Jones Registered Asserted Work titled [redacted] The overlap is highlighted in yellow. Ex. 816 [MSFT_AI_MDL_002881582] at -2347; Bauerlein Decl. Ex. D at CIR0674301.

[redacted]

1256. In the conversation [redacted] the user asked Microsoft Copilot to [redacted] Microsoft Copilot copied [redacted] from a Mother Jones Registered Asserted Work titled [redacted] The overlap is highlighted in yellow. Ex. 816 [MSFT_AI_MDL_002881582] at -2328, -2332; Bauerlein Decl. Ex. D at CIR0603962.

[redacted]

## V. OpenAI's Removal of News Plaintiffs' CMI

### A. News Plaintiffs' conveyance of CMI in connection with their Asserted Works.

1257. The Times and Daily News Plaintiffs conveyed copyright management information (CMI) on webpages containing their Asserted Works, including the title and other information identifying the work, the name of and other identifying information about the author of the work, the name of and other identifying information about the copyright owner of the work, and terms and conditions for the use of a work (or a link to the same). Goldstein Opening Rep., ¶¶ 518, 522; Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries and corresponding WARC files); Ex. 73 [Jacobs 30(b)(6) Feb. 13, 2026, Depo. Tr.] at 326:8-18 ("We include the bylines; we include the canonical; we include the title; we include the copyright of the footer, the terms of service in the footer explaining how the content should be used. These are all standard things that we have on the websites."); *See* Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 291:11–17 ("Typically [CMI] refers to information that appears with copyrighted content that can include things like URL, title, author byline, the date published, the copyright notice, naming The New York Times Company, as well as, for example, our trademarks which appear in certain contexts."), 265:3-5 ("We generally include copyright management information to make sure that our works – that the ownership of our works is clear."); Ex. 422 [Simone Procas Deposition Ex. 4] (list of CMI included on Times articles).

1258. The author information for The Times's and DNP's Asserted Works was typically situated above the Asserted Work and occasionally below it. Goldstein Opening Rep. ¶¶ 518, 522; Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries and corresponding WARC files); Ex. 73 [Jacobs 30(b)(6), Feb. 13, 2026, Depo.Tr.] at 326:8-18 ("We include the bylines; we include the canonical; we include the title; we include the copyright of the footer, the terms of service in the footer explaining how the content should be used. These are all standard things that we have on the websites."); *See* Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 291:11–17 ("Typically [CMI] refers to information that appears with copyrighted content that can include things like URL, title, author byline, the date published, the copyright notice, naming The New York Times Company, as well as, for example, our trademarks which appear in certain contexts."), 265:3-5 ("We generally include copyright management information to make sure that our works – that the ownership of our works is clear."); Ex. 422 [Simone Procas Deposition Ex. 4] ("Author byline at the top of the page (other than for special bylines)").

1259. The title information for The Times's and DNP's Asserted Works was situated above the Asserted Work. Goldstein Opening Rep., ¶¶ 518, 522; Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries and corresponding WARC files); Ex. 73 [Jacobs 30(b)(6), Feb. 13, 2026, Depo. Tr..] at 326:8-18 ("We include the bylines; we include the canonical; we include the title; we include the copyright of the footer, the terms of service in the footer explaining how the content should be used. These are all standard things that we have on the websites."); *See* Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 291:11–17 ("Typically [CMI] refers to information that appears with copyrighted content that can include things like URL, title, author byline, the date published, the copyright notice, naming The New

York Times Company, as well as, for example, our trademarks which appear in certain contexts."), 265:3-5 ("We generally include copyright management information to make sure that our works – that the ownership of our works is clear."); Ex. 422 [Simone Procas Deposition Ex. 4] ("Article title, at the top of the page").

1260. The copyright notice information and links to Terms of Service for The Times's and DNP's Asserted Works were situated in the webpage's footer. Goldstein Opening Rep. ¶¶ 518, 522; Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries and corresponding WARC files); Ex. 73 [Jacobs 30(b)(6), Feb. 13, 2026, Depo.Tr.] at 326:8-18 ("We include the bylines; we include the canonical; we include the title; we include the copyright of the footer, the terms of service in the footer explaining how the content should be used. These are all standard things that we have on the websites."); *See* Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 291:11–17 ("Typically [CMI] refers to information that appears with copyrighted content that can include things like URL, title, author byline, the date published, the copyright notice, naming The New York Times Company, as well as, for example, our trademarks which appear in certain contexts."), 265:3-5 ("We generally include copyright management information to make sure that our works – that the ownership of our works is clear."); Ex. 422 [Simone Procas Deposition Ex. 4] (list of CMI included on Times articles).

1261. The terms of use information and links to Terms of Service for The Times's and DNP's Asserted Works were situated in the webpage's footer. Goldstein Opening Rep. ¶¶ 518, 522; Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries and corresponding WARC files); Ex. 73 [Jacobs 30(b)(6), Feb. 13, 2026, Depo.Tr.] at 326:8-18 ("We include the bylines; we include the canonical; we include the title; we include the copyright of the footer, the terms of service in the footer explaining how the

content should be used. These are all standard things that we have on the websites."); *See* Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 291:11–17 ("Typically [CMI] refers to information that appears with copyrighted content that can include things like URL, title, author byline, the date published, the copyright notice, naming The New York Times Company, as well as, for example, our trademarks which appear in certain contexts."), 265:3-5 ("We generally include copyright management information to make sure that our works – that the ownership of our works is clear."); Ex. 422 [Simone Procas Deposition Ex. 4] (list of CMI included on Times articles).

1262. The publication date for The Times's and DNP's Asserted Works was situated near the author and title information. Goldstein Opening Rep. ¶¶ 518, 522; Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries and corresponding WARC files); Ex. 73 [Jacobs 30(b)(6), Feb. 13, 2026, Depo.Tr.] at 326:8-18 ("We include the bylines; we include the canonical; we include the title; we include the copyright of the footer, the terms of service in the footer explaining how the content should be used. These are all standard things that we have on the websites."); *See* Ex. 309 [Procas 30(b)(6) Depo. Tr.] at 291:11–17 ("Typically [CMI] refers to information that appears with copyrighted content that can include things like URL, title, author byline, the date published, the copyright notice, naming The New York Times Company, as well as, for example, our trademarks which appear in certain contexts."), 265:3-5 ("We generally include copyright management information to make sure that our works – that the ownership of our works is clear."); Ex. 422 [Simone Procas Deposition Ex. 4] ("Date published, directly beneath the author").

1263. The copies of The Times's and DNP's Asserted Works available on Common Crawl contain the entirety of that Asserted Work. Goldstein Opening Rep., ¶ 521; Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006

summaries and corresponding WARC files); The Times CMI Removal Rule 1006 Summary (showing coverage score between Common Crawl WARC file and Asserted Work); DNP CMI Removal Rule 1006 Summary (showing coverage score between Common Crawl WARC file and Asserted Work).

1264. The same CMI that The Times and DNP conveyed on their websites were also present in Common Crawl files downloaded by OpenAI. Goldstein Opening Rep., ¶ 545 and Tables 12-20 (providing instances of "Publisher present in Common Crawl," "Title present in Common Crawl," "Author present in Common Crawl," "Publication date present in Common Crawl," "Terms of Service present in Common Crawl," "Copyright notice present in Common Crawl"); Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries and corresponding WARC files).

1265. CIR conveyed author, title, copyright notice information, and links to terms of use on the webpages containing its SJ Asserted Works. Bauerlein Decl. ¶¶ 32-50; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F; Bauerlein Decl. Ex. G; Bauerlein Decl. Ex. H.

1266. The author information for CIR's SJ Asserted Works was typically situated above the Asserted Work and occasionally below it. Bauerlein Decl. ¶¶ 33, 34, 43, 44, 46; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F; Bauerlein Decl. Ex. G.

1267. The title information for CIR's SJ Asserted Works was situated above the Asserted Work. Bauerlein Decl. ¶¶ 35, 36, 43, 44, 46; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F; Bauerlein Decl. Ex. G.

1268. The copyright notice information and links to Terms of Service for CIR's SJ Asserted Works were situated in the webpage's footer. Bauerlein Decl. ¶¶ 38, 39, 47, 48; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F; Bauerlein Decl. Ex. G.

1269. The publication date for CIR's SJ Asserted Works was situated near the author and title information. Bauerlein Decl. ¶¶ 37, 45, 46; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F; Bauerlein Decl. Ex. G.

1270. The Intercept conveyed author, title, copyright notice information, and links to terms of use on the webpages containing its SJ Asserted Works. Macala Decl. ¶¶ 20-27; Macala Decl. Ex. B; Macala Decl. Ex. C; Macala Decl. Ex. H at -207.

1271. The author and title information for The Intercept's SJ Asserted Works were conveyed above the Asserted Work. Macala Decl. ¶¶ 21, 22; Macala Decl. Ex. B; Macala Decl. Ex. C.

1272. At some points in time, the copyright notice information and link to terms of use for The Intercept's SJ Asserted Works were conveyed in a menu at the top of the webpage, and at other points in time both in that menu and in the webpage's footer. Macala Decl. ¶¶ 24, 25; Macala Decl. Ex. B; Macala Decl. Ex. C; Macala Decl. Ex. H at -207.

1273. The same author, title, copyright notice, and terms of use information that CIR and The Intercept conveyed on their websites were also present in Common Crawl files downloaded by OpenAI. Wenger Opening Rep. at 6, 30-35; Wenger Reply Rep. at 25-26; Ex. 818 [CIR0087749-CIR0105379]. The documents in Ex. 818 [CIR0087749-CIR0105379] are identical Common Crawl files produced in the CIR and Intercept cases; only one set is being filed with this motion. Wenger Opening Rep. at 33.

1274. Every copy of CIR's and The Intercept's SJ Asserted Works available on Common Crawl contains the entirety of that SJ Asserted Work. Wenger Opening Rep. at 6, 30-35; Wenger Reply Rep. at 25-26; Ex. 818 [CIR0087749-CIR0105379].

1275. Every copy of CIR's and The Intercept's SJ Asserted Works available on Common Crawl contains the author, title, copyright notice, and terms of use information originally conveyed in connection with that SJ Asserted Work. Wenger Opening Rep. at 6, 30-35; Wenger Reply Rep. at 25-26; Ex. 818 [CIR0087749-CIR0105379].

1276. Ziff Davis conveyed copyright management information (CMI) on webpages containing their Asserted Works, including the title and other information identifying the work, the name of and other identifying information about the author of the work, the name of and other identifying information about the copyright owner of the work, and terms and conditions for the use of a work (or a link to the same). Mattheis Decl. ¶ 7; Parisi Decl. ¶ 7; Warren Decl. ¶ 6; Schneider Decl. ¶ 7; Delorey Opening Rep. ¶¶ 226-227.

1277. The author information for the Ziff Davis Asserted Works was typically situated above the Asserted Work and occasionally below it. Taylor Decl. ¶ 58.

1278. The title information for the Ziff Davis Asserted Works was typically situated above the Asserted Work. Taylor Decl. ¶ 59.

1279. The copyright notice information and links to Terms of Service for the Ziff Davis Asserted Works were typically situated in the webpage's footer. Taylor Decl. ¶ 60.

1280. The publication date for the Ziff Davis Asserted Works was typically situated near the author and title information. Taylor Decl. ¶ 61.

1281. The same author, title, copyright notice, and terms of use information that Ziff Davis conveyed on its websites were also present in Common Crawl files downloaded by OpenAI. Delorey Opening Rep. ¶ 230; *id*. ¶¶ 259-261 (showing various CMI elements confirmed present in Common Crawl page); [redacted]

[redacted]

1282. [redacted]. Delorey Opening Rep. ¶ 255.

1283. [redacted] Delorey Opening Rep. at ¶¶ 226–227, 261; Mattheis Decl. ¶ 7; Parisi Decl. ¶ 7; Warren Decl. ¶ 6; Schneider Decl. ¶ 7.

1284. [redacted]. Wenger Opening Rep. at 6, 35-36.

**B. Absence of Authority for OpenAI to Remove News Plaintiffs' CMI and Use Their Content**

1285. At no time has The Times authorized OpenAI, Microsoft, or the Common Crawl Foundation to remove the author, title, copyright notice information, or links to the terms of use conveyed in connection with its Asserted Works. Declaration of Simone Procas ("Procas Decl.") ¶ 3.

1286. At no time has The Times granted a license to OpenAI or the Common Crawl Foundation that permits OpenAI or the Common Crawl Foundation to reproduce, prepare derivative works of, distribute copies of, or display any of its Asserted Works. Procas Decl. ¶ 4.

1287. At no time has The Times granted Microsoft a license to reproduce, prepare derivative works of, distribute copies of, or display any of its Asserted Works, other than pursuant to written contracts, which contain specific restrictions on use and display, which require Microsoft

to compensate The Times for the display of specified Times content, and which do not encompass Microsoft's uses in connection with this litigation. Procas Decl. ¶ 5.

1288. At no time has The Times granted a license to OpenAI or Microsoft to use its Asserted Works for purposes of training a large language model, or for retrieval-augmented generation. Procas Decl. ¶ 6.

1289. At no time has DNP authorized OpenAI or Microsoft to remove the author, title, copyright notice information, or links to the terms of use conveyed in connection with any of its Asserted Works. Robyn Morris Decl. at ¶¶ 9-11.

1290. At no time has DNP granted any license of any kind to OpenAI, Microsoft, or the Common Crawl Foundation that would allow OpenAI, Microsoft, or the Common Crawl Foundation to reproduce, prepare derivative works of, distribute copies of, or display any of its Asserted Works. Robyn Morris Decl. at ¶¶ 9-11.

1291. At no time has DNP granted any license of any kind to OpenAI or Microsoft to use any of its Asserted Works for purposes of training a large language model, retrieval-augmented generation, or distributing or displaying The Times content (or derivative works of that content) to users of any OpenAI or Microsoft product. Robyn Morris Decl. at ¶¶ 9-11.

1292. At no time has CIR (or its predecessors prior to the merger) authorized OpenAI or Microsoft to remove the author, title, copyright notice information, or links to the terms of use conveyed in connection with any of the CIR SJ Asserted Works. Bauerlein Decl. ¶¶ 51, 52.

1293. At no time has CIR (or its predecessors prior to the merger) granted any license of any kind to OpenAI, Microsoft, or the Common Crawl Foundation that would allow OpenAI, Microsoft, or the Common Crawl Foundation to reproduce, prepare derivative works of, distribute

copies of, or display any of the CIR SJ Asserted Works (including the Mother Jones SJ Registered Asserted Works). Bauerlein Decl. ¶¶ 53, 54.

1294. At no time has CIR (or its predecessors prior to the merger) granted any license of any kind to OpenAI or Microsoft to use any of the CIR SJ Asserted Works (including the Mother Jones SJ Registered Asserted Works) for purposes of training a large language model, retrieval-augmented generation, or distributing or displaying CIR content (or derivative works of that content) to users of any OpenAI or Microsoft product. Bauerlein Decl. ¶¶ 55, 56.

1295. At no time has The Intercept (or its predecessor prior to the spin off) authorized OpenAI or Microsoft to remove the author, title, copyright notice information, or links to the terms of use conveyed in connection with any of The Intercept SJ Asserted Works. Macala Decl. ¶ 28.

1296. At no time has The Intercept (or its predecessor prior to the spin off) granted any license of any kind to OpenAI, Microsoft, or the Common Crawl Foundation that would allow OpenAI, Microsoft, or the Common Crawl Foundation to reproduce, prepare derivative works of, distribute copies of, or display any of The Intercept SJ Asserted Works. Macala Decl. ¶ 29.

1297. At no time has The Intercept (or its predecessor prior to the spin off) granted any license of any kind to OpenAI or Microsoft to use any of The Intercept SJ Asserted Works for purposes of training a large language model, retrieval-augmented generation, or distributing or displaying The Intercept's content (or derivative works of that content) to users of any OpenAI or Microsoft product. Macala Decl. ¶ 30.

1298. At no time has Ziff Davis authorized OpenAI or any user of OpenAI's products and services to reproduce, distribute, display, or prepare derivative works from the Ziff Davis Asserted Works. Taylor Decl. ¶ 57.

1299. At no time has Ziff Davis authorized OpenAI to remove the author, title, copyright notice information, or links to the terms of use conveyed in connection with any of the Ziff Davis Asserted Works. Taylor Decl. ¶ 62.

### C. OpenAI's Intentional Removal of News Plaintiffs' CMI

#### 1. Facts Regarding OpenAI's Intentional Removal of All News Plaintiffs' CMI

1300. [redacted] Wenger Opening Rep. at 6, 30-35; Delorey Opening Report at ¶ 230, *id.* ¶¶ 259-261; Goldstein Opening Rep., ¶ 545 and Tables 12-20 ([redacted]); Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries and corresponding WARC files).

[redacted]. Goldstein Opening Rep. ¶¶ 138, 535-543; Goldstein Opening Source Code Report, ¶¶ 5-41; Wenger Opening Rep. at 15-16, 48-56; Wenger Rebuttal Rep. at 21-22; Wenger Reply Rep. at 66-75; Wenger Supplemental Rep. at 29-33; Delorey Opening Report at ¶ 239; Ex. 521 [Yuan 30(b)(1) Depo. Tr.] at 34:2-12 [redacted]

[redacted]

1302. [redacted] Ex. 756 [OpenAI's Supplemental Response to Intercept Interrogatory No. 3 (Dec. 31, 2025)] at 6; Ex. 752 [OpenAI's Supplemental Response to Ziff Davis Interrogatory No. 20 (2/26/26)] at p. 14.

1303. [redacted] Ex. 633 [Paino 30(b)(6) Depo. Tr.] at 33:13-34:3.

1304. [redacted] *See* Ex. 633 [Paino Jan. 22, 2026 30(b)(6) Depo. Tr.] at 34:2-3 [redacted]; Ex. 521 [Yuan 30(b)(1) Depo. Tr.] at 36:18-20 [redacted]; Ex. 456 [Radford 30(b)(1) Depo. Tr.] at 301:8-11 [redacted]; Ex. 529 [Chess 30(b)(1) Depo. Tr.] at 154:3-8 [redacted] Ex. 1007 [OPCO_MDL_000207312] at -312-13 [redacted] Ex. 1009 [OPCO_MDL_001699705] at -707 [redacted]; Ex. 1011 [OPCO_MDL_000002329] at -332 [redacted]; Ex. 1013 [OPCO_MDL_000150892] at -899 [redacted] Ex. 483 [Callison-Burch Opening Report] ¶ 354 [redacted]

[redacted] Ex. 635 [Callison-Burch July 15, 2026 Expert Depo. Tr.] at 244:23-245:1 [redacted] Ex. 1171 [Frederiksen-Cross Rebuttal Rep.] ¶ 81 [redacted]; Wenger Opening Rep. at 49 [redacted]; Delorey Opening Rep. ¶ 248.

1305. [redacted] *See* Ex. 521 [Yuan 30(b)(1) Depo. Tr.] at 44:9-14 [redacted] *see also* Wenger Opening Rep. at 49 [redacted] Delorey Opening Rep. ¶ 242.

[redacted]. Ex. 521 [Yuan 30(b)(1) Depo. Tr.] at 44:9-14; Wenger Opening Rep. at 49.

1307. [redacted]. Goldstein Opening Rep. ¶ 536; OpenAI's Response to Daily

News Plaintiffs' Interrogatory No. 17; Ex. 756 [OpenAI's Supplemental Response to Intercept Interrogatory No. 3 (Dec. 31, 2025)] at 6; Ex. 752 [OpenAI Supplemental Response to Ziff Davis Interrogatory No. 20 (2/27/26)] at p. 14.

1308. [redacted]. Goldstein Opening Rep. ¶¶ 138, 535-543; Goldstein Opening Source Code Rep., ¶¶ 5-41; Wenger Opening Rep. at 7 [redacted] Delorey Opening Rep. ¶ 248 [redacted]

1309. Dragnet is a publicly available text extraction program that removes certain blocks of a webpage and uses a machine learning algorithm to determine which blocks to remove. Wenger Reply Rep. at 69; Goldstein Opening Rep. ¶ 538; Goldstein Opening Source Code Rep., ¶¶ 16-17.

1310. One factor the Dragnet algorithm considers is whether the 'id' or 'class' attribute contains certain words, including 'footer,' 'masthead,' and 'meta'. Wenger Reply Rep. at 69.

1311. Inclusion of the words 'footer,' 'masthead,' or 'meta' in the block more likely to be removed by Dragnet. Wenger Reply Rep. at 69.

1312. [redacted] Ex. 631 [Frederiksen-Cross Expert Depo. Tr.] at 107:9-17.

1313. Dragnet removes author, title, copyright notice, and terms of use information because this information is typically contained in the fields that Dragnet is optimized to remove. Wenger Reply Rep. at 69-70.

1314. News Plaintiffs' copyright notices and links to terms of use are contained in their <footer> tags, which favors removal by Dragnet. Wenger Reply Rep. at 69; Goldstein Opening Rep. ¶ 538; Goldstein Opening Source Code Rep., ¶¶ 16-17.

1315. Dragnet's developers stated on Dragnet's website that it is designed to separate the "main article content" from "footers" and "copyright notices." Wenger Reply Rep. at 69-70; Matt McDonell, Benchmarking Python Content Extraction Algorithms: Dragnet, Readability, Goose, and Eatiht, at 1 (Jan. 29, 2015), https://moz.com/devblog/benchmarking-python-content-extraction-algorithms-dragnet-readability-goose-and-eatiht.

1316. [redacted]. Wenger Reply Rep. at 49; Goldstein Opening Source Code Rep., ¶¶ 6-15 and 18-24.

1317. [redacted]. Wenger Opening Rep. at 49; Goldstein Opening Source Code Rep., ¶¶ 6-15 and 18-24.

1318. [redacted] Ex. 1171 [Frederiksen-Cross Rebuttal Rep] ¶ 79; Wenger Reply Rep. at 70; Goldstein Opening Source Code Rep., ¶¶ 6-15 and 18-24.

1319. [redacted] Ex. 1171 [Frederiksen-Cross Rebuttal Rep.] ¶ 89; Wenger Reply Rep. at 70.

1320. [redacted] Ex. 1171 [Frederiksen-Cross Rebuttal Rep.] ¶¶ 90, 95; Wenger Reply Rep. at 71.

1321. [redacted]. Wenger Reply Rep. at 71.

1322. [redacted] Wenger Reply Rep. at 71.

1323. [redacted] Wenger Reply Rep. at 71.

1324. [redacted] Wenger Reply Rep. at 51-53; Goldstein Opening Source Code Rep. ¶¶ 25-41; Delorey Opening Rep. ¶¶ 249-252, 271, 275.

1325. [redacted] Ex. 1171 [Frederiksen-Cross Rebuttal Rep.] ¶ 129; Delorey Opening Rep. at ¶ 244-247.

1326. The footer node is typically where copyright notice and links to terms of use are conveyed. Wenger Reply Rep. at 49.

1327. [redacted] Ex. 1171 [Frederiksen-Cross Rebuttal Rep.] ¶¶ 109-11; Delorey Opening Rep. ¶ 247.

1328. [redacted] Ex. 1171 [Frederiksen-Cross Rebuttal Rep.] ¶ 112.

1329. The terms "copyright" "©," and "reserved" are typically contained in copyright notices, including News Plaintiffs'. Wenger Reply Rep. at 78.

1330. [redacted] *See* Ex. 491 [OpenAI's Supplemental Response to CIR Interrogatory No. 14 (Mar. 23, 2026)] at 6. [redacted], *see* Ex. 756 [OpenAI's Supplemental Response to Intercept Interrogatory No. 3 (Dec. 31, 2025)] at 6; Ex. 752 [OpenAI's Supplemental Response to Ziff Davis Interrogatory No. 20 (January 27, 2026)] p. 14. [redacted] Ex. 967 [OPCO_NEWS_1144091], at h[redacted]

[redacted] *See* Ex. 1156 [OpenAI's Supplemental Response to Intercept Interrogatory No. 7 (Mar. 23, 2026)] at 6. [redacted] *see* Ex. 756 [OpenAI's Supplemental Response to Intercept Interrogatory No. 3 (Dec. 31, 2025)] at 6; Ex. 752 [OpenAI's Supplemental Response to Ziff Davis Interrogatory No. 20 (January 27, 2026)] p. 14. [redacted]

[redacted] Ex. 989 [OPCO_INTERCEPT_0000003], at [redacted]

1332. [redacted] Wenger Opening Rep. at 51; Goldstein Opening Source Code Report, ¶¶ 25-41; Delorey Opening Rep. ¶ 245.

1333. Dragnet is designed to remove author information. Wenger Opening Rep. at 7, 48-53; Wenger Rebuttal Rep. at 21-22; Wenger Reply Rep. at 66-70.

1334. Dragnet is designed to remove title information. Wenger Opening Rep. at 7, 48-53; Wenger Rebuttal Rep. at 21-22; Wenger Reply Rep. at 66-70.

1335. Dragnet is designed to remove copyright notice information. Wenger Opening Rep. at 7, 48-53; Wenger Rebuttal Rep. at 21-22; Wenger Reply Rep. at 66-70; Goldstein Opening Source Code Rep. ¶¶ 16-17.

1336. Dragnet is designed to remove terms of use information. Wenger Opening Rep. at 7, 48-53; Wenger Rebuttal Rep. at 21-22; Wenger Reply Rep. at 66-70; Goldstein Opening Source Code Rep. ¶¶ 16-17.

1337. [redacted]. Wenger Opening Rep. at 7, 48-53; Wenger Rebuttal Rep. at 21-22; Wenger Reply Rep. at 66-71; Goldstein Opening Source Code Rep. ¶¶ 6-15 and 18-24.

1338. [redacted]. Wenger Opening Rep. at 7, 48-53; Wenger Rebuttal Rep. at 21-22; Wenger Reply Rep. at 66-71; Goldstein Opening Source Code Rep. ¶¶ 6-15 and 18-24.

1339. [redacted]. Wenger Opening Rep. at 7, 48-53; Wenger Rebuttal Rep. at 21-22; Wenger Reply Rep. at 66-71; Goldstein Opening Source Code Rep. ¶¶ 6-15 and 18-24.

1340. [redacted] Wenger Opening Rep. at 7, 48-53; Wenger Rebuttal Rep. at 21-22; Wenger Reply Rep. at 66-71; Goldstein Opening Source Code Rep. ¶¶ 6-15 and 18-24.

1341. [redacted]. Wenger Opening Rep. at 7, 48-53; Wenger Rebuttal Rep. at 21-22; Wenger Reply Rep. at 66-69, 71-75; Goldstein Opening Source Code Rep. ¶¶ 25-41; Delorey Opening Rep. ¶ 245.

1342. [redacted] Wenger Opening Rep. at 7, 48-53; Wenger Rebuttal Rep. at 21-22; Wenger Reply Rep. at 66-69, 71-75; Goldstein Opening Source Code Rep. ¶¶ 25-41; Delorey Opening Report ¶¶ 231, 248–253.

1343. [redacted] Wenger Opening Rep. at 7, 48-53; Wenger Rebuttal Rep. at 21-22; Wenger Reply Rep. at 66-69, 71-75; Goldstein Opening Source Code Rep. ¶¶ 25-41; Delorey Opening Rep. ¶¶ 247–253.

1344. [redacted]. Wenger Opening Rep. at 7, 48-53; Wenger Rebuttal Rep. at 21-22; Wenger Reply Rep. at 66-69, 71-75; Goldstein Opening Source Code Rep. ¶¶ 25-41; Delorey Opening Rep. ¶ 245.

1345. [redacted] Ex. 631 [Frederiksen-Cross Expert Depo. Tr.] at 88:8-10; *id*. at 89:4-9.

1346. [redacted] Ex. 633 [Paino 30(b)(6) Depo. Tr.] at 34:7-8.

1347. [redacted] Ex. 521 [Yuan 30(b)(1) Depo. Tr.] at 84:2-8.

1348. [redacted] Ex. 1015 [OPCO_MDL_000155600] at -602 ([redacted]

1349. [redacted]. Ex. 1171 [Frederiksen-Cross Rebuttal Rep.] ¶ 112.

1350. [redacted] Ex. 631 [Frederiksen-Cross Expert Depo. Tr.] at 39:4-21.

1351. [redacted] Ex. 631 [Frederiksen-Cross Expert Depo. Tr.] at 47:19-23.

1352. [redacted] Ex. 635 [Callison-Burch July 15, 2026 Depo. Tr.] at 245:6-12.

1353. [redacted] Ex. 483 [Callison-Burch Opening Report] ¶ 358.

1354. [redacted] Ex. 521 [Yuan 30(b)(1) Depo. Tr.] at 43:10-13.

1355. [redacted] Ex. 635 [Callison-Burch July 15, 2026 Expert Depo. Tr.] at 246:2-6.

1356. [redacted] Ex. 635 [Callison-Burch July 15, 2026 Expert Depo. Tr.] at 243:6-16, 246:2-16.

1357. [redacted] Ex. 529 [Chess 30(b)(1) Depo. Tr.] at 154:19-155:2.

1358[redacted] Ex. 529 [Chess. 30(b)(1) Depo. Tr.] at 156:11-16.

1359. [redacted] Ex. 529 [Chess. 30(b)(1) Depo. Tr.] at 155:21-156:5.

1360. [redacted]. Goldstein Opening Report and Errata thereto, Tables 12-20; Delorey Opening Report at ¶ 248–263; Wenger Opening Rep. at 7.

**2. OpenAI's Removal of The Times's and DNP's CMI**

1361. The Times and Daily News Plaintiffs' Rule 1006 summaries for CMI removal set forth, *inter alia*, CMI removal information for each OpenAI training data record for which The Times and the Daily News Plaintiffs are moving for summary judgment. Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1362. More specifically, the Rule 1006 summaries for CMI removal contain the following information for each CMI removal on which The Times and Daily News Plaintiffs are moving for summary judgment:

| Column | Column Title | Explanation |
|---|---|---|
| A | CMI Removal Rule 1006 Summary Index | Index of entry in Rule 1006 Summary |
| B | OpenAI Record - Bates Number | Identifies the Bates number of the produced training data record |
| C | OpenAI Record - Record Number | Identifies the Record Number of the produced training data record; this is an offset, which identifies the particular record in the file corresponding to the Bates Number. |
| D | OAI Training Dataset Name | Identifies the OpenAI training dataset corresponding to the training data record. |
| E | OAI Model Name | Identifies the OpenAI model name corresponding to the training data record. |
| F | Registration Number | Identifies the Registration Number of the matching Asserted Work, where the matching Asserted Work has at least a shared 16-gram and 80% or higher coverage score. |
| G | Asserted Work URL | Identifies the URL of the matching Asserted Work. |
| H | Asserted Work Record Text | Links to the text of the Asserted Work. |
| I | Training Data Record Text | Links to the text of the Training Data Record. |
| J | WARC File - Crawl Identifier | Identifies the Common Crawl WARC File (by Crawl Identifier) corresponding to the training data record. |
| K | WARC File - Record Id | Identifies the Common Crawl WARC File (by Record Id) corresponding to the training data record. |
| L | WARC File Content | Links to the Common Crawl WARC File corresponding to the training data record. |
| M | Training Data Source URL | Identifies the source URL from which the training data record is derived. |
| N | Coverage Score Between | Identifies the coverage score between the Asserted Work and the Training Data Record. |

| | | |
|---|---|---|
| | Asserted Work and Training Data Record | |
| O | Coverage Score Between WARC Article Text and Training Data Record | Identifies the coverage score between the Common Crawl WARC File text and the Training Data Record. |
| P | Any CMI Removed? | Identifies whether any type of CMI has been removed. |
| Q, S, U, W, Y, AA | [CMI Type] Removed?<br><br>For [CMI Type] = Publisher Name, Title, Author Name, Publish Date, Terms of Service, Copyright Notice | For each [CMI Type], identifies whether the [CMI Type] has been removed. |
| R,T,V,X,Z,AB | [CMI Type] in WARC File | For each [CMI Type], if the [CMI Type] has been removed, identifies the text corresponding to that [CMI Type] that has been removed. |

Goldstein Declaration, ¶8.

1363. [redacted]

Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1364. Table 12 provided with the Goldstein Declaration Exhibit K accurately states the number of OpenAI training data records which match to a Times Asserted Work with a coverage score of at least 80%, which were created by processing a copy of a Times webpage containing, respectively, (1) publisher, (2) title, (3) author, (4) publication date, (5) Terms of Service, and (6) copyright notice information conveyed in connection with the Asserted Work, and for which the corresponding (1) publisher, (2) title, (3) author, (4) publication date, (5) Terms of Service, and (6) copyright notice information was absent from the training data record copy of the Asserted Work. Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1365. [redacted] Goldstein Declaration (providing updated Tables 12-20 showing CMI removal instances).

1366. Table 13 provided with the Goldstein Declaration Exhibit K accurately states the number of OpenAI training data records which match to a Mercury News Asserted Work with a coverage score of at least 80%, which were created by processing a copy of a Mercury News webpage containing, respectively, (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information conveyed in connection with the Asserted Work,

and for which the corresponding (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information was absent from the training data record copy of the Asserted Work. Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1367. [redacted] Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1368. Table 14 provided with the Goldstein Declaration Exhibit K accurately states the number of OpenAI training data records which match to a Chicago Tribune Asserted Work with a coverage score of at least 80%, which were created by processing a copy of a Chicago Tribune webpage containing, respectively, (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information conveyed in connection with the Asserted Work, and for which the corresponding (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information was absent from the training data record copy of the Asserted Work. Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1369. [redacted]

[redacted] Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1370. Table 15 provided with the Goldstein Declaration Exhibit K accurately states the number of OpenAI training data records which match to a Denver Post Asserted Work with a coverage score of at least 80%, which were created by processing a copy of a Denver Post webpage containing, respectively, (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information conveyed in connection with the Asserted Work, and for which the corresponding (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information was absent from the training data record copy of the Asserted Work. Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1371. [redacted] Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1372. Table 16 provided with the Goldstein Declaration Exhibit K accurately states the number of OpenAI training data records which match to an Orlando Sentinel Asserted Work with

a coverage score of at least 80%, which were created by processing a copy of an Orlando Sentinel webpage containing, respectively, (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information conveyed in connection with the Asserted Work, and for which the corresponding (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information was absent from the training data record copy of the Asserted Work. Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1373. [redacted] k. Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1374. Table 17 provided with the Goldstein Declaration Exhibit K accurately states the number of OpenAI training data records which match to a New York Daily News Asserted Work with a coverage score of at least 80%, which were created by processing a copy of a New York Daily News webpage containing, respectively, (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information conveyed in connection with the Asserted Work, and for which the corresponding (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information was absent from the training data

record copy of the Asserted Work. Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1375. [redacted] Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1376. Table 18 provided with the Goldstein Declaration Exhibit K accurately states the number of OpenAI training data records which match to a Sun Sentinel Asserted Work with a coverage score of at least 80%, which were created by processing a copy of a Sun Sentinel webpage containing, respectively, (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information conveyed in connection with the Asserted Work, and for which the corresponding (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information was absent from the training data record copy of the Asserted Work. Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1377. [redacted]

[redacted]. Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1378. Table 19 provided with the Goldstein Declaration Exhibit K accurately states the number of OpenAI training data records which match to a Pioneer Press Asserted Work with a coverage score of at least 80%, which were created by processing a copy of a Pioneer Press webpage containing, respectively, (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information conveyed in connection with the Asserted Work, and for which the corresponding (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information was absent from the training data record copy of the Asserted Work. Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1379. [redacted] Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1380. Table 20 provided with the Goldstein Declaration Exhibit K accurately states the number of OpenAI training data records which match to an Orange County Register Asserted Work with a coverage score of at least 80%, which were created by processing a copy of an Orange County Register webpage containing, respectively, (1) publisher, (2) title, (3) author, (4)

publication date, (5) terms of service, and (6) copyright notice information conveyed in connection with the Asserted Work, and for which the corresponding (1) publisher, (2) title, (3) author, (4) publication date, (5) terms of service, and (6) copyright notice information was absent from the training data record copy of the Asserted Work. Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1381. [redacted] Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1382. [redacted] Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1383. [redacted] Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1384. [redacted]

[redacted]. Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1385. [redacted]. Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1386. [redacted] Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1387. [redacted] Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1388. [redacted] Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

1389. [redacted] Goldstein Declaration, Exhibits K and L; Maisel Declaration, Exhibits C and D (CMI Removal Rule 1006 summaries).

### 3. OpenAI's Removal of Ziff Davis CMI

1390. [redacted] Delorey Supplemental Report ¶¶ 34–35.

[redacted]. Delorey Supplemental Report ¶ 38, n. 21.

1392. [redacted] Delorey Opening Report ¶¶ 85-91, 156-57, 212, 215, 224, 229-31, 254-263, 270; Delorey Supplemental Report n.23 Ex. 521 Yuan 11/18/2025 Dep. Tr. at 13:14-16, 13:25-14:2; 21:22-27:21; Ex. 631 [Barbara Frederiksen-Cross Dep. Tr.] 129:4–23.

1393. [redacted]. Dkt. 569; Delorey Reply Report ¶ 51.

1394. [redacted]

[redacted]. Delorey Supplemental Report ¶ 40.

1395. [redacted]. Delorey Supplemental Report ¶¶40-41.

1396. [redacted]. Delorey Supplemental Report ¶¶40-41.

1397. [redacted] Delorey Supplemental Report ¶ 41.

[redacted]

[redacted]

[redacted] Delorey Supplemental Report ¶ 16

1398. [redacted]

Delorey Supplemental Report ¶42.

1399. [redacted] Delorey Supplemental Report ¶ 41.

1400. [redacted]. Delorey Supplemental Report ¶ 41.

1401. [redacted] Delorey Supplemental Report ¶ 41.

1402. [redacted] Delorey Supplemental Report ¶ 41.

1403. [redacted] Delorey Opening Report ¶¶ 262, 263, Delorey Rebuttal Report ¶¶ 15-21, 34.

1404. [redacted] Ex. 673 [Krishnan Dep. Tr.] at 435:7–20.

1405. [redacted]. Ex. 673 [Krishnan Dep. Tr.] at 422:14–423:3.

1406. [redacted] Ex. 673 [Krishnan Dep. Tr.] at 423:8–17.

1407. [redacted] Ex. 673 [Krishnan Dep. Tr.] at 423:20–424:2.

4. **OpenAI's Removal of CIR's and The Intercept's CMI**

1408. Appendix 198 to Dr. Wenger's Supplemental Report accurately states, for each of The Intercept's SJ Asserted Works, and for each of OpenAI's Nonprofit News Plaintiffs' Common Crawl Training Sets excerpts of which were produced to The Intercept, the Jaccard similarity score over 3-grams between each SJ Accused Copy and the original, and whether author, title, copyright notice, and terms of use information was absent from that copy. Wenger Supplemental Rep. at 22-23; Ex. 1172 [Wenger Supplemental Rep. Appendix 198]; Ex. 985 [OPCO_INTERCEPT_0000001]; Ex. 987 [OPCO_INTERCEPT_0000002]; Ex. 989 [OPCO_INTERCEPT_0000003]; Ex. 991 [OPCO_INTERCEPT_0000004]; Ex. 993 [OPCO_INTERCEPT_0000005]; Ex. 995 [OPCO_INTERCEPT_0000006]; Ex. 997 [OPCO_INTERCEPT_0000007]; Ex. 999 [OPCO_INTERCEPT_0000008]; Ex. 1001 [OPCO_INTERCEPT_0000009]; Ex. 1003 [OPCO_INTERCEPT_0000010]; Ex. 1005 [OPCO_INTERCEPT_0000011]; Macala Decl. Ex. B; Macala Decl. Ex. C.

1409. Appendix 199 to Dr. Wenger's Supplemental Report accurately states, for each of the Mother Jones SJ Asserted Works, and for each of OpenAI's Nonprofit News Plaintiffs' Common Crawl Training Sets excerpts of which were produced to CIR, the Jaccard similarity score over 3-grams between each SJ Accused Copy and the original, and whether author, title, copyright notice, and terms of service information was absent from that copy. Wenger Supplemental Rep. at 22-23; Ex. 1173 [Wenger Supplemental Rep. Appendix 199]; Ex. 963 [OPCO_NEWS_1144089]; Ex. 965 [OPCO_NEWS_1144090]; Ex. 967

[OPCO_NEWS_1144091]; Ex. 969 [OPCO_NEWS_1144092]; Ex. 971 [OPCO_NEWS_1144093]; Ex. 973 [OPCO_NEWS_1144094]; Ex. 975 [OPCO_NEWS_1144095]; Ex. 977 [OPCO_NEWS_1144096]; Ex. 979 [OPCO_NEWS_1144097]; Ex. 981 [OPCO_NEWS_1144098]; Ex. 983 [OPCO_NEWS_1144099]; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F; Bauerlein Decl. Ex. G.

1410. Appendix 201 to Dr. Wenger's Supplemental Report accurately states, for each of the Reveal SJ Asserted Works, and for each of OpenAI's Nonprofit News Plaintiffs' Common Crawl Training Sets excerpts of which were produced to CIR, the Jaccard similarity score over 3-grams between each SJ Accused Copy and the original, and whether title information was absent from that copy. Wenger Supplemental Rep. at 22-23; Ex. 1174 [Wenger Supplemental Rep. Appendix 201]; Ex. 963 [OPCO_NEWS_1144089]; Ex. 965 [OPCO_NEWS_1144090]; Ex. 967 [OPCO_NEWS_1144091]; Ex. 969 [OPCO_NEWS_1144092]; Ex. 971 [OPCO_NEWS_1144093]; Ex. 973 [OPCO_NEWS_1144094]; Ex. 975 [OPCO_NEWS_1144095]; Ex. 977 [OPCO_NEWS_1144096]; Ex. 979 [OPCO_NEWS_1144097]; Ex. 981 [OPCO_NEWS_1144098]; Ex. 983 [OPCO_NEWS_1144099]; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F; Bauerlein Decl. Ex. G.

1411. [redacted] Wenger Supplemental Rep. at 33; Ex. 1172 [Wenger Supplemental Rep. Appendix 198].

1412. [redacted] Wenger Supplemental Rep. at 33; Ex. 1172 [Wenger Supplemental Rep. Appendix 198].

1413. [redacted] Wenger Supplemental Rep. at 33; Ex. 1172 [Wenger Supplemental Rep. Appendix 198].

1414. [redacted] Wenger Supplemental Rep. at 33; Ex. 1172 [Wenger Supplemental Rep. Appendix 198]; Ex. 1174 [Wenger Supplemental Rep. Appendix 201].

1415. [redacted] Wenger Supplemental Rep. at 33; Ex. 1172 [Wenger Supplemental Rep. Appendix 198]; Ex. 1174 [Wenger Supplemental Rep. Appendix 201].

1416. [redacted] Wenger Supplemental Rep. at 33; Ex. 1172 [Wenger Supplemental Rep. Appendix 198]; Ex. 1174 [Wenger Supplemental Rep. Appendix 201].

1417. The following table accurately states the number of SJ Accused Copies for which each type of The Intercept's CMI was either absent or present:

| CMI Type | [redacted] | [redacted] |
|---|---|---|
| Author | [redacted] | [redacted] |
| Title | [redacted] | [redacted] |
| Copyright Notice | [redacted] | [redacted] |
| Terms of Use | [redacted] | [redacted] |

Wenger Supplemental Rep. at 29; Ex. 1172 [Wenger Supplemental Rep. Appendix 198].

1418. The following table accurately states the number of SJ Accused Copies for which each type of Mother Jones's CMI was either absent or present:

| CMI Type | [redacted] | [redacted] |
|---|---|---|
| Author | [redacted] | [redacted] |
| Title | [redacted] | [redacted] |
| Copyright Notice | [redacted] | [redacted] |
| Terms of Use | [redacted] | [redacted] |

Wenger Supplemental Rep. at 29; Ex. 1173 [Wenger Supplemental Rep. Appendix 199].

1419. The following table accurately states the number of SJ Accused Copies for which each type of Reveal's CMI was either absent or present:

| CMI Type | [redacted] | [redacted] |
|---|---|---|
| Author | [redacted] | [redacted] |
| Title | [redacted] | [redacted] |
| Copyright Notice | [redacted] | [redacted] |
| Terms of Use | [redacted] | [redacted] |

Wenger Supplemental Rep. at 29; Ex. 1174 [Wenger Supplemental Rep. Appendix 201].

1420. The following table accurately states the number of SJ Accused Copies for which each type of CIR's CMI was either absent or present:

| CMI Type | [redacted] | [redacted] |
|---|---|---|
| Author | [redacted] | [redacted] |
| Title | [redacted] | [redacted] |
| Copyright Notice | [redacted] | [redacted] |
| Terms of Use | [redacted] | [redacted] |

Wenger Supplemental Rep. at 29; Ex. 1172 [Wenger Supplemental Rep. Appendix 198]; Ex. 1174 [Wenger Supplemental Report Appendix 201].

1421. The tables at pages 31-32 of Dr. Wenger's Supplemental Report accurately state the number of SJ Accused Copies from which OpenAI removed author, title, copyright notice, and terms of use information from CIR's and The Intercept's SJ Asserted Works, broken down by Nonprofit News Plaintiffs' Common Crawl Training Set. Wenger Supplemental Rep. at 31-32; Ex. 985 [OPCO_INTERCEPT_0000001]; Ex. 987 [OPCO_INTERCEPT_0000002]; Ex. 989 [OPCO_INTERCEPT_0000003]; Ex. 991 [OPCO_INTERCEPT_0000004]; Ex. 993

[OPCO_INTERCEPT_0000005]; Ex. 995 [OPCO_INTERCEPT_0000006]; Ex. 997 [OPCO_INTERCEPT_0000007]; Ex. 999 [OPCO_INTERCEPT_0000008]; Ex. 1001 [OPCO_INTERCEPT_0000009]; Ex. 1003 [OPCO_INTERCEPT_0000010]; Ex. 1005 [OPCO_INTERCEPT_0000011]; Macala Decl. Ex. B; Macala Decl. Ex. C; Ex. 963 [OPCO_NEWS_1144089]; Ex. 965 [OPCO_NEWS_1144090]; Ex. 967 [OPCO_NEWS_1144091]; Ex. 969 [OPCO_NEWS_1144092]; Ex. 971 [OPCO_NEWS_1144093]; Ex. 973 [OPCO_NEWS_1144094]; Ex. 975 [OPCO_NEWS_1144095]; Ex. 977 [OPCO_NEWS_1144096]; Ex. 979 [OPCO_NEWS_1144097]; Ex. 981 [OPCO_NEWS_1144098]; Ex. 983 [OPCO_NEWS_1144099]; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F; Bauerlein Decl. Ex. G.

## VI. Effects of Defendants' Use and Copying of News & Journalism Content

### A. Effects of Defendants' Use On Established Market for News Content

1422. Generative AI models like ChatGPT have been characterized as "answer engines that "deliver answers without directing users to external websites." Ex. 1175 ["How to evolve your organic approach for the rise of answer engines," *Search Engine Land*, October 9, 2024, https://searchengineland.com/evolve-organic-approach-answer-engines-447352].

1423. Microsoft was aware as of December 2023 that [redacted] Ex. 843 [MSFT_AI_MDL_001180287] at 288; *see also* Ex. 844 [MSFT_AI_MDL_001233825] at 825 [redacted]; Ex. 810 [MSFT_AI_MDL_001233834] at slide 12 [redacted]

[OPCO_INTERCEPT_0000005]; Ex. 995 [OPCO_INTERCEPT_0000006]; Ex. 997 [OPCO_INTERCEPT_0000007]; Ex. 999 [OPCO_INTERCEPT_0000008]; Ex. 1001 [OPCO_INTERCEPT_0000009]; Ex. 1003 [OPCO_INTERCEPT_0000010]; Ex. 1005 [OPCO_INTERCEPT_0000011]; Macala Decl. Ex. B; Macala Decl. Ex. C; Ex. 963 [OPCO_NEWS_1144089]; Ex. 965 [OPCO_NEWS_1144090]; Ex. 967 [OPCO_NEWS_1144091]; Ex. 969 [OPCO_NEWS_1144092]; Ex. 971 [OPCO_NEWS_1144093]; Ex. 973 [OPCO_NEWS_1144094]; Ex. 975 [OPCO_NEWS_1144095]; Ex. 977 [OPCO_NEWS_1144096]; Ex. 979 [OPCO_NEWS_1144097]; Ex. 981 [OPCO_NEWS_1144098]; Ex. 983 [OPCO_NEWS_1144099]; Bauerlein Decl. Ex. D; Bauerlein Decl. Ex. E; Bauerlein Decl. Ex. F; Bauerlein Decl. Ex. G.

## VI. Effects of Defendants' Use and Copying of News & Journalism Content

### A. Effects of Defendants' Use On Established Market for News Content

1422. Generative AI models like ChatGPT have been characterized as "answer engines that "deliver answers without directing users to external websites." Ex. 1175 ["How to evolve your organic approach for the rise of answer engines," *Search Engine Land*, October 9, 2024, https://searchengineland.com/evolve-organic-approach-answer-engines-447352].

1423. Microsoft was aware as of December 2023 that [redacted] Ex. 843 [MSFT_AI_MDL_001180287] at 288; *see also* Ex. 844 [MSFT_AI_MDL_001233825] at 825 [redacted]); Ex. 810 [MSFT_AI_MDL_001233834] at slide 12 [redacted]

[redacted]

1424. Microsoft understood during development of the AI systems in this case that its generative AI systems [redacted] Ex. 844 [MSFT_AI_MDL_001233825] at 826 [redacted]).

1425. As of March 24, 2020, OpenAI understood that [redacted] Ex. 745 [OPCO_MDL_000220773] at 783-784 (OpenAI's Greg Brockman stated: "[redacted]); Ex. 1176 [BCG_OPCO_MDL_000003619] at 35 ([redacted]).

1426. In March 2020, OpenAI President Greg Brockman wrote: [redacted] Ex. 745 [OPCO_MDL_000220773] at 783-784; Ex. 1176 [BCG_OPCO_MDL_000003619] at 35 [redacted]

1427. In April 2020, OpenAI President Greg Brockman wrote that: "[redacted]" Ex. 1019 [OPCO_MDL_000609714] at 716.

1428. Defendants do not dispute that the reason ChatGPT and Copilot are [redacted]. Etzioni Opening Rep. ¶ 53 ([redacted]

[redacted]); Ex. 800 [Lafferty Rebuttal Rep.] ¶ 71 ([redacted]); Wenger Rebuttal Rep. at 16.

1429. In a presentation dated October 2020, Anthropic's Dario Amodei – who was then a top researcher at OpenAI – listed [redacted] Ex. 1021 [OPCO_MDL_001837980] at slide 31 (October 2020 presentation).

1430. In another presentation, Mr. Amodei identified a [redacted] Ex. 1023 [OPCO_MDL_001635079] at slide 12.

1431. Microsoft also understood that [redacted] Ex. 845 [MSFT_AI_MDL_000948603] at 604 [redacted]); *see also* Ex. 1177 ["Reinventing search with a new AI-powered Microsoft Bing and Edge, your copilot for the web", Microsoft (Feb. 7, 2023), https://blogs.microsoft.com/blog/2023/02/07/reinventing-search-with-a-new-ai-powered-microsoft-bing-and-edge-your-copilot-for-the-web/].

1432. Microsoft's CEO Satya Nadella admitted at his deposition that [redacted] Ex. 533 [Nadella Depo. Tr.] at 124:10-125:11.

1433. In May 2024, OpenAI claimed to be building a tool called Media Manager, which would "allow creators and content owners to identify their works to OpenAI and specify how they want those works to be included or excluded from AI research and training." Ex. 1178 ["OpenAI says it's building a tool to let content creators 'opt out' of AI training," *TechCrunch* (May 7, 2024), https://techcrunch.com/2024/05/07/openai-says-its-building-a-tool-to-let-content-creators-opt-out-of-ai-training/.].

1434. OpenAI said that Media Manager would answer the "need" for "an efficient, scalable solution for content owners to express their preferences about the use of their content in AI systems," including by allowing publishers to opt out of its scraping. Ex. 1179 [https://openai.com/index/approach-to-data-and-ai/#were-building-media-manager-so-content-owners-can-manage-how-their-works-are-used-in-ai].

1435. OpenAI never released Media Manager; instead, it [redacted] Ex. 136 [Shetty 30(b)(6) Depo. Tr.] at 163:6-164:3.

1436. Dr. Hecht from Microsoft agreed in an internal memo in June 2024: [redacted] Ex. 846 [MSFT_AI_MDL_002758601] at 601; Ex. 671 [Hecht Depo. Tr.] at 305:10-306:17.

1437. As of January 2023, Microsoft also understood that [redacted] Ex. 847 [MSFT_AI_MDL_000949427] at 430; Ex. 671 [Hecht Depo. Tr.] at 121:3-123:6.

1438. Microsoft recognized that [redacted] Ex. 847 [MSFT_AI_MDL_000949427] at 429, [redacted] Ex. 848 [MSFT_AI_MDL_000946783] at 783; Ex. 671 [Hecht Depo. Tr.] at 86:12-87:17.

1439. Microsoft disregarded [redacted] Ex. 847 [MSFT_AI_MDL_000949427] at 430 (emphasis in original).

1440. Defendants' products harm News Plaintiffs by [redacted] Ex. 849 [MSFT_AI_MDL_000661033]; Ex. 807 [OPCO_MDL_001700392] at 397 ([redacted] Ex. 915 [OPCO_MDL_004411433] at 452-453 ([redacted]).

1441. By February 2022, prior to commercial launch of ChatGPT, Microsoft identified [redacted] Ex. 850 [MSFT_AI_MDL_000406914] at slide 2.

1442. By September 2022, Microsoft understood [redacted] Ex. 851 [MSFT_AI_MDL_000212025] at 031.

1443. By September 2022, Microsoft understood that a [redacted] Ex. 851 [MSFT_AI_MDL_000212025] at 031.

1444. By September 2022, Microsoft was aware of [redacted] Ex. 852 [MSFT_AI_MDL_000013670] at 681 ([redacted]); Ex. 853 [MSFT_AI_MDL_000221702] at 724 [redacted]), 725 [redacted]).

1445. When informed about its models being used to [redacted] OpenAI employees expressed [redacted] Ex. 915 [OPCO_MDL_004411433] at 453.

1446. Microsoft was told at least as early as 2015 that [redacted] Ex. 671 [Hecht Depo. Tr.] at 13:15-18, 70:20-73:7 (Microsoft Director of Applied Science Brent Hecht communicated that [redacted]

[redacted]).

1447. Microsoft Director of Applied Science Brent Hecht conveyed to his colleagues at Microsoft that [redacted] Ex. 671 [Hecht Depo. Tr.] at 79:2-22.

1448. Microsoft Director of Applied Science Brent Hecht was tasked with [redacted] Ex. 671 [Hecht Depo. Tr.] at 17:10-21.

1449. Microsoft Director of Applied Science Brent Hecht described [redacted] Ex. 810 [MSFT_AI_MDL_001233834] at slide 37.

1450. Microsoft Director of Applied Science Brent Hecht stated that, [redacted] Ex. 810 [MSFT_AI_MDL_001233834] at slide 37.

1451. Microsoft was told by Dr. Hecht that [redacted] Ex. 671 [Hecht Depo. Tr.] at 82:15-25.

1452. Microsoft understood that [redacted] Ex. 671 [Hecht Depo. Tr.] at 109:25--111:16.

1453. OpenAI acknowledged: [redacted] Ex. 1025 [OPCO_MDL_004397741] at -741.

1454. For example, the Pioneer Press directs reporters to cover "local news and information that is distinctly valuable, that [readers] can't get somewhere else" and that "involves interacting with the community," "listening to many, many different people," and "asking questions, digging through documents." Ex. 18 [Burbach Depo. Tr] at 15:1-17.

1455. An example of a Chicago Tribune investigative piece involving a hospital took "more than a year" and "required two reporters speaking to hundreds of people, pouring over thousands of pages of documents" and working with the newspaper's attorneys "to pry loose public records." Ex. 19 [Pugh 30(b)(1) Depo. Tr.] at 111:8-14.

1456. As another example, an Orlando Sentinel and Sun-Sentinel investigative piece involved more than fourteen journalists working almost full time for ten months to investigate the Parkland school shooting. Ex. 20 [J. Anderson Depo. Tr.] at 137:1-138:2; 11:24-12:11.

1457. Lee Ann Colacioppo, editor of the Denver Post, testified: "We at The Denver Post work very hard to maintain our reputation for originality. We spend a lot of time on it. We spend time thinking about what stories we're going to do, how we're going to approach them, how we're going to write them, how we're going to display them, and when. And this is all part of what being a journalist means is all the thought that goes into that." Ex. 16 [Colacioppo Depo. 30(b)(6)] at 84:9-17.

1458. Lindsey Turrentine, an executive editor for Ziff, testified that advertisers "care a lot about the opinion of journalists and impartial journalists," and that being associated with "independent journalists" and their editorial judgment is valuable to brand partners because ... our

authority ultimately benefits their ability to show up. So, for example, if they know that our independent journalists happen to like their product, they care a lot about that content being seen." Ex. 366 [Turrentine Depo. Tr.] 36:5-36:23.

1459. Vivek Shah, Ziff Davis's CEO testified about CNET's editorial "awards" and "editor's choice" designations, explaining that when "CNET awards a product — the top product in its category — an editor's choice," that independent editorial judgment "would lead to a lift in conversion as a third-party review of the product" and also create licensing opportunities. Ex. 677 [Shah Depo. Tr.] 80:22-81:18, 93:13-19.

1460. Microsoft acknowledges that [redacted] Ex. 82 [Tucker Opening Report] ¶ 56 ([redacted]); Ex. 844 [MSFT_AI_MDL_001233825] at 826.

1461. Microsoft understood that "LLMs are a product that destroys its supply chain… LLMs severely threaten the economic model of the content on which they depend. As currently constituted, they are effectively an end product that existentially threatens its own supply chain." Ex. 844 [MSFT_AI_MDL_001233825] at 826.

1462. Microsoft understood that [redacted] Ex. 845 [MSFT_AI_MDL_000948603] at 603.

1463. Microsoft understood that [redacted] Ex. 854 [MSFT_AI_MDL_000944196] at 197.

1464. As of February 2023, OpenAI understood that [redacted] Ex. 1027 [OPCO_MDL_001699819] at 819 (message from Turley to others at OpenAI).

1465. As of February 9, 2023, OpenAI understood that [redacted] Ex. 1027 [OPCO_MDL_001699819] at 821; Ex. 528 [Turley 30(b)(1) Depo. Tr.] at 33:2-19.

1466. As of at least June 2023, OpenAI understood that [redacted] Ex. 1029 [OPCO_MDL_001710421] at 433.

1467. Microsoft recognized [redacted] Ex. 671 [Hecht Depo. Ex. 3] at 438-439.

1468. Microsoft and OpenAI understood that CustomGPTs were available tha[redacted] Ex. 1031 [OPCO_MDL_004796351] at 351; Ex. 1033 [OPCO_MDL_004734998].

1469. OpenAI referred to an entire category of CustomGPTs as [redacted] Ex. 1033 [OPCO_MDL_004734998].

1470. CustomGPTs on Defendants' platforms that [redacted] Ex. 679 [Rynerson Depo. Ex. 17] at 6, 8 ([redacted]); Ex. 1031 [OPCO_MDL_004796351]; Ex. 508 [Ramchandani 30(b)(6) Depo. Tr.] at 51:9-53:10; Goldstein Opening Rep. ¶ 104 ([redacted]).

1471. Kevin Scott, Microsoft's CTO, was [redacted] in August 2022 that [redacted]

[redacted] Ex. 855 [MSFT_AI_MDL_000047584] at 588.

1472. The basic functionalities of ChatGPT and Copilot are offered to the market for free and the vast majority of users are non-paying, making information-seeking on ChatGPT extraordinarily "cheap." Ex. 503 ["Scaling AI for everyone," *OpenAI* (Feb. 27, 2026), https://openai.com/index/scaling-ai-for-everyone/]; Ex. 1221 ["ChatGPT reaches 900M weekly active users," *Techcrunch*, https://techcrunch.com/2026/02/27/chatgpt-reaches-900m-weekly-active-users/]; Ex. 1222 [Microsoft's 2025 Schedule 14A, https://www.sec.gov/Archives/edgar/data/789019/000119312525245150/d908201ddef14a.htm#:~:text=%20Proxy%20Statement%20] at 42 (reporting that Copilot apps surpassed 100 million monthly active users as of Microsoft's Dec. 5, 2025 proxy statement); Ex. 1223 [Microsoft's Exhibit 99.1 (July 29, 2026), https://www.sec.gov/Archives/edgar/data/789019/000119312526323632/msft-ex99_1.htm] (stating in Microsoft's FY2026 Q4 earnings release stating that Microsoft Copilot reached over 30 million paid seats).

1473. Nick Turley, OpenAI's Head of ChatGPT, admitted in February 2024 that [redacted] Ex. 131 [OPCO_MDL_004776577] at 578.

1474. Nick Turley also admitted in February 2024 regarding OpenAI's generative AI products: [redacted] Ex. 131 [OPCO_MDL_004776577] at 80.

1475. An OpenAI software engineer Maddie Simens admitted to her OpenAI colleagues on February 9, 2023: [redacted] Ex. 1027 [OPCO_MDL_001699819] at 823.

1476. Matt Dahlin of Microsoft agreed that [redacted] Ex. 856 [MSFT_AI_MDL_000450551] at 554; Ex. 681 [Dahlin Depo Tr.] at 17:24-23:21.

1477. Suchir Balaji, a former OpenAI engineer turned "whistleblower," raised concerns about OpenAI's copyright violations, and stated "[i]t doesn't feel right to be training on people's data and then competing with them in the marketplace." Ex. 1224 ["Ex-OpenAI engineer who raised legal concerns about the technology he helped build has died," AP News (Dec. 21, 2024), https://apnews.com/article/openai-whistleblower-suchir-balaji-death-283e70b31d34ebb71b62e73aafb56a7d]; Ex. 1225 [ "When does generative AI qualify for fair use?", Suchir Balaji (Oct. 23, 2024), https://suchir.net/fair_use.html]; Ex. 1226 [Cade Metz, "Former OpenAI Researcher Says the Company Broke Copyright Law," The New York Times (Oct. 23, 2024), https://www.nytimes.com/2024/10/23/technology/openai-copyright-law.html].

1478. Dr. Aram Sinnreich, OpenAI's retained media expert, admitted that [redacted] Sinnreich NYT Opening Rep. ¶ 30 (admitting that AI can substitute for "rote, formulaic, and undifferentiated" journalism); Sinnreich ZD Opening Rep. ¶ 30 (same).

1479. Dr. Goldfarb, one of OpenAI's economic experts, claims that [redacted] Ex. 498 [Goldfarb DNP Opening Rep.] ¶ 123; Ex. 467 [Goldfarb NYT Opening Rep.] ¶ 115.

1480. Dr. Goldfarb admitted that [redacted] Ex. 377 [Goldfarb Depo Tr.] at 49:1-51:8.

1481. OpenAI's technical expert, Dr. Berg-Kirkpatrick, determined that [redacted] Ex. 461 [Berg-Kirkpatrick Opening Rep.] ¶ 147.

1482. Current events is a subset of news. Cross Rebuttal Rep. at 48.

1483. [redacted] [Wenger Rebuttal Report] at 20-21.

1484. Laura Stamm, OpenAI's damages expert, testified that [redacted] Ex. 683 [Stamm Depo. Tr.] 201:15-23 ("[redacted]").

1485. Even Dr. Goldfarb's quantification of [redacted] Malackowski NYT-DNP Rebuttal Rep. at

57-58 & Figure 6; Ex. 467 [Goldfarb NYT Opening Rep.] ¶ 115; Malackowski ZD Rebuttal Rep. at 44-45.

1486. Using Dr. Goldfarb's quantification [redacted] Malackowski ZD Rebuttal Rep. at 44-45; Ex. 683 [Stamm Depo. Tr.] at 201:15-23 ([redacted]).

1487. OpenAI's expert admits that [redacted] Ex. 377 [Goldfarb Depo. Tr.] at 51:2-8.

1488. Microsoft's technical expert, Dr. Bail, determined that [redacted]" Ex. 906 [Bail Opening Rep.] ¶ 109.

1489. Another Microsoft expert found that [redacted] Ex. 556 [Amir Opening Rep.] ¶¶ 15(c), 44, Figure 1; Ex. [Alter Rebuttal Rep.] ¶ 74.

1490. A Research Paper titled "Language Models are Few-Shot Learners" that was authored by Former Vice President of Research at OpenAI, Dario Amodei, and Former Member of Technical Staff at Open AI, Alec Radford among others, found that "for news articles that are around 500 words long, GPT-3 continues to produce articles that humans find difficult to distinguish from human written news articles." Ex. 1035 [OPCO_MDL_004735350] at 365.

1491. According to News Plaintiffs' expert Dr. Etzioni, [redacted] Etzioni Rebuttal Rep. at ¶ 86.

1492. Microsoft 365 promoted Copilot Chat's ability to "Monitor industry news: prepare a daily brief on news …":




Ex. 1227 [Microsoft 365, "Last-minute meeting invite? Microsoft 365 Copilot Chat helps you create agendas quickly…" *LinkedIn*, May 2025, https://www.linkedin.com/posts/microsoft-365_draft-meeting-agendas-anytime-anywhere-activity-7323793020196147202-zWPf/].

1493. On September 25, 2025, OpenAI announced the release of ChatGPT Pulse. Ex. 908 ["Introducing ChatGPT Pulse," *OpenAI*, September 25, 2025, https://openai.com/index/introducing-chatgpt-pulse/].

1494. According to OpenAI, ChatGPT Pulse creates sets of daily reports which show up as visual cards to the user. Ex. 908 [“Introducing ChatGPT Pulse,” *OpenAI*, September 25, 2025, https://openai.com/index/introducing-chatgpt-pulse/].

1495. The ChatGPT Pulse daily reports are based on chats, feedback, and connected apps like the user’s calendar. Ex. 908 [“Introducing ChatGPT Pulse,” *OpenAI*, September 25, 2025, https://openai.com/index/introducing-chatgpt-pulse/].

1496. OpenAI’s ChatGPT Pulse’s suggested topics include “Keep me updated on local news”:




Ex. 908 [“Introducing ChatGPT Pulse,” *OpenAI*, September 25, 2025, https://openai.com/index/introducing-chatgpt-pulse/].

1497. When ChatGPT Pulse was demonstrated for TechCrunch by OpenAI product lead Adam Fry, Mr. Fry showed them reports ChatGPT Pulse had generated for him, which included a “roundup of news about British soccer team Arsenal.” Ex. 904 [DNP-00569617] at 619.

1498. TechCrunch recognized that the 5-10 daily briefs generated by ChatGPT Pulse are substitutable for checking social media or a news app in the morning. Ex. 904 [DNP-00569617] at 618.

1499. Additionally, TechCrunch noted regarding ChatGPT pulse: “it’s hard to overlook how Pulse could compete with existing news products, such as Apple News, paid newsletter, or traditional journalism outlets.” Ex. 904 [DNP-00569617] at 621.

1500. Indeed, OpenAI characterized ChatGPT [redacted] Ex. 1037 [OPCO_MDL_002138926] at 2.

1501. OpenAI also recognized that [redacted] Ex. 1039 [OPCO_MDL_001699457] at 457.

1502. News Plaintiffs have invested in their newsrooms, hiring journalists and supporting investigations that have produced in-depth, hard-hitting, prize-winning content, including investigative pieces that have exposed problems that needed to be addressed, with the expectation that those investments will be monetized through revenues (e.g., subscription fees and advertising revenues). Ex. 20 [J. Anderson Depo. Tr.] at 134:23-140:21; Ex. 19 [Pugh 30(b)(1) Depo. Tr.] at 110:25-112:23; Ex. 22 [Julien 30(b)(6) Depo. Tr.] at 66:15-67:16; Ex. 6 [NYT_00873667] at 674-675; Ex. 5 [Meredith Levien Depo. Ex. 7] at 13; Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 41 (detailing The Times's increased journalism costs of $48.7 million, which were "largely due to higher compensation and benefits, which was driven by growth in the number of employees who work in [The Times's] newsrooms as well as higher salaries, benefits costs and incentive compensation"); Ex. 3 [Sulzberger Depo. Tr.] at 191:16-192:10 (describing The Times's track record of "reinvesting deeply into [its] journalistic mission"), 302:8-23 (describing The Times's investment into its journalism, including having "bureaus all over the world" and giving journalists "sometimes years" "to do the most important work"); Cross Rebuttal Rep. at 9-10.

1503. Ziff Davis has invested in its content and brand—including product reviews, gameplay guides, and expert-reviewed health, parenting, and how-to explainers across brands—with the expectation that those investments would be monetized through revenues from advertising, subscription, licensing, and awards-licensing fees. Oh Decl. ¶ 14; Ex. 677[Shah Depo. Tr.] 80:19-83:11, 116:13 –117:3].

1504. Historically, traditional search providers like Google and Bing have acted as gateways to third-party websites, including news websites, by directing users to publishers' websites through organic referral links. Ex. 83 [Poferl 30(b)(6) Depo. Tr.] at 23:20-25 (testifying that "[s]earch engines are one of the most common ways for users on the Internet to discover[] New York Times content" and "one of [The Times's] largest referral channels"); Ex. 72 [CJ Jacobs 30(b)(6), Feb. 12, 2026, Depo. Tr.] at 37:3-38:9; Ex. 86 [DNP-00632487]; Ex. 467 [Goldfarb Opening NYT Rep.] at ¶ 85 (describing how [redacted]); Cross Rebuttal Rep. at 18.; Ex. 474 [Goldfarb ZD Opening Rep.] ¶ 87.

1505. That exchange has been essential to News Plaintiffs' business models, as "generating audiences" is the "lifeblood" of news publishers. Ex. 912 [Felps, Paula, "As Search Ends for News, Here is What's Next," *INMA,* April 2025] at 8; Ex. 72 [CJ 30(b)(6), Feb. 12, 2026, Depo. Tr.] at 37:3-38:14; Ex. 99 [The New York Times SEC Form 10-K Dec. 31, 2022] at 10 (stating: "[The Times's] ability to attract and grow our digital subscriber base depends on the size of our audience and its sustained engagement directly with our products, including the breadth, depth and frequency of use" and "Revenue from subscriptions to our digital and print products makes up a majority of our total revenue. Our future growth and profitability depend upon our ability to retain, grow and effectively monetize our audience and subscriber base".); Ex. 98 [The New York Times SEC Form 10-K Dec. 31, 2023] at 2; Ex. 521 [Yang Depo. Ex. 13] at 5 ("A large and highly engaged audience is essential to our business growth—it helps us replenish our engaged prospect pool, fuels new subscriptions, and strengthens our advertising business"); Ex. 685

[Schneider 30(b)(6) Depo. Tr]. 75:17-18 ("as a journalistic outlet, content is king. It's our lifeblood."); Cross Rebuttal Rep. at 19.

1506. The rapid expansion of Generative AI poses a competitive threat to traditional search. Ex. 533 [Nadella Depo. Tr.] at 123:22-124:9 ([redacted]), 124:10-125:11 ([redacted]); Ex. 82 [Tucker Opening Rep.] at ¶ 117 [redacted]); Ex. 914 [*United States of America et al. v. Google LLC*, Case No. 20-cv-3010, Memorandum Opinion, September 2, 2025] at 1-2, 127-128; Cross Rebuttal Rep. at 19; McDonald Rebuttal Rep. at 13.

1507. Generative AI is a substitute for traditional search. Ex. 556 [Amir Opening Rep.] ¶ 60; Ex. 82 [Tucker Opening Rep.] at ¶ 117 (admitting that [redacted]); Ex. 533 [Nadella Depo. Tr.] at 124:10-125:11 ([redacted]

[redacted]); Ex. 1040 [OPCO_MDL_004620488] at 488.

1508. ChatGPT and Copilot are [redacted] Cross Rebuttal Rep. at Appendices B-D; McDonald Rebuttal Rep. at Appendices C-D.

1509. Microsoft's CEO Satya Nadella agreed at his deposition that [redacted] Ex. 533 [Nadella Depo. Tr.] at 123:22-124:9; *see also id.* at 124:10-125:11.

1510. When asked at deposition if [redacted] Mr. Nadella responded: [redacted] Ex. 533 [Nadella Depo. Tr.] at 124:24-125:11.

1511. Microsoft's counsel represented to the Court at the January 14, 2025 motion to dismiss hearing in this action:

> **THE COURT:** So what is new about this large language model? Bing presumably has always been able to print out articles on tailbone pain. What are you telling me is new?
>
> **MR. HURST:** Your Honor, what is new is when you, in a traditional search bar, you put in a query, you get a series of links. In the Next Generation search, Copilot chat, you ask a question in a natural language format and it gives you an answer in a natural language format with cites links to those sources. So, in essence, the large language model is summarizing the information that it's found for you and delivering you the factual content of that information, and then it's giving you citations and the sources for that information.

> **THE COURT:** So is the traditional way simply going to give me a list of sources, list of articles on tailbone pain, but the new way, the Next Generation is going to give me a plain language answer that is supported with essentially the same links?
>
> **MR. HURST:** That's right, your Honor. And what the large language model is capable of doing that the traditional search models, which by the way were also predicative algorithms and models, is it's better at interpreting your query because it understands language better. It's better at knowing exactly what you're asking. And it's also capable of putting all of the data together and giving you an answer, rather than just giving you a series of sources.

Ex. 910 [Jan. 14, 2025 Hearing Tr.] at 28:15-29:19.

1512. Microsoft's counsel also stated at the same hearing that the difference between those systems and traditional search engines that have been deemed fair use because they direct users back to instead of substituting for original sources "is that they are actually designed to answer your question." Ex. 910 [Jan. 14, 2025 Hearing Tr.] at 27:1-29:19.

1513. Microsoft's counsel elaborated: "So it's not just giving you a series of links to things you can go look for yourself and maybe find the information. But one of the great uses of a large language model is that it's able to interpret and summarize and derive facts from underlying data and then deliver those facts to you." Ex. 910 [Jan. 14, 2025 Hearing Tr.] at 27:1-29:19.

1514. The Microsoft Copilot homepage included a "suggestion chip" inviting users to use Copilot to "summarize the top news." Ex. 857 [MSFT_AI_MDL_002286292]; *see also* Ex. 858 [MSFT_AI_MDL_001524111] at 115; Ex. 657 [Abib 30(b)(6) Depo. Tr.] at 56:5-16; Ex. 659 [Cromwell Depo. Tr.] at 104:1-10 (Microsoft employee in charge of developing the second version of Copilot confirming that [redacted]), 95:17-96:8.

1515. In the absence of generative AI, many more readers would access news websites through traditional search engines. Ex. 556 [Amir Opening Rep.] ¶ 60 [redacted]

[redacted]); Ex. 82 [Tucker Opening Rep.] at ¶ 117 (admitting that [redacted]); Ex. 1041 [OPCO_MDL_004771735] at 736 (an internal OpenAI memo setting [redacted]).

1516. Microsoft's survey expert Dr. On Amir reported that [redacted]" Ex. 556 [Amir Opening Rep.] ¶ 60.

1517. OpenAI recognizes that [redacted] Ex. 916 ["OpenAI's Sam Altman on Building the 'Core AI Subscription' For Your Life," Sequoia Capital (May 12, 2025),, https://www.youtube.com/watch?v=ctcMA6chfDY] at 15:40-15:47; Ex. 1041 [OPCO_MDL_004771735] ([redacted]); Ex. 1228 [Aaron Chatterji, et. al., "How People Use ChatGPT," OpenAI (Sep. 15, 2025) ,https://cdn.openai.com/pdf/a253471f-8260-40c6-a2cc-aa93fe9f142e/economic-research-chatgpt-usage-paper.pdf] at 2 (a ChatGPT study with multiple OpenAI authors confirming that ChatGPT users seeking information "about people, current events, products, and recipes… appears to be a very close substitute for web search").

1518. The Court in the Department of Justice antitrust case against Google concerning Search found that although Google maintained an illegal search monopoly, the rapid emergence of Generative AI altered competition in the search landscape:

> The emergence of GenAI changed the course of this case. No witness at the liability trial testified that GenAI products posed a near-term threat to GSEs. The very first witness at the remedies hearing, by contrast, placed GenAI front and center as a nascent competitive threat.
>
> …
>
> Today, established technology companies are making, and start-ups are receiving, hundreds of billions of dollars in capital to develop GenAI products that pose a threat to the primacy of traditional internet search. The money flowing into this space, and how quickly it has arrived, is astonishing. These companies already are in a better position, both financially and technologically, to compete with Google than any traditional search company has been in decades (except perhaps Microsoft). They also are moving towards monetizing on commercial queries.

Ex. 914 [*United States of America et al. v. Google LLC*, Case No. 20-cv-3010, Memorandum Opinion, September 2, 2025] at 1-2, 127-128 (internal citations omitted).

1519. OpenAI's founder, Sam Altman, has stated that one use case for ChatGPT is as "a Google replacement." Ex. 916 ["OpenAI's Sam Altman on Building the 'Core AI Subscription' For Your Life," Sequoia Capital (May 12, 2025),, https://www.youtube.com/watch?v=ctcMA6chfDY] at 15:40-15:47.

1520. ChatGPT's displacement of traditional search is increasing. Ex. 1229 ["ChatGPT's Search Market Share Up 740% in Just 12 Months," *Opollo,* May 31, 2025, https://opollo.com/blog/chatgpts-search-market-share-has-exploded-by-740-in-just-12-months/] (estimating that ChatGPT's market share of search has "soar[ed] by 740% in just 12 months" (early 2024 to 2025), from 0.25% to 2.1%); Ex. 1230 ["ChatGPT Surges Ahead in the Battle for Search Marketing Share," *Driving Influence*, November 21, 2024, https://avenuez.com/blog/chatgpt-surges-ahead-in-the-battle-for-search-marketing-share/] (according to Marcus Tober, an expert in

Search and SEO, at its current growth rate, ChatGPT's search volume traffic could catch up with Google in approximately 4 years); Ex. 1231 ["Google vs ChatGPT Market Share: 2026 Report," *First Page Sage,* https://firstpagesage.com/seoblog/google-vs-chatgpt-market-share-report/] (recent analyses as of Q2 2025 estimate ChatGPT's share of the global digital query market to be as high as 17.9%).

1521. According to a survey administered to over 1,000 people in each of 21 countries (total of 23,882 surveys) and conducted by the University of Toronto, 22% of ChatGPT users globally (23% in the U.S.) use the platform as an alternative to Google. Ex. 1232 ["Global Public Opinion on Artificial Intelligence (GPO-AI)," Schwartz Reisman Institute for Technology and Society (SRI), supported by the Policy, Elections and Representation Lab (PEARL) at the Munk School of Global Affairs & Public Policy at the University of Toronto, May 17, 2024, https://utoronto.sharepoint.com/sites/ArtSci-SRI-External/Documents/Forms/AllItems.aspx?id=%2Fsites%2FArtSci%2DSRI%2DExternal%2FDocuments%2FGPO%2DAI%5FFinal%20Version%5FMay%2027%5Fupdated%2Epdf&parent=%2Fsites%2FArtSci%2DSRI%2DExternal%2FDocuments&p=true&ga=] at 36.

1522. OpenAI has known since at least 2025 that "seeking information," defined as "searching for information about people, current events, products, and recipes," accounts for a significant and growing portion of ChatGPT's usage – and that in July 2024 seeking information accounted for 14% of ChatGPT usage, and one year later in 2025, seeking information accounted for 24% of usage. Ex. 1228 [Aaron Chatterji, et. al., "How People Use ChatGPT," OpenAI (Sep. 15, 2025),https://cdn.openai.com/pdf/a253471f-8260-40c6-a2cc-aa93fe9f142e/economic-research-chatgpt-usage-paper.pdf] at 2, 14.

1523. According to Dr. Tucker, a Microsoft economics expert: [redacted] Ex. 82 [Tucker Opening Rep.] ¶117.

1524. Microsoft's Copilot home page stated: "instead of clicking through links, we can talk about whatever you're curious about." Ex. 659 [Cromwell Depo. Ex. 6].

1525. OpenAI's Head of ChatGPT Nick Turley wrote in February 2023 that, [redacted] Ex. 1027 [OPCO_MDL_001699819] at 823.

1526. OpenAI similarly stated on October 31, 2024 that ChatGPT "can now search the web in a much better way than before" by providing "fast, timely answers…which you would have previously needed to go to a search engine for" including "up-to-date sports scores, news, stock quotes, and more." Ex. 495 ["Introducing ChatGPT search," OpenAI (Oct. 31, 2024), https://openai.com/index/introducing-chatgpt-search/].

1527. Microsoft's CEO Satya Nadella testified that LLMs like ChatGPT act as an alternative to and would "fundamentally change" traditional search: "Q. And is there any expectation, at least in the foreseeable future, that these LLMs, these ChatGPT products, are going to replace Internet search? A. … I believe the search category by itself will fundamentally change, because there's a new way to think about answering questions using LLMs versus sort of just

giving you the 10 blue links…" Ex. 1233 [*U.S. et al. v. Google LLC*, Nadella Trial Testimony, Day 14 Morning Session] at 3529:10-17.

1528. A comparison of Google search results and ChatGPT results is illustrated below for the same query ("indie games id xbox showcase announcement"):




Stricchiola NYT/DN Opening Rep. at ¶ 337.

1529. News Plaintiffs' expert Jessie Stricchiola compared the user click-through-rate ("CTR"), measured as click / impression, of Bing Web Search (i.e., traditional search) to Bing Chat (i.e., Generative AI) for the Times and Daily News domains during the period covering December 2023 through September 2024 and for various Ziff Davis domains during June 2023.

Stricchiola NYT/DN Opening Rep. at Section XIII (¶¶ 379-449); Stricchiola ZD Opening Rep. Section XIII.

1530. The CTR refers to the percentage of clicks from users to a given URL relative to the total impressions, which are the appearances of that URL in a rendered search results page or within a chatbot's response. Stricchiola NYT/DN Opening Rep. ¶ 380.

1531. Ms. Stricchiola's analysis reflects that [redacted] Stricchiola NYT/DN Opening Rep. ¶ 389; Stricchiola Rebuttal Rep. ¶¶ 26-29; Stricchiola ZD Opening Rep. ¶ 263.

1532. Design differences between GenAI query responses and non-GenAI search results and the quantitative analysis CTRs of those systems shows that [redacted] Stricchiola Rebuttal Rep. ¶¶ 26-27.

1533. The chart below reflects Ms. Stricchiola's findings on the CTR difference between Bing Web Search and Bing Chat for each of the listed Times and Daily News domains:

[redacted]

Malackowski NYT-DNP Opening Report at 47, Figure 9 (creating chart of Stricchiola's analysis results); Stricchiola NYT/DN Opening Report at ¶ 389 (Stricchiola's analysis); Ex. 687 [Tucker Depo. Tr.] at 97:3-9 [redacted]

1534. The chart below reflects Ms. Stricchiola's findings on the CTR difference between Bing Web Search and Bing Chat for each of the listed Ziff Davis domains:

[redacted]

Stricchiola ZD Opening Rep. Appendix D [redacted] (Stricchiola ZD Opening Rep. ¶ 267.

1535. These click-through-rate differences are conservative [redacted] Stricchiola NYT/DN Opening Rep. ¶ 63.

1536. According to Ms. Stricchiola's analysis, the overall click-through rate difference between Bing Chat and Bing Web Search was [redacted] for The Times's domains, [redacted] for Daily News Plaintiffs' domains, and [redacted] for Ziff Davis' domains. Stricchiola Rebuttal Rep. ¶ 29; Stricchiola NYT/DN Opening Rep. ¶ 389; Stricchiola ZD Opening Rep. at ¶ 264; Ex. 859 [MSFT_AI_MDL_002873679] (nytimes.com); Ex. 860 [MSFT_AI_MDL_002873609] (cooking.nytimes.com); Ex. 861 [MSFT_AI_MDL_002873749] (thewirecutter.com); Ex. 862

[MSFT_AI_MDL_002873595] (chicagotribune.com); Ex. 863 [MSFT_AI_MDL_002873623] (denverpost.com); Ex. 864 [MSFT_AI_MDL_002873637] (mercurynews.com); Ex. 865 [MSFT_AI_MDL_002873665] (nydailynews.com); Ex. 866 [MSFT_AI_MDL_002873693] (ocregister.com); Ex. 867 [MSFT_AI_MDL_002873707] (orlandosentinel.com); Ex. 868 [MSFT_AI_MDL_002873735] (sun-sentinel.com); Ex. 869 [MSFT_AI_MDL_002873763 (twincities.com).

1537. Stricchiola's Microsoft Copilot results are similar to those of other public studies of different generative AI chatbots. A study by SEER indicated that in January 2025, when Google presented an AI Overview (an AI-generated summary) alongside search results with links, the organic click-through rate for those links dropped from 3.97% to 0.64%, a reduction of almost 84%. Ex. 1100 ["Google AI Overview Study - SEO & PPC CTR impact," Seer interactive, February 4, 2025, https://www.seerinteractive.com/insights/ctr-aio].

1538. News Plaintiffs' expert Jessie Stricchiola was unable to draw reliable conclusions from the click-through rate data produced by OpenAI because it was unreliable. Stricchiola NYT/DN Opening Rep. ¶¶ 428-436; Stricchiola ZD Opening Rep. ¶¶ 254-260; Stricchiola Rebuttal Rep. ¶¶ 117-126; Stricchiola Reply Rep. ¶¶ 86-94.

1539. A CHI 2025 study found that participants using ChatGPT visited far fewer external websites than those using Google. The chatbot's generated answer was frequently sufficient on its own, eliminating the need (or at least the perceived need) to clickthrough to original sources. One of the most striking findings was a dramatic reduction in external browsing: 87.78% of ChatGPT users visited zero external websites during their search, compared to only 26.91% of Google users who visited none. ChatGPT functioned as a "one-stop solution" rather than a hub connecting users to other sources. Ex. 1101 [Kaiser et al., "A New Era of Online Search? A Large-Scale Study of

User Behavior and Personal Preferences during Practical Search Tasks with Generative AI versus Traditional Search Engines," ACM CHI 2025. https://dl.acm.org/doi/10.1145/3706599.3720123]; Stricchiola NYT/DN Opening Rep. ¶ 339; Stricchiola ZD Opening Rep. 279.

1540. Cloudflare's CEO, Mr. Prince, cited data regarding the ratio of webpages scraped (a measure of what technology companies like Google and OpenAI are taking from content creators on the web) to the number of visitors sent to the content creators webpage, finding that in 2015 Google scraped two pages for every visitor it sent to the content creator or publisher, a ratio of 2:1, and in late 2024, that ratio was 6:1 for Google and 250:1 for OpenAI. As of June 2025, that ratio was 18:1 for Google and 1,500:1 for OpenAI. Ex. 1102 ["Axios' Sara Fischer in conversation with Cloudflare's Matthew Prince," YouTube, June 20, 2025, https://www.youtube.com/watch?v=H5C9EL3C82Y] at 0:40-0:47, 1:27-2:04; Ex. 1103 ["Publishers facing existential threat from AI, Cloudflare CEO says," Axios, June 19, 2025, https://www.axios.com/2025/06/19/ai-searchtraffic-publishers].

1541. The Q1 2025 TollBit State of the Bots report similarly reports shrinking crawl-to-referral ratios for Bing and OpenAI—*i.e.*, Bing's crawl-to-referral ratio went from 6:1 in Q3 2024 to 11:1 in Q1 2025, and OpenAI's ratio was 286:1 in Q4 2024 and 179:1 in Q1 2025. Ex. 910 [DNP-00534490] at 510.

1542. OpenAI was aware of a study in 2023 indicating that [redacted] Ex. 1043 [OPCO_MDL_004771748] at 748.

1543. According to Dr. Hecht, [redacted] Ex. 671 [Hecht Depo. Tr.] at 57:23-58:12.

1544. In February 2024, Nick Turley (OpenAI's Head of ChatGPT) admitted that [redacted] Ex. 1045 [OPCO_MDL_004401106] at 118.

1545. The Reuters Institute for the Study of Journalism's 2026 Digital News Report found that 42% of AI chatbot users for news say they always or often click through from chatbot answers to original news sources, which was lower than the percentage of users who say they click through to original news sources from search: "We also asked *why* people click through from the search engines, social media platforms, and AI chatbots. For every platform the most commonly cited reason is that they wanted more detail about the underlying story, but AI chatbot users are relatively less likely to say this compared to search and social, perhaps because the AI response has already satisfied their needs." Ex. 1104 [Jim Egan et al., *Digital News Report 2026*, 11, Reuters Institute for the Study of Journalism (2026), available at https://reutersinstitute.politics.ox.ac.uk/sites/default/files/2026-06/DNR%202026%20FINAL_2.pdf] at 13.

1546. The same 2026 Reuters study found that use of chatbots such as ChatGPT, Gemini, and Perplexity for news is increasing quickly, especially among younger demographics and particularly among those heavily engaged with the news. Ex. 1104 [Jim Egan et al., *Digital News Report 2026*, 11, Reuters Institute for the Study of Journalism (2026), available at https://reutersinstitute.politics.ox.ac.uk/sites/default/files/2026-06/DNR%202026%20FINAL_2.pdf] at 12.

1547. According to a Pew Research Study from 2025, most people choosing not to pay for news justified that decision because they could find news from other sources for free. Ex. 82 [Tucker Opening Rep.] ¶ 54; Ex. 1105 [Tomasik, Emily and Michael Lipka, "Few Americans Pay

for News When They Encounter Paywalls," Pew Research Center, June 24, 2025, available at https://www.pewresearch.org/short-reads/2025/06/24/few-americans-pay-for-news-when-they-encounter-paywalls/] ("What people do when they reach a paywall […] The most common reaction is that people seek the information somewhere else (53%)" and "Among the 83% of U.S. adults who have not paid for news in the past year, the most common reason they cite is that they can find plenty of other news articles for free. About half of those who don't pay for news (49%) say this is the main reason.").

1548. By that same logic, it follows that some users who can get their news for free from Defendants' products-in-suit will choose to do so rather than pay News Plaintiffs. Ex. 88 [Ibrahim 30(b)(6) Depo Tr.] at 39:20-40:12, 55:1-7 ("If a subscriber called me...and stated, why would I pay you a subscription price when I can get this information for free...I have no argument to it"); Ex. 521 [Yang 30(b)(1) Depo. Tr.] at 11:1-10 (testifying that The Times's "business is all about proving value to our subscribers at the moment of purchase and throughout their experience with us," and "at those points of evaluating value, if there is a free substitute out there that can replace us, that ability to prove value becomes weaker over time."); Bell Rebuttal Rep. ¶ 147.

1549. Less traffic to The Times's websites reduces subscriptions, advertising revenue, and affiliate revenue. Ex. 1106 [The Times Supplemental Response to Microsoft's 2nd Interrogatory No. 15] ("[R]educed traffic to The Times's websites—including the Athletic and Wirecutter—reduce subscriptions, advertising revenue, and affiliate revenue."); Ex. 1234 [NYT_00832517]; Ex. 689 [Bardeen 30(b)(6) Depo. Tr.] at 198:2-11 ("[T]he less traffic we get, the less subscribers we have, the less advertising we can sell, and, therefore, the less advertising revenue. And so, for the exact same reasons that I've described why the drop in audience… having fewer subscribers than our expectations would lead to less subscriber revenue, the same dynamic

would lead to less advertising revenue than we would otherwise have."); Ex. 521 [Yang Depo. Ex. 13] at 5 (a Times Oct. 2025 board presentation [redacted]

1550. [redacted] Ex. 1106 [The Times Supplemental Response to Microsoft's 2nd Interrogatory No. 15]; Ex. 1234 [NYT_00832517].

1551. Matt Lindsay, CEO of Mather Economics, which provides "subscription pricing services" and "retention, scoring and modeling" services for firms in the media industry, testified when asked about the significant challenges in the news industry from generative AI: "[t]raffic from search engines was very productive for new subscribers, and so when consumers don't go to a newspaper's website… the search traffic referrals have dropped pretty considerably." Ex. 691 [Lindsay Depo. Tr.] at 125:21-126:4.

1552. Olivia Joslin, Co-founder and COO of TollBit, an intermediary that facilitates content licensing from Generative AI, testified as to the harm as follows: "If I have a question, and I go to something like ChatGPT or Perplexity, and they fetch the answer for me, and I'm not clicking through to the site, then the website is losing out on a human visitor – an opportunity to have a human visitor visit the site." Ex. 693 [Joslin Depo. Tr.] at 295:20-25.

1553. Ms. Joslin further explained with regard to bots or scrapers used for RAG: "[I]f publishers are losing out on human visitors to the sites, they're losing out on that as a revenue opportunity, and that could be detrimental to their business, given many publishers rely on human visitors to their sites for revenue opportunities… If human visitors are declining, period, that's

certainly not good for publishers' business, and if AI visitors are increasing, you know, there also may be potential costs to the CDN, depending on how the volume increases over time." Ex. 693 [Joslin Depo. Tr.] at 309:22-310:12.

1554. Ms. Joslin further explained: "So the vision for TollBit always was the hair on fire problem is publishers. That's going to be the first place there's disruption…" Ex. 693 [Joslin Depo. Tr.] at 56:6-9.

1555. A report from TollBit summarized the impact of Generative AI on publishers as follows: "Whether a publisher, an ecommerce or an aggregator site, their advertising and subscription revenues depend upon humans engaging with content on properties. When AI systems scrape and summarize (or browse and checkout), they potentially negate the need for a user to visit the site. This corresponds to lost monetization opportunity for the content creator." Ex. 918 ["State of the Bots (Q2 2025)," *TollBit*, https://tollbit.com/state-of-the-bots/q2-2025/, accessed via https://assets.cdn.tollbit.com/documents/whitepaper-q3-2025.pdf] at 11.

1556. It becomes harder for publishers to charge for access to their copyrighted works if users can obtain the same work or its equivalent elsewhere for free. *See* Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 10 (warning that third parties "are increasingly encouraging their large audiences to access [The Times's] content, or derivations thereof, and/or competing content, within their products, impacting [The Times's] ability to attract, engage and monetize users directly within [its] products"); Ex. 695 [Sheridan Depo. Ex. 12] (internal Times document from 2023 warning of business risks from GenAI); Ex. 697 [Sobel Depo. Ex. 13] (L.E.K. consulting report for The Times from August 2023 analyzing the threat of GenAI to The Times's monetization); Ex. 49 [Oh Feb. 24, 2026 30(b)(6) Depo Tr.] 260:21-261:2 ("there is still absolutely a threat with tech companies developing GenAI applications that are using and extracting from

original content producers, and ultimately providing a substitute product in which users no longer need to come to our sites"); Oh Decl. ¶ 14; Malackowski NYT-DN Opening Rep. at 67; Malackowski ZD Opening Rep. 35, 46.

1557. [redacted] Ex. 1117 [NYT_01034148] at slides 2, 11.

1558. Consumers have less need to visit Ziff Davis properties because [redacted] Ex. 683 [Stamm Depo. Tr.] at 231:13-232:22 [redacted]

1559. Though OpenAI claims to [redacted] Ex. 423 [Feamster Rebuttal Rep.] Section 6 (OpenAI expert admitting, based on review of Plaintiffs' server logs, that [redacted] Stricchiola NYT/DN Opening Rep. ¶¶ 265-279 (analyzing server logs for The Times and Daily News Plaintiffs, which contain data about [redacted]); Ex. 1235 [DNP-00633129]; [Krein Rebuttal Rep] ¶¶67-78 (analyzing server logs for Ziff Davis); Krein Second Supplemental Report ¶¶6-8.

1560. [redacted] Stricchiola NYT/DN Opening Rep. ¶¶ 280-297.

1561. The Times's Form 10-K for the year ending December 31, 2025 reported: "Generative AI technology has negatively impacted, and we expect will continue to negatively impact, our ability to attract, engage, and retain audience and subscribers; maintain and grow demand among advertisers and licensees; protect and monetize our intellectual property; maintain and grow other revenue streams; and our reputation and trust in our brand; and may involve other risks." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 14.

1562. The Times's Form 10-K for the year ending December 31, 2024 similarly reported: "Recent advances and continued rapid development in generative AI technology may significantly alter the market for our products and services. Generative AI tools powered by models that have been trained or grounded on our content, or that are able to display and produce output that contains, is similar to, is based on, or purports to be our content – without our permission, fair compensation or proper attribution – may significantly reduce our online traffic; decrease our audience size; reduce current and potential subscriber demand; infringe our intellectual property rights; harm existing and potential revenue streams; damage our brand and reputation (e.g., through misattribution of incorrect information to us); and adversely affect our business, revenues and results of operations." Ex. 103 [The New York Times SEC Form 10-K Dec. 31, 2024] at 12-13.

1563. The Times's Form 10-K for the year ending December 31, 2023 likewise reported: "Recent advances and continued rapid development in generative AI technology may alter the market for our services. Generative AI tools powered by models that have been trained on our content, or that are able to display and produce output that contains, is similar to, or is based on,

our content, without our permission, fair compensation, or proper attribution, may reduce our online traffic, decrease our audience size and subscriber demand, infringe our intellectual property rights, impair our ability to attract new subscribers, harm existing and potential revenue streams, and adversely affect our business, revenues and results of operations. Additionally, such tools may also misattribute incorrect information to us, which could damage our brand and reputation." Ex. 98 [The New York Times SEC Form 10-K Dec. 31, 2023] at 13.

1564. To date, generative AI technology "has impacted and may significantly alter the market for [The Times's] products and services." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 14.

1565. Generative AI products (like Defendants') are powered by models that have been trained on and grounded on Times content and/or "are able to retrieve and display output that contains, is similar to, is derived from, or purports to be [Times] content, without [The Times's permission], fair compensation, proper attribution or referrals to [The Times's] digital properties." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 14.

1566. These Generative AI products "have adversely impacted" and are "expect[ed] to continue to adversely impact" The Times's "traffic; audience size; current and potential subscriber, advertiser and licensee demand; and [The Times's] brand and reputation (e.g., through misattribution of incorrect information to [The Times]), resulting in harm to existing and potential revenue streams." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 14.

1567. Moreover, "[p]rotecting and enforcing [The Times's] intellectual property rights against third parties" like Defendants "that have used and may continue to use [Times] content… without authorization is and will continue to be costly and time consuming." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 14.

1568. The Times's business depends on its ability to control and protect its intellectual property and maintain a direct relationship with its audience. For this reason, "the protection and monetization of" its "copyrighted content" "is critical to [its] continued success and maintaining [its] competitive position." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 18.

1569. If The Times "is unable to protect and enforce [its] intellectual property rights," its "business and profitability may suffer, and [its] brand may be tarnished by misuse of its intellectual property." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 18.

1570. The Times's former Chief Data Officer Hannah Poferl further testified that Defendants' Accused Products have harmed The Times by "violating [its] copyright and stealing [its] content." Ex. 699 [Poferl 30(b)(1) Depo. Tr.] at 63:9-12.

1571. The Times's former Vice President of Platform Strategy Sam Felix testified that GenAI products "used our content without permission and gave enough – a satisfying enough experience that users no longer needed to come back to our own platforms." Ex. 230 [Felix Depo. Tr.] at 33:24-34:2.

1572. The Times's Chief Growth and Customer Officer Hannah Yang testified that The Times's "business is all about proving value to our subscribers at the moment of purchase and throughout their experience with us. Because of the way our pricing model works, we have to prove value at many points in their subscription journey. And at those points of evaluating value, if there is a free substitute out there that can replace us, that ability to prove value becomes weaker over time." Ex. 521 [Yang 30(b)(1) Depo. Tr.] at 11:2-10.

1573. Separately, providing health and wellness information was identified by OpenAI as "one of the most common ways people use ChatGPT, with hundreds of millions of people asking

health and wellness questions each week." Ex. 1236 ["Introducing ChatGPT Health," *OpenAI* (Jan. 7, 2026), https://openai.com/index/introducing-chatgpt-health/].

1574. Health and wellness are topics frequently addressed by the *Daily News* Plaintiffs and The Times. *See* Ex. 1237 ["Health," The New York Daily News, https://www.nydailynews.com/news/health/]; Ex. 1238 ["Health", The Chicago Tribune, https://www.chicagotribune.com/news/health/]; Ex. 1239 ["Well," The New York Times, https://www.nytimes.com/section/well].

1575. Ziff Davis derives substantial revenue from its health and wellness vertical. Ex. 1240 [ZD 10-K 2025] pp. 4-7, 108-09.

1576. Loss in audience tends to lead to a loss in the revenue streams coming to News Publishers, including The Times. Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 11 ("Subscription revenues make up the majority of our total revenue. Our future growth and profitability depend upon our ability to retain, grow and effectively monetize our audience and subscriber base in the United States and abroad… Our ability to attract and grow our digital subscriber base depends on the size of our audience and its engagement directly with our journalism and products.").

1577. Internal studies conducted by The Times support that Generative AI competes directly with the primary benefits offered by The Times's news, Cooking, and Wirecutter products. *See* Ex. 1241 [NYT_00832494]; Ex. 1246 [NYT_01072776]; Ex. 1214 [NYT_01018244].

1578. The Times's analysis of Q2 2025 survey data found that "[b]y now, most of our target audiences, and especially our readers and subscribers, are using GenAI. At the low end, [redacted] of US news consumers say they use it to get news and [redacted] of US sports media consumers say they use it for sports at the high end. This gives us strong conviction that GenAI is taking a share

of engagement among our current and potential readers and subscribers across all of our products." Ex. 1214 [NYT_01018244] at 1, 5.

1579. That survey data found that across The Times's product categories of News, Cooking, Wirecutter, and the Athletic, GenAI competes with primary benefits offered by The Times. Ex. 1214 [NYT_01018244] at 54-55, 58-60.

1580. The Times's survey data also demonstrated that ChatGPT specifically is a substitute for news delivered by The Times. Ex. 1246 [NYT_01072776].

1581. Of The Times subscribers who were surveyed who used or paid for ChatGPT for news (which constitute [redacted] of the Times subscribers surveyed), [redacted] responded that "[m]y use of ChatGPT means I no longer need news from the New York Times at all" and [redacted] responded that "[m]y use of ChatGPT means I only need news from the New York Times some of the time." Ex. 1246 [NYT_01072776].

1582. With respect to non-subscribers of The Times who were surveyed who used or paid for ChatGPT (which constitute [redacted] of the non-Times subscribers surveyed), [redacted] responded that "[m]y use of ChatGPT means I no longer need news from the New York Times at all" and [redacted] responded that "[m]y use of ChatGPT means I only need news from the New York Times some of the time." Ex. 1246 [NYT_01072776].

1583. A significant number of individuals surveyed felt that Generative AI tools provide enough benefits that many are considering using them in place of The Times. Ex. 1241 [NYT_00832494] at 6; Ex. 1214 [NYT_01018244] at 45.

1584. The Times's Q2 2025 surveys found that [redacted] of the U.S. news consumers surveyed use Generative AI – including ChatGPT and Copilot – to get news. Ex. 1214 [NYT_01018244] at 5, 11.

1585. In the same surveys, [redacted] of the U.S. sports media consumers surveyed said they use Generative AI for sports news. Ex. 1214 [NYT_01018244] at 5.

1586. **DNP Documents/Evidence/GenAI survey.** An email from Frank Pine, Executive Editor at MediaNews Group, highlights a presentation about session data for the News Plaintiffs stating, "[h]istorically, SEARCH has been the largest third-party driver of traffic and still generates [redacted] of referral sessions." Ex. 72 [Jacobs 30(b)(6), Feb. 12, 2026, Depo. Tr.] at 37:3-14; Ex 86 [DNP-00632487].

1587. In June of 2025, the Tribune Publishing conducted a "GenAI Survey." Ex. 1242 [DNP-00535393-402].

1588. According to former Director of Customer Experience at Tribune Publishing Samantha Sherwin, who created the survey presentation, the objective of the survey was "to understand if and how subscribers and former subscribers are using GenAI tools for news and how they feel about the accuracy and trustworthiness of them." Ex. 701 [Samantha Sherwin, February 27, 2026, Depo. Tr.] at 86:14-24.

1589. The Tribune Publishing GenAI survey was sent to current and former digital and print subscribers across 8 markets, which correspond to the eight *Daily News Plaintiffs*, using a random sample of active and former subscribers. Ex. 1242 [DNP-00535393] at 394; Ex. 17 [Pine, 30(b)(6), February 4, 2026, Depo. Tr.] at 288:12-21; Ex. 701 [S. Sherwin Depo. Tr.] at 88:2-21.

1590. Of the almost 3,500 respondents to the Tribune Publishing GenAI survey, [redacted] were aware of at least one GenAI tool and [redacted] or more of active and former digital readers were aware of at least one GenAI tool. Ex. 1242 [DNP-00535393] at 394, 395.

1591. In the Tribune Publishing GenAI survey, of the respondents aware of a GenAI tool, [redacted] used it to obtain news in the two months prior to the survey, with former subscribers being more likely to use GenAI for news than current subscribers. Ex. 1242 [DNP-00535393] at 396.

1592. In the Tribune Publishing GenAI survey, of the respondents that had used GenAI for news in the past two months, [redacted] had used ChatGPT and [redacted] had used Microsoft Copilot or Bing GenAI tools. Ex. 1242 [DNP-00535393] at 397.

1593. According to Senior Vice President of Circulation at MediaNews Group, Adel Ibrahim, the survey provided evidence that "subscriptions have been harmed by generative AI products" as the results show "former subscribers, including print, are [redacted] more likely to read news on ChatGPT and other similar tools. [redacted] is a big enough number that I would call it a causation, not just a correlation." Ex. 396 [Ibrahim, 30(b)(6), November 20, 2025, Depo. Tr.] at 147:15-148:10.

1594. According to Jim Malackowski, News Plaintiffs' damages expert, the Tribune Publishing GenAI survey shows that former digital subscribers are [redacted] more likely and former print subscribers are [redacted] more likely to use GenAI tools than active digital and active print subscribers respectively. Malackowski NYT-DNP Opening Rep. at 50 (citing DNP-00535393-402 at 396) ([redacted]).

1595. In the Tribune Publishing GenAI survey, only [redacted] of respondents who used GenAI for news said they will continue to read publisher news content as frequently as they do. DNP-00535393-402 at 401.

1596. Mr. Ibrahim, Senior Vice President of Circulation at MediaNews Group, when discussing the propensity of subscribers "to read their news on ChatGPT" and "why they are cancelling," testified that "when they tell me that they don't like my price, it's because I'm

competing with a zero price on ChatGPT, on CoPilot…" and that such products were "disrupting [his business] with no value exchange." Ex. 396 [Ibrahim, 30(b)(6), November 20, 2025, Depo. Tr.] at. 55:1-56:18.

1597. Adel Ibrahim, Senior Vice President of Circulation at MediaNews Group, testified: "I believe that changes in [user] engagement are definitely a factor [that impact plaintiffs' revenue]. For example, if they were to engage on my content on ChatGPT for free, it has a direct – it is having a direct impact on my subscriptions." Ex. 396 [Ibrahim, 30(b)(6), November 20, 2025, Depo. Tr.] at 124:20-24

1598. Adel Ibrahim, Senior Vice President of Circulation at MediaNews Group, testified: "If a subscriber today called me or reached out to us and stated, why would I pay you a subscription price when I can get this information for free, I don't know how fast that's going to happen. I know it's going to happen if we don't change something, and I have no argument to it." Ex. 396 [Ibrahim, 30(b)(6), November 20, 2025, Depo. Tr.] at 55:1-7.

1599. According to Mr. Chris Loretto, ("EVP") of Revenue and Digital for MediaNews Group, who testified on behalf of the Daily News Plaintiffs, the Defendants' products and services are "an existential threat to all credible news media" that is having "catastrophic impacts" on Daily News Plaintiffs' business, including by eroding Daily News Plaintiffs' "trust and brand" in the marketplace and causing a loss of web traffic, which in turn, leads to a significant impact on the subscriber base and the ability to sell advertising. Ex. 90 [Loretto 30(b)(6), October 3, 2025, Depo. Tr.] at 30:3-34:25.

1600. According to Mr. Loretto, these harms "will result in significant reductions of employees" in Daily News Plaintiffs' newsrooms and advertising departments, which will lead to

a lesser ability to "produce the same amount of copyrighted, quality, accurate, and trusted content. Ex. 90 [Loretto 30(b)(6), October 3, 2025, Depo. Tr.] at 36:12-37:6.

1601. Mr. Ibrahim, Senior Vice President of Circulation, who testified on behalf of the Daily News Plaintiffs, described the "catastrophic disruption" caused by ChatGPT and Copilot, noting that the platforms were "stealing" and acting as a substitute for Daily News Plaintiffs' content. Ex. 396 [Ibrahim, 30(b)(6), November 20, 2025, Depo. Tr.] at. 29:6-31:8, 120:22-122:19, 127:19-25.

1602. According to Mr. Ibrahim, "as a result of the damage [Daily News Plaintiffs] are incurring," it has had to "tighten[] meters" and offer "deep discounts" to convert subscribers and "offset this traffic loss" attributable to Defendants. Ex. 703 [Ibrahim, November 20, 2025, Depo. Tr.] 46:21-47:23. See also, Ex. 703 [Ibrahim, November 20, 2025, Depo. Tr.] at. 50:8-51:13.

1603. Mr. Anderson, CFO of MediaNews Group, similarly confirmed that Daily News Plaintiffs "have metrics that show [its] audience is declining, search referrals are declining, [its] ability to acquire new subscribers are declining" and such declines are correlated with "ChatGPT, Microsoft have put substitutive products in the market utilizing [Daily News Plaintiffs'] copyrighted content." Ex. 10 [D. Anderson 30(b)(6), February 19, 2026, Depo. Tr.] at 65:25-66:8.

1604. Mr. Pine, Executive Editor of MediaNews Group, testified: "[A]ll of these things are serving, basically, the same audience that we would serve with the same information that we would serve to that audience, although not necessarily to the same level of quality, but without sourcing the information back to our websites, without sending readers back to our websites, without providing any reimbursement to use for the use of our content. And, essentially, we see from our generative AI study that our subscribers are aware that they can get news from generative AI and from ChatGPT specifically, and we see that former readers have a higher propensity to say

that that's where they're getting their news. Even if they find it untrustworthy, they say that they're going to continue to go there to get it. We can see from our analytics that our referral traffic is declining across the board, that our referrals from search are declining across the board. We have reports that say that search overall is declining as people turn to generative artificial intelligence over search. So we know that a – a source of traffic to us is being choked off by generative AI, which, again, is doing that with our content.… I think it has been well documented that generative AI poses a serious, immediate, and existential threat to the economy and the industry for local news, essentially to my business, and I think that has been acknowledged by both Microsoft and OpenAI." Ex. 17 [Pine 30(b)(6), February 4, 2026, Depo. Tr.] at 248:16-251:6.

1605. CJ Jacobs, Head of Product Development, MediaNews Group, testified that "[t]here are certainly – there were certainly a decline trend going on that can be observed from 2019 to 2023, but then there was a more significant decline trend that came in on top, I would say starting in 2023 that's now continued through 2025. In 2025 alone, we saw a [redacted] in our search referrals from 2024. That compares pretty well to the industry benchmark of search declines of the World Wide Web of 15 percent overall. And that's in spite of the efforts that we put in place to try to stem that decline to do things to fortify our platforms and products, do things to increase engagement of our readers and subscribers. But in spite of that, with the content theft, they have reduced over time, our page views have declined, we've seen a [redacted] drop in traffic from 2025 to 2024, and we continue to project out overall declines going forward as a result of this problem." Ex. 72 [Jacobs 30(b)(6), Feb. 12, 2026, Depo. Tr.] at 22:6-23:2.

1606. Ms. Jacobs explained that traditional search is "extremely important" to the Daily News Plaintiffs' business, "but it's shrinking every day as a source of our session traffic." Ex. 72 [Jacobs 30(b)(6), Feb. 12, 2026 Depo. Tr.] at 23:3-8.

1607. According to Ms. Jacobs, in 2022, search was responsible for about [redacted] of Daily News Plaintiffs' overall inbound sessions; in 2024, it declined to around [redacted]; and as of Ms. Jacobs' deposition in February 2026, they had declined to [redacted]. Ex. 72 [Jacobs 30(b)(6), Feb. 12, 2026, Depo. Tr.] at 23:6-22.

1608. Ms. Jacobs emphasized how important search is for the acquisition of new customers: "[redacted] of new starts actually come in from search as the referral source. So this is an incredibly important referral source for our business." Ex. 72 [Jacobs 30(b)(6), Feb. 12, 2026 Depo. Tr.] at 23:19-22.

1609. All eight Daily News Plaintiffs have experienced declining referrals from search between 2022 and 2024. *See* Ex. 1243 [DNP-00366826] tab "Metrics; see also Malackowski NYT-DNP Opening Report, Appendix B, Exhibit 13.1.

1610. [redacted] See Ex. 1243 [DNP-00366826] (tab "Metrics); *see also* Malackowski NYT-DNP Opening Report, Appendix B, Exhibit 13.1.

1611. [redacted] See Ex. 1243 [DNP-00366826] (tab "Metrics); *see also* Malackowski NYT-DNP Opening Report, Appendix B, Exhibit 13.1.

1612. [redacted] See Ex. 1243 [DNP-00366826] (tab "Metrics); *see also* Malackowski NYT-DNP Opening Report, Appendix B, Exhibit 13.1.

1613. [redacted] See Ex. 1243 [DNP-00366826] (tab "Metrics); *see also* Malackowski NYT-DNP Opening Report, Appendix B, Exhibit 13.1.

1614. [redacted] See Ex. 1243 [DNP-00366826] (tab "Metrics); see also Malackowski NYT-DNP Opening Report, Appendix B, Exhibit 13.1.

1615. [redacted] See Ex. 1243 [DNP-00366826] (tab "Metrics); see also Malackowski NYT-DNP Opening Report, Appendix B, Exhibit 13.1.

1616. [redacted] See Ex. 1243 [DNP-00366826] (tab "Metrics); see also Malackowski NYT-DNP Opening Report, Appendix B, Exhibit 13.1.

1617. [redacted] See Ex. 1243 [DNP-00366826] (tab "Metrics); see also Malackowski NYT-DNP Opening Report, Appendix B, Exhibit 13.1.

1618. The Daily News Plaintiffs forecasted that declines in pageviews will continue into the future. *See* Ex. 1244 [DNP-00626843] (tab "ROLLUP") [redacted]

1619. [redacted] Ex. 1244 [DNP-00626843] (tab "ROLLUP").

1620. [redacted] Ex. 1244 [DNP-00626843] (tab "ROLLUP").

1621. [redacted] Ex. 1244 [DNP-00626843] (tab "ROLLUP").

1622. [redacted] Ex. 1244 [DNP-00626843] (tab "ROLLUP").

1623. [redacted] Ex. 1244 [DNP-00626843] (tab "ROLLUP").

1624. The chart below reflects the declining revenues of the Daily News Plaintiffs from FY 2020 to FY 2024:

[redacted]

Malackowski NYT-DNP Opening Report at 84; Ex. 95 [DNP-00533731]; Ex. 96 [DNP-00651696].

1625. Daily News Plaintiffs have implemented strategic initiatives that have masked the full extent of the harm caused by Defendants, such as introductory offers at a lower price point, tightening of paywalls and increased hard-walling of content, and newsletters. Ex. 88 [Ibrahim 30(b)(6), Nov. 20, 2025 Depo. Tr.] at 45:3-47:2; Ex. 17 [Pine 30(b)(6)) Depo. Tr.] at 241:7-242:16, Exhibit 26, p. 15.

1626. Ziff Davis invests heavily in search-engine optimization, advertising, and other efforts designed to increase monetizable traffic to its properties, but those monetization efforts have been undermined by declines in traffic and revenues attributable to Generative AI answer engines. Oh Decl. ¶ 14; Ex. 705 [Bill Elward Depo. Tr.] 80:21-81:15.

1627. Monthly unique visitors to The Intercept declined by an estimated 69,900 per month on a secular trend basis between January 2022 and August 2025, after controlling for article output and email subscriber additions, a decline statistically significant at the 0.01% level ($p < 0.0001$). A similar trend occurred for CIR's Mother Jones website. McDonald Rebuttal Rep. at 6, 16-26.

1628. CIR and The Intercept have suffered, and will continue to suffer, declining web traffic, readers, and revenue as a result of AI chatbots and tools. McDonald Rebuttal Rep. at 6.

**B. Effects of Defendants' Use On Established Market for News Content Licensing**

1629. Defendants' use of News Plaintiffs' copyrighted works harms News Plaintiffs in the established market for licensing news content to paying licensees by diminishing the market for New Plaintiffs' work and diverting audience, and therefore revenue, from New Plaintiffs' digital properties and those of their licensees. Ex. 17 [Pine 30(b)(6), Feb. 5, 2026, Depo. Tr.] at 445:10-24 (testifying that "[t]he declining traffic affects [of] any licensing agreement that's based on a revenue share because there's less traffic to go around, so you're going to see less revenue from revenue share agreements."); Ex. 103 [The New York Times SEC Form 10-K Dec. 31, 2024] at 6 (describing how The Times "compete[]s for audience, subscribers, licensees and advertising against a wide variety of companies, including… products and tools powered by generative artificial intelligence," which can "attract audiences and/or advertisers to their platforms and away from [The Times]."); Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 14 (describing how Generative AI tools have adversely impacted "licensee demand").

1630. Audience attention is a scarce resource. Ex. 82 [Tucker Opening Rep.] ¶ 28 [redacted]); Ex. 1217 [Sinnreich NYT Opening Rep.] at ¶ 64 (describing how news publishers [redacted]); Wu Rebuttal Rep. ¶¶ 39-40; Ex. 474 [Goldfarb ZD Opening Rep.] ¶ 68, ¶ 73.

1631. Defendants' products also substitute for News Plaintiffs' authorized licensees - undermining the established market for licensing news. Ex. 103 [The New York Times SEC Form 10-K Dec. 31, 2024] at 6 (describing how The Times "compete[s] for audience, subscribers, licensees and advertising against a wide variety of companies, including… products and tools powered by generative artificial intelligence," which can "attract audiences and/or advertisers to their platforms and away from [The Times]."); Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 14 (describing how Generative AI tools have adversely impacted "licensee demand"); Ex. 57 [Pine Feb. 5, 2026 30(b)(6) Depo. Tr.] at 445:10-14 ("The declining traffic affects any licensing agreement that's based on a revenue share because there's less traffic to go around, so you're going to see less revenue from revenue share agreements."); Oh Decl. ¶ 14; Ex. 1240 [ZD 2025 10K] p. 18.

1632. Moreover, the unauthorized use of News Plaintiffs' content to provide news summaries also undermines the market for licensed distribution of News Plaintiffs' content. Ex. 57 [Pine Feb. 5, 2026 30(b)(6) Depo. Tr.] at 437:1-21 ("So there's a market for licensing. There's a market for distribution where you might be able to sell or license content to others. That's undermined by the fact that the audience may think that they can get it for free from ChatGPT."); Ex. 49 [Oh Feb. 24, 2026 30(b)(6) Depo. Tr] at 260:21-261:2; Oh Decl. ¶ 14.

1633. The unauthorized use of News Plaintiffs' content affects all licensing agreements based on a revenue share because there is less traffic to go around. Ex. 57 [Pine Feb. 5, 2026 30(b)(6) Depo. Tr.] at 445:10-14 ("The declining traffic affects any licensing agreement that's based on a revenue share because there's less traffic to go around, so you're going to see less revenue from revenue share agreements.").

1634. The unauthorized use of News Plaintiffs' content to train Defendants' large language models also harms News Plaintiffs by depriving them of the licensing fees to which they are entitled. Ex. 1106 [The Times's Supplemental Response to Microsoft's 2nd Interrogatory No. 15] (describing how Microsoft's unauthorized use of The Times's content harms its licensing negotiations with other third parties, caused price erosion to The Times's licensing business, and has deprived The Times of licensing revenue); Ex. 707 [Miller 30(b)(6) Depo. Tr.] 122:1-125:9 (re: how Defendants' generative AI is harming The Times's licensing).

**C. Effects of Defendants' Use On Market for Licensing Data for GenAI**

1635. The key building blocks of a market are: willing buyers with demand, willing sellers with supply, pricing mechanisms, intermediaries and license facilitators, and executed transactions. Malackowski NYT-DNP Rebuttal Rep. at 36; Malackowski ZD Rebuttal Rep. at 27.

1636. Defendants have acknowledged that [redacted] Ex. 1247 [DNP-00569555] at 556 (Microsoft slide deck reads: [redacted]); Ex. 533 [Nadella Depo. Tr.] at 154:8-14 (testifying that content creators [redacted]); Ex. 709 [Weyl Depo. Tr.] at 37:4-9 (agreeing that "[redacted]); Ex. 1248 ["A Different Path on Local News," OpenAI Global Affairs, https://openaiglobalaffairs.substack.com/p/a-different-path-on-local-news] at 2-3 ("People want to know the sources of news they see on ChatGPT, and showing high-quality journalism makes ChatGPT more useful and informative…. That belief shapes how we engage with publishers. Instead of resisting or delaying engagement, we've prioritized partnerships early in our development. Since we launched ChatGPT three years ago, we've built a broad and growing set of commercial relationships with leading news and media companies around the

world. These collaborations reflect a shared commitment to quality information, sustainable business models, and mutual benefit.").

1637. Microsoft specifically listed [redacted] when discussing [redacted] Ex. 870 [MSFT_AI_MDL_000450229] at -231-232; Ex. 1249 [http://web.archive.org/web/20230922085732/https://tribunecontentagency.com/us/] (at the time, Tribune Content agency included New York Daily News, Chicago Tribune, Orlando Sentinel, and Sun-Sentinel)].

1638. Microsoft specifically listed [redacted] Ex. 870 [MSFT_AI_MDL_000450229] at -231.

1639. OpenAI's expert Laura Stamm acknowledged that [redacted] Ex. 683[Stamm Depo. Tr.] 213:11-25; Ex. 870 [MSFT_AI_MDL_000450229] at -231.

1640. Mr. Turley, OpenAI's Head of ChatGPT, admitted that local news is a "pretty common quer[y]" in ChatGPT. Ex. 1184 [United States v. Google, Case No. 20-cv-3010, U.S. District Court for the District of Columbia, Transcript of Remedies Hearing, Apr. 22, 2025] at 396.

1641. [redacted] Ex. 528 [Turley 30(b)(1) Depo. Tr.] at 161:12-163:5; Ex. 520 [OPCO_MDL_001894242].

1642. An OpenAI research scientist noted that [redacted] Ex. 1047 [OPCO_MDL_000222028] at -030.

1643. OpenAI estimated that [redacted] Ex. 1031 [OPCO_MDL_004776577] at 580.

1644. ChatGPT as of June 2023 had recognized [redacted] Ex. 1029 [OPCO_MDL_001710421] at 429 (internal memo last updated June 25, 2023).

1645. Generative AI [redacted] Ex. 847 [MSFT_AI_MDL_000949427] at 427.

1646. A Microsoft presentation acknowledged: [redacted] Ex. 930 [MSFT_AI_MDL_000611908] at Slide 7.

1647. OpenAI acknowledged that [redacted] Ex. 1051 [OPCO_MDL_001947427] at -427 [redacted]).

1648. OpenAI has admitted that [redacted] Ex. 1051 [OPCO_MDL_001947427] at -427.

1649. A Microsoft-produced document acknowledged: [redacted] Ex. 870 [MSFT_AI_MDL_000450229] at -232.

1650. OpenAI acknowledged that [redacted] Ex. 1053 [OPCO_MDL_000158237] at -238.

1651. Microsoft has recognized that [redacted] Ex. 845 [MSFT_AI_MDL_000948603] at -603 [redacted]).

1652. Dr. Brent Hecht, Director of Applied Science at Microsoft, characterized [redacted] Ex. 844 [MSFT_AI_MDL_001233825] at -826.

1653. Microsoft identified that [redacted] Ex. 847 [MSFT_AI_MDL_000949427] at -427; *see also* Ex. 932 [MSFT_AI_MDL_000182403] at -406 [redacted]).

1654. Others at Microsoft, like Jaron Lanier, have expressed similar sentiments, advocating for "data dignity" where data is seen as labor, and content creators are compensated for their contributions. Ex. 1180 ["There Is No A.I." The New Yorker, https://www.newyorker.com/science/annals-of-artificial-intelligence/there-is-no-ai]; Ex. 1181 [Inner Cosmos with David Eagleman Podcast (Episode: Data Dignity with Jaron Lanier), March

1, 2025, https://www.youtube.com/watch?v=mKSH7Vx19Vc] at 0:15-0:55; Ex. 934 [MSFT_AI_MDL_000993734]; Ex. 936 [MSFT_AI_MDL_000994463].

[redacted] A May 2023 email drafted by Mr. Lanier advocated for [redacted]

[redacted]

Ex. 934 [MSFT_AI_MDL_000993734] at 735.

1656. Research Lead at the Plural Technology Collaboratory Catalyst Lab at Microsoft Research, Dr. Glen Weyl, agreed that [redacted] Ex. 709 [Weyl Depo. Tr.] at 37:4-9.

1657. Dr. Weyl stated [redacted] Ex. 709 [Weyl Depo. Tr.] at 37:10-20.

1658. Dr. Weyl agreed that [redacted] Ex. 709 [Weyl Depo. Tr.] at 44:3-12.

1659. Sam Altman, founder and CEO of OpenAI, has publicly testified that he believes that content creators should control how their creative works are used and should receive value for their contributions to Generative AI. Ex. 1182 [Sam Altman Testimony U.S. Senate Judiciary Committee Subcommittee on Privacy, Technology and the Law, "Oversight of A.I.: Rules for Artificial Intelligence," https://www.techpolicy.press/transcript-senate-judiciary-subcommittee-

hearing-on-oversight-of-ai/] at 12-14 (exchange with Senator Blackburn). *See also* Ex. 138 [OPCO_MDL_004408493] at 493 (Altman stating that [redacted]); Ex. 139 [OPCO_MDL_004619015] at 018 (Altman writing that [redacted]).

1660. Microsoft has long recognized [redacted] Ex. 711 [Gates Depo. Tr.] at 30:19-25.

1661. Mr. Gates also agreed that [redacted] Ex. 711 [Gates Depo. Tr.] at 50:8-17.

1662. Satya Nadella, CEO of Microsoft, further testified that [redacted] Ex. 533 [Nadella Depo. Tr.] at 154:8-14.

1663. OpenAI likewise values its own intellectual property. On February 12, 2026, OpenAI published a memo it wrote to the U.S. House Select Committee on Strategic Competition between the United States and the Chinese Communist Party alleging that DeepSeek had stolen its intellectual property to fuel its own generative AI models. Ex. 1183 [OpenAI Memo (Feb. 12, 2026), https://assets.bwbx.io/documents/users/iqjWHBFdfxIU/rRmql_jJcxb4/v0] at 3-6 ("OpenAI provides responsible distillation pathways for developers. However, we do not allow our outputs to be used to create imitation frontier AI models that replicate our capabilities.").

1664. OpenAI contemplated licensing agreements with [redacted] Ex. 170 [OPCO_MDL_004590352]; Ex. 171 [OPCO_MDL_004590354]; Ex. 172 [OPCO_MDL_004590350].

1665. OpenAI's Varun Shetty testified that [redacted] Ex. 136 [Shetty 30(b)(6) Depo. Tr.] at 115:12-16.

1666. Microsoft identified [redacted] Ex. 870 [MSFT_AI_MDL_000450229] at –231-232; Ex. 938 [MSFT_AI_MDL_000934681] at -681.

1667. OpenAI listed [redacted] Ex. 1054 [OPCO_MDL_004591496] at -496.

1668. OpenAI also listed [redacted] Ex. 1055 [OPCO_MDL_002118849] at -849.

1669. Local news, an important aspect of the *Daily News Plaintiffs*' business, has been described by OpenAI as a "pretty common quer[y]" in ChatGPT. Ex. 1184 [*United States v. Google*, Case No. 20-cv-3010, U.S. District Court for the District of Columbia, Transcript of Remedies Hearing, Apr. 22, 2025] at 396; Ex. 1185 [https://openaiglobalaffairs.substack.com/p/a-different-path-on-local-news] (OpenAI's Internal data as of February 2026 showing that "the demand for reliable local news is already visible inside ChatGPT at a rate of about 1 million prompts per week").

1670. Nick Turley explained that [redacted] Ex. 528 [Turley 30(b)(1) Depo. Tr.] at 49:4-18; *see also* Ex. 1057 [OPCO_MDL_004591556] at -556 [redacted]).

1671. OpenAI sought to ensure [redacted] Ex. 1059 [OPCO_MDL_000220898] at -900.

1672. Brent Hecht wrote in January 2024: [redacted] Ex. 940 [MSFT_AI_MDL_001513956] at -959; Ex. 671 [Hecht Depo. Tr.] at 275:18-276:6.

1673. When he referred to [redacted] Dr. Hecht was referring to [redacted] Ex. 671 [Hecht Depo. Tr.] at 276:14-18.

1674. Dr. Hecht also stated that [redacted] Ex. 671 [Hecht Depo. Tr.] at 276:9-13.

1675. Dr. Hecht further stated that [redacted] Ex. 671 [Hecht Depo. Tr.] at 276:19-25.

1676. On a podcast between Sam Altman and Nicholas Thompson, the CEO of The Atlantic, Mr. Altman was asked about the survival of media companies and the decline of traditional search, and Mr. Altman described a "micropayment-based approach" which is what he "hope[s] will happen and what [he] wanted to happen for a long time." Ex. 1186 [Deck, Andrew, "Sam Altman backs "micropayment" model for AI agents to compensate publishers," *NiemanLab*,

https://www.niemanlab.org/2026/05/sam-altman-backs-micropayment-model-for-ai-agents-to-compensate-publishers] at 1-2 ("What really makes sense in a world of agents is we try a sort of micropayment-based approach. So, if my agent wants to come read Nick Thompson's article, Nick Thompson or The Atlantic can set a price for the agent to read it — might be different than a human reading it. My agent can read it, pay $0.17, and give me a summary of that. If I want to go read the whole article, pay $1, or however that works.").

1677. OpenAI's former VP of Policy Jack Clark wrote in a 2020 memo that he circulated to OpenAI's executives, including Sam Altman and Greg Brockman: [redacted] Ex. 1061 [OPCO_MDL_001686928] at -928; Ex. 1063 [OPCO_MDL_000199315] (Clark sharing the memo with OpenAI's executives).

1678. Mr. Clark warned in the same 2020 memo that [redacted] Ex. 1061 [OPCO_MDL_001686928] at -928 (emphasis in original).

1679. Mr. Clark further warned that [redacted] Ex. 1061 [OPCO_MDL_001686928] at -928.

1680. Mr. Clark continued in the same memo: [redacted] Ex. 1061 [OPCO_MDL_001686928] at -929.

1681. Mr. Clark concluded by [redacted]

[redacted] Ex. 1061 [OPCO_MDL_001686928] at -929.

1682. Dr. Hecht admitted that [redacted] Ex. 671 [Hecht Depo. Tr.] at 126:18-25.

**D. Other Effects on News Plaintiffs**

**1. Proliferation of pink slime**

1683. Generative AI platforms facilitate the creation of unreliable news websites, sometimes called "pink slime" websites. Ex. 467 [Goldfarb Opening Report] ¶¶ 254-256 ([redacted]); Ex. 1187 [Giovanni Puccetti et al., "AI 'News' Content Farms Are Easy to Make and Hard to Detect: A Case Study in Italian," Proceedings of the 62nd Annual Meeting of the Association for Computational Linguistics (Volume 1: Long Papers), https://doi.org/10.18653/v1/2024.acl-long.817].

1684. Pink slime content is unreliable low-quality news content that is often either plagiarized or remixed from legitimate news sources. Bell Opening Rep. ¶ 128; Cross Rebuttal Rep. at 32.

1685. An August 2023 OpenAI slack message discussed [redacted] Ex. 1188 [OPCO_MDL_000481019].

1686. Defendants' Generative AI products have made pink slime news content "farms" (i.e. producers of large volumes of such content) cheaper, easier to make, and harder to detect. Bell Opening Rep. at ¶¶ 131, 133-134; Owen Rebuttal Report at ¶ 118; *see also* Ex. 942

[MSFT_AI_MDL_002771169]; Ex. 1189 [Knibbs, Kate. "Confessions of an AI Clickbait Kingpin." Wired, February 7, 2024. https://www.wired.com/story/confessions-of-an-ai-clickbaitkingpin/]; Ex. 1190 ["Sad Milestone: Fake Local News Sites Now Outnumber Real Local Newspaper Sites in U.S." NewsGuard, June 11, 2024. https://www.newsguardtech.com/press/sadmilestone-fake-local-news-sites-now-outnumber-real-local-newspaper-sites-in-u-s/] (discussing proliferation of pink slime sites generally); Ex. 1191 [Adami, Marina. "AI-Generated Slop Is Quietly Conquering the Internet. Is It a Threat to Journalism or a Problem That Will Fix Itself? | Reuters Institute for the Study of Journalism." November 26, 2024. https://reutersinstitute.politics.ox.ac.uk/news/ai-generated-slop-quietly-conquering-internet-it-threat-journalism-or-problem-will-fix-itself] (discussing proliferation of "AI-Generated Slop").

1687. Advancements in generative AI technology have "made widescale, systematic unauthorized copying and exploitation of unlicensed content easier, including by anonymous foreign actors" and "AI companies that compete with [The Times] for audience and revenue." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 18.

1688. In a 2020 paper titled "All the News That's Fit to Fabricate," now-former OpenAI employee Miles Brundage tested whether GPT-2 could generate news text that readers found credible, and concluded that outputs from larger GPT-2 models were indistinguishable from the original Times article used as a baseline in terms of perceived credibility. In one case, the GPT-generated version of the article was found more credible than the original. Ex. 1192 [Brundage Deposition Ex. 5].

1689. Brundage admitted at his deposition that [redacted] Ex. 519 [Brundage Depo. Tr.] 102:24-103:4.

1690. Brundage also confirmed how, [redacted] Ex. 519 [Brundage Depo. Tr.] 108:25-109:10.

1691. OpenAI acknowledges that [redacted] Ex. 713 [Turley 30(b)(6) Depo. Tr.] at 22:6-23:2; *see also* Ex. 817 [OPCO_MDL_000157541] at –49 (GPT-4 System Card providing that "GPT-4 can generate plausibly realistic and targeted content, including news articles, dialogue, and emails.").

1692. OpenAI was aware [redacted] Ex. 713 [Turley 30(b)(6) Depo. Tr.] at 69:23-70:16.

1693. OpenAI's and Microsoft's internal documents and emails confirm that [redacted] Ex. 944 [MSFT_AI_MDL_000256150]; Ex. 946 [MSFT_AI_MDL_000176010]; Ex. 817 [OPCO_MDL_000157541] at –49; Ex. 740 [OPCO_MDL_004809431] at -9437; Ex. 942 [MSFT_AI_MDL_002771169]; Ex. 948 [MSFT_AI_MDL_002179221]; Ex. 950 [MSFT_AI_MDL_002776680]; Ex. 1071 [OPCO_MDL_001886041]; Ex. 1069[OPCO_MDL_001898994] at -9000; Ex. 1193 [OPCO_MDL_001816273] at -274; Ex. 952 [MSFT_AI_MDL_000007246].

1694. OpenAI's former VP of Policy Jack Clark testified that [redacted] Ex. 715 [Clark Depo. Tr.] at 54:2-25.

1695. OpenAI knew [redacted] Ex. 680 [OPCO_MDL_000000439].

1696. Microsoft also knew by at least November 2023 about [redacted] Ex. 717 [Bird Depo. Ex. 2].

1697. Microsoft was aware by at least November 2023 that [redacted] Ex. 717 [Bird Depo. Ex. 2].

1698. In fact, Microsoft was aware before November 2023 that [redacted] Ex. 1194 [Bird 30(b)(6) Depo. Tr.] at 48:3-49:11 ([redacted]).

1699. Microsoft also knew that [redacted] Ex. 954 [MSFT_AI_MDL_000908708] at -8717 ([redacted]).

1700. Futurism reported in August 2024 that the website DNyuz.com published plagiarized articles that it stole word-for-word from legitimate news organizations like The Times, which were then cited by ChatGPT (instead of the original source, like The Times). Ex. 1195 [Dupré, Maggie Harrison, "Amid New York Times Lawsuit, ChatGPT Is Citing Plagiarized

Versions of NYT Articles on an Armenian Content Mill." Futurism (Aug. 1, 2024), https://futurism.com/chatgpt-plagiarized-nyt-articles].

1701. As of June 23, 2026, NewsGuard had identified 3,749 unreliable AI-generated news and information websites. Ex. 1245 ["Tracking AI-enabled Misinformation: 3,749 AI Content Farm sites (and Counting), Plus the Top False Claims Generated by Artificial Intelligence Tools", NewsGuard, June 23, 2026, https://www.newsguardtech.com/special-reports/ai-tracking-center/].

1702. A Wall Street Journal article authored by a NewsGuard editor illustrated that with very little time and expense, a fully automated, AI-Generated news site could be created using OpenAI's ChatGPT. Ex. 1197 ["How I Built an AI-Powered, Self-Running Propaganda Machine for $105," The Wall Street Journal, https://www.wsj.com/politics/how-i-built-an-ai-powered-self-running-propaganda-machine-for-105-e9888705].

1703. According to a Press Gazette article, fake AI news websites are "robbing real journalists and real publishers of advertising revenue." Ex. 1198 [DNP-00535512] at 514; *see also* Ex. 90 [Loretto 30(b)(6) Depo. Tr.] at 30:3-33:2; Ex. 1199 [DNP-00363917] (recipient of cease and desist letter from Chicago Tribune responded that the infringing conduct was the result of its "developer write [sic] the script that ask ChatGPT and Perplexity AI for article writing.").

1704. A 2025 study by Institution for Social and Policy Studies researchers noted it was "50-50" as to whether readers preferred "pink-slime" websites to authentic journalism sites. Ex. 1200 [Rick Harrison, Study: People Often Trust Fake Local News Sites More Than Real Ones; Yale Political Scientist Warns of Growing Influence of AI-Driven 'Pink-Slime' News, Yale University: Institution for Social and Policy Studies (Sept. 16, 2025), https://isps.yale.edu/news/blog/2025/09/study-people-often-trust-fake-local-news-sites-more-

than-real-ones-yale-political]. 16, 2025), https://isps.yale.edu/news/blog/2025/09/study-people-often-trust-fake-local-news-sites-more-than-real-ones-yale-political].

1705. Research performed by Miles Brundage, a research scientist at OpenAI, in 2020 found that readers perceived AI-generated text curated by a human editor to be as credible as an original human-written news article about the same event. Ex. 1201 [Kreps, Sarah, R. Miles McCain, and Miles Brundage. "All the News That's Fit to Fabricate: AI-Generated Text as a Tool of Media Misinformation." *Journal of Experimental Political Science* 9, no. 1 (2020): 104–17. https://doi.org/10.1017/XPS.2020.37]; *see* Bell Opening Rep. at ¶ 139.

1706. The way in which Defendants' accused products summarize and often misrepresent news carries threats to brand integrity and visibility. Ex. 1202 [OPCO_MDL_004589848] at -849; Ex. 309 [Procas 30(b)(6) Dep.] at 155:3-10.

1707. Defendants' generative AI tools rely on the credibility of news brands in their chatbots' source links without necessarily returning audiences to those original sources. Ex. 1027 [OPCO_MDL_001699819] at 821 ("citations exist to offer credence to the answer, not to make you want to explore further").

1708. As users increasingly get news from GenAI chatbots rather than traditional news publishers, trust in news generally may continue to decline. As the 2026 Reuters Institute Report explains: "Reductions in trust are also related to changes in the news consumption mix. Social media and video networks have long been trusted less than traditional news media, so trust overall is prone to go down as more people's consumption trends towards using social media and video networks (and AI chatbots) for news at the expense of legacy sources." Ex. 1104 [Jim Egan et al., *Digital News Report 2026*, 11, Reuters Institute for the Study of Journalism (2026), available at

https://reutersinstitute.politics.ox.ac.uk/sites/default/files/2026-06/DNR%202026%20FINAL_2.pdf] at 7.

1709. "There is also a more direct link between trust in news and the falling prominence of traditional sources of news. A downward impact on trust in news overall as third-party platform consumption increases is to be expected because of the 'trust gap'. The trust gap exists because trust in news consumed via third-party platforms is substantially lower than trust in news overall." Ex. 1104 [Jim Egan et al., *Digital News Report 2026*, 11, Reuters Institute for the Study of Journalism (2026), available at https://reutersinstitute.politics.ox.ac.uk/sites/default/files/2026-06/DNR%202026%20FINAL_2.pdf] at 17.

1710. Prism News was a "pink slime" network of over 200 AI-generated publications, posing as local newsrooms and hobby websites, operated by four employees. Ex. 1203 [Goldfarb Exhibit 10]; *see also* Ex. 1204 ["Prism Media Launches Prism News, an AI-Native Publishing Platform Operating More than 200 Niche Publications Nationwide," TMX Newsfile (May 26, 2026), https://www.newsfilecorp.com/release/298739/Prism-Media-Launches-Prism-News-an-AINative-Publishing-Platform-Operating-More-Than-200-Niche-Publications-Nationwide].

1711. Prism News published local and national news stories masquerading as original content, featuring real people, places, and events—but these stories are generated by GenAI tools collecting and summarizing original articles without any human hand-editing. Ex. 1203 [Goldfarb Exhibit 10]; Ex. 1204 ["Prism Media Launches Prism News, an AI-Native Publishing Platform Operating More than 200 Niche Publications Nationwide," TMX Newsfile (May 26, 2026), https://www.newsfilecorp.com/release/298739/Prism-Media-Launches-Prism-News-an-AINative-Publishing-Platform-Operating-More-Than-200-Niche-Publications-Nationwide]; Ex. 1205 ["More than 200 AI-generated 'local news' sites just went dark," Poynter (Aug. 18, 2026),

https://www.poynter.org/commentary/2026/prism-news-local-news-ai-fake-shuts-down/] (reporting that "Prism News [] suspended its network of more than 200 AI-generated 'local news' sites following investigations from multiple outlets that exposed plagiarism and falsehoods… Articles on the sites — which bore the tagline "(t)he stuff mainstream media skips, finally getting the coverage it deserves" — were published under fake, AI-generated bylines and regularly included information and quotes lifted from local reporting.").

1712. Prism News ceased operations in mid-August 2026, stating that: "We have currently completed our experiment." Ex. 1206 [].

**2. Hallucinations**

1713. The Tow Center for Digital Journalism conducted a series of experiments from late 2024 and early 2025 and found that major GenAI tools including ChatGPT and Copilot were routinely bad at declining to answer questions about sources of excerpts of news articles that they could not answer accurately, and were instead "confidently wrong." Ex. 1207 [Jaźwińska, K., & Chandrasekar, A. *AI Search Has a Citation Problem*. Tow Center for Digital Journalism, Columbia Journalism Review. March 6, 2025. https://www.cjr.org/tow_center/we-compared-eight-ai-search-engines-theyre-all-bad-at-citing-news.php]; Bell Opening Rep. ¶ 160.

1714. In the Tow Center's 2025 study, ChatGPT incorrectly identified the source article for 134 out of 200 articles, but signaled a lack of confidence just 15 times, and never declined to provide an answer. Ex. 1207 [Jaźwińska, K., & Chandrasekar, A. *AI Search Has a Citation Problem*. Tow Center for Digital Journalism, Columbia Journalism Review. March 6, 2025. https://www.cjr.org/tow_center/we-compared-eight-ai-search-engines-theyre-all-bad-at-citing-news.php].

1715. ChatGPT correctly linked the original article in only eight out of 200 outputs. Ex. 1207 [Jaźwińska, K., & Chandrasekar, A. *AI Search Has a Citation Problem*. Tow Center for

Digital Journalism, Columbia Journalism Review. March 6, 2025. https://www.cjr.org/tow_center/we-compared-eight-ai-search-engines-theyre-all-bad-at-citing-news.php]; Bell Opening Rep. ¶ 160.

1716. In the same study, Microsoft Copilot rarely identified the correct article link, linked the wrong article on 72 instances, and did not identify the article at all 46 times; and while Copilot declined more questions than it answered, when it responded it did so confidently despite the fact that it only produced 16 correct outputs out of 96. Ex. 1207 [Jaźwińska, K., & Chandrasekar, A. *AI Search Has a Citation Problem*. Tow Center for Digital Journalism, Columbia Journalism Review. March 6, 2025. https://www.cjr.org/tow_center/we-compared-eight-ai-search-engines-theyre-all-bad-at-citing-news.php]; Bell Opening Rep. ¶ 160.

1717. In the same study, Tow Center researchers found that content licensing deals with news sources provided no guarantee that the chatbot would provide accurate citations to those sources in chatbot responses, while the fact that a publisher blocked a chatbot operator's crawlers did not mean that publisher's content would not be accessed. Ex. 1207 [Jaźwińska, K., & Chandrasekar, A. *AI Search Has a Citation Problem*. Tow Center for Digital Journalism, Columbia Journalism Review. March 6, 2025. https://www.cjr.org/tow_center/we-compared-eight-ai-search-engines-theyre-all-bad-at-citing-news.php].

1718. In the Tow Center's 2024 study, which focused only on ChatGPT, one of the publishers whose content was tested was The Times. Ex. 1207 [Jaźwińska, K., & Chandrasekar, A. *AI Search Has a Citation Problem*. Tow Center for Digital Journalism, Columbia Journalism Review. March 6, 2025. https://www.cjr.org/tow_center/we-compared-eight-ai-search-engines-theyre-all-bad-at-citing-news.php]; Ex. 1207 [Jaźwińska, K., & Chandrasekar, *How ChatGPT*

*Search Mis(represents) Publisher Content*, November 27, 2024, https://www.cjr.org/tow_center/how-chatgpt-misrepresents-publisher-content.php].

1719. When the Tow Center asked ChatGPT to identify the provenance of excerpts from 10 different Times articles, rather than declining to respond to questions due to lack of access, ChatGPT answered completely incorrectly five times and somehow answered partially correctly five times. Ex. 1207 [Jaźwińska, K., & Chandrasekar, A. *AI Search Has a Citation Problem*. Tow Center for Digital Journalism, Columbia Journalism Review. March 6, 2025. https://www.cjr.org/tow_center/we-compared-eight-ai-search-engines-theyre-all-bad-at-citing-news.php].

1720. In one instance, ChatGPT's output stated that content from The Times originated from a website called DMS Retail, which in fact had plagiarized the entirety of the original Times article and republished it without attributing its source or including any of its impactful visual storytelling. Ex. 1207 [Jaźwińska, K., & Chandrasekar, A. *AI Search Has a Citation Problem*. Tow Center for Digital Journalism, Columbia Journalism Review. March 6, 2025. https://www.cjr.org/tow_center/we-compared-eight-ai-search-engines-theyre-all-bad-at-citing-news.php].

1721. Additionally, in another instance when the Tow Center asked for the provenance of an article published in the Washington Post, ChatGPT incorrectly attributed it to The Times without attaching a link. Ex. 1207 [Jaźwińska, K., & Chandrasekar, A. *AI Search Has a Citation Problem*. Tow Center for Digital Journalism, Columbia Journalism Review. March 6, 2025. https://www.cjr.org/tow_center/we-compared-eight-ai-search-engines-theyre-all-bad-at-citing-news.php].

1722. In March 2026, the Center for Media, Technology and Democracy ("CMTD") ran a test studying how well Generative AI models including ChatGPT, Gemini, Claude, and Grok use and cite Canadian news, and found that the majority of these chatbot's responses to queries about Canadian news content provided no source attribution even when those news sources were in their training data. Ex. 1208 [Bridgman, Aengus, and Taylor Owen. *AI News Audit: AI, Canadian Journalism, and Paths for Policy Action*. Centre for Media, Technology and Democracy, 2026. https://www.mediatechdemocracy.com/all-work/ai-canadian-journalism-and-paths-for-policy-action].

1723. In the same CMTD study, when the models were given access to specific news sources via RAG, ChatGPT in particular provided unique details from the original source article in response to user queries about those news sources that were drawn from the original sources but almost never credited to the originating source. Ex. 1208 [Bridgman, Aengus, and Taylor Owen. *AI News Audit: AI, Canadian Journalism, and Paths for Policy Action*. Centre for Media, Technology and Democracy, 2026. https://www.mediatechdemocracy.com/all-work/ai-canadian-journalism-and-paths-for-policy-action].

1724. The CMTD study further found that when ChatGPT was not asked directly to provide a source, it only provided a source 1% of the time for the sample studied. Ex. 1208 [Bridgman, Aengus, and Taylor Owen. *AI News Audit: AI, Canadian Journalism, and Paths for Policy Action*. Centre for Media, Technology and Democracy, 2026. https://www.mediatechdemocracy.com/all-work/ai-canadian-journalism-and-paths-for-policy-action].

1725. OpenAI recognized [redacted] Ex. 915 [OPCO_MDL_004411433] at 439 [redacted].

1726. For example, shortly before the launch of ChatGPT, OpenAI employees admitted that [redacted] Ex. 1065 [OPCO_MDL_001805836] at 5837.

1727. One OpenAI employee stated that [redacted] Ex. 1065 [OPCO_MDL_001805836] at 5840.

[redacted]

[redacted]

Ex. 1065 [OPCO_MDL_001805836] at 5839.

1729. Microsoft knew in February 2023 that [redacted] Ex. 956 [MSFT_AI_MDL_000447446] at -450.

1730. Misha Bilenko, Microsoft's former Vice President of Cognitive Services, noted that as of January 20, 2023, [redacted] Ex. 719[Bilenko Depo. Tr.] at 163:1–4.

1731. Mr. Bilenko acknowledged that [redacted] Ex. 719 [Bilenko Depo. Tr.] at 109:22–110:8.

1732. Mr. Bilenko also noted that [redacted] Ex. 719[Bilenko Depo. Tr.] at 163:9–14.

1733. As of March 30, 2023, Mr. Bilenko noted that [redacted] Ex. 719 [Bilenko Depo. Tr.] at 164:22–165:7.

1734. Indeed, Mr. Bilenko noted that [redacted] Ex. 719 [Bilenko Depo. Tr.] 160:10–12.

1735. Mr. Balaji, a former OpenAI engineer turned "whistleblower," was concerned about how OpenAI's product had a "propensity for spouting false information known as hallucinations." Ex. 1209 ["Ex-OpenAI engineer who raised legal concerns about the technology he helped build has died," AP News, https://apnews.com/article/openai-whistleblower-suchir-balaji-death-283e70b31d34ebb71b62e73aafb56a7d] at 2.

1736. As of at least February 2023, OpenAI knew that [redacted] Ex. 609 [Gaffney Depo. Ex. 10] at 25.

1737. A Microsoft and OpenAI intercompany team review document from September 2022 noted [redacted]

[redacted] Ex. 852 [MSFT_AI_MDL_000013670] at 696; *see also* Ex. 915 [OPCO_MDL_004411433] at 439 [redacted]

1738. Microsoft's CTO of Azure, Mark Russinovich, testified [redacted] Ex. 649 [Russinovich Depo. Tr.] at 67:14–22.

1739. Russinovich further testified [redacted] Ex. 649 [Russinovich Depo. Tr.] at 67:25-68:6.

1740. Microsoft was aware as of at least July 7, 2023 that [redacted] Ex. 1210 [MSFT_AI_MDL_000388803] at -804; Ex. 721 [Cook Depo. Tr.] at 106:16–107:11.

1741. Microsoft's Principal Product Manager Lead Katherine Cook testified that [redacted] Ex. 721 [Cook Depo. Tr.] at 106:16–107:11, 107:24–108:4.

1742. OpenAI's GPT-4 Technical Report stated in March 27, 2023 [redacted]

[redacted] Ex. 723 [Jain Depo. Ex. 106] at 46.

1743. OpenAI's expert Dr. Callison-Burch acknowledged that [redacted] Ex. 676 [Callison-Burch Rebuttal Rep.] at ¶154.

1744. One OpenAI document described "weekly" check-in meetings in May 2023 "on hallucinations." Ex. 1067 [OPCO_MDL_000156260] at -260.

1745. Microsoft [redacted]

Ex. 958 [MSFT_AI_MDL_000687908] at -908.

1746. On September 4, 2025, a study led by three researchers from OpenAI, and one from Georgia Tech, found that "language models hallucinate because the training and evaluation procedures reward guessing over acknowledging uncertainty," further arguing that "guessing when uncertain improves test performance." Ex. 1211 ["Why Language Models Hallucinate," Arxiv, September 4, 2025, https://arxiv.org/pdf/2509.04664].

1747. Computerworld's interpretation of the study was that "large language models will always produce plausible but false outputs, even with perfect data, due to fundamental statistical and computation limits," and that OpenAI's advanced reasoning models actually hallucinated more frequently than simpler models. Ex. 1212 [DNP-00569563] at 564, 565.

1748. According to NewsGuard, ChatGPT spreads falsehoods 40 percent of the time. Ex. 1213 [DNP-00543997] at 6.

1749. OpenAI CEO Sam Altman has explained that "[p]eople have a very high degree of trust in ChatGPT, which is interesting, because AI hallucinates;" "[i]t should be the tech that you don't trust that much." Ex. 1213 [DNP-00543997] at 7.

1750. Dario Amodei similarly testified about [redacted] Ex. 625 [Amodei Depo. Tr.] at 324:14-23 [redacted]); Ex. 1069 [OPCO_MDL_001898994] at 9005.

1751. The Times's 2025 GenAI surveys found that "[a] substantial share of users across [its] categories [i.e., News, Cooking, Wirecutter, Sports, Games] view GenAI tools as equally or more trustworthy than traditional sources in their category." Ex. 1214 [NYT_01018244] at 19.

1752. The same Times surveys also found that "[g]reater usage of GenAI is also associated with levels of trust in GenAI," in that "frequent users are nearly 3x as likely [as infrequent NYT users] to say that 'GenAI tools are more trustworthy than traditional news sources." Ex. 1214 [NYT_01018244] at 21.

1753. Additionally, "[f]requent NYT users are more than 5x as likely [as infrequent NYT users] to say that GenAI tools are more trustworthy than traditional news sources overall." Ex. 1214 [NYT_01018244] at 22.

1754. Sam Felix from The Times told OpenAI's CEO Sam Altman in February 2023 that [redacted] Ex. 1071 [OPCO_MDL_004419618] at 618.

1755. Sam Altman responded to Ms. Felix's email and admitted [redacted] Ex. 1073 [OPCO_MDL_004419618] at 618.

1756. Generative AI has negatively impacted The Times's "reputation and trust in [its] brand," including through misattribution of incorrect information to The Times. Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 14.

1757. The Times's brand "with a reputation for high-quality independent journalism and content" is "a key element of [The Times's] business." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 14.

1758. The Times's brand, as well as its other brands including The Athletic, Cooking, and Wirecutter, "might be damaged by incidents that erode consumer trust," by "a perception that [The Times's] journalism is unreliable," or by "the decline in the perceived value of independent journalism and general trust in the media." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 14.

1759. To the extent that The Times's "brand and reputation are damaged," its "ability to attract and retain audience, subscribers, advertisers and/or employees could be adversely impacted, which could in turn have an adverse impact on [its] business, revenues and operating results." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 14.

1760. The Times's Deputy Managing Editor Sam Dolnick testified that "trust and transparency is the most important part of the New York Times," which is in part why generative AI tools can be dangerous. Ex. 4 [Dolnick Depo. Tr.] at 19:3-6.

1761. Mr. Dolnick also testified that "the ChatGPT LLMs have contributed to a distrust in the information ecosystem, and to a plethora of unverified and inaccurate and hallucinatory

information that damaged the public trust that [The Times] think[s] is really important for [its] mission and for [its] business." Ex. 4 [Dolnick Depo. Tr.] at 69:9-15.

1762. The Times's Chief Product Officer Alex Hardiman testified that ChatGPT causes harm when it hallucinates because of "the potential to erode quality and trusted facts and brands like The New York Times." Ex. 725 [Hardiman 30(b)(1) Depo. Tr.] at 191:20-23.

1763. Ben Frumin, Wirecutter's Editor-in-Chief, testified regarding Wirecutter: "Our most proprietary IP advantage… is not the picks on their own, it is when they are paired with an explanation or demonstration of the tremendous and empathetic reporting and research and testing that we've done to settle upon those picks and those recommendations." Ex. 87 [Frumin Depo. Tr.] at 95:22-96:5.

1764. The Times has expended significant efforts and expense over decades building trust in its brand and earning the trust of its readers and subscribers, so to the extent that Defendants' generative AI products produce hallucinations in response to a query about what was published by The Times or Wirecutter, it harms The Times's reputation for accuracy, originality, and quality. Ex. 1106 [The Times's Supplemental Response to Microsoft's 2nd Interrogatory No. 15].

1765. Both false attribution and no attribution have occurred in connection with the Accused Products. Ex. 1107 [DNP-00535654] at 5-6.

1766. In a study by Columbia School of Journalism, it was found that ChatGPT incorrectly attributed a quote from a letter to the editor published in the Orlando Sentinel to a Time Magazine article published ten days earlier. Ex. 1107 [DNP-00535654] at 5-6.

1767. That study reported that more than a third of ChatGPT's responses to tested queries resulted in incorrect citations such as this. Ex. 1107 [DNP-00535654] at 5.

1768. The BBC undertook research to understand the accuracy of major Generative AI Platforms when responding to queries about their journalism and found that 51% of all AI answers to questions about the news were judged to have significant issues of some form; 19% of AI answers which cited BBC content introduced factual errors – incorrect factual statements, numbers and dates; and 13% of the quotes sourced from BBC articles were either altered from the original source or not present in the article cited. Ex. 1108 ["Representation of BBC News content in AI Assistants," BBC, https://www.bbc.co.uk/aboutthebbc/documents/bbc-research-into-ai-assistants.pdf].

1769. A Microsoft Research experiment revealed that when an LLM's response contained deliberate errors (inserted by researchers as a test), participants in the LLM condition were significantly more likely to rely on incorrect information than those in the non-GenAI search condition. Ex. 1109 [Spatharioti et al. (Microsoft Research), "Comparing Traditional and LLM-based Search for Consumer Choice: A Randomized Experiment," arXiv 2023. https://arxiv.org/pdf/2307.03744].

1770. A 2024 experimental study published in Computers in Human Behavior directly tested "automation bias" through an incentivized behavioral experiment, and researchers found that mere knowledge that advice originated from AI caused participants to follow that advice even when it contradicted available contextual information and their own prior assessment, and moreover, overreliance was not limited to situations where the AI happened to be correct--participants followed AI advice when wrong, leading to worse outcomes for themselves and third parties affected by their decisions. Ex. 1109 [Spatharioti et al (Microsoft Research), "Comparing Traditional and LLM-based Search for Consumer Choice: A Randomized Experiment," arXiv 2023. https://arxiv.org/pdf/2307.03744].

*1771.* OpenAI's output logs show real world examples where ChatGPT provided hallucinated outputs harming News Plaintiffs. For example, in one conversation ChatGPT responded by providing a narrative response in the style of a news article attributing the provided "articles" to the *New York Times*. Neither of the outputted "articles" was a *New York Times* article. And when pressed by the user about how ChatGPT was able to access the information, ChatGPT doubled down on the attribution to the *New York Times*. Goldstein Opening Rep. at ¶ 502.

**3. Other Scraping-Related Harms**

1772. Another negative consequence of Generative AI tools on publishers stems from the effect of Generative AI companies - including Defendants - crawling the web to copy news content. Ex. 90 [Loretto 30(b)(6) Depo. Tr.] at 34:15-35:6; Ex. 72 [Jacobs 30(b)(6), Feb. 13, 2026, Depo. Tr.] at 406:6-407:20.

1773. The Times's "efforts to identify and block such actors to protect [its] content from unauthorized use are not guaranteed to be effective and may result in [Times] content being excluded from third party platforms, which could disrupt users' ability to find [Times] content." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 14.

1774. The rapid growth of generative AI companies and products "has escalated this challenge, as they are sending unauthorized user agents to scrape and copy [The Times's] intellectual property." Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 14.

1775. According to Mr. Loretto, ("EVP") of Revenue and Digital for MediaNews Group, scraping activity across the Daily News Plaintiff websites causes harm because such scraping activity had increased by 256 percent, and "[t]hose hits and increased volume of scrapes add pressure and cost on our CDN [content delivery network], our platforms, which result in higher costs." Ex. 90 [Loretto 30(b)(6) Depo. Tr.] at 34:15-35:6.

1776. Mr. Loretto also testified: "Additionally, it [bot scraping activity] introduces latency and weight to the websites which produce slower websites, and those impacts directly affect programmatic owned and operated revenue streams in the form of lower rates in the programmatic marketplace." Ex. 90 [Loretto 30(b)(6) Depo. Tr.] 35:1-6.

1777. Ms. Jacobs, Head of Product Development for MediaNews Group, testified: "There's content theft, but there's also the impact to performance that could be implied in scraping, in my definition of scraping" and explained that even if the bot is just accessing the robots.txt file, it "still produces a non-zero load on our systems. Every access request does something." Ex. 72 [Jacobs 30(b)(6), Feb. 13, 2026, Depo. Tr.] at 406:6-407:20.

**4. Anticipated effects from widespread proliferation of conduct**

1778. Microsoft acknowledged that: [redacted] Ex. 854 [MSFT_AI_MDL_000944196] at 196.

1779. One effect of ChatGPT's release in November 2022 was [redacted] Ex. 1111 [TONER_000000154] at 183.

1780. Google AI Overviews and ChatGPT both provide quick answers in a presentable format, relieving the user of doing deep research. Ex. 1112 ["Ways to Search (AI Overviews)," Google, https://search.google/ways-to-search/ai-overviews/]; Ex. 128 [Stamm Rebuttal Rep.] ¶ 148; Ex. 1113 ["Find information in faster & easier ways with AI Overviews in Google Search," Google Search Help, https://support.google.com/websearch/answer/14901683]; Ex. 495 ["Introducing ChatGPT search," OpenAI ( Oct. 31, 2024), https://openai.com/index/introducing-chatgpt-search/].

1781. Defendants' experts have acknowledged that [redacted] Ex. 467 [Goldfarb Opening Rep.] ¶ 169 (NYT); Ex. 467 [Goldfarb Opening Rep.] ¶ 185 (Daily News); Ex. 474 [Goldfarb ZD Opening Rep.] ¶¶ 132-33; Ex. 499 [Goldfarb ZD Reply Rep.] ¶ 96; Ex. 128 [Stamm Rebuttal Report] ¶¶ 139-147.

1782. Dr. Stamm, an OpenAI economic expert, opined that [redacted] Ex. 128 [Stamm Rebuttal Rep.] ¶¶ 139-140; Ex. 129 [Stamm ZD Rebuttal Rep.] ¶ 129; Ex. 1215 [Chapekis, A., and Lieb, A., "Google users are less likely to click on links when an AI summary appears in the results," Pew Research, July 22, 2025, https://www.pewresearch.org/short-reads/2025/07/22/google-users-are-less-likely-to-click-on-links-when-an-ai-summary-appears-in-the-results/].

1783. According to the July 2025 Pew Research study cited by Dr. Stamm, users clicked on traditional search results in just 8% of searches where a Google AI summary was present, compared to 15% of searches without one. Ex. 128 [Stamm Rebuttal Rep.] ¶ 139; Ex. 129 [Stamm ZD Rebuttal Rep.] ¶ 130; Ex. 1216 [Chapekis, A., and Lieb, A., "Google users are less likely to click on links when an AI summary appears in the results," Pew Research, July 22, 2025, https://www.pewresearch.org/short-reads/2025/07/22/google-users-are-less-likely-to-click-on-links-when-an-ai-summary-appears-in-the-results/].

1784. Dr. Goldfarb, an OpenAI economic expert, [redacted] Ex. 467 [Goldfarb Opening Rep.] ¶169 (NYT).

1785. Dr. Goldfarb also opined that [redacted] Ex. 467 [Goldfarb Opening Rep.] ¶ 185 (Daily News).

1786. Dr. Goldfarb opined further that [redacted] Ex. 499 [Goldfarb ZD Reply Rep.] ¶ 98.

1787. Dr. Sinnreich, OpenAI's media expert, opined: [redacted] Ex. 1217 [Sinnreich NYT Opening Rep.] at ¶ 74; Ex. 1218 [Sinnreich ZD Opening Rep.] at ¶ 74

1788. Dr. Sinnreich admitted that [redacted] Ex. 1217 [Sinnreich NYT Opening Rep.] at ¶¶114-115; Ex. 1218 [Sinnreich ZD Opening Rep.] ¶¶114-115.

1789. Google is also reported to be using content from publishers who "opt out" of other AI training to power AI overviews. Ex. 1219 ["Google is using content from publishers who "opt out" of other AI training to power AI Overviews," *Nieman Labs*, May 5, 2025, https://www.niemanlab.org/2025/05/google-is-using-content-from-publishers-who-opt-out-of-other-ai-training-to-power-ai-overviews/].

1790. Google's AI Overviews are AI-generated summaries that appear at the top of Google users' search queries. Ex. 467 [Goldfarb Opening Rep.] ¶ 199 (NYT); Ex. 474 [Goldfarb ZD Opening Rep.] ¶ 132; Ex. 1220 ["How Google's AI Overviews Work, and How to Turn Them Off (You Can't)," Wired, May 16, 2024, https://www.wired.com/story/google-ai-overviews-how-to-use-how-to-turn-off/].

1791. According to Google, "AI overviews provide a snapshot of key information about a topic or question with links so you can easily explore more on the web." Ex. 1112 ["Ways to Search (AI Overviews)," Google, https://search.google/ways-to-search/ai-overviews/].

1792. As Google explains: "Sometimes you want a quick answer, but you don't have time to piece together all the information you need. Search will do the work for you with AI Overviews." Ex. 474 [Goldfarb ZD Opening Rep.] ¶ 132; Ex. 1114 [Reid, Elizabeth, "Generative AI in Search: Let Google do the searching for you," Google, May 14, 2024, https://blog.google/products-and-platforms/products/search/generative-ai-google-search-may-2024/].

1793. According to Tom Rubin, OpenAI's Chief IP Officer, "[u]sers increasingly like answers to be delivered quickly in a conversational and context-aware manner as opposed to the traditional land of an inefficient list of ten blue links." Ex. 1110 ["OpenAI content boss on Google 'ten blue links' and arrival of ChatGPT search," Press Gazette, https://pressgazette.co.uk/platforms/openai-chatgpt-search-tom-rubin/].

1794. Google AI Overviews is marketed as being intended to answer complex, contextual questions and deliver substantive summaries, guides and explanations. Ex. 128 [Stamm DN/NYT Rebuttal Rep.] ¶ 145.

1795. OpenAI likewise advertises itself as a platform that can handle tasks such as "Answering questions and explaining concepts." Ex. 1115 ["ChatGPT Capabilities Overview," OpenAI, https://help.openai.com/en/articles/9260256-chatgpt-capabilities-overview].

1796. Google noted that users will "find AI Overviews in your Google Search results when [its] systems determine that generative AI can be especially helpful—for example, when [users] want to quickly understand information from a range of sources." Ex. 1113 ["Find

information in faster & easier ways with AI Overviews in Google Search," Google Search Help, https://support.google.com/websearch/answer/14901683]; Ex. 128 [Stamm DN/NYT Rebuttal Rep.] ¶ 148; Ex. 129 [Stamm ZD Rebuttal Rep.] ¶ 134.

1797. ChatGPT claims their system "reads and synthesizes content across multiple online sources and produces cited, structured outputs." Ex. 1115 ["ChatGPT Capabilities Overview," OpenAI, https://help.openai.com/en/articles/9260256-chatgpt-capabilities-overview].

1798. According to Microsoft, [redacted] Ex. 671 [Hecht Depo. Ex. 2] at 13.

1799. The ongoing shift in the digital landscape to contained ecosystems has adversely impacted, and The Times expects it will continue to adversely impact, its online traffic and audience. Ex. 1 [The New York Times SEC Form 10-K Dec. 31, 2025] at 11.

1800. The Times's Deputy Managing Editor Sam Dolnick testified that "[s]ince the LLMs have launched, the entire Internet ecosystem has changed. And we used to get much more traffic from Google Search than we do now." Ex. 4 [Dolnick Depo. Tr.] at 71:23-25.

1801. In the first half of 2024, although The Times grew its enterprise audience from the prior year, [redacted] Ex. 1116 [NYT_00467379] at 399.

1802. An October 2025 Times board presentation notes that [redacted] Ex. 1117 [NYT_01034148] at slide 11 notes.

1803. As OpenAI's expert Dr. Goldfarb recognizes, The Times has cited evergreen articles – articles that are 30 days or older - as those being most impacted by Google AI Overviews. Ex. 467 [Goldfarb Opening Rep.] ¶ 141; Ex. 1119 [Poferl 30(b)(6) Depo. Ex. 10] at 6, 24; Ex. 1118 [Poferl 30(b)(6) Depo. Ex. 4] at 4, 52, 56.

1804. As of May 2024, evergreen search made up an average of [redacted] of The Times's total search readership and [redacted] of The Times's overall weekly readership. Ex. 1120 [NYT_00692284] at slide 27.

1805. The Times's conversion rates are [redacted] on evergreen coverage than on newer coverage. Ex. 83 [Poferl 30(b)(6) Depo. Tr.] at 127:14-16; Malackowski NYT-DNP Rebuttal Rep. at 88, Figure 12.

1806. Ziff Davis saw a decline in Google click-through traffic after it launched AI Overviews. Ex. 685 [Schneider Depo. Tr.] 34:12-19, 39:13-40:8, 40:18-41:2, Ex. 727 [Mattheis 30(b)(1) Depo. Tr.] at 32:15–34:22, Ex. 705 [Elward Depo. Tr.] at 19:11–20:13, 33:19-23, 61:4-24.

1807. Certain publishers are reportedly laying off workers, citing the decline in search-driven referral models. Ex. 1121 ["News Sites Are Getting Crushed by Google's New AI Tools," The Wall Street Journal, https://www.wsj.com/tech/ai/google-ai-news-publishers-7e687141].

1808. On June 3, 2025, when the online publication Business Insider laid off 21% of its workforce, "scaling back on coverage areas and traffic sensitive business and exiting its "Commerce verticals, which have long been a major revenue driver through affiliate links and search engine traffic," it "cited volatility in traffic and the decline of search-driven referral models as reasons to curtail its coverage." Ex. 1122 ["Business Insider goes 'all-in on AI,' laying off 21%

of staff," Yahoo Finance, https://finance.yahoo.com/news/business-insider-goes-ai-laying-151220359.html].

1809. In February 2026, the Washington Post laid off more than "300 of its roughly 800 journalists in the newsroom," and Matt Murray, the Post's executive editor, explained that "online search traffic, partly because of the rise of generative A.I., had fallen by nearly half in the last three years." Ex. 1123 ["Washington Post Lays Off More than 300 Journalists," The New York Times, https://www.nytimes.com/2026/02/04/business/media/washington-post-layoffs.html].

**E. Other Effects on the Public**

1810. Former Vice President of Research at OpenAI Dario Amodei testified that [redacted] Ex. 625 [Amodei Depo. Tr.] at 325:18-326:22.

1811. Microsoft's Brad Smith agreed with this sentiment:

> When news organizations suffer, democracy suffers as well. A shortage of trusted reporters who hold government officials accountable has exacerbated issues at the local level. According to a study by University of Notre Dame and University of Illinois researchers, communities located in news deserts suffer from less competitive political campaigns, less informed voters, and lower voter turnout. Without reporters holding officials accountable, these communities also see higher public costs, with municipal borrowing costs increase by 5 to 11 basis points, costing municipalities an average of $650,000 more per issue.

Ex. 1124 [Brad Smith, "Technology and the Free Press: The Need for Healthy Journalism in a Healthy Democracy," Microsoft On the Issues Blog (March 12, 2021), https://blogs.microsoft.com/on-the-issues/2021/03/12/technology-and-the-free-press-the-need-for-healthy-journalism-in-a-healthy-democracy/].

1812. Brent Hecht testified in his deposition that [redacted]

[redacted] Ex. 671 [Hecht Depo. Tr.] at 275:18-276:6.

1813. Dr. Hecht stated [redacted] Ex. 671 [Hecht Depo. Tr.] at 52:25-53:20.

1814. According to Dr. Hecht, [redacted] Ex. 671 [Hecht Depo. Tr.] at 47:3-24.

1815. According to Dr. Hecht, [redacted]. Ex. 671 [Hecht Depo. Tr.] at 47:13-48:19.

1816. According to Dr. Hecht, [redacted] Ex. 671 [Hecht Depo. Tr.] at 50:21-51:22.

1817. The following cartoon is taken from a slide of a Microsoft presentation by Brent Hecht:

[redacted]

Ex. 960 [MSFT_AI_MDL_001360563] at Slide 11.

1818. According to Dr. Hecht, [redacted] Ex. 671 [Hecht Depo. Tr.] at 112:5-12.

1819. According to Dr. Hecht, [redacted] Ex. 671 [Hecht Depo. Tr.] at 112:5-12.

1820. Dr. Hecht said [redacted] Ex. 671 [Hecht Depo. Tr.] at 116:1-8.

1821. OpenAI has renounced its intention to offer evidence that they believed at the time that any of its conduct as alleged in this lawsuit was justified by fair use. Ex. 1125 [Feb. 27, 2026 Emails Between Craig Smyser and Nick Goldberg]; *see also* Opinion & Order, In re: OpenAI, Inc,, No. 1:25-cv-03483-SHS-OTW, Dkt. 1276 at 7-8. n.4 ("OpenAI has explicitly and unambiguously stated its intention to forego asserting a good faith or state of mind defense, as it must to avoid a waiver . . .").

1822. OpenAI's expert, Dr. Callison Burch recognized that [redacted] Ex. 675 [Callison-Burch Reply Rep.] ¶¶ 51, 73.

1823. As explained in Section III.C above, OpenAI's post-training policies encouraged the models to provide summaries of copyrighted articles.

1824. This [redacted] is confirmed by testing performed by OpenAI's expert, Dr. Berg-Kirkpatrick. In Dr. Berg-Kirkpatrick's [redacted] ChatGPT repeatedly acknowledged [redacted] *See* [Goldstein Rebuttal Rep.] ¶¶ 274-276.

1825. Microsoft's expert's likewise characterizes [redacted] Ex. 800 [Lafferty Rebuttal Rep.] ¶ 103.

Respectfully submitted,

Dated: September 4, 2026

<u>/s/ *Ian Crosby*</u>

Ian Crosby *(pro hac vice)*
Katherine M. Peaslee *(pro hac vice)*
Susman Godfrey L.L.P.

401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
icrosby@susmangodfrey.com
kpeaslee@susmangodfrey.com

Davida Brook *(pro hac vice)*
Emily K. Cronin (*pro hac vice*)
Adnan Muttalib *(pro hac vice)*
Susman Godfrey L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com
ecronin@susmangodfrey.com
amuttalib@susmangodfrey.com

Elisha Barron (5036850)
Zachary B. Savage (ZS2668)
Alexander Frawley (5564539)
Eudokia Spanos (5021381)
Susman Godfrey L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com
afrawley@susmangodrey.com
espanos@susmangodfrey.com

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Kristen J. Logan *(pro hac vice)*
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783 6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
klogan@rothwellfigg.com

*Attorneys for Plaintiff*

*The New York Times Company*

*/s/ Steven Lieberman*

Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Robert Parker *(admitted pro hac vice)*
Jenny L. Colgate *(admitted pro hac vice)*
Alexandra Hughes *(admitted pro hac vice)*
Mark Rawls *(admitted pro hac vice)*
Michael H. Jones *(admitted pro hac vice)*
Kristen J. Logan *(admitted pro hac vice)*
Bryan B. Thompson (6004147)
Mary L. Mullins *(pending pro hac vice)*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
rparker@rothwellfigg.com
jcolgate@rothwellfigg.com
ahughes@rothwellfigg.com
mrawls@rothwellfigg.com
mjones@rothwellfigg.com
klogan@rothwellfigg.com
bthompson@rothwellfigg.com
mmullins@rothwellfigg.com

*Attorneys for Daily News Plaintiffs*

/s/ Matthew Topic

Jon Loevy (*pro hac vice*)
Michael Kanovitz (*pro hac vice*)
Matthew Topic (*pro hac vice*)
Thomas Kayes (*pro hac vice*)
Steven Art (*pro hac vice*)
Kyle Wallenberg (*pro hac vice*)
Shelley Geiszler *(pro hac vice*)
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
matt@loevy.com
kayes@loevy.com
steve@loevy.com
wallenberg@loevy.com
geiszler@loevy.com

Stephen Stich Match (No. 5567854)
Lauren Sonnenberg *(pro hac vice)*
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
match@loevy.com
sonnenberg@loevy.com

*Attorneys for Plaintiffs The Center for Investigative Reporting, Inc. and The Intercept Media, Inc.*

/s/ Lacy H. Koonce, III
Lacy H. ("Lance") Koonce, III
Matthew A. Leish
Brendan Kehoe
Lucy Hoffman
Maya Katalan
Klaris Law PLLC
161 Water Street
New York, NY 10038
Telephone: (646) 779-4882
lance.koonce@klaris.com

matthew.leish@klarislaw.com
brendan.kehoe@klarislaw.com
lucy.hoffman@klarislaw.com
maya.katalan@klarislaw.com

Guy Ruttenberg (*pro hac vice*)
Ruttenberg IP Law, A Professional Corporation
1801 Century Park East
Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
ZD-AICopyright@ruttenbergiplaw.com

John R. Cuti
Cuti Frisch PLLC
233 Broadway, Suite 1720
New York, NY 10279

*Attorneys for Plaintiffs Ziff Davis, Inc., Ziff Davis, LLC, IGN Entertainment, Inc., Everyday Health Media, LLC, Mashable, Inc., and CNET Media, Inc.*