# Exhibit AA

See CNET_Rule_1006_part1.xlsx, CNET_Rule_1006_part2.xlsx, and CNET_Rule_1006_part3.xlsx on hard drive.