# Exhibit BB

See Mashable_Rule_1006_.xlsx on hard drive.