# Exhibit CC

See ZNET_Rule_1006_part1.xlsx, ZNET_Rule_1006_part2.xlsx, on hard drive.