# Exhibit DD

See at Lifehacker_Rule_1006.xlsx on hard drive.