# Exhibit EE

See at PCMag_Rule_1006.xlsx on hard drive.