# Exhibit FF

See at IGN_Rule_1006_part1.xlsx, IGN_Rule_1006_part2.xlsx, and IGN_Rule_1006_part3.xlsx on hard drive.