# Exhibit GG

See at RPS_Rule_1006.xlsx on hard drive.