# Exhibit HH

See at VG247_Rule_1006.xlsx on hard drive.