# Exhibit II

See at Eurogamer_Rule_1006.xlsx on hard drive.