# Exhibit JJ

See at Dicebreaker_Rule_1006.xlsx on hard drive.