# Exhibit KK

See at GamesIndustry_Rule_1006.xlsx on hard drive.