# Exhibit LL

See at EverydayHealth_Rule_1006.xlsx on hard drive.