# Exhibit MM

See at Medpage_Today_Rule_1006.xlsx on hard drive.