# Exhibit NN

See at Diabetes_Daily_Rule_1006.xlsx on hard drive.