# Exhibit OO

See at BpHope_Rule_1006.xlsx on hard drive.