# Exhibit PP

See at LoseIt_Rule_1006.xlsx on hard drive.