# Exhibit QQ

See at Migraine_Again_Rule_1006.xlsx on hard drive.