# Exhibit RR

See at DailyOM_Rule_1006.xlsx on hard drive.