# Exhibit SS

See at Babycenter_Rule_1006.xlsx on hard drive.