# Exhibit TT

See at WTE_Rule_1006.xlsx on hard drive.