# Exhibit B

See 162 .xlsx files at folder 2-Training Data on hard drive.