# Exhibit C

See 46 .xlsx files at folder 3-CMI Removal on hard drive.