**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION<br><br>This document relates to:<br><br>No. 1:23-cv-08292 (SHS) (OTW)<br>No. 1:23-cv-10211 (SHS) (OTW)<br>No. 1:25-cv-03482 (SHS) (OTW) | Case No. 25-md-3143-SHS-OTW<br><br>Hon. Sidney H. Stein |

**JOINT STIPULATON AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON MICROSOFT'S MOTION FOR JUDGMENT ON THE PLEADINGS IN CLASS CASES**

Plaintiffs in the Class Cases[1] and Defendant Microsoft Corporation by and through their respective counsel of record hereby stipulate and agree to the following Proposed Order to Modify the Briefing Schedule Applicable to Microsoft's Motion for Judgment on the Pleadings as to Count III: Contributory Infringement (Dkt. 782 in 23-cv-10211) in order to align briefing on this motion with the briefing schedule for the parties' summary judgment motions.

**STIPULATION AND PROPOSED ORDER**

1. Per Local Civil Rule § 6.1(b)(2)-(3), Class Plaintiffs' response to Microsoft's motion for Motion for Judgment on the Pleadings as to Count III: Contributory Infringement (Dkt. 782 in 23-cv-10211) is due September 18, 2026, with Microsoft's reply due September 25, 2026.

2. To align the briefing with the on-going summary judgment briefing, the parties respectfully propose the following modifications to the briefing schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Class Plaintiffs' Opposition to Microsoft's Motion for Judgment on the Pleadings** | **September 18, 2026** | **October 9, 2026** |
| **Microsoft's Reply in Support of its Motion for Judgment on the Pleadings** | **September 25, 2026** | **November 6, 2026** |

**IT IS SO STIPULATED.**

Dated: September 8, 2026

[1] David Baldacci, Columbus Rose, Ltd., Taylor Branch, Michael Connelly, Hieronymus, Inc., Sylvia Day, Sylvia Day, LLC, Jonathan Franzen, Christopher Golden, Daring Greatly Corporation, Andrew Shawn Greer, John Grisham, Belfry Holdings, Inc., David Henry Hwang, George R.R. Martin, Wo & Shade LLC, Jodi Picoult, Stacy Schiff, Gattopardo, LLC James Shapiro, and The Authors Guild.

*/s/ Laura B. Najemy*
Laura B. Najemy (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone: 617.880.1189
lnajemy@orrick.com
***Counsel for Microsoft Corporation***

*/s/ Justin A. Nelson*
Justin A. Nelson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
jnelson@susmangodfrey.com
***Interim Lead Counsel for Class Plaintiffs***

**SO ORDERED.**

**Dated:** ______________ ________________________________

**HON. SIDNEY H. STEIN**
United States District Judge