# EXHIBIT 68

## Filed Under Seal