**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>News Cases<br><br>1:23-cv-11195-SHS-OTW<br>1:24-cv-01515-SHS-OTW<br>1:24-cv-03285-SHS-OTW<br>1:24-cv-04872-SHS-OTW<br>1:25-cv-04315-SHS-OTW | 25-md-3143 (SHS) (OTW) |

**DECLARATION OF JENNIFER B. MAISEL**

I, Jennifer B. Maisel, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at Rothwell, Figg, Ernst & Manbeck, P.C., which represents Plaintiffs The New York Times Company ("The Times") and Daily News, LP et al. ("Daily News") in this case. I submit this declaration on behalf of the News Plaintiffs in support of their Reply to OpenAI Defendants' Opposition to News Plaintiffs' Motion for Sanctions. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify as to these facts under oath.

2. Attached hereto as Exhibit 69 is a true and correct copy of excerpts of Dr. Tom Goldstein's supplemental expert report regarding defendants' output logs.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2026, Washington, D.C.

*/s/ Jennifer B. Maisel*

Jennifer B. Maisel