# EXHIBIT 69

## Filed Under Seal