**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OpenAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>1:25-cv-04315-SHS-OTW | 25-md-3143 (SHS) (OTW)<br><br>**DECLARATION OF GEORGE WUKOSON IN SUPPORT OF MAINTAINING UNDER SEAL PORTIONS OF DEFENDANTS' SUMMARY JUDGMENT BRIEFS AND RULE 56.1 STATEMENTS** |

I, George Wukoson, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. I am General Counsel, Health & Wellness and Technology & Shopping divisions, for the Ziff Davis Plaintiffs in the above-captioned action. I am submitting this declaration in support of the Ziff Davis Plaintiffs' request to maintain under seal certain limited redactions contained in OpenAI's summary judgment brief and Rule 56.1 statement.

2. Paragraphs 240, 260, and 281 of OpenAI's Rule 56.1 statement contain non-public, highly sensitive and confidential information regarding Ziff Davis's financial performance, which could be unfairly used by its competitors if made public, causing Ziff Davis substantial harm. Specifically, non-public information relating to Ziff Davis's web traffic trends and the impact of generative products on its business could be misused by our competitors to our detriment if revealed.

3. Paragraphs 312–14 contain confidential, proprietary information about Ziff Davis's research and publication methods, the disclosure of which would harm Ziff Davis. The markets in which Ziff Davis operates are highly competitive. For example, news organizations compete on the margins to efficiently identify, research, verify, and publish information on a

moment-to-moment basis. If Ziff Davis were forced to reveal proprietary, non-public information about its research and publication methods, it would unfairly provide Ziff Davis's competitors a leg up, causing harm to our business.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2026.

George Wukoson
**Ziff Davis Plaintiffs**
360 Park Avenue South, 17th Floor
New York, NY 10010