UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:

*The Seattle Times Company et al. v. OpenAI Inc. et al.*,
26-cv-7644

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Plaintiffs are ordered to show cause in writing on or before September 25, 2026, why this action should not be stayed pending resolution of summary judgment motions in the other active cases in this multidistrict litigation. Defendants' response, if any, shall be filed by October 2, 2026.

Dated: New York, New York
September 15, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.