UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,
COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:

*Sullivan et al. v. OpenAI Foundation et al.*, 26-cv-6966

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

On August 28, 2026, this Court ordered plaintiffs to show cause in writing on or before September 11, 2026 why this action should not be stayed pending resolution of summary judgement motions in the other active cases in this multidistrict litigation. (Dkt. 1678.) Plaintiffs responded on September 11 to the order to show cause (Dkt. 1939), contending that this action should not be stayed. Defendants replied on September 14. (Dkt. 1941.)

It is hereby ordered that this action is stayed pending resolution of the summary judgement motions in the other active cases in this multidistrict litigation.

Dated: New York, New York
September 16, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.