SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
1900 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES, CALIFORNIA 90067
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TX 77002-5096
(713) 651-9366

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880

ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330

DAVIDA BROOK
DIRECT DIAL (310) 789-3105

E-MAIL DBROOK@SUSMANGODFREY.COM

September 17, 2026

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 1007

Re: *In re OpenAI Inc., Copyright Infringement Litigation*, 25-md-3143

Dear: Judge Stein:

I write on behalf of Plaintiffs The New York Times Company ("The Times"), the Daily News Plaintiffs, The Center for Investigative Reporting, Inc., The Intercept Media, Inc., and the Ziff Davis Plaintiffs (together, "News Plaintiffs"). We attach to this letter a public, redacted version of News Plaintiffs' Rule 56.1 Statement In Support of News Plaintiffs' Motion for Summary Judgment (Dkt. 1742). Pursuant to paragraph 9.c of the Court's September 3, 2026 Stipulated Omnibus Sealing Order (Dkt. 1685), News Plaintiffs have removed redactions for material that no party or third-party has sought to seal. News Plaintiffs have also made corrections that are identified in News Plaintiffs' forthcoming Notice of Errata.

Sincerely,

*/s/ Davida Brook*
Davida Brook
Susman Godfrey L.L.P.

1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com

*Counsel for Plaintiff The New York Times Company*
*News Plaintiffs' Liaison Counsel*