**CLASS PLAINTIFFS' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
**CORRECTED APPENDIX A**

**David Baldacci & Columbus Rose, Ltd.**

| No. | Title | Copyright Holder | Registration Number | Publication Date | Registration Date | Royalty Recipient | Available for Sale | Evidence |
|---|---|---|---|---|---|---|---|---|
| 1 | Absolute Power | Columbus Rose | TX0004447888 | Jan. 1, 1996 | Jan. 17, 1996 | Columbus Rose | https://tinyurl.com/Absolute-Power-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 397; Nelson Decl. Ex. 5 at 105:8-21 |
| 2 | Bullseye: An Original Will Robie / Camel Club Short Story | Columbus Rose | TX0008175968 | Feb. 4, 2014 | Mar. 8, 2016 | Columbus Rose | https://tinyurl.com/Bullseye-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 419; Nelson Decl. Ex. 5 at 105:8-21 |
| 3 | The Christmas Train | Columbus Rose | TX0005659939 | Nov. 4, 2002 | Dec. 27, 2002 | Columbus Rose | https://tinyurl.com/Christmas-Train-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 402; Nelson Decl. Ex. 5 at 105:8-21 |
| 4 | The Collectors | Columbus Rose | TX0006451132 | Oct. 17, 2006 | Oct. 27, 2006 | Columbus Rose | https://tinyurl.com/Collectors-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 405; Nelson Decl. Ex. 5 at 105:8-21 |
| 5 | Daylight | Columbus Rose | TX0008977298 | Nov. 17, 2020 | May 31, 2021 | Columbus Rose | https://tinyurl.com/Daylight-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 431 Nelson Decl. Ex. 5 at 105:8-21 |
| 6 | Deliver Us from Evil | Columbus Rose | TX0007223564 | Apr. 20, 2010 | June 23, 2010 | Columbus Rose | https://tinyurl.com/Deliver-Us-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 413; Nelson |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Decl. Ex. 5 at 105:8-21 |
| 7 | Divine Justice | Columbus Rose | TX0007131368 | Nov. 4, 2008 | Apr. 14, 2010 | Columbus Rose | https://tinyurl.com/Divine-Justice-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 412; Nelson Decl. Ex. 5 at 105:8-21 |
| 8 | End Game | Columbus Rose | TX0008570267 | Nov. 14, 2017 | Mar. 7, 2018 | Columbus Rose | https://tinyurl.com/End-Game-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 424; Nelson Decl. Ex. 5 at 105:8-21 |
| 9 | The Fallen | Columbus Rose | TX0008577805 | Apr. 17, 2018 | May 9, 2018 | Columbus Rose | https://tinyurl.com/Fallen-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 425; Nelson Decl. Ex. 5 at 105:8-21 |
| 10 | The Finisher | Columbus Rose | TX0007877719 | Mar. 4, 2014 | Mar. 31, 2014 | Columbus Rose | https://tinyurl.com/Finisher-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 433; Nelson Decl. Ex. 5 at 105:8-21 |
| 11 | First Family | Columbus Rose | TX0006936166 | Apr. 21, 2009 | May 8, 2009 | Columbus Rose | https://tinyurl.com/First-Family-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 408; Nelson Decl. Ex. 5 at 105:8-21 |
| 12 | The Fix | Columbus Rose | TX0008434084 | Apr. 18, 2017 | Jul. 20, 2017 | Columbus Rose | https://tinyurl.com/Fix-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 423; Nelson Decl. Ex. 5 at 105:8-21 |
| 13 | A Gambling Man | Columbus Rose | TX0009074729 | Apr. 20, 2021 | Dec. 07, 2021 | Columbus Rose | https://tinyurl.com/Gambling-Man-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 432; Nelson Decl. Ex. 5 at 105:8-21 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14 | The Guilty | Columbus Rose | TX0008266478 | Nov. 17, 2015 | Apr. 19, 2016 | Columbus Rose | https://tinyurl.com/Guilty-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 420; Nelson Decl. Ex. 5 at 105:8-21 |
| 15 | Hell's Corner | Columbus Rose | TX0007332625 | Nov. 9, 2010 | Mar. 10, 2011 | Columbus Rose | https://tinyurl.com/Hells-Corner-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 414; Nelson Decl. Ex. 5 at 105:8-21 |
| 16 | Hour Game: A Novel | Columbus Rose | TX0006109071 | Oct. 26, 2004 | Jan. 19, 2005 | Columbus Rose | https://tinyurl.com/Hour-Game-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 404; Nelson Decl. Ex. 5 at 105:8-21 |
| 17 | The Keeper | Columbus Rose | TX0008151506 | Sep. 8, 2015 | Nov. 18, 2015 | Columbus Rose | https://tinyurl.com/Keeper-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 434; Nelson Decl. Ex. 5 at 105:8-21 |
| 18 | The Last Mile | Columbus Rose | TX0008429575 | Apr. 19, 2016 | Jun. 9, 2017 | Columbus Rose | https://tinyurl.com/Last-Mile-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 422; Nelson Decl. Ex. 5 at 105:8-21 |
| 19 | Long Road to Mercy | Columbus Rose | TX0008680065 | Nov. 13, 2018 | Dec. 12, 2018 | Columbus Rose | https://tinyurl.com/Long-Road-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 426; Nelson Decl. Ex. 5 at 105:8-21 |
| 20 | Memory Man | Columbus Rose | TX0008068212 | Apr. 21, 2015 | Aug. 3, 2015 | Columbus Rose | https://tinyurl.com/Memory-Man-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 418; Nelson Decl. Ex. 5 at 105:8-21 |
| 21 | A Minute to Midnight | Columbus Rose | TX0008850402 | Nov. 19, 2019 | Dec. 12, 2019 | Columbus Rose | https://tinyurl.com/Minute-Midnight-Amazon | Nelson Decl. Ex. 578; Nelson Decl. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Ex. 429; Nelson Decl. Ex. 5 at 105:8-21 |
| 22 | No Man's Land | Columbus Rose | TX0008388357 | Nov. 15, 2016 | Feb. 27, 2017 | Columbus Rose | https://tinyurl.com/No-Mans-Land-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 421; Nelson Decl. Ex. 5 at 105:8-21 |
| 23 | No Time Left | Columbus Rose | TX0007804343 | May 2, 2011 | Dec. 4, 2012 | Columbus Rose | https://tinyurl.com/No-Time-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 845; Nelson Decl. Ex. 5 at 105:8-21 |
| 24 | One Good Deed | Columbus Rose | TX0008786824 | Jul. 23, 2019 | Aug. 22, 2019 | Columbus Rose | https://tinyurl.com/Good-Deed | Nelson Decl. Ex. 578; Nelson Decl. Ex. 428; Nelson Decl. Ex. 5 at 105:8-21 |
| 25 | One Summer | Columbus Rose | TX0007549427 | Jun. 14, 2011 | Jun. 8, 2012 | Columbus Rose | https://tinyurl.com/One-Summer-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 416; Nelson Decl. Ex. 5 at 105:8-21 |
| 26 | Redemption | Columbus Rose | TX0008767597 | Apr. 16, 2019 | Jun. 10, 2019 | Columbus Rose | https://tinyurl.com/Redemption-Baldacci | Nelson Decl. Ex. 578; Nelson Decl. Ex. 427; Nelson Decl. Ex. 5 at 105:8-21 |
| 27 | Saving Faith | Columbus Rose | TX0005099811 | Nov. 2, 1999 | Dec. 14, 1999 | Columbus Rose | https://tinyurl.com/Saving-Faith-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 401; Nelson Decl. Ex. 5 at 105:8-21 |
| 28 | Simple Genius | Columbus Rose | TX0006585054 | Apr. 24, 2007 | Jun. 21, 2007 | Columbus Rose | https://tinyurl.com/Simple-Genius-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 406; Nelson |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Decl. Ex. 5 at 105:8-21 |
| 29 | The Simple Truth | Columbus Rose | TX0004889418 | Nov. 1, 1998 | Nov. 13, 1998 | Columbus Rose | https://tinyurl.com/Simple-Truth-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 400; Nelson Decl. Ex. 5 at 105:8-21 |
| 30 | The Sixth Man | Columbus Rose | TX0007447606 | Apr. 19, 2011 | Nov. 10, 2011 | Columbus Rose | https://tinyurl.com/Sixth-Man-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 415; Nelson Decl. Ex. 5 at 105:8-21 |
| 31 | Split Second | Columbus Rose | TX0005830168 | Sept. 30, 2003 | Oct. 22, 2003 | Columbus Rose | https://tinyurl.com/Split-Second-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 403; Nelson Decl. Ex. 5 at 105:8-21 |
| 32 | Stone Cold | Columbus Rose | TX0006939773 | Nov. 6, 2007 | Dec. 27, 2007 | Columbus Rose | https://tinyurl.com/Stone-Cold-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 409; Nelson Decl. Ex. 5 at 105:8-21 |
| 33 | The Target | Columbus Rose | TX0007952352 | Apr. 22, 2014 | Oct. 20, 2014 | Columbus Rose | https://tinyurl.com/Target-Baldacci | Nelson Decl. Ex. 578; Nelson Decl. Ex. 417; Nelson Decl. Ex. 5 at 105:8-21 |
| 34 | Total Control | Columbus Rose | TX0004503942 | Jan. 1, 1997 | Mar. 27, 1997 | Columbus Rose | https://tinyurl.com/Total-Control-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 398; Nelson Decl. Ex. 5 at 105:8-21 |
| 35 | True Blue | Columbus Rose | TX0007122068 | Oct. 27, 2009 | Nov. 12, 2009 | Columbus Rose | https://tinyurl.com/True-Blue-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 411; Nelson Decl. Ex. 5 at 105:8-21 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 36 | Walk the Wire | Columbus Rose | TX0008884482 | Apr. 21, 2020 | Jun. 23, 2020 | Columbus Rose | https://tinyurl.com/Walk-Wire-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 430; Nelson Decl. Ex. 5 at 105:8-21 |
| 37 | The Whole Truth | Columbus Rose | TX0007106806 | Apr. 22, 2008 | May 2, 2008 | Columbus Rose | https://tinyurl.com/Whole-Truth-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 410; Nelson Decl. Ex. 5 at 105:8-21 |
| 38 | The Winner | Columbus Rose | TX0004716435 | Dec. 1, 1997 | Feb. 5, 1998 | Columbus Rose | https://tinyurl.com/Winner-Baldacci | Nelson Decl. Ex. 578; Nelson Decl. Ex. 399; Nelson Decl. Ex. 5 at 105:8-21 |
| 39 | Wish You Well | Columbus Rose | TX0005309086; TX0006828702 | Oct. 24, 2000 | Oct. 3, 2007 | Columbus Rose | https://tinyurl.com/Wish-Well-Amazon | Nelson Decl. Ex. 578; Nelson Decl. Ex. 407; Nelson Decl. Ex. 843; Nelson Decl. Ex. 5 at 105:8-21 |
| 40 | Zero Day | Columbus Rose | TX0007446708 | Oct. 31, 2011 | Nov. 10, 2011 | Columbus Rose | https://tinyurl.com/Zero-Day-Amazon | Nelson Decl. Ex. 578 ; Nelson Decl. Ex. 844; Nelson Decl. Ex. 5 at 105:8-21 |

## Taylor Branch

| No. | Title | Copyright Holder | Registration Number | Publication Date | Registration Date | Royalty Recipient | Availability for Sale | Evidence |
|---|---|---|---|---|---|---|---|---|
| 41 | Parting the Waters: America in the King Years, 1954-63 | Taylor Branch | TX0002701239 | Oct. 18, 1988 | Feb. 24, 1989 | Taylor Branch | https://tinyurl.com/Parting-Waters-Amazon | Nelson Decl. Ex. 647; Nelson Decl. Ex. 654 |
| 42 | Pillar of Fire: America in the King Years 1963-65 | Taylor Branch | TX0004759338 | Feb. 2, 1998 | Apr. 16, 1998 | Taylor Branch | https://tinyurl.com/Pillar-Fire-Amazon | Nelson Decl. Ex. 646; Nelson Decl. Ex. 654 |

**Michael Connelly & Hieronymus Inc.**

| No. | Title | Copyright Holder | Registration Number | Publication Date | Registration Date | Royalty Recipient | Availability for Sale | Evidence |
|---|---|---|---|---|---|---|---|---|
| 43 | Angels Flight: A Novel | Hieronymus Inc | TX0005004510 | Jan. 6, 1999 | Jan. 19, 1999 | Hieronymus | https://tinyurl.com/Angels-Flight-Amazon | Nelson Decl. Ex. 442; Nelson Decl. Ex. 599 |
| 44 | The Black Box | Hieronymus Inc | TX0007697114 | Nov. 1, 2012 | Mar. 28, 2013 | Hieronymus | https://tinyurl.com/Black-Box-Amazon | Nelson Decl. Ex. 461; Nelson Decl. Ex. 600 |
| 45 | The Black Ice | Hieronymus Inc | TX0003553452 | May 11, 1993 | Jun. 4, 1993 | Hieronymus | https://tinyurl.com/Black-Ice-Amazon | Nelson Decl. Ex. 388; Nelson Decl. Ex. 473; Nelson Decl. Ex. 594 |
| 46 | Blood Work | Michael Connelly | TX0004777790 | Feb. 6, 1998 | Jun. 11, 1998 | Hieronymus | https://tinyurl.com/Blood-Work-Amazon | Nelson Decl. Ex. 441; Nelson Decl. Ex. 601 |
| 47 | The Brass Verdict | Hieronymus Inc | TX0008966169; TX0006893236 | Oct. 14, 2008 | Oct. 31, 2008 | Hieronymus | https://tinyurl.com/Brass-Verdict-Amazon | Nelson Decl. Ex. 470; Nelson Decl. Ex. 453; Nelson Decl. Ex. 597 |
| 48 | Chasing the Dime | Hieronymus Inc | TX0008979084; TX0005698578 | Oct. 15, 2002 | Nov. 5, 2002 | Hieronymus | https://tinyurl.com/Chasing-Dime-Amazon | Nelson Decl. Ex. 471; Nelson Decl. Ex. 445; Nelson Decl. Ex. 599 |
| 49 | Cielo Azul | Hieronymus Inc. | TX0006150165 | Jan. 1, 2005 | Feb. 7, 2005 | Hieronymus | https://tinyurl.com/Cielo-Azul-Amazon | Nelson Decl. Ex. 379; Nelson Decl. Ex. 448; Nelson Decl. Ex. 590 |
| 50 | City of Bones: A Novel | Hieronymus Inc | TX0005511555 | Apr. 16, 2002 | Apr. 17, 2002 | Hieronymus | https://tinyurl.com/City-Bones-Amazon | Nelson Decl. Ex. 444; Nelson Decl. Ex. 599 |
| 51 | The Closers | Hieronymus Inc | TX0006218760 | May 16, 2005 | Jul. 27, 2005 | Hieronymus | https://tinyurl.com/Closers-Amazon | Nelson Decl. Ex. 449; Nelson Decl. Ex. 596 |
| 52 | The Concrete Blonde | Hieronymus Inc | TX0003827545 | Apr. 26, 1994 | May 11, 1994 | Hieronymus | https://tinyurl.com/Concrete-Blond-Amazon | Nelson Decl. Ex. 388; Nelson Decl. Ex. 436; Nelson Decl. Ex. 594 |
| 53 | Crime Beat: A Decade of Covering Cops and Killers | Hieronymus Inc | TX0006525274 | May 8, 2006 | Feb. 8, 2007 | Hieronymus | https://tinyurl.com/Crime-Beat-Amazon | Nelson Decl. Ex. 451; Nelson Decl. Ex. 591 |
| 54 | Dark Sacred Night | Hieronymus Inc | TX0008679767 | Oct. 30, 2018 | Nov. 13, 2018 | Hieronymus | https://tinyurl.com/Dark-Night-Amazon | Nelson Decl. Ex. 467; Nelson Decl. Ex. 604 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 55 | A Darkness More Than Night: A Novel | Hieronymus Inc | TX0005244877 | Jan. 23, 2001 | Feb. 15, 2001 | Hieronymus | https://tinyurl.com/Darkness-More-Amazon | Nelson Decl. Ex. 443; Nelson Decl. Ex. 599 |
| 56 | The Drop | Hieronymus Inc | TX0007903750; TX0007551173 | Nov. 28, 2011 | Jun. 12, 2012 | Hieronymus | https://tinyurl.com/Drop-Amazon | Nelson Decl. Ex. 462; Nelson Decl. Ex. 460; Nelson Decl. Ex. 600 |
| 57 | Echo Park | Hieronymus Inc | TX0006456031 | Oct. 9, 2006 | Oct. 27, 2006 | Hieronymus | https://tinyurl.com/Echo-Park-Amazon | Nelson Decl. Ex. 450; Nelson Decl. Ex. 596 |
| 58 | Father's Day | Hieronymus Inc | TX0007486928 | Apr. 14, 2008 | Apr. 28, 2008 | Hieronymus | https://tinyurl.com/Fathers-Day-Amazon | Nelson Decl. Ex. 386; Nelson Decl. Ex. 459; Nelson Decl. Ex. 590 |
| 59 | The Fifth Witness | Hieronymus Inc | TX0007377218 | Apr. 5, 2011 | Jun. 7, 2011 | Hieronymus | https://tinyurl.com/Fifth-Witness-Amazon | Nelson Decl. Ex. 458; Nelson Decl. Ex. 600 |
| 60 | The Gods of Guilt | Hieronymus Inc | TX0007847608 | Dec. 2, 2013 | Feb. 28, 2014 | Hieronymus | https://tinyurl.com/Gods-Amazon | Nelson Decl. Ex. 846; Nelson Decl. Ex. 600 |
| 61 | The Last Coyote | Hieronymus Inc | TX0004064390 | May 15, 1995 | Jun. 26, 1995 | Hieronymus | https://tinyurl.com/Last-Coyote-Amazon | Nelson Decl. Ex. 388; Nelson Decl. Ex. 437; Nelson Decl. Ex. 605 |
| 62 | The Late Show | Hieronymus Inc | TX0008943137; TX0008459240 | Jul. 18, 2017 | Aug. 14, 2017 | Hieronymus | https://tinyurl.com/Late-Show-Amazon | Nelson Decl. Ex. 469; Nelson Decl. Ex. 465; Nelson Decl. Ex. 602 |
| 63 | The Law of Innocence | Hieronymus Inc. | TX0009091556 | Nov. 10, 2020 | May 31, 2021 | Hieronymus | https://tinyurl.com/Innocence-Amazon | Nelson Decl. Ex. 472; Nelson Decl. Ex. 574. |
| 64 | The Lincoln Lawyer | Hieronymus Inc | TX0006979953 | Oct. 3, 2005 | Jan. 28, 2008 | Hieronymus | https://tinyurl.com/Lincoln-Lawyer-Amazon | Nelson Decl. Ex. 454; Nelson Decl. Ex. 596 |
| 65 | Lost Light: A Novel | Hieronymus Inc | TX0005743159 | Apr. 1, 2003 | Jul. 16, 2003 | Hieronymus | https://tinyurl.com/Lost-Light-Amazon | Nelson Decl. Ex. 446; Nelson Decl. Ex. 595 |
| 66 | The Narrows: A Novel | Hieronymus Inc | TX0006026283 | May 3, 2004 | Aug. 6, 2004 | Hieronymus | https://tinyurl.com/Narrows-Amazon | Nelson Decl. Ex. 447; Nelson Decl. Ex. 595 |
| 67 | The Night Fire | Hieronymus Inc | TX0008820211 | Oct. 22, 2019 | Nov. 07, 2019 | Hieronymus | https://tinyurl.com/Night-Fire-Amazon | Nelson Decl. Ex. 468; Nelson Decl. Ex. 604 |
| 68 | Nine Dragons | Hieronymus Inc | TX0007046637 | Oct. 13, 2009 | Nov. 23, 2009 | Hieronymus | https://tinyurl.com/Nine-Dragons-Amazon | Nelson Decl. Ex. 456; Nelson Decl. Ex. 597 |
| 69 | One-Dollar Jackpot | Hieronymus Inc | TX0006941111 | Nov. 5, 2007 | Dec. 20, 2007 | Hieronymus | https://tinyurl.com/Cielo-Azul-Amazon | Nelson Decl. Ex. 435; |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Nelson Decl. Ex. 387; Nelson Decl. Ex. 590 |
| 70 | The Overlook | Hieronymus Inc | TX0006602700 | May 22, 2007 | Jul. 2, 2007 | Hieronymus | https://tinyurl.com/Overlook-Amazon | Nelson Decl. Ex. 452; Nelson Decl. Ex. 598 |
| 71 | The Poet | Hieronymus Inc | TX0004494924; TX0004290489 | Dec. 22, 1995/Jan. 1, 1997 | May 13, 1996/Mar. 6, 1997 | Hieronymus | https://tinyurl.com/Poet-Amazon | Nelson Decl. Ex. 388; Nelson Decl. Ex. 439; Nelson Decl. Ex. 438; Nelson Decl. Ex. 601 |
| 72 | The Reversal | Hieronymus Inc | TX0007324033 | Oct. 5, 2010 | Jan. 26, 2011 | Hieronymus | https://tinyurl.com/Reversal-Amazon | Nelson Decl. Ex. 457; Nelson Decl. Ex. 600 |
| 73 | The Safe Man: A Ghost Story | Hieronymus Inc. | TX0008137420 | Oct. 23, 2012 | May 27, 2015 | Hieronymus | https://tinyurl.com/Safe-Man-Amazon | Nelson Decl. Ex. 391; Nelson Decl. Ex. 389; Nelson Decl. Ex. 463; Nelson Decl. Ex. 603 |
| 74 | The Scarecrow | Hieronymus Inc | TX0006998115 | May 26, 2009 | Jul. 14, 2009 | Hieronymus | https://tinyurl.com/Scarecrow-Connelly | Nelson Decl. Ex. 455; Nelson Decl. Ex. 597 |
| 75 | Trunk Music | Hieronymus Inc | TX0004571735 | Dec. 23, 1996 | Apr. 9, 1997 | Hieronymus | https://tinyurl.com/Trunk-Music-Amazon | Nelson Decl. Ex. 440; Nelson Decl. Ex. 605 |
| 76 | Two Kinds of Truth | Hieronymus Inc | TX0008530537 | Oct. 31, 2017 | Dec. 27, 2017 | Hieronymus | https://tinyurl.com/Two-Truth-Amazon | Nelson Decl. Ex. 466; Nelson Decl. Ex. 602 |
| 77 | The Wrong Side of Goodbye | Hieronymus Inc | TX0008387548 | Nov. 1, 2016 | Mar. 10, 2017 | Hieronymus | https://tinyurl.com/Wrong-Goodbye-Amazon | Nelson Decl. Ex. 464; Nelson Decl. Ex. 602 |
| 78 | The Black Echo | Hieronymus Inc | TX0003234539 | Jan. 2, 1992 | Jan. 10, 1992 | Hieronymus | https://tinyurl.com/Black-Echo-Amazon | Nelson Decl. Ex. 388; Nelson Decl. Ex. 474; Nelson Decl. Ex. 593 |

## Sylvia Day & Sylvia Day LLC

| No. | Title | Copyright Holder | Registration Number | Publication Date | Registration Date | Royalty Recipient | Availability for Sale | Evidence |
|---|---|---|---|---|---|---|---|---|
| 79 | Bared to You | Sylvia Day LLC | TX0007571518 | Apr. 4, 2012 | Jul. 12, 2012 | Sylvia Day, LLC; Sylvia Day | https://tinyurl.com/Bared-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 493; Nelson Decl. Ex. 618; Nelson Decl. Ex. 615 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 80 | Captivated by You: A Crossfire Novel | Sylvia Day LLC | TX0008055091; TX0008817010 | Nov. 18, 2014 | Mar. 30, 2015 | Sylvia Day LLC | https://tinyurl.com/Captivated-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 500; Nelson Decl. Ex. 615; Nelson Decl. Ex. 847 |
| 81 | Don't Tempt Me | Sylvia Day LLC | TX0006992994 | Apr. 1, 2008 | Apr. 3, 2008 | Sylvia Day LLC | https://tinyurl.com/Tempt-Me-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 485; Nelson Decl. Ex. 606 |
| 82 | Entwined with You | Sylvia Day LLC | TX0007765389 | Jun. 4, 2013 | Aug. 28, 2013 | Sylvia Day LLC, Sylvia Day | https://tinyurl.com/Entwined-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 499; Nelson Decl. Ex. 618; Nelson Decl. Ex. 576 |
| 83 | Eve of Chaos | Sylvia Day LLC | TX0007050973 | Jun. 12, 2009 | Aug. 5, 2009 | Sylvia Day LLC | https://tinyurl.com/Chaos-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 487; Nelson Decl. Ex. 613 |
| 84 | Eve of Darkness | Sylvia Day LLC | TX0007158134 | Apr. 10, 2009 | Jan. 6, 2010 | Sylvia Day LLC | https://tinyurl.com/Eve-Darkness | Nelson Decl. Ex. 137; Nelson Decl. Ex. 488; Nelson Decl. Ex. 613 |
| 85 | Eve of Destruction | Sylvia Day LLC | TX0007041044 | May 15, 2009 | Aug. 5, 2009 | Sylvia Day LLC | https://tinyurl.com/Destruction-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 486; Nelson Decl. Ex. 613 |
| 86 | A Familiar Kind of Magic | Sylvia Day LLC | TX0006559491 | Mar. 1, 2007 | Apr. 5, 2007 | Sylvia Day LLC | https://tinyurl.com/Familiar-Magic-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 479; Nelson Decl. Ex. 392 |
| 87 | Heat of the Night | Sylvia Day LLC | TX0006860949 | Jan. 1, 2008 | Jan. 29, 2008 | Sylvia Day | https://tinyurl.com/Heat-Night-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 484; Nelson Decl. Ex. 607 |
| 88 | A Hunger so Wild | Sylvia Day LLC | TX0007579762 | Jul. 3, 2012 | Aug. 21, 2012 | Sylvia Day LLC | https://tinyurl.com/Hunger-Wild-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 495; Nelson Decl. Ex. 611 |
| 89 | Mischief and the Marquess | Sylvia Day LLC | TX0006853003 | Jul. 2, 2007 | Sept. 21, 2007 | Sylvia Day LLC | https://tinyurl.com/Mischief-Day-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 483; Nelson Decl. Ex. 617 |
| 90 | On Fire | Sylvia Day LLC | TX0007576661 | Jul. 3, 2012 | Aug. 15, 2012 | Sylvia Day LLC | https://tinyurl.com/On-Fire-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 494; Nelson Decl. Ex. 610 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 91 | A Passion for Him | Sylvia Day LLC | TX0006848293 | Nov. 1, 2007 | Dec. 17, 2007 | Sylvia Day LLC | https://tinyurl.com/Passion-Him-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 482; Nelson Decl. Ex. 606 |
| 92 | Pleasures of the Night | Sylvia Day LLC | TX0006569840 | May 1, 2007 | May 3, 2007 | Sylvia Day | https://tinyurl.com/Pleasures-Night-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 480; Nelson Decl. Ex. 607 |
| 93 | Pride and Pleasure | Sylvia Day LLC | TX0007310034 | Feb. 1, 2011 | Feb. 14, 2011 | Sylvia Day; Sylvia Day LLC | https://tinyurl.com/Pride-Pleasure-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 489; Nelson Decl. Ex. 576; Nelson Decl. Ex. 606 |
| 94 | Reflected in You | Sylvia Day LLC | TX0007626414 | Oct. 23, 2012 | Dec. 10, 2012 | Sylvia Day LLC; Sylvia Day | https://tinyurl.com/Reflected-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 497; Nelson Decl. Ex. 618; Nelson Decl. Ex. 615 |
| 95 | Seven Years to Sin | Sylvia Day LLC | TX0007426591 | Sep. 1, 2011 | Sep. 14, 2011 | Sylvia Day; Sylvia Day LLC | https://tinyurl.com/Seven-Years-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 491; Nelson Decl. Ex. 576; Nelson Decl. Ex. 606 |
| 96 | The Stranger I Married | Sylvia Day LLC | TX0006500604 | Jan. 2, 2007 | Jan. 22, 2007 | Sylvia Day LLC | https://tinyurl.com/Stranger-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 478; Nelson Decl. Ex. 393 |
| 97 | Taking the Heat | Sylvia Day LLC | TX0007706524 | Oct. 4, 2011 | May 30, 2013 | Sylvia Day LLC | https://tinyurl.com/Taking-Heat-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 498; Nelson Decl. Ex. 610 |
| 98 | A Touch of Crimson | Sylvia Day LLC | TX0007487888 | Oct. 4, 2011 | Jan. 6, 2012 | Sylvia Day LLC | https://tinyurl.com/Crimson-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 492; Nelson Decl. Ex. 611 |
| 99 | All Revved Up | Sylvia Day LLC | TX0007385035 | Feb. 22, 2011 | Apr. 3, 2011 | Sylvia Day LLC | https://tinyurl.com/Revved-Up-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 490; Nelson Decl. Ex. 394 |
| 100 | Afterburn | Sylvia Day LLC | TX0008280509 | Aug. 1, 2013 | Dec. 23, 2016 | Sylvia Day LLC | https://tinyurl.com/Afterburn-Aftershock-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 502; Nelson Decl. Ex. 612 |
| 101 | What Happened in Vegas | Sylvia Day LLC | TX0007620649 | Dec. 6, 2011 | Nov. 8, 2012 | Sylvia Day LLC | https://tinyurl.com/Vegas-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 496; Nelson Decl. Ex. 394 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 102 | Ask for It | Sylvia Day LLC | TX0006451506 | Aug. 1, 2006 | Oct. 31, 2006 | Sylvia Day LLC | https://tinyurl.com/Ask-Day-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 477; Nelson Decl. Ex. 393 |
| 103 | Passion for the Game | Sylvia Day LLC | TX0006602177 | Jun. 1, 2007 | Jul. 3, 2007 | Sylvia Day LLC | https://tinyurl.com/Passion-Game-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 481; Nelson Decl. Ex. 606 |
| 104 | Bad Boys Ahoy! | Sylvia Day | TX0006336892 | Feb. 1, 2006 | Mar. 30, 2006 | Sylvia Day | https://tinyurl.com/Bad-Boys-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 614 |
| 105 | Aftershock | Sylvia Day LLC | TX0008280508 | Mar. 1, 2014 | Dec. 23, 2016 | Sylvia Day LLC | https://tinyurl.com/Afterburn-Aftershock-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 501; Nelson Decl. Ex. 612 |
| 106 | Butterfly in Frost | Sylvia Day LLC | TX0008788912 | Aug. 27, 2019 | Sept. 10, 2019 | Sylvia Day LLC | https://tinyurl.com/Butterfly-Day-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 475; Nelson Decl. Ex. 616 |
| 107 | One with You | Sylvia Day LLC | TX0008315091 | Mar. 16, 2016 | Aug. 24, 2016 | Sylvia Day LLC | https://tinyurl.com/One-Day-Amazon | Nelson Decl. Ex. 137; Nelson Decl. Ex. 503 |

**<u>Jonathan Franzen</u>**

| No. | Title | Copyright Holder | Registration Number | Publication Date | Registration Date | Royalty Recipient | Availability for Sale | Evidence |
|---|---|---|---|---|---|---|---|---|
| 108 | The Corrections | Jonathan Franzen | TX0005485729 | Sept. 15, 2001 | Feb. 8, 2002 | Jonathan Franzen | https://tinyurl.com/Corrections-Amazon | Nelson Decl. Ex. 504; Nelson Decl. Ex. 575 |
| 109 | Freedom: A Novel | Jonathan Franzen | TX0007428625 | Sept. 1, 2010 | Nov. 18, 2010 | Jonathan Franzen | https://tinyurl.com/Freedom-Franzen-Amazon | Nelson Decl. Ex. 505; Nelson Decl. Ex. 575 |
| 110 | Strong Motion | Jonathan Franzen | TX0003298778 | Jan. 28, 1992 | Apr. 29, 1992 | Jonathan Franzen | https://tinyurl.com/Strong-Motion-Amazon | Nelson Decl. Ex. 507; Nelson Decl. Ex. 575 |
| 111 | Purity: A Novel | Jonathan Franzen | TX0008137801 | Sept. 1, 2015 | Jan. 14, 2016 | Jonathan Franzen | https://tinyurl.com/Purity-Amazon | Nelson Decl. Ex. 506; Nelson Decl. Ex. 575 |
| 112 | The Twenty-Seventh City | Jonathan Franzen | TX0002478464 | Jul. 21, 1988 | Jan. 12, 1988 | Jonathan Franzen | https://tinyurl.com/Twenty-Seventh-Amazon | Nelson Decl. Ex. 508; Nelson Decl. Ex. 575 |

## Christopher Golden

| No. | Title | Copyright Holder | Registration Number | Publication Date | Registration Date | Royalty Recipient | Availability for Sale | Evidence |
|---|---|---|---|---|---|---|---|---|
| 113 | Ararat | Christopher Golden | TX0008471412 | Mar. 29, 2017 | Sept. 5, 2017 | Daring Greatly Corporation | https://tinyurl.com/Ararat-Amazon | Nelson Decl. Ex. 632; Nelson Decl. Ex. 633 |

## Andrew Sean Greer

| No. | Title | Copyright Holder | Registration Number | Publication Date | Registration Date | Royalty Recipient | Availability for Sale | Evidence |
|---|---|---|---|---|---|---|---|---|
| 114 | Less | Andrew Sean Greer | TX0008464510 | Jul. 18, 2017 | Aug. 14, 2017 | Andrew Sean Greer | https://tinyurl.com/Less-Greer-Amazon | Nelson Decl. Ex. 638; Nelson Decl. Ex. 635 |
| 115 | The Impossible Lives of Greta Wells | Andrew Sean Greer | TX0007755360 | Jul. 1, 2013 | Jul. 25, 2013 | Andrew Sean Greer | https://tinyurl.com/Impossible-Lives-Amazon | Nelson Decl. Ex. 637; Nelson Decl. Ex. 634 |
| 116 | The Story of A Marriage | Andrew Sean Greer | TX0007009647 | May 7, 2008 | Jul. 3, 2008 | Andrew Sean Greer | https://tinyurl.com/Marriage-Amazon | Nelson Decl. Ex. 639; Nelson Decl. Ex. 641 |
| 117 | The Confessions of Max Tivoli | Andrew Sean Greer | TX0005956484 | Feb. 5, 2004 | May 5, 2004 | Andrew Sean Greer | https://tinyurl.com/Confessions-Amazon | Nelson Decl. Ex. 640; Nelson Decl. Ex. 636 |

## John Grisham & Belfry Holdings

| No. | Title | Copyright Holder | Registration Number | Publication Date | Registration Date | Royalty Recipient | Availability for Sale | Evidence |
|---|---|---|---|---|---|---|---|---|
| 118 | Bleachers | Belfry Holdings | TX0005991698 | Sept. 9, 2003 | May 27, 2005 | Belfry Holdings | https://tinyurl.com/Breachers-Amazon | Nelson Decl. Ex. 521; Nelson Decl. Ex. 608 |
| 119 | The Brethren | Belfry Holdings | TX0005151784 | Feb. 1, 2000 | Mar. 3, 2000 | Belfry Holdings | https://tinyurl.com/Brethren-Amazon | Nelson Decl. Ex. 515; Nelson Decl. Ex. 608 |
| 120 | The Broker | Belfry Holdings | TX0006096187 | Jan. 11, 2005 | Jan. 26, 2005 | Belfry Holdings | https://tinyurl.com/Broker-Amazon | Nelson Decl. Ex. 522; Nelson Decl. Ex. 608 |
| 121 | Calico Joe | Belfry Holdings | TX0007543922 | Apr. 10, 2012 | May 23, 2012 | Belfry Holdings | https://tinyurl.com/Calico-Joe-Amazon | Nelson Decl. Ex. 526; Nelson Decl. Ex. 608 |
| 122 | The Chamber | John Grisham | TX0003672820 | Jun. 1, 1994 | Jun. 10, 1994 | John Grisham | https://tinyurl.com/Chamber-Amazon | Nelson Decl. Ex. 509; Nelson Decl. Ex. 608 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 123 | The Client | John Grisham | TX0003493490; TX0003507693 | Mar. 1, 1993 | Mar. 5, 1993 | John Grisham | https://tinyurl.com/Client-Grisham-Amazon | Nelson Decl. Ex. 533; Nelson Decl. Ex. 608; Nelson Decl. Ex. 848 |
| 124 | The Firm | John Grisham | TX0003021559 | Mar. 1, 1991 | Mar. 7, 1991 | John Grisham | https://tinyurl.com/Firm-Amazon | Nelson Decl. Ex. 531; Nelson Decl. Ex. 608 |
| 125 | Ford County: Stories | Belfry Holdings | TX0007051398 | Nov. 3, 2009 | Nov. 24, 2009 | Belfry Holdings | https://tinyurl.com/Ford-County-Amazon | Nelson Decl. Ex. 524; Nelson Decl. Ex. 608 |
| 126 | The Guardians: A Novel | Belfry Holdings | TX0008853177 | Oct. 15, 2019 | Mar. 14, 2020 | Belfry Holdings | https://tinyurl.com/Guardians-Amazon | Nelson Decl. Ex. 528; Nelson Decl. Ex. 608 |
| 127 | The King of Torts | Belfry Holdings | TXu001050004; TX0005706610 | Feb. 4, 2003 | Mar. 7, 2003 | Belfry Holdings | https://tinyurl.com/King-Torts-Amazon | Nelson Decl. Ex. 529; Nelson Decl. Ex. 519; Nelson Decl. Ex. 608 |
| 128 | The Last Juror | Belfry Holdings | TX0005917373 | Feb. 3, 2004 | Mar. 3, 2004 | Belfry Holdings | https://tinyurl.com/Lust-Juror-Amazon | Nelson Decl. Ex. 520; Nelson Decl. Ex. 608 |
| 129 | The Litigators | Belfry Holdings | TX0007494080 | Oct. 25, 2011 | Feb. 21, 2012 | Belfry Holdings | https://tinyurl.com/Litigators-Amazon | Nelson Decl. Ex. 525; Nelson Decl. Ex. 608 |
| 130 | A Painted House: A Novel | Belfry Holdings | TX0005349683 | Feb. 6, 2001 | Mar. 1, 2001 | Belfry Holdings | https://tinyurl.com/Painted-House-Amazon | Nelson Decl. Ex. 516; Nelson Decl. Ex. 608 |
| 131 | The Partner | John Grisham | TX0004493634 | Mar. 1, 1997 | Mar. 13, 1997 | John Grisham | https://tinyurl.com/Partner-Amazon | Nelson Decl. Ex. 512; Nelson Decl. Ex. 608 |
| 132 | The Pelican Brief | John Grisham | TX0003266464 | Mar. 2, 1992 | Mar. 5, 1992 | John Grisham | https://tinyurl.com/Pelican-Brief-Amazon | Nelson Decl. Ex. 532; Nelson Decl. Ex. 608 |
| 133 | The Rainmaker | John Grisham | TX0004069842 | May 1, 1995 | May 15, 1995 | John Grisham | https://tinyurl.com/Rainmaker-Amazon | Nelson Decl. Ex. 510; Nelson Decl. Ex. 608 |
| 134 | The Reckoning | Belfry Holdings | TX0008691152 | Oct. 23, 2018 | Jan. 16, 2019 | Belfry Holdings | https://tinyurl.com/Reckoning-Grisham | Nelson Decl. Ex. 527; Nelson Decl. Ex. 608 |
| 135 | The Runaway Jury | John Grisham | TX0004331866 | Jun. 3, 1996 | Jun. 13, 1996 | John Grisham | https://tinyurl.com/Runaway-Jury-Amazon | Nelson Decl. Ex. 511; Nelson Decl. Ex. 608 |
| 136 | Skipping Christmas | Belfry Holdings | TX0005457447 | Nov. 6, 2001 | Nov. 23, 2001 | Belfry Holdings | https://tinyurl.com/Skipping-Christmas-Amazon | Nelson Decl. Ex. 517; Nelson Decl. Ex. 608 |
| 137 | The Street Lawyer | Belfry Holdings | TX0004757113 | Mar. 1, 1998 | Mar. 3, 1998 | Belfry Holdings | https://tinyurl.com/Street-Lawyer-Amazon | Nelson Decl. Ex. 513; Nelson Decl. Ex. 608 |
| 138 | The Summons | Belfry Holdings | TX0005477452 | Feb. 5, 2002 | Feb. 15, 2002 | Belfry Holdings | https://tinyurl.com/Summons-Amazon | Nelson Decl. Ex. 518; Nelson Decl. Ex. 608 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 139 | The Testament | Belfry Holdings | TX0004945638 | Feb. 2, 1999 | Mar. 2, 1999 | Belfry Holdings | https://tinyurl.com/Testament-Amazon | Nelson Decl. Ex. 514; Nelson Decl. Ex. 608 |
| 140 | A Time to Kill | Belfry Holdings | TX0006991370; TX0002655711 | Jul. 5, 1989 | Sept. 6, 1989 | John Grisham | https://tinyurl.com/Time-Kill-Amazon | Nelson Decl. Ex. 523; Nelson Decl. Ex. 530; Nelson Decl. Ex. 608 |

## David Henry Hwang

| No. | Title | Copyright Holder | Registration Number | Publication Date | Registration Date | Royalty Recipient | Availability for Sale | Evidence |
|---|---|---|---|---|---|---|---|---|
| 141 | M Butterfly | David Henry Hwang | TX0002616093 | Feb. 1, 1989 | Apr. 13, 1989 | David Henry Hwang | https://tinyurl.com/M-Butterfly-Amazon | Nelson Decl. Ex. 645; Nelson Decl. Ex. 643; Nelson Decl. Ex. 657 |
| 142 | Chinglish | David Henry Hwang | PA1846303 | May 28, 2013 | Jun. 3, 2013 | David Henry Hwang | https://tinyurl.com/Chinglish-Amazon | Nelson Decl. Ex. 644; Nelson Decl. Ex. 658 |
| 143 | The Dance and the Railroad | David Henry Hwang | PAU000364411 | 1981 | Jan. 11, 1982 | David Henry Hwang | https://tinyurl.com/Dance-Railroad | Nelson Decl. Ex. 142; Nelson Decl. Ex. 642 |

## George R.R. Martin & Wo & Shade LLC

| No. | Title | Copyright Holder | Registration Number | Publication Date | Registration Date | Royalty Recipient | Availability for Sale | Evidence |
|---|---|---|---|---|---|---|---|---|
| 144 | A Clash of Kings | Wo & Shade LLC | TX0004947577 | Feb. 2, 1999 | Mar. 8, 1999 | Wo & Shade | https://tinyurl.com/Clash-Kings-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 536; Nelson Decl. Ex. 34 at 120:6-8 |
| 145 | A Dance with Dragons Book Five of a Song of Ice and Fire | Wo & Shade LLC | TX0007400734 | Jul. 28, 2011 | Jul. 12, 2011 | Wo & Shade | https://tinyurl.com/Dance-Dragon-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 539; Nelson Decl. Ex. 34 at 120:6-8 |
| 146 | A Feast for Crows | Wo & Shade LLC | TX0006294636 | Nov. 8, 2005 | Dec. 29, 2005 | Wo & Shade | https://tinyurl.com/Feast-Crows-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 538; |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Nelson Decl. Ex. 34 at 120:6-8 |
| 147 | Fevre Dream | Wo & Shade LLC | TX0001010122 | Sept. 14, 1982 | Nov. 1, 1982 | Wo & Shade | https://tinyurl.com/Fevre-Dream-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 544; Nelson Decl. Ex. 34 at 120:6-8 |
| 148 | Fire & Blood | Wo & Shade LLC | TX0008699122 | Nov. 20, 2018 | Jan. 10, 2019 | Wo & Shade | https://tinyurl.com/Fire-Blood-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 540; Nelson Decl. Ex. 34 at 120:6-8 |
| 149 | The Journal of Xavier Desmond | Wo & Shade LLC | TX0002555019 | May 2, 1988 | Dec. 15, 1988 | Wo & Shade | https://tinyurl.com/Xavier-Dexmond-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 548; Nelson Decl. Ex. 34 at 120:6-8 |
| 150 | A Game of Thrones | Wo & Shade LLC | TX0004387272 | Sept. 1, 1996 | Oct. 4, 1996 | Wo & Shade | https://tinyurl.com/Game-Thrones-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 535; Nelson Decl. Ex. 34 at 120:6-8 |
| 151 | The Ice Dragon | Wo & Shade LLC | TX0000672958 | Oct. 15, 1980 | Mar. 16, 1981 | Wo & Shade | https://tinyurl.com/Ice-Dragon-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 542; Nelson Decl. Ex. 34 at 120:6-8 |
| 152 | Sandkings | Wo & Shade LLC | TX0000831294 | Dec. 1, 1981 | Dec. 15, 1981 | Wo & Shade | https://tinyurl.com/Sandkings-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 543; Nelson Decl. Ex. 34 at 120:6-8 |
| 153 | The Sons of the Dragon | Wo & Shade LLC | TX0008551412 | Oct. 10, 2017 | Feb. 20, 2018 | Wo & Shade | https://tinyurl.com/Sons-Dragons-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 534; Nelson Decl. Ex. 34 at 120:6-8 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 154 | A Storm of Swords | Wo & Shade LLC | TX0005306372 | Oct. 31, 2000 | Dec. 4, 2000 | Wo & Shade | https://tinyurl.com/Storm-Swords-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 537; Nelson Decl. Ex. 34 at 120:6-8 |
| 155 | Tuf Voyaging | Wo & Shade LLC | TX0001847501 | Feb. 1, 1986 | May 21, 1986 | Wo & Shade | https://tinyurl.com/Tuf-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 546; Nelson Decl. Ex. 34 at 120:6-8 |
| 156 | Winter's Chill | Wo & Shade LLC | TX0002488534 | Mar. 1, 1987 | Jan. 23, 1989 | Wo & Shade | https://tinyurl.com/Winters-Chill-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 547; Nelson Decl. Ex. 34 at 120:6-8 |
| 157 | The Armageddon Rag | Wo & Shade LLC | TX0001359571 | Oct. 31, 1983 | May 29, 1984 | Wo & Shade | https://tinyurl.com/Armageddon-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 545; Nelson Decl. Ex. 34 at 120:6-8 |
| 158 | Songs the Dead Men Sing | Wo & Shade LLC | TX0001314411 | Oct. 1, 1983 | Oct. 20, 1983 | Wo & Shade | https://tinyurl.com/Dead-Men-Amazon | Nelson Decl. Ex. 577; Nelson Decl. Ex. 541; Nelson Decl. Ex. 34 at 120:6-8 |

**Jodi Picoult**

| No. | Title | Copyright Holder | Registration Number | Publication Date | Registration Date | Royalty Recipient | Availability for Sale | Evidence |
|---|---|---|---|---|---|---|---|---|
| 159 | Change of Heart | Jodi Picoult | TX0007628302 | Mar. 4, 2008 | Mar. 11, 2008 | Jodi Picoult | https://tinyurl.com/Change-Heart-Amazon | Nelson Decl. Ex. 566; Nelson Decl. Ex. 656 |
| 160 | Handle with Care | Jodi Picoult | TX0006940734 | Mar. 3, 2009 | Apr. 10, 2009 | Jodi Picoult | https://tinyurl.com/Handle-Care-Amazon | Nelson Decl. Ex. 561; Nelson Decl. Ex. 656 |
| 161 | Harvesting the Heart | Jodi Picoult | TX0003720035 | Nov. 11, 1993 | Jan. 19, 1994 | Jodi Picoult | https://tinyurl.com/Harvesting-Heart-Amazon | Nelson Decl. Ex. 573; Nelson Decl. Ex. 586 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 162 | House Rules | Jodi Picoult | TX0007152236 | Mar. 2, 2010 | Mar. 22, 2010 | Jodi Picoult | https://tinyurl.com/House-Rules-Amazon | Nelson Decl. Ex. 562; Nelson Decl. Ex. 656 |
| 163 | Keeping Faith | Jodi Picoult | TX0005300595 | May 5, 1999 | Oct. 17, 2000 | Jodi Picoult | https://tinyurl.com/Keeping-Faith-Amazon | Nelson Decl. Ex. 553; Nelson Decl. Ex. 585 |
| 164 | Larger Than Life: A Novella | Jodi Picoult | TX0008760062 | Aug. 4, 2014 | Jun. 28, 2019 | Jodi Picoult | https://tinyurl.com/Larger-Life-Amazon | Nelson Decl. Ex. 570; Nelson Decl. Ex. 584 |
| 165 | Leaving Time: A Novel | Jodi Picoult | TX0007948448 | Oct. 14, 2014 | Oct. 31, 2014 | Jodi Picoult | https://tinyurl.com/Leaving-Home-Amazon | Nelson Decl. Ex. 567; Nelson Decl. Ex. 588 |
| 166 | Lone Wolf | Jodi Picoult | TX0007509059 | Feb. 28, 2012 | Mar. 27, 2012 | Jodi Picoult | https://tinyurl.com/Lone-Wolf-Amazon | Nelson Decl. Ex. 565; Nelson Decl. Ex. 656 |
| 167 | My Sister's Keeper: A Novel | Jodi Picoult | TX0005949094 | Mar. 16, 2004 | Apr. 4, 2004 | Jodi Picoult | https://tinyurl.com/Sisters-Keeper-Amazon | Nelson Decl. Ex. 557; Nelson Decl. Ex. 656 |
| 168 | Nineteen Minutes: A Novel | Jodi Picoult | TX0006542571 | Mar. 6, 2007 | Mar. 12, 2007 | Jodi Picoult | https://tinyurl.com/Nineteen-Minutes-Amazon | Nelson Decl. Ex. 560; Nelson Decl. Ex. 656 |
| 169 | The Pact | Jodi Picoult | TX0004708651 | Apr. 8, 1998 | Jun. 18, 1998 | Jodi Picoult | https://tinyurl.com/Pact-Amazon | Nelson Decl. Ex. 551; Nelson Decl. Ex. 585 |
| 170 | Salem Falls | Jodi Picoult | TX0005418274 | Apr. 3, 2001 | Apr. 16, 2001 | Jodi Picoult | https://tinyurl.com/Salem-Falls-Amazon | Nelson Decl. Ex. 554; Nelson Decl. Ex. 656 |
| 171 | Second Glance: A Novel | Jodi Picoult | TX0005714956 | Apr. 1, 2003 | Apr. 11, 2003 | Jodi Picoult | https://tinyurl.com/Second-Glance-Amazon | Nelson Decl. Ex. 556; Nelson Decl. Ex. 656 |
| 172 | Shine: A Short Story | Jodi Picoult | TX0008760063 | Sept. 13, 2016 | Jun. 28, 2019 | Jodi Picoult | https://tinyurl.com/Shine-Amazon | Nelson Decl. Ex. 571; Nelson Decl. Ex. 584 |
| 173 | Sing You Home | Jodi Picoult | TX0007343274 | Mar. 1, 2011 | Mar. 17, 2011 | Jodi Picoult | https://tinyurl.com/Sing-Home-Amazon | Nelson Decl. Ex. 564; Nelson Decl. Ex. 656 |
| 174 | Small Great Things: A Novel | Jodi Picoult | TX0008471033 | Oct. 11, 2016 | Dec. 20, 2016 | Jodi Picoult | https://tinyurl.com/Small-Things-Amazon | Nelson Decl. Ex. 568; Nelson Decl. Ex. 583 |
| 175 | A Spark of Light: A Novel | Jodi Picoult | TX0008668131 | Oct. 2, 2018 | Oct. 26, 2018 | Jodi Picoult | https://tinyurl.com/Spark-Light-Amazon | Nelson Decl. Ex. 569; Nelson Decl. Ex. 582 |
| 176 | The Tenth Circle | Jodi Picoult | TX0006409872 | Mar. 7, 2006 | Aug. 31, 2008 | Jodi Picoult | https://tinyurl.com/Tenth-Circle-Amazon | Nelson Decl. Ex. 559; Nelson Decl. Ex. 656 |
| 177 | Vanishing Acts | Jodi Picoult | TX0006124529 | Mar. 1, 2005 | Mar. 10, 2005 | Jodi Picoult | https://tinyurl.com/Vanishing-Amazon | Nelson Decl. Ex. 558; Nelson Decl. Ex. 656 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 178 | Weights & Measures | Jodi Picoult | TX0007210105 | Jun. 1, 2010 | Jul. 12, 2010 | Jodi Picoult | https://tinyurl.com/Leaving-Home-Amazon | Nelson Decl. Ex. 563; Nelson Decl. Ex. 390 |
| 179 | Mercy | Jodi Picoult | TX0004369201 | Aug. 8, 1996 | Aug. 14, 1996 | Jodi Picoult | https://tinyurl.com/Mercy-Picoult-Amazon | Nelson Decl. Ex. 550; Nelson Decl. Ex. 589 |
| 180 | Perfect Match | Jodi Picoult | TX0005517659 | Apr. 29, 2002 | May 1, 2002 | Jodi Picoult | https://tinyurl.com/Perfect-Match-Amazon | Nelson Decl. Ex. 555; Nelson Decl. Ex. 656 |
| 181 | Picture Perfect | Jodi Picoult | TX0004039517 | Mar. 21, 1995 | Apr. 26, 1995 | Jodi Picoult | https://tinyurl.com/Picture-Perfect-Amazon | Nelson Decl. Ex. 549; Nelson Decl. Ex. 589 |
| 182 | Plain Truth | Jodi Picoult | TX0005236383 | May 12, 2000 | Jun. 22, 2000 | Jodi Picoult | https://tinyurl.com/Plain-Truth-Amazon | Nelson Decl. Ex. 552; Nelson Decl. Ex. 656 |
| 183 | Songs of the Humpback Whale: A Novel in Five Voices | Jodi Picoult | TX0003356740 | Mar. 15, 1992 | Jun. 11, 1992 | Jodi Picoult | https://tinyurl.com/Humpback-Whale-Amazon | Nelson Decl. Ex. 572; Nelson Decl. Ex. 587 |

**Stacy Schiff & Gattopardo, LLC**

| No. | Title | Copyright Holder | Registration Number | Publication Date | Registration Date | Royalty Recipient | Availability for Sale | Evidence |
|---|---|---|---|---|---|---|---|---|
| 184 | A Great Improvisation: Franklin, France, and the Birth of America | Stacy Schiff | TX0006155631 | Apr. 3, 2005 | Apr. 12, 2005 | Gattopardo | https://tinyurl.com/Improvisation-Amazon | Nelson Decl. Ex. 648; Nelson Decl. Ex. 51 at 15:21-16:23 |
| 185 | Cleopatra | Stacy Schiff | TX0007307162 | Nov. 1, 2010 | Nov. 10, 2010 | Gattopardo | https://tinyurl.com/Cleopatra-Amazon | Nelson Decl. Ex. 649; Nelson Decl. Ex. 51 at 15:21-16:23 |
| 186 | The Witches | Stacy Schiff | TX0008713166 | Oct. 27, 2015 | Dec. 25, 2018 | Gattopardo | https://tinyurl.com/Witches-Amazon | Nelson Decl. Ex. 650; Nelson Decl. Ex. 51 at 15:21-16:23 |

**James Shapiro**

| No. | Title | Copyright Holder | Registration Number | Publication Date | Registration Date | Royalty Recipient | Availability for Sale | Evidence |
|---|---|---|---|---|---|---|---|---|
| 187 | A Year in the Life of William Shakespeare 1599 | James Shapiro | TX0006274534 | May 31, 2005 | Nov. 18, 2005 | James Shapiro | https://tinyurl.com/Year-Shakespeare-Amazon | Nelson Decl. Ex. 651; Nelson Decl. Ex. 655 |
| 188 | Contested Will: Who Wrote Shakespeare? | James Shapiro | TX0007170652 | Apr. 6, 2010 | Apr. 15, 2010 | James Shapiro | https://tinyurl.com/Contested-Amazon | Nelson Decl. Ex. 652; Nelson Decl. Ex. 655 |
| 189 | The Year of Lear | James Shapiro | TX0008296245 | Oct. 6, 2015 | Dec. 7, 2016 | James Shapiro | https://tinyurl.com/Year-Lear-Amazon | Nelson Decl. Ex. 653; Nelson Decl. Ex. 655 |

**The Authors Guild (Estate of Mignon G. Eberhart)**

| No. | Title | Copyright Holder | Registration Number | Publication Date | Registration Date | Royalty Recipient | Availability for Sale | Evidence |
|---|---|---|---|---|---|---|---|---|
| 190 | Alpine Condo Crossfire | The Authors Guild | TX0001472933 | Sept. 18, 1984 | Dec. 19, 1984 | The Authors Guild | https://tinyurl.com/Alpine-Amazon | Nelson Decl. Ex. 136; Nelson Decl. Ex. 396; Nelson Decl. Ex. 581 |
| 191 | Escape the Night | The Authors Guild | A180525 | Oct. 1943 | May. 10, 1944 | The Authors Guild | https://tinyurl.com/Escape-Night-Amazon | Nelson Decl. Ex. 136; Nelson Decl. Ex. 619; Nelson Decl. Ex. 620; Nelson Decl. Ex. 621; Nelson Decl. Ex. 622; Nelson Decl. Ex. 579 |
| 192 | Postmark Murders | The Authors Guild | RE0000205850 | Dec. 1955 | Jan. 30, 1956 | The Authors Guild | https://tinyurl.com/Postmark-Amazon | Nelson Decl. Ex. 136; Nelson Decl. Ex. 627; Nelson Decl. Ex. 628; Nelson Decl. Ex. 629; Nelson Decl. Ex. 630; Nelson Decl. Ex. 631; Nelson Decl. Ex. 579 |
| 193 | Hasty Wedding | The Authors Guild | A117845 | May 20, 1938 | May 26, 1938 | The Authors Guild | https://tinyurl.com/Hasty-Wedding-Amazon | Nelson Decl. Ex. 136; Nelson Decl. Ex. 623; Nelson Decl. Ex. 624; Nelson Decl. Ex. 625; |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Nelson Decl. Ex. 626; Nelson Decl. Ex. 579 |
| 194 | While the Patient Slept | The Authors Guild | R186351 | Feb. 7, 1930 | Feb. 20, 1930 | The Authors Guild | https://tinyurl.com/Patient-Slept | Nelson Decl. Ex. 136; Nelson Decl. Ex. 395; Nelson Decl. Ex. 580; Nelson Decl. Ex. 849 |