**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>Case No. 1:23-cv-08292 (SHS) (OTW)<br>Case No. 1:23-cv-10211 (SHS) (OTW) | 1:25-md-03143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the undersigned hereby move this Court on behalf of Defendants OpenAI and Microsoft Corporation ("Defendants"), by and through counsel, before the Honorable Sidney H. Stein, United States District Judge for the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 23A, New York, New York 10007-1312, for an order granting Defendants' Motion to Strike Susman Godfrey L.L.P.-Funded Study and Supplemental Report of Michael Lasinski pursuant to Federal Rules of Civil Procedure 26 and 37.

Respectfully submitted,[1]

KEKER, VAN NEST & PETERS LLP

Dated: September 23, 2026

By: */s/ Victor Chiu*

[1] All parties whose electronic signatures are included herein have consented to the filing of this document.

VICTOR CHIU *(pro hac vice)*
633 Battery Street
San Francisco, CA 94111-1809
pmalhotra@keker.com
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: September 23, 2026

By: */s/ Annette L. Hurst*

ANNETTE L. HURST *(pro hac vice)*
The Orrick Bldg.
405 Howard Street
San Francisco, CA 94105
ahurst@orrick.com
Telephone: 415 773 5700
Facsimile: 415 773 5759

Attorneys for Defendant
MICROSOFT CORPORATION