UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | 25-md-3143 (SHS) (OTW) |
| OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION. | : | <u>ORDER</u> |

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that the Clerk of Court is directed to remove from ECF the documents numbered 2073 and 2074 filed on September 28, 2026.

Dated: New York, New York
September 29, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.