**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>No. 1:23-cv-11195 (SHS) (OTW)<br>No. 1:24-cv-01515 (SHS) (OTW)<br>No. 1:24-cv-03285 (SHS) (OTW)<br>No. 1:24-cv-04872 (SHS) (OTW)<br>No. 1:25-cv-04315 (SHS) (OTW) | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPENAI'S MOTION FOR SUMMARY JUDGMENT**

OpenAI respectfully notifies the Court of supplemental authority in support of its Motion for Summary Judgment (ECF No. 1712). The supplemental authority is a recent published opinion issued by the United States Court of Appeals for the Ninth Circuit in *Doe v. Github, Inc.*, Case: 24-7700, D.C. No. 4:22-cv-06823-JST, Docket Entry 126. A true copy is annexed hereto as Exhibit A.

Respectfully submitted,

Dated: October 1, 2026


*/s/ Edward A. Bayley*[1]
**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
*rvannest@keker.com*
R. James Slaughter (*pro hac vice*)
*rslaughter@keker.com*
Paven Malhotra
*pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
*mybarra@keker.com*
Edward A. Bayley (*pro hac vice*)
*ebayley@keker.com*
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

*/s/ Caitlin S. Blythe*
**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
*jgratz@mofo.com*
Tiffany Cheung (*pro hac vice*)
*tcheung@mofo.com*
Caitlin Sinclaire Blythe (*pro hac vice*)
*cblythe@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

*/s/ Allison Blanco*
**LATHAM & WATKINS LLP**


[1] All parties whose electronic signatures are included herein have consented to the filing of this document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions.

Andrew M. Gass (*pro hac vice*)
*andrew.gass@lw.com*
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
*sy.damle@lw.com*
Luke A. Budiardjo
*luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana Nightingale Dawson (*pro hac vice*)
*elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison Blanco (*pro hac vice*)
*allison.blanco@lw.com*
Latham & Watkins
650 Town Center Drive
Suite 2000
Costa Mesa, CA 92626
Telephone: 714.540.1235

*Attorneys for OpenAI*