# SUPREME COURT

## State of Colorado,

**STATE OF COLORADO, ss:**

*I, **Marizela Cano**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

***John David Bergmayer***

*has been duly licensed and admitted to practice as an*

## *ATTORNEY AND COUNSELOR AT LAW*

*within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **26th** day of **October** A.D. **2009** and that at the date hereof the said **John David Bergmayer** is in good standing at this Bar.* ***Attorney is inactive commencing 04/11/2012.***

**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **30th** day of **September** A.D. **2026***

***Marizela Cano***
*Clerk*

*By* ______________________
*Deputy Clerk*