**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:**<br>**OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | **25-md-3143 (SHS) (OTW)**<br><br>**PROPOSED ORDER FOR ADMISSION PRO HAC VICE** |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of John Bergmayer for admission to practice pro hac vice in the above-captioned litigation is GRANTED.

Applicant has declared that he is an active member in good standing of the Bar of the District of Columbia (Bar No. 992602). Applicant is also admitted to the bar of Colorado (Bar No. 41308), where his attorney registration has been inactive since April 11, 2012. The certificate issued by the Clerk of the Supreme Court of Colorado states that Applicant is in good standing at that bar and identifies his status as inactive. Applicant's contact information is as follows:

Applicant's Name: John Bergmayer
Firm/Organization: Public Knowledge
Address: 1818 N Street NW, Suite 410
City/State/Zip: Washington, DC 20036
Telephone: (202) 861-0020
Email: john@publicknowledge.org

Applicant having requested admission pro hac vice to appear for all purposes as counsel for proposed amicus curiae Public Knowledge in the above-captioned litigation;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ____________________, 2026

______________________________________
SIDNEY H. STEIN
United States District Judge