UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates to:<br>*All Cases* | No.: 1:25-md-03143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF THE AI RIGHTS PROJECT AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS**

Before the Court is the motion of The AI Rights Project for leave to file a brief as amicus curiae in support of Plaintiffs. Upon consideration of the motion, the accompanying memorandum of law and declaration, and the proposed brief attached as Exhibit A,

IT IS HEREBY ORDERED that the motion is GRANTED. The brief of The AI Rights Project as amicus curiae is deemed filed as of the date of this Order. The Clerk of Court is respectfully directed to file the brief attached as Exhibit A to the motion.

Dated: New York, New York
________________, 2026

SO ORDERED:

______________________________

Sidney H. Stein
United States District Judge