**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re OpenAI, Inc. Copyright Infringement Litigation**<br><br>This Document Relates to:<br>*Times Publishing Co. et al. v. Microsoft Corp. et al.*, No. 1:26-cv-08082-SHS-OTW | Case No. 1:25-md-3143-SHS-OTW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING *TIMES PUBLISHING COMPANY* ACTION** |

Plaintiffs Times Publishing Company; Alternative Newsweekly Foundation; Austin Chronicle Corp.; Boston Neighborhood News, Inc.; Cape Gazette, Ltd.; Chapman Hyperlocal Media, Inc.; Conrad Communications, LLC; Contemporary Media, Inc.; East Greenwich News; EcoRI Inc.; Florida Trend Magazines, Inc.; HD Media Company, LLC; Massachusetts Media Fund, Inc.; New Hampshire Center for Public Interest Journalism; Noisy Creek, Inc.; Richland Times, LLC; San Francisco Jewish Community Publications, Inc.; SwimSwam Partners, LLC; TAP IP, LLC; The Alternative Press, LLC; The Calais Advertiser, Inc.; The Hudson Valley Local News Lab Inc.; The Jewish Link of Bergen County and Northern NJ, LLC; The Machias Valley News Observer, Inc.; Tucson Investigative Reporting Center Inc.; We-Ha.com LLC; and Inland Publications, Inc. ("Plaintiffs") and Defendants Microsoft Corporation; OpenAI, Inc.; OpenAI LP; OpenAI GP, LLC; OpenAI, LLC; OpenAI OpCo, LLC; OpenAI Global, LLC; OAI Corporation, LLC; OpenAI Holdings, LLC; OpenAI Foundation; and OpenAI Group PBC ("Defendants") (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on April 3, 2025, the United States Judicial Panel on Multidistrict Litigation ordered various actions brought against Defendants be centralized and transferred to the Southern District of New York. *In re OpenAI, Inc., Copyright Infringement Litigation*, No. 1:25-md-03143-

SHS-OTW (the "MDL");

WHEREAS, on September 16, 2026, Plaintiffs filed the above-captioned case in the Southern District of New York (the "Action");

WHEREAS, on September 18, 2026, this Action was accepted as a consolidated MDL case;

WHEREAS, on October 8, 2026, this Court entered a show cause order regarding a stay of this Action "pending resolution of summary judgment motions in the other active cases in this multidistrict litigation." *See* MDL ECF No. 2093.

WHEREAS, this Action has common factual and legal issues with the pre-existing MDL actions, such that forthcoming rulings in the MDL may address questions that overlap with questions in this Action and may inform and streamline the resolution of similar issues in this Action;

WHEREAS, the Parties agree that a stay of this Action will allow the existing schedule in the MDL to be maintained and promote judicial economy and consistency;

WHEREAS, Defendants have not been served in this Action and, by entering into this stipulation, do not waive service and expressly reserve any and all defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT, subject to the Court's approval, as follows:

1. All proceedings and deadlines in the above-captioned Action are hereby stayed pending resolution of summary judgment motions in the other active cases in this MDL.

2. Within 30 days of rulings on such motion(s) in the MDL, the Parties shall file a joint status report in this Action to propose a case management conference and any appropriate further proceedings in light of the MDL decision.

3. While this stay is in effect, any party may move to lift the stay for good cause shown. Nothing in this stipulation shall preclude any party from seeking such relief, if necessary, or from seeking any other appropriate relief from the Court.

Respectfully submitted,

Dated: October 14, 2026

*/s/ Matthew J. Platkin*

**PLATKIN LLP**
Matthew J. Platkin
Angela Cai
Ravi Ramanathan
Aaron E. Haier
Conor Bradley (*pro hac vice application forthcoming)*
1 Gateway Center
Suite 1150
Newark, NJ 07102
Telephone: (973) 561-1951
Email: mplatkin@platkinllp.com

*Attorneys for Plaintiffs*

Dated: October 14, 2026

*/s/ R. James Slaughter*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
*rvannest@keker.com*
R. James Slaughter (*pro hac vice*)
*rslaughter@keker.com*
Paven Malhotra
*pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
*mybarra@keker.com*
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
*andrew.gass@lw.com*
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
*sy.damle@lw.com*
Luke A. Budiardjo

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
*jgratz@mofo.com*
Tiffany Cheung (*pro hac vice*)
*tcheung@mofo.com*
Caitlin Sinclaire Blythe (*pro hac vice*)
*cblythe@mofo.com*
425 Market Street
San Francisco, CA 94105

*luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana Nightingale Dawson (*pro hac vice*)
*lana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Telephone: 415.268.7000

Rose S. Lee (*pro hac vice*)
*roselee@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200

*Attorneys for OpenAI Defendants*

Dated: October 14, 2026

*/s/ Jared B. Briant*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Annette Hurst (*pro hac vice*)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415.773.5700
ahurst@orrick.com

**FAEGRE DRINKER BIDDLE & REATH LLP**
Jeffrey S. Jacobson
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
jeffrey.jacobson@faegredrinker.com

Jared B. Briant (*pro hac vice*)
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 607-3588
jared.briant@faegredrinker.com

*Attorneys for Defendant Microsoft Corporation*

* All parties whose electronic signatures are included in this filing have provided consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

**SO ORDERED this ______ day of _____________, 2026.**

_____________________________
Hon. Sidney H. Stein
United States District Judge