UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:

*USA Today Co., Inc. et al. v. OpenAI Foundation et al.*, 26-cv-8892

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Plaintiffs are ordered to show cause in writing on or before October 30, 2026, why this action should not be stayed pending resolution of summary judgment motions in the other active cases in this multidistrict litigation. Defendants' response, if any, shall be filed by November 6, 2026.

Dated: New York, New York
October 15, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.