UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

IN RE: : 25-md-3143 (SHS) (OTW)

OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION. : ORDER

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that the Clerk of Court is directed to remove from ECF document number 2267 filed in this matter on October 24, 2026.

Dated: New York, New York
October 27, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.