UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | 25-md-3143 (SHS) (OTW) |
| OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION. | : | ORDER |

--------------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that the Clerk of Court is directed to permanently seal ECF documents numbered 2120 and 2267 filed in this matter.

Dated: New York, New York
October 27, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.