**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*IN RE:*
*OpenAI, INC.,*
*COPYRIGHT INFRINGEMENT LITIGATION*

25-md-3143 (SHS) (OTW)

**ORDER GRANTING**

**MOTION FOR LEAVE TO FILE AMICUS BRIFEF**

Finding that the Motion and attached papers are sufficient and helpful to the Court, the motion of the Center for American Rights to file its amicus brief is GRANTED.

_________________________
United States District / Magistrate Judge

*DATED: October ____, 2026*