**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br>OPENAI, INC., COPYRIGHT<br>INFRINGEMENT LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | 25-md-3143 (SHS) (OTW) |

**PROPOSED ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF**

Upon consideration of Public Knowledge's motion for leave to file a brief as amicus curiae in support of Defendants' motions for summary judgment in part, the motion is GRANTED. The proposed brief attached to the motion as Exhibit A is deemed filed as of the date of this Order.

SO ORDERED.

Dated: ____________________, 2026
New York, New York

______________________________
SIDNEY H. STEIN
United States District Judge