**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OpenAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>*All cases* | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF DIGITAL CONTENT NEXT AS AMICUS CURIAE IN SUPPORT OF NEWS PLAINTIFFS**

Before the Court is the motion of Digital Content Next for leave to file a brief as amicus curiae in support of Plaintiffs and supporting declaration. Upon consideration of the motion, accompanying memorandum of law, the proposed brief attached as Exhibit A, and supporting declaration attached as Exhibit B,

IT IS HEREBY ORDERED that the motion is GRANTED. The brief as amicus curiae of Digital Content Next and supporting declaration are deemed filed as of the date of this Order. The Clerk of Court is respectfully directed to file the brief attached as Exhibit A to the motion and and supporting declaration attached as Exhibit B to the Motion.

Dated: New York, New York

__________________, 2026

SO ORDERED

____________________________________

Sidney H. Stein
United States District Judge