# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | No. 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

## NOTICE OF MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS

**PLEASE TAKE NOTICE** that, pursuant to the Court's inherent authority and its Order of August 7, 2026 (Dkt. No. 1663), as extended by the Court's Order of September 24, 2026 (Dkt. 2049), proposed *amici curiae* Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA"), American Federation of Musicians of the United States and Canada ("AFM"), Writers Guild of America, West, Inc. ("WGAW"), and Writers Guild of America East, Inc. ("WGAE") (collectively, the "Unions") hereby move this Court for leave to file the accompanying proposed brief as *amici curiae* in support of Plaintiffs.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Law, the proposed brief attached as Exhibit A, the proposed order, and such other matters as the Court may consider.

Dated: October 29, 2026

Respectfully submitted,

/s/ *Danielle S. Van Lier*

Danielle S. Van Lier (CA SBN: 200435)
(*pro hac vice* pending, ECF No. 2116)
5632 Van Nuys Blvd., #2155
Sherman Oaks, CA 91401
(424) 265-5564
Danielle@VanLierLaw.com

*Counsel for Proposed Amici Curiae*