**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF AS *AMICI CURIAE***

Upon the motion of proposed *amici curiae* Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA"), American Federation of Musicians of the United States and Canada ("AFM"), Writers Guild of America, West, Inc. ("WGAW"), and Writers Guild of America East, Inc. ("WGAE") (collectively, the "Unions"), for leave to file a brief as amici curiae in support of Plaintiffs in connection with the pending motions for summary judgment, and the Court having considered the motion and the proposed brief, it is hereby

IT IS HEREBY ORDERED that the motion is GRANTED; and that the brief attached as Exhibit A to the *amici's* motion is deemed filed as of the date of this Order.

Dated: New York, New York

____________________, 2026

______________________________
SIDNEY H. STEIN
United States District Judge