**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:**<br><br>**OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION** | This Document Relates To: All Related Cases.<br><br>MDL No. 1:25-md-03143 (SHS) (OTW) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Kathryn Hannen Walker hereby moves this Court for admission to practice *pro hac vice* to file an amicus brief for The Human Consent Foundation, Creative Artists Agency, LLC, Music Artists Coalition, National Association of Voice Actors, Writer, Inc., Creators Coalition on Artificial Intelligence, Cate Blanchett, Nick Hexum and Steven Soderbergh in the above-captioned action.

I am in good standing of the bar of the state of Tennessee and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 29, 2026

Respectfully submitted,

*/s/ Kathryn Hannen Walker*

Kathryn Hannen Walker
BASS, BERRY AND SIMS PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6200
kwalker@bassberry.com

Counsel for Amici Curiae
*The Human Consent Foundation, Creative Artists Agency, LLC, Music Artists Coalition, National Association of Voice Actors, Writer, Inc., Creators Coalition on Artificial Intelligence, Cate Blanchett, Nick Hexum and Steven Soderbergh*