**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *IN RE OPENAI COPYRIGHT INFRINGEMENT LITIGATION* | Case No. 1:25-md-03143<br><br>Judge: Hon. Sidney H. Stein |

**NOTICE OF APPEARANCE FOR AMICUS CURIAE COPYRIGHT ALLIANCE**

PLEASE TAKE NOTICE that Ron Kilgard (SBN 4976916) of Keller Rohrback L.L.P. hereby appears as counsel for proposed amicus curiae, Copyright Alliance. Please direct all notices to the address and email below.

DATED: October 29, 2026

KELLER ROHRBACK L.L.P.

By */s/ Ron Kilgard*

Ron Kilgard (SBN 4976916)
rkilgard@kellerrohrback.com
1140 6TH AVE, 9TH FLOOR
NEW YORK, NY 10036
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Benjamin Gould
bgould@kellerrohrback.com
1201 Third Ave, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

***Attorneys for Amicus Copyright Alliance***