**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *IN RE OPENAI COPYRIGHT INFRINGEMENT LITIGATION* | Case No. 1:25-md-03143<br><br>Judge: Hon. Sidney H. Stein |

**NOTICE OF MOTION FOR LEAVE TO FILE COPYRIGHT ALLIANCE BRIEF OF AMICUS CURIAE**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, proposed amicus curiae Copyright Alliance respectfully move this Court, before the Honorable Sidney H. Stein, United States District Judge, for leave to file the accompanying Proposed Amicus Brief in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment in accordance with the Court's August 7, 2026 Order (Dkt. No. 1663).

DATED: October 29, 2026

KELLER ROHRBACK L.L.P.

By *<u>/s/ Ron Kilgard</u>*

Ron Kilgard (SBN 4976916)
rkilgard@kellerrohrback.com
1140 6TH AVE, 9TH FLOOR
NEW YORK, NY 10036
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Benjamin Gould
bgould@kellerrohrback.com
1201 Third Ave, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

***Attorneys for Amicus Copyright Alliance***