**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: OPENAI, INC.<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To: All Cases | No. 25-md-3143 (SHS) (OTW) |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF AMICI CURIAE**

**SIDNEY H. STEIN**, U.S. District Judge.

Upon the motion of proposed amici curiae the AI Coalition for Data Integrity; Writers Guild of America, West, Inc.; Writers Guild of America East, Inc.; National Association of Voice Actors; Microstocksolutions LLC; Digital Media Licensing Association, Inc. d/b/a Digital Media Leadership Alliance; Transparency Coalition AI; Association of Medical Illustrators; Association of Independent Music Publishers; and Music Workers Alliance, Inc. for leave to file a brief as amici curiae in support of Plaintiffs in connection with the pending motions for summary judgment, it is hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that the brief attached as Exhibit A to the Declaration of Tod Cohen is deemed filed as of the date of this Order.

Dated: New York, New York
_____________, 2026

SO ORDERED:

______________________________
Sidney H. Stein, U.S.D.J.