UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OpenAI, INC.,<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>1:23-cv-11195-SHS-OTW<br>1:24-cv-01515-SHS-OTW<br>1:24-cv-03285-SHS-OTW<br>1:24-cv-04872-SHS-OTW<br>1:25-cv-04315-SHS-OTW | 25-md-3143 (SHS) (OTW) |

**[PROPOSED] ORDER**

Upon consideration of proposed *amici curiae* PEN America, Protect Democracy Project, and Reporters Without Borders, Inc. (RSF USA)'s consent Motion for Leave to File *Amici Curiae* Brief in Support of News Plaintiffs' Motion for Summary Judgement, it is hereby ORDERED that *amici curiae* First Amendment and democracy organizations' Motion is GRANTED.

**SO ORDERED.**

Dated: ______________________

______________________________
HON. SIDNEY H. STEIN
United States District Judge