AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

In Re OpenAI, Inc. Copyright Infringement Litigation )
*Plaintiff* )
v. ) Case No. 1:25-md-03143-SHS-OTW
)
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Professors in Support of Plaintiffs' Motion for Summary Judgment Jon M. Garon, Adam Mossoff, Loren E. Mulraine, Chris Newman, Sean Pager, Zvi Rosen, and Mark F. Schultz .

Date: 10/30/2026

*Attorney's signature*

Warren Chu / Bar No.: 5952015
*Printed name and bar number*

Horvitz & Levy LLP
3601 W. Olive Avenue, Fl. 8
Burbank, California 91505-4681
*Address*

wchu@horvitzlevy.com
*E-mail address*

(818) 995-0800
*Telephone number*

(844) 497-6592
*FAX number*