**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION**<br><br>This Document Relates to:<br>*All Cases* | Case No. 25-md-3143 (SHS) (OTW) |

**NOTICE OF APPEARANCE FOR**
**AMICUS CURIAE GREGORY LEPPERT**

PLEASE TAKE NOTICE that Matthew S. Warren (State Bar No. 4016275) of Warren LLP hereby appears as counsel for proposed amicus curiae Gregory Leppert. Please direct all notices to the address and email below.

Date: October 30, 2026

Respectfully submitted,

Matthew S. Warren (State Bar No. 4016275)
Erika H. Warren (*pro hac vice* pending)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
25-3143@cases.warrenllp.com

*Attorney for [Proposed] Amicus Curiae Gregory Leppert*