UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION | Case No. 1:25-md-3143 (SHS) (OTW) |

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned hereby enters appearance as counsel for proposed amici curiae PEN America, Protect Democracy Project, and Reporters Without Borders, Inc. I certify that I am admitted to practice in, and a member of good standing of, this Court.

Dated: October 31, 2026
New York, NY

Respectfully submitted,

*/s/ Cameron Stracher*

Cameron Stracher
CAMERON STRACHER, PLLC
1131 Broadway, Suite 516
New York, NY 10010
Tel: (646) 992-3850
Fax: (646) 992-4241
Email: cam@stracherlaw.com

*Attorney for Amici Curiae PEN America, Protect Democracy Project, and Reporters Without Borders, Inc.*