**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE: OPENAI, INC.**
**COPYRIGHT INFRINGEMENT**
**LITIGATION**

This Document Relates to:
*All Cases*

Case No. 25-md-3143 (SHS) (OTW)

## ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

The motion of Erika H. Warren for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

Erika H. Warren
Warren LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for proposed amicus curiae Gregory Leppert in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: November 5, 2026

Ona T. Wang
United States Magistrate Judge