**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: OpenAI, Inc. Copyright Infringement Litigation<br><br>This Document Relates To:<br><br>Case No. 1:23-cv-08292<br>Case No. 1:23-cv-10211 | Case No. 1:25-md-3143 (SHS) (OTW) |

**Declaration of Annette L. Hurst In Support Of Defendant Microsoft's Reply in Support of Microsoft's Motion For Judgment On The Pleadings On Books Plaintiffs' Contributory Infringement Claim**

I, Annette L. Hurst, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Orrick, Herrington & Sutcliffe LLP, located at 405 Howard Street San Francisco, CA 94105, and lead counsel for Microsoft Corporation in this matter. I am admitted *pro hac vice* in this matter. I submit this declaration in support of Microsoft's Reply in Support of Microsoft's Motion for Judgment on the Pleadings on Books Plaintiffs' Contributory Infringement Claim.

2. Attached hereto as **Exhibit A** is a true and correct copy of an excerpted version of Books Plaintiffs' Supplemental Responses and Objections to Defendant Microsoft Corporation's First Set of Interrogatories, dated January 16, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of November, 2026, at San Francisco, California.

*/s/ Annette L. Hurst*
Annette L. Hurst