**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZIFF DAVIS, INC., ZIFF DAVIS, LLC, IGN ENTERTAINMENT, INC., EVERYDAY HEALTH MEDIA, LLC, MASHABLE, INC., and CNET MEDIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL LLC, OAI CORPORATION, and OPENAI HOLDINGS, LLC,<br><br>Defendants. | C.A. No. 25-cv-04315-SHS-OTW<br><br>**HIGHLY CONFIDENTIAL – SOURCE CODE** |

## SUPPLEMENTAL DECLARATION OF DANIEL P. DELOREY

I, Daniel P. Delorey, declare as follows:

1. I previously provided a declaration on September 3, 2026, in connection with News Plaintiffs' Motion for Summary Judgment, as well as certain expert reports attached thereto. I provide this supplemental declaration in further support of that motion.

## SUBSET OF ASSERTED WORKS AND CONFIRMED MATCHES

2. As set forth in my September 3, 2026 Supplemental Report (which was attached as Exhibit D to my previous declaration), I was "asked by counsel to recalculate some of the numbers set forth in this report" using three additional limitations.[1] I did not select those additional limitations; rather, they were selected by Ziff Davis's counsel. It is my understanding that Ziff

[1] Delorey Supplemental ¶ 34.

Davis decided to seek summary judgment as to a subset of the Asserted Works, matches and datasets that were otherwise part of my work.

3. I understand that, in response to News Plaintiffs' Motion for Summary Judgment, I have been asked by counsel to exclude a small number of additional Asserted Works and matches for purposes of the pending summary judgment motion.

4. I understand Dr. Krishnan served a declaration where he purports to identify 16 additional potential "false positives" in the [redacted][2] While I do not agree with Dr. Krishnan's new opinions,[3] I have been asked by counsel to exclude the Asserted Works and associated matches for purposes of the pending summary judgment motion. Similarly, I have been asked to exclude, for purposes of summary judgment, 74 Mashable Asserted Works that are bylined to Cemile Kavountzis (67), Mark Hay (six) and Stewart Wolpin (one). Thus, in total, I have been asked by counsel for Ziff Davis to recompute certain numbers from §§ 11.1 and 11.2 of my September 3, 2026 Supplemental Report, while excluding these additional 90 Asserted Works.

5. Once again, my recomputation in no way means that I agree with OpenAI or OpenAI's experts. I simply provide additional calculations based on a further narrowing of the data I have already presented. Again, this is done at the request of counsel and only for purposes of summary judgment.

---

[2] *See* Delorey Supplemental ¶ 35; Krishnan Opp. Decl. (News) ¶¶ 117-119 and Appendix C.

[3] For example, Dr. Krishnan presents [redacted] and I did not opine on Ziff Davis's legal ownership over its Asserted Works. However, the training record [redacted]

6. Attached hereto as Appendix A, I have included a redlined version of §§ 11.1 and 11.2 from my prior Supplemental Report. In the redline, I have reflected the updated numbers after excluding these additional 90 Asserted Works.

7. The exclusion of 90 Asserted Works (out of more than 1.6 million Asserted Works) does not materially change my numbers and does not otherwise change my conclusions.

**<u>RULE 1006 SUMMARIES AND MY ASSERTED WORKS DATA</u>**

8. In his declaration, Dr. Krishnan compares the URLs in my data with the URLs in Ziff Davis's Rule 1006 Summaries, and suggests that the numbers do not match.[4] His comparison counts URLs, not Asserted Works.

9. I understand from counsel that sometimes an Asserted Work is posted on two Ziff Davis websites (*e.g.*, CNET and ZDNET). Similarly, as I previously noted, some different articles on a Ziff Davis website may be posted on the same URL.[5] In some cases my data and the Rule 1006 Summaries record different URLs for the same Asserted Work.[6] Each Asserted Work I relied on corresponds to its own row in the Rule 1006 Summaries, with the same or nearly the same article text.[7]

---

[4] *See* Krishnan Opp. Decl. (News) ¶¶ 112-113, Table 15.

[5] *See* Delorey Supplemental n. 45.

[6] Together with this declaration, I am producing to OpenAI my mapping of Rule 1006 rows to my produced Asserted Works records. Any row of the mapping can be placed next to its row in the Rule 1006 Summaries and the corresponding record in my production.

[7] For seven Rule 1006 rows, the records in my data that were still unassigned did not share the row's URL, title or article text, so I assigned the unassigned record with the closest article text. Four of these are the same article published under a different title or URL. In the other three, the Rule 1006 row and my record appear to be different posts that share most of their text.

## WEBTEXT2 DATASETS

10. Dr. Krishnan states that News Plaintiffs' Motion for Summary Judgment counts [redacted] Asserted Works, without deduplicating across two [redacted][8] My Supplemental Report does not report that figure.[9] Paragraph 38 of my Supplemental Report lists [redacted] on separate rows and does not add them. My totals count each Asserted Work once.

11. OpenAI represented that it used [redacted] to train GPT-3.5.[10] The two datasets are therefore two separate copies, and [redacted] is the number of copies of Asserted Works across them. From my produced files, [redacted] Asserted Works appear in both datasets, and [redacted] distinct Asserted Works appear in at least one.[11] Dr. Krishnan's count of [redacted] distinct normalized URLs across the two datasets matches my count of distinct Asserted Works.[12]

## ERRATA TO PARAGRAPHS 44 AND 45 OF MY SUPPLEMENTAL REPORT

12. Dr. Krishnan reports that he reran the script I produced with my Supplemental Report to compute the coverage table in ¶ 45 (`alternative_metric_thresholds.sql`), and

---

[8] *See* Krishnan Opp. Decl. (News) ¶ 105.

[9] *See* Krishnan Opp. Decl. (News) ¶ 105 n. 174.

[10] *See* Delorey Opening ¶ 172.

[11] *See* `confirmed_pairs.parquet` (produced May 18, 2026) and `reattributed_matches.parquet` (produced September 3, 2026), the Exact Match and Revised Version matches of the Asserted Works listed in `asserted_work_ids_used.parquet`, matched to their URLs through `asserted_works.parquet` (produced April 28, 2026).

[12] *See* Krishnan Opp. Decl. (News) ¶ 105 n. 175.

that the values he obtained differ from the printed table.[13] This is a typographical error. I produce the corrected tables for ¶¶ 44 and 45 of my Supplemental Report with this declaration as Appendix B. I have computed these tables using the same scripts I produced with my Supplemental Report and have confirmed that the scripts work correctly. I understand Dr. Krishnan used the same scripts to reproduce my data. No value changes by more than 0.13%, and the corrections do not change any opinion in my Supplemental Report.

13. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2026, in Duvall, Washington.

Daniel P. Delorey

[13] *See* Krishnan Opp. Decl. (News) ¶ 108, Table 14.

**APPENDIX A: REDLINE OF SECTIONS 11.1 AND 11.2 OF MY SUPPLEMENTAL REPORT**

This appendix reproduces §§ 11.1 and 11.2 of my Supplemental Report (¶¶ 35 to 43) with each change marked: deleted text is struck through in red and added text is double underlined in blue. For convenience, I maintained the same paragraph numbers from my Supplemental Report. I reran the scripts I produced with my Supplemental Report on the same data, without the 90 Asserted Works described in this declaration; I did not change the method.

---

## 11.1. Matches in the Training Data Based on Subset Identified by Counsel

35. After filtering for the conditions identified by counsel, there are at least [redacted] matches of Ziff Davis's works in OpenAI's training data.

36. Applying those additional restrictions requested by counsel, the table below provides aggregated counts of that data by identification method I described in my opening report (and above), restricted to OpenAI's URL search and OpenAI's n-gram search:

| Identification method | Matches[14] | Works | Exact Match Sub-categories | | | | Revised Version |
|---|---|---|---|---|---|---|---|
| | | | Byte-for-byte | CMI stripped | Complete w/ chrome | High Containment | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[14] As noted above, a match identified by both of OpenAI's searches would appear in both rows. I limit my count of matches to one copy per asserted work per dataset, so the rows do not sum to my overall total, which is [redacted] Matches based on [redacted] Ziff Davis Asserted Works from the URL and n-gram searching (combined) conducted by OpenAI.

37. Applying those additional restrictions requested by counsel, the table below identifies further copies of Ziff Davis asserted works within the same training records identified by OpenAI's URL search, by matching on the article slug and by scanning the record text:[15]

| Identification method | Matches[16] | Works | Exact Match Sub-categories | | | | Revised Version |
|---|---|---|---|---|---|---|---|
| | | | Byte-for-byte | CMI stripped | Complete w/ chrome | High Containment | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

38. Applying those additional restrictions requested by counsel, the table below breaks the same matches down based on the Common Crawl datasets (combined), as well as some of the other datasets in which the matches were found. (Again, as discussed above, this list is not exhaustive):

| Training dataset | Matches | Works | Exact Match Sub-categories | | | | Revised Version |
|---|---|---|---|---|---|---|---|
| | | | Byte-for-byte | CMI stripped | Complete w/ chrome | High Containment | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[15] See Delorey Opening Report, § 10.3.

[16] As noted above, by design, these two searches do not include any overlapping matches.

[17] *See* Delorey Opening Report, ¶ 98.

[18] *See* Delorey Opening Report, § 10.3, ¶ 183.

[19] I understand this is the dataset described as the "[redacted]" (*See* Delorey Opening Report ¶ 216)

39. Applying those additional restrictions requested by counsel, the table below groups the same matches by model:

| Model | Matches | Works[20] | Exact Match Sub-categories: Byte-for-byte | CMI stripped | Complete w/ chrome | High Containment | Revised Version |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

## 11.2. CMI Stripping Based on Subset Identified by Counsel

40. As I explained in my Opening Report, my CMI analysis is based on 11 datasets comprising 10 Common Crawl datasets and the gptbot dataset. Of those, [redacted] matches had corresponding Common Crawl captures with at least one CMI element (publisher, title, author, terms of service, or copyright notice) matching the CMI that was conveyed by Ziff Davis in connection with the Asserted Work. For at least [redacted] of those [redacted] matches for which the corresponding Common Crawl page contained at least one CMI element, at least one CMI element was absent from the corresponding OpenAI training

[20] As discussed above, my analysis here covers [redacted] Asserted Works identified by counsel. To be conservative, I have counted matches and works once per article URL, even though different articles may be posted on the same URL. Accounting for this adjustment reduces the number of matched Asserted Works to [redacted]

data record. Further, for at least [redacted] matches for which the corresponding Common Crawl page contained at least one CMI element, the corresponding OpenAI training text contained none of the CMI elements that had been present on the Common Crawl page.

41. The table below is based on Asserted Works that appear in OpenAI's training data and that have at least one CMI element associated with the Asserted Work as found in Common Crawl. Applying those additional restrictions requested by counsel, the table below summarizes my tally of OpenAI's removal of Ziff Davis's CMI utilizing OpenAI's suggested methods (as explained above):

| Element | OpenAI Training Data Matches for Ziff Davis Asserted Works Corresponding to Common Crawl Captures with this CMI element | OpenAI Training Data Matches preserving this CMI element | Percentage of CMI stripped[21] |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

[21] Since not all Ziff Davis asserted works contain all possible CMI elements, the denominators used in each of the rows of this table vary. The percentages shown in the last column are computed by dividing the "OpenAI training texts preserving this CMI element" value by the "Common Crawl captures with this CMI element" and then subtracting that result from 1.0.

| Element | OpenAI Training Data Matches for Ziff Davis Asserted Works Corresponding to Common Crawl Captures with this CMI element | OpenAI Training Data Matches preserving this CMI element | Percentage of CMI stripped[21] |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

42. Applying those additional restrictions requested by counsel, accepting Dr. Krishnan's unwarranted criticism, my analysis shows that OpenAI removed the copyright notice from its training record text for [redacted] comparisons when compared to the copyright notice text that appears on the corresponding Common Crawl capture. If I loosen my matching to allow different years in the copyright notice on the Common Crawl capture and training record (to accommodate OpenAI scraping slightly before or after a year change), OpenAI removed 99.62% of the copyright notices. OpenAI stripped copyright notices from nearly every Ziff Davis domain at or near 100%.

43. As I stated above, my conclusion – that OpenAI stripped CMI – does not change even after incorporating Dr. Krishnan's critiques. This is also true for the dataset that counsel asked me to use for this analysis in this section.

## APPENDIX B: CORRECTED TABLES FOR PARAGRAPHS 44 AND 45 OF MY SUPPLEMENTAL REPORT[22]

Corrected table for ¶ 44 of my Supplemental Report:

| Trigram Jaccard | Works | Matches | Matches, URL-matched only |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

Corrected table for ¶ 45 of my Supplemental Report:

| Coverage threshold | Unique matches (works) | Total matches (training samples) | Matches |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

---

[22] These are the output of `alternative_metric_thresholds.sql`, produced with my Supplemental Report, run on the produced files and the [redacted] Asserted Works of § 11 of that report.