# EXHIBIT A

[redacted]

# Exhibit A

## TABLE OF CITATION CONVENTIONS

| Citation | Document |
|---|---|
| OAI Opp. | OpenAI's Opposition to Class Plaintiffs' Motion for Summary Judgment, Dkt. 2205. |
| MSFT Opp. | Defendant Microsoft Corporation's Opposition to Books Plaintiffs' Motion for Partial Summary Judgment, Dkt. 2179. |
| SUF | Class Plaintiffs' Corrected Rule 56.1 Statement of Undisputed Material Facts in Support of Class Plaintiffs' Motion for Partial Summary Judgment, Dkt. 1988. |
| RASUF | Class Plaintiffs Response to Defendants' Additional Statement of Undisputed Facts in Opposition to Class Plaintiffs' Motion for Summary Judgment, Dkt. 2563. |
| ASUF | Class Plaintiffs' Counterstatement of Material Facts in Opposition to OpenAI's Motion for Summary Judgment, Dkt. 2247. |
| OpenAI SUF Response ("RSUF") | Class Plaintiffs' and News Plaintiffs' Response to OpenAI's Statement of Undisputed Facts in Support of OpenAI's Motion for Summary Judgment, Dkt. 2202. |
| Microsoft SUF Response | Class Plaintiffs' Response to Microsoft's Statement of Undisputed Facts in Support of Microsoft's Motion for Summary Judgment, Dkt. 2213. |
| Microsoft Counterstatement | Class Plaintiffs' Counterstatement of Material Facts in Opposition to Microsoft's Motion for Summary Judgment, Dkt. 2241. |

| OpenAI's Purportedly Undisputed Assertions | Record Evidence Showing Dispute |
|---|---|
| "It is undisputed that OpenAI stopped using LibGen books to train models in late 2021, after GPT-3.5. CSUF ¶ 265." OAI Opp. 5–6. | SUF ¶¶ 261–62, 265–68, 314–19, 321–22, 607–08. |
| "Here, it is undisputed that OpenAI downloaded and made copies of copyrighted works for the sole purpose of training LLMs." OAI Opp. 8. | SUF ¶¶ 241–44, 247, 257–62, 265–68, 607–08, 610; RASUF ¶ 941. |

| | |
|---|---|
| "Indeed, Plaintiffs concede that the sole purpose for which OpenAI allegedly downloaded books from LibGen was to train LLMs. *See* CSUF ¶ 186; *see also* CSUF ¶¶ 188, 195–200, 228." OAI Opp. 8. | SUF ¶¶ 241–44, 247, 257–62, 265–68, 607–08, 610; RASUF ¶ 941. |
| "Plaintiffs make the same concession for books allegedly downloaded from Books3. *See* CSUF ¶¶ 412, 402, 532." OAI Opp. 8–9. | SUF ¶¶ 241–44, 247, 257–62, 265–68, 607–08, 610; RASUF ¶¶ 941, 945–48. |
| "And unrebutted testimony from OpenAI confirmed that 'the intention of all of the data that we collect is for the purposes of training.' RCSUF ¶ 941." OAI Opp. 9. | SUF ¶¶ 241–44, 247, 257–62, 265–68, 607–08, 610; RASUF ¶ 941. |
| "Here, the unrebutted evidence confirms that all of the data OpenAI downloaded was for the transformative purpose of training its LLMs. OSUF ¶ 104. Plaintiffs point to no evidence to the contrary." OAI Opp. 13. | SUF ¶¶ 241–44, 247, 257–62, 265–68, 607–08, 610; RASUF ¶ 941. |
| "Here, it is undisputed that pretraining an LLM requires an enormous volume of text so the model can distill broad patterns that emerge across hundreds of billions of words." OAI Opp. 25. | OpenAI SUF Response ¶¶ 23, 38, 44, 58; Microsoft SUF Response ¶¶ 1, 2, 5, 9, 10. |

| **Microsoft's Purportedly Undisputed Assertions** | **Record Evidence Showing Dispute** |
|---|---|
| "First, the evidence uniformly shows that LLM training *is not* designed to 'exploit … protected expression.' Again, the undisputed purpose of training is to generalize up and away from any particular way of expressing ideas or concepts, instead encoding the fundamentals of language and relationships between facts about the world. *Supra* 9-12, 17-19; Msft Books MSJ 6-8, 12-13." MSFT Opp. 17. | Microsoft SUF Response ¶¶ 2, 4(e), 9, 10, 11, 19–20; OpenAI SUF Response ¶¶ 38–39, 44, 58–59, 73. |
| "And so the analysis circles back, as it always will, to the all-important question Plaintiffs are trying to avoid: Is the purpose and character of LLM training transformative? Undisputed evidence establishes that it is, so the competition and innovation LLMs yield weighs heavily in favor of fair use, not against it." MSFT Opp. 20–21. | Microsoft SUF Response ¶¶ 9, 10, 13–14, 19–20; OpenAI SUF Response ¶¶ 38, 44, 58–59. |

| | |
|---|---|
| "These arguments fail for the simple reason that any transfer of training data between Defendants was for purposes related to LLM training and evaluation, the same transformative purpose as all other challenged uses. Undisputed evidence establishes this for each of the discrete transfers Books Plaintiffs note." MSFT Opp. 22. | Microsoft SUF Response ¶¶ 16, 17, 30; Microsoft Counterstatement ¶¶ 29–35; RASUF ¶¶ 949–55; SUF ¶¶ 573–79, 587–93. |
| "While Plaintiffs try to spin these transfers as some separate, purposeless currency exchange, the undisputed evidence shows they were part and parcel of Defendants' partnership in LLM development and deployment. These uses, like all the others Plaintiffs challenge, were new and different ways to use books." MSFT Opp. 22–23. | Microsoft SUF Response ¶¶ 16, 17; Microsoft Counterstatement ¶¶ 29–33; RASUF ¶¶ 949–51, 953; SUF ¶¶ 587–93, 596. |
| "OpenAI undisputedly used the data for LLM training. *Id.* ¶ 601." MSFT Opp. 23. | Microsoft Counterstatement ¶ 43. |
| "Here, the undisputed evidence shows that LLM training aims to extract unprotected elements from across a vast corpus of training data, rather than exploiting the particularized expression of ideas contained in any one work. *Supra* 17-18." MSFT Opp. 23. | Microsoft SUF Response ¶¶ 10, 11, 19, 20; OpenAI SUF Response ¶¶ 37, 38, 44, 58–59. |
| "Books Plaintiffs note that books are core copyrightable subject matter and that all (or at least large portions) of books are often acquired and used for LLM training. But this does not weigh against fair use where full copying of expressive works is "necessary to gain access to … unprotected functional elements." *Sony Comput. Ent., Inc. v. Connectix Corp.*, 203 F.3d 596, 603 (9th Cir. 2000). Undisputed evidence establishes that such copying is reasonably necessary to train an LLM, see, e.g., Msft Books SUMF ¶¶ 7-9; OAI SUMF ¶¶ 9, 23; Defs' Books CounterSUMF ¶¶ 471, 487-88, so the second and third factors weigh modestly in favor of fair use." MSFT Opp. 24. | Microsoft SUF Response ¶¶ 1, 2, 5, 11, 28(a); SUF ¶¶ 241–43, 301–03. |
| "The record is stark on this point: The release of the GPT models has had no effect on Books Plaintiffs' sales or licensing opportunities. Individual Books Plaintiffs testified repeatedly that they could identify no lost sales. Msft Books SUMF ¶ 22; OAI SUMF ¶¶ 106-19. And expert analysis of 137 asserted works showed no discernible change in sales trends after the | Microsoft SUF Response ¶¶ 22–25; OpenAI SUF Response ¶¶ 113–15, 125–31. |

| | |
|---|---|
| GPT models' release. Msft Books SUMF ¶¶ 23-24." MSFT Opp. 25. | |
| "Microsoft has done that here, providing undisputed evidence that Books Plaintiffs' sales have been unaffected by the introduction of the GPT models. *Supra* 6." MSFT Opp. 30. | Microsoft SUF Response ¶¶23–25, 29. |
| "It is undisputed that training requires trillions upon trillions of tokens, and that any one author could supply only a tiny fraction. Msft Books SUMF ¶¶ 5-6, 10-11, 28(a)." MSFT Opp. 34. | Microsoft SUF Response ¶¶ 1, 5, 6, 10, 11, 28(a); OpenAI SUF Response ¶¶ 23–29. |
| "In short, even if a market for training data were relevant, undisputed evidence shows at a minimum that there are enormous—and very probably insurmountable barriers to its development." MSFT Opp. 34. | Microsoft SUF Response ¶¶ 27, 27(a), 27(b), 28, 28(c), 28(d), 28(f), 28(g); SUF ¶¶ 775–86, 815–21. |
| "Plaintiffs point to the JDCAs' creation of a "Governing Board," BP MSJ 8, misleadingly truncating a provision which actually says that the Governing Board is responsible for [redacted] Simpson Ex. 326 at -4102 (emphasis added). The agreements dictate no [redacted] They are about other aspects of the parties' partnership, like [redacted] and [redacted] Simpson Ex. 327, 393:12-19; Simpson Ex. 329, 116:17-24. Undisputed testimony confirms that the Governing Board operated accordingly, [redacted] *See* Simpson Ex. 328, 68:12-21; Simpson Ex. 329, 116:11-24. In any case, the Governing Board was limited to providing non-binding "advice and recommendations." Defs' Books Counter-SUMF ¶ 645." MSFT Opp. 39. | SUF ¶¶ 645, 648, 651, 688–92; Microsoft SUF Response ¶¶ 30–31. |