UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

IN RE: : 25-md-3143 (SHS) (OTW)

OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION. : ORDER

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

At the request of plaintiff the New York Times Company, on behalf of the News Plaintiffs,

IT IS HEREBY ORDERED that the Clerk of Court is directed to permanently seal ECF document numbers 2546 and 2555 in 25-md-3143 filed on November 20, 2026.

The parties are directed to file redacted versions of the above documents on or before November 30, 2026.

Dated: New York, New York
November 25, 2026

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.